

**David M. Burkholder**
dburkholder@stradley.com
610-640-5807

Stradley Ronon Stevens & Young, LLP
Great Valley Corporate Center
30 Valley Stream Parkway
Malvern, PA 19355-1481
Telephone (610) 640-5800
Fax (610) 640-1965
www.stradley.com

April 29, 2005



Clerk for the United States
 District Court of Delaware
844 North King Street
Wilmington, DE 19801

Re: Donald M. Durkin Contracting, Inc. v. City of Newark, et al.,
U.S.D.C. Del., Civil Action No. 04-0163  GMS

Dear Clerk:

Please be advised that this firm represents the Defendant, Federal Insurance Company, in the above-referenced action. This letter is to inform you that the mailing address for our firm's Delaware office has changed. The new address is:

Stradley, Ronon, Stevens & Young, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

The telephone numbers for our Delaware office have remained the same. If you have any questions about this letter, please do not hesitate to contact me.

Sincerely,

David M. Burkholder

cc: The Honorable Gregory Sleet