## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | Civil Action No.: 04-0163 GMS |
| Plaintiff, | |
| vs. | |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION | JURY TRIAL DEMANDED |
| Defendants, | |
| vs. | |
| FEDERAL INSURANCE COMPANY | |
| Third Party Defendant. | |

### PROTECTIVE ORDER

AND NOW the Court, having heard and considered City of Newark's *Motion for Protective Order*, does hereby FIND and ORDER:

City of Newark's Motion is hereby GRANTED. Plaintiff Donald M. Durkin Contracting, Inc. is prohibited from entry and trespass on the Newark Reservoir project site and immediate vicinity and barred from using or relying upon any information obtained during any unauthorized site visit.

SO ORDERED this ____ day of _____, 2005.

_____
The Honorable Gregory M. Sleet

cc:   Clerk of the Court
    Paul Cottrell, Esquire
    Paul A. Logan, Esquire
    Sheela D. Dattani, Esquire / Samuel J. Arena, Jr., Esquire
    James S. Green, Esquire