# TIGHE, COTTRELL & LOGAN, P.A.

**Attorneys at Law**
FIRST FEDERAL PLAZA
P.O. BOX 1031
WILMINGTON, DELAWARE 19899
Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
email: v.petrone@lawtcl.com

BRANCH OFFICES:
13 WEST AVENUE
P.O. BOX 303
WOODSTOWN, NJ 08098
856-769-0211

1220-C EAST JOPPA ROAD
SUITE 550
TOWSON, MD 21286
410-539-7341

2017 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3804
215-564-0101

VIA FACSIMILE ONLY

June 15, 2004

Paul A. Logan, Esquire
Powell, Trachtman, Logan, Carrle,
    Bowman & Lombardo
475 Allendale Road, Suite 200
King of Prussia, PA 19406

**Re: Donald M. Durkin Contracting, Inc. v. City of Newark, et al.
Our File No. 6606**

Dear Mr. Logan:

Last evening several Durkin employees, including Mike Durkin, were trespassing on the reservoir site and were witnessed taking photographs. Please remind your client that the reservoir is private property and that trespassing is not only inappropriate but will be prosecuted to the full extent. If you or your client need to visit the site please make arrangements through the proper channels beforehand.

Very truly yours,

TIGHE, COTTRELL & LOGAN, P.A.

By: *[signature]*
Victoria K. Petrone

cc:   City of Newark
      Roger Akin, Esq.
      Matthew F. Lintner, Esq.
      Paul Cottrell, Esq.

```
************ -COMM. JOURNAL- ************   DATE JUN-15-2004 ***** TIME 16:31 ***********

        MODE = MEMORY TRANSMISSION          START=JUN-15 16:29      END=JUN-15 16:31

        FILE NO.=453

  STN   COMM.   ONE-TOUCH/   STATION NAME/TEL NO.              PAGES       DURATION
  NO.           ABBR NO.

  001   OK      #            16103549760                       002/002     00:00:33
  002   OK      #            3667160                           002/002     00:00:34
  003   OK      #            5711750                           002/002     00:00:25
```

---

First Federal Plaza
Suite 500
Wilmington, DE 19899
302.658.8400
302.658-9836 Fax

# TIGHE, COTTRELL & LOGAN, P.A.

# Fax

| | | | |
|---|---|---|---|
| **To:** | Paul Logan | **From:** | Vicky Petrone |
| **Fax:** | 610-354-9760 | **Pages:** | 2 |
| **Phone:** | | **Date:** | 6/15/2004 |
| **Re:** | City of Newark Reservoir | **CC:** | Carol Houck for City of Newark / 366-7160 |
| | | | Matt Lintner / 571-1750 |

● **Comments:**

The pages comprising this facsimile transmission contain confidential information from either this law firm or client. This information is intended solely for use by the individual entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we may arrange to retrieve the transmission at no cost to you.