FC6606

# TIGHE, COTTRELL & LOGAN, P.A.
### Attorneys at Law
FIRST FEDERAL PLAZA
P.O. BOX 1031
WILMINGTON, DELAWARE 19899
Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
email: v.petrone@lawtcl.com

BRANCH OFFICES:
13 WEST AVENUE
P.O. BOX 303
WOODSTOWN, NJ 08098

1220-C EAST JOPPA ROAD
SUITE 550
TOWSON, MD 21286

2017 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3804

VIA FACSIMILE ONLY
June 10, 2005

Paul A. Logan, Esquire
Powell, Trachtman, Logan,
    Carrle & Lombardo
475 Allendale Road, Suite 200
King of Prussia, PA 19406

   **Re: Donald M. Durkin Contracting, Inc. v. City of Newark, et al.**
   **Our File No. 6606**

Dear Paul:

  It has come to our attention that representatives from Durkin have been visiting the site regularly and photographing the site and the work. One resident of Nonantum Mills has called the police already about Durkin trespassing, and another met with the Mayor and explained that Durkin trucks park in front of her home and cross her property to photograph the job. You did not respond to my request for identification of the source of the photograph you forwarded a few weeks ago, but it appears now that it was taken by Durkin during one of its visits.

  Durkin's behaviour is totally inappropriate and against the law. Please advise your client to stop trespassing. If a site visit is needed, it should be scheduled appropriately.

         Very truly yours,

         TIGHE, COTTRELL & LOGAN, P.A.

         By: _____
           Victoria K. Petrone

Samuel J. Arena, Jr., Esq.
James S. Green, Esq.
Paul Cottrell, Esq.
City of Newark
Roger Akin, Esq.

```
****************** -COMM. JOURNAL- ****************** DATE JUN-10-2005 ****** TIME 17:14 ******


         MODE = MEMORY TRANSMISSION            START=JUN-10 17:08      END=JUN-10 17:14

         FILE NO.=068
 STN    COMM.    ONE-TOUCH/    STATION NAME/TEL NO.                    PAGES      DURATION
 NO.             ABBR NO.

 001    OK       ≊             16103549760                             002/002    00:00:35
 002    OK       ≊             12155648120                             002/002    00:00:20
 003    OK       ≊             8880606                                 002/002    00:01:05
```

First Federal Plaza
Suite 500
Wilmington, DE 19899
302.658.6400
302.658.9836 Fax

# TIGHE, COTTRELL & LOGAN, P.A.

# Fax

| | | | |
|---|---|---|---|
| To: | Paul Logan | From: | Vicky Petrone |
| Fax: | 610-354-9760 | Pages: | 2 |
| Phone: | | Date: | 6/10/2005 |
| Re: | City of Newark Reservoir | CC: | Sam Arena / 215-564-8120 |
| | | | Jim Green / 888-0606 |

● Comments:

The pages comprising this facsimile transmission contain confidential information from either this law firm or client. This information is intended solely for use by the individual entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we may arrange to retrieve the transmission at no cost to you.