## Vicky Petrone

| | |
|---|---|
| From: | "Vicky Petrone" <v.petrone@lawtcl.com> |
| To: | "Paul A. Logan" <PLogan@PowellTrachtman.com> |
| Cc: | "Jim Green" <jgreen@svglaw.com>; "Paul Cottrell" <p.cottrell@lawtcl.com>; "Sam Arena" <sarena@stradley.com> |
| Sent: | Tuesday, May 24, 2005 12:36 PM |
| Subject: | Re: Emailing: IMG_1205_0022.jpg |

Where did you get this picture - I have confirmed that it was not taken by the City, URS or George & Lynch.


----- Original Message -----
From: "Paul A. Logan" <PLogan@PowellTrachtman.com>
To: "Vicky Petrone" <v.petrone@lawtcl.com>; "Paul Cottrell (E-mail)" <p.cottrell@lawtcl.com>
Cc: "Arena, Samuel" <SArena@STRADLEY.COM>
Sent: Monday, May 23, 2005 2:19 PM
Subject: Emailing: IMG_1205_0022.jpg


Vicky/Paul/Sam: Do you know the date this picture was taken?

<<IMG_1205_0022.jpg>>