1
2
3
4                             -   -   -
5          9-1-1 .WAV FILE TRANSCRIPTION
6                             -   -   -
7
8
9
    RE:   9-1-1 CALL (anonymous)
10
11
12
13                    9-1-1 call, transcribed on
    July 12, 2005 by Shenna M. Basye-Cara, a
14  Professional Reporter and Notary Public in
    the State of Delaware.
15
16
17
                              -   -   -
18
19         ESQUIRE DEPOSITION SERVICES
           Suite 760, One Commerce Center
20               12th & Orange Streets
            Wilmington, Delaware 19801
21                  (302) 426-9857
22
23
24

Page 2

1  Q. Newark Police.
2  A. This is a nonemergency. I
3  live on Old Paper Mill Road, by the new
4  reservoir.
5  Q. Uh-huh.
6  A. Well, there's a Durkin truck
7  here. It's very odd, really. A big, red
8  truck that says "Durkin" on it. The other
9  people are at the bottom, down in the
10 reservoir, but the guy is working up the
11 road there as if he's spying. It's really
12 odd.
13 Q. A what kind of truck?
14 A. Durkin. Remember Durkin, the
15 contractor that wouldn't -- they're suing
16 about the reservoir?
17 Q. Oh.
18 A. There he is on Old Paper Mill
19 Road, hanging back from the reservoir. It's
20 really odd. I don't know if it means
21 anything.
22 Q. Okay. So where the truck is
23 located exactly would be -- is it near any
24 certain intersection -- intersecting street?

Page 3

1  A. It's -- it's -- it's opposite
2  Nonantum.
3  Q. I'm sorry. Opposite what?
4  A. Nonantum. He's just sitting
5  there in the road, headlights on. It's
6  odd -- it's really odd. It's as if he
7  scoped out the area and is just sitting
8  there, giving a report or something. I'm
9  just surmising. It's really odd to see him
10 here, since they've been chased out.
11 Q. Okay. All-righty. We'll
12 check it out.
13 A. Big red truck. Yeah. It's --
14 it's -- maybe it's industrial espionage.
15 Q. (Laughter.)
16 A. (Laughter.) And there are
17 space aliens, going to abduct us all. Well,
18 that's -- it's getting really ridiculous
19 now, right?
20    On that basis, I will hang up.
21 Q. Okay. Thanks.
22 A. Bye.
23 Q. Bye-bye.
24

Page 4

1
2    CERTIFICATE
3
4
5    I HEREBY CERTIFY that the
6  above .wav file was accurately transcribed
7  to the best of my ability.
8
9
10
11   Shenna M. Basye-Cara
12   Delaware Certified Shorthand
     Reporter
13   Certification No. 167-PS
14   Dated: July 12, 2005
15
16
17   (The foregoing certification
     of this transcript does not apply to any
18   reproduction of the same by any means,
     unless under the direct control and/or
19   supervision of the certifying reporter.)
20
21
22
23
24

Page 5

1    LAWYER'S NOTES
2  PAGE   LINE
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24