Newark PD

## Initial Crime Report

| Reported Date and Time | | Occurred: |
|---|---|---|
| MON 06/20/2005 1852 | | MON 06/20/2005 1852 |

Complaint # 31-05-008139

Location:
**240 Old Paper Mill RD**    Newark, DE 19711

M.O. and Incident Overview:
D1 and D2 were found walking inside the Newark reservoir.

| Grid | Sector | County | Domestic Related | 4-F-14 Sent? | Gen Broadcast Sent? |
|---|---|---|---|---|---|
| 062-348 | 02 | New Castle | ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No |

## Victim Information

| Victim Number | Name |
|---|---|
| 001 | City of Newark Reservoir |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Government | | | | | |

| Address | Resident Status | Business Telephone | Employer/School | Work Telephone |
|---|---|---|---|---|
| 240 Old Paper Mill RD Newark, DE 19711 | | (302) 366-7110 | | |

Reporting Person? ☐Yes ☒No    Victim Injured? ☐Yes ☒No    Victim Deceased? ☐Yes ☒No

## Suspect/Defendant Information

| Sequence | Type | SBI Number | Name | Nick Name |
|---|---|---|---|---|
| 001 | Defendant | T0221629 | DURKIN, MICHAEL D | |

| Sex | Race | Ethnic Origin | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Male | White | Non-Hispanic | 49 | 05/30/1956 | 6' 00" | 200 | | Brown |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|
| Brown | | | | | | | |

| Disguise | Disguise Color(s) | Resident Status | Unusual Characteristics | Armed With |
|---|---|---|---|---|
| | | Non Resident | | Unarmed |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| 1205 STEVENs RD PHILADELPHIA, PA 19116 | (215) 669-1252 | | |

| Arrest Number | Arrest Type |
|---|---|
| 76991 | Summoned |

| Sequence | Type | SBI Number | Name | Nick Name |
|---|---|---|---|---|
| 002 | Defendant | | DURKIN, JAMES W | |

| Sex | Race | Ethnic Origin | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Male | White | Non-Hispanic | 41 | 07/28/1963 | 5' 11" | 200 | | Blue |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|
| Brown | | | | | | | |

| Disguise | Disguise Color(s) | Resident Status | Unusual Characteristics | Armed With |
|---|---|---|---|---|
| | | Non Resident | | Unarmed |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| 3 Windey WAY DOYLESTOWN, PA 18901 | (215) 669-1255 | | |

| Arrest Number | Arrest Type |
|---|---|
| 56450 | Summoned |

## Crimes and Associated Information

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 001 | 001 | NE:22:0039:000A:M: | Criminal Trespass |

| Location Of Offense | Status | Involvement | General Offense |
|---|---|---|---|
| Other/Unknown | Adult Arrest 06/20/2005 | ☐Alcohol ☐Drugs ☐Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐Yes ☒No - N/A | 5707 - Trespassing/Free Text |

## Victim - Suspect/Defendant Relationships

| Victim - 001 | Suspect/Defendant - 001 | Victim Offender Relationship |
|---|---|---|
| City of Newark Reservoir | DURKIN, MICHAEL D | Otherwise Known |
| Victim - 001 City of Newark Reservoir | Suspect/Defendant - 002 DURKIN, JAMES W | Otherwise Known |

## Investigative Narrative

On 062005 I worked a security detail at the Newark reservoir. The reservoir is a posted no trespass area. The reservoir is presently under construction. At approximately 1852 hours I discovered two adult W/M's walking inside the north end of the reservoir. I identified myself and instructed these two W/M's to come to me. The W/M's walked over a tarp inside the reservoir to reach me. I informed the W/M's they were trespassing and asked for their identification. Each W/M handed me their Pennsylvania drivers license. The W/M's were identified as James W. Durkin (072863) and Michael D. Durkin (053056). The Durkins told me they had just been walking around and were going to leave. The Durkins also told me they had parked their vehicle in the apartment complex lot. The Durkins gestured toward the Pine Brook apartment complex when they told me this. I then instructed the Durkins to walk to the construction entrance on Old Paper Mill Road. After reaching the construction entrance I issued each Durkin a summons for criminal

| Reporting Officer | Pending Supervisory Review: |
|---|---|
| CPL KELD - 9560 1 | |

JUN-21-2005 TUE 09:08 AM CITY OF NEWARK          FAX NO. 3023667160          P. 03

Page. 2  | Report Date: 06/40/2005 | Agency: Newark PD | Case 1:04-cv-00163-GMS Document 89-8   Filed 07/14/2005 Complaint Page 2 of 2
                                                                                          31-05-008139

## Investigative Narrative - Continued

trespass. The Durkins were also advised they were not allowed to return to this property. This case is closed adult arrest.

| Reporting Officer CFL KELD - 9560 1 | | | Pending Supervisory Review: | | |
|---|---|---|---|---|---|
| Detective Notified | | Referred To | | | |
| Solvability Factors | ☐ Witness ☐ Suspect Located | ☐ M. O. ☐ Suspect Described | ☐ Trace Stolen Property ☐ Suspect Identified | ☐ Suspect Named ☐ Suspect Vehicle Identified | Status Closed |