# URS

# Facsimile

| | | | |
|---|---|---|---|
| Date: | Thursday, June 23, 2005 | Page 1 of: | 1 |
| To: | Vicky Petrone | From: | Jill Voeller |
| Firm: | Tighe, Cottrell & Logan, P.A. | cc: | Carol Houck, Glenn Bowen, Jim Green |
| Facsimile: | 658-9836 | | |
| Subject: | **Incident at Reservoir** | | |

Message: Vicky, Per your and Carol's request, I am writing about an incident at the reservoir that was reported to me by George and Lynch's field superintendent this morning. About three weeks ago NAVTech placed grade stakes on the benches and the crest on the east side of the reservoir. Yesterday, the dozer operator was working in that area around station 12+00 and noticed that someone had taken the stakes from the 169 foot bench and swapped them with the stakes on the crest road in the exact same holes. The Contractor thought that was suspicious because your average person wouldn't understand how the staking system works and he thought this was done by someone who understands grade stakes. The dozer operator discovered this when he noticed the finished grades marked on the stakes were incorrect and misplaced. Thanks, Jill

URS Corporation
1200 Philadelphia Pike
Wilmington, DE 19809
Tel: 302-791-0700
Fax: 302-791-0708
www.urscorp.com

**CONFIDENTIALITY NOTICE**
The information in this facsimile transmission is intended solely for the stated recipient of this transmission. If you have received this fax in error, please notify the sender immediately by telephone. If you are not the intended recipient, please be advised that dissemination, distribution, or copying of the information contained in this fax is strictly prohibited.