IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY | ) |
| Third Party Defendant. | ) |

**AFFIDAVIT OF FLOYD W. METZ, JR.**

STATE OF DELAWARE     :
                      : ss
COUNTY OF NEW CASTLE  :

Floyd W. Metz, Jr., being duly sworn, does depose and say:

1. I speak from personal knowledge and am competent to make this Affidavit.

2. I am employed by George and Lynch ("G&L") as Field Superintendent. I have held this position for 17 years. I have overseen the construction of the City of Newark Water Supply Reservoir (the "Reservoir" or "Project") since the Project was taken over by G&L in March, 2004.

3. In April, 2005 a subcontractor to G&L, NAVTech, surveyed the Reservoir and placed grade stakes on the benches and the crest on the east side of the Reservoir.

4. A "bench" is a horizontal break in the interior slope of the Reservoir embankment.

5. Grade stakes are surveying markers which guide G&L in constructing the Reservoir in accordance with the construction drawings and specifications.

6. While operating a bulldozer to construct the interior slope in the area of the 12+00 station on June 22, 2005 Francis Edwards, a G&L employee who is familiar with the Project design requirements, suspected something was amiss and caused an investigation to take place regarding the location of the grade stakes.

7. The investigation revealed that the grade stakes from the 169 foot bench had been switched with the grade stakes from the crest road at the top of the embankment.

8. The action of swapping the grade stakes, if not discovered, would have caused G&L to begin construction of the embankment improperly and contrary to the construction drawings and specifications.

9. It is my belief that the grade stakes were switched by an individual who is knowledgeable about surveying and grade stakes. A person who was not knowledgeable about surveying and layout would not understand how the staking system works and would therefore be unable to undertake such careful and calculated sabotage to G&L's work and the Project.

10. I am concerned about further interference with G&L's construction efforts at the Reservoir.

_____
Floyd W. Metz, Jr.

SWORN TO AND SUBSCRIBED before me this 12th day of July, 2005

_____
Notary Public