| Page | Report Date | Agency | Complaint |
|---|---|---|---|
| 1 | 07/11/2005 | Newark PD | 31-05-008964 |

| Reported Date and Time | | Occurred |
|---|---|---|
| MON 07/11/2005 1103 | Initial Crime Report | MON 07/11/2005 1103 |

**Location:** 240 Old Paper Mill RD NEWARK CITY RESIVOIR    Newark, DE 19711

**M.O. and Incident Overview:**
RP STATES THAT HE OBSERVER UNKNOWN SUBJECTS ON THE PROPERTY WITH A CAMERA

| Grid | Sector | County | Domestic Related | 4-F-14 Sent? | Gen Broadcast Sent? |
|---|---|---|---|---|---|
| 062-344 | 02 | New Castle | ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No |

## Victim Information

| Victim Number | Name |
|---|---|
| 001 | CITY OF NEWARK |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Government | | | | | |

| Address | Resident Status | Business Telephone | Employer/School | Work Telephone |
|---|---|---|---|---|
| 220 Elkton RD Newark, DE 19711 | | (302) 366-7110 | | |

| Reporting Person? | Victim Injured? | Victim Deceased? | Officer Comments |
|---|---|---|---|
| ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No | |

| Injuries | Description of Injuries |
|---|---|
| | |

## Suspect/Defendant Information

| Sequence | Type | SBI Number | Name | Nick Name |
|---|---|---|---|---|
| 001 | Unknown | | | |

| Sex | Race | Ethnic Origin | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Male | White | Non-Hispanic | 20 to 40 | | | | | |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Disguise | Disguise Color(s) | Resident Status | Unusual Characteristics | Armed With |
|---|---|---|---|---|
| | | Unknown | | Unarmed |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| | | | |

| Arrest Number | Suspect's Clothing Description |
|---|---|
| | CAMOUFLAGE CLOTHING |

| Sequence | Type | SBI Number | Name | Nick Name |
|---|---|---|---|---|
| 002 | Unknown | | | |

| Sex | Race | Ethnic Origin | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Male | White | Non-Hispanic | 20 to 40 | | | | | |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| Disguise | Disguise Color(s) | Resident Status | Unusual Characteristics | Armed With |
|---|---|---|---|---|
| | | Unknown | | Unarmed |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| | | | |

| Arrest Number | Suspect's Clothing Description |
|---|---|
| | CAMOUFLAGE CLOTHING |

## Crimes and Associated Information

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 001 | 001 | DE:11:0821:0000:V; | Criminal Trespass Third Degree |

| Location Of Offense | Status | Involvement | General Offense |
|---|---|---|---|
| Government/Public Building | Pending-Inactive | ☐Alcohol ☐Drugs ☐Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐Yes ☒No - N/A | 5707 - Trespassing/Free Text |

| Burglary Force Involved |
|---|
| ☐Yes ☐No |

## Victim - Suspect/Defendant Relationships

| Victim - 001 | Suspect/Defendant - 001 | Victim Offender Relationship |
|---|---|---|
| CITY OF NEWARK | Unknown | Relationship Undetermined |
| Victim - 001 | Suspect/Defendant - 002 | Victim Offender Relationship |
| CITY OF NEWARK | Unknown | Relationship Undetermined |

## Investigative Narrative

ON ABOVE DATE AND TIME, ASSIGNED RESPONDED TO ABOVE LOCATION FOR REPORT OF TWO SUBJECTS TRESPASSING. UPON ARRIVAL, ASSIGNED CONTACTED RP, FLOYD W. METZ JR., 12-28-48, WHO STATED THAT HE OBSERVED TWO WMN DRESSED IN CAMOUFLAGE CLOTHING WITH A CAMERA WITH A TELESCOPIC LENS LYING IN THE GRASS POSSIBLY TAKING PICTURES OF THE RESERVOIR. RP STATES THAT WHEN HE ATTEMPTED TO CONTACT THE SUBJECTS, THEY FLED THE AREA. ASSIGNED AND THE CONSTRUCTION STAFF CHECKED THE AREA WITH NEGATIVE RESULTS. RP ADVISED TO CONTACT NPD IF HE OR ANY OTHER EMPLOYEE OBSERVES SUBJECTS ON THE PROPERTY. NO FURTHER POLICE ACTION TAKEN. THIS CASE WILL BE PENDING

| Reporting Officer | Supervisor Approval |
|---|---|
| PTLM SAUNDERS - 9593 2 | JOHN A DEGHETTO OJNWJAD Date 07/11/2005 1415 |

| Page: | Report Date: | Agency: | Complaint: |
|---|---|---|---|
| 2 | 07/11/2005 | Newark PD | 31-05-008964 |

## Investigative Narrative - Continued

INACTIVE UNTIL FURTHER ACTION IS TAKEN OR FURTHER INFORMATION IS OBTAINED.

| Reporting Officer: PTLM SAUNDERS - 9593 2 | Supervisor Approval: JOHN A DEGHETTO OJNWJAD Date 07/11/2005 1415 |
|---|---|
| Detective Notified: | Referred To: |

| Solvability Factors | ☐ Witness | ☐ M.O. | ☐ Trace Stolen Property | ☐ Suspect Named | Status |
|---|---|---|---|---|---|
| | ☐ Suspect Located | ☐ Suspect Described | ☐ Suspect Identified | ☐ Suspect Vehicle Identified | Office |