## Newark Reservoir – Site Visit
## June 27, 2005
## Sign In Sheet
Re: Donald M. Durkin Contracting Inc. v. City of Newark, et al.

| Name | Company/Firm |
|---|---|
| Jill Vogler | URS |
| Greg Zamensky | URS |
| Mark Prouty | URS |
| Joe Kula | URS |
| Carol Houck | City of Newark |
| Rob Thym | STAAD/CF7 |
| JP Giroud | JP Giroud Inc. |
| Gregory Richardson | GNRA |
| Chris Gebhard | Liebhann-Gebhard, Inc. |
| David Boyer | PTCL |
| → Michael Durkin | DMD |
| → [signature] | " |
| [signature] | SRSN |
| [signature] | G&L |
| Mike Hall | G+L |
| Vinny Petrone | For Newark |
| Joe Dombrowski | Newark |
| George Seitz | SV&G |