IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. ) | Civil Action No.: 04-0163 GMS |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| CITY OF NEWARK, HAROLD F. GODWIN, ) | JURY TRIAL DEMANDED |
| JOHN H. FARRELL, IV, JERRY CLIFTON, ) | |
| KARL G. KALBACHER, DAVID J. ATHEY, ) | |
| FRANK J. OSBORNE, JR., CHRISTINA REWA ) | |
| AND URS CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| vs. ) | |
| ) | |
| FEDERAL INSURANCE COMPANY ) | |
| ) | |
| Third Party Defendant. ) | |

## CERTIFICATE OF SERVICE

I, Victoria K. Petrone, Esquire, hereby certify that on July 14, 2005, a copy of the foregoing Motion for Protective Order was served upon the following by the method indicated:

Paul A. Logan, Esquire
Powell, Trachtman, Logan, Carrle
& Lombardo, P.C.
475 Allendale Road, Suite 200
King of Prussia, PA 19406
*By Federal Express - Next Day*

Sheela D. Dattani, Esquire
Stradley, Ronon, Stevens & Young, LLP
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801
*By Hand-Delivery*

James S. Green, Esquire
George H. Seitz, III, Esquire
Seitz Van Ogtrop & Green P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*By Hand-Delivery*

Samuel J. Arena, Jr., Esquire
Patrick R. Kingsley, Esquire
David M. Burkholder, Esquire
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
*By Federal Express - Next Day*

/s/ Victoria K. Petrone
Victoria K. Petrone, Esquire