IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | )<br>) |
| CITY OF NEWARK, et al., | )<br>) |
| Defendants | )<br>) |
| and | )   C.A. No. 04-163 GMS |
| CITY OF NEWARK, et al., | )<br>) |
| Third-Party Plaintiff | )<br>) |
| v. | )<br>) |
| DONALD M. DURKIN CONTRACTING, INC., AND FEDERAL INSURANCE COMPANY, | )<br>)<br>) |
| Third-Party Defendants | ) |

### ORDER

WHEREAS on July 14, 2005, the City of Newark filed a Motion for Protective Order (D.I. 89); and

WHEREAS after reviewing the parties' submissions, the court will deny the motion without prejudice.

IT IS HEREBY ORDERED THAT:

The City of Newark's Motion for Protective Order (D.I. 89) be DENIED without prejudice.

Dated: July 29, 2005



UNITED STATES DISTRICT JUDGE

FILED
JUL 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE