MICHAEL G. TRACHTMAN
PAUL A. LOGAN*°◊
GUNTHER O. CARRLE*
BRUCE D. LOMBARDO
LAWRENCE A. BORDA*
JOSEPH P. TRABUCCO, III□
NEIL P. CLAIN, JR.*
JONATHAN K. HOLLIN
DAVID T. BOLGER
RICHARD J. DAVIES*□
STEVEN G. BARDSLEY*
STEPHEN D. MENARD*
FRANCIS G. LAROCCA
EILEEN C. CLARK*
FRANK S. NOFER*
ANTHONY S. POTTER°
GEORGE T. REYNOLDS*
MARY J. PEDERSEN*
FREDERICK M. BREHM*
JENIFER L. SUPLEE*
JAMES S. BAINBRIDGE*
KEVIN K. CARTON, JR.*
DIRK M. SIMPSON, LL.M. (TAXATION)*
PATRICK S. CAWLEY
CHRISTOPHER S. KOLLER
GREGORY J. STAR*

*ALSO ADMITTED IN NJ
°ALSO ADMITTED IN MD
◊ALSO ADMITTED IN DE
□ALSO ADMITTED IN NY

LAW OFFICES
POWELL, TRACHTMAN, LOGAN,
CARRLE & LOMBARDO
A PROFESSIONAL CORPORATION

475 ALLENDALE ROAD
SUITE 200
KING OF PRUSSIA, PA 19406

(610) 354-9700
FACSIMILE (610) 354-9760
PLOGAN@POWELLTRACHTMAN.COM
WWW.POWELLTRACHTMAN.COM

OF COUNSEL
RALPH B. POWELL, JR.
MALCOLM B. JACOBSON
RICHARD T. ABELL
RICHARD L. BUSH
DAVID M. DOTO*
KEITH R. BLACK

114 NORTH SECOND STREET
HARRISBURG, PA 17101
(717) 238-9300
FAX (717) 238-9325

SUITE 304
1814 EAST ROUTE 70
CHERRY HILL, NJ 08003
(856) 663-0021
FAX (856) 663-1590

August 26, 2005

PLEASE REPLY TO:

KING OF PRUSSIA

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 North King Street
Room 4324, Lockbox 19
Wilmington, DE 19801

    Re:    ***Donald M. Durkin Contracting, Inc. v. City of Newark, et al.***
              *No. 04-0163-GMS*

Dear Judge Sleet:

    Please accept this letter as joint status report by the parties and a request with respect to the Pre-Trial Conference with the Court scheduled for September 8, 2005.

    By way of a brief summary, the origin of this litigation is the City of Newark's termination of the contract to construct a reservoir it had with Donald M. Durkin Contracting, Inc. On September 24, 2004, following a conference with counsel, the Court issued the case Scheduling Order. That Order provided for a pretrial conference on September 8, 2005, and a trial date of September 19, 2005.

    As Your Honor will recall, at the September, 2004, scheduling conference with the Court, it was suggested that the parties attempt to resolve the matter through private mediation. The parties selected Mr. Howard Venzie, Esquire, as the mediator and the first mediation proceeded on November 30 and December 1, 2004. That mediation was not successful.

KOP:320225v5 3514-04

The Honorable Gregory M. Sleet
August 26, 2005
Page 2

      In a status conference call with the Court, the parties reported to Your Honor the status of their efforts and suggested that although some progress may have been made at the mediation with Mr. Venzie, the matter had not settled. It was agreed by the parties that the lack of success may have resulted from a misunderstanding of the mediator of the respective positions of the parties. All agreed that there was yet an opportunity to possibly resolve the matter.

      With the Court's assistance, Judge Joshua Martin agreed to assume the role of mediator. The parties mediated the issues with Judge Martin on June 15, 2005, and thereafter, have had several separate discussions. The last discussions among counsel occurred last week; all parties believe that we have again reached an impasse and that an additional mediation session with Judge Martin will not be productive, at this time. Therefore, counsel have discussed the resumption of discovery and trial preparation.

      In the conference call with the Court that preceded the mediation with Judge Martin, counsel requested that the Court issue a revised Scheduling Order. The Court did not issue a revised Scheduling Order pending the outcome of the mediation with Judge Martin. However, as discussed with Your Honor, and with Your Honor's permission, all depositions and expert discovery were held in abeyance during the continued mediation efforts by the parties.

      The recent discussions among counsel have focused on discovery and trial issues. Donald M. Durkin Contracting, Inc., has circulated among counsel a Fed. R.C.P. 41(a)(1) stipulation to dismiss URS Corporation as an original defendant. There are no other claims pending against URS Corporation by any other party.

      In light of the dismissal of URS by Donald M. Durkin Contracting, Inc., as an original defendant, however, the City of Newark will request leave to file claims against URS based on the allegations of the Complaint.

      Counsel for the City of Newark, Federal Insurance Company and Donald M. Durkin Contracting, Inc., have also discussed the identity of prospective deponents and other discovery matters in anticipation of discussing a proposed revised Scheduling Order. We believe there is general agreement as to the identity of the deponents based on the currently available information, but leave open the possibility that additional depositions may be needed.

      Counsel respectfully request that the conference with Your Honor on September 8, 2005, address a new Scheduling Order, and fix revised dates for the completion of discovery, the exchange of expert reports and trial date. If helpful to the Court, in advance of the conference, counsel will prepare a proposed revised Scheduling Order for Your Honor's consideration.

KOP:320225v5 3514-04

The Honorable Gregory M. Sleet
August 26, 2005
Page 3

    All counsel look forward to receiving the Court's guidance respecting the upcoming conference.

Respectfully,

Paul A. Logan

PAL:drp
c:    Paul Cottrell, Esquire/Victoria K. Petrone, Esquire
      James S. Green, Esquire
      Samuel J. Arena, Jr., Esq./Patrick R Kingsley, Esq./David M. Burkholder, Esq.

KOP:320225v5 3514-04