IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff*<br>vs.<br>CITY OF NEWARK, et al., *Defendants*<br>and<br>CITY OF NEWARK, *Third-Party Plaintiff*<br>vs.<br>DONALD M. DURKIN CONTRACTING and FEDERAL INSURANCE COMPANY, *Third-Party Defendants* | CASE NO. 04-0163-GMS  |

STIPULATION OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE PURSUANT TO FED. R.CIV.P. 41(a)(1)

Pursuant to Fed. R.C.P. 41(a)(1), DONALD M. DURKIN CONTRACTING, INC., CITY OF NEWARK, URS CORPORATION and FEDERAL INSURANCE COMPANY by and through their counsel, hereby stipulate that Plaintiffs' Complaint as directed against URS CORPORATION only is hereby dismissed and discontinued.

Powell, Trachtman, Logan,
  Carrle & Lombardo, P.C.

By: _____
  Paul A. Logan, Esquire
  475 Allendale Road
  Suite 200
  King of Prussia, PA 19406
  Attorneys for Plaintiffs

Seitz, Van Ogtrop & Green, P.A.

By: _____
  George Seitz, Esquire
  James S. Green, Esquire
  222 Delaware Avenue
  Suite 1500, P. O. Box 68
  Wilmington, DE 19899
  Attorneys for URS Corporation

Tighe, Cottrell & Logan, P.A.

By: _____
  Paul Cottrell, Esquire
  Victoria K. Petrone, Esquire
  First Federal Plaza
  Suite 500
  P. O. Box 1031
  Wilmington, DE 19899
  Attorneys for the City of Newark

Stradley Ronon Stevens & Young LLP

By: _____
  Samuel J. Arena, Jr., Esquire
  Patrick R Kingsley, Esquire
  David M. Burkholder, Esquire
  2600 One Commerce Square
  Philadelphia, PA 19103-7098
  Attorneys for Federal Insurance
    Company

KOP:320394v1 3514-04