IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., <br><br> Plaintiff <br><br> v. <br><br> CITY OF NEWARK, et al., <br><br> Defendants <br><br> and <br><br> CITY OF NEWARK, et al., <br><br> Third-Party Plaintiff <br><br> v. <br><br> DONALD M. DURKIN CONTRACTING, INC., AND FEDERAL INSURANCE COMPANY, <br><br> Third-Party Defendants | C.A. No. 04-163 GMS |

### ORDER

WHEREAS on April 7, 2004, Plaintiff Donald M. Durkin Contracting, Inc. ("Durkin") filed a combined motion for declaratory judgment (D.I. 5-2) and injunctive relief (D.I. 5-1); and

WHEREAS in light of the court's order (D.I. 63) denying Durkin's subsequent motion for partial summary judgment (D.I. 36), the above-mentioned motions are deemed moot.

IT IS HEREBY ORDERED THAT:

Durkin's combined motion for declaratory judgment (D.I. 5-2) and injunctive relief (D.I. 5-1) be DENIED as moot.

Dated: September 12, 2005

UNITED STATES DISTRICT JUDGE