IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | C.A. No. 04-165 (GMS) |
| vs. | JURY TRIAL DEMANDED |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA and URS CORPORATION, | |
| Defendants. | |
| and | |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA and URS CORPORATION, | |
| Third Party Plaintiffs | |
| vs. | |
| FEDERAL INSURANCE COMPANY, | |
| Third Party Defendant. | |

## MODIFIED SCHEDULING ORDER

This _____ day of September, 2005, the parties have agreed to submit the following modified scheduling order to the Court for approval.

KOP:321755v4 3514-04

1.      **Dismissal of URS Corporation by Plaintiff.** Within ten (10) days of the entry of this Order, Plaintiff shall file with the Court a Stipulation of Dismissal pursuant to Fed.R.Civ.P. 41(a)(1) to dismiss URS Corporation as a party to the litigation.

2.      **Joinder of other Parties and Amendment of Pleadings**. Within thirty days of the entry of this Order, the parties shall make all final amendments to their pleadings and join any additional parties.

3.      **Discovery**. All fact discovery in this case shall be initiated so that it will be completed on or before February 28, 2006. All expert discovery shall be completed by June 30, 2006. Initial expert reports shall be provided by April 28, 2006. Response expert reports shall be served within thirty days after service of the initial report.

    a.      Discovery Matters. Should counsel find they are unable to resolve a discovery matter, the party seeking the relief shall contact chambers at (302) 573-6470 to schedule a telephone conference. Not less than forty-eight hours prior to the conference, by hand delivery or facsimile at (302) 573-6472, the party seeking relief shall file with the court a letter agenda not to exceed two (2) pages outlining the issues in dispute. Should the court find further briefing necessary upon conclusion of the telephone conference, the court shall order the party seeking relief to file with the court a **TWO PAGE LETTER**, exclusive of exhibits, describing the issues in contention. The responding party shall file within five (5) days from the date of service of the opening letter an answering letter of no more than **TWO PAGES**. The party seeking relief may then file a reply letter of no

more than **TWO PAGES** within three (3) days from the date of service of the answering letter.

4. **Confidential Information and Papers filed under Seal**. Should counsel find it will be necessary to apply to the court for a protective order specifying terms and conditions for the disclosure of confidential information, they should confer and attempt to reach an agreement on a proposed form of order and submit it to the court within 10 days from the date of this order. When filing papers under seal, counsel should deliver to the Clerk an original and two copies of the papers. **If after making a diligent effort the parties are unable to agree on the contents of the joint proposed protective order, then they shall follow the dispute resolution process outlined in paragraph 3(a).**

5. **Case Dispositive Motions**. All case dispositive motions and an opening brief and affidavits, if any, in support of the motion shall be served and filed within two (2) weeks of the close of fact discovery. Briefing will be presented pursuant to the Court's Local Rules, unless the parties agree to an alternative briefing schedule. Any such agreement shall be in writing and filed with the Court for the Court's approval.

6. **Applications by Motion**. Except as provided in this Order or for matters relating to scheduling, any application to the Court shall be by written motion filed with the Clerk. Unless otherwise requested by the Court, counsel shall not deliver copies of papers or correspondence to Chambers. Any non-dispositive motion should contain the statement required by Local Rule 7.1.1.

7. **Oral Argument**. If the Court believes that oral argument is necessary, the Court will schedule a hearing Pursuant to Local Rule 7.1.4.

KOP:321755v4 3514-04

8.      **Pretrial Conference**. On September 5, 2006, the Court will hold a Pretrial Conference in Chambers with counsel beginning at 10:00 a.m. Briefs on all Motions in limine shall be filed by August 14, 2006. The parties shall file with the Court the Joint Proposed Final Pretrial Order with the information required by the Form of Final Pretrial Order, which accompanied the Court's September 23, 2004 Scheduling Order, on or before August 14, 2006.

9. **Trial**. This matter is scheduled for trial beginning at 9:00 a.m. on September 25, 2006; a total of ten days have been set aside for the trial.

10.     **Scheduling**. The parties shall direct any requests or questions regarding the scheduling and management of this matter to Chambers at (302) 573-6470.

_____
UNITED STATES DISTRICT JUDGE