LAW OFFICES
# POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO
A PROFESSIONAL CORPORATION

475 ALLENDALE ROAD
SUITE 200
KING OF PRUSSIA, PA 19406

(610) 354-9700
FACSIMILE (610) 354-9760
PLOGAN@POWELLTRACHTMAN.COM
WWW.POWELLTRACHTMAN.COM

MICHAEL G. TRACHTMAN
PAUL A. LOGAN*°◊
GUNTHER O. CARRLE*
BRUCE D. LOMBARDO
LAWRENCE A. BORDA*
JOSEPH P. TRABUCCO, III□
NEIL P. CLAIN, JR.*
JONATHAN K. HOLLIN
DAVID T. BOLGER
RICHARD J. DAVIES*□
STEVEN G. BARDSLEY*
STEPHEN D. MENARD*
FRANCIS G. LAROCCA
EILEEN C. CLARK*
DENNIS P. HERBERT*
FRANK S. NOFER*
ANTHONY S. POTTER°
GEORGE T. REYNOLDS*
MARY J. PEDERSEN*
FREDERICK M. BREHM*
JENIFER L. SUPLEE*
JAMES S. BAINBRIDGE*
KEVIN K. CARTON, JR.*
DIRK M. SIMPSON, LL.M. (TAXATION)*
PATRICK S. CAWLEY
CHRISTOPHER S. KOLLER
GREGORY J. STAR*

*ALSO ADMITTED IN NJ
°ALSO ADMITTED IN MD
◊ALSO ADMITTED IN DE
□ALSO ADMITTED IN NY

OF COUNSEL
RALPH B. POWELL, JR.
MALCOLM B. JACOBSON
RICHARD T. ABELL
RICHARD L. BUSH
DAVID M. DOTO*
KEITH R. BLACK

114 NORTH SECOND STREET
HARRISBURG, PA 17101
(717) 238-9300
FAX (717) 238-9325

SUITE 304
1814 EAST ROUTE 70
CHERRY HILL, NJ 08003
(856) 663-0021
FAX (856) 663-1590

September 19, 2005

PLEASE REPLY TO:

KING OF PRUSSIA

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 North King Street
Room 4324, Lockbox 19
Wilmington, DE 19801

     Re:    ***Donald M. Durkin Contracting, Inc. v. City of Newark, et al.***
              *No. 04-0163-GMS*

Dear Judge Sleet:

     Enclosed is a copy of the proposed Revised Scheduling Order incorporating the directions received at the Pre-Trial Conference. I have confirmed with counsel that the directions received from the Court have been fairly stated and we generally present this to Your Honor for consideration and entry.

                              Respectfully,

                              Paul A. Logan

PAL:drp
Enclosure
    c:     Paul Cottrell, Esquire/Victoria K. Petrone, Esquire (w/enclosure)
           James S. Green, Esquire (w/enclosure)
           Samuel J. Arena, Jr., Esq./Patrick R Kingsley, Esq./David M. Burkholder, Esq. (w/enclosure)