IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., and CHRISTINA REWA | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY and URS CORPORATION | ) |
| Third Party Defendants. | ) |

**THIRD-PARTY COMPLAINT OF DEFENDANT CITY OF NEWARK**

1. Defendant City of Newark ("Newark") contracted with URS Corporation ("URS") for professional services related to the design and construction administration of Newark's Water Supply Reservoir under a written contract dated August 22, 2000.

2. This lawsuit was instituted by Plaintiff Donald M. Durkin Contracting Inc. ("Durkin") as a result of Newark's termination of its contract with Durkin.

3. Durkin has asserted a variety of allegations related to the design of the Reservoir and the underlying factual and legal bases for the termination of its contract with Newark.

4. Although these assertions are still at issue, Durkin has dismissed URS as an original defendant.

5. Newark denies that it is liable for any of the claims in this action and denies that the design is deficient or that the termination wasn't factually and legally justified. However, pleading in the alternative, in the event that a judgment should be rendered against Newark related to the design and/or termination, then Newark would be entitled to contribution, indemnification, or a pro rata determination of the respective shares of liability from URS pursuant to the contract, the provisions of Delaware's Uniform Contribution Among Tort Feasor's Law, 10 *Del. C.* § 6301, common law or any other applicable statute.

WHEREFORE, The City of Newark asks this Court to enter judgment in its favor on its Third Party Complaint and such other relief as this Court deems just.

TIGHE, COTTRELL & LOGAN, P.A.

By: /s/ Paul Cottrell
Paul Cottrell
Delaware I.D. No. 2391
Victoria K. Petrone
Delaware I.D. No. 4210
704 N. King Street
P.O. Box 1031
Wilmington, DE 19899
P: (302) 658-6400
F: (302) 658-9836
email: p.cottrell@lawtcl.com
Attorneys for Defendants City of Newark, Harold F. Godwin, John H. Farrell, Iv, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa

Dated:   October 7, 2005