IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., and CHRISTINA REWA | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY and URS CORPORATION | ) |
| Third Party Defendants. | ) |

**CERTIFICATE OF SERVICE**

    I, Victoria K. Petrone, Esquire hereby certify that on this 7th day of October, 2005, I caused a true and correct copy of the foregoing *Third-Party Complaint of Defendant City of Newark* to be served upon the following as indicated below:

Paul A. Logan, Esquire
Powell, Trachtman, Logan, Carrle
& Lombardo, P.C.
475 Allendale Road, Suite 200
King of Prussia, PA 19406
*By Federal Express - Next Day*

James S. Green, Esquire
George H. Seitz, III, Esquire
Seitz Van Ogtrop & Green P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*By Hand-Delivery*

Sheela D. Dattani, Esquire
Stradley, Ronon, Stevens & Young, LLP
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801
*By Hand-Delivery*

Samuel J. Arena, Jr., Esquire
Patrick R. Kingsley, Esquire
David M. Burkholder, Esquire
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
*By Federal Express - Next Day*

        TIGHE, COTTRELL & LOGAN, P.A.


       <u>/s/ Paul Cottrell</u>
       Paul Cottrell, Esquire (#2391)
       Victoria K. Petrone, Esquire (#4210)
       First Federal Plaza, Suite 500
       P.O. Box 1031
       Wilmington, DE 19899
       (302) 658-6400
       *Counsel for the City of Newark, its Mayor*
             *and Council*