AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

PLAINTIFF

DONALD M. DURKIN CONTRACTING, INC.

V. DEFENDANT AND THIRD PARTY PLAINTIFF

CITY OF NEWARK, HAROLD F. GODWIN,
JOHN H. FARRELL, IV, JERRY CLIFTON,
KARL G. KALBACHER, DAVID J. ATHEY,
FRANK J. OSBORNE, JR., CHRISTINA REWA

DEFENDANTS/THIRD PARTY PLAINTIFF

V. THIRD PARTY DEFENDANT

FEDERAL INSURANCE COMPANY AND
URS CORPORATION

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 04-0163 GMS

To: Name and address of Third Party Defendant

URS CORPORATION
c/o Its registered agent
The Corporation Trust Company
Corporation Trust Center, 1209 Orange Street, Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Paul A. Logan, Esquire<br>Powell, Trachtman, Loga, Carrle & Lombardo, P.C.<br>475 Allendale Road, Suite 200<br>King of Prussia, PA  19406 | City of Newark, Harold F. Godwin<br>John F. Farrell, IV, Jerry Clifton,<br>Karl G. Kalbacker, David J. Athey,<br>Frank J. Osborne, Jr., Christina Rewa,<br>Victoria K. Petrone, Esquire<br>Tighe, Cottrell & Logan, P.A.<br>704 N. King St., P.O. Box 1031<br>First Federal Plaza, Suite 500<br>Wilmington, DE  19899 |

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

DATE   NOV 1 5 2005

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/15/05 |
| NAME OF SERVER  CAREY M SHEA | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): PERSONALLY SERVED URS CORPORATION by SERVING ITS REGISTERED AGENT, THE CORPORATION TRUST CO, AT 1209 ORANGE ST, WILM DE 19801 AT 10:25 AM PERSON ACCEPTING SERVICE: SCOTT LASCALA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/15/05
          Date

Signature of Server

PARCELS INC
230 N. MARKET St, WILM DE 19801
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.