## IN THE UNITED STATES DISTRICT COURT DELAWARE
## FOR THE DISTRICT OF DELAWARE

DONALD M. DURKIN CONTRACTING, INC.,   )
                                     )     C.A. No. 04-0163 GMS
                Plaintiff,      )
                                       )     JURY TRIAL DEMANDED
               v.            )
                                       )
CITY OF NEWARK, HAROLD F. GODWIN,   )
JOHN H. FARRELL, IV, JERRY CLIFTON,   )
KARL G. KALBACHER, DAVID J. ATHEY,   )
FRANK J. OSBORN, JR., and                )
CHRISTIANA REWA,                    )
                                     )
             Defendants/   )
             Third Party Plaintiffs   )
                                     )
             v.           )
                                     )
FEDERAL INSURANCE COMPANY,   )
                                     )
            Third-Party Defendant.   )
-------------------------------------------------------------
CITY OF NEWARK,                   )
                                     )
            Third-Party Plaintiff,   )
                                     )
             v.           )
                                     )
URS CORPORATION,                )
                                     )
            Third-Party Defendant.   )

## MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY THIRD-PARTY COMPLAINT

     COMES NOW, Third-Party Defendant URS Corporation ("URS") and respectfully moves the Court to dismiss or, in the alternative, stay the Third-Party Complaint filed against it by the City of Newark ("Newark"). The Grounds for URS' Motion are set forth in its Opening Memorandum filed herewith.

WHEREFORE, URS respectfully prays that the Court dismiss or, in the alternative, stay the Third-Party Complaint filed against it by Newark.

**SEITZ, VAN OGTROP & GREEN, P.A**


/s/ James S. Green
JAMES S. GREEN, ESQ. (DE0481)
jgreen@svglaw.com
GEORGE H. SEITZ, III, ESQ. (DE667)
gseitz@svglaw.com
KEVIN A. GUERKE, ESQ. (DE4096)
kguerke@svglaw.com
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
(302) 888-0600
    Attorneys for URS Corporation


Dated:  December 6, 2005

37952 v1

<u>**CERTIFICATE OF SERVICE**</u>

I, James S. Green, Esquire, hereby certify that on this 6th day of December, 2005, I electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

**MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY
THIRD-PARTY COMPLAINT**

/s/  James S. Green
_____
James S. Green (ID No. 0481)
jgreen@svglaw.com

37952 v1