IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) | |
| | ) | Civil Action No. 04-0163 GMS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CITY OF NEWARK, HAROLD F. GODWIN, | ) | JURY TRIAL DEMANDED |
| JOHN H. FARRELL, IV, JERRY CLIFTON, | ) | |
| KARL G. KALBACHER, DAVID J. ATHEY, | ) | |
| FRANK J. OSBORNE, JR., and | ) | |
| CHRISTINA REWA | ) | |
| | ) | |
| Defendants/Third Party Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| FEDERAL INSURANCE COMPANY and | ) | |
| URS CORPORATION | ) | |
| | ) | |
| Third Party Defendants. | ) | |

**ORDER**

AND NOW the Court, having heard and considered *URS Corporation's Motion to Dismiss, Or, In The Alternative, Stay Third-Party Complaint*, does hereby FIND and ORDER:

URS Corporation's Motion is hereby DENIED.

SO ORDERED this ____ day of _____, 2005.

_____
The Honorable Gregory M. Sleet

cc:   Clerk of the Court
      Paul Cottrell, Esquire
      Paul A. Logan, Esquire
      Sheela D. Dattani, Esquire / Samuel J. Arena, Jr., Esquire
      James S. Green, Esquire