### SEITZ, VAN OGTROP & GREEN, P.A.
ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

Writer's Direct Dial: (302) 888-7603
Writer's E-Mail Address: jgreen@svglaw.com
www.lawyers.com/svglaw

(302) 888-0600
FAX: (302) 888-0606

January 3, 2006

***<u>VIA CM/ECF & FIRST CLASS MAIL</u>***

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Lock Box 19
Wilmington, DE 19801

    RE:  Durkin v. City of Newark and URS
           C. A. No.: 04-163 (GMS)

Dear Judge Sleet:

On December 6, 2005, my client, URS Corporation, filed a Motion to Dismiss the City of Newark's Third-Party Complaint and a Brief in Support of that Motion. On December 20, 2005, the City of Newark filed its Answering Brief. URS Corporation waives its right to file a Reply Brief and respectfully requests oral argument be scheduled on the Motion, pursuant to Local Rule 7.1.4.

Please do not hesitate to contact me if Your Honor has any questions.

Respectfully submitted,

/s/ James S. Green, Sr.
JAMES S. GREEN, SR.
(DE0481)
jgreen@svglaw.com

JSG/sp

cc:  URS Corporation (via fax)
      George H. Seitz, III (firm)
      Counsel of Record (via CM/ECF)

45748 v1