IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION, | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| Third Party Defendant. | ) |

## NOTICE OF SERVICE

I, Paul Cottrell, Esquire hereby certify that on this 9th day of January, 2006, I caused a copy of the Response to Request for Production of Documents of Donald M. Durkin Contracting, Inc. Directed to City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa to be served upon the following by Regular US Mail, Postage Prepaid:

Paul A. Logan, Esquire
Powell, Trachtman, Logan, Carrle
& Lombardo, P.C.
475 Allendale Road, Suite 200
King of Prussia, PA 19406

James S. Green, Esquire
George H. Seitz, III, Esquire
Seitz Van Ogtrop & Green P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Sheela D. Dattani, Esquire
Stradley, Ronon, Stevens & Young, LLP
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801


Samuel J. Arena, Jr., Esquire
Patrick R. Kingsley, Esquire
David M. Burkholder, Esquire
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098


                                                       TIGHE, COTTRELL & LOGAN, P.A.

                                                       Paul Cottrell, Esquire (#2391)
                                                       Victoria K. Petrone, Esquire (#4210)
                                                       First Federal Plaza, Suite 500
                                                       P.O. Box 1031
                                                       Wilmington, DE 19899
                                                       (302) 658-6400
                                                      *Counsel for the City of Newark, its Mayor*
                                                                  *and Council*