MICHAEL G. TRACHTMAN
PAUL A. LOGAN*°□
GUNTHER O. CARRLE*
BRUCE D. LOMBARDO
LAWRENCE A. BORDA*
JOSEPH P. TRABUCCO, III○
NEIL P. CLAIN, JR.*
JONATHAN K. HOLLIN
DAVID T. BOLGER
RICHARD J. DAVIES*○
STEVEN G. BARDSLEY*
STEPHEN D. MENARD*
FRANCIS G. LAROCCA
EILEEN C. CLARK*
DENNIS P. HERBERT*
FRANK S. NOFER*
ANTHONY S. POTTER•
GEORGE T. REYNOLDS*
MARY J. PEDERSEN*
FREDERICK M. BREHM*
JENIFER L. SUPLEE*
JAMES S. BAINBRIDGE*
KEVIN K. CARTON, JR.*
DIRK M. SIMPSON, LL.M. (TAXATION)*
PATRICK S. CAWLEY
CHRISTOPHER S. KOLLER
GREGORY J. STAR*
ALLISON J. STRUPCZEWSKI

*ALSO ADMITTED IN NJ
°ALSO ADMITTED IN MD
□ALSO ADMITTED IN DE
○ALSO ADMITTED IN NY

LAW OFFICES

# POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO

A PROFESSIONAL CORPORATION

475 ALLENDALE ROAD
SUITE 200
KING OF PRUSSIA, PA 19406

(610) 354-9700
DIRECT DIAL: (610) 994-79050
FACSIMILE (610) 354-9760
DBOLGER@POWELLTRACHTMAN.COM
WWW.POWELLTRACHTMAN.COM

## January 10, 2006

OF COUNSEL
RALPH B. POWELL, JR.
MALCOLM B. JACOBSON
RICHARD T. ABELL
RICHARD L. BUSH
KEITH R. BLACK

114 NORTH SECOND STREET
HARRISBURG, PA 17101
(717) 238-9300
FAX (717) 238-9325

SUITE 304
1814 EAST ROUTE 70
CHERRY HILL, NJ 08003
(856) 663-0021
FAX (856) 663-1590

PLEASE REPLY TO:

KING OF PRUSSIA

**Via Electronic Mail**

The Honorable Gregory M. Sleet
U.S. District Court
District of Delaware
844 N. King Street
Lockbox 19
Wilmington, DE  19801

   Re: Donald M. Durkin Contracting, Inc. v. City of Newark, et al., Civil Action No.
     04-0163 GMS

Dear Judge Sleet:

In anticipation of the discovery teleconference scheduled for Thursday January 12, 2006 at 10:00 a.m. in the above-captioned matter, the parties jointly submit the following items to be presented to the Court:

**Plaintiff's Issues:**

- Despite repeated requests for production of the certain categories of documents, to include production of the individual files of the named City Council defendants, the Executive Session meeting minutes and notes taken, and documents generated in connection with the rebidding and subsequent contracting with George & Lynch, inclusive of the construction records compiled during completion of the reservoir construction, these documents have not been produced.  It is Durkin's position that based upon the delay in such productions, all assertions of privilege for these documents has been waived.  Further, as to the Executive Session meeting minutes and notes,

The Honorable Gregory M. Sleet
January 10, 2006
Page 2

particularly since this may provide the exclusive documentation respecting the knowledge and basis of the decision to wrongfully terminate Durkin's contract, any assertion of privilege over these material is overcome by the inability of Durkin to obtain substantially the same information on this central issue to the case.

- There are numerous documents identified in the privilege log provided by the City which, by their subject description, are not in fact subject to any claim of privilege. Since no basis of privilege was identified for any document, we are not in a position to formulate any challenge to the claimed withholding of these documents. With the most recent production of documents by the City, there was reference to an update and/ or supplement to the privilege log, but that has not been provided.

**Defendant's Issues:**

- The City of Newark has taken the position that all non-privileged documents, with the exception of the George & Lynch records, have been produced, including those files of the individual Council members, and that the Executive Session documents (meeting minutes and notes) are covered by statutory privileges and/or Delaware Freedom of Information Act withholding. Counsel for the City of Newark has represented that the George & Lynch materials will be produced, but no date or other detail has been provided for such production.

The parties will continue to communicate in an attempt to resolve these disputes, and will promptly advise the Court of any progress in that regard.

Respectfully,

David T. Bolger

cc:    All counsel of record
       Clerk of the Court

KOP:330691v1 3514-04