# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., and CHRISTINA REWA | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY and URS CORPORATION | ) |
| Third Party Defendants. | ) |

## CERTIFICATE OF SERVICE

    I, Paul Cottrell, Esquire hereby certify that on this 20th day of January, 2006, I caused a true and correct copy of the *Notice of Deposition Directed to Federal Insurance Company* to be served upon the following by CM/ECF Electronic Filing:

Paul A. Logan, Esquire
Powell, Trachtman, Logan, Carrle
& Lombardo, P.C.
475 Allendale Road, Suite 200
King of Prussia, PA 19406

Sheela D. Dattani, Esquire
Stradley, Ronon, Stevens & Young, LLP
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801

James S. Green, Esquire
George H. Seitz, III, Esquire
Seitz Van Ogtrop & Green P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801

Samuel J. Arena, Jr., Esquire
Patrick R. Kingsley, Esquire
David M. Burkholder, Esquire
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098

                          TIGHE, COTTRELL & LOGAN, P.A.

                          /s/ Paul Cottrell
                          Paul Cottrell, Esquire (#2391)
                          Victoria K. Petrone, Esquire (#4210)
                          One Customs House Square, Suite 500
                          P.O. Box 1031
                          Wilmington, DE 19899
                          (302) 658-6400
                          *Counsel for the City of Newark, its Mayor and Council*