## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
|  | ) |
| Plaintiff, | ) |
| vs. | ) |
|  | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, | ) JURY TRIAL DEMANDED |
| JOHN H. FARRELL, IV, JERRY CLIFTON, | ) |
| KARL G. KALBACHER, DAVID J. ATHEY, | ) |
| FRANK J. OSBORNE, JR., CHRISTINA REWA | ) |
| AND URS CORPORATION, | ) |
|  | ) |
| Defendants, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| FEDERAL INSURANCE COMPANY, | ) |
|  | ) |
| Third Party Defendant. | ) |

## NOTICE OF SERVICE

I, Paul Cottrell, Esquire hereby certify that on this 24th day of January, 2006, I caused copies of this Notice of Service along with Defendant City of Newark's Second Set of Interrogatories Directed to Plaintiff and Defendant City of Newark's Second Request For The Production of Documents Directed to Plaintiff to be served upon the following by the method indicated.

Paul A. Logan, Esquire
Powell, Trachtman, Logan, Carrle
& Lombardo, P.C.
475 Allendale Road, Suite 200
King of Prussia, PA 19406
*Via Regular US Mail, Postage Prepaid*

Samuel J. Arena, Jr., Esquire
Patrick R. Kingsley, Esquire
David M. Burkholder, Esquire
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
*Via Regular US Mail, Postage Prepaid*

James S. Green, Esquire
George H. Seitz, III, Esquire
Seitz Van Ogtrop & Green P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*Via CM/ECF Electronic Filing*

TIGHE, COTTRELL & LOGAN, P.A.


 /s/ Paul Cottrell
Paul Cottrell, Esquire (#2391)
Victoria K. Petrone, Esquire (#4210)
One Customs House Square, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400
*Counsel for the City of Newark, its Mayor
 and Council*