IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) | |
|         Plaintiff, | ) | |
| | ) | |
|     v. | ) | CIVIL ACTION NO. 04-0163 |
| | ) | |
| CITY OF NEWARK, et al., | ) | |
|         Defendants, | ) | |
| | ) | |
|    and | ) | |
| | ) | |
| CITY OF NEWARK, | ) | |
|         Third-Party Plaintiff, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| FEDERAL INSURANCE COMPANY, | ) | |
|         Third-Party Defendant. | ) | |

**NOTICE OF SERVICE OF NOTICE OF DEPOSITION
PURSUANT TO FED R. CIV. P. 30(b)(6)
DIRECTED TO THE CITY OF NEWARK**

Third-Party Defendant, Federal Insurance Company (hereafter "Federal"), through its undersigned counsel, caused a copy of Federal's Notice of 30(b)(6) Deposition to Defendant, City of Newark, to be served via electronic mail, facsimile and regular mail upon counsel for Plaintiff, Donald M. Durkin Contracting, Inc., Defendants, City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J.

L 423638v.1

Osborne, Jr., and Christina Rewa and Third-Party Defendant, URS Corporation on January 18, 2006.

    /s/ Kevin W. Goldstein
Kevin W. Goldstein, Esquire
Delaware Bar No. 2967
STRADLEY RONON STEVENS & YOUNG, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE  19801
(302) 576-5850
Email:  kgoldstein@stradley.com

STRADLEY, RONON, STEVENS
 & YOUNG, LLP
Samuel J. Arena, Jr., Esquire (pro hac vice)
Patrick R. Kingsley, Esquire (pro hac vice)
David M. Burkholder, Esquire (pro hac vice)
2600 One Commerce Square
Philadelphia, PA  19103-7098
(215) 564-8000
(215) 564-8120 Fax

Attorneys for Third-Party Defendant,
Federal Insurance Company

2

L 423638v.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 25, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the registered participants. I hereby certify that I have mailed the foregoing by United States Postal Service to those non-participating participants.

/s/ Kevin W. Goldstein
Kevin W. Goldstein
Kevin W. Goldstein, Esquire
Delaware Bar No. 2967
STRADLEY RONON STEVENS & YOUNG, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
(302) 576-5850
Email: kgoldstein@stradley.com