IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. ) | |
| ) | Civil Action No. 04-0163 GMS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CITY OF NEWARK, HAROLD F. GODWIN, ) | JURY TRIAL DEMANDED |
| JOHN H. FARRELL, IV, JERRY CLIFTON, ) | |
| KARL G. KALBACHER, DAVID J. ATHEY, ) | |
| FRANK J. OSBORNE, JR., and ) | |
| CHRISTINA REWA ) | |
| ) | |
| Defendants/Third Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| FEDERAL INSURANCE COMPANY and ) | |
| URS CORPORATION ) | |
| ) | |
| Third Party Defendants. ) | |

### STIPULATION

IT IS HEREBY STIPULATED by and between the undersigned parties, through their respective counsel, and subject to the Court's approval, that the time for fact discovery to be completed is extended to June 30, 2006. All other dates of the Scheduling Order of October 7, 2005 shall remain in place.

STRADLEY RONON STEVENS
& YOUNG LLP

Samuel J. Arena, Jr., Esquire
Patrick R. Kingsley, Esquire
David M. Burkholder, Esquire
2600 One Commerce Square
Philadelphia, PA 19103-7098
215-564-8093
Attorneys for Third-Party Defendant
Federal Insurance Company

POWELL, TRACHTMAN, LOGAN,
CARRLE & LOMBARDO, P.C.

Paul A Logan, Esquire
475 Allendale Road
Suite 200
King of Prussia, PA 19406
610-354-9700
Attorneys for Donald M. Durkin Contracting

| | |
|---|---|
| TIGHE, COTTRELL & LOGAN, P.A. | SEITZ, VAN OGTROP & GREEN, P.A. |
| /s/ Paul Cottrell | /s/ James S. Green |
| Paul Cottrell, Esquire (DE 2391) | James S. Green, Esquire (DE 481) |
| Victoria K. Petrone, Esquire (DE 4210) | 222 Delaware Avenue |
| One Customs House Square | Suite 1500, P.O. Box 68 |
| P.O. Box 1031 | Wilmington, DE 19899 |
| Wilmington, DE 19801 | 302-888-0600 |
| 302-658-6400 | Attorneys for URS Corporation |
| Attorneys for City of Newark, Harold F. Godwin, John H. Farrell, Jerry Clifton, Karl G. Kalbacker, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa | |

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Gregory M. Sleet