# TIGHE, COTTRELL & LOGAN, P.A.
## *Attorneys at Law*

704 NORTH KING STREET, SUITE 500
P.O. BOX 1031
WILMINGTON, DELAWARE 19899
Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
WRITER'S EMAIL: p.cottrell@lawtcl.com

| NEW JERSEY OFFICE: | MARYLAND OFFICE: | PENNSYLVANIA OFFICE: |
|---|---|---|
| 13 WEST AVENUE | 1220-C EAST JOPPA ROAD | 2017 SPRING GARDEN STREET |
| P.O. BOX 303 | SUITE 505 | PHILADELPHIA, PA 19130-3804 |
| WOODSTOWN, NJ 08098 | TOWSON, MD 21286 | |

January 30, 2006

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Room 4209
Lock Box 19
Wilmington, DE 19801

      **Re: Donald M. Durkin Contracting, Inc. v. City of Newark, et al.**
      **C.A. No. 04-163-GMS**

Dear Judge Sleet:

      This letter is in reference to the Stipulation to extend the fact discovery deadline which was filed on Friday, January 27, 2006. Counsel requests that the time for fact discovery to be completed be extended to June 30, 2006 due to the volume of such discovery.

      Please do not hesitate to contact counsel if Your Honor has any questions, and accept counsel's thanks for consideration of this request.

      Very truly yours,

      TIGHE, COTTRELL & LOGAN, P.A.

      By: /s/ Paul Cottrell
          Paul Cottrell

cc:   Sam Arena, Esquire   (all via e-mail)
      James Green, Esquire
      Paul Logan, Esquire