

Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
Telephone (215) 564-8000
Fax (215) 564-8120
www.stradley.com

Samuel J. Arena, Jr.
(215) 564-8093
sarena@stradley.com

February 2, 2006

**VIA TELECOPIER AND FEDERAL EXPRESS**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 North King Street
Room 4324, Lockbox 19
Wilmington, DE  19801

    Re:   *Donald M. Durkin Contracting, Inc. v. City of Newark, et al.*
              **U.S.D.C. Del., Civil Action No. 04-0163-GMS**

Dear Judge Sleet:

      My firm represents Federal Insurance Company, the surety on the project at issue in this lawsuit. I am writing as a follow-up to my call to your chambers concerning Your Honor's ruling granting the parties' request to extend the fact discovery cut-off to June 30, 2006 (making it the same as the expert discovery cut-off date), and also precluding the parties from filing case dispositive motions. Federal did not understand that consenting to this time extension would prejudice its right to file a dispositive motion. Had Federal known that would be part of the outcome, Federal never would have consented. Federal agreed to the extension to accommodate the substantial discovery between Newark and Durkin.

      As your Honor may recall, Federal raised the issue of Federal's case dispositive motion during the status conference with Your Honor on September 8, 2005. Federal has always intended to file a case dispositive motion. Federal was fully prepared to file its dispositive motion as of the status conference on September 8, 2005. However, Your Honor indicated it was the Court's preference to have Federal wait. Federal's motion is based entirely on the law, the contracts and written communications among the parties. Deposition testimony will not add to or subtract from the relevant facts necessary for the Court to resolve Federal's summary judgment motion. In compliance with Your Honor's preference as expressed during the status conference Federal postponed filing its summary judgment motion.

      Fact discovery was originally to end on February 20, 2006 and summary judgment motions were due on March 14, 2006. Expert discovery is scheduled to be completed by

The Honorable Gregory M. Sleet
February 2, 2006
Page 2

June 30, 2006. It was the intention of the parties by their earlier request simply to provide more time for fact discovery so that depositions which could not be completed by the original fact discovery date could be taken during the originally scheduled expert discovery period. Significantly, neither Federal nor any of the parties asked for an extension of the dispositive motion deadline or any other deadline in the Court's scheduling order. Federal was and is fully prepared to file its dispositive motion for summary judgment on the Court's original timetable of March 14, 2006.

It would severely prejudice Federal in this litigation if Federal were not permitted to file a dispositive motion. Consequently, we respectfully request the Court to amend its January 31, 2006 Order so as to permit Federal (<u>and only Federal</u>) to file a dispositive motion in accordance with the Court's original timetable. We have spoken to counsel representing each of the parties and all consent to Federal's request. A Stipulation confirming counsel's agreement is enclosed.

Respectfully submitted,

Samuel J. Arena, Jr.

SJA:jnp

cc: Paul Cottrell (via facsimile and Mail)
      Paul A. Logan, Esquire (via facsimile and Mail)
      James S. Green (via facsimile and Mail)
      Patrick R. Kingsley, Esquire