IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC.<br>   Plaintiff,<br><br>v.<br><br>CITY OF NEWARK, et al.,<br>   Defendants,<br><br>and<br><br>CITY OF NEWARK,<br>   Third-Party Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>   Third-Party Defendant. | CIVIL ACTION NO. 04-0163 |

## STIPULATION

IT IS HEREBY STIPULATED by and between the undersigned parties, through their respective counsel, and subject to the Court's approval, that the time for fact discovery to be completed is extended to June 30, 2006. A case dispositive motion may be filed by Federal Insurance Company and is due on or before March 14, 2006. All other dates in the October 7, 2005 Scheduling Order, as modified by the Court's January 31, 2006 Order, shall remain the same.

| | |
|---|---|
| Samuel J. Arena, Jr., Esquire<br>Patrick R. Kingsley, Esquire<br>David M. Burkholder, Esquire<br>STRADLEY, RONON, STEVENS &<br> YOUNG, LLP<br>2600 One Commerce Square<br>Philadelphia, PA 19103-7098<br>(215) 564-8000<br>(215) 564-8120 Fax | Paul A. Logan, Esquire<br>David T. Bolger, Esquire<br>POWELL, TRACHTMAN, LOGAN,<br> CARRLE & LOMBARDO, P.C.<br>475 Allendale Road, Suite 200<br>King of Prussia, PA 19406<br>(610) 354-9700<br><br>Attorneys for Donald M. Durkin<br> Contracting |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 04-0163 |
| ) | |
| CITY OF NEWARK, et al., ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| CITY OF NEWARK, ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| FEDERAL INSURANCE COMPANY, ) | |
| Third-Party Defendant. ) | |

**STIPULATION**

IT IS HEREBY STIPULATED by and between the undersigned parties, through their respective counsel, and subject to the Court's approval, that the time for fact discovery to be completed is extended to June 30, 2006. A case dispositive motion may be filed by Federal Insurance Company and is due on or before March 14, 2006. All other dates in the October 7, 2005 Scheduling Order, as modified by the Court's January 31, 2006 Order, shall remain the same.

Samuel J. Arena, Jr., Esquire
Patrick R. Kingsley, Esquire
David M. Burkholder, Esquire
STRADLEY, RONON, STEVENS &
    YOUNG, LLP
2600 One Commerce Square
Philadelphia, PA  19103-7098
(215) 564-8000
(215) 564-8120 Fax

Paul A. Logan, Esquire
POWELL, TRACHTMAN, LOGAN,
    CARRLE & LOMBARDO, P.C.
475 Allendale Road, Suite 200
King of Prussia, PA  19406
(610) 354-9700

Attorneys for Donald M. Durkin
    Contracting

Attorneys for Third-Party Defendant,
    Federal Insurance Company

*/s/ Paul Cottell*

---

Paul Cottell, Esquire
Victoria K. Petrone, Esquire
TIGHE, COTTRELL & LOGAN, P.A.
One Customs House Square
P. O. Box 1031
Wilmington, DE  19801
(302) 658-6400

Attorneys for City of Newark, Harold F. Godwin, John H. Farrell, Jerry Clifton, Karl G. Kulbacker, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa

James S. Green, Esquire
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899
(302) 888-0600

Attorneys for URS Corporation


**SO ORDERED** this _____ day of February, 2006.


---

The Honorable Gregory M. Sleet

_____

Paul Cottell, Esquire
Victoria K. Petrone, Esquire
TIGHE, COTTRELL & LOGAN, P.A.
One Customs House Square
P. O. Box 1031
Wilmington, DE 19801
(302) 658-6400

Attorneys for City of Newark, Harold F. Godwin, John H. Farrell, Jerry Clifton, Karl G. Kulbacker, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa

*/s/ James S. Green*
James S. Green, Esquire
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

Attorneys for URS Corporation

**SO ORDERED** this _____ day of February, 2006.

_____
The Honorable Gregory M. Sleet