### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC.<br>　　　Plaintiff,<br><br>　　v.<br><br>CITY OF NEWARK, et al.,<br>　　　Defendants,<br><br>　　and<br><br>CITY OF NEWARK,<br>　　　Third-Party Plaintiff,<br><br>　　v.<br><br>FEDERAL INSURANCE COMPANY,<br>　　　Third-Party Defendant. | )<br>)<br>)<br>)　CIVIL ACTION NO. 04-0163<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SERVICE OF NOTICE OF THIRD REQUEST FOR PRODUCTION OF DOCUMENTS OF THIRD-PARTY DEFENDANT, FEDERAL INSURANCE COMPANY, DIRECTED TO DEFENDANT, CITY OF NEWARK**

Third-Party Defendant, Federal Insurance Company (hereafter "Federal"), through its undersigned counsel, caused a copy of Federal's Second Request for Production of Documents Directed to Defendant, City of Newark, to be served via hand-delivery upon counsel for the City of Newark on February 7, 2006.

　　　　　　　　　　　　　　　　　　　　　/s/ Kevin W. Goldstein
　　　　　　　　　　　　　　　　　　　　　Kevin W. Goldstein, Esquire
　　　　　　　　　　　　　　　　　　　　　Delaware Bar No. 2967
　　　　　　　　　　　　　　　　　　　　　STRADLEY RONON STEVENS & YOUNG, LLP
　　　　　　　　　　　　　　　　　　　　　300 Delaware Avenue
　　　　　　　　　　　　　　　　　　　　　Suite 800
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　(302) 576-5850
　　　　　　　　　　　　　　　　　　　　　Email: kgoldstein@stradley.com

L 425794v.1

STRADLEY, RONON, STEVENS
 & YOUNG, LLP
Samuel J. Arena, Jr., Esquire (pro hac vice)
Patrick R. Kingsley, Esquire (pro hac vice)
David M. Burkholder, Esquire (pro hac vice)
2600 One Commerce Square
Philadelphia, PA  19103-7098
(215) 564-8000
(215) 564-8120 Fax

Attorneys for Third-Party Defendant,
Federal Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the registered participants. I hereby certify that I have mailed the foregoing by United States Postal Service to those non-participating participants.

/s/ Kevin W. Goldstein
Kevin W. Goldstein
Kevin W. Goldstein, Esquire
Delaware Bar No. 2967
STRADLEY RONON STEVENS & YOUNG, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
(302) 576-5850
Email: kgoldstein@stradley.com