

Stradley Ronon Stevens & Young, LLP
Great Valley Corporate Center
30 Valley Stream Parkway
Malvern, PA 19355-1481
Telephone (610) 640-5800
Fax (610) 640-1965
www.stradley.com

Patrick R. Kingsley
(215) 564-8029
pkingsley@stradley.com

March 21, 2006

**VIA FACSIMILE AND ELECTRONIC FILING**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 North King Street
Room 4324, Lockbox 19
Wilmington, DE  19801

> Re:  *Donald M. Durkin Contracting, Inc. v. City of Newark, et al.*
>      **U.S.D.C. Del., Civil Action No. 04-0163-GMS**

Dear Judge Sleet:

In accordance with Paragraph 3(a) of the Court's September 23, 2004 Scheduling Order, I respectfully submit the following Agenda item regarding the unresolved discovery issue to be heard at a conference on March 23, 2006 at 10 a.m. with the Court, or at such other time on that date as is convenient for the Court. The parties would like to contact the Court from a deposition in this matter, at which counsel for all parties will be present.

## AGENDA

Federal would like to address the following item with the Court:

- The City of Newark is unilaterally refusing to produce Carl Luft for deposition on any of the four dates previously agreed upon by counsel.

Counsel for the parties had agreed that the City of Newark would produce both Carl Luft, City Manager, and Carol Houck, his assistant, for deposition on the following dates: March 22, 23, 28 and 30. This agreement was reached after a meeting by all counsel to set up a comprehensive deposition schedule that allows sufficient time to complete all discovery prior to the discovery deadline. As such, the City agreed to produce the witnesses, regardless of their order, on those particular dates.

The Honorable Gregory M. Sleet
March 21, 2006
Page 2

      The City, however, is now unilaterally attempting to postpone Mr. Luft's deposition without any reasonable basis therefor. Federal thus requests that the Court compel the City to make Mr. Luft available for his deposition on March 28 and 30.

      Federal will continue its good faith efforts to resolve the above issue prior to the conference.

      Respectfully submitted by,

      STRADLEY, RONON, STEVENS & YOUNG, LLP

      Patrick R. Kingsley
      David M. Burkholder

PRK:ljm

cc:    Paul Cottrell, Esquire
       James S. Green, Esquire
       Paul A. Logan, Esquire