STRADLEY MALVERN          Fax:6106401965          Mar 23 2006   8:53          P. 02



# STRADLEY RONON
ATTORNEYS AT LAW

Stradley Ronon Stevens & Young, LLP
Great Valley Corporate Center
30 Valley Stream Parkway
Malvern, PA 19355-1481
Telephone (610) 640-5800
Fax (610) 640-1965
www.stradley.com

David M. Burkholder
dburkholder@stradley.com
(610) 640-5807

March 23, 2006

**VIA FACSIMILE**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 North King Street
Room 4324, Lockbox 19
Wilmington, DE   19801

   RE:   *Donald M. Durkin Contracting, Inc. v. City of Newark, et al.*
         **U.S.D.C. Del., Civil Action No. 04-0163-GMS**

Dear Judge Sleet:

   With reference to our letter of March 21, 2006, the parties have resolved the discovery dispute, and thus, there is no need at this time for any conference with the Court in connection with the scheduling of the deposition of Newark's City Manager Carl Luft.

                                          Respectfully submitted by,

                                          STRADLEY, RONON, STEVENS &
                                          YOUNG, LLP


                                          David M. Burkholder

DMB:

cc:   Paul Cottrell, Esquire
      James S. Green, Esquire
      Paul A. Logan, Esquire
      Patrick R. Kingsley, Esquire

Philadelphia, PA • Malvern, PA • Harrisburg, PA • Wilmington, DE • Cherry Hill, NJ • Washington, DC
A Pennsylvania Limited Liability Partnership                                  # 460872 v 1

STRADLEY MALVERN          Fax:6106401965                    Mar 23 2006   8:53    P.01



**Stradley Ronon Stevens & Young, LLP**
30 Valley Stream Parkway
Malvern, PA 19355

# Fax Transmission
## Deliver Immediately

## TELECOPIER COVER LETTER

**IF YOU DO NOT RECEIVE THE COMPLETE DOCUMENT, PLEASE CALL (610) 640-7975**

Please deliver the following pages to:

| NAME | FIRM | FAX # | PHONE # |
|---|---|---|---|
| The Honorable Gregory M. Sleet | USDC, District of Delaware | 302-573-6472 | 302-573-6470 |
| Paul Cottrell, Esquire | Tighe, Cottrell & Logan, P.A. | 302-658-9836 | 302-658-6400 |
| Paul A. Logan, Esquire | Powell, Trachtman, Logan, Carrle, Bowman & Lombardo, P.C. | 610-354-9760 | 610-354-9700 |
| James S. Green, Esquire | Seitz, Can Ogtrop & Green, P.A. | 302-888-0606 | 302-888-7602 |

SUBJECT/DOCUMENT: _____

FROM:   David M. Burkholder                         TEL #:   610-640-5807

DATE:   March 23, 2006

TOTAL PAGES (INCLUDING COVER SHEET):   2

**SENDING TELECOPIERS: (215) 564-8120**

MESSAGE:


USER #:   934                CLIENT #:   165365-0007

The information contained in this facsimile message is **confidential** information only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank you.

460893