MICHAEL G. TRACHTMAN
PAUL A. LOGAN*°□
GUNTHER O. CARRLE*
BRUCE D. LOMBARDO
LAWRENCE A. BORDA*
JOSEPH P. TRABUCCO, IIIo
NEIL P. CLAIN, JR.*
JONATHAN K. HOLLIN
DAVID T. BOLGER
RICHARD J. DAVIES*o
STEVEN G. BARDSLEY*
STEPHEN D. MENARD*
FRANCIS G. LAROCCA
EILEEN C. CLARK*
DENNIS P. HERBERT*
FRANK S. NOFER*
ANTHONY S. POTTER°
GEORGE T. REYNOLDS*
MARY J. PEDERSEN*
FREDERICK M. BREHM*
JENIFER L. SUPLEE*
JAMES S. BAINBRIDGE*
KEVIN K. CARTON, JR.*
DIRK M. SIMPSON, LL.M. (TAXATION)*
PATRICK S. CAWLEY
CHRISTOPHER S. KOLLER
GREGORY J. STAR*
ALLISON J. STRUPCZEWSKI

*ALSO ADMITTED IN NJ
°ALSO ADMITTED IN MD
□ALSO ADMITTED IN DE
oALSO ADMITTED IN NY

LAW OFFICES
## POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO
A PROFESSIONAL CORPORATION

475 ALLENDALE ROAD
SUITE 200
KING OF PRUSSIA, PA 19406

(610) 354-9700
FACSIMILE (610) 354-9760
PLOGAN@POWELLTRACHTMAN.COM
WWW.POWELLTRACHTMAN.COM

OF COUNSEL
RALPH B. POWELL, JR.
MALCOLM B. JACOBSON
RICHARD T. ABELL
RICHARD L. BUSH
KEITH R. BLACK

114 NORTH SECOND STREET
HARRISBURG, PA 17101
(717) 238-9300
FAX (717) 238-9325

SUITE 304
1814 EAST ROUTE 70
CHERRY HILL, NJ 08003
(856) 663-0021
FAX (856) 663-1590

March 16, 2006

PLEASE REPLY TO:

KING OF PRUSSIA

The Honorable Gregory M. Sleet
U.S. District Court for the
District of Delaware
844 North King Street
Lockbox 19
Wilmington, DE  19801

      Re:    ***Donald M. Durkin Contracting, Inc. v. City of Newark, et al.,***
              Civil Action No. 04-0163 GMS

Dear Judge Sleet:

     I am writing at the request and on behalf of counsel for all parties.

     Currently pending before the Court is the discovery issue of whether or not the City of Newark may continue to withhold Executive Session meeting minutes, notes and other documents that the City has claimed to be privileged. The depositions of City of Newark witnesses have started, but none have been concluded, pending the Court's decision respecting the production of these additional documents. The depositions of additional City of Newark representatives are schedule for the next several weeks.

     The parties respectfully request that the decision on the production of these documents by the City be issued at the Court's earliest convenience. All parties stand ready to address any issue which may be of assistance to the Court in its deliberation.

                                                                  Respectfully,

                                                                 Paul A. Logan

c:      All counsel of record

KOP:335302v1 3514-04