# TIGHE, COTTRELL & LOGAN, P.A.

*Attorneys at Law*

704 ONE CUSTOMS HOUSE, SUITE 500
P.O. BOX 1031
WILMINGTON, DELAWARE 19899
Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
Toll Free: (800) 645-6401
WRITER'S EMAIL: p.cottrell@lawtcl.com

BRANCH OFFICES:

| | | |
|---|---|---|
| 19 WEST AVENUE | 1220-C EAST JOPPA ROAD | 2017 SPRING GARDEN STREET |
| P.O. BOX 303 | SUITE 505 | PHILADELPHIA, PA 19130-3804 |
| WOODSTOWN, NJ 08098 | TOWSON, MD 21286 | |

April 5, 2006              **Via CM/ECF & Hand Delivery**

The Honorable Gregory M. Sleet
United States District Court
844 King Street
Lock Box 19
Wilmington, DE 19801

    **RE:**    **Durkin v. City of Newark, et al.**
             **C.A. No.: 04-163 (GMS)**

Dear Judge Sleet:

    On March 14, 2006, Federal Insurance Company filed its Motion for Summary Judgement and a Brief in Support of that Motion. On March 24, 2006, The City of Newark filed its Answering Brief. On March 31, 2006, Federal filed its Reply Brief. Pursuant to Local Rule 7.1.4, The City of Newark respectfully requests oral argument be scheduled on the Motion.

    Should Your Honor have any questions or concerns, please do not hesitate to contact me.

                            Respectfully,

                            TIGHE, COTTRELL & LOGAN, P.A.

                        By:    /s/ Paul Cottrell
                            Paul Cottrell, Esq.
                            (DE ID No.: 2391)

Cc:    Jim S. Green, Esq.
        Paul A. Logan, Esq.
        James S. Green, Esq.