IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Donald M. Durkin Contracting, Inc., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 04-163 (GMS) |
| | ) |
| City of Newark, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

WHEREAS on December 6, 2005, third-party defendant URS Corporation ("URS") filed a motion to dismiss;

WHEREAS briefing on that matter was completed on January 3, 2006;

WHEREAS on April 5, 2006, URS filed an argumentative letter concerning its motion;

WHEREAS the letter of April 5 constitutes impermissible briefing under Local Rule 7.1.2(c), and as such, must be stricken;

WHEREAS the court is also in receipt of a letter dated March 16, 2006, purportedly submitted on behalf of counsel for all parties, requesting that the court accelerate its deliberations regarding an outstanding discovery dispute;

WHEREAS the parties will note that the court has expended an inordinate amount of time and effort on this matter relative to the several-hundred open cases on its docket; and

WHEREAS the court will not tolerate further submissions of this sort.

IT IS HEREBY ORDERED THAT:

1. URS' submission of April 5 (D.I. 131) be STRICKEN; and

2. The parties REFRAIN from making further requests of the type submitted on March 16 (D.I. 125).

Dated: April 7, 2006         /s/ Gregory M. Sleet
                             UNITED STATES DISTRICT JUDGE