IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 04-0163 |
| | ) | |
| CITY OF NEWARK, et al., | ) | |
|     Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CITY OF NEWARK, | ) | |
|     Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL INSURANCE COMPANY, | ) | |
|     Third-Party Defendant. | ) | |
| | ) | |
| CITY OF NEWARK, | ) | |
|     Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| URS CORPORATION, | ) | |
|     Third-Party Defendant. | ) | |

**MOTION OF THIRD-PARTY DEFENDANT, FEDERAL INSURANCE
COMPANY, FOR RECONSIDERATION AND REARGUMENT**

Third-Party Defendant, Federal Insurance Company ("Federal"), by its counsel, Stradley, Ronon, Stevens & Young, LLP, moves, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure and Local Rule 7.1.5, for reconsideration and reargument of the Court's April 5, 2006 Memorandum and Order denying Federal's motion for summary judgment against Third-Party Plaintiff, City of Newark (the "City"). In support of this motion, Federal relies upon and incorporates herein by reference the accompanying Opening Brief.

Alternatively, Federal respectfully requests that the Court certify the Memorandum and Order, with respect to the aforementioned controlling question of law, for immediate interlocutory appeal pursuant to 28 U.S.C. §1292(b).

WHEREFORE, for the foregoing reasons and those set forth in the accompanying papers, Federal respectfully requests that this Court grant Federal's Motion for Reargument and enter the Order in the form attached hereto, amending the April 5, 2006 Memorandum and Order and granting Federal's motion for summary judgment. Federal also requests oral argument on this motion.

Respectfully submitted,

/s/
STRADLEY, RONON, STEVENS & YOUNG, LLP

Kevin W. Goldstein, Esquire
Delaware Bar No. 2967
STRADLEY RONON STEVENS & YOUNG, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE  19801
(302) 576-5850
(302) 576-5858 Fax

Samuel J. Arena, Jr., Esquire (pro hac vice)
Patrick R. Kingsley, Esquire (pro hac vice)
David M. Burkholder, Esquire (pro hac vice)
2600 One Commerce Square
Philadelphia, PA 19103-7098
(215) 564-8000
(215) 564-8120 Fax

Attorneys for Third-Party Defendant,
Federal Insurance Company