# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC.<br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF NEWARK, et al.,<br>　　　　Defendants,<br><br>　and<br><br>CITY OF NEWARK,<br>　　　　Third-Party Plaintiff,<br><br>　v.<br><br>FEDERAL INSURANCE COMPANY,<br>　　　　Third-Party Defendant.<br><br>CITY OF NEWARK,<br>　　　　Third-Party Plaintiff,<br><br>　v.<br><br>URS CORPORATION,<br>　　　　Third-Party Defendant. | CIVIL ACTION NO. 04-0163 |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion of Third-Party Defendant, Federal Insurance Company, for Reconsideration and Reargument, and any responses thereto, it is hereby ORDERED that the Motion is GRANTED, and summary judgment is entered in favor of Third-Party Defendant, Federal Insurance Company, on all claims asserted against it.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Gregory M. Sleet, U.S.D.J.