# EXHIBIT A

Donald M. Durkin Contracting, Inc. v. City of Newark et al.
C.A. No. 04-163 GMS

Acknowledgment of Deponent
Deposition of Carol S. Houck, March 28, 2006

     I, Carol S. Houck, do hereby certify that I have read the foregoing pages 311-495 and that the same is a correct transcription of the answers given by me to the questions therein propounded, except for the corrections or changes in the form or substance noted in the attached Errata Sheet.

*Carol S. Houck* [signature]

Carol S. Houck

Subscribed and sworn to before me this _2nd_ day of _May_ 2006.

My commission expires on _03/24/08_.

[signature]
Notary Public

1

Carol S. Houck
Errata Sheet to Deposition taken Tuesday, March 28, 2006

- I refer to deposition pages 353 through pages 408
    - Once again during my deposition there were repeated references to various exhibits, out of order and with, I believe, the intent to confuse. I have now had the opportunity to review the deposition and further clarify that it is my belief that the letter of November 21, 2003 (Exhibit 20) served to:
        - Provide notice of Default and termination to both the Surety (Bond) and Durkin (Contract). One must note that Durkin was provided a letter the day before (November 20, 2003 – Exhibit 21) that stated " In closing you have given us no other option then to proceed with notification to your surety of your being in default of our contract." The letter of November 21, 2003 therefore was sent to both Durkin and the Surety providing appropriate seven-day notice of default and termination.
        - In addition it is important to note that the letter of February 3, 2004 (Exhibit 22) not only provides additional notice but also references the letter of November 21, 2003 that again references that notice was provided in accordance with the bond and construction contract.
    - Regarding my review of my deposition of March 28, 2006, I refer to page 353, line 23 through page 354, line 9 and suggest the following to be my understanding and corrections:
        - The November 21, 2003 letter is not the only notice to the Surety and to Durkin of default and termination. Given the letter of November 20, 2003 and all subsequent letters and meetings, and my conversations with both Durkin and the Surety representatives during these months, the letter of November 21, 2003 was clearly a notice of default and termination. It clearly points to the provisions of the contract related to this topic as well as the provisions of the performance bond. It also requests the required meeting with the bond company further noting that we were aware of and following the notice requirements.
        - Further, my reply on line 9 is incorrect if it suggests that the November 21, 2003 letter was not the seven-day notice letter. My reply, "I don't believe so." would reflect my understanding that the November 21, 2003 letter was not the only effort made by Newark to put both Durkin and the Surety on notice. I believe that the November 21, 2003 letter was one of the seven-day notices as were the February 3 and February 4, 2004 letters.

2