IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION, | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| Third Party Defendant. | ) |

**CERTIFICATE OF SERVICE**

I, Paul Cottrell, Esquire, do hereby certify that on May 3, 2006, I caused a copy of the *Answering Brief of Defendants City of Newark, Its Mayor and Council in Opposition to Third-Party Defendant Federal Insurance Company's Motion for Reconsideration and Reargument* to be served via CM/ECF electronic filing upon the following:

Paul A. Logan, Esq.
David T. Bolger, Esq.
Powell, Trachtman, Logan, Carle & Lombardo
Suite 200
475 Allendale Road, Suite 200
King of Prussia, PA 19406
*Attorneys for Plaintiff,*
*Donald M. Durkin Contracting, Inc.*

Kevin W. Goldstein, Esq.
Stradley Ronon Stevens & Young
Suite 800
300 Delaware Avenue
Wilmington, DE 19899-2170
*Attorneys for Third-Party*
*Defendant, Federal Insurance*
*Company*

James S. Green, Esq.
George H. Seitz, Esq.
Seitz Van Ogtrop & Green, P.A.
P.O. Box 68
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
*Attorneys for Defendant,*
*URS Corporation*

_____
Paul Cottrell, Esquire (DE 2391)