# IN THE UNITED STATES DISTRICT COURT DELAWARE
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., ) | |
| ) | C.A. No. 04-0163 GMS |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| CITY OF NEWARK, HAROLD F. GODWIN, ) | |
| JOHN H. FARRELL, IV, JERRY CLIFTON, ) | |
| KARL G. KALBACHER, DAVID J. ATHEY, ) | |
| FRANK J. OSBORN, JR., and ) | |
| CHRISTIANA REWA, ) | |
| ) | |
| Defendants/ ) | |
| Third Party Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| FEDERAL INSURANCE COMPANY, ) | |
| ) | |
| Third-Party Defendant. ) | |
| -------------------------------------------------------------- | |
| CITY OF NEWARK, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| URS CORPORATION, ) | |
| ) | |
| Third-Party Defendant. ) | |

## NOTICE OF SERVICE

I, the undersigned, do hereby certify on this 31st day of May, 2006 that a true and correct copy of DEFENDANT URS CORPORATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND SECOND SET OF INTERROGATORIES DIRECTED TO PLAINTIFF DONALD M. DURKIN CONTRACTING INC. has been served via e-mail upon the following:

1

54249 v1

2

| | |
|---|---|
| Patrick R. Kingsley, Esquire<br>David M. Burkholder, Esquire<br>Stradley Ronon Stevens & Young, LLP<br>2600 One Commerce Square<br>Philadelphia, PA 19103<br>*Counsel for Third-Party Defendant*<br>*   Federal Insurance Company* | Paul Cottrell, Esquire<br>Victoria Petrone, Esquire<br>Tighe, Cottrell & Logan, PA<br>First Federal Plaza<br>P. O. Box 1031<br>Wilmington, DE 19899<br>*Counsel for Defendants/Third-Party*<br>*   Plaintiffs City of Newark and*<br>*   Harold F. Godwin, et al.* |
| Paul Logan, Esquire<br>David T. Bolger, Esquire<br>Powell, Trachtman, Logan, Carrle & Lombardo<br>475 Allendale Road, Suite 200<br>King of Prussia, PA 19406<br>*Counsel for Plaintiff Donald M. Durkin*<br>*   Contracting, Inc.* | |

**SEITZ, VAN OGTROP & GREEN, P.A**

**/s/ James S. Green**
**JAMES S. GREEN, ESQ. (DE0481)**
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE 19899
(302) 888-0600
  *Attorneys for Third-Party Defendant*
  *URS Corporation*

Dated: June 1, 2006

54249 v1