IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC.<br>      Plaintiff,<br><br>v.<br><br>CITY OF NEWARK, et al.,<br>      Defendants,<br><br>and<br><br>CITY OF NEWARK,<br>      Third-Party Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br>      Third-Party Defendant.<br><br>CITY OF NEWARK,<br>      Third-Party Plaintiff,<br><br>v.<br><br>URS CORPORATION,<br>      Third-Party Defendant. | CIVIL ACTION NO. 04-0163 |

**NOTICE OF SERVICE OF INTERROGATORIES AND REQUEST
FOR PRODUCTION OF DOCUMENTS OF
THIRD-PARTY DEFENDANT, FEDERAL INSURANCE COMPANY,
<u>DIRECTED TO CITY OF NEWARK AND URS CORPORATION</u>**

Third-Party Defendant, Federal Insurance Company, through its undersigned

counsel, caused a copy of Federal's Interrogatories And Request For Production Of Documents

Of Third-Party Defendant, Federal Insurance Company, Directed To City Of Newark And URS

470615

Corporation, to be served via electronic and regular mail upon counsel for Newark and URS Corporation on May 12, 2006.

/s/ Kevin W. Goldstein
Kevin W. Goldstein, Esquire
Delaware Bar No. 2967
STRADLEY RONON STEVENS & YOUNG, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE  19801
(302) 576-5850
Email:  kgoldstein@stradley.com

STRADLEY, RONON, STEVENS
 & YOUNG, LLP
Samuel J. Arena, Jr., Esquire (pro hac vice)
Patrick R. Kingsley, Esquire (pro hac vice)
David M. Burkholder, Esquire (pro hac vice)
2600 One Commerce Square
Philadelphia, PA  19103-7098
(215) 564-8000
(215) 564-8120 Fax

Attorneys for Third-Party Defendant,
Federal Insurance Company

470615

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2006, I electronically filed the foregoing Notice with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the registered participants.

/s/ Kevin W. Goldstein
Kevin W. Goldstein
Kevin W. Goldstein, Esquire
Delaware Bar No. 2967
STRADLEY RONON STEVENS &
YOUNG, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE  19801
(302) 576-5850
Email:  kgoldstein@stradley.com

470615