IN THE UNITED STATES DISTRICT COURT DELAWARE
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., ) | |
| ) | C.A. No. 04-0163 GMS |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| CITY OF NEWARK, HAROLD F. GODWIN, ) | |
| JOHN H. FARRELL, IV, JERRY CLIFTON, ) | |
| KARL G. KALBACHER, DAVID J. ATHEY, ) | |
| FRANK J. OSBORN, JR., and ) | |
| CHRISTIANA REWA, ) | |
| ) | |
| Defendants/ ) | |
| Third Party Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| FEDERAL INSURANCE COMPANY, ) | |
| ) | |
| Third-Party Defendant. ) | |

-------------------------------------------------------------

| | |
|---|---|
| CITY OF NEWARK, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| URS CORPORATION, ) | |
| ) | |
| Third-Party Defendant. ) | |

**URS CORPORATION'S
ANSWER AND COUNTERCLAIM TO
<u>THIRD PARTY COMPLAINT OF DEFENDANT CITY OF NEWARK</u>**

1.   Denied as stated. URS and Newark entered into a series of contracts, some of which included design services and construction services.

2.   Admitted.

53950 v1

3. The Complaint filed by Durkin against the City of Newark is a written document, the terms of which speak for themselves. URS denies that the design of the reservoir contributed in any way to the termination of Durkin's contract with Newark or is the basis for any claims by Durkin.

4. Admitted that Durkin has dismissed URS as a Defendant in its lawsuit.

5. URS denies that it is liable to Newark in any way and denies that its design was deficient. Further denied that URS is liable to Newark for contribution, or indemnification under any theory.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Newark's Third Party Complaint fails to state a cause of action upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Newark's Third Party Complaint is barred by the doctrines of waiver and/or estoppel.

### THIRD AFFIRMATIVE DEFENSE

Newark's Third Party Complaint is barred by its own breaches of its contract with Durkin

### FOURTH AFFIRMATIVE DEFENSE

Newark's Third Party Complaint is barred because its own tortious conduct as alleged by Durkin is a superceding, intervening cause of any harm to Durkin.

### FIFTH AFFIRMATIVE DEFENSE

Newark's Third Party Complaint is barred by the doctrines of *res judicata,* collateral estoppel and/or law of the case.

### SIXTH AFFIRMATIVE DEFENSE

Newark's Third Party Complaint is barred by the applicable statutes of limitations, and/or doctrine of laches.

### SEVENTH AFFIRMATIVE DEFENSE

Newark's claims are barred by applicable provisions of the URS contracts with Newark capping the damages recoverable and barring claims for consequential damages.

### EIGHTH AFFIRMATIVE DEFENSE

Newark's claims are barred by the economic loss doctrine.

### NINTH AFFIRMATIVE DEFENSE

To the extent Newark's claims rest on negligence, Newark's claims are barred by the failure to specify the manner in which URS was negligent.

## COUNTERCLAIM

1. URS entered into several separate contracts with Newark pursuant to which URS was to provide design and supervision services to Newark for the design and construction of a reservoir for Newark.

2. URS provided the design and supervision services required by its contracts with Newark, but Newark has failed and refused to pay URS for its services.

3. Newark has breached its contracts with URS by failing and refusing to pay URS for its services.

4. As a result of Newark's breach of contract, Newark is indebted to URS in the following amounts for services rendered by URS to Newark:

    A.    $239,156.16 for services performed to design and supervise the construction of the reservoir;

      B.    $251,474.39 for litigation support services to assist Newark in its defense of Durkin's claims;

      C.    $450.00 for payment to Brandywine Nurseries; and

      D.    Such other amounts as proved at trial.

WHEREFORE, URS demands judgment against Newark in an amount not less than $490,630.55, together with pre and post judgment interest, the costs of this action, including reasonable attorneys' fees and such other and further relief as the Court deems just.

                **SEITZ, VAN OGTROP & GREEN, P.A**

                /s/ James S. Green, Sr.
                **JAMES S. GREEN, SR., ESQ. (DE0481)**
                222 Delaware Avenue, Suite 1500
                P. O. Box 68
                Wilmington, DE  19899
                (302) 888-0600
                      Attorneys for Third-Party Defendant
                      URS Corporation

Dated: June 16, 2006

**CERTIFICATE OF SERVICE**

I, James S. Green, Esquire, hereby certify that on this 16th day of June, 2006, I electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

**URS CORPORATION'S
ANSWER AND COUNTERCLAIM TO
THIRD PARTY COMPLAINT OF DEFENDANT CITY OF NEWARK**


/s/  James S. Green
_____
James S. Green (ID No. 0481)
jgreen@svglaw.com

53950 v1