## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION, | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| Third-Party Defendant. | ) |
| CITY OF NEWARK, | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| URS CORPORATION, | ) |
| Third-Party Defendant. | ) |

### CITY OF NEWARK'S ANSWER TO COUNTERCLAIM OF URS CORPORATION

1. Admitted.

2. Denied.

3. Denied.

4. Denied.

## FIRST AFFIRMATIVE DEFENSE

URS Corporation fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

URS Corporation's Counterclaim is barred by the doctrines of Waiver, Estoppel and Unclean Hands.

## THIRD AFFIRMATIVE DEFENSE

URS Corporation's Counterclaim is barred due to its own breach of contract.

## FOURTH AFFIRMATIVE DEFENSE

URS Corporation's Counterclaim is barred by the statute of limitations.

TIGHE COTTRELL & LOGAN, P.A.

 /s/  Paul Cottrell
Paul Cottrell, Esquire (# 2391)
Victoria Petrone, Esquire (# 4210)
One Customs House
704 North King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899 - 1031
tel. 302.658.6400
fax. 302.658.9836
e-mail: p.cottrell@lawtcl.com
*Counsel for the City of Newark, its Mayor and Council*

Dated: August 3, 2006