# TIGHE, COTTRELL & LOGAN, P.A.
## *Attorneys at Law*

704 NORTH KING STREET, SUITE 500
P.O. BOX 1031
WILMINGTON, DELAWARE 19899
Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
WRITER'S EMAIL: p.cottrell@lawtcl.com

| NEW JERSEY OFFICE: | MARYLAND OFFICE: | PENNSYLVANIA OFFICE: |
|---|---|---|
| 13 WEST AVENUE | 1220-C EAST JOPPA ROAD | 2017 SPRING GARDEN STREET |
| P.O. BOX 303 | SUITE 505 | PHILADELPHIA, PA 19130-3804 |
| WOODSTOWN, NJ 08098 | TOWSON, MD 21286 | |

August 9, 2006

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Room 4209, Lock Box 19
Wilmington, DE 19801

    Re:  **Donald M. Durkin Contracting, Inc. v. City of Newark, et al.**
          **C.A. No. 04-163-GMS**

Dear Judge Sleet:

    We represent defendant City of Newark in the above-referenced action. Pursuant to your October 7, 2005 Modified Scheduling Order (D.I #97), the joint proposed pretrial order and related information are due on August 14, 2006. Your September 23, 2004 Order (D.I.#68) provided that the Plaintiff should circulate a draft thirty days in advance; to date Plaintiff has not done so despite our requests. Given the nature of Plaintiff's various claims, the amount of evidence produced in the case (counsel for Plaintiff today represented that there are ninety pages of proposed stipulation of fact coming!) and that there are four parties, we are seeking relief from being forced to respond and finalize the pretrial submissions in only three business days. We respectfully request one additional week to complete and submit the proposed order, Motions in Limine, Jury Instructions and trial brief. URS Corporation joins in our request; we have been unable to reach counsel for Federal Insurance Company today. Plaintiff does not oppose our request for time extension.

    Thank you for consideration of this request. We are available at the call of the Court.

                              Respectfully,

                              TIGHE, COTTRELL & LOGAN, P.A.

                              By: *Paul Cottrell* (signature)
                                    Paul Cottrell

cc:    Paul Logan, Esquire (via facsimile)
        James S. Green, Esquire (via facsimile)
        Patrick R. Kingsley, Esquire (via facsimile)