

Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue, Suite 800
P.O. Box 2170
Wilmington, DE 19899-2170
Telephone (302) 576-5850
Fax (302) 576-5858
www.stradley.com

Kevin W. Goldstein
(302) 576-5851
kgoldstein@stradley.com

August 10, 2006

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 North King Street
Room 4324, Lockbox 19
Wilmington, DE  19801

Re:   *Donald M. Durkin Contracting, Inc. v. City of Newark, et al.*
      **U.S.D.C. Del., Civil Action No. 04-0163-GMS**

Dear Judge Sleet:

We have received the August 9, 2006 letter of Third-Party Plaintiff, City of Newark, in which the City requests additional time to complete and submit the parties' proposed Pre-Trial Order. Third-Party Defendant, Federal Insurance Company, does not object to this request.

As always, we are available to discuss this matter further if the Court so desires.

Respectfully submitted,

/s/ Kevin W. Goldstein

Kevin W. Goldstein
DE Bar No. 2967

cc:    Paul Cottrell (via facsimile)
       Paul A. Logan, Esquire (via facsimile)
       James S. Green (via facsimile)
       Patrick R. Kingsley, Esquire
       David Burkholder, Esquire