# IN THE UNITED STATES DISTRICT COURT DELAWARE
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., ) | |
| ) | C.A. No. 04-0163 GMS |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| CITY OF NEWARK, HAROLD F. GODWIN, ) | |
| JOHN H. FARRELL, IV, JERRY CLIFTON, ) | |
| KARL G. KALBACHER, DAVID J. ATHEY, ) | |
| FRANK J. OSBORN, JR., and ) | |
| CHRISTIANA REWA, ) | |
| ) | |
| Defendants/ ) | |
| Third Party Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| FEDERAL INSURANCE COMPANY, ) | |
| ) | |
| Third-Party Defendant. ) | |
| -------------------------------------------------------------- | |
| CITY OF NEWARK, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| URS CORPORATION, ) | |
| ) | |
| Third-Party Defendant. ) | |

**URS CORPORATION'S**
**MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATING TO AN ALLEGED**
<u>**LACK OF SAFETY OF THE NEWARK RESERVOIR**</u>

COMES NOW, Third-Party Defendant URS Corporation ("URS"), by and through its

undersigned counsel, and respectfully moves the Court pursuant to Federal Rules of Evidence

401, 402 and 403 to exclude any documentary or testimonial evidence related to allegations that

53950 v1

the Newark Reservoir is unsafe and poses a safety risk to area residents.  In support hereof, URS submits its Opening Brief.

                    **SEITZ, VAN OGTROP & GREEN, P.A**

                    <u>/s/ James S. Green, Sr.</u>
                    **JAMES S. GREEN, SR., ESQ. (DE0481)**
                    222 Delaware Avenue, Suite 1500
                    P. O. Box 68
                    Wilmington, DE  19899
                    (302) 888-0600
                        Attorneys for Third-Party Defendant
                        URS Corporation

Dated:  August 21, 2006

## CERTIFICATE OF SERVICE

      I, James S. Green, Esquire, hereby certify that on this 21st day of August, 2006, I electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

**URS CORPORATION'S
MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATING TO AN ALLEGED
LACK OF SAFETY OF THE NEWARK RESERVOIR**

/s/ James S. Green
_____
James S. Green (ID No. 0481)
jgreen@svglaw.com

53950 v1