# IN THE UNITED STATES DISTRICT COURT DELAWARE
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., ) | |
| ) | C.A. No. 04-0163 GMS |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| CITY OF NEWARK, HAROLD F. GODWIN, ) | |
| JOHN H. FARRELL, IV, JERRY CLIFTON, ) | |
| KARL G. KALBACHER, DAVID J. ATHEY, ) | |
| FRANK J. OSBORN, JR., and ) | |
| CHRISTIANA REWA, ) | |
| ) | |
| Defendants/ ) | |
| Third Party Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| FEDERAL INSURANCE COMPANY, ) | |
| ) | |
| Third-Party Defendant. ) | |
| --------------------------------------------------------------- | |
| CITY OF NEWARK, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| URS CORPORATION, ) | |
| ) | |
| Third-Party Defendant. ) | |

## ORDER

Having heard and considered Third-Party Defendant URS Corporation's Motion in Limine to Exclude Evidence Relating to an Alleged Lack of Safety of the Newark Reservoir and counsel's responses thereto, said Motion is hereby GRANTED.

_____
The Honorable Gregory M. Sleet