## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

I, James S. Green, Esquire hereby certify that counsel for Third-Party Defendant URS Corporation has made reasonable efforts to reach agreement with the opposing attorneys on the matters set forth in the foregoing motion. Defendant/Third-Party Plaintiff City of Newark agrees to and supports the Motion. Counsel was unable to resolve the issues with counsel for Plaintiff Donald M. Durkin Contracting, Inc. and Third-Party Defendant Federal Insurance Company. Accordingly, URS Corporation requests the Court entertain the foregoing motion at the Court's convenience.

/s/ James S. Green, Sr.
James S. Green, Sr., DE0481
jgreen@svglaw.com