## IN THE UNITED STATES DISTRICT COURT DELAWARE
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD M. DURKIN CONTRACTING, INC., | ) | |
| | ) | C.A. No. 04-0163 GMS |
| Plaintiff, | ) | |
| | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| CITY OF NEWARK, ET AL., | ) | |
| | ) | |
| Defendants/ | ) | |
| Third Party Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

-----------------------------------------------------------------

| | |
|---|---|
| CITY OF NEWARK, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| URS CORPORATION, | ) |
| | ) |
| Third-Party Defendant. | ) |

## APPENDIX TO OPENING BRIEF IN SUPPORT OF URS CORPORATION'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATING TO AN ALLEGED LACK OF SAFETY OF THE NEWARK RESERVOIR

JAMES S. GREEN, ESQ. (DE0481)
SEITZ, VAN OGTROP & GREEN, P.A
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
(302) 888-0600
    Attorneys for Third-Party Defendant
    URS Corporation

Dated:  August 21, 2006

## <u>CERTIFICATE OF SERVICE</u>

I, James S. Green, Esquire, hereby certify that on this 21st day of August, 2006, I electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

**APPENDIX TO OPENING BRIEF IN SUPPORT OF URS CORPORATION'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATING TO AN ALLEGED LACK OF SAFETY OF THE NEWARK RESERVOIR**

/s/  James S. Green
_____
James S. Green (ID No. 0481)
jgreen@svglaw.com