

## G.N. RICHARDSON & ASSOCIATES
Engineering and Geological Services

October 20, 2004

Samuel J. Arena, Jr.
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098

**Subject:  City of Newark (City) Reservoir Independent Design Evaluation**

Dear Sam;

Since early 2004, you have been involved in construction claims litigation related to several design details of the geomembrane liner system used in the referenced reservoir. During this period, I have served as your technical expert to evaluate the validity of claims made by Donald M. Durkin Contracting, Inc. (Durkin).  In the course of this evaluation and with the recent availability of URS's "Basis of Design" report[1] on the reservoir, I became concerned that the overall design of the reservoir is flawed and that it represents a significant danger to the community if constructed as currently designed. That is, failure of this reservoir has a very high potential for loss of life to those living immediately below the embankment.

Compelled by an obligation to protect public safety as a professional engineer, I solicited comments of other highly respected engineering professionals regarding my concerns.  I provided each of these individuals with a brief summary of the project to determine if my concerns had a true, technical basis.  A copy of this summary is provided in **Attachment 1**. This summary intentionally did not identify the actual site or designer.  Following their review, there was unanimous agreement that the current design of the reservoir as portrayed in this summary poses significant and unacceptable risks to the citizens of the City of Newark.  After agreeing to participate in the evaluation, each evaluator was provided with the actual Newark project documents that are identified in **Attachment 2**.

Technical experts participating in this evaluation are identified below.  Their individual evaluations and current resumes are provided in the indicated attachment. Each evaluator prepared a letter report to me detailing specific concerns regarding the design of this reservoir. A brief introduction to the evaluators follows:

**John ("Jack") Boschuk,jr., P.E.,** President, JLT Laboratories, Inc., Cannonsburg, PA. --
-- Jack has significant experience in the evaluation of engineering failures and is a

---

[1] Basis of Design Report for the City of Newark Municipal Water Supply Reservoir, Prepared by URS for City of Newark, February 8, 2002.

City of Newark Reservoir                                    Independent Design Evaluation

member of the American College of Forensic Examiners. Jack's experience includes performing over 120 dam inspections in Pennsylvania during the initial years of the dam inspection /permitting program. Jack worked closely with Joe Ellam, P.E. in performing the initial dam inspections and in teaching engineers dam inspection and design in Pennsylvania. Jack's recent experience includes expert work related to cover soil failures at the Brick Township reservoir (See **Attachment 3**)

**J.P. Giroud, Ph.D.,** President J.P. Giroud, Inc. Ocean Ridge, FL ---- Dr. Giroud is past president of the International Geosynthetics Society and is considered by the industry to have pioneered geosynthetic liner systems. With regard to geosynthetics and dams, Dr. Giroud was the first to use geotextiles in a dam (1971), the first to use a geotextile in association with a geomembrane (1973), and the first to use a geomembrane/compacted clay liner in a dam (1974). (See **Attachment 4**)

**Allen W. Marr, Ph.D., P.E.,** President GEOCOMP Corporation and GeoTesting Express, Boxborough, MA. ---- Dr. Marr has extensive experience in the design of dikes and earthen dams. Additionally, Dr. Marr is one of the leading developers of monitoring equipment commonly installed in dams, tunnels, and similar engineered structures. Dr. Marr has also conducted considerable research on the piping potential of soils. (See **Attachment 5**).

Other than myself, only Jack Boschuk has actually walked the site. However, site photos, obtained during construction phases and post litigation testing, have been provided to all evaluators.

This letter report provides a project background and summary of the evaluator's concerns regarding the adequacy of the current design for this reservoir. *It should be note that none of the evaluators have been compensated for their time in preparing their reports. Additionally, I have not been compensated for my time required to obtain the reviews and to prepare this summary.* Additionally, this report does not address remedial design measures that are required to correct the deficiencies identified.

**General Reservoir Background:**

The proposed reservoir is being constructed to contain approximately 318 million gallons of untreated water for use during periods of drought. The reservoir has the following physical characteristics:

- 57 acre footprint including 32 surface acres of actual water impoundment
- 5,750-ft long embankment that varies from zero to 90-ft in height
- Maximum impoundment depth is approximately 60-ft
- It takes approximately 60-days to drain the reservoir
- A single 60-mil Linear Low Density Polyethylene (LLDPE) geomembrane liner is being used to "limit seepage loss"

**A-2**

City of Newark Reservoir                                      Independent Design Evaluation

- A drainage system is placed beneath the geomembrane to both intercept high ground water and detect liner leakage
- The reservoir is being constructed above a town with apartment buildings located immediately adjacent to the toe of the embankment near its greatest height
- The reservoir is considered a high hazard structure since its failure would result in the loss of life
- The State the reservoir project is located has only recently enacted a dam safety program but does not have an active review process

The International Commission on Large Dams (ICOLD) defines a large dam or reservoir as having at least one of the following two criteria: (i) dike height is greater than 15m (49.2 ft.); and (ii) a reservoir capacity greater than 1 million cubic meters (264 million gallons). The Newark City reservoir meets both of these criteria and therefore must be considered a High Hazard Large Dam.

It is our understanding that the $16M reservoir project is currently at ≈70% completion. Since the recent rebid for the completion of construction did not draw a single bidder, the City is proposing that the reservoir designer (URS) will complete the construction using a contractor hired by the City on a time and material basis.

**Reservoir Site Background:**

Based on the geotechnical report prepared by URS[2], the site was originally a ravine with contours ranging from gentle to steep. Geologically, the site is located near the fall line between the Piedmont and Coastal geologic provinces. Subgrade deposits are sedimentary in origin overlying fractured metamorphic bedrock. A regional fracture study indicates that a bedrock fracture may pass through the site.

Groundwater is near-surface in portions of the site with a spring being present in the ravine. A significant portion of the reservoir bottom is being constructed beneath the groundwater surface. A drainage layer is placed under the geomembrane liner to intercept this water so that uplift pressures on the liner are eliminated. This same drainage layer is considered to act as the leakage detection system for the geomembrane liner. The natural bottom of the reservoir is considered by URS to be overly pervious for satisfactory functioning of the reservoir without the geomembrane liner in place. The URS report indicates that "The presence of a fracture trace passing through the site is significant in that fracture zones may provide preferred pathways for groundwater flow." Reportedly, no attempt was made during excavation for the foundation of the embankment or reservoir to locate or seal bedrock fractures.

