# SUMMARY OF SIGNIFICANT DESIGN CONCERNS
## PARTIALLY CONSTRUCTED NEWARK WATER SUPPLY RESERVOIR
### CITY OF NEWARK, DELAWARE
### OCTOBER 12, 2004

| Reservoir Feature | | Description | | Resulting Potential Problems |
|---|---|---|---|---|
| Borrow Soils | a. | The material is classified as a silty micaceous sand with little to no plasticity. The material is inherently susceptible to surface erosion resulting in gullies that are clearly evident at the site. | a. | It is difficult to repair these gullies after slope construction because compaction of fill in the gullies may be of lesser density than the surrounding mass. Consequently, these repaired areas will still be susceptible to erosion. |
| | b. | The permeability is on the order of $10^{-3}$ to $10^{-4}$ cm/sec which is too large to contain the water supply without excessive loss. Therefore, the reservoir must be lined to store water. | b. | Leakage through a single liner will saturate this soil which can cause internal gully erosion of the subgrade. As the liner conforms to these gullies, it will over stress the liner and can cause the liner to fail. There are no provisions to monitor or arrest this possibility in the design. |
| | c. | This material is highly susceptible to piping failure through a homogeneous embankment. | c. | Seepage through the embankment can form a pipe that liquefies the soil followed by catastrophic failure. Testing of the soil by the pinhole dispersion test (ASTM D-4647) clearly indicates the soil is highly susceptible to piping. |
| Processed On-Site Soils | a. | This cohesionless material is also highly susceptible to erosion. The material readily accepts rainfall which saturates the mass that flows down slope. | a. | The process is evident as all of the material placed to date on the slopes has experienced this condition. Repairs by replacing this material are likely to damage the underlying liner. |
| Embankment | a. | A homogeneous embankment with sandy soils and without any form of internal seepage/drainage collection system is not advisable. Numerous references are available confirming this as well as noted failures in the United States. (See "Earth Dam Practices in the United States", T.A. Middlebrooks, Transactions ASCE, Centennial Volume, 1953; and, Sherard, et al, Earth and Earth Rock Dams, John Wiley and Sons, 1963.) | a. | The soil saturates causing the embankment toe to saturate followed by slope instability or the development of piping which causes liquefaction and failure of the embankment |

Page 1

A-31

| Reservoir Feature | | Description | | Resulting Potential Problems |
|---|---|---|---|---|
| Embankment (cont'd) | b. | The slopes of the embankment are highly susceptible to surface erosion until a vegetative layer is established. | b. | This is clearly evident on all exposed exterior slopes prior to the establishment of vegetation. Repairs are difficult and generally do not replace the material at the same density. |
| | c. | The designed Freeboard (elevation difference between the crest and the water level) is only 2.5 feet and even less between the crest and the wetlands area. The industry standard is a minimum of 3 feet. | c. | With a wind fetch of approximately 2100 feet across the reservoir, wave heights could easily overtop the crest causing significant erosion. In addition, over time, all constructed earthen embankments settle to some degree which further reduces the freeboard. This freeboard clearly does not meet general industry standards. |
| | d. | No documentation could be found that a hydraulic or piping stability evaluation was performed. | d. | Sandy homogeneous dams are highly susceptible to piping failure and require well designed internal drainage systems to control seepage to prevent saturation or piping. This design is a high risk to slope sloughs and/or internal piping failure because there are no internal embankment drainage systems. |
| Underdrains | a. | The underdrain collection system was changed using common concrete sand and No. 8 stone. There was no documentation available to verify that the filter will neither clog nor pipe fines into the collection pipe. See Dwg SD-VII, Section F. | a. | Failure by clogging prevents drainage and causes the water elevation to rise below the liner which can saturate the embankment causing instability. Failure by piping allows the foundation and embankment soils to pass through the system causing failure of the foundation soils. |
| | b. | Drain collectively accepts both seepage water and leakage from the liner. This design cannot indicate how serious a liner may be leaking. | b. | Excessive liner leakage will wash out/scour the foundation soils, stressing the liner system which can result in massive failure. This design cannot separate the two types of flow. |
| Liner System | a. | The single 60 mil LLDPE liner is the only barrier which retains the water and prevents the highly erosive underlying soils from deteriorating | a. | Since all liners leak, this barrier layer has to be almost perfectly installed with intimate contact against the foundation soils to prevent subgrade deterioration. This risk is very high. |
| | b. | The industry clearly recognizes that all liners leak with 2 or 3 defects (holes) per acre. Over a 32-acre area, this amounts to 60 to 90 defects (holes) in the system with many of these holes in the reservoir bottom. At maximum head, the pressure will be on the order of 25+ psi. | b. | A hole discharging water at 25 psi results in a high pressure (jet) spray that readily saturates the underlying geotextile spreading the saturation front over a wide area that could easily erode the underlying sandy soil. The result is system failure. |

| Reservoir Feature | | Description | | Resulting Potential Problems |
|---|---|---|---|---|
| Liner System (cont'd) | c. | The liner tie-in procedure at the concrete intake tower is not well defined. The geometry of the tower base (See Dwg S3.03, Section A&B) is complex with numerous 90 degree angles at multiple elevations. This configuration is very difficult to affect a leak proof seal. | c. | The use of the designer's proposed batten strip to affix the 60 mil liner to the concrete of the tower results in several concerns that are not clearly addressed. |
| | | | 1. | At this depth, where reservoir pressures are in excess of 25 psi. How do you insure a batten strip does not leak? A test procedure could not be found in the documents. |
| | | | 2. | The liner will extend across the rigid concrete slab and lie on the soil which can compress under load. How does the engineer insure this discontinuity does not over stress or tear the liner? |
| | | | 3. | If the system leaks under this hydraulic load, the pressure could easily wash out the surrounding supporting soil causing liner failure. |
| | d. | The 60 mil LLDPE liner has a specific gravity of less than 1 which means it wants to float unless it is ballasted. | d. | Water under the liner can cause the liner to rise in the absence of sufficient ballast. This can cause unwanted stress or subgrade erosion that could lead to failure. The current ballast soil is highly susceptible to sliding. This is clearly a high risk design. |
| Maintenance After Construction | a. | The reservoir interior does not have an internal access road for maintenance. Furthermore, the benches are not wide enough for use as access platforms. | a. | During maintenance, some type of access road will have to be constructed in the reservoir which could easily damage the single liner system greatly increasing maintenance cost. |
| | b. | With the Type IV internal slope soil veneer, sediment will flow to the bottom of the reservoir together with fines that will saturate the bottom. This saturated bottom is not trafficable with construction equipment. | b. | There is no evidence to suggest how this soft unstable soil will be removed or trafficed without damaging the liner system. Consequently, there is a high risk of damaging the liner. |
| Basic Design Flaws | a. | A single liner system is a high risk design. | a. | A single liner system will definitely leak with multiple defects that are unavoidable. This is a well known fact in the industry. Under the high reservoir head, pressures of 25+ psi can easily saturate the unstable sandy soils of the embankment which is not designed with internal drainage systems to prevent piping. The design is clearly flawed. |

