$$V = 0.6\,(2gh)^{0.5}$$

For a water depth of 60 feet (18.3 m), the velocity of water exiting the defect is 20.3 ft/sec (6.2 m/sec) at a pressure of approximately 25 psi. This velocity is an order of magnitude greater than what the highly erodible soils below the liner can withstand even with the underlying cushion geotextile in place and would result in significant erosion immediately beneath the liner system defect. As the erosion quickly advances, the subgrade support of the geomembrane in the immediate vicinity of the defect is lost and the geomembrane must begin supporting the overlying water. This places the geomembrane in significant tension and will quickly result in enlargement of the defect and greater flow volumes. The fines and small sand particles placed into suspension by the high velocity leakage can readily be removed by the under drain system or simply drain undetected into the fractured rock subgrade. Even the smallest of defects will quickly become a major breach of the geomembrane liner. Such backward erosion of the reservoir embankment is a classic cause of piping failures in earth dams. Given the highly erodible nature of the fines and sands in the embankment soil, the rate of piping advance will be very fast. The evaluators comments are as follows:

Boschuk --- "The industry clearly recognizes that all liners leak with 2 or 3 defects (holes) per acre. Over a 32-acre area, this amounts to 60 to 90 defects (holes) in the system with many of these holes in the reservoir bottom. At maximum head, the pressure will be on the order of 25+ psi."

"A hole discharging water at 25 psi results in a high pressure (jet) spray that readily saturates the geotextile spreading the saturation front over a wide area that could easily erode the underlying sandy soil. The result is a system failure."

Giroud --- "Even though a geomembrane is made of a polymer (polyethylene) that is practically impermeable, some leakage takes place through a geomembrane because it is practically impossible to install a geomembrane over acres without any defect. Typically, one or two defects per acre can be expected in the case of a geomembrane installed with strict construction quality assurance (CQA) as pointed by Giroud and Bonaparte (1989) and confirmed by several US EPA reports. Up to 8 defects per acre can be expected after placement of a soil layer on top of a geomembrane depending on the level of CQA during soil placement, as agreed by a panel of experts I chaired at the 7th International Conference on Geosynthetics in 2002 (Giroud and Touze-Foltz 2003)."

"Since geomembranes have defects, any structure lined with a geomembrane must be designed to accommodate leakage through the defects. Several approaches are possible, whether the flow of leaking water is impeded using low-permeability materials or the leaking water is drained using high-permeability materials (or a combination of the two approaches). However, in all cases, the soils and other materials (including drainage materials) located beneath the geomembrane and

likely to be reached by the leaking water must be designed to withstand erosion by the flow of water."

"Since the safety of the reservoir should not depend solely on the geomembrane, and since a significant amount of water will seep through the embankment and the bottom of the reservoir if the geomembrane is breached, the reservoir must be designed to be stable even if the geomembrane is breached. Since it is not possible to predict where the geomembrane will be breached, and since the potential for a large breach cannot be excluded, it is necessary to check that the reservoir, when is full of water, is stable without the geomembrane."

"I have serious concerns regarding the risk of failure of the embankment of the Newark Reservoir by piping. I also believe that the leakage detection system will not be performing as intended."

The soil bedding layer placed beneath the geomembrane liner is so erodible that on my recent field trip (October 8) Boschuk and I observed a significant portion of the in-place liner had already experienced significant erosion of the bedding layer from only groundwater seepage.

Boschuk --- "While walking the exposed liner system one can readily feel exposed stones under the liner which were not present during initial placement. This is a result of the finer cushion material gravitating down slope. Consequently, large stones are now in direct contact with the cushion layer that was not intended in the design. In addition, gullies were also noted under sections of the liner. Once ballast is placed over these areas, the liner will stretch to conform to the subgrade voids further stressing the liner."

As a group, the evaluators were unified in their concern that even a minor breach of the liner system would lead to a piping failure of the reservoir.

**2c) Is the degree of liner protection consistent with the results of the above evaluations?**

The Zone 4 protective layer soil intended to protect the geomembrane was shown by Calabria to be highly erodible, saturated, and with a maximum slope stability of 1.07. URS maintains that this is satisfactory since the protective cover layer is not essential to the performance of the geomembrane liners. The evaluators have the following concerns:

Marr --- "Erodability – The fine sands and silts comprising the embankment, its foundation and the liner cover are highly erodable materials. They have little to no cohesiveness. They will experience major erosion when placed on slopes and left exposed to rainfall. Section 8 of the Design Basis Report addresses erosion control for the project. No specific consideration is given to erosion control of the Zone IV cover material. Note 9 on Figure 8-2 might be construed as applicable

to the finished slope of the liner system but nowhere do the drawings show an erosion control matting. Section 02290 Part 3.04.E of the specifications address the placement of the liner cover material. Absolutely no mention or reference is made to any activity to protect the erodable liner cover from erosion during or following construction. Even if the contractor had succeeded in completing the construction, the liner cover would have experienced major damage from rain and wave erosion any time the reservoir level dropped below elevation 172."

Boschuk --- "The soils used for the embankment and the processed soils are permeable, highly susceptible to erosion and susceptible to piping in an embankment. Material of this type requires extensive design considerations which goes well beyond just stating that it is the contractors responsibility. Frankly, this material is an engineering nightmare that cannot be treated lightly."

"The material is classified as a silty micaccous sand with little or no plasticity. The material is inherently susceptible to surface erosion which causes gullies that are clearly evident at the site."

"It is difficult to repair these gullies after slope construction as compaction of fill in the gullies may be of lesser density than the surrounding mass. Consequently, these repaired areas will still be susceptible to erosion."

"While walking the exposed liner system one can readily feel exposed stones under the liner which were not present during initial placement. This is a result of the finer cushion material gravitating down slope. Consequently, large stones are now in direct contact with the cushion layer that was not intended in the design. In addition, gullies were also noted under sections of the liner. Once ballast is placed over these areas, the liner will stretch to conform to the subgrade voids further stressing the liner."

"Maintenance considerations of the reservoir were not included in the design rendering repairs a very costly endeavor."

