# JOHN BOSCHUK, JR., P.E.

## Synopsis of Laboratory Experience

| | |
|---|---|
| 1966 - 1967 | Mr. Boschuk wrote the undergraduate laboratory soils testing manual which was used by Junior Civil Engineering students at Lehigh University. |
| 1966 - 1969 | Mr. Boschuk worked as senior laboratory technician responsible for shear strength testing under both static and dynamic conditions for Dames and Moore in their New York and San Francisco offices. He also presented technical papers to most of Dames and Moore's offices relative to the proper testing techniques for determining engineering properties of soils. |
| 1969 - 1971 | As a Captain in the Corps of Engineers, Mr. Boschuk served as geotechnical testing reviewer for all projects in the Pacific Ocean Division. He also served as resident geotechnical engineer and laboratory manager for construction of Fukuji Dam in Japan and worked at Dames & Moore's laboratory in Honolulu, Hawaii. |
| 1972 - 1979 | Mr. Boschuk was the responsible Engineer for the testing of all materials at Woodward Clyde Consultants for all projects performed for DuPont. He was also contracted by DuPont to perform several research projects such as evaluation of stabilization alternatives for closure of titanium lagoons at DuPont's Starke, Florida facility and techniques for locating leaks in Hypalon liners using acoustic emission techniques. Mr. Boschuk established the geotechnical laboratory for the construction of the VC Summer Nuclear Station. He directed the writing of all QA/QC manuals and was responsible for bi-annual calibration of the equipment. |
| 1980 to Present | Mr. Boschuk established J&L Testing Company, Inc. (currently JLT Laboratories, Inc.), a firm specializing in geotechnical and geosynthetic testing and research. He was directly responsible for all research work, preparation of Quality Control manuals and training of employees. Presently, Mr. Boschuk serves as a technical consultant to JLT and designs research equipment for new testing techniques and procedures for geotechnical and geosynthetic products. The firm currently performs a substantial amount of work for producers of geosynthetic products specifically related to landfills, lagoons and other containment systems. |

Over all, Mr. Boschuk has over thirty-five (35) years of laboratory and geotechnical/geosynthetic engineering experience.

# JOHN BOSCHUK, JR., P.E.

## Expert Testimony and Legal Counseling Experience

Served as an expert witness for Waste Management Inc. - Northern Region for design and permitting of landfills principally in New Jersey and Pennsylvania. Tasks have included participation at public meetings, public hearings and trials.

Served as an expert witness for several projects in Pennsylvania, New York, New Jersey, Illinois and California regarding landfills and underground leaking fuel tanks.

Served as an expert witness for several Philadelphia based law firms dealing with landfills and underground leaking fuel tanks.

Served as an expert witness for RCA/GE for the closure of landfills in New Jersey, New York and Puerto Rico.

Served as an expert witness for a PRP Committee for closure of Taylor Borough, Superfund site in northeastern Pennsylvania. Work involved coordination with the EPA for public hearings and preparation of news releases for the site.

Served as technical expert to several PRP groups for sites in the northeast. Work involved public hearings, preparation of news releases and direct negotiations with EPA and state regulatory agencies in conjunction with the preparation of consent decrees. Most recent project is the Hudson River PCB remnant Deposit Site in Glens Falls, New York, a Superfund project.

Provided Technical Counseling services for Chemical Waste Management's law firm for litigation after failure of the Kettleman City hazardous waste disposal facility.

Served as forensic engineer and technical advisor to Fulton County, New York's legal council for mediation and arbitration proceedings associated with a landfill liner system failure.

Technical advisor and expert witness for American Colloid on a patent case in Chicago, Illinois.

Served as Technical Council to a law firm for Marcy Excavation, Rome, New York for a contract dispute resolved through mediation.

Expert witness testimony for Molag, Inc., Pittsburgh, Pennsylvania for a contract dispute.

Expert witness and technical council for a Maryland law firm for Montgomery County, Maryland. Work involved a landfill siting study.

Expert witness for Todd Melvin Excavation, Inc., Weirton, West Virginia for a contract dispute. As a result of the deposition prepared for the trial, the case was resolved before the trial in favor of my client.

September 2001

**A-92**

# JOHN BOSCHUK, JR., P.E.

### Expert Testimony and Legal Counseling Experience (Continued)

Prepared deposition for a law firm in Sacramento, California which lead to out of court settlement in lieu of a jury trial.

Expert witness and technical advisor to a Jackson, Mississippi law firm regarding several failed geomembrane lined ponds. Based on the technical input provided together with a deposition, the case was settled out of court in the client's favor.

Technical Consultant to the law firm of Archer-Greiner for the GEMS Landfill, New Jersey.

Expert witness and consultant to Montgomery County, Maryland for the county's waste management, recycling and incineration facilities.

Expert witness for MSW landfill failures in Delaware and Maine serving as technical council to the Contractor's legal council.

Technical Expert - Performance of leachate collection system, Tri-Community Landfill, Caribou, Maine. Resolved through mediation.

Technical Expert - Borrow source litigation representing BFI through the law firm of Klett, Lieber, Rooney & Schorling, Philadelphia/Pittsburgh. Case resolved through mediation in lieu of trial (1999-2000).

Technical Expert - Residential house foundation failure, Campbell County, Kentucky representing home owner (2000).

## Teaching Experience

Guest Lecturer - Geosynthetic Design and Testing, University of West Virginia, 1992 to Present.