---

[2] Newark Reservoir Project Geotechnical Data Report, Prepared for City of Newark by URS, January 22, 2002

**A-3**

City of Newark Reservoir                                    Independent Design Evaluation

## Embankment Background:

The embankment has 3H:1V(33%) exterior side slopes with a 30-ft wide crest. The interior slope has two small benches with 3H:1V side slopes on the two lower slopes and a 2.5H:1V(40%) slope on the upper slope. A section of the tallest portion of the reservoir is shown on **Figure 1 in Attachment 1**. The embankment is specified as a homogeneous earth fill compacted to 98% standard Proctor at ±2% optimum moisture. Maximum particle size allowed was 8-inches with no gradation, plasticity, or permeability requirements. Design documents indicate an assumed permeability of $1 \times 10^{-3}$ cm/sec – which agrees well with subsequent laboratory testing.

Both the URS Geotechnical Report and subsequent field tests indicate that a significant portion of the embankment is constructed of broad-graded silty sand that, while containing up to 64% fines, is nonplastic. This soil is rich in mica and has permeability in the $1 \times 10^{-3}$ to $1 \times 10^{-4}$ cm/sec range. This same soil was used as a bedding layer beneath the geosynthetic liner system with a maximum particle size of 2-inches and surface removal of all particles greater than ½ inch. This same soil was screened to remove the +1/2 inch fraction and used as a protective cover above the geosynthetic liner system.

Placement of the embankment soils was monitored by Langan Engineering and Environmental Services under contract to Durkin. This monitoring included periodic testing of the in-place soil density and moisture and performing Proctor tests on borrow soils. In general, soils were placed above 98% standard Proctor compaction and near optimum moisture content. Dry densities ranged from approximately 115 to 118 pcf. Reportedly Durkin had to apply significant moisture to these soils during compaction.

The screened version of this soil used in the bedding and protective cover was further evaluated in a report prepared by Craig Calabria of Geosystems Consultants, Inc for the City. Calabria confirmed that the soil is broad-graded, highly erodible, and nonplastic.

## Liner Information:

The liner system placed over the embankment is composed of the following (top down):

- 18-inch protective layer of compacted screened (1/2" max) protective cover soil
- 16 oz/sy nonwoven geotextile
- 60-mil LLDPE geomembrane liner
- 16 oz/sy nonwoven geotextile
- 12-inch compacted layer with 2" max. particle size, 1/2" max on surface

Both the bedding and protective cover soils are obtained from soils also used in the construction of the embankment. Current legal problems, and the reason for my initial

4

**A-4**

City of Newark Reservoir                                    Independent Design Evaluation

involvement, began as the result of dramatic erosion that occurred during construction of the 18-inch protective layer overlying the geomembrane.

The study by Calabria indicates that saturated even when the reservoir is drained the liner protective cover layer will be due to moisture drawn by capillary action from the underlying geotextile. Stability analyses by Calabria also indicate that under full veneer seepage the maximum factor of safety against sliding for this layer is as low as 1.00 which approaches incipient failure.

**Under Drain Information:**

As described in their Design Basis Report, URS intends the under drain as a means of reducing groundwater forces acting on the bottom of the liner system and for monitoring leakage through the geomembrane. On the side slopes, the under drain consists of the 16 oz/sy nonwoven geotextile plus highway edge drains placed every 50-ft running down the slope. On the reservoir bottom, three French drains as shown on **Figure 5** in **Attachment 1** are provided to remove the waters collected by the under drain. Each French drain is provided a 12-inch solid drain pipe running beneath the embankment (at its maximum height). These three lines drain to a common sump and then to a single 12-inch line for discharge to the river.

The French drains were formed by placing a bedding layer of #8 stone in the trench, placement of the 12-inch slotted drain pipe, covering the pipe with #8 stone, and the filling the balance of the trench with concrete sand. No filter or separation calculations are known to exist for the transition from the bedding soil to the concrete sand to the #8 stone.

No calculations were performed by URS to determine what fraction of collected leakage will drain to the underlying, permeable embankment or subgrade. No means of differentiating leakage through the liner from intercepted groundwater are made in the design.

**Evaluators' Concerns**

Each technical evaluator independently developed specific concerns that reflected their technical background and experience. Although each evaluator had a number of issues with the design, the major concerns contained within these evaluations focus on two fundamental questions and their respective concerns:

1) Does the Newark Reservoir satisfy accepted design practice for a homogeneous earthen dam?
   a) Is the embankment stable under full seepage forces?
   b) Has the potential for wave overtopping of the embankment been properly accounted for?

**A-5**

City of Newark Reservoir                                      Independent Design Evaluation

    c) Has the potential for piping or erosion failure of the embankment soils been
       evaluated?

2) Does the Newark Reservoir satisfy accepted design practice for a geomembrane lined
    earthen dam?
    a) Does the design allow for monitoring the performance of the liner system?
    b) Has a liner breach analysis been performed to evaluate its impact on the liner
       support subgrade?
    c) Is the degree of liner protection consistent with the results of the above
       evaluations?

Each of these concerns is discussed in the following sections. These discussions use
direct quotes from the evaluators and clearly distinguish between my personal opinions
and those of the evaluators. Not all concerns expressed by the evaluators are limited to
the two fundamental questions identified above.

## 1) Does the Newark Reservoir satisfy accepted design practice for a homogeneous earthen dam?

A basic requirement agreed to by all evaluators is that the Newark Reservoir
embankment should be safe under full pool conditions without the geomembrane. That
is, the sole role of the geomembrane must be to reduce the rate of leakage. Given this,
each evaluator reviewed the URS Design Basis Document regarding the design of the
earthen embankment itself. *The consensus of all evaluators is that the embankment is not
stable without the geomembrane.* The following specific concerns are raised in the
attached reports:

### 1a) Is the embankment stable under full seepage forces?

Neglecting the geomembrane, the impounded water would seep through the embankment
and drain from the outboard toe of the embankment. This water contributes both weight
that reduces the global stability of the embankment itself and seepage forces that can
cause internal or piping failure of the embankment soils.