Page 3

A-33

| Reservoir Feature | Description | Resulting Potential Problems |
|---|---|---|
| Basic Design Flaws (cont'd) | b. This design is not fitted with a true liner leak detection system. | b. A single liner system without a liner leak detection system cannot indicate that a problem is developing until it is too late. This is a design flaw. |
| | c. A double liner system with a separate leak detection system is the only reasonable option at this stage of construction. Other and better options were available but construction has progressed too far to consider than at this time. | c. A double liner with a liner leak detection system increases the safety and stability of the structure as follows: |
| | | 1. The leak detection system below the primary liner collects leakage separately from the subgrade which provides an early warning system for developing problems. |
| | | 2. The leak detection system dissipates the high entrance pressures of primary liner leaks discharging the water on the secondary liner at much lower pressures. This prevents damage to the subgrade soils. The current design cannot do this. |
| Current Veneer Problems | a. Significant Liner Exposure to the elements and UV. | a. The geotextile covered liner has been exposed to UV for almost 9 months which is well beyond the typical limit of 20 to 30 days. Consequently, the quality of the geotextile is highly suspect. |
| | b. Significant Liner Tension | b. The geomembrane on the benches is presently in tension and stretched over the subgrade with several inches of separation between the liner and subgrade. Loading this area with ballast will exacerbate this tension and can distress the liner. |
| | c. Noted Subgrade Deterioration | c. While walking the exposed liner system one can readily feel exposed stones under the liner which were not present during initial placement. This is a result of the finer cushion material gravitating down slope. Consequently, large stones are now in direct contact with the cushion layer that was not intended in the design. In addition, gullies were also noted under sections of the liner. Once ballast is placed over these areas, the liner will stretch to conform to the subgrade voids further stressing the liner. |
| | | All of these factors create a high risk of liner failure. The existing liner needs to be removed, the subgrade repaired and the liner system replaced. |

Page 4

A-34

| Reservoir Feature | Description | Resulting Potential Problems |
|---|---|---|
| Current Veneer Problems (cont'd) | d. The Type IV Veneer Ballast Cover Soil is inherently unstable. | d. The Type IV soil is inherently unstable and readily slides down the slope even during minimal rainfall events. The reasons are as follows: |
| | | 1. The soil is a fine-grained cohesionless material highly susceptible to erosion. This evidence is prolific at the site. The literature is also prolific with references describing the unstable nature of this soil type. |
| | | 2. The soil readily accepts rainfall infiltration which flows much slower in the soil matrix. This causes the soil to saturate, liquify and flow down the slope. |
| | | 3. The underlying cushion geotextile also absorbs water and saturates the base of this soil which accelerates veneer failure. |
| | | This is basically a very poor choice of material for its intended purpose. |
| | e. Fabriform Concrete Matte Cover | e. The down slope end of the Fabriform matte is founded on the unstable Type IV veneer soil. See Dwg C-2.10. Any loss of this subgrade soil will result in loss of support of the Fabriform that leads to cracking and possible slippage. This is a high risk design. |
| | f. Riprap Veneer over Fabriform | f. The interface frictional resistance between the riprap and the Fabriform matte is highly questionable. The reported testing did not truly simulate this stability condition. Consequently, interface stability is questionable. Furthermore, Fabriform was originally designed to replace riprap and not to support riprap because of its smooth surface. |
| Emergency Response Plan | a. An Emergency Response Plan was not included with the documents for review nor was one referenced in the documents reviewed. | a. Considering the fact the embankment is constructed of sensitive earthen materials susceptible to surface erosion and piping coupled with single liner system and a tenuous drainage system, catastrophic failure is a real possibility. However, the documents suggest it will take over 30 days to safely drain the reservoir to safeguard residents. Another means of draining the reservoir quickly in the event of an emergency without instigating internal failure is warranted for this high hazard facility. |

Page 5

**A-35**

**Attachment 4**
Evaluation and Resume: J.P. Giroud, Ph.D.

# JP GIROUD, INC.

Dr. Greg N. Richardson                                    2004 October 14
GNRA
14 N. Boylan Avenue
Raleigh, NC 27603

Subject: Comments on Design, Water Reservoir, City of Newark, Delaware

Dear Greg,

You asked for my professional opinion on the safety aspects of the design of the Newark Reservoir. After reviewing the documents you had sent me, I felt compelled to write this letter because I believe that, if the reservoir is constructed as designed, it is potentially dangerous. Therefore, I consider that it is my duty to make the City of Newark aware of problems associated with the design of the reservoir and the potential hazard for the people who reside in the vicinity.

*Preamble*

To the best of my knowledge, the International Commission on Large Dams (ICOLD) classifies as "large dams" all dams and reservoirs that either are higher than 15 meters (49 feet) or have a capacity of one million cubic meters (264 million gallons) or more. The Newark Reservoir meets both criteria whereas it is sufficient to meet one of the two above criteria for a reservoir to be considered a large dam. Furthermore, the Newark Reservoir has a hazard potential because its failure would result in extensive property damage and could result in loss of life if the local residents were not evacuated in time. Large dams, in particular those with a hazard potential, must be designed with great care. Designing with great care includes the performance of a number of design tasks (calculations, drawings, tests, material selection, constructibility evaluation, specifications, etc.) and peer review by several engineers who specialize in complementary aspects of dam and reservoir design, each engineer reviewing a different aspect of the design based on each engineer's specialty. It is also important to have a review by engineers who have a global knowledge of dam and reservoir design to ensure that all aspects of the design have been covered in both the design and the peer review process. This process may appear cumbersome, but 70 years of experience with modern dam design have shown that this is necessary in the case of large

To:        Greg Richardson                                                Page 2
Subject:  Newark Reservoir
Date:      2004.10.14

dams that have a hazard potential. Also, it is important to note that most failures of geotechnical structures result from design mistakes as I have mentioned in keynote lectures I have presented on "lessons learned form failures", keynote lectures based on the analysis of nearly a hundred forensic analyses (Giroud 1999a, 1999b, 2000).

*Discussion of Design Rationale*

I reviewed several documents and drawings to become familiar with the design of the Newark Reservoir. However, I did not review design details (i.e. calculations, specifications, detail drawings, etc.). This review leads me to making the following statements. These statements form a logical sequence. Therefore, they should be reviewed in the order they are presented and it may be misleading to consider them out of context.

- A geomembrane liner was used in the Newark Reservoir because it was rightfully expected that a large amount of water would seep through the embankment and the bottom of the reservoir, considering the high hydraulic conductivity of the soil. The purpose of the geomembrane is to reduce water seepage.
- Even though a geomembrane is made of a polymer (polyethylene) that is practically impermeable, some leakage takes place through a geomembrane because it is practically impossible to install a geomembrane over acres without any defect. Typically, one or two defects per acre can be expected in the case of a geomembrane installed with strict construction quality assurance (CQA) as pointed by Giroud and Bonaparte (1989) and confirmed by several US EPA reports. Up to 8 defects per acre can be expected after placement of a soil layer on top of a geomembrane depending on the level of CQA during soil placement, as agreed by a panel of experts I chaired at the 7th International Conference on Geosynthetics in 2002 (Giroud and Touze-Foltz 2003).
- Since geomembranes have defects, any structure lined with a geomembrane must be designed to accommodate leakage through the defects. Several approaches are possible, whether the flow of leaking water is impeded using low-permeability materials or the leaking water is drained using high-permeability materials (or a combination of the two approaches). However, in all cases, the soils and other materials (including drainage materials) located beneath the geomembrane and likely to be reached by the leaking water must be designed to withstand erosion by the flow of water.

JP GIROUD, INC.

**A-38**

To:       Greg Richardson                                          Page 3
Subject:  Newark Reservoir
Date:     2004.10.14

- In a structure that has a significant hazard potential, a geomembrane cannot be the only line of defense. This principle results from the fact that a geomembrane can be damaged and breached, even when it is protected by a layer of material (e.g. soil, concrete, etc.). Examples of mechanisms that may result in breaching of a geomembrane include: puncture by stones located beneath the geomembrane when the geomembrane is subjected to the pressure applied by the impounded water; differential movement between the soil supporting the geomembrane and a rigid structure to which the geomembrane is connected; instability of the layer of material overlying the geomembrane that may drag the geomembrane down the slope and tear it; puncture and tear of the geomembrane by sharp edges of a broken concrete slab of fabric-formed mattress (e.g. Fabriform®), which may happen if the soil supporting the slab or mattress is not stable or settles; fall of an aircraft or other big equipment in the reservoir; sabotage; etc. A geomembrane is thin: only 60 mil thick, that is approximately one sixteenth of an inch. Even though the geomembrane plays an important part in the safety of the structure, the potential loss of life cannot depend solely on the mechanical resistance of this material.