"During maintenance, some type of access road will have to be constructed in the reservoir which could easily damage the single liner system greatly increasing maintenance cost."

"Veneer stability of the interior slopes was not adequately addressed as evident from the current failures."

Giroud --- "Considering that the embankment, as designed and constructed, presents a risk of instability by piping, and considering that the geomembrane cannot be the only line of defense, it is necessary to complement the geomembrane with another barrier. This can be achieved in several ways, two of them being a composite liner and a double liner. A composite liner consists of a geomembrane resting on a layer of low-permeability soil such as compacted clay. A double liner consists of

two liners separated by a drainage layer. It should be noted that that most large dams that have a geomembrane as part of their upstream face do not have a composite liner or a double liner. This is because these dams are rockfill dams, i.e. dams built with huge rocks, not earth dams (which are built with soils). Rockfill dams are very safe regarding global stability and are totally immune to piping. In other words, a rockfill dam is a very safe second line of defense and, in those dams, the upstream geomembrane is not the only line of defense."

"In a composite liner, the layer of compacted clay impedes the flow of water through a defect in the geomembrane. As a result, the rate of leakage through a composite liner is at least one thousand times less than the rate of leakage through a geomembrane resting on a permeable material (Giroud et al. 1994). It should be noted that, in the case of a composite liner, there is a risk of geomembrane uplift in case of reservoir drawdown, as shown by Giroud and Bonaparte (1989). Therefore, it is imperative to ballast the geomembrane with a layer of soil or other material."

The evaluators were in agreement that ballasting was essential for both the protection of the geomembrane and to reduce the flow through a given defect. The only alternative is the armoring of the geomembrane bedding layer and inclusion of an effective leakage detection/drainage system. The evaluators were also in agreement that the current Zone 4 material is not appropriate for this application. The evaluators were particularly concerned with the City's interpretations of the Calabria report that indicate that the Zone 4 material can be constructed if appropriate erosion control measures are taken.



The above photo shows the highly eroded condition of the "tackifier" stabilized slope purported to be the solution to the erosion. This photo was taken on October 9, 2004 approximately 4-month after construction of the test. This certainly does not even hint at this being a stable protective layer that the all evaluators feel must be present during the life of the geomembrane.

**Summary of Evaluation**

I have not attempted to summarize all of the design errors identified by the evaluators. However, my goal is to properly notify the City of Newark that construction of the Newark Reservoir as currently designed will present an unreasonable risk to the lives of citizens of the city. *I personally believe that there is complete certainty that this design will produce a catastrophic failure of the completed reservoir.* The beliefs of the evaluators can be summarized as follows:

Boschuk --- **"Pursuant to our discussions, my limited testing of the Type IV soil, review of the construction drawings and my inspection of the facility on Friday, October 8, 2004, submitted herein is my design assessment of the partially completed structure. I noted numerous design deficiencies which leads me to serious concerns regarding the facility's anticipated performance. My ultimate conclusion is that this structure, if completed as designed, is likely to fail."**

Giroud — **"I have serious concerns regarding the risk of failure of the embankment of the Newark Reservoir by piping. I also believe that the leakage detection system will not be performing as intended."**

Marr --- **"These issues raise serious questions about the long-term stability of this dam as designed. These issues expose vulnerabilities in the design, any one of which could lead to a catastrophic failure of the dam and take lives and destroy property below the dam. I strongly urge a thorough independent review of this design by a qualified panel of engineers expert in earthen dam design before the reservoir is allowed to impound any water."**

It is my hope that this independent review of the current design for the Newark Reservoir will convey to the City the need for a serious re-evaluation of this design. Besides you, it is the goal of the evaluators to see that this document reaches others that can influence this decision if the City fails to act.

I appreciate your efforts to transmit this document to the City of Newark.

Cordially,
**G.N. Richardson & Associates, Inc.**

Gregory N. Richardson, Ph.D.,P.E. (CA 23131)
Preseident

ATTACHMENT ONE

Geomembrane Lined Reservoir

## Geomembrane Lined Embankment

**Background:**

A reservoir is being constructed to contain approximately 318 million gallons of water. The reservoir has the following physical characteristics:

- 57 acre footprint
- 5750-ft long embankment that varies from zero to 90-ft in height
- Maximum impoundment depth is approximately 60-ft
- It takes approximately 60-days to drain the reservoir
- A 60-mil LLDPE geomembrane liner is being used to "limit seepage loss"
- A leakage detection system is placed beneath the geomembrane
- The reservoir is being constructed above a town with apartment buildings located immediately adjacent to the toe of the embankment near its greatest height
- Reservoir is considered a high hazard structure since its failure would result in the loss of lives
- The State the reservoir project is located in does not have a dam safety program or review

To my knowledge, no similar geomembrane design has been used in the USA for a reservoir of this height.

**Site Information:**

The site was ravine like with contours ranging from gentle to steep. Geologically, the site is located near the fall line between the Piedmont and Coastal geologic provinces. Subgrade deposits are sedimentary in origin overlying fractured metamorphic bedrock. A regional fracture study indicates that a bedrock fracture passes through the site.

Groundwater is near-surface in portions of the site with a spring being present in the ravine. A significant portion of the reservoir bottom is being placed beneath the groundwater potentiometric surface. A drainage layer is placed under the liner to intercept this water —this same drainage layer is considered to act as the leakage detection system. In general, the natural bottom of the reservoir is considered to pervious for satisfactory functioning of the reservoir without the geomembrane liner in place.

**Embankment Information:**

The embankment has 3H:1V exterior side slopes with a 30-ft wide crest. The interior slope has two small benches with 3H:1V side slope on the two lower slopes and 2.5H:1V slope on the upper slope. A section of the tallest portion of the reservoir is shown on Figure 1. The embankment is homogeneous earth fill compacted to 98% standard

Proctor. Maximum particle size allowed was 8-inches with no gradation or permeability requirements. Design documents indicate an assumed permeability of 1 x $10^{-3}$ cm/sec – which agrees well with subsequent testing. No pinhole dispersion testing has been performed on the embankment soils. The embankment contains no toe drains or any provisions to limit seepage erosion.