Senior Instructor - Soils and Geosynthetics CQC Inspection and Testing, Community College of Beaver County, PA.

CQA Instructor - Geosynthetics CQC/CQA Workshop for the installation of geosynthetics and NICET examination review, J&L Engineering, Inc., 1991 to Present.

Guest Lecturer - Polytechnic Institute of Kiev, Kiev, Ukraine. Environmental Engineering Department.

**JOHN BOSCHUK, JR., P.E.**

**Research Experience**

Since the mid-1970's, Mr. Boschuk performed research on geosynthetic materials for the containment of solid and liquid wastes as well as research on soils and aggregate in waste containment systems. He performed product development work on geonets, geonet composites, geomembranes and geosynthetic clay liners. He developed test protocols for the selection of aggregates in leachate collection systems and helped to develop hydraulic conductivity and compatibility tests for clay barrier soils and for slurry wall barrier systems.

# URS

November 18, 2004


Mr. Carl F. Luft
City Manager
City of Newark
220 Elkton Road
P.O. Box 390
Newark, DE 19715-0390

Subject:     **Response to GeoSystems Consultants Letter of October 26, 2004**
            **Newark Reservoir Project**


Dear Mr. Luft:

As requested, URS Corporation has prepared this response to the October 26, 2004 letter prepared by GeoSystems Consultants, Inc. requesting additional information on selected issues. This letter addresses each of Dr. Calabria's questions in the order in which they were raised.

**Embankment**

*Question 1. Did URS perform Slope Stability analyses for the "No Liner" condition?*

    *a. List Assumptions*

    *b. How was the phreatic surface determined? Provide backup calculations or model simulation including laboratory and/or field data so support assumptions such as permeability values of embankment, residual soil, transition materials, and bedrock.*

    *c. How were the strength properties of the soil and rock strata determined or selected? Provide backup supporting documentation.*

**Response 1.** Yes, URS performed a slope stability analysis for the downstream slope under extreme worst case conditions assuming no liner and a long term steady state condition. The analysis was conducted using the program, UTEXAS3 assuming a fully developed phreatic surface. The results were discussed in our April 14, 2004 report. Our assumptions for that analysis are as follows:

- The phreatic surface for that analysis was estimated using the finite element program, SEEP/W (See Attachment 1). The results compare favorably with traditional flow-net methods for estimating the position of the phreatic surface.

URS Corporation
200 Orchard Ridge Drive, Suite 101
Gaithersburg, MD 20878-1978
Tel: 301.258.9780
Fax: 301.869.8728

**NEW11597**

**A-95**

C:\Technical Files\Projects\Newark Construction\Newark Screens\Response Staff\Calabria Response\Response to CC letter 11-19 Final.doc

# URS

Mr. Carl Luft
City of Newark
November 18, 2004
Page 2

- Hydraulic conductivity (k) values were estimated using empirical correlations to material types and in situ properties. Assumed k values are as follows:
    - o Embankment: 5E-04 cm/sec
    - o Residual Soil: 5E-04 cm/sec
    - o Transition Materials: 5E-04 cm/sec
    - o Rock: 1E-05 cm/sec

An analysis using the Hazen Equation applied to 28 grain size curves of site soils tested during design yields k values ranging from a high of approximately 5E-03 cm/sec to a low of 1E-06 cm/sec. Twenty-three of the 28 samples produced estimated k values less than or approximately equal to the 5E-04 cm/sec value used in design, indicating that the design value is reasonable and appropriately conservative.

In addition, the assumed k values for the embankment materials compare favorably with laboratory permeability test results conducted on similar site soils used for Zone IV. Laboratory k values ranged from about 3E-04 to 3E-05 cm/sec with four of the six tests yielding k values in the range of 3E-05 to 5E-05 cm/sec. Again all values were less than the design value. The test samples contained 23 to 26 percent fines and were compacted to 90 percent of the Standard Proctor maximum dry density at moisture content values ranging from 2% dry to 2% wet of optimum. The laboratory test results are included as Attachment 2. Considering the Zone I embankment materials were compacted to at least 98% of the Standard Proctor maximum dry density, the selected permeability value of 5E-04 cm/sec should again be conservative.

- The strength parameters for embankment materials were based on triaxial compression tests of compacted site soils (provided in Appendix B of the Basis of Design Report). The strength parameters for the residual soils, transition materials, and rock were estimated based on Standard Penetration Test (N-values) results, index testing, and laboratory strength testing of the compacted samples. The assumed effective stress, strength parameters were as follows:
    - o Embankment: friction angle = 33.5 degrees, cohesion = 115 psf
    - o Residual Soil: friction angle = 30 degrees, cohesion = 50 psf
    - o Transition Materials: friction angle = 35 degrees, cohesion = 250 psf
    - o Rock: friction angle = 45 degrees, cohesion = 1500 psf

The above strength values can be found on Table 4-2 of the Basis of Design Report.

Even with this extreme phreatic surface, the computed factor of safety was approximately 1.1. In other words, in the hypothetical event that there was no liner present, the slope is still stable.