Marr --- "Global Stability – A fundamental aspect of the designer's assessment of
    global stability rests on the assumption of a phreatic surface as shown in Figure
    B-4 of the Design Basis Report. The computed factor of safety of the
    embankment directly depends on this assumption. The supporting basis for this
    critical assumption is not given in the Design Basis Report. The actual flow
    pattern that develops in this dam and its foundation will depend on the integrity of
    the geomembrane together with the permeability characteristics of the underlying
    geotextile, the embankment materials, the residual soils, the transitional soils and
    the bedrock. The Design Basis Report and the Geotechnical Data Report have
    insufficient information to determine values for permeability of these materials to
    the precision required for adequate design. If the foundation permeability is equal
    to or less than the embankment permeability, then the design phreatic surface is

**A-6**

City of Newark Reservoir                                    Independent Design Evaluation

too low, the pore water pressures within the embankment can be significantly higher and the factor of safety for global stability may be much lower. If the foundation contains layers of varying permeability, then the design phreatic surface may not be conservative with respect to global stability in the vicinity of the toe of the dam. A much more thorough assessment of flow through the embankment and its foundation should be made to obtain realistic pore pressures for analysis of the steady state seepage stability condition for this high hazard structure."

The URS Design Basis Report provides absolutely no technical basis for the assumed phreatic surfaces. Since the Global Stability is significantly influenced by this assumption, the analysis provided does not meet contemporary design standards. Also refer to the discussion below under item 1c) related to piping failure.

**1b) Has the potential for wave overtopping of the embankment been properly accounted for?**

The majority of earthen dam failures are the result of embankment overtopping or piping failures of the soils forming the embankment. Overtopping is the result of wind driven waves that break over the embankment and significantly scour the embankment. This scouring may lower the reservoir top below that of the pool elevation and produce a rapidly escalating breach. The following concerns are expressed regarding the URS overtopping evaluation.

Marr – "The design freeboard for this dam is 2.5 ft above normal pool. Section 4-6 of the Design Basis Report indicates a wave run-up height of 2.27 feet during an 80 mph wind . When wave run-up is combined with rainfall onto the reservoir that will raise its level above the normal design level of El 186, it is almost certain that the 100 year design storm will cause water to overtop this dam multiple times during a major storm. Due to the highly erodable nature of the embankment materials, any water from the reservoir that runs over the top of the dam threatens its structural integrity. While overtopping by waves during a major storm appears to be a credible failure mechanism for this dam, the Design Basis Report does not address this important issue. I shudder to think of the consequences of one of this past summer's major storms passing over a full Newark Reservoir."

**Boschuk** – "The designed Freeboard (elevation difference between the crest and the water level) is only 2.5 feet and even less between the crest and the wetlands area. The industry standard is a minimum of 3 feet."

7

**A-7**

City of Newark Reservoir                                    Independent Design Evaluation

"With a wind fetch of approximately 2100 feet across the reservoir, wave heights could easily overtop the crest causing failure. In addition, over time, all constructed earthen embankments settle to some degree which further reduces the freeboard. This freeboard clearly does not meet general industry standards."

Both Marr and Boschuck feel strongly that the URS design fails to reflect recent storm (hurricane) events occurring on the eastern seaboard and fails to include the volume of water due to precipitation from these events into the reservoir. Note that this concern only effects the design high water level in the reservoir and does require a major redesign.

### 1c) Has the potential for piping failure of the embankment soils been evaluated?

Sherard[3] in his definitive text on earth dams states " Any homogeneous dam with a height of more than about 20 to 25 ft. should be provided with some type of downstream drain constructed of material appreciably more pervious than the embankment soil. The purpose of such a drain is twofold: (1) to reduce the pore water pressures in the downstream portion of the dam and hence to increase the stability of the downstream slope, and (2) to control any seepage water as it exits at the down stream portion of the dam in such a way that the water does not carry away particles of the embankment soil, i.e. that 'piping' does not develop."



Fig. 1.3:1  Drains used in homogeneous dams. (a) Toe drains. (b) Horizontal blanket drains. (c) "Chimney" drain.

The second purpose is particularly acute on this impoundment given the highly erodible nature of the soil used to construct the embankment. Typical toe drains recommended by Sherard are shown to the right.

Regarding piping failure, the evaluators had the following comments/concerns:

Marr --- "Internal Stability – Internal stability of the embankment refers to the behavior of the soil materials in the embankment subjected to flowing water. The primary embankment materials must stay in place at all times to support the hydraulic energy dissipater (in this case the geomembrane liner). Fine sands and silts are inherently unstable materials when exposed to water. The soil particles have no cohesiveness (plasticity) to hold them together. They are so small that they are easily dislodged and transported away from any exposed surface.

---

[3] Sherard, James L. et al. Earth and Earth-Rock Dams, John Wiley and Sons, 1963.

8

**A-8**

Exposed surfaces for this dam include the downstream face, the interface between these soils and any materials with openings large enough to allow fine sand and silt to pass, locations where soil might separate from a more rigid material such as a pipe, and any open fractures within the rock foundation of the dam. Movement of soil particles by flowing water from within a dam represents a serious threat to the overall stability of the dam. Once the process starts it tends to progress at an accelerating rate until a complete conduit for water develops from downstream to the reservoir. In dams made of fine sand and silts this "piping" process can develop from a minor leak to a major failure within a matter of hours. Piping failures are averted in fine-grained non-cohesive soils with substantial filters and drains in the downstream portion of the dam. This design contains no filters and drains to protect the embankment from failure by internal erosion. According to the Design Basis Report, the existing underdrain system was designed to 'intercept and lower the groundwater table and to collect liner leakage.' The design contains no provisions to contain and control failure by internal erosion of the embankment should the geomembrane fail. In my opinion this is a major flaw in this design."

Boschuk --- "Seepage through the embankment forms a pipe that liquefies the soil followed by catastrophic failure. Testing of this soil by the pinhole dispersion test (ASTM D-4647) clearly indicates that the soil is susceptible to piping."

"No documentation could be found that a hydraulic or piping stability evaluation was performed."

"Sandy homogeneous dams are highly susceptible to piping failure and require well designed internal drainage system to control seepage to prevent saturation or piping. This design is a high risk to slope sloughs and/or internal piping failure because there are no internal embankment drainage systems."

"A homogeneous embankment with sandy soils and without any form of internal seepage/drainage collection system is not advisable. Numerous references are available confirming this as well as noted failures in the United States. (See "Earth Dam Practices in the United States", T.A. Middlebrooks, Transactions ASCE, Centennial Volume, 1953; and, Sherard, et al, Earth and Earth Rock Dams, John Wiley and Sons, 1963.)"