- Since the safety of the reservoir should not depend solely on the geomembrane, and since a significant amount of water will seep through the embankment and the bottom of the reservoir if the geomembrane is breached, the reservoir must be designed to be stable even if the geomembrane is breached. Since it is not possible to predict where the geomembrane will be breached, and since the potential for a large breach cannot be excluded, it is necessary to check that the reservoir, when it is full of water, is stable without the geomembrane.

- It should be noted that the term "stability" is often used to mean "mechanical stability" or "global stability". This refers to the risk of instability of a large portion of an embankment moving away from the rest of the embankment. This is also referred to as "shear failure" because the soil is sheared at the interface between the unstable portion of the embankment (i.e. the portion that moves away) and the stable portion. In the case of a dam, it is important to note that there are two major modes of failure: the global instability described above and piping. Therefore, when it is stated that a dam must be stable this implies that both mechanisms, global instability and piping, must be avoided. It is important to check that both mechanisms have been addressed in the design of the Newark Reservoir.

- Piping results from erosion, a mechanism by which soil unravels one particle after another, contrary to global instability where an entire block of soil moves together. The methods used to analyze the risk of global instability and the risk of piping are totally different. As a former professor of geotechnical engineering, I can say that the

JP GIROUD, INC.

**A-39**

To:      Greg Richardson                                              Page 4
Subject: Newark Reservoir
Date:    2004.10.14

methods used to analyze global stability (which fall within the realm of continuum mechanics) and are more prone to mathematical developments than the methods used to analyze piping (which fall within the realm of particulate mechanics). As a result, it is not uncommon to see design engineers pay more attention to global stability analysis than to piping analysis, because they are accustomed to deal with the easy-to-use analytical and computerized methods available for stability analysis. In contrast, designing against piping is not easy. It requires delicate analyses of particle size distribution curves of the various soils and drainage materials; it requires filter design, which is delicate; it requires specialized testing; and it requires a careful review of many design details (including an evaluation of their constructability).

• It is important to note that piping can result from internal erosion or surficial erosion. Piping by internal erosion is the worst case because it can happen anywhere in an embankment where flowing water is present. However, this happens only with special soils. However, soils that may not be susceptible to internal erosion can be susceptible to surficial erosion. With such soils there a risk of piping everywhere there is a soil surface exposed to flowing water. This may happen at interfaces between soil and a structure such as a water intake tower or a pipe (or culvert) penetrating through an embankment, if some precautions are not taken. The intensive erosion that was observed on the inside sideslopes during construction indicates that the local soil is susceptible to surficial erosion. Therefore, this potential mechanism of embankment failure must be considered very seriously in the case of the Newark Reservoir.

• An essential feature used to protect an embankment against piping is a toe drain. A toe drain is a drain located at the downstream of an embankment to prevent the water that seeps through the embankment from exiting through the downstream face of the embankment. This is essential because, if water exits through the downstream face of an embankment, and if the soil is susceptible to erosion, piping failure of the embankment may be initiated by surficial erosion of the downstream slope. Toe drains can have a variety of shapes depending on the dam geometry and the soil used: blanket drain, chimney drain, triangular drain, fishbone drain, etc. It should be noted that that toe drains are also used because they reduce pore water pressure in the downstream portion of dams, thereby contributing to the global stability of the dam. Therefore, practically all earth dams designed in the past several decades include a toe drain of one type or another. I have reviewed the drawings you sent me and did not see any toe drain, which indicates that the embankment of the Newark Reservoir was not designed as would normally be designed an earth dam intended to be stable without a geomembrane liner on its upstream face.

JP GIROUD, INC.

**A-40**

To:      Greg Richardson                                    Page 5
Subject: Newark Reservoir
Date:    2004.10.14

- Considering that the embankment, as designed and constructed, presents a risk of instability by piping, and considering that the geomembrane cannot be the only line of defense, it is necessary to complement the geomembrane with another barrier. This can be achieved in several ways, two of them being a composite liner and a double liner. A composite liner consists of a geomembrane resting on a layer of low-permeability soil such as compacted clay. A double liner consists of two liners separated by a drainage layer. It should be noted that that most large dams that have a geomembrane as part of their upstream face do not have a composite liner or a double liner. This is because these dams are rockfill dams, i.e. dams built with huge rocks, not earth dams (which are built with soils). Rockfill dams are very safe regarding global stability and are totally immune to piping. In other words, a rockfill dam is a very safe second line of defense and, in those dams, the upstream geomembrane is not the only line of defense.

- In a composite liner, the layer of compacted clay impedes the flow of water through a defect in the geomembrane. As a result, the rate of leakage through a composite liner is at least one thousand times less than the rate of leakage through a geomembrane resting on a permeable material (Giroud et al. 1994). It should be noted that, in the case of a composite liner, there is a risk of geomembrane uplift in case of reservoir drawdown, as shown by Giroud and Bonaparte (1989). Therefore, it is imperative to ballast the geomembrane with a layer of soil or other material.

- In the case of a double liner, the purpose of the drainage layer located between the two liners is twofold: the drainage layer detects leakage and collects the leaking water. Leakage detection makes it possible to monitor the performance of the primary liner (i.e. the liner located on top of the drainage layer). More importantly, the leaking water does not accumulate on top of the secondary liner because it is collected and drained toward an outlet. As a result, the secondary liner is not subjected to any significant liquid pressure (in contrast to the primary liner, which is subjected to the pressure generated by many feet of water). Therefore, even though there may be defects through the secondary liner, the rate of leakage through the secondary liner is only an extremely small fraction of the liquid that has leaked through the primary liner. Therefore, a double liner system that is properly designed and constructed is very safe, even if the underlying soil may be sensitive to detrimental effects of water. In 1973, I had to face a situation similar to that of the Newark Reservoir when I participated in the design of a large water reservoir to be constructed on top of a steep hill overlooking a chemical plant and located next to a densely populated area. It was recognized there was a possibility that significant leakage from the reservoir would impair the stability of the slope, thereby causing a landslide that would cause damage

JP GIROUD, INC.

**A-41**

To:      Greg Richardson                                                    Page 6
Subject: Newark Reservoir
Date:    2004.10.14

to the chemical plant thereby causing loss of life directly or through emanation of chemicals. Even though the probability of the failure mechanism described above was low, I recommended and designed a double geomembrane liner considering the potential loss of lives. This was the first double geomembrane liner ever constructed (1974). It is still performing adequately.

- The above discussion shows that the rate of leakage is drastically reduced if a composite liner or a double liner is used. The rate of leakage being drastically reduced, the amount of water seeping through the embankment is drastically reduced. Therefore, the risk of embankment failure due to piping is significantly decreased if a composite liner or a double liner is used. The design engineer could have used a composite liner or a double liner to compensate for the fact that the embankment was not designed as an earth dam. This was not done, which seems to indicate that the risk of failure by piping was not considered. It is conceivable that this risk did not appear at the design stage. However, this risk should now be taken seriously based on the intensive erosion observed during construction.

- The above discussion on double liners shows the importance of a drainage layer between the two liners that compose a double liner. It should be noted that there is a drainage system beneath the geomembrane liner of the Newark Reservoir. However, this drainage system is unable to perform the two functions of the drainage layer described above. Furthermore, this drainage system is even potentially dangerous. First, the existing drainage system cannot detect leakage for two reasons: (i) the hydraulic conductivity of the soil underneath the geomembrane being of the order of $3 \times 10^{-3}$ cm/s, a simple calculation shows that practically all of the water leaking through the geomembrane will infiltrate directly into the ground and will not be detected; and (ii) the very small amount of leakage that might be conveyed by the drainage system to the outlet will be mixed with a greater amount of groundwater collected by the drainage system, making leakage undetectable. These considerations are not new: they were presented in the first paper ever published on the concept of double liner and leakage detection (Giroud 1973) and they have been repeated in numerous books, manuals, papers and lectures. Second, the leakage that might be collected may be conveyed by the drainage system over a certain distance if the soil is locally less permeable and will be discharged into the ground at a location where the soil is more permeable. Thus, there is a potential for concentrated flow that could cause erosion of the soil. I investigated the failure of a large reservoir that was caused by this mechanism (Giroud and Goldstein 1982). Clearly, a drainage layer that can convey liquid to an undesirable location is potentially dangerous.