**Liner Information**:

The "liner" system is composed of the following (bottom-up):

- 12-inch layer compacted screened (1/2" max) embankment soil
- 16 osy nonwoven
- 60-mil LLDPE
- 16 osy nonwoven
- 18-inch layer compacted screened (1/2" max) embankment soil

Field data indicates that the screening the soil removed approximately 30% by weight. Grain size curves and plasticity data for the screened soils are attached as Figures 2 & 3 and indicate that the bedding soil is nonplastic, broad graded (Cu>60), the curves are concave upward with Cc ranging from 4.2 to 6.4, and all samples had nearly 25% fines and 25% fine sand. The potential for segregation of particle sizes is clearly shown in the gap grading indicated on Figure 4 from this same processed soil pile. The embankment soil is also broad graded (Cu>350) and the curve is concave upward with Cc =0.56.

Current legal problems began as the result of dramatic erosion that occurred during construction of the 18-inch compacted screened layer. Subsequent testing by the engineer has confirmed that these soils are highly erodible. This testing also demonstrated that the cover soils would normally be saturated due to a capillary draw of water from the underlying nonwoven geotextile.

**Under Drain Information**:

The design engineer intends the under drain as a means of reducing groundwater forces acting on the bottom of the liner system and for monitoring leakage through the geomembrane. On the side slopes, the under drain consists of the 16 osy nonwoven plus highway edge drains placed every 100-ft running down the slope. On the bottom, three french drains as shown on Figure 5 are provided to drain the waters collected by the under drain. Each french drain is provided a 12-inch solid drain pipe beneath the embankment (at its maximum height). Particle gradation for the outer portion of the drain is shown on Figure 2.

No calculations were performed to determine what fraction of collected leakage will drain to the underlying permeable embankment or subgrade.

**Questions:**

Simple - Since the screened soil layer overlying the geomembrane is critical to the performance of the geomembrane (?true?), is the use of a highly erodible soil appropriate. Will this highly erodible soil remain in place once it is submerged?

Hard - Can the leakage detection system actually monitor leakage from the liner or will it act as a septic system to distribute the leakage unseen through the embankment and subgrade?

Hardest- Given the highly erodible nature of the embankment soils, is the use of a single geomembrane liner system appropriate. Is there a high potential for unseen internal erosion (piping) that could lead to a catastrophic failure of the liner and collapse of the embankment?


INLET/OUTLET WORKS
PLAN AND PROFILE
RESERVOIR PROJECT
PLAN
PROFILE ALONG CENTERLINE OUTLET WORKS
5-1


Figure 1



# Particle Size Distribution Report



| | % +3" | % GRAVEL CRS. | % GRAVEL FINE | % SAND CRS. | % SAND MEDIUM | % SAND FINE | % FINES SILT | % FINES CLAY |
|---|---|---|---|---|---|---|---|---|
| o | 0.0 | 0.0 | 15.6 | 10.2 | 25.8 | 26.2 | 16.3 | 5.9 |
| □ | 0.0 | 0.0 | 9.2 | 10.6 | 23.6 | 31.0 | 20.2 | 5.4 |

| | LL | PL | $D_{85}$ | $D_{60}$ | $D_{50}$ | $D_{30}$ | $D_{15}$ | $D_{10}$ | $C_c$ | $C_u$ |
|---|---|---|---|---|---|---|---|---|---|---|
| o | N.P. | | 4.95 | 0.664 | 0.452 | 0.179 | 0.0241 | 0.0111 | 4.35 | 59.69 |
| □ | N.P. | | 3.10 | 0.475 | 0.340 | 0.126 | 0.0238 | 0.0084 | 4.01 | 56.76 |

| MATERIAL DESCRIPTION | USCS | AASHTO |
|---|---|---|
| o Brownish gray micaceous SILTY SAND WITH GRAVEL (SM) LOAMY SAND | SM | A-1-b |
| □ Brownish gray micaceous SILTY SAND (SM) SANDY LOAM | SM | A-2-4(0) |

**Project No.** 2004G553 **Client:** [redacted]

**Project:** [redacted]

EMBANKMENT: $C_u = \frac{6mm}{.017} = 350$

$C_c = \frac{.24^2}{.017 + 6} = 0.56$

o Source: Bag-1

□ Source: bag-2

**Remarks:**

o

□

Particle Size Distribution Report

[redacted] **Consultants, Inc.**

File # 02

FIGURE 2

$C_u = \frac{D_{60}}{D_{10}} = \frac{.6}{.009} \approx 67$ ⇒ BROAD GRADED

$C_c = \frac{D_{30}^2}{D_{60} \times D_{10}} = \frac{.15^2}{.009 \times .6} = 4.2$

$1 < C_c < 3$ ⇒ NOT INTERNALLY STABLE



# Particle Size Distribution Report



| | % +3" | % GRAVEL | | % SAND | | | % FINES | |
|---|---|---|---|---|---|---|---|---|
| | | CRS. | FINE | CRS. | MEDIUM | FINE | SILT | CLAY |
| o | 0.0 | 0.0 | 10.6 | 11.9 | 24.0 | 28.3 | 19.5 | 5.7 |
| □ | 0.0 | 0.0 | 8.8 | 11.1 | 25.9 | 30.7 | 17.7 | 5.8 |

| ☒ | LL | PL | $D_{85}$ | $D_{60}$ | $D_{50}$ | $D_{30}$ | $D_{15}$ | $D_{10}$ | $C_c$ | $C_u$ |
|---|---|---|---|---|---|---|---|---|---|---|
| o | N.P | | 3.58 | 0.547 | 0.371 | 0.133 | 0.0172 | 0.0074 | 4.36 | 73.48 |
| □ | N.P | | 3.02 | 0.518 | 0.368 | 0.149 | 0.0204 | 0.0093 | 4.60 | 55.62 |

| MATERIAL DESCRIPTION | USCS | AASHTO |
|---|---|---|
| o Brownish gray micaceous SILTY SAND(SM) SANDY LOAM | SM | A-2-4(0) |
| □ Brownish gray micaceous SILTY SAND (SM) SANDY LOAM | SM | A-2-4(0) |