NEW11598

# URS

Mr. Carl Luft
City of Newark
November 18, 2004
Page 3

*Question 2. Comment on the location of the phreatic surface. Is the phreatic surface contained entirely within the embankment or does it exit on the downstream slope?*

**Response 2.** For the extreme, hypothetical no-liner scenario, the phreatic surface exits on the downstream slope. For more realistic design cases, which simulate a leakage rate of 500 gallons per acre per day, the phreatic surface follows the geotextile into the underdrain and does not exit the downstream slope. For a leakage rate of 10 times the design value (5,000 gallons per acre per day) the SEEP/W model used for the analysis indicated that small portions of the upstream slope became saturated, but that the steady state phreatic surface did not intercept the downstream slope.

*Question 3. Is it the state of practice for "High Hazard Dams" to incorporate a "Toe Drain" in the design? What specific measures does the current design incorporate to address the condition of seepage through the embankment?*

**Response 3.** The state of practice for high hazard dams does not necessarily require a toe drain, but should include positive seepage control measures. In general, it would be appropriate to provide some type of downstream drain such as a toe drain for an unlined homogenous high hazard embankment dam. Embankments with upstream liners usually employ upstream drainage beneath the liner to control seepage at that point. This is the case with the Newark embankment where drainage is provided by the bottom 16-oz/sy non-woven needle-punched (NWNP) geotextile, strip drains, and interior perimeter drain.

The Walker Farm impoundment (located in East Marlborough Township, PA) and the Strasburg impoundment (located in West Bradford Township, PA) are two such projects with similar seepage controls that have been constructed and are functioning satisfactorily. These facilities employ a 60 mil LLDPE liner with upper and lower 12-oz/sy geotextiles as well as cover soils on the slope overtopped by riprap along the upper portion of the slope. The Walker Farm impoundment also has an interior toe drain and required obtaining a dam permit from the Pennsylvania Division of Dam Safety.

*Question 4. Are the compacted and in situ embankment materials susceptible to "piping"? Provide explanation (including laboratory test results such as ASTM D 4647 ("Pin Hole Test") and calculations to support response.*

**Response 4.** As is the case for all soils, the site soils could be susceptible to piping under the right combination of concentrated leakage, gap grading and high gradients. URS conducted seepage and piping analysis using data developed from the SEEP/W computer model assuming various highly unlikely conditions. These cases assumed no liner as well as scenarios assuming major defects in the liner and/or embankment. We also evaluated the self-filtering capabilities of the Zone I embankment soils and found that the embankment soils met the self-filtering criteria. The results of these analyses were discussed in our April 14, 2004 report. We will provide additional documentation on these analyses under separate correspondence.

**NEW11599**

**A-97**

# URS

Mr. Carl Luft
City of Newark
November 18, 2004
Page 4

We did not conduct a Pin-Hole Dispersion test since this test is meant to test potentially dispersive clays and is not appropriate for the granular soils at the reservoir site.

**Liner and Under-Drain Systems**

*Question 1. Can the flow in the under-drain system from groundwater be distinguished from leakage through the liner system?*

**Response 1.** Prior to filling the reservoir, the drain system discharge will be measured and a baseline groundwater flow will be established. The reservoir is located at the top of a hill and the covering of the site should reduce recharge of the groundwater table directly beneath the site. Significant sustained increases in any of the three discharge weirs and/or increases in any of the piezometer readings within the drain system would therefore, most likely be an indication of leakage through the liner system. Instrumentation readings would be closely monitored and evaluated during the controlled first filling program to establish the groundwater baseline information and to detect possible leaks.

*Question 2. How can the condition of high leakage through the liner system be identified during the operational life of the project? Provide commentary and documentation including calculations or model simulations to support response.*

**Response 2.** The instrumentation system for the reservoir consists of weirs and piezometers, which are connected to an automated data-acquisition system (ADAS) that will relay data to the City's treatment plant and other selected sites on a real-time basis. A typical range of baseline readings for the weirs and piezometers will be established during the controlled first filling program and the first year of operation. In addition, "trigger" limits will be set to identify readings that may indicate a leak. Since the underdrain system is subdivided into three independently monitored lines with internal pressure sensors, some indication of the location of the leakage may be provided. Furthermore, routine and regular visual observation of seepage on the downstream slope, if any will assist in this process. The instruments will be monitored continuously during the operation of the reservoir and trends evaluated on a regular basis.

*Question 3. Details of the under-drain system (Dwgs. C-2.08, and I-2.03) do not show separation geotextiles between Zone V or transitional materials and drainage material, or between drainage material and #8 stone. Was this the intent of this detail? Provide commentary and documentation including calculations to support response.*

**Response 3.** The intent of the underdrain design is to provide seepage/leakage collection and conveyance without relying on geotextiles for material separation. Therefore, a graded drain system was designed. A filter compatibility check was performed for the various material interfaces using Soil Mechanics Note No. 1 from the Soil Conservation Service (1986). The supporting calculations are provided in Attachment 3.

**NEW11600**

**A-98**

# URS

Mr. Carl Luft
City of Newark
November 18, 2004
Page 5

## Other

*Question 1.  Is there an Emergency Response Plan in place?*

**Response 1.** A draft Emergency Action Plan (EAP) has been prepared and will be completed prior to filling the reservoir. Procedures in the final EAP will be linked to the ADAS monitoring system and visual inspection program as discussed above in Response 2 above.

We trust that this response adequately addresses your questions. As mentioned above we will be providing additional documentation related to Question 4. Please feel free to contact us should you have additional questions or require additional information.