Giroud --- "Piping results from erosion, a mechanism by which soil unravels one particle after another, contrary to global instability where an entire block of soil moves together. The methods used to analyze the risk of global instability and the risk of piping are totally different. As a former professor of geotechnical engineering, I can say that the methods used to analyze global stability (which fall within the realm of continuum mechanics) and are more prone to mathematical developments than the methods used to analyze piping (which fall within the realm of particulate mechanics). As a result, it is not uncommon to see design engineers pay more attention to global stability analysis than to piping analysis,

City of Newark Reservoir                                      Independent Design Evaluation

because they are accustomed to deal with the easy-to-use analytical and computerized methods available for stability analysis. In contrast, designing against piping is not easy. It requires delicate analyses of particle size distribution curves of the various soils and drainage materials; it requires filter design, which is delicate; it requires specialized testing; and it requires a careful review of many design details (including an evaluation of their constructibility). "

"It is important to note that piping can result from internal erosion or surficial erosion. Piping by internal erosion is the worst case because it can happen anywhere in an embankment where flowing water is present. However, this happens only with special soils. However, soils that may not be susceptible to internal erosion can be susceptible to surficial erosion. With such soils there is a risk of piping everywhere there is a soil surface exposed to flowing water. This may happen at interfaces between soil and a structure such as a water intake tower or a pipe (or culvert) penetrating through an embankment, if some precautions are not taken. The intensive erosion that was observed on the inside sideslopes during construction indicates that the local soil is susceptible to surficial erosion. Therefore, this potential mechanism of embankment failure must be considered very seriously in the case of the Newark Reservoir."

"An essential feature used to protect an embankment against piping is a toe drain. A toe drain is a drain located at the downstream of an embankment to prevent the water that seeps through the embankment from exiting through the downstream face of the embankment. This is essential because, if water exits through the downstream face of an embankment, and if the soil is susceptible to erosion, piping failure of the embankment may be initiated by surficial erosion of the downstream slope. Toe drains can have a variety of shapes depending on the dam geometry and the soil used: blanket drain, chimney drain, triangular drain, fishbone drain, etc. It should be noted that that toe drains are also used because they reduce pore water pressure in the downstream portion of dams, thereby contributing to the global stability of the dam. Therefore, practically all earth dams designed in the past several decades include a toe drain of one type or another. I have reviewed the drawings you sent me and did not see any toe drain, which indicates that the embankment of the Newark Reservoir was not designed as would normally be designed an earth dam intended to be stable without a geomembrane liner on its upstream face."

All evaluators found the current design for the Newark Reservoir to lack any consideration for minimizing piping failure. Additionally, no means of limiting surface erosion of the inboard face is included in the design excepting the geomembrane liner.

## 2) Does the Newark Reservoir satisfy accepted design practice for a geomembrane lined earthen dam?

Both exposed and highly protected geomembranes have been used to reduce the leakage rate of reservoirs or earthen dams. An exposed or marginally protected geomembrane is

10

**A-10**

acceptable when the impact of the concentrated leakage through the geomembrane will not produce a scouring of the material supporting the geomembrane. This is true of rock dams and is commonly achieved by placing concrete or masonry immediately beneath the geomembrane. Conversely, when the concentrated force of water passing through a defect in the liner will damage the subgrade, then either the subgrade must be armored or a secondary liner provided to protect the subgrade. It is never advisable to use an exposed or marginally protected liner over highly erodible soil.

## 2a) Does the design allow for monitoring the performance of the liner system?

The URS design uses a single under drain system to limit the height of ground water beneath the liner and to collect leakage through the liner system. The evaluators concerns regarding this system are as follows:

Boschuk --- "Excessive liner leakage will wash out/scour the foundation soils, stressing the liner system which can result in massive failure. This design cannot separate the two types of flows."

"Drain collectively accepts both seepage water and leakage from the liner. This design cannot indicate how serious a liner may be leaking."

"The leak detection system as currently designed, in my professional opinion, is basically useless and may be more of a detriment to performance than a benefit."

Giroud --- "The above discussion on double liners shows the importance of a drainage layer between the two liners that compose a double liner. It should be noted that there is a drainage system beneath the geomembrane liner of the Newark Reservoir. However, this drainage layer is unable to perform the two functions of the drainage layer described above. Furthermore, this drainage system is even potentially dangerous. First, the existing drainage system cannot detect leakage for two reasons: (i) the hydraulic conductivity of the soil underneath the geomembrane being of the order of $3 \times 10^{-3}$ cm/sec, practically all of the water leaking through the geomembrane will drain directly into the ground and will not be detected; and (ii) the very small amount of leakage that might be conveyed by the outlet system to the outlet will be mixed with a greater amount of groundwater collected by the drainage system, making leakage undetectable. These considerations are not new: they were presented in the first paper ever published on the concept of double liner and leakage detection (Giroud 1973) and they have been repeated in numerous books, manuals, papers and lectures. Second, the leakage that might be collected may be conveyed by the drainage system over a certain distance if the soil is locally less permeable and will be discharged into the ground at a location where the soil is more permeable. Thus there is potential for concentrated flow that could cause erosion of the soil. I investigated the failure of a large reservoir that was caused by this mechanism (Giroud and Goldstein 1982). Clearly, a drainage layer that can convey liquid to an undesirable location is potentially dangerous."

"I have serious concerns regarding the risk of failure of the embankment of the Newark Reservoir by piping. I also believe that the leakage detection system will not perform as intended."

The consensus of the evaluators was that the URS under drain system would not provide a true measure of leakage through the liner system. Instead, it is felt that it would act as a septic field and simply distribute the leakage to the permeable subgrade. By this mechanism it would be possible for considerable leakage and erosion of the bedding layer beneath the geomembrane to occur undetected. Since the geomembrane is the sole containment and energy dissipater in this system, a failure condition could build unnoticed. This attempt to use a single collector to both control groundwater elevations and to monitor liner leakage is not the standard of design for reservoirs constructed of highly erodible soils.

## 2a) Has a liner breach analysis been performed to evaluate its impact on the liner support subgrade?

To reduce the quantity of leakage through the embankment and subgrade, URS added a 60 mil thick LLDPE geomembrane liner. The URS Design Basis Document states "Even with good quality control, experience has shown that geomembranes will leak (Giroud, 1989[4]). Typical leakage rates have been found to be on the order of 500 to 1000 gpd per acre of liner, depending upon the degree of quality control used during the liner installation. Based on historical figures, leakage of reservoir water through the liner could be on the order of about 10 to 20 gpm or 15,000 to 30,000 gpd." On the fact that the geomembrane liner will leak, all parties are in agreement. However, as to the impact of these leaks there is considerable concern among the evaluators.