JP GIROUD, INC.

**A-42**

To:      Greg Richardson                                      Page 7
Subject: Newark Reservoir
Date:    2004.10.14

*Conclusion*

The analysis presented above can be summarized as follows:

- I have serious concerns regarding the risk of failure of the embankment of the Newark Reservoir by piping. I also believe that the leakage detection system will not be performing as intended.
- In a structure that has a significant hazard potential such as the Newark Reservoir, a geomembrane should not be the only line of defense. Therefore, the structure must be designed to be stable even in the absence of the geomembrane.
- The structure must be stable with respect to both mechanisms of instability, namely global stability and piping.
- I believe there is a risk of piping due to the susceptibility of the soil to erosion as evidenced by the observations made during construction of the geomembrane protection layer.
- The drawings do not show a toe drain, which indicates that the risk of failure by piping has not been addressed.
- Designing against piping includes numerous aspects such as calculations, testing, design details, and constructibility evaluation. It is important to make sure that all these design aspects are considered.

In conclusion, I recommend that a review of all aspects of the design related to the risk of failure by piping be undertaken. Also, the design of the drainage system must be reviewed. This review is an important task that cannot be performed by one person. A team effort is required. The team must be led by an engineer who has extensive experience in dam design and members of the team must have expert knowledge at least in the following areas: dam design, geotechnical engineering, geotechnical testing, geosynthetic engineering, leakage control, drainage design, and filter design. This review should be conducted with full cooperation of the design engineer. I believe that the engineering firm that designed the Newark Reservoir will greatly benefit from this review. Many aspects of the design show that this project has been designed by a highly competent firm. I believe that the engineers of this design firm should understand that the review I recommend will benefit their firm by preventing problems that are likely to happen in the future.

Dear Greg, I feel it is our duty to use our knowledge for the benefit of society, especially when human lives are potentially at stake. I want to commend you for taking this initiative.

JP GIROUD, INC.

**A-43**

To:    Greg Richardson                                          Page 8
Subject:  Newark Reservoir
Date:   2004.10.14


Please contact me if you need clarification on certain aspects of this letter.

                              Sincerely,




                              J.P. Giroud

## References

Giroud, J.P., 1973, "L'etancheite des retenues d'eau par feuilles deroulees", *Annales de l'ITBTP*, 312, TP 161, Decembre 1973, pp. 94-112.  (in French)

Giroud, J.P. and Goldstein, J.S., 1982, "Geomembrane Liner Design", *Waste Age*, Vol. 13, No. 9, September 1982, pp. 27-30.

Giroud, J.P. and Bonaparte, R., 1989, "Leakage through Liners Constructed with Geomembranes, Part I: Geomembrane Liners", *Geotextiles and Geomembranes*, Vol. 8, No. 1, pp. 27-67.

Giroud, J.P., Badu-Tweneboah, K., and Soderman, K.L., 1994, "Evaluation of Landfill Liners", *Proceedings of the Fifth International Conference on Geotextiles, Geomembranes and Related Products*, Singapore, September 1994, Vol. 3, pp. 981-986.

Giroud, J.P., 1999a, "Lessons Learned From Failures Associated with Geosynthetics", The Kersten Lecture, *Proceedings of the 47th Annual Geotechnical Engineering Conference*, University of Minnesota, pp. 1-37.

Giroud, J.P., 1999b, "Lessons Learned From Failures Associated with Geosynthetics", Keynote Lecture, *Proceedings of Geosynthetics '99*, Boston, Massachusetts, USA, April 1999, IFAI, Vol. 1, pp. 1-66.

Giroud, J.P., 2000, "Lessons Learned From Failures and Successes Associated with Geosynthetics", Keynote Lecture, *Proceedings of Eurogeo 2*, the Second European Conference on Geosynthetics, Bologna, Italy, October 2000, Vol. 1, pp. 77-118.

Giroud, J.P. and Touze-Foltz, N., 2003, "Geomembranes for Landfills", *Geosynthetics International*, Vol. 10, No. 4, pp. 124-133.

*  *  *  *  *

Attachment 5

Evaluation and Resume: Allen Marr, Ph.D., P.E.



Geo-engineering: the
groundwork for success

October 9, 2004

Dr. Greg Richardson
G.N. Richardson & Associates
14 N. Boylan Avenue
Raleigh, NH 27603

Dear Dr. Richardson:

**RE:    Water Supply Reservoir for City of Newark, Delaware**

This letter provides my initial comments on the design of dam for the Newark Water Supply Reservoir. My comments are based on a limited review of the project reports, plans and specifications; reports by yourself, Dr. Craig Calabria and Mr. Joseph Ellam; and a briefing by the contractor of events during construction. My comments are based on my knowledge and experience from 35 years as a practicing geotechnical engineer which has included design and construction responsibilities for earthen dams up to 250 ft in height and forensic investigations of several failed dams.

I have serious concerns about important aspects of the design for this dam.

Design Basis --The design is predicated on the condition that "...because the embankment and reservoir are completely lined, the embankment should not become saturated or develop a phreatic surface."[1] This is a highly questionable assertion. Every dam that presents a risk to human life must have two key features: (1) a means to dissipate the hydraulic energy of the stored water and (2) provisions to remove water that flows through the embankment, abutment and foundation and prevent the loss of soil particles from within the embankment and its foundation. The design must have sufficient redundancy to remain structurally intact until the reservoir can be lowered to a safe level if either one of these key design features can fail during the life of the dam.

The geomembrane liner provides the energy dissipater in this design. There is no provision in the embankment to safely remove water from within the embankment and its foundation and prevent the loss of internal soil. (An underdrain system of pipes culminating in one 12-inch diameter pipe provides the drainage system for removal of groundwater and normal leakage through the geomembrane but it is not designed to remove seepage from the embankment or foundation along the entire downstream perimeter of the embankment nor to manage flow from a significant rupture in the geomembrane.) Prudent design must consider the consequences of a significant rupture occurring in the geomembrane liner and the consequences of a failure of the underdrain system. These fundamental requirements are even more important for an embankment dam constructed on and of highly erodable soils, as is the situation at Newark Dam. The Design Basis Report gives no consideration to the consequences to the stability of the dam for the conditions of a significant rupture in the geomembrane or a failure of the underdrain system.

---

[1] URS (2002) "Basis of Design Report for the City of Newark Municipal Water Supply Reservoir", page 4-1 referred to herein as the Design Basis Report.

Reservoir for Newark, Delaware
October 9, 2004

Overtopping – The design freeboard for this dam is 2.5 ft above normal pool. Section 4-6 of the Design Basis Report indicates a wave run-up height of 2.27 feet during an 80 mph wind . When wave run-up is combined with rainfall onto the reservoir that will raise its level above the normal design level of El 186, it is almost certain that the 100-year design storm will cause water to overtop this dam multiple times during a major storm. Due to the highly erodable nature of the embankment materials, any water from the reservoir that runs over the top of the dam threatens its structural integrity. While overtopping by waves during a major storm appears to be a credible failure mechanism for this dam, the Design Basis Report does not address this important issue. I shudder to think of the consequences of one of this past summer's major storms passing over a full Newark Reservoir.