**Project No.** 2004G553 **Client:** [redacted]
**Project:** [redacted]

o **Source:** Bag-3
□ **Source:** Bag-4

**Remarks:**
o
□

Particle Size Distribution Report

[redacted] **Consultants, Inc.**

File # _-03

$C_u = \frac{D_{60}}{D_{10}} = \frac{.5}{.008} = 62.5$ BROAD GRADED

**FIGURE 3**

$C_c = \frac{D_{30}^2}{D_{10} D_{60}} = \frac{.16^2}{.008 \cdot .5} = 6.4$ NOT INTERNALLY STABLE

# Particle Size Distribution Report



| | % + 3" | % GRAVEL CRS. | % GRAVEL FINE | % SAND CRS. | % SAND MEDIUM | % SAND FINE | % FINES SILT | % FINES CLAY |
|---|---|---|---|---|---|---|---|---|
| ○ | 0.0 | 0.0 | 16.1 | 11.5 | 27.1 | 25.8 | 13.4 | 6.1 |
| □ | 0.0 | 0.0 | 19.8 | 9.2 | 26.8 | 24.9 | 19.3 | |

| | LL | PL | $D_{85}$ | $D_{60}$ | $D_{50}$ | $D_{30}$ | $D_{15}$ | $D_{10}$ | $C_c$ | $C_u$ |
|---|---|---|---|---|---|---|---|---|---|---|
| ○ | | | 6.11 | 0.855 | 0.510 | 0.250 | 0.0250 | 0.0109 | 6.68 | 78.19 |
| □ | | | 8.92 | 0.870 | 0.538 | 0.238 | | | | |

| MATERIAL DESCRIPTION | USCS | AASHTO |
|---|---|---|
| ○ Brown micaceous SILTY SAND WITH GRAVEL | SM | A-1-b |
| □ Brown micaceous SILTY SAND WITH GRAVEL | SM | A-1-b |

**Project No.** 2004G553 **Client:** [redacted]
**Project:** [redacted]

○ **Source:** Bag **Sample No.:** Slope
□ **Source:** Bag **Sample No.:** Stockpile

**Remarks:**
○
□

Particle Size Distribution Report

[redacted] **Consultants, Inc.**

**File #** 01




LEGEND
NOTES:
INSTRUMENTATION PLAN
RESERVOIR PROJECT
10-1
RESERVOIR BOTTOM
SEE C-2.10 FOR LINER DETAILS
ZONE IV
ZONE V
ZONE V
6" (MIN.)
EXCAVATED SURFACE
DRAIN MAT.
#8 STONE (DELDOT)
8" DIA. SLOTTED DRAIN PIPE
6" MIN.
NOTE:
1. REFER TO NOTES ON DWGS. C-2.07, C-2.08 AND SD-VI.
Figure 5

ATTACHMENT TWO

Documents Provided Evaluators

- Contract and Specifications
- URS Basis of Design Report, February, 2002
- CD of photographs of Newark Reservoir
- Hard Copy of photographs of Newark Reservoir
- URS Geotechnical Report, January 22, 2002
- R.K. Frobel Report, January 30, 2004
- URS Report, January 30, 2004
- URS Report, April 14, 2004
- Calabria Report, July 9, 2004
- GNR Report, January 13, 2004
- GNR Report, March 11, 2004
- Affidavit of Mark F. Prouty, April 20, 2004
- Affidavit of Joseph R. Kula, April 20, 2004
- Affidavit of Carol S. Houck, April 26, 2004
- Affidavit of Mark F. Prouty, July 23, 2004
- Affidavit of John C. Volk, April 20, 2004
- Project Drawings (2 rolls)

Attachment 3

Evaluation and Resume: Jack Boschuck, P.E.




GEOTECHNICAL, GEOSYNTHETIC AND MATERIALS TESTING AND RESEARCH

October 12, 2004
04LR483

G.N. Richardson & Associates
14 North Boylan Avenue
Raleigh, NC 27603

Attn: Dr. Greg Richardson, P.E.

**RE: DESIGN EVALUATION**
**NEWARK WATER SUPPLY RESERVOIR**
**CITY OF NEWARK, DELAWARE**

Dear Dr. Richardson:

Pursuant to our discussions, my limited testing of the Type IV soil, review of the construction drawings and my inspection of the facility on Friday, October 8, 2004, submitted herein is my design assessment of the partially completed structure. I noted numerous design deficiencies which leads me to serious concerns regarding the facility's anticipated performance. My ultimate conclusion is that this structure, if completed as designed, is likely to fail.

The enclosed table summarizes my more significant findings that should be addressed by the designer before construction continues. By definition, this facility is a high hazard impoundment which will cause significant property damage and the likely loss of life if failure is abrupt. There are many design issues that also lead me to believe that abrupt failure is a real possibility.

My most significant concerns are noted as follows:

1) The soil used for the embankment and the processed soils are permeable, highly susceptible to erosion and susceptible to piping in an embankment. Material of this type requires extensive design considerations which goes well beyond just stating that it is the Contractor's responsibility. Frankly, this material is an engineering nightmare that cannot be treated lightly.

2) A single liner system placed on an above ground permeable foundation that has not been designed to monitor and control leakage is a very high risk design. As a minimum under these current conditions, a double liner with a leak detection and collection system is required since it is not economically practical to install embankment drainage systems this late in the construction.

938 South Central Avenue • Canonsburg, Pennsylvania 15317 Tel: (724) 746-4441 Fax: (724) 745-4261

3) The leak detection system as currently designed, in my professional opinion, is basically useless and may be more of a detriment to performance than a benefit.

4) Veneer stability of the interior slopes was not adequately addressed as evident from the current failures.

5) Maintenance considerations of the reservoir were not included in the design rendering repairs a very costly endeavor.

6) I could not locate in the documents the existence of an appropriate emergency response plan that addresses how this reservoir can be quickly drained without causing rapid and unstable drawdown conditions.