Sincerely,

**URS Corporation**

Joseph R. Kula, P.E.
Project Director


Attachments    1. Estimated Phreatic Surface with No Liner
               2. Laboratory Test Data
               3. Filter Compatibility Check


cc:    Mr. Craig Calabria - GeoSystems Consultants
       Ms. Carol Houck - City of Newark
       Mr. James Green - Seitz, Van Ogtrop & Green, P.A.
       Ms. Vicky Petrone - Tighe, Cottrell and Logan, P.A.


**NEW11601**

**A-99**

**ATTACHMENT 1**
**ESTIMATED PHREATIC SURFACE WIT NO LINER**

NEW11602

A-100



ATTACHMENT 1
ESTIMATED PHREATIC SURFACE WITH NO LINER
NEWARK RESERVOIR

MATERIAL PARAMETERS
Embankment Fill (orange): k = 5x10-4 cm/s
Transitional Material (yellow): k = 5x10-4 cm/s
Bedrock (red): k = 1x10-5 cm/s

Distance (feet)

NEW11603

A-101

**ATTACHMENT 2**
**LABORATORY TEST DATA**

NEW11604

A-102

AB_SUMMARY_TABLE_BLUEBELL 20592237-1MPDA-NEWARK RESERVOIR-12-18-2003.GPJ URS_BLUE.GDT 1/17/04

**URS**

Project: Newark Reservoir
Project No.: 20592237

## SUMMARY OF LABORATORY TEST RESULTS

| Boring and Sample Number | Depth (feet) | Classification | USCS Symbol | Water Content (%) | Dry Unit Weight (pcf) | Atterberg Limits Liquid Limit | Atterberg Limits Plastic Limit | Specific Gravity | Organic Content (%) | Grain Size -#200 (%) | Grain Size <2u (%) | Compaction | Consolidation | Unconfined Compression Stress (psi) | Unconfined Compression Strain (%) | Triaxial Compression UU | Triaxial Compression CIU | Permeability (cm/sec) | Special Tests |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AG-2 | - | BROWN MICACEOUS SILTY SAND | SM | | | | | 2.80 | | 26 | 8 | * | | | | | | | |
| AG-2 | - | 90.2% Compaction @ -2% of Opt. | | 10.8 | 108.0 | | | | | | | | | | | | | 1.8E-04 | |
| AG-2 | - | 90.2% Compaction @ Opt. | | 12.8 | 108.1 | | | | | | | | | | | | | 4.4E-05 | |
| AG-2 | - | 90.2% Compaction @ +2% of Opt. | | 14.8 | 108.1 | | | | | | | | | | | | | 5.5E-05 | |
| AG-5 | - | BROWN MICACEOUS SILTY SAND | SM | | | | | 2.80 | | 23 | 8 | * | | | | | | | |
| AG-5 | - | 90.3% Compaction @ -2.1% of Opt. | | 10.5 | 107.5 | | | | | | | | | | | | | 2.6E-04 | |
| AG-5 | - | 90.1% Compaction @ +0.1% of Opt. | | 12.7 | 107.3 | | | | | | | | | | | | | 3.4E-05 | |
| AG-5 | - | 90.1% Compaction @ +2.1% of Opt. | | 14.7 | 107.2 | | | | | | | | | | | | | 3.7E-05 | |

NEW11605

Sheet 1 of 1

Note: This soil classification is based partially on visual classification unless both grain size and Atterberg limits are performed.
* Refer to Laboratory Test Curves

A-103

| SYMBOL | ● | ⊠ | ▲ |
|---|---|---|---|
| Boring | BAG-2 | BAG-2 | BAG-5 |
| Sample | | Consol | |
| Spec | | | |
| Depth (ft) | – | – | – |
| % +3" | 0.0 | 0.0 | 0.0 |
| % Gravel | 8.5 | 0.0 | 14.2 |
| % Sand | 85.9 | 74.8 | 62.3 |
| % Fines | 25.6 | 25.2 | 23.4 |
| %-2μ | 8.2 | | 6.4 |
| Cc | 7.74 | | 5.79 |
| Cu | 112.79 | | 66.24 |
| LL | | | |
| PL | | | |
| PI | | | |
| USCS | SM | SM | SM |
| w (%) | | | |

| PERCENT FINER | | | |
|---|---|---|---|
| Particle Size (Sieve #) | ● | ⊠ | ▲ |
| 4" | | | |
| 3" | | | |
| 1-1/2" | 100.0 | | 100.0 |
| 3/4" | 97.5 | 100.0 | 93.3 |
| 3/8" | 91.5 | 87.3 | 85.8 |
| 4 | 82.1 | 73.5 | 76.1 |
| 10 | 76.2 | 58.4 | 70.3 |
| 20 | 62.9 | 44.6 | 58.6 |
| 40 | 47.8 | 35.9 | 44.3 |
| 60 | 10.0 | 34.3 | 33.2 |
| 100 | 35.9 | 25.2 | 23.4 |
| 200 | 25.6 | | |

PARTICLE SIZE DISTRIBUTION

Newark Reservoir

| Project Number 20592237 | Figure 1 |
|---|---|

**URS**

NEW11606

| SYMBOL | DESCRIPTION AND REMARKS |
|---|---|
| ● | BROWN MICACEOUS SILTY SAND (SM) |
| ⊠ | BROWN MICACEOUS SILTY SAND (SM) |
| ▲ | BROWN MICACEOUS SILTY SAND (SM) |