To provide some guidance it is important to understand the highly concentrated erosive force generated by even a small defect acted on by 60-ft of head. Given the highly erodible nature of the protective cover soil proposed to be place over the geomembrane and URS's belief that it is not essential for the proper performance of the geomembrane this layer must be neglected in the evaluation. Lacking a ballast layer, the flow rate of water through a defect in a geomembrane is given by the following[5]:

$$Q = 0.6 \, a \, (2gh)^{0.5}$$

Where Q is the flow rate ($m^3$/sec), a is the area of the defect ($m^2$), h is the depth of water over the defect (m), and g is the acceleration due to gravity ($m^2$/sec). The velocity of the water passing through the defect, V, is simply the flow rate Q divided by the area of the defect or

---

[4] Giroud, J.P. and Bonaparte, R. "Leakage Through Liners Constructed with Geomembranes", Part I (Vol 8, pp. 27-67) and Part II (Vol 8, pp. 71-111), 1989.
[5] Giroud, J.P., 1984 "Impermeability: The Myth and a Rational Approach," Proceedings of the International Conference on Geomembranes, IFAI, Vol. 1, Denver, pp. 157-162.

$$V = 0.6 \, (2gh)^{0.5}$$

For a water depth of 60 feet (18.3 m), the velocity of water exiting the defect is 20.3 ft/sec (6.2 m/sec) at a pressure of approximately 25 psi. This velocity is an order of magnitude greater than what the highly erodible soils below the liner can withstand even with the underlying cushion geotextile in place and would result in significant erosion immediately beneath the liner system defect. As the erosion quickly advances, the subgrade support of the geomembrane in the immediate vicinity of the defect is lost and the geomembrane must begin supporting the overlying water. This places the geomembrane in significant tension and will quickly result in enlargement of the defect and greater flow volumes. The fines and small sand particles placed into suspension by the high velocity leakage can readily be removed by the under drain system or simply drain undetected into the fractured rock subgrade. Even the smallest of defects will quickly become a major breach of the geomembrane liner. Such backward erosion of the reservoir embankment is a classic cause of piping failures in earth dams. Given the highly erodible nature of the fines and sands in the embankment soil, the rate of piping advance will be very fast. The evaluators comments are as follows:

Boschuk --- "The industry clearly recognizes that all liners leak with 2 or 3 defects (holes) per acre. Over a 32-acre area, this amounts to 60 to 90 defects (holes) in the system with many of these holes in the reservoir bottom. At maximum head, the pressure will be on the order of 25+ psi."

"A hole discharging water at 25 psi results in a high pressure (jet) spray that readily saturates the geotextile spreading the saturation front over a wide area that could easily erode the underlying sandy soil. The result is a system failure."

Giroud --- "Even though a geomembrane is made of a polymer (polyethylene) that is practically impermeable, some leakage takes place through a geomembrane because it is practically impossible to install a geomembrane over acres without any defect. Typically, one or two defects per acre can be expected in the case of a geomembrane installed with strict construction quality assurance (CQA) as pointed by Giroud and Bonaparte (1989) and confirmed by several US EPA reports. Up to 8 defects per acre can be expected after placement of a soil layer on top of a geomembrane depending on the level of CQA during soil placement, as agreed by a panel of experts I chaired at the 7[th] International Conference on Geosynthetics in 2002 (Giroud and Touze-Foltz 2003)."

"Since geomembranes have defects, any structure lined with a geomembrane must be designed to accommodate leakage through the defects. Several approaches are possible, whether the flow of leaking water is impeded using low-permeability materials or the leaking water is drained using high-permeability materials (or a combination of the two approaches). However, in all cases, the soils and other materials (including drainage materials) located beneath the geomembrane and

City of Newark Reservoir                                    Independent Design Evaluation

likely to be reached by the leaking water must be designed to withstand erosion by the flow of water."

"Since the safety of the reservoir should not depend solely on the geomembrane, and since a significant amount of water will seep through the embankment and the bottom of the reservoir if the geomembrane is breached, the reservoir must be designed to be stable even if the geomembrane is breached. Since it is not possible to predict where the geomembrane will be breached, and since the potential for a large breach cannot be excluded, it is necessary to check that the reservoir, when is full of water, is stable without the geomembrane."

"I have serious concerns regarding the risk of failure of the embankment of the Newark Reservoir by piping. I also believe that the leakage detection system will not be performing as intended."

The soil bedding layer placed beneath the geomembrane liner is so erodible that on my recent field trip (October 8) Boschuk and I observed a significant portion of the in-place liner had already experienced significant erosion of the bedding layer from only groundwater seepage.

Boschuk --- "While walking the exposed liner system one can readily feel exposed stones under the liner which were not present during initial placement. This is a result of the finer cushion material gravitating down slope. Consequently, large stones are now in direct contact with the cushion layer that was not intended in the design. In addition, gullies were also noted under sections of the liner. Once ballast is placed over these areas, the liner will stretch to conform to the subgrade voids further stressing the liner."

As a group, the evaluators were unified in their concern that even a minor breach of the liner system would lead to a piping failure of the reservoir.

**2c) Is the degree of liner protection consistent with the results of the above evaluations?**

The Zone 4 protective layer soil intended to protect the geomembrane was shown by Calabria to be highly erodible, saturated, and with a maximum slope stability of 1.07. URS maintains that this is satisfactory since the protective cover layer is not essential to the performance of the geomembrane liners. The evaluators have the following concerns:

Marr --- "Erodability – The fine sands and silts comprising the embankment, its foundation and the liner cover are highly erodable materials. They have little to no cohesiveness. They will experience major erosion when placed on slopes and left exposed to rainfall. Section 8 of the Design Basis Report addresses erosion control for the project. No specific consideration is given to erosion control of the Zone IV cover material. Note 9 on Figure 8-2 might be construed as applicable

14

**A-14**

to the finished slope of the liner system but nowhere do the drawings show an erosion control matting. Section 02290 Part 3.04.E of the specifications address the placement of the liner cover material. Absolutely no mention or reference is made to any activity to protect the erodable liner cover from erosion during or following construction. Even if the contractor had succeeded in completing the construction, the liner cover would have experienced major damage from rain and wave erosion any time the reservoir level dropped below elevation 172."