Global Stability – A fundamental aspect of the designer's assessment of global stability rests on the assumption of a phreatic surface as shown in Figure B-4 of the Design Basis Report. The computed factor of safety of the embankment depends directly on this assumption. The supporting basis for this critical assumption is not given in the Design Basis Report. The actual flow pattern that develops in this dam and its foundation will depend on the integrity of the geomembrane together with the permeability characteristics of the underlying geotextile, the embankment materials, the residual soils, the transitional soils and the bedrock. The Design Basis Report and the Geotechnical Data Report[2] do not have the necessary information to determine values for permeability of these materials to the precision required for adequate design. If the foundation permeability is equal to or less than the embankment permeability, then the design phreatic surface is too low, the pore water pressures within the embankment can be significantly higher and the factor of safety for global stability may be much lower. If the foundation contains layers of varying permeability, then the design phreatic surface may not be conservative with respect to global stability in the vicinity of the toe of the dam. A much more thorough assessment of flow through the embankment and its foundation should be made to obtain realistic pore pressures for analysis of the steady state seepage stability condition for this high hazard structure.

Liner stability – The Design Basis Report gives a brief discussion of liner stability in Section 3.5.2 It states that the interface between the geotextile and the textured geomembrane have been consistently tested to the high 20s (degrees) and that the geosynthetic interfaces were designed for a factor of safety greater than 1.4. I cannot find evidence that they considered stability for the case where water flows down the geotextile between the cover soil and the geomembrane. Since the geotextile is not open at the bottom of the slope, flow within the geotextile will back up at the bottom and produce an uplift force on the 18" of cover soil. For an empty reservoir, a water pressure equal to one foot of head in the geotextile will float the cover soil at the base of the slope. This will destroy veneer slope stability at the toe of the slope and potentially lead to a complete sliding failure of the liner system. Water to produce excess head can enter the geotextile by flow through the cover materials up the entire length of the slope. Liner stability is especially venerable during construction when the upper portion of the slope is lined but uncovered, the lower portion is lined and covered with 18 inches of cover soil and a rain occurs. This situation is an unavoidable condition during the construction of the liner system as provide in this design. In my opinion, the design does not address a critical condition of cover stability-veneer stability during a rainstorm with an empty reservoir. Such failures likely occurred during the problems in June of 2003.

---

[2] URS (2002) "Newark Reservoir Project Geotechnical Data Report," referred to herein as Geotechnical Data Report.



Reservoir for Newark, Delaware
October 9, 2004

Internal Stability – Internal stability of the embankment refers to the behavior of the soil materials in the embankment subjected to flowing water. The primary embankment materials must stay in place at all times to support the hydraulic energy dissipater (in this case the geomembrane liner). Fine sands and silts are inherently unstable materials when exposed to water. The soil particles have no cohesiveness (plasticity) to hold them together. They are so small that they are easily dislodged and transported away from any exposed surface. Exposed surfaces for this dam include the downstream face, the interface between these soils and any materials with openings large enough to allow fine sand and silt to pass, locations where soil might separate from a more rigid material such as a pipe, and any open fractures within the rock foundation of the dam. Movement of soil particles by flowing water from within a dam represents a serious threat to the overall stability of the dam. Once the process starts it tends to progress at an accelerating rate until a complete conduit for water develops from downstream to the reservoir. In dams made of fine sand and silts this "piping" process can develop from a minor leak to a major failure within a matter of hours. Piping failures are averted in fine-grained non-cohesive soils with substantial filters and drains in the downstream portion of the dam. This design contains no filters and drains to protect the embankment from failure by internal erosion. According to the Design Basis Report, the existing underdrain system was designed to "intercept and lower the groundwater table and to collect liner leakage." The design contains no provisions to contain and control failure by internal erosion of the embankment should the geomembrane fail. In my opinion this is a major flaw in this design.

Erodability – The fine sands and silts comprising the embankment, its foundation and the liner cover are highly erodable materials. They have little to no cohesiveness. They will experience major erosion when placed on slopes and left exposed to rainfall. Section 8 of the Design Basis Report addresses erosion control for the project. No specific consideration is given to erosion control of the Zone IV cover material. Note 9 on Figure 8-2 might be construed as applicable to the finished slope of the liner system but I could not find any erosion control matting shown on the drawings for the interior slopes. Section 02290 Part 3.04.E of the specifications address the placement of the liner cover material. Absolutely no mention or reference is made to any activity to protect the erodable liner cover from erosion during or following construction. Even if the contractor had succeeded in completing the construction, the liner cover would have experienced major damage from rain and wave erosion any time the reservoir level dropped below elevation 172.

These issues raise serious questions about the long-term stability of this dam as designed. These issues expose vulnerabilities in the design, any one of which could lead to a catastrophic failure of the dam, take lives and destroy property below the dam. I strongly urge a thorough independent review of this design by a qualified panel of engineers who are experts in earthen dam design before the reservoir is allowed to impound any water.

Most sincerely yours,
Geocomp Corporation

W. Allen Marr
Registered Professional Engineer #30131 in Massachusetts





# G.N. RICHARDSON & ASSOCIATES

October 20, 2004

Samuel J. Arena, Jr.
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098

**Subject:  City of Newark (City) Reservoir Independent Design Evaluation**

Dear Sam;

Since early 2004, you have been involved in construction claims litigation related to several design details of the geomembrane liner system used in the referenced reservoir. During this period, I have served as your technical expert to evaluate the validity of claims made by Donald M. Durkin Contracting, Inc. (Durkin).  In the course of this evaluation and with the recent availability of URS's "Basis of Design" report[1] on the reservoir, I became concerned that the overall design of the reservoir is flawed and that it represents a significant danger to the community if constructed as currently designed. That is, failure of this reservoir has a very high potential for loss of life to those living immediately below the embankment.

Compelled by an obligation to protect public safety as a professional engineer, I solicited comments of other highly respected engineering professionals regarding my concerns.  I provided each of these individuals with a brief summary of the project to determine if my concerns had a true, technical basis.  A copy of this summary is provided in **Attachment 1.** This summary intentionally did not identify the actual site or designer.  Following their review, there was unanimous agreement that the current design of the reservoir as portrayed in this summary poses significant and unacceptable risks to the citizens of the City of Newark.  After agreeing to participate in the evaluation, each evaluator was provided with the actual Newark project documents that are identified in **Attachment 2.**

Technical experts participating in this evaluation are identified below.  Their individual evaluations and current resumes are provided in the indicated attachment. Each evaluator prepared a letter report to me detailing specific concerns regarding the design of this reservoir. A brief introduction to the evaluators follows:

**John ("Jack") Boschuk, jr., P.E., President, JLT Laboratories, Inc., Cannonsburg, PA.** -- -- Jack has significant experience in the evaluation of engineering failures and is a

---

[1] Basis of Design Report for the City of Newark Municipal Water Supply Reservoir, Prepared by URS for City of Newark, February 8, 2002.

member of the American College of Forensic Examiners. Jack's experience includes performing over 120 dam inspections in Pennsylvania during the initial years of the dam inspection /permitting program. Jack worked closely with Joe Ellam, P.E. in performing the initial dam inspections and in teaching engineers dam inspection and design in Pennsylvania. Jack's recent experience includes expert work related to cover soil failures at the Brick Township reservoir (See **Attachment 3**)

**J.P. Giroud, Ph.D.,** President J.P. Giroud, Inc. Ocean Ridge, FL ---- Dr. Giroud is past president of the International Geosynthetics Society and is considered by the industry to have pioneered geosynthetic liner systems. With regard to geosynthetics and dams, Dr. Giroud was the first to use geotextiles in a dam (1971), the first to use a geotextile in association with a geomembrane (1973), and the first to use a geomembrane/compacted clay liner in a dam (1974). (See **Attachment 4**)

**Allen W. Marr, Ph.D., P.E.,** President GEOCOMP Corporation and GeoTesting Express, Boxborough, MA. ---- Dr. Marr has extensive experience in the design of dikes and earthen dams. Additionally, Dr. Marr is one of the leading developers of monitoring equipment commonly installed in dams, tunnels, and similar engineered structures. Dr. Marr has also conducted considerable research on the piping potential of soils. (See **Attachment 5**).