There are several other design concerns noted on the table. Any of these or combination of these failure mechanisms can lead to abrupt failure that may not be controllable in a safe and timely manner.

Should you have any questions or require additional information, please do not hesitate to contact me.

Sincerely,

**JLT LABORATORIES, INC.**

John Boschuk, Jr., P.E.
President

Enclosures
JB/rdo
\wp10\letter\04315

# SUMMARY OF SIGNIFICANT DESIGN CONCERNS
# PARTIALLY CONSTRUCTED NEWARK WATER SUPPLY RESERVOIR
# CITY OF NEWARK, DELAWARE
# OCTOBER 12, 2004

| Reservoir Feature | | Description | | Resulting Potential Problems |
|---|---|---|---|---|
| Borrow Soils | a. | The material is classified as a silty micaceous sand with little to no plasticity. The material is inherently susceptible to surface erosion resulting in gullies that are clearly evident at the site. | a. | It is difficult to repair these gullies after slope construction because compaction of fill in the gullies may be of lesser density than the surrounding mass. Consequently, these repaired areas will still be susceptible to erosion. |
| | b. | The permeability is on the order of $10^{-3}$ to $10^{-4}$ cm/sec which is too large to contain the water supply without excessive loss. Therefore, the reservoir must be lined to store water. | b. | Leakage through a single liner will saturate this soil which can cause internal gully erosion of the subgrade. As the liner conforms to these gullies, it will over stress the liner and can cause the liner to fail. There are no provisions to monitor or arrest this possibility in the design. |
| | c. | This material is highly susceptible to piping failure through a homogeneous embankment. | c. | Seepage through the embankment can form a pipe that liquefies the soil followed by catastrophic failure. Testing of the soil by the pinhole dispersion test (ASTM D-4647) clearly indicates the soil is highly susceptible to piping. |
| Processed On-Site Soils | a. | This cohesionless material is also highly susceptible to erosion. The material readily accepts rainfall which saturates the mass that flows down slope. | a. | The process is evident as all of the material placed to date on the slopes has experienced this condition. Repairs by replacing this material are likely to damage the underlying liner. |
| Embankment | a. | A homogeneous embankment with sandy soils and without any form of internal seepage/drainage collection system is not advisable. Numerous references are available confirming this as well as noted failures in the United States. (See "Earth Dam Practices in the United States", T.A. Middlebrooks, Transactions ASCE, Centennial Volume, 1953; and, Sherard, et al, Earth and Earth Rock Dams, John Wiley and Sons, 1963.) | a. | The soil saturates causing the embankment toe to saturate followed by slope instability or the development of piping which causes liquefaction and failure of the embankment |

| Reservoir Feature | Description | Resulting Potential Problems |
| --- | --- | --- |
| Embankment (cont'd) | b. The slopes of the embankment are highly susceptible to surface erosion until a vegetative layer is established. | b. This is clearly evident on all exposed exterior slopes prior to the establishment of vegetation. Repairs are difficult and generally do not replace the material at the same density. |
| | c. The designed Freeboard (elevation difference between the crest and the water level) is only 2.5 feet and even less between the crest and the wetlands area. The industry standard is a minimum of 3 feet. | c. With a wind fetch of approximately 2100 feet across the reservoir, wave heights could easily overtop the crest causing significant erosion. In addition, over time, all constructed earthen embankments settle to some degree which further reduces the freeboard. This freeboard clearly does not meet general industry standards. |
| | d. No documentation could be found that a hydraulic or piping stability evaluation was performed. | d. Sandy homogeneous dams are highly susceptible to piping failure and require well designed internal drainage systems to control seepage to prevent saturation or piping. This design is a high risk to slope sloughs and/or internal piping failure because there are no internal embankment drainage systems. |
| Underdrains | a. The underdrain collection system was changed using common concrete sand and No. 8 stone. There was no documentation available to verify that the filter will neither clog nor pipe fines into the collection pipe. See Dwg SD-VII, Section F. | a. Failure by clogging prevents drainage and causes the water elevation to rise below the liner which can saturate the embankment causing instability. Failure by piping allows the foundation and embankment soils to pass through the system causing failure of the foundation soils. |
| | b. Drain collectively accepts both seepage water and leakage from the liner. This design cannot indicate how serious a liner may be leaking. | b. Excessive liner leakage will wash out/scour the foundation soils, stressing the liner system which can result in massive failure. This design cannot separate the two types of flow. |
| Liner System | a. The single 60 mil LLDPE liner is the only barrier which retains the water and prevents the highly erosive underlying soils from deteriorating | a. Since all liners leak, this barrier layer has to be almost perfectly installed with intimate contact against the foundation soils to prevent subgrade deterioration. This risk is very high. |
| | b. The industry clearly recognizes that all liners leak with 2 or 3 defects (holes) per acre. Over a 32-acre area, this amounts to 60 to 90 defects (holes) in the system with many of these holes in the reservoir bottom. At maximum head, the pressure will be on the order of 25+ psi. | b. A hole discharging water at 25 psi results in a high pressure (jet) spray that readily saturates the underlying geotextile spreading the saturation front over a wide area that could easily erode the underlying sandy soil. The result is system failure. |