A-104



A-105



| Project Name: Newark Reservoir | Figure 4 |
|---|---|
| Sample Identification: BAG-5 | Project No.: 20592237 |
| Material Description: BROWN MICACEOUS SILTY SAND (SM) | |

| Optimum Moisture Content(%): 12.6 | Specific Gravity: 2.80 (measured) | Liquid Limit(%): |
|---|---|---|
| Maximum Dry Unit Weight(pcf): 119.0 | Method of Compaction: ASTM D 698 Method A | Plastic Limit(%): |

Zero Air Void Line

DRY DENSITY, pcf

MOISTURE CONTENT %

NEW11608

| Project Name:  Newark Reservoir | Figure 3 |
|---|---|
| Sample Identification:  BAG-2 | Project No.:  20592237 |

| Material Description:  BROWN MICACEOUS SILTY SAND (SM) | | |
|---|---|---|
| Optimum Moisture Content(%): 12.8 | Specific Gravity: 2.80 (measured) | Liquid Limit(%): |
| Maximum Dry Unit Weight(pcf): 119.8 | Method of Compaction:  ASTM D 698 Method A | Plastic Limit(%): |



NEW11609

A-107

AB_SUMMARY_TABLE_BLUEBELL 20592237-\NPDO-NEWARK RESERVOIR-12-16-2003.GPJ  URS_BLUE.GDT  2/1/04

**Project: Newark Reservoir**
**Project No.: 20592237**

# URS

# SUMMARY OF LABORATORY TEST RESULTS

| Boring and Sample Number | Depth (feet) | Classification | USCS Symbol | Water Content (%) | Dry Unit Weight (pcf) | Liquid Limit | Plastic Limit | Specific Gravity | Organic Content (%) | <#200 (%) | <2µ (%) | Compaction | Consolidation | Stress (psi) | Strain (%) | UU | CIU | Permeability (cm/sec) | Special Tests |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AG-2 | - | BROWN MICACEOUS SILTY SAND | SM | 15.5 | | | | | | 24 | 6 | | | | | | | | |
| AG-2 | - | BROWN MICACEOUS SILTY SAND | SM | | | | | 2.60 | | 26 | 8 | * | | | | | | | |
| AG-5 | - | BROWN MICACEOUS SILTY SAND | SM | 24.1 | | | | | | 23 | 6 | | | | | | | | |
| AG-5 | - | BROWN MICACEOUS SILTY SAND | SM | | | | | 2.60 | | 23 | 6 | * | | | | | | | |

NEW11610

Sheet 1 of 1

Note: The soil classification is based partially on visual classification unless both grain size and Atterberg limits are performed.
* Refer to Laboratory Test Curves

**A-108**



| SYMBOL | | ● | ☒ |
|---|---|---|---|
| Boring | | BAG-2 | BAG-2 |
| Sample | | | |
| Spec | | | |
| Depth (ft) | | — | — |
| % +3" | | 0.0 | 0.0 |
| % Gravel | | 9.9 | 8.5 |
| % Sand | | 65.9 | 65.9 |
| % Fines | | 24.2 | 25.6 |
| % -2µ | | 5.9 | 8.2 |
| Cc | | 4.76 | 7.74 |
| Cu | | 72.35 | 112.79 |
| LL | | | |
| PL | | | |
| PI | | | |
| USCS | | SM | SM |
| w (%) | | 15.6 | |

| PERCENT FINER | | | |
|---|---|---|---|
| Particle Size (Sieve #) | | ● | ☒ |
| 4" | | | |
| 3" | | | |
| 1-1/2" | | 100.0 | 100.0 |
| 3/4" | | 96.1 | 97.5 |
| 3/8" | | 90.1 | 91.5 |
| 4 | | 79.4 | 82.1 |
| 10 | | 72.7 | 76.2 |
| 20 | | 58.9 | 62.9 |
| 40 | | 44.4 | 47.8 |
| 60 | | 33.6 | 35.9 |
| 100 | | 24.2 | 25.6 |
| 200 | | | |

**URS**

# PARTICLE SIZE DISTRIBUTION
Newark Reservoir

| Project Number 20592237 | January 2004 | Figure 1 |
|---|---|---|

NEW11611

| SYMBOL | DESCRIPTION AND REMARKS |
|---|---|
| ● | BROWN MICACEOUS SILTY SAND (SM) |
| ☒ | BROWN MICACEOUS SILTY SAND (SM) |

A-109



| SYMBOL | ● | ⊠ |
|---|---|---|
| Boring | BAG-5 | BAG-5 |
| Sample | | |
| Spec | | |
| Depth (ft) | | |
| % +3" | 0.0 | 0.0 |
| % Gravel | 12.9 | 14.2 |
| % Sand | 63.9 | 62.3 |
| % Fines | 23.3 | 23.4 |
| % -2µ | 5.9 | 6.4 |
| Cc | 4.41 | 5.79 |
| Cu | 75.05 | 86.24 |
| LL | | |
| PL | | |
| PI | | |
| USCS | SM | SM |
| w(%) | 24.1 | |

PERCENT FINER

| Particle Size (Sieve #) | ● | ⊠ |
|---|---|---|
| 4" | | |
| 3" | | 100.0 |
| 1-1/2" | 100.0 | 93.3 |
| 3/4" | 98.8 | 85.8 |
| 3/8" | 94.5 | 76.1 |
| 4 | 87.1 | 70.3 |
| 10 | 77.7 | 58.6 |
| 20 | 69.2 | 44.3 |
| 40 | 56.0 | 33.2 |
| 60 | 42.3 | 23.4 |
| 100 | 32.1 | |
| 200 | 23.3 | |