Boschuk --- "The soils used for the embankment and the processed soils are permeable, highly susceptible to erosion and susceptible to piping in an embankment. Material of this type requires extensive design considerations which goes well beyond just stating that it is the contractors responsibility. Frankly, this material is an engineering nightmare that cannot be treated lightly."

"The material is classified as a silty micaceous sand with little or no plasticity. The material is inherently susceptible to surface erosion which causes gullies that are clearly evident at the site."

"It is difficult to repair these gullies after slope construction as compaction of fill in the gullies may be of lesser density than the surrounding mass. Consequently, these repaired areas will still be susceptible to erosion."

"While walking the exposed liner system one can readily feel exposed stones under the liner which were not present during initial placement. This is a result of the finer cushion material gravitating down slope. Consequently, large stones are now in direct contact with the cushion layer that was not intended in the design. In addition, gullies were also noted under sections of the liner. Once ballast is placed over these areas, the liner will stretch to conform to the subgrade voids further stressing the liner."

"Maintenance considerations of the reservoir were not included in the design rendering repairs a very costly endeavor."

"During maintenance, some type of access road will have to be constructed in the reservoir which could easily damage the single liner system greatly increasing maintenance cost."

"Veneer stability of the interior slopes was not adequately addressed as evident from the current failures."

Giroud --- "Considering that the embankment, as designed and constructed, presents a risk of instability by piping, and considering that the geomembrane cannot be the only line of defense, it is necessary to complement the geomembrane with another barrier. This can be achieved in several ways, two of them being a composite liner and a double liner. A composite liner consists of a geomembrane resting on a layer of low-permeability soil such as compacted clay. A double liner consists of

City of Newark Reservoir                                    Independent Design Evaluation

two liners separated by a drainage layer. It should be noted that that most large dams that have a geomembrane as part of their upstream face do not have a composite liner or a double liner. This is because these dams are rockfill dams, i.e. dams built with huge rocks, not earth dams (which are built with soils). Rockfill dams are very safe regarding global stability and are totally immune to piping. In other words, a rockfill dam is a very safe second line of defense and, in those dams, the upstream geomembrane is not the only line of defense."

"In a composite liner, the layer of compacted clay impedes the flow of water through a defect in the geomembrane. As a result, the rate of leakage through a composite liner is at least one thousand times less than the rate of leakage through a geomembrane resting on a permeable material (Giroud et al. 1994). It should be noted that, in the case of a composite liner, there is a risk of geomembrane uplift in case of reservoir drawdown, as shown by Giroud and Bonaparte (1989). Therefore, it is imperative to ballast the geomembrane with a layer of soil or other material."

The evaluators were in agreement that ballasting was essential for both the protection of the geomembrane and to reduce the flow through a given defect. The only alternative is the armoring of the geomembrane bedding layer and inclusion of an effective leakage detection/drainage system. The evaluators were also in agreement that the current Zone 4 material is not appropriate for this application. The evaluators were particularly concerned with the City's interpretations of the Calabria report that indicate that the Zone 4 material can be constructed if appropriate erosion control measures are taken.



The above photo shows the highly eroded condition of the "tackifier" stabilized slope purported to be the solution to the erosion. This photo was taken on October 9, 2004 approximately 4-month after construction of the test. This certainly does not even hint at this being a stable protective layer that the all evaluators feel must be present during the life of the geomembrane.

16

**A-16**

City of Newark Reservoir                                    Independent Design Evaluation

## Summary of Evaluation

I have not attempted to summarize all of the design errors identified by the evaluators. However, my goal is to properly notify the City of Newark that construction of the Newark Reservoir as currently designed will present an unreasonable risk to the lives of citizens of the city. *I personally believe that there is complete certainty that this design will produce a catastrophic failure of the completed reservoir.* The beliefs of the evaluators can be summarized as follows:

Boschuk --- **"Pursuant to our discussions, my limited testing of the Type IV soil, review of the construction drawings and my inspection of the facility on Friday, October 8, 2004, submitted herein is my design assessment of the partially completed structure. I noted numerous design deficiencies which leads me to serious concerns regarding the facility's anticipated performance. My ultimate conclusion is that this structure, if completed as designed, is likely to fail."**

Giroud — **"I have serious concerns regarding the risk of failure of the embankment of the Newark Reservoir by piping. I also believe that the leakage detection system will not be performing as intended."**

Marr --- **"These issues raise serious questions about the long-term stability of this dam as designed. These issues expose vulnerabilities in the design, any one of which could lead to a catastrophic failure of the dam and take lives and destroy property below the dam. I strongly urge a thorough independent review of this design by a qualified panel of engineers expert in earthen dam design before the reservoir is allowed to impound any water."**

It is my hope that this independent review of the current design for the Newark Reservoir will convey to the City the need for a serious re-evaluation of this design. Besides you, it is the goal of the evaluators to see that this document reaches others that can influence this decision if the City fails to act.

I appreciate your efforts to transmit this document to the City of Newark.

Cordially,
G.N. Richardson & Associates, Inc.

Gregory N. Richardson, Ph.D.,P.E. (CA 23131)
Preseident

17

**A-17**

ATTACHMENT ONE

Geomembrane Lined Reservoir

### Geomembrane Lined Embankment

**Background:**

A reservoir is being constructed to contain approximately 318 million gallons of water. The reservoir has the following physical characteristics:

- 57 acre footprint
- 5750-ft long embankment that varies from zero to 90-ft in height
- Maximum impoundment depth is approximately 60-ft
- It takes approximately 60-days to drain the reservoir
- A 60-mil LLDPE geomembrane liner is being used to "limit seepage loss"
- A leakage detection system is placed beneath the geomembrane
- The reservoir is being constructed above a town with apartment buildings located immediately adjacent to the toe of the embankment near its greatest height
- Reservoir is considered a high hazard structure since its failure would result in the loss of lives
- The State the reservoir project is located in does not have a dam safety program or review

To my knowledge, no similar geomembrane design has been used in the USA for a reservoir of this height.

**Site Information:**

The site was ravine like with contours ranging from gentle to steep. Geologically, the site is located near the fall line between the Piedmont and Coastal geologic provinces. Subgrade deposits are sedimentary in origin overlying fractured metamorphic bedrock. A regional fracture study indicates that a bedrock fracture passes through the site.