Other than myself, only Jack Boschuk has actually walked the site. However, site photos, obtained during construction phases and post litigation testing, have been provided to all evaluators.

This letter report provides a project background and summary of the evaluator's concerns regarding the adequacy of the current design for this reservoir. _It should be note that none of the evaluators have been compensated for their time in preparing their reports. Additionally, I have not been compensated for my time required to obtain the reviews and to prepare this summary._ Additionally, this report does not address remedial design measures that are required to correct the deficiencies identified.

**General Reservoir Background:**

The proposed reservoir is being constructed to contain approximately 318 million gallons of untreated water for use during periods of drought. The reservoir has the following physical characteristics:

- 57 acre footprint including 32 surface acres of actual water impoundment
- 5,750-ft long embankment that varies from zero to 90-ft in height
- Maximum impoundment depth is approximately 60-ft
- It takes approximately 60-days to drain the reservoir
- A single 60-mil Linear Low Density Polyethylene (LLDPE) geomembrane liner is being used to "limit seepage loss"

City of Newark Reservoir                                    Independent Design Evaluation

- A drainage system is placed beneath the geomembrane to both intercept high ground water and detect liner leakage
- The reservoir is being constructed above a town with apartment buildings located immediately adjacent to the toe of the embankment near its greatest height
- The reservoir is considered a high hazard structure since its failure would result in the loss of life
- The State the reservoir project is located has only recently enacted a dam safety program but does not have an active review process

The International Commission on Large Dams (ICOLD) defines a large dam or reservoir as having at least one of the following two criteria: (i) dike height is greater than 15m (49.2 ft.); and (ii) a reservoir capacity greater than 1 million cubic meters (264 million gallons). The Newark City reservoir meets both of these criteria and therefore must be considered a High Hazard Large Dam.

It is our understanding that the $16M reservoir project is currently at ≈70% completion. Since the recent rebid for the completion of construction did not draw a single bidder, the City is proposing that the reservoir designer (URS) will complete the construction using a contractor hired by the City on a time and material basis.

**Reservoir Site Background:**

Based on the geotechnical report prepared by URS[2], the site was originally a ravine with contours ranging from gentle to steep. Geologically, the site is located near the fall line between the Piedmont and Coastal geologic provinces. Subgrade deposits are sedimentary in origin overlying fractured metamorphic bedrock. A regional fracture study indicates that a bedrock fracture may pass through the site.

Groundwater is near-surface in portions of the site with a spring being present in the ravine. A significant portion of the reservoir bottom is being constructed beneath the groundwater surface. A drainage layer is placed under the geomembrane liner to intercept this water so that uplift pressures on the liner are eliminated. This same drainage layer is considered to act as the leakage detection system for the geomembrane liner. The natural bottom of the reservoir is considered by URS to be overly pervious for satisfactory functioning of the reservoir without the geomembrane liner in place. The URS report indicates that "The presence of a fracture trace passing through the site is significant in that fracture zones may provide preferred pathways for groundwater flow." Reportedly, no attempt was made during excavation for the foundation of the embankment or reservoir to locate or seal bedrock fractures.

---

[2] Newark Reservoir Project Geotechnical Data Report, Prepared for City of Newark by URS, January 22, 2002

**A-51**

City of Newark Reservoir                                          Independent Design Evaluation

**Embankment Background:**

The embankment has 3H:1V(33%) exterior side slopes with a 30-ft wide crest.  The
interior slope has two small benches with 3H:1V side slopes on the two lower slopes and
a 2.5H:1V(40%) slope on the upper slope.  A section of the tallest portion of the reservoir
is shown on **Figure 1** in **Attachment 1**.  The embankment is specified as a homogeneous
earth fill compacted to 98% standard Proctor at ±2% optimum moisture.  Maximum
particle size allowed was 8-inches with no gradation, plasticity, or permeability
requirements.  Design documents indicate an assumed permeability of $1 \times 10^{-3}$ cm/sec –
which agrees well with subsequent laboratory testing.

Both the URS Geotechnical Report and subsequent field tests indicate that a significant
portion of the embankment is constructed of broad-graded silty sand that, while
containing up to 64% fines, is nonplastic.  This soil is rich in mica and has permeability
in the $1 \times 10^{-3}$ to $1 \times 10^{-4}$ cm/sec range.  This same soil was used as a bedding layer
beneath the geosynthetic liner system with a maximum particle size of 2-inches and
surface removal of all particles greater than ½ inch.  This same soil was screened to
remove the +1/2 inch fraction and used as a protective cover above the geosynthetic liner
system.

Placement of the embankment soils was monitored by Langan Engineering and
Environmental Services under contract to Durkin.  This monitoring included periodic
testing of the in-place soil density and moisture and performing Proctor tests on borrow
soils.  In general, soils were placed above 98% standard Proctor compaction and near
optimum moisture content.  Dry densities ranged from approximately 115 to 118 pcf.
Reportedly Durkin had to apply significant moisture to these soils during compaction.

The screened version of this soil used in the bedding and protective cover was further
evaluated in a report prepared by Craig Calabria of Geosystems Consultants, Inc for the
City.  Calabria confirmed that the soil is broad-graded, highly erodible, and nonplastic.

**Liner Information:**

The liner system placed over the embankment is composed of the following (top down):

- 18-inch protective layer of compacted screened (1/2" max) protective cover
  soil
- 16 oz/sy nonwoven geotextile
- 60-mil LLDPE geomembrane liner
- 16 oz/sy nonwoven geotextile
- 12-inch compacted layer with 2" max. particle size, 1/2" max on surface

Both the bedding and protective cover soils are obtained from soils also used in the
construction of the embankment. Current legal problems, and the reason for my initial

4

**A-52**

**City of Newark Reservoir**                                    **Independent Design Evaluation**

involvement, began as the result of dramatic erosion that occurred during construction of the 18-inch protective layer overlying the geomembrane.

The study by Calabria indicates that saturated even when the reservoir is drained the liner protective cover layer will be due to moisture drawn by capillary action from the underlying geotextile. Stability analyses by Calabria also indicate that under full veneer seepage the maximum factor of safety against sliding for this layer is as low as 1.00 which approaches incipient failure.

**Under Drain Information:**

As described in their Design Basis Report, URS intends the under drain as a means of reducing groundwater forces acting on the bottom of the liner system and for monitoring leakage through the geomembrane. On the side slopes, the under drain consists of the 16 oz/sy nonwoven geotextile plus highway edge drains placed every 50-ft running down the slope. On the reservoir bottom, three French drains as shown on **Figure 5** in **Attachment 1** are provided to remove the waters collected by the under drain. Each French drain is provided a 12-inch solid drain pipe running beneath the embankment (at its maximum height). These three lines drain to a common sump and then to a single 12-inch line for discharge to the river.

The French drains were formed by placing a bedding layer of #8 stone in the trench, placement of the 12-inch slotted drain pipe, covering the pipe with #8 stone, and the filling the balance of the trench with concrete sand. No filter or separation calculations are known to exist for the transition from the bedding soil to the concrete sand to the #8 stone.

No calculations were performed by URS to determine what fraction of collected leakage will drain to the underlying, permeable embankment or subgrade. No means of differentiating leakage through the liner from intercepted groundwater are made in the design.

**Evaluators' Concerns**

Each technical evaluator independently developed specific concerns that reflected their technical background and experience. Although each evaluator had a number of issues with the design, the major concerns contained within these evaluations focus on two fundamental questions and their respective concerns:

1) Does the Newark Reservoir satisfy accepted design practice for a homogeneous earthen dam?
   a) Is the embankment stable under full seepage forces?
   b) Has the potential for wave overtopping of the embankment been properly accounted for?