| Reservoir Feature | Description | Resulting Potential Problems |
| --- | --- | --- |
| Liner System (cont'd) | c. The liner tie-in procedure at the concrete intake tower is not well defined. The geometry of the tower base (See Dwg S3.03, Section A&B) is complex with numerous 90 degree angles at multiple elevations. This configuration is very difficult to affect a leak proof seal. | c. The use of the designer's proposed batten strip to affix the 60 mil liner to the concrete of the tower results in several concerns that are not clearly addressed.<br>1. At this depth, where reservoir pressures are in excess of 25 psi. How do you insure a batten strip does not leak? A test procedure could not be found in the documents.<br>2. The liner will extend across the rigid concrete slab and lie on the soil which can compress under load. How does the engineer insure this discontinuity does not over stress or tear the liner?<br>3. If the system leaks under this hydraulic load, the pressure could easily wash out the surrounding supporting soil causing liner failure. |
| | d. The 60 mil LLDPE liner has a specific gravity of less than 1 which means it wants to float unless it is ballasted. | d. Water under the liner can cause the liner to rise in the absence of sufficient ballast. This can cause unwanted stress or subgrade erosion that could lead to failure. The current ballast soil is highly susceptible to sliding. This is clearly a high risk design. |
| Maintenance After Construction | a. The reservoir interior does not have an internal access road for maintenance. Furthermore, the benches are not wide enough for use as access platforms. | a. During maintenance, some type of access road will have to be constructed in the reservoir which could easily damage the single liner system greatly increasing maintenance cost. |
| | b. With the Type IV internal slope soil veneer, sediment will flow to the bottom of the reservoir together with fines that will saturate the bottom. This saturated bottom is not trafficable with construction equipment. | b. There is no evidence to suggest how this soft unstable soil will be removed or trafficed without damaging the liner system. Consequently, there is a high risk of damaging the liner. |
| Basic Design Flaws | a. A single liner system is a high risk design. | a. A single liner system will definitely leak with multiple defects that are unavoidable. This is a well known fact in the industry. Under the high reservoir head, pressures of 25+ psi can easily saturate the unstable sandy soils of the embankment which is not designed with internal drainage systems to prevent piping. The design is clearly flawed. |

| Reservoir Feature | Description | Resulting Potential Problems |
|---|---|---|
| Basic Design Flaws (cont'd) | b. This design is not fitted with a true liner leak detection system. | b. A single liner system without a liner leak detection system cannot indicate that a problem is developing until it is too late. This is a design flaw. |
| | c. A double liner system with a separate leak detection system is the only reasonable option at this stage of construction. Other and better options were available but construction has progressed too far to consider than at this time. | c. A double liner with a liner leak detection system increases the safety and stability of the structure as follows:<br>1. The leak detection system below the primary liner collects leakage separately from the subgrade which provides an early warning system for developing problems.<br>2. The leak detection system dissipates the high entrance pressures of primary liner leaks discharging the water on the secondary liner at much lower pressures. This prevents damage to the subgrade soils. The current design cannot do this. |
| Current Veneer Problems | a. Significant Liner Exposure to the elements and UV. | a. The geotextile covered liner has been exposed to UV for almost 9 months which is well beyond the typical limit of 20 to 30 days. Consequently, the quality of the geotextile is highly suspect. |
| | b. Significant Liner Tension | b. The geomembrane on the benches is presently in tension and stretched over the subgrade with several inches of separation between the liner and subgrade. Loading this area with ballast will exacerbate this tension and can distress the liner. |
| | c. Noted Subgrade Deterioration | c. While walking the exposed liner system one can readily feel exposed stones under the liner which were not present during initial placement. This is a result of the finer cushion material gravitating down slope. Consequently, large stones are now in direct contact with the cushion layer that was not intended in the design. In addition, gullies were also noted under sections of the liner. Once ballast is placed over these areas, the liner will stretch to conform to the subgrade voids further stressing the liner.<br>All of these factors create a high risk of liner failure. The existing liner needs to be removed, the subgrade repaired and the liner system replaced. |

| Reservoir Feature | Description | Resulting Potential Problems |
|---|---|---|
| Current Veneer Problems (cont'd) | d. The Type IV Veneer Ballast Cover Soil is inherently unstable. | d. The Type IV soil is inherently unstable and readily slides down the slope even during minimal rainfall events. The reasons are as follows:<br>1. The soil is a fine-grained cohesionless material highly susceptible to erosion. This evidence is prolific at the site. The literature is also prolific with references describing the unstable nature of this soil type.<br>2. The soil readily accepts rainfall infiltration which flows much slower in the soil matrix. This causes the soil to saturate, liquify and flow down the slope.<br>3. The underlying cushion geotextile also absorbs water and saturates the base of this soil which accelerates veneer failure.<br>This is basically a very poor choice of material for its intended purpose. |
| | e. Fabriform Concrete Matte Cover | e. The down slope end of the Fabriform matte is founded on the unstable Type IV veneer soil. See Dwg C-2.10. Any loss of this subgrade soil will result in loss of support of the Fabriform that leads to cracking and possible slippage. This is a high risk design. |
| | f. Riprap Veneer over Fabriform | f. The interface frictional resistance between the riprap and the Fabriform matte is highly questionable. The reported testing did not truly simulate this stability condition. Consequently, interface stability is questionable. Furthermore, Fabriform was originally designed to replace riprap and not to support riprap because of its smooth surface. |
| Emergency Response Plan | a. An Emergency Response Plan was not included with the documents for review nor was one referenced in the documents reviewed. | a. Considering the fact the embankment is constructed of sensitive earthen materials susceptible to surface erosion and piping coupled with single liner system and a tenuous drainage system, catastrophic failure is a real possibility. However, the documents suggest it will take over 30 days to safely drain the reservoir to safeguard residents. Another means of draining the reservoir quickly in the event of an emergency without instigating internal failure is warranted for this high hazard facility. |

# JOHN BOSCHUK, JR., P.E.

## PRESIDENT - JLT LABORATORIES, INC.

### Registration

Mr. Boschuk is an active registered Professional Engineer in the States of Louisiana, Maine, New Jersey and Pennsylvania

Mr. Boschuk is an inactive registered Professional Engineering in the States of Tennessee, Texas, Kentucky, Arkansas, South Carolina, Kansas, Georgia, Arizona, Iowa, New Hampshire, Connecticut, Maryland, Ohio, Virginia and Delaware.

America College of Forensic Examiners - Diplomate Status - Engineering and Technology, *Geotechnical and Geosynthetics*

### Areas of Competence

Municipal and hazardous solid waste disposal systems including CERCLA and RCRA sites. Recent work has included investigations, design, permitting and public relations for waste disposal facilities and closures. Geotechnical, geosynthetic and environmental engineering and testing for foundations, soil stabilization, barrier wall systems, soil erosion control, geosynthetics and liner systems; field investigations and sampling, including quality control and quality assurance procedures; construction engineering; dewatering; cost estimating, forensic analyses, regulatory compliance strategies, and municipal and hazardous waste management.