PARTICLE SIZE DISTRIBUTION

Newark Reservoir

| Project Number 20592237 | January 2004 | Figure 2 |

URS

NEW11612

| SYMBOL | DESCRIPTION AND REMARKS |
|---|---|
| ● | BROWN MICACEOUS SILTY SAND (SM) |
| ⊠ | BROWN MICACEOUS SILTY SAND (SM) |

A-110

**URS**

LAB_SUMMARY_TABLE_BLUEBELL 20592237.1MPO0-NEWARK RESERVOIR.42-16-2002.GPJ URS_BLUE.GDT 1/5/04

Project: Newark Reservoir
Project No.: 20592237

## SUMMARY OF LABORATORY TEST RESULTS

| Boring and Sample Number | Depth (feet) | Classification | USCS Symbol | Water Content (%) | Dry Unit Weight (pcf) | Atterberg Limits Liquid Limit | Atterberg Limits Plastic Limit | Specific Gravity | Organic Content (%) | Grain Size <#200 (%) | Grain Size <2u (%) | Compaction | Consolidation | Unconfined Compression Stress (psi) | Unconfined Compression Strain (%) | Triaxial Compression UU | Triaxial Compression CIU | Permeability (cm/sec) | Special Tests |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IAG-1 | - | BROWN MICACEOUS SILTY SAND | SM | 13.8 | | | | | | 24 | 5 | | | | | | | | |
| IAG-2 | - | BROWN MICACEOUS SILTY SAND | SM | 15.5 | | | | | | 24 | 6 | | | | | | | | |
| IAG-3 | - | BROWN MICACEOUS SILTY SAND with GRAVEL | SM | 14.5 | | | | | | 23 | 6 | | | | | | | | |
| IAG-4 | - | BROWN MICACEOUS SILTY SAND | SM | 14.8 | | | | | | 23 | 6 | | | | | | | | |
| IAG-5 | - | BROWN MICACEOUS SILTY SAND | SM | 24.1 | | | | | | 23 | 6 | | | | | | | | |

NEW11613

Sheet 1 of 1

Note: The soil classification is based partially on visual classification unless both grain size and Atterberg limits are performed.
* Refer to Laboratory Test Curves

A-111

NEW11614

| SYMBOL | ● BAG-1 | ■ BAG-2 | ▲ BAG-3 |
|---|---|---|---|
| Boring | — | — | — |
| Sample | | | |
| Spec | | | |
| Depth (ft) | | | |
| % +3" | 0.0 | 0.0 | 0.0 |
| % Gravel | 9.3 | 9.9 | 15.5 |
| % Sand | 67.0 | 65.9 | 61.1 |
| % Fines | 23.7 | 24.2 | 23.4 |
| %-2µ | 4.9 | 5.9 | 6.2 |
| Cc | 4.12 | 4.76 | 4.83 |
| Cu | 63.27 | 72.36 | 95.69 |
| LL | | | |
| PL | | | |
| PI | | | |
| USCS | SM | SM | SM |
| w(%) | 13.8 | 15.5 | 14.8 |

**PERCENT FINER**

| Particle Size (Sieve #) | ● | ■ | ▲ |
|---|---|---|---|
| 4" | | | |
| 3" | | | |
| 1-1/2" | | | |
| 3/4" | 100.0 | 100.0 | 100.0 |
| 3/8" | 97.8 | 98.1 | 92.6 |
| 4 | 90.7 | 90.1 | 84.5 |
| 10 | 79.2 | 79.4 | 75.1 |
| 20 | 71.8 | 72.7 | 67.1 |
| 40 | 57.8 | 58.9 | 54.2 |
| 60 | 43.6 | 44.4 | 41.4 |
| 100 | 32.8 | 33.6 | 31.7 |
| 200 | 23.7 | 24.2 | 23.4 |

**PARTICLE SIZE DISTRIBUTION**

Newark Reservoir

| Project Number 20592237 | December 2003 | Figure 1 |
|---|---|---|

**URS**

COBBLES | GRAVEL | SAND | SILT OR CLAY

GRAVEL: coarse | fine
SAND: coarse | medium | fine

U.S. STANDARD SIEVE OPENING IN INCHES
U.S. STANDARD SIEVE NUMBERS
HYDROMETER

6  4  3  2  1.5  1  3/4  3/8   4  6  8  10  20  40  60  100  200

PARTICLE SIZE (mm)

PERCENT PASSING

100  90  80  70  60  50  40  30  20  10  0

100   10   1   0.1   0.01   0.001

**DESCRIPTION AND REMARKS**

| SYMBOL | |
|---|---|
| ● | BROWN MICACEOUS SILTY SAND (SM) |
| ■ | BROWN MICACEOUS SILTY SAND (SM) |
| ▲ | BROWN MICACEOUS SILTY SAND with GRAVEL (SM) |