Groundwater is near-surface in portions of the site with a spring being present in the ravine. A significant portion of the reservoir bottom is being placed beneath the groundwater potentiometric surface. A drainage layer is placed under the liner to intercept this water —this same drainage layer is considered to act as the leakage detection system. In general, the natural bottom of the reservoir is considered to pervious for satisfactory functioning of the reservoir without the geomembrane liner in place.

**Embankment Information:**

The embankment has 3H:1V exterior side slopes with a 30-ft wide crest. The interior slope has two small benches with 3H:1V side slope on the two lower slopes and 2.5H:1V slope on the upper slope. A section of the tallest portion of the reservoir is shown on Figure 1. The embankment is homogeneous earth fill compacted to 98% standard

1

**A-19**

Proctor. Maximum particle size allowed was 8-inches with no gradation or permeability requirements. Design documents indicate an assumed permeability of $1 \times 10^{-3}$ cm/sec – which agrees well with subsequent testing. No pinhole dispersion testing has been performed on the embankment soils. The embankment contains no toe drains or any provisions to limit seepage erosion.

**Liner Information:**

The "liner" system is composed of the following (bottom-up):

- 12-inch layer compacted screened (1/2" max) embankment soil
- 16 osy nonwoven
- 60-mil LLDPE
- 16 osy nonwoven
- 18-inch layer compacted screened (1/2" max) embankment soil

Field data indicates that the screening the soil removed approximately 30% by weight. Grain size curves and plasticity data for the screened soils are attached as Figures 2 & 3 and indicate that the bedding soil is nonplastic, broad graded (Cu>60), the curves are concave upward with Cc ranging from 4.2 to 6.4, and all samples had nearly 25% fines and 25% fine sand. The potential for segregation of particle sizes is clearly shown in the gap grading indicated on Figure 4 from this same processed soil pile. The embankment soil is also broad graded (Cu>350) and the curve is concave upward with Cc =0.56.

Current legal problems began as the result of dramatic erosion that occurred during construction of the 18-inch compacted screened layer. Subsequent testing by the engineer has confirmed that these soils are highly erodible. This testing also demonstrated that the cover soils would normally be saturated due to a capillary draw of water from the underlying nonwoven geotextile.

**Under Drain Information:**

The design engineer intends the under drain as a means of reducing groundwater forces acting on the bottom of the liner system and for monitoring leakage through the geomembrane. On the side slopes, the under drain consists of the 16 osy nonwoven plus highway edge drains placed every 100-ft running down the slope. On the bottom, three french drains as shown on Figure 5 are provided to drain the waters collected by the under drain. Each french drain is provided a 12-inch solid drain pipe beneath the embankment (at its maximum height). Particle gradation for the outer portion of the drain is shown on Figure 2.

No calculations were performed to determine what fraction of collected leakage will drain to the underlying permeable embankment or subgrade.

**A-20**

**Questions:**

Simple –    Since the screened soil layer overlying the geomembrane is critical to the performance of the geomembrane (?true?), is the use of a highly erodible soil appropriate. Will this highly erodible soil remain in place once it is submerged?

Hard –    Can the leakage detection system actually monitor leakage from the liner or will it act as a septic system to distribute the leakage unseen through the embankment and subgrade?

Hardest–    Given the highly erodible nature of the embankment soils, is the use of a single geomembrane liner system appropriate. Is there a high potential for unseen internal erosion (piping) that could lead to a catastrophic failure of the liner and collapse of the embankment?

3

**A-21**





# Particle Size Distribution Report

| | % +3" | % GRAVEL | | | % SAND | | | % FINES | |
|---|---|---|---|---|---|---|---|---|---|
| | | CRS. | FINE | CRS. | MEDIUM | FINE | SILT | | CLAY |
| ○ | 0.0 | 0.0 | 15.6 | 10.2 | 25.8 | 26.2 | 16.3 | | 5.9 |
| □ | 0.0 | 0.0 | 9.2 | 10.6 | 23.6 | 31.0 | 20.2 | | 5.4 |

| | LL | PL | $D_{85}$ | $D_{60}$ | $D_{50}$ | $D_{30}$ | $D_{15}$ | $D_{10}$ | $C_c$ | $C_u$ |
|---|---|---|---|---|---|---|---|---|---|---|
| ○ | N.P | | 4.95 | 0.664 | 0.452 | 0.179 | 0.0241 | 0.0111 | 4.35 | 59.69 |
| □ | N.P | | 3.10 | 0.475 | 0.340 | 0.126 | 0.0238 | 0.0084 | 4.01 | 56.76 |

### MATERIAL DESCRIPTION

| | USCS | AASHTO |
|---|---|---|
| ○ Brownish gray micaceous SILTY SAND WITH GRAVEL (SM) LOAMY SAND | SM | A-1-b |
| □ Brownish gray micaceous SILTY SAND (SM) SANDY LOAM | SM | A-2-4(0) |

Project No. 2004G553    Client: ▓▓▓▓

Project: ▓▓▓▓

EMBANKMENT: $C_u = \dfrac{6mm}{1017} = 750$

$C_c = \dfrac{.124^2}{1017+6} = 0.156$

○ Source: Bag-1
□ Source: bag-2

Remarks:
○
□

Particle Size Distribution Report

▓▓▓▓ **Consultants, Inc.**    File #

$C_u = \dfrac{D_{60}}{D_{10}} = \dfrac{.6}{.009} \approx 67 \Rightarrow \text{BROAD GRADED}$

$C_c = \dfrac{D_{30}^2}{D_{60} \cdot D_{10}} = \dfrac{.15^2}{.009 + .6} = 4.2$

FIGURE 2

$1 < C_c < 3 \Rightarrow \text{NOT INTERNALLY STABLE}$

A-23



## Particle Size Distribution Report

| % +3" | % GRAVEL | | % SAND | | | % FINES | |
|---|---|---|---|---|---|---|---|
| | CRS. | FINE | CRS. | MEDIUM | FINE | SILT | CLAY |
| 0.0 | 0.0 | 10.6 | 11.9 | 24.0 | 28.3 | 19.5 | 5.7 |
| 0.0 | 0.0 | 8.8 | 11.1 | 25.9 | 30.7 | 17.7 | 5.8 |

| | LL | PL | $D_{85}$ | $D_{60}$ | $D_{50}$ | $D_{30}$ | $D_{15}$ | $D_{10}$ | $C_c$ | $C_u$ |
|---|---|---|---|---|---|---|---|---|---|---|
| ○ | N.P | | 3.58 | 0.547 | 0.371 | 0.133 | 0.0172 | 0.0074 | 4.36 | 73.48 |
| □ | N.P | | 3.02 | 0.518 | 0.368 | 0.149 | 0.0204 | 0.0093 | 4.60 | 55.62 |