5

**A-53**

City of Newark Reservoir                                    Independent Design Evaluation

    c)  Has the potential for piping or erosion failure of the embankment soils been
        evaluated?
2) Does the Newark Reservoir satisfy accepted design practice for a geomembrane lined
   earthen dam?
    a)  Does the design allow for monitoring the performance of the liner system?
    b)  Has a liner breach analysis been performed to evaluate its impact on the liner
        support subgrade?
    c)  Is the degree of liner protection consistent with the results of the above
        evaluations?

Each of these concerns is discussed in the following sections.  These discussions use
direct quotes from the evaluators and clearly distinguish between my personal opinions
and those of the evaluators.  Not all concerns expressed by the evaluators are limited to
the two fundamental questions identified above.

**1) Does the Newark Reservoir satisfy accepted design practice for a homogeneous
earthen dam?**

A basic requirement agreed to by all evaluators is that the Newark Reservoir
embankment should be safe under full pool conditions without the geomembrane.  That
is, the sole role of the geomembrane must be to reduce the rate of leakage.  Given this,
each evaluator reviewed the URS Design Basis Document regarding the design of the
earthen embankment itself.  *The consensus of all evaluators is that the embankment is not
stable without the geomembrane.*  The following specific concerns are raised in the
attached reports:

**1a) Is the embankment stable under full seepage forces?**

Neglecting the geomembrane, the impounded water would seep through the embankment
and drain from the outboard toe of the embankment.  This water contributes both weight
that reduces the global stability of the embankment itself and seepage forces that can
cause internal or piping failure of the embankment soils.

Marr --- "Global Stability – A fundamental aspect of the designer's assessment of
    global stability rests on the assumption of a phreatic surface as shown in Figure
    B-4 of the Design Basis Report.  The computed factor of safety of the
    embankment directly depends on this assumption.  The supporting basis for this
    critical assumption is not given in the Design Basis Report.  The actual flow
    pattern that develops in this dam and its foundation will depend on the integrity of
    the geomembrane together with the permeability characteristics of the underlying
    geotextile, the embankment materials, the residual soils, the transitional soils and
    the bedrock.  The Design Basis Report and the Geotechnical Data Report have
    insufficient information to determine values for permeability of these materials to
    the precision required for adequate design.  If the foundation permeability is equal
    to or less than the embankment permeability, then the design phreatic surface is

6

**A-54**

too low, the pore water pressures within the embankment can be significantly higher and the factor of safety for global stability may be much lower. If the foundation contains layers of varying permeability, then the design phreatic surface may not be conservative with respect to global stability in the vicinity of the toe of the dam. A much more thorough assessment of flow through the embankment and its foundation should be made to obtain realistic pore pressures for analysis of the steady state seepage stability condition for this high hazard structure."

The URS Design Basis Report provides absolutely no technical basis for the assumed phreatic surfaces. Since the Global Stability is significantly influenced by this assumption, the analysis provided does not meet contemporary design standards. Also refer to the discussion below under item 1c) related to piping failure.

**1b) Has the potential for wave overtopping of the embankment been properly accounted for?**

The majority of earthen dam failures are the result of embankment overtopping or piping failures of the soils forming the embankment. Overtopping is the result of wind driven waves that break over the embankment and significantly scour the embankment. This scouring may lower the reservoir top below that of the pool elevation and produce a rapidly escalating breach. The following concerns are expressed regarding the URS overtopping evaluation.

Marr – "The design freeboard for this dam is 2.5 ft above normal pool. Section 4-6 of the Design Basis Report indicates a wave run-up height of 2.27 feet during an 80 mph wind . When wave run-up is combined with rainfall onto the reservoir that will raise its level above the normal design level of El 186, it is almost certain that the 100 year design storm will cause water to overtop this dam multiple times during a major storm. Due to the highly erodable nature of the embankment materials, any water from the reservoir that runs over the top of the dam threatens its structural integrity. While overtopping by waves during a major storm appears to be a credible failure mechanism for this dam, the Design Basis Report does not address this important issue. I shudder to think of the consequences of one of this past summer's major storms passing over a full Newark Reservoir."

Boschuk – "The designed Freeboard (elevation difference between the crest and the water level) is only 2.5 feet and even less between the crest and the wetlands area. The industry standard is a minimum of 3 feet."

City of Newark Reservoir                                    Independent Design Evaluation

"With a wind fetch of approximately 2100 feet across the reservoir, wave heights could easily overtop the crest causing failure. In addition, over time, all constructed earthen embankments settle to some degree which further reduces the freeboard. This freeboard clearly does not meet general industry standards."

Both Marr and Boschuck feel strongly that the URS design fails to reflect recent storm (hurricane) events occurring on the eastern seaboard and fails to include the volume of water due to precipitation from these events into the reservoir. Note that this concern only effects the design high water level in the reservoir and does require a major redesign.

### 1c) Has the potential for piping failure of the embankment soils been evaluated?

Sherard[3] in his definitive text on earth dams states " Any homogeneous dam with a height of more than about 20 to 25 ft. should be provided with some type of downstream drain constructed of material appreciably more pervious than the embankment soil. The purpose of such a drain is twofold: (1) to reduce the pore water pressures in the downstream portion of the dam and hence to increase the stability of the downstream slope, and (2) to control any seepage water as it exits at the down stream portion of the dam in such a way that the water does not carry away particles of the embankment soil, i.e. that 'piping' does not develop."



Fig. 1.3:1  Drains used in homogeneous dams. (a) Toe drains. (b) Horizontal blanket drains. (c) "Chimney" drain.

The second purpose is particularly acute on this impoundment given the highly erodible nature of the soil used to construct the embankment. Typical toe drains recommended by Sherard are shown to the right.

Regarding piping failure, the evaluators had the following comments/concerns:

Marr --- "Internal Stability – Internal stability of the embankment refers to the behavior of the soil materials in the embankment subjected to flowing water. The primary embankment materials must stay in place at all times to support the hydraulic energy dissipater (in this case the geomembrane liner). Fine sands and silts are inherently unstable materials when exposed to water. The soil particles have no cohesiveness (plasticity) to hold them together. They are so small that they are easily dislodged and transported away from any exposed surface.

---

[3] Sherard, James L. et al. Earth and Earth-Rock Dams, John Wiley and Sons, 1963.

A-56

City of Newark Reservoir                                    Independent Design Evaluation

Exposed surfaces for this dam include the downstream face, the interface between these soils and any materials with openings large enough to allow fine sand and silt to pass, locations where soil might separate from a more rigid material such as a pipe, and any open fractures within the rock foundation of the dam. Movement of soil particles by flowing water from within a dam represents a serious threat to the overall stability of the dam. Once the process starts it tends to progress at an accelerating rate until a complete conduit for water develops from downstream to the reservoir. In dams made of fine sand and silts this "piping" process can develop from a minor leak to a major failure within a matter of hours. Piping failures are averted in fine-grained non-cohesive soils with substantial filters and drains in the downstream portion of the dam. This design contains no filters and drains to protect the embankment from failure by internal erosion. According to the Design Basis Report, the existing underdrain system was designed to 'intercept and lower the groundwater table and to collect liner leakage.' The design contains no provisions to contain and control failure by internal erosion of the embankment should the geomembrane fail. In my opinion this is a major flaw in this design."

Boschuk --- "Seepage through the embankment forms a pipe that liquefies the soil followed by catastrophic failure. Testing of this soil by the pinhole dispersion test (ASTM D-4647) clearly indicates that the soil is susceptible to piping."

"No documentation could be found that a hydraulic or piping stability evaluation was performed."

"Sandy homogeneous dams are highly susceptible to piping failure and require well designed internal drainage system to control seepage to prevent saturation or piping. This design is a high risk to slope sloughs and/or internal piping failure because there are no internal embankment drainage systems."

"A homogeneous embankment with sandy soils and without any form of internal seepage/drainage collection system is not advisable. Numerous references are available confirming this as well as noted failures in the United States. (See "Earth Dam Practices in the United States", T.A. Middlebrooks, Transactions ASCE, Centennial Volume, 1953; and, Sherard, et al, Earth and Earth Rock Dams, John Wiley and Sons, 1963.)"