### Experience Summary

Thirty-eight (38) years of experience in civil, geotechnical, geosynthetics and construction engineering, including resident engineering and management of multi-million dollar civil/environmental and Superfund related projects. Design and installation of dewatering and groundwater monitoring systems; installation of geosynthetics; design of municipal and industrial solid waste disposal systems and closure plans. Preparation of quality assurance plans and design of hazardous waste disposal sites.

### Education

A.S., Civil Engineering, Trenton Jr. College, 1965 - Cum Laude
B.S., Civil Engineering, Lehigh University, 1967 - Cum Laude
M.S., Civil Engineering, University of California at Berkeley, 1968

## JOHN BOSCHUK, JR., P.E.

**Key Projects (International)**

Consultant for governments of Cali and Pasto, Colombia, South America for the management and disposal of municipal waste, recycling technologies and gas collection with secondary energy systems.

Consultant to Government of the Ukraine to cap waste disposal sites created as a result of the Chernobyl Nuclear Power Plant accident.

Consultant to environmental groups in New South Wales, Australia for management and disposal of municipal solid waste.

Principal design peer reviewer, Juncos Landfill Closure, CERCLA Site, Puerto Rico.

Consultant to Waste Management of Spain for liner system design of the Samozas Landfill, Galecia, Spain.

Consultant to Republic of Georgia for usage of geosynthetics in waste disposal facilities.

Consultant to government of Cebu, Philippines for the development of municipal waste management regulations, master plans, and design issues.

Project Engineer/Designer of dams in Okinawa, Japan; Oahu, Hawaii; Shin Chu, Taiwan; Parr, South Carolina; and Puerto Rico.

Project Design and Resident Engineer for dewatering systems for construction of a fossil fuel plant in Sari, Iran for the Iranian Electric Authority. Work also included preloading of organic deposits, design and installation of deep foundations, compaction piles, design of fly ash disposal site and geosynthetic reinforcement for a jetty on soft subgrade soils in the Caspian Sea.

Testing and technical Evaluation of Geosynthetic Clay Liner barrier system for Seoul, Korea international airport, CETCO project.

Testing of Geosynthetic Clay Liner for CETCO, Australia.

Technical Consultant, City of Kiev and City of Cherkassey, Ukraine for municipal waste disposal facility and primary treatment of leachate.

Guest Lecturer, Polytechnic Institute of Kiev, Graduate School of Environmental Engineering.

Technical Consultant to Newmont Gold, Uzbekistan. Evaluation of liner system failure of mining treatment ponds.

## JOHN BOSCHUK, JR., P.E.

**Key Projects (International)** - (Continued)

Principal Engineer for quality assurance of a multiple liner hazardous waste landfill in Niagara Falls, New York working with NYDEC and EPA - Region II.

**Key Projects (Domestic)**

Senior Principal for design of Municipal Waste Landfill expansion for the Development Authority of the North Country, Rodman Landfill, Rodman, New York.

Principal Engineer for landfill design and stabilization facility at a hazardous waste disposal facility in Puerto Rico.

Forensic Engineer, liner system failure, Cecil County Municipal Landfill, Cecil County, Delaware.

Forensic Engineer, liner system failure, Fulton County Landfill, Johnstown, New York.

Forensic Engineer, cover system failure, for a private industrial waste site near Columbus, Illinois - Confidential.

Forensic Engineer, cover system failure, for a municipal waste site in Menominee, Michigan, United Waste Systems.

Principal Engineer for the design of over thirty (30) slurry and geomembrane barrier walls throughout the United States for Geo-Con, Inquip, and Sevenson Environmental as well as principal CQC engineer for the construction of barrier walls.

Principal Engineer for the design of closure plans for hazardous waste sites in New Jersey, Pennsylvania and New York for General Electric Company.

Principal Engineer for the Hudson River PCB Remnant Deposit closure plan for General Electric Company, a Superfund Project.

Senior Consultant for cover system design of the OII CERCLA site near Irvine, California addressing issues of stability, durability and longevity of the composite cover system.

Principal Geotechnical Engineering consultant for the Southwest Sewage Treatment Plant, Philadelphia, PA, which is Philadelphia's largest sewage treatment complex. Work included foundation investigation, groundwater studies, field instrumentation, testing and construction management. Foundations included shallow footings, piles and uplift anchors using accustic emission design techniques.

**JOHN BOSCHUK, JR., P.E.**

**Key Projects (Domestic)** - (Continued)

Principal Geotechnical Engineering Consultant for several water distribution projects for the City of Philadelphia, including new pipe installations, remediation of existing pipe systems, pump houses and treatment plant facilities.

Principal Civil Engineering Consultant for the Philadelphia Suburban Water Company. Work included water supply dam inspection and remediation designs of dams, intake structures, treatment facilities and pipelines. Also performed water supply system distribution and pipe sizing calculations.

Principal Engineer for the Lancaster County Solid Waste Disposal Site, Frey Farm Landfill, Lancaster, Pennsylvania. Work included redesign of the landfill, preparation of permit documents, equivalency issues for PADEP, construction specifications, resident engineering and certification services.

Consulting Engineer to Kodak at Rochester, New York for the removal, treatment and disposal of chemically contaminated soils.

Project Manager for design of aboveground barrel disposal facility for a major chemical firm in Delaware.

Project Engineer for the design of foundation and soil erosion control systems for a major chemical firm at sites in Wilmington, North Carolina; Cherry Island, New Jersey; Martinsburg, West Virginia; Wilmington, Delaware; and several other sites in New Jersey and Delaware.

Project Design Engineer for the closure of 87-acre abandoned municipal waste disposal site in central New Jersey. Prepared detailed closure plans, groundwater investigations, cost estimates, construction specifications, quality control procedures, soil erosion control plans, liner/capping plans, revegetation and landscaping plans.

Project Engineer for the investigation and preparation of remedial actions associated with instability of refuse embankment (120 feet high) in eastern Pennsylvania.