A-112



NEW11615

| SYMBOL | ● | ⊠ |
|---|---|---|
| Boring | BAG-4 | BAG-5 |
| Sample | | |
| Spec | | |
| Depth (ft) | | |
| % +3" | 0.0 | 0.0 |
| % Gravel | 11.1 | 12.9 |
| % Sand | 65.7 | 63.9 |
| % Fines | 23.2 | 23.3 |
| %-2µ | 5.6 | 5.9 |
| Cc | 4.51 | 4.41 |
| Cu | 67.93 | 75.05 |
| LL | | |
| PL | | |
| PI | | |
| USCS | SM | SM |
| w (%) | 14.6 | 24.1 |

**PERCENT FINER**

| Particle Size (Sieve #) | ● | ⊠ |
|---|---|---|
| 4" | | |
| 3" | | |
| 1-1/2" | | 100.0 |
| 3/4" | 100.0 | 96.8 |
| 3/8" | 96.0 | 94.5 |
| 4 | 88.9 | 87.1 |
| 10 | 78.6 | 77.7 |
| 20 | 70.9 | 69.2 |
| 40 | 57.1 | 58.0 |
| 60 | 42.7 | 42.3 |
| 100 | 32.2 | 32.1 |
| 200 | 23.2 | 23.3 |

## PARTICLE SIZE DISTRIBUTION

Newark Reservoir

| Project Number 20592237 | December 2003 | Figure 2 |
|---|---|---|

**URS**

**COBBLES** | **GRAVEL** coarse / fine | **SAND** coarse / medium / fine | **SILT OR CLAY**

U.S. STANDARD SIEVE OPENING IN INCHES

U.S. STANDARD SIEVE NUMBERS

HYDROMETER

PARTICLE SIZE (mm)

PERCENT PASSING

**DESCRIPTION AND REMARKS**

| SYMBOL | |
|---|---|
| ● | BROWN MICACEOUS SILTY SAND (SM) |
| ⊠ | BROWN MICACEOUS SILTY SAND (SM) |

A-113

**ATTACHMENT 3**
**FILTER COMPATABILITY CHECK**

NEW11616

A-114

Cal by MP     Date 11/8/2004     Project NEWARK Reservoir  Page 1 of 5
Checked by ___ Date 11/8/04     Subject Filter check          Proj._____

## Purpose:

To check present filter material for suitability in Newark Reservoir.

## Procedure:

To check the filter following the steps from the "Guide for Determining the Gradation of Sand and Gravel Filters" by the U.S Department of Agriculture, 1986 (attached). The situations to be checked are:

1. Base "drain mat" $\rightarrow$ Filter #8
2. Base "Zone V" $\rightarrow$ Filter "drain mat"
3. Base "Trans Mat" $\rightarrow$ Filter "drain mat"
4. #8 $\rightarrow$ Pipe Slot

The calculations will be labeled as they are in the above mentioned document.

In this situation the following is known:
- Gradation of material used as filters; Figure 1 Newark Reservoir Gradation Chart
- The pipe has a slot size of 0.125"
- The drain is currently set up as shown in Figure 2

## Calculations:

Situation 1 (Base "drain mat" $\rightarrow$ Filter #8)
Step 2: Drain mat. contains 1.5% > #4 sieve

Step 3: Correct for 1.5% > #4 sieve
= 98.5% / 100% = .985 (correction factor)

| Sieve # | Sieve Size (mm) | % Passing | % Passing corrected (x .985) |
|---------|-----------------|-----------|------------------------------|
| 10 | 2 | 90.0% | 88.65% |
| 20 | 0.85 | 55.0% | 54% |
| 40 | 0.425 | 40.0% | 38.4% |
| 60 | 0.3 | 12.0% | 11.8% |
| 100 | 0.15 | 3.0% | 3% |
| 200 | 0.075 | 1.0% | .985% |

Step 4: % passing No. 200 = .985%  therefore base soil in Cat. 4 (Table 1)

Step 5: Table 2, Cat. 4; Filter Criteria is $D_{15, \text{filter, max}} \leq 4 \times d_{85, \text{base}}$
$d_{85, \text{base}} = 1.5\text{mm}$;  therefore $D_{15, \text{filter, max}} \leq 4 \times 1.5\text{mm} = 6\text{mm}$
$D_{15, \text{filter, max}} = 4.5 \text{ mm} < 6\text{mm}$  √

NEW11617

**A-115**

Cal by <u>MP</u>    Date <u>11/8/2004</u>    Project <u>NEWARK</u> Reservoir    Page <u>2</u> of <u>5</u>
Checked by <u>  </u> Date <u>11/8/04</u>    Subject <u>Filter check</u>    Proj._____

Step 6: $D_{15, filter, min} \geq 4 \times d_{15, base}$
$\qquad$ $d_{15, base} = 0.32$ mm
$\qquad$ $D_{15, filter, min} = 3mm \geq 4 \times 0.32 = 1.3mm$ √

Step 7: Filter $_{\% pass No.200, max} < 5\%$
$\qquad$ Filter $_{\% pass No.200, max} = 0\% < 5\%$ √

Step 8: To prevent segregation $D_{10, min. filter} = 2.1mm$, therefore $D_{90, max, filter} = 40mm$
$\qquad$ $D_{90, max, filter} = 10mm < 40mm$ √

<u>Situation 2</u> (Base "Zone V" → Filter "drain mat")