### MATERIAL DESCRIPTION

| | USCS | AASHTO |
|---|---|---|
| ○ Brownish gray micaceous SILTY SAND (SM) SANDY LOAM | SM | A-2-4(0) |
| □ Brownish gray micaceous SILTY SAND (SM) SANDY LOAM | SM | A-2-4(0) |

Project No. 2004G553    Client: ▮▮▮

Project: ▮▮▮▮▮▮▮

○ Source: Bag-3
□ Source: Bag-4

Remarks:
○
○

Particle Size Distribution Report

▮▮▮▮▮▮ **Consultants, Inc.**

File # ▮-03

$C_u = \dfrac{D_{60}}{D_{10}} = \dfrac{.5}{.008} = 62.5$  BROAD GRADED

$C_c = \dfrac{D_{30}^2}{D_{60} \cdot D_{10}} = \dfrac{.16^2}{.5 \times .008} = 6.4$  NOT INTERNALLY STABLE

FIGURE 3

A-24



## Particle Size Distribution Report

| | % + 3" | % GRAVEL | | %.SAND | | | % FINES | |
|---|---|---|---|---|---|---|---|---|
| | | CRS. | FINE | CRS. | MEDIUM | FINE | SILT | CLAY |
| ○ | 0.0 | 0.0 | 16.1 | 11.5 | 27.1 | 25.8 | 13.4 | 6.1 |
| □ | 0.0 | 0.0 | 19.8 | 9.2 | 26.8 | 24.9 | 19.3 | |

| | LL | PL | $D_{85}$ | $D_{60}$ | $D_{50}$ | $D_{30}$ | $D_{15}$ | $D_{10}$ | $C_c$ | $C_u$ |
|---|---|---|---|---|---|---|---|---|---|---|
| ✕ | | | | | | | | | | |
| ○ | | | 6.11 | 0.855 | 0.510 | 0.250 | 0.0250 | 0.0109 | 6.68 | 78.19 |
| □ | | | 8.92 | 0.870 | 0.538 | 0.238 | | | | |

### MATERIAL DESCRIPTION

| | | USCS | AASHTO |
|---|---|---|---|
| ○ | Brown micaceous SILTY SAND WITH GRAVEL | SM | A-1-b |
| □ | Brown micaceous SILTY SAND WITH GRAVEL | SM | A-1-b |

Project No. 2004G553    Client: ███████

Project: ███████

○ Source: Bag

□ Source: Bag

Sample No.: Slope

Sample No.: Stockpile

Remarks:
○
□

Particle Size Distribution Report

███████ **Consultants, Inc.**

File #    01



**A-25**

Figure 5

ATTACHMENT TWO

Documents Provided Evaluators

- Contract and Specifications

- URS Basis of Design Report, February, 2002

- CD of photographs of Newark Reservoir

- Hard Copy of photographs of Newark Reservoir

- URS Geotechnical Report, January 22, 2002

- R.K. Frobel Report, January 30, 2004

- URS Report, January 30, 2004

- URS Report, April 14, 2004

- Calabria Report, July 9, 2004

- GNR Report, January 13, 2004

- GNR Report, March 11, 2004

- Affidavit of Mark F. Prouty, April 20, 2004

- Affidavit of Joseph R. Kula, April 20, 2004

- Affidavit of Carol S. Houck, April 26, 2004

- Affidavit of Mark F. Prouty, July 23, 2004

- Affidavit of John C. Volk, April 20, 2004

- Project Drawings (2 rolls)

**A-27**

Attachment 3

Evaluation and Resume: Jack Boschuck, P.E.



**LABORATORIES, INC.**

GEOTECHNICAL, GEOSYNTHETIC AND MATERIALS TESTING AND RESEARCH

October 12, 2004
04LR483

G.N. Richardson & Associates
14 North Boylan Avenue
Raleigh, NC 27603

Attn:  Dr. Greg Richardson, P.E.

RE:  **DESIGN EVALUATION**
**NEWARK WATER SUPPLY RESERVOIR**
**CITY OF NEWARK, DELAWARE**

Dear Dr. Richardson:

Pursuant to our discussions, my limited testing of the Type IV soil, review of the construction drawings and my inspection of the facility on Friday, October 8, 2004, submitted herein is my design assessment of the partially completed structure. I noted numerous design deficiencies which leads me to serious concerns regarding the facility's anticipated performance. My ultimate conclusion is that this structure, if completed as designed, is likely to fail.

The enclosed table summarizes my more significant findings that should be addressed by the designer before construction continues. By definition, this facility is a high hazard impoundment which will cause significant property damage and the likely loss of life if failure is abrupt. There are many design issues that also lead me to believe that abrupt failure is a real possibility.

My most significant concerns are noted as follows:

1)    The soil used for the embankment and the processed soils are permeable, highly susceptible to erosion and susceptible to piping in an embankment. Material of this type requires extensive design considerations which goes well beyond just stating that it is the Contractor's responsibility. Frankly, this material is an engineering nightmare that cannot be treated lightly.

2)    A single liner system placed on an above ground permeable foundation that has not been designed to monitor and control leakage is a very high risk design. As a minimum under these current conditions, a double liner with a leak detection and collection system is required since it is not economically practical to install embankment drainage systems this late in the construction.

938 South Central Avenue • Canonsburg, Pennsylvania 15317 Tel: (724) 746-4441  Fax: (724) 745-4261

**A-29**

3)   The leak detection system as currently designed, in my professional opinion, is basically useless and may be more of a detriment to performance than a benefit.

4)   Veneer stability of the interior slopes was not adequately addressed as evident from the current failures.

5)   Maintenance considerations of the reservoir were not included in the design rendering repairs a very costly endeavor.

6)   I could not locate in the documents the existence of an appropriate emergency response plan that addresses how this reservoir can be quickly drained without causing rapid and unstable drawdown conditions.

There are several other design concerns noted on the table. Any of these or combination of these failure mechanisms can lead to abrupt failure that may not be controllable in a safe and timely manner.

Should you have any questions or require additional information, please do not hesitate to contact me.

Sincerely,

JLT LABORATORIES, INC.

John Boschuk, Jr., P.E.
President

Enclosures
JB/rde
\wp10\letter\04315

**A-30**