Giroud --- "Piping results from erosion, a mechanism by which soil unravels one particle after another, contrary to global instability where an entire block of soil moves together. The methods used to analyze the risk of global instability and the risk of piping are totally different. As a former professor of geotechnical engineering, I can say that the methods used to analyze global stability (which fall within the realm of continuum mechanics) and are more prone to mathematical developments than the methods used to analyze piping (which fall within the realm of particulate mechanics). As a result, it is not uncommon to see design engineers pay more attention to global stability analysis than to piping analysis,

**A-57**

City of Newark Reservoir                                              Independent Design Evaluation

because they are accustomed to deal with the easy-to-use analytical and computerized methods available for stability analysis. In contrast, designing against piping is not easy. It requires delicate analyses of particle size distribution curves of the various soils and drainage materials; it requires filter design, which is delicate; it requires specialized testing; and it requires a careful review of many design details (including an evaluation of their constructability). "

"It is important to note that piping can result from internal erosion or surficial erosion. Piping by internal erosion is the worst case because it can happen anywhere in an embankment where flowing water is present. However, this happens only with special soils. However, soils that may not be susceptible to internal erosion can be susceptible to surficial erosion. With such soils there is a risk of piping everywhere there is a soil surface exposed to flowing water. This may happen at interfaces between soil and a structure such as a water intake tower or a pipe (or culvert) penetrating through an embankment, if some precautions are not taken. The intensive erosion that was observed on the inside sideslopes during construction indicates that the local soil is susceptible to surficial erosion. Therefore, this potential mechanism of embankment failure must be considered very seriously in the case of the Newark Reservoir."

"An essential feature used to protect an embankment against piping is a toe drain. A toe drain is a drain located at the downstream of an embankment to prevent the water that seeps through the embankment from exiting through the downstream face of the embankment. This is essential because, if water exits through the downstream face of an embankment, and if the soil is susceptible to erosion, piping failure of the embankment may be initiated by surficial erosion of the downstream slope. Toe drains can have a variety of shapes depending on the dam geometry and the soil used: blanket drain, chimney drain, triangular drain, fishbone drain, etc. It should be noted that that toe drains are also used because they reduce pore water pressure in the downstream portion of dams, thereby contributing to the global stability of the dam. Therefore, practically all earth dams designed in the past several decades include a toe drain of one type or another. I have reviewed the drawings you sent me and did not see any toe drain, which indicates that the embankment of the Newark Reservoir was not designed as would normally be designed an earth dam intended to be stable without a geomembrane liner on its upstream face."

All evaluators found the current design for the Newark Reservoir to lack any consideration for minimizing piping failure. Additionally, no means of limiting surface erosion of the inboard face is included in the design excepting the geomembrane liner.

## 2) Does the Newark Reservoir satisfy accepted design practice for a geomembrane lined earthen dam?

Both exposed and highly protected geomembranes have been used to reduce the leakage rate of reservoirs or earthen dams. An exposed or marginally protected geomembrane is

10

**A-58**

acceptable when the impact of the concentrated leakage through the geomembrane will not produce a scouring of the material supporting the geomembrane. This is true of rock dams and is commonly achieved by placing concrete or masonry immediately beneath the geomembrane. Conversely, when the concentrated force of water passing through a defect in the liner will damage the subgrade, then either the subgrade must be armored or a secondary liner provided to protect the subgrade. It is never advisable to use an exposed or marginally protected liner over highly erodible soil.

**2a) Does the design allow for monitoring the performance of the liner system?**

The URS design uses a single under drain system to limit the height of ground water beneath the liner and to collect leakage through the liner system. The evaluators concerns regarding this system are as follows:

Boschuk --- "Excessive liner leakage will wash out/scour the foundation soils, stressing the liner system which can result in massive failure. This design cannot separate the two types of flows."

"Drain collectively accepts both seepage water and leakage from the liner. This design cannot indicate how serious a liner may be leaking."

"The leak detection system as currently designed, in my professional opinion, is basically useless and may be more of a detriment to performance than a benefit."

Giroud --- "The above discussion on double liners shows the importance of a drainage layer between the two liners that compose a double liner. It should be noted that there is a drainage system beneath the geomembrane liner of the Newark Reservoir. However, this drainage layer is unable to perform the two functions of the drainage layer described above. Furthermore, this drainage system is even potentially dangerous. First, the existing drainage system cannot detect leakage for two reasons: (i) the hydraulic conductivity of the soil underneath the geomembrane being of the order of $3 \times 10^{-3}$ cm/sec, practically all of the water leaking through the geomembrane will drain directly into the ground and will not be detected; and (ii) the very small amount of leakage that might be conveyed by the outlet system to the outlet will be mixed with a greater amount of groundwater collected by the drainage system, making leakage undetectable. These considerations are not new: they were presented in the first paper ever published on the concept of double liner and leakage detection (Giroud 1973) and they have been repeated in numerous books, manuals, papers and lectures. Second, the leakage that might be collected may be conveyed by the drainage system over a certain distance if the soil is locally less permeable and will be discharged into the ground at a location where the soil is more permeable. Thus there is potential for concentrated flow that could cause erosion of the soil. I investigated the failure of a large reservoir that was caused by this mechanism (Giroud and Goldstein 1982). Clearly, a drainage layer that can convey liquid to an undesirable location is potentially dangerous."

**A-59**

> "I have serious concerns regarding the risk of failure of the embankment of the Newark Reservoir by piping. I also believe that the leakage detection system will not perform as intended."

The consensus of the evaluators was that the URS under drain system would not provide a true measure of leakage through the liner system. Instead, it is felt that it would act as a septic field and simply distribute the leakage to the permeable subgrade. By this mechanism it would be possible for considerable leakage and erosion of the bedding layer beneath the geomembrane to occur undetected. Since the geomembrane is the sole containment and energy dissipater in this system, a failure condition could build unnoticed. This attempt to use a single collector to both control groundwater elevations and to monitor liner leakage is not the standard of design for reservoirs constructed of highly erodible soils.

**2a) Has a liner breach analysis been performed to evaluate its impact on the liner support subgrade?**

To reduce the quantity of leakage through the embankment and subgrade, URS added a 60 mil thick LLDPE geomembrane liner. The URS Design Basis Document states "Even with good quality control, experience has shown that geomembranes will leak (Giroud, 1989[4]). Typical leakage rates have been found to be on the order of 500 to 1000 gpd per acre of liner, depending upon the degree of quality control used during the liner installation. Based on historical figures, leakage of reservoir water through the liner could be on the order of about 10 to 20 gpm or 15,000 to 30,000 gpd." On the fact that the geomembrane liner will leak, all parties are in agreement. However, as to the impact of these leaks there is considerable concern among the evaluators.

To provide some guidance it is important to understand the highly concentrated erosive force generated by even a small defect acted on by 60-ft of head. Given the highly erodible nature of the protective cover soil proposed to be place over the geomembrane and URS's belief that it is not essential for the proper performance of the geomembrane this layer must be neglected in the evaluation. Lacking a ballast layer, the flow rate of water through a defect in a geomembrane is given by the following[5]:

$$Q = 0.6 \, a \, (2gh)^{0.5}$$

Where Q is the flow rate (m$^3$/sec), a is the area of the defect (m$^2$), h is the depth of water over the defect (m), and g is the acceleration due to gravity (m$^2$/sec). The velocity of the water passing through the defect, V, is simply the flow rate Q divided by the area of the defect or

---

[4] Giroud, J.P. and Bonaparte, R. "Leakage Through Liners Constructed with Geomembranes", Part I (Vol 8, pp. 27-67) and Part II (Vol 8, pp. 71-111), 1989.
[5] Giroud, J.P., 1984 "Impermeability: The Myth and a Rational Approach," Proceedings of the International Conference on Geomembranes, IFAI, Vol. 1, Denver, pp. 157-162.

**A-60**