Project Engineer and Designer for eighteen (18) mine waste disposal projects in Virginia, West Virginia, Pennsylvania, Kentucky and Tennessee.

Project Engineer for stabilization of industrial wastes for a chemical firm in Starke, Florida.

Project Manager and Geotechnical Engineer for the inspection of 127 dams in eastern Pennsylvania under the National Dam Inspection Program.

## JOHN BOSCHUK, JR., P.E.

**Key Projects (Domestic)** - (Continued)

Project Engineer and Consultant to the State of West Virginia for the implementation of the state dam inspection program involving over 600 dams, most being mining waste disposal dams and embankments.

Project Engineer for the investigation of a hazardous waste disposal site in Niagara Falls, New York for a major chemical firm prior to Superfund.

Principal Engineer for the stabilization of industrial wastes of a major steel making firm in Pennsylvania and West Virginia. Work included stability analysis, capping, surface drainage systems, soil erosion control plans, groundwater monitoring and investigations.

Principal Investigator and Engineer for assessment for soil erosion and revegetation systems for a nuclear power plant in South Carolina. Work involved assessment of erosion mechanisms and revegetation of over 1,500 acres of earthwork including 3 dams, 3.2 miles of railroad and general site grading around the power plant.

Project Engineer for foundations, site grading, stability and vegetation of five shopping center complexes in New Jersey, Ohio and Pennsylvania.

Researcher for a major chemical firm and aluminum company to evaluate practical means of determining the location of leaks in geomembranes using acoustic emissions monitoring, resistivity and electric sensing systems.

Research Consultant - E.I. DuPont for installation and seaming of Hypalon liner systems and use of acoustic emissions to locate leaks in Hypalon liners.

Consultant to the City of Washington, D.C. for chemical grout stabilization of granular soils for the construction of subway tunnels.

Principal Engineer for the design of expansion and closures of nine landfills in Pennsylvania and New Jersey using geotextiles and clays.

Forensic Engineer for evaluation of over 30 failures at solid waste management facilities including municipal, residual and hazardous waste.

Forensic Engineer for foundation failures including apartment complexes, residential housing, office/commercial buildings, industrial buildings and dams in Pennsylvania, New Jersey, Kentucky and West Virginia

## JOHN BOSCHUK, JR., P.E.

### Professional Affiliations

American College of Forensic Examiners - Diplomate Status
American Society of Civil Engineers
American Society for Testing and Materials
International Geotextile Society
Who's Who in Engineering
Who's Who - Environmental Registry
Who's Who Worldwide
International Association of Geosynthetics Installers
National Society of Professional Engineers
Tau Beta Pi - Lehigh University Chapter
Chi Epsilon - Lehigh University Chapter
Engineers Society of Western Pennsylvania
Pennsylvania Environmental Council
World Affairs Council-Environmental
Society of Plastic Engineers

### Publications

ADesign and Testing of a Landfill Cover with Geomembrane@, N. Paruvakat, G.W. Sevick, J. Boschuk, Jr., and S. Kollodge, ASTM STP 1081 Geosynthetic Testing for Waste Containment Applications.

"Designing with Geosynthetic Cushions" Civil Engineering News, October 1994, pages 32 - 36.

"The Art of Selecting Geosynthetic Interface Friction Values", Civil Engineering News, November, 1994, pages 44 - 47.

"Waste Containment Liner System Design: A Multitude of Considerations", Civil Engineering News, December, 1994, pages 30 - 34.

"From Design to Specifications - Use of Geosynthetic's Manufacturer's Property Data", Civil Engineering News, March 1995.

"Installation and Field Quality Control of Multiple Layer Liner System for Residual Waste Disposal", International Conference on Geomembranes, 1984, Eith, Anthony W. and Boschuk, John.

"Photo Interpretation and the Design of Remote Airfields", Society of American Military Engineers, Okinawa, 1971.

"Triaxial Testing and Bearing Capacity Recommendations", American Society of Civil Engineers, Honolulu, Hawaii, 1970.

## JOHN BOSCHUK, JR., P.E.

**Publications** (Continued)

"Techniques for Triaxial and Cyclic Testing of Soils", Dames and Moore, San Francisco, Salt Lake City, Chicago, New York, Honolulu, 1968, 1969.

"Annotated Bibliography on Sheet Pile Structures", co-authored with H.Y. Fang, Fritz Engineering Laboratory, Lehigh University, March 1968.

"Installation of Geomembranes in Winter", International Conference on Geomembrane, Denver, Colorado, 1986.

"Coal Refuse Disposal and the West Virginia Dam Safety Act", Civil Engineering lecturer, West Virginia, 1975, 1976.

"Sealed Double Ring Infiltrometer Testing and Analysis", NSWMA Conference, 1987.

"Design and Testing of a Landfill Final Cover with Geosynthetics" Symposium on Geosynthetic Testing for Waste Containment Application, ASTM STP 1081, Philadelphia, 1990.

"Testing of Geosynthetics and Geogrids", Tensar Symposium on Structural Synthetic Geogrids for Waste Facility Applications, October 24, 1990, Philadelphia, Pennsylvania, October 25, 1990, Baltimore, Maryland

"Prefabricated Bentonite Clay Liners", A. W. Eith, J. Boschuk, R. M. Koerner, 4th GRI Seminar, Landfill Closures, Drexel University, Philadelphia, Pennsylvania, December 13 and 14, 1990.

"Landfill Covers - An Engineering Perspective", Geotechnical Fabrics Report, March 1991, page 23.

"Custom Geocomposite for Superfund Closure Cap - A Case Study", Geosynthetics '93, June, 1992, Vancouver, Canada, J. Boschuk, et. al.

"Conformance Testing of Geosynthetic Clay Liners", USEPA Geosynthetic Clay Liner Workshop, Cincinnati, Ohio, July 9, 1992.

"Landfills - By Design or by Decree?", Geotechnical Fabrics Report, June, 1993.

"Stability Analysis of Multiple Composite Slopes", 41st Geotechnical Engineering Conference, University of Minnesota, February 5, 1993.