Step 2: Zone V contains 18% > #4 sieve (Zone V max)
$\qquad\qquad\qquad$ 4% > #4 sieve (Zone V min)
Step 3: Correct for 18% > #4 sieve
$\qquad$ = 82% / 100% = .82 (correction factor for max)
$\qquad$ = 96% / 100% = .96 (correction factor for min)

| Sieve No. | Sieve Size (mm) | % passing (min) | % passing (min), corrected (*.96) | % passing (max) | % passing (max), corrected (*.82) |
|---|---|---|---|---|---|
| 10 | 2 | 90.5% | 87% | 73.0% | 60% |
| 20 | 0.85 | 79.4% | 76.2% | 59.4% | 48.7% |
| 40 | 0.425 | 63.6% | 61% | 43.5% | 35.6% |
| 60 | 0.25 | 48.1% | 46% | 30.7% | 25% |
| 100 | 0.15 | 34.6% | 33.2% | 21.7% | 17.8% |
| 200 | 0.075 | 23.3% | 22% | 13.2% | 11% |

Step 4: % passing No. 200 = 11-22% therefore base soil in Cat. 3 (Table 1)

Step 5: Table 2, Cat. 3; Filter Criteria is
$\qquad$ $D_{15, filter, max} \leq [(40-A) / (40-15)] \times (4 \times d_{85, base} - 0.7 \text{ mm}) + 0.7mm$
$\qquad\qquad$ A= % passing No. 200 sieve after regarding, 22%
$\qquad$ $d_{85, base} = 1.5$ mm; therefore
$\qquad$ $D_{15, filter, max} \leq [(40-A) / (40-15)] \times (4 \times d_{85, base} - 0.7 \text{ mm}) + 0.7mm = 4.5$ mm
$\qquad$ $D_{15, filter, max} = 0.32$ mm < 4.5 mm √

Step 6: $D_{15, filter, min} \geq 4 \times d_{15, base}$
$\qquad$ $d_{15, base} = 0.03$ mm
$\qquad$ $D_{15, filter, min} = .12$ mm $\geq 4 \times 0.03 = .12mm$ √

Step 7: Filter $_{\% pass No.200, max} < 5\%$
$\qquad$ Filter $_{\% pass No.200, max} = 1\% < 5\%$ √

**NEW11618**

**A-116**

Cal by <u>MP</u>    Date <u>11/8/2004</u>    Project <u>NEWARK Reservoir</u>  Page <u>3</u> of <u>5</u>
Checked by GZ Date <u>11/8/04</u>  Subject <u>Filter check</u>    Proj._____

Step 8:  To prevent segregation $D_{10, min. filter}$ = 0.29 mm , therefore $D_{90, max, filter}$ = 20mm
$D_{90, max, filter}$ = 2 mm < 20 mm √


<u>Situation 3</u> (Base $_{\text{"Trans Mat"}}$ → Filter $_{\text{"drain mat"}}$)

Step 2:  "trans Mat" contains 24% > #4 sieve

Step 3:  Correct for 24% > #4 sieve
= 75% / 100% = .76

| Sieve No. | Sieve Size (mm) | % passing (min) | % passing (min), corrected (*.76) |
|---|---|---|---|
| 10 | 2 | 74% | 56% |
| 40 | 0.425 | 40% | 30% |
| 100 | 0.15 | 18% | 14% |

Step 4: % passing No. 200 = 52% (using "trans mat. minimum curve)  therefore base soil
in Cat. 2 (Table 1)

Step 5:  Table 2, Cat. 3; Filter Criteria is
$D_{15, filter, max}$ ≤ 0.7 mm
$D_{15, filter, max}$ = 0.2 mm < 0.7 mm    √

Step 6: $D_{15, filter, min}$ ≥ 4 x $d_{15, base}$
$d_{15, base}$ = 0.1 mm
$D_{15, filter, min}$ = .32 mm ≥ 4 x 0.1 = .4mm (Marginal, but acceptable considering
max. transitional grain size)

Step 7:  Filter $_{\text{% pass No.200, max}}$ < 5%
Filter $_{\text{% pass No.200, max}}$ = 1% < 5%  √

Step 8:  To prevent segregation $D_{10, min. filter}$  = 0.29 mm , therefore $D_{90, max, filter}$ = 20mm
$D_{90, max, filter}$ = 2 mm < 20 mm √

<u>Situation 4</u>  (#8 → Pipe Slot)

Step 9:  $D_{85, #8}$ ≥ Pipe slot (0.125")
$D_{85, #8}$ = 9 mm > 3.175 mm (.125") √
For critical structure drains, $D_{15, #8}$ ≥ Pipe Slot (0.125")
5mm > 3.175  √

**NEW11619**

**A-117**

Page 4 of 5



Figure 1
Newark Reservoir - Gradation Chart

NEW11620

**URS**

Job _Newark Reservoir_          Project No. _____          Page _5_ of _5_

Description _Filter Check_          Computed by _M. Pope_          Sheet ___ of ___

_____          Checked by _____          Date _11/4/04_

                                                          Date _____

                                                          Reference

FIGURE 2
FILTER CHECK



① BASE .sub. avg → FILTER #8

✱ ② BASE ▽ → FILTER .sub. avg

③ BASE trans. → FILTER .sub. avg

④ #8 → PIPE SLOT

NEW11621

A-119

U.S. Department of Agriculture
Soil Conservation Service
Engineering Division

SOIL MECHANICS NOTE NO. 1
210-VI

GUIDE FOR DETERMINING THE GRADATION
OF SAND AND GRAVEL FILTERS

Revised January 1986

NEW11622

A-120