2

2.  To intercept seepage passing through the pores of the soil,
    thereby preventing the movement of soil particles at the discharge
    point (piping). Piping occurs when seepage gradients or pressures
    are high enough to produce erosive discharge velocities in the base
    soil. The filter zone is usually placed upstream of the discharge
    point where sufficient confinement prevents uplift or blow-off of
    the filter.

Drains consist of sand, sand and gravel, or gravel mixtures placed in
embankments, foundations, and backfill of hydraulic structures, or in
other locations to reduce seepage pressure. A drain's most important
design feature is its capacity to reduce seepage pressures and carry
collected water to a safe outlet. Drains are often used downstream of or
in addition to a filter to provide outlet capacity.

## IV.  Permeability and Capacity

The laboratory filter study clearly demonstrated that a graded filter
designed in accordance with the criteria contained in this note will seal
a crack. The sealing begins whenever water runs through a crack or
opening and carries soil particles to the filter face or causes filling
or closing of the crack. Any subsequent flow is through the pores of the
soil. Therefore, when filters are designed to intercept cracks, the
permeability used to determine drain capacity is computed for saturated
steady state flow through the pores of the base soil material.

Where it can be demonstrated that saturated steady state flow will not
develop (i.e., dry dams having a normal drawdown within 10 days),
capacity is not a necessary design requirement. Filters designed to
protect against leakage and erosion in cracks are to have a thickness
that compensates for the negative effects of material segregation and
contamination during construction and ensures continuity (will not
sustain a crack) during differential movements.

A drain of coarser materials immediately downstream of the filter or a
perforated pipe in the filter is needed if seepage through the pores of
the base soil material exceeds the capacity of the filter. The coarser
materials must be properly graded using filter criteria in this note to
prevent movement of the filter. Perforated pipes may also be used in the
coarser materials to increase the capacity of the drain.

## V.  Determining Filter Gradation Limits

Determine filter gradation limits using the following steps:

1.  Determine the gradation curve (grain-size distribution) of the
    base soil material. Use enough samples to define the range of
    grain-size for the base soil or soils and design the filter
    gradation based on the base soil that requires the smallest $D_{15}$
    size.

NEW11623

**A-121**

3

2.  Proceed to step 4 if the base soil contains no gravel (material larger than No. 4 sieve).

3.  Prepare adjusted gradation curves for soils with particles larger than the No. 4 (4.75 mm) sieve:

    a.  Obtain a correction factor by dividing 100 by the percent passing the No. 4 (4.75 mm) sieve size.

    b.  Multiply the percentage passing each sieve size of the base soil smaller than No. 4 (4.75 mm) by the correction factor from step 3a.

    c.  Plot these adjusted percentages to obtain a new gradation curve.

    d.  Use the adjusted curve to determine the percent passing the No. 200 (0.075 mm) sieve in step 4.

4.  Place the base soil in a category based on the percent passing the No. 200 (0.075 mm) sieve in accordance with table 1.

Table 1 - Categories of base soil materials

| Category | Percent finer than the No. 200 (0.075 mm) sieve |
|---|---|
| 1 | > 85 |
| 2 | 40-85 |
| 3 | 15-39 |
| 4 | < 15 |

5.  Determine the maximum $D_{15}$ size for the filter in accordance with table 2. Note that the maximum $D_{15}$ is not required to be smaller than 0.20 mm.

4

Table 2.--Criteria for filters

| Base soil category | Base soil description, and percent finer than No. 200 (0.075 mm) sieve 1/ | Filter criteria 2/ |
|---|---|---|
| 1 | Fine silts and clays; more than 85% finer. | 3/ $D_{15} \leq 9 \times d_{85}$ |
| 2 | Sands, silts, clays, and silty and clayey sands; 40 to 85% finer. | $D_{15} \leq 0.7$ mm |
| 3 | Silty and clayey sands and gravels; 15 to 39% finer. | 4,5/ $D_{15} \leq \dfrac{40 - A}{40 - 15} (4 \times d_{85} - 0.7 \text{ mm}) + 0.7$ mm |
| 4 | Sands and gravels; less than 15% finer. | 6/ $D_{15} \leq 4 \times d_{85}$ |

1/ Category designation for soil containing particles larger then 4.75 mm is determined from a gradation curve of the base soil which has been adjusted to 100% passing the No. 4 (4.75 mm) sieve.

2/ Filters are to have a maximum particle size of 3-inches (75-mm) and a maximum of 5% passing the No. 200 (0.075 mm) sieve with the plasticity index (PI) of the fines equal to zero. PI is determined on the material passing the No. 40 (0.425 mm) sieve in accordance with ASTM-D-4318. To ensure sufficient permeability, filters are to have a $D_{15}$ size equal to or greater than $4 \times d_{15}$ but no smaller than 0.1 mm.

3/ When $9 \times d_{85}$ is less than 0.2 mm, use 0.2 mm.

4/ A = percent passing the No. 200 (0.075 mm) sieve after any regrading.

5/ When $4 \times d_{85}$ is less than 0.7 mm, use 0.7 mm.

6/ In category 4, the $d_{85}$ may be determined from the original gradation curve of the base soil without adjustments for particles larger than 4.75 mm.

NEW11625

A-123

5

6.  To ensure sufficient permeability, set the minimum $D_{15}$ greater than or equal to 4 x $d_{15}$ of the base soil but no less than 0.1 mm.

7.  Set the maximum particle size at 3 in. (75 mm) and the maximum passing the No. 200 (0.075 mm) sieve at 5 percent. The portion of the filter material passing the No. 40 (0.425 mm) sieve must have plasticity index (PI) of zero when tested in accordance with ASTM D-4318.

8.  Design the filter limits within the maximum and minimum values determined in steps 5, 6, and 7. Standard gradations may be used if desired. Plot the limit values on Form SCS ENG 130 and connect all the minimum and maximum points with straight lines. To minimize segregation and related effects, filters should have relatively uniform grain-size distribution curves, without "gap grading"--sharp breaks in curvature indicating absence of certain particle sizes. This may require setting limits that reduce the broadness of filters within the maximum and minimum values determined. Sand filters with $D_{90}$ less than about 20 mm generally do not need limitations on filter broadness to prevent segregation. For coarser filters and gravel zones that serve both as filters and drains, the ratio $D_{90}/D_{10}$ should decrease rapidly with increasing $D_{10}$ size. The limits in table 3 are suggested for preventing segregation during construction of these coarser filters.

Table 3 - $D_{10}$ and $D_{90}$ limits for preventing segregation.

| Minimum $D_{10}$ (mm) | Maximum $D_{90}$ (mm) |
|---|---|
| <0.5 | 20 |
| 0.5 - 1.0 | 25 |
| 1.0 - 2.0 | 30 |
| 2.0 - 5.0 | 40 |
| 5.0 - 10 | 50 |
| 10 - 50 | 60 |

9.  Design filters adjacent to perforated pipe to have a $D_{85}$ size no smaller than the perforation diameter. For critical structure drains where rapid gradient reversal (surging) is probable, it is recommended that the $D_{15}$ size of the material surrounding the pipe be no smaller than the perforation size.

NEW11626

(210-VI-SMN-1, Jan. 1986)

# URS

December 6, 2004

Mr. Carl F. Luft
City Manager
City of Newark
220 Elkton Road
P.O. Box 390
Newark, DE 19715-0390

Subject:    **Additional Documentation**
**Response to GeoSystems Consultants Letter of October 26, 2004**
**Newark Reservoir Project**

Dear Mr. Luft:

With this letter and the two attachments, URS Corporation is submitting the additional
documentation requested by GeoSystems in Question 4 of their October 26, 2004 letter. This
information supplements our previous response made on November 18, 2004.

**Attachment 1 Seepage and Piping Analysis**- contains the documentation for our seepage
and piping analysis. The analysis indicates that even under the very conservative and highly
unlikely "No Liner" scenario, and/or the scenario where liner defects develop coincident with
assumed embankment defects, the calculated minimum factors of safety range from 1.4 to
1.5, which in our opinion are adequate.

**Attachment 2 Self-Filtering Calculations**-describes and presents the results of the self-
filtering analysis, which we conducted for the embankment soils. This check is yet another
method to demonstrate the resistance of the embankment soils to piping or internal erosion.
As previously discussed, the results indicate that the soils meet the self-filtering criteria.

We trust that this additional documentation adequately addresses GeoSystems questions.
Please feel free to contact us should you have additional questions or require additional
information.

Sincerely,

Joseph R. Kula, P.E.
Project Director

Attachments    1. Seepage and Piping Analysis
               2. Self-filtering Calculations

cc:    Mr. Craig Calabria - GeoSystems Consultants
       Ms. Carol Houck - City of Newark
       Mr. James Green - Seitz, Van Ogtrop & Green, P.A.
       Ms. Vicky Petrone - Tighe, Cottrell and Logan, P.A.

URS Corporation
200 Orchard Ridge Drive, Suite 101
Gaithersburg, MD 20878-1978
Tel: 301.258.9780
Fax: 301.869.8726

**NEW11676**

**A-125**

**ATTACHMENT 1**
**SEEPAGE AND PIPING ANALYSIS**

URS has conducted seepage and piping analyses for the Newark Reservoir project
assuming various "worst case" embankment and liner scenarios. The reservoir design
provides for a 60-mil LLDPE geomembrane lining. Drainage beneath the liner is
provided by a 16-ounce/square yard (oz/sy), non-woven needle-punched (NWNP)
geotextile. In addition, strip drains are provided below El. 169 ft at 50-ft centers. The
geotextile and strip drains are configured to drain into a trench drain system along the
interior toe of the reservoir. At a normal pool of El. 186 ft, the water depth ranges from
about 26 feet acting on the embankment at the north end of the reservoir to 56 feet at the
south end.

**CONDITIONS ANALYZED**

The analyses were conducted for the probable condition with overall liner leakage
assumed at 500 gallons/acre/day, as well as various extreme and highly unlikely "worst
case" scenarios as follows:

**A. Probable Scenarios**

<u>Probable Condition</u>:  Seepage analyses were conducted for the design case assuming an
overall liner leakage rate of 500 gallons per acre per day as well as 10 times the design
case of 5,000 gallons per acre per day.   For these cases, the phreatic surface does not
intercept the exterior (downstream) slope and therefore, no piping analysis was
conducted.

**B. Worst Case Scenarios**

<u>No Liner Condition</u>:  For this case, it was assumed that there is no liner and that a long-
term, fully developed phreatic surface is formed that intersects the exterior slope.

<u>Large Liner Defect</u>: For this scenario it was assumed that a large hole develops in the
geomembrane creating a concentrated leak that bypasses the underdrain system and
develops a long-term steady state phreatic surface that eventually exits on the exterior
slope. For this scenario, 3 separate analyses were made assuming that the holes develop
at three different elevations, namely: El. 130 ft, El. 150 ft, and El. 170 ft.

<u>Large Liner Defect Coincident with Horizontal Embankment Defect:</u>  For this
scenario, it was assumed that a large hole develops in the geomembrane creating a
concentrated leak that bypasses the underdrain system and aligns with a continuous
horizontal defect through the embankment. The assumed defect is characterized as a 1.5-
foot thick zone of highly permeable material that extends across the full width of the
embankment and exits on the downstream slope.

For this scenario, 3 separate analyses were performed assuming the embankment defects
develop at three different elevations, namely: El. 130 ft, El. 150 ft, and El. 170 ft. The
embankment defects were modeled assuming a hydraulic conductivity 100 times more
permeable than the surrounding embankment materials.

**NEW11677**

**A-126**

## MATERIAL PROPERTIES

Material properties for hydraulic conductivity (k) and strength used in the seepage and piping analyses are summarized in the table below.

### Table 1-1 – Assumed Material Properties

| Foundation and embankment Material | Permeability | | Strength | |
|---|---|---|---|---|
| | Vertical kv (cm/sec) | Horizontal kh (cm/sec) | $\phi'$ (deg) | c' (psf) |
| Zone I - Embankment | 1E-04 | 5E-04 | 45* | 0 |
| Residual | 5E-04 | 5E-04 | 30** | 50** |
| Transitional | 5E-04 | 5E-04 | 35** | 250** |
| Rock | 1E-05 | 1E-05 | 45** | 1500** |

*Explanation for $\phi'$ evaluation provided below under *Factor of Safety Against Piping*, Part 1 and Figure 1-15.
** $\phi'$ and c' values shown taken from the URS Geotechnical Data Report (ref. 1)

## SEEPAGE ANALYSIS

In order to evaluate the influence of a liner defect and an embankment defect, seepage analyses were conducted using the SEEP/W finite element computer model version 5.04. Seven different cases were analyzed as described below:

### Table 1-2 – Evaluated Cases

| No. | Description |
|---|---|
| 1 | No liner on interior slope or bottom |
| 2 | Liner defect at El. 130 |
| 3 | Embankment and liner defect at El. 130 |
| 4 | Liner defect at El. 150 |
| 5 | Embankment and liner defect at El. 150 |
| 6 | Liner defect at El. 170 |
| 7 | Embankment and liner defect at El. 170 |

Graphical representations of the meshes depicting the various cases analyzed are provided as Figures 1-1 through 1-7. These models conservatively assume a plane strain condition and a sufficiently long period of time to establish steady state seepage.

The results of the SEEP/W analysis are illustrated on Figures 1-8 through 1-14, which depict the pressure head contours throughout the model.

## FACTOR OF SAFETY AGAINST PIPING

A potential for piping exists if the seepage forces at the point of exit along the downstream slope are large enough to cause a local instability at the point of emerging

NEW11678

A-127

seepage. If left untreated, under certain soil conditions the piping mechanism could then progress upstream toward the reservoir.

Resistance to piping was evaluated for three of the seepage cases listed in Table 1-2 using two different methodologies. The three cases are:

- Case 1: No-liner case
- Case 3: Liner defect coincident with horizontal embankment defect at El. 130 ft.
- Case 7: Liner defect coincident with horizontal embankment defect at El. 170 ft.

The two methodologies used for these analyses included (1) computer modeling using the SEEP/W results and the slope stability program UTEXAS3 and (2) the "infinite slope" failure mechanism. Both methodologies evaluated localized stability along the exterior slope at the point of emerging seepage by evaluating pore pressures and pore pressure ratios.

## 1. Computer Model Using SEEP/W and UTEXAS3

For this method, the pore pressures generated by the SEEP/W model within the upper 8 feet of the downstream slope were input into the UTEXAS3 program. UTEXAS3 was then used to evaluate shallow circular failure surfaces along the downstream slope using Spencer's Method.

For evaluating seepage induced soil movement along the exterior slope (e.g. shallow failure surfaces), it is appropriate to consider $\phi'$ values corresponding to low confining pressures considering the value of $\phi'$ varies with confining pressure for all granular soils. A procedure to evaluate the $\phi'$ for low confining pressures is described in *Strength, Stress-strain and Bulk Modulus Parameters for Finite Element Analyses of Stresses and Movements in Soil Masses*[1].

Figure 1-15 illustrates the procedure by plotting the available laboratory strength data[2] of site soils and demonstrating the variation of $\phi'$ with the normalized normal stress on the failure plane. Of the available strength testing data, the relative compaction of the materials used in the triaxial testing is closest to the observed field conditions (96% for the triaxial tests versus 98% in the field). Therefore, the low pressure $\phi'$ was calculated as 45 degrees using the triaxial data.

The graphical results of the UTEXAS3 analysis depicting the critical failure surfaces and corresponding factors of safety are shown on Figures 1-16 through 1-18. The factors of safety are also summarized on Table 1-3. They indicate that for all three cases the critical failure surface will occur near the downstream toe with factors of safety between 1.4 and 1.5.

## 2. Infinite Slope Methodology

The condition of emerging seepage at the downstream slope can also be conservatively approximated by the "infinite slope" failure mechanism as depicted on Figure 1-19. The infinite slope analysis ignores end effects, and considers only the central portion of the soil above the dashed line in Figure 1-19. This approach is conservative in that it leads to a lower factor of safety than would be calculated if end effects were included in the analysis. The factor of safety (F) for the infinite slope mechanism is given by the expression:

NEW11679

A-128

$$F = \left(1 - \frac{r_u}{\cos^2 \beta}\right) \frac{\tan \phi'}{\tan \beta}$$

where $r_u$ = pore pressure ratio = pore pressure/overburden pressure, $\beta$ = slope angle, and $\phi'$ = effective stress friction angle.

For seepage parallel to the slope, as shown in Figure 1-19, the pore pressure ratio is given by the expression:

$$r_u = \frac{\gamma_w}{\gamma_m} \cos^2 \beta$$

where $\gamma_w$ = unit weight of water, $\gamma_m$ = moist unit weight of soil, and $\beta$ = slope angle.

Substituting this expression for $r_u$ into the expression for factor of safety leads to the following equation:

$$F = \left(1 - \frac{\gamma_w}{\gamma_m}\right) \frac{\tan \phi'}{\tan \beta}$$

For the conditions at Newark Reservoir, $\gamma_m \approx 123$ pcf, $\beta = 18.3$ degrees, and the calculated $\phi'$ value of 45 degrees, the factor of safety calculated from this procedure for all three cases is 1.5.

### Table 1-3 – Summary of Minimum Factors of Safety Against Piping

| Case | SEEP/W and UTEXAS3 | Infinite Slope |
|---|---|---|
| 1) No Liner | 1.4 | 1.5 |
| 3) Liner/Embankment Defect @ El 130 ft | 1.5 | 1.5 |
| 7) Liner/Embankment Defect @ El 170 ft | 1.5 | 1.5 |

## CONCLUSIONS

The results of this analysis show that erosion from emerging seepage and piping on the exterior slope is highly unlikely. Even for the extreme conditions hypothesized and analyzed herein, the two methodologies used in the analyses yielded very similar results. For the SEEP/W and UTEXAS3 computer model, factor of safety values ranged from 1.4 to 1.5. For the infinite slope method, the factor of safety value is 1.5 for the same parameters. In our opinion, these factors of safety are more than adequate given the extreme and highly unlikely scenarios evaluated.

As Attachment 2 illustrates, the embankment soils meet self-filtering criteria and are not susceptible to piping or internal erosion. It is our opinion that even if seepage did emerge on the exterior slope and initiated soil movement, it would not result in sudden failure of the embankment. Further, if such erosion does occur, experience shows that such erosion does not normally progress rapidly. This type of condition has been observed in many

NEW11680

A-129

stable embankments, and has been treated by placement of filter material over the area of emerging seepage to collect the water and prevent it from carrying soil particles with it. In the unlikely condition where seepage did emerge along the exterior slope and cause localized erosion at some location, it would be easily observable at the surface by routine surveillance, and easily treated with a filter blanket over the area of seepage.

**REFERENCES**

1. Duncan, J.M., Byrne, P., Wong, K.S., and Mabry, P. Strength, Stress-strain and Bulk Modulus Parameters for Finite Element Analyses of Stresses and Movements in Soil Masses; College of Engineering, Office of Research Services, University of California, Report No. UCB/GT/80-01, August 1980.

2. Laboratory Strength Data

   ➢ *Newark Reservoir Project, Geotechnical Data Report*, URS Corporation, January 22, 2002

   ➢ Internal Direct Shear Testing (ASTM D3080), SGI Testing Service, LLC, Project Number SGI1069, Document Number SGI1100, August 21, 2001.

   ➢ Internal Direct Shear Testing (ASTM D3080), GeoSystems Consultants, Inc., Project No. 2004G553, File No. 2004553ds-1, April 29, 2004

**NEW11681**

**A-130**



FIGURE 1-1
CASE 1 - NO LINER
NEWARK RESERVOIR

NO LINER
MATERIAL PARAMETERS
Embankment Fill (orange): kh = 5x10-4 cm/s, kv = 1x10-4 cm/s
Transitional Material (yellow): kh = kv = 5x10-4 cm/s
Bedrock (red): kh = kv = 1x10-5 cm/s

NEW11682

A-131



FIGURE 1-2
CASE 2 - LINER DEFECT AT EL. 130
NEWARK RESERVOIR

MATERIAL PARAMETERS
Embankment Fill (orange): kh = 5x10-4 cm/s, kv = 1x10-4 cm/s
Transitional Material (yellow): kh = kv = 5x10-4 cm/s
Bedrock (red): kh = kv = 1x10-5 cm/s

NEW11683



NEW11684

FIGURE 1-3
CASE 3 - EMBANKMENT AND LINER DEFECT AT EL. 130
NEWARK RESERVOIR

MATERIAL PARAMETERS
Embankment Fill (orange): kh = 5x10-4 cm/s, kv = 1x10-4 cm/s
Transitional Material (yellow): kh = kv = 5x10-4 cm/s
Bedrock (red): kh = kv = 1x10-5 cm/s
Defect (purple): kh = kv = 0.05 cm/se

A-133



FIGURE 1-4
CASE 4 - LINER DEFECT AT EL. 150
NEWARK RESERVOIR

MATERIAL PARAMETERS
Embankment Fill (orange): kh = 5x10-4 cm/s, kv = 1x10-4 cm/s
Transitional Material (yellow): kh = kv = 5x10-4 cm/s
Bedrock (red): kh = kv = 1x10-5 cm/s

NEW11685



FIGURE 1-5
CASE 5 - EMBANKMENT AND LINER DEFECT AT EL. 150
NEWARK RESERVOIR

MATERIAL PARAMETERS
Embankment Fill (orange): kh = 5x10-4 cm/s, kv = 1x10-4 cm/s
Transitional Material (yellow): kh = kv = 5x10-4 cm/s
Bedrock (red): kh = kv = 1x10-5 cm/s
Defect (purple): kh = kv = 0.05 cm/se

NEW 11686

A-135



**FIGURE 1-6**
**CASE 6 - LINER DEFECT AT EL. 170**
**NEWARK RESERVOIR**

MATERIAL PARAMETERS
Embankment Fill (orange): kh = 5x10-4 cm/s, kv = 1x10-4 cm/s
Transitional Material (yellow): kh = kv = 5x10-4 cm/s
Bedrock (red): kh = kv = 1x10-5 cm/s

NEW11687



FIGURE 1-7
CASE 7 - EMBANKMENT AND LINER DEFECT AT EL. 170
NEWARK RESERVOIR

MATERIAL PARAMETERS
Embankment Fill (orange): kh = 5x10-4 cm/s; kv = 1x10-4 cm/s
Transitional Material (yellow): kh = kv = 5x10-4 cm/s
Bedrock (red): kh = kv = 1x10-5 cm/s
Defect (purple): kh = kv = 0.05 cm/se

NEW11688

A-137



FIGURE 1-8
CASE 1 - NO LINER - PRESSURE HEAD CONTOURS
NEWARK RESERVOIR

MATERIAL PARAMETERS
Embankment Fill (orange): kh = 5x10-4 cm/s, kv = 1x10-4 cm/s
Transitional Material (yellow): kh = kv = 5x10-4 cm/s
Bedrock (red): kh = kv = 1x10-5 cm/s

NEW11689

A-138



FIGURE 1-9
CASE 2 - LINER DEFECT AT EL. 130 - PRESSURE HEAD CONTOURS
NEWARK RESERVOIR

MATERIAL PARAMETERS
Embankment Fill (orange): kh = 5x10-4 cm/s, kv = 1x10-4 cm/s
Transitional Material (yellow): kh = kv = 5x10-4 cm/s
Bedrock (red): kh = kv = 1x10-5 cm/s

NEW11690

A-139



FIGURE 1-10
CASE 3 - EMBANKMENT AND LINER DEFECT AT EL. 130 - PRESSURE HEAD CONTOURS
NEWARK RESERVOIR

MATERIAL PARAMETERS
Embankment Fill (orange): kh = 5x10-4 cm/s, kv = 1x10-4 cm/s
Transitional Material (yellow): kh = kv = 5x10-4 cm/s
Bedrock (red): kh = kv = 1x10-5 cm/s
Defect (purple): kh = kv = 0.05 cm/se

NEW11691

A-140



FIGURE 1-11
CASE 4 - LINER DEFECT AT EL. 150 - PRESSURE HEAD CONTOURS
NEWARK RESERVOIR

MATERIAL PARAMETERS
Embankment Fill (orange): kh = 5x10-4 cm/s, kv = 1x10-4 cm/s
Transitional Material (yellow): kh = kv = 5x10-4 cm/s
Bedrock (red): kh = kv = 1x10-5 cm/s

NEW11692

A-141



FIGURE 1-12
CASE 5 - EMBANKMENT AND LINER DEFECT AT EL. 150 - PRESSURE HEAD CONTOURS
NEWARK RESERVOIR

MATERIAL PARAMETERS
Embankment Fill (orange): kh = 5x10-4 cm/s, kv = 1x10-4 cm/s
Transitional Material (yellow): kh = kv = 5x10-4 cm/s
Bedrock (red): kh = kv = 1x10-5 cm/s
Defect (purple): kh = kv = 0.05 cm/se

NEW11693

A-142



FIGURE 1-13
CASE 6 - LINER DEFECT AT EL. 170 - PRESSURE HEAD CONTOURS
NEWARK RESERVOIR

MATERIAL PARAMETERS
Embankment Fill (orange): kh = 5x10-4 cm/s, kv = 1x10-4 cm/s
Transitional Material (yellow): kh = kv = 5x10-4 cm/s
Bedrock (red): kh = kv = 1x10-5 cm/s

NEW11694

A-143



FIGURE 1-14
CASE 7 - EMBANKMENT AND LINER DEFECT AT EL. 170 - PRESSURE HEAD CONTOURS
NEWARK RESERVOIR

MATERIAL PARAMETERS
Embankment Fill (orange): kh = 5x10-4 cm/s, kv = 1x10-4 cm/s
Transitional Material (yellow): kh = kv = 5x10-4 cm/s
Bedrock (red): kh = kv = 1x10-5 cm/s
Defect (purple): kh = kv = 0.05 cm/se

NEW11695

A-144



Figure 1-15
Variation of Friction Angle with Normal Stress on the Failure Plane
Newark Reservoir

NEW11696

A-145



FIGURE 1-16
CASE 1 - NO LINER
CRITICAL FAILURE SURFACE FS = 1.4

ZONE I MATERIAL

PORE PRESSURE POINTS
FROM SEEP/W

CRITICAL FAILURE
SURFACE

NEW11697

**A-146**



FIGURE 1-17
CASE 3 - EMBANKMENT AND LINER DEFECT AT EL. 130
CRITICAL FAILURE SURFACE FS = 1.5

NEW11698

A-147



FIGURE 1-18
CASE 7 - EMBANKMENT AND LINER DEFECT AT EL. 170
CRITICAL FAILURE SURFACE FS = 1.5

NEW11699



CROSS SECTION THROUGH EMBANKMENT



ENLARGED VIEW AT DOWNSTREAM END OF ZONE OF HIGH PERMEABILITY



POTENTIAL FAILURE MECHANISM AT POINT OF EMERGING SEEPAGE

FIG. 1—19 — INFINITE SLOPE METHOD

NEW11700

A-149

## ATTACHMENT 2
## SELF–FILTERING CALCULATIONS

### DISCUSSION OF THE METHODOLOGY

The embankment soils were checked for conformance with established self-filtering criteria using the methodology found in the Reference 1. This basic methodology was developed by James Sherard (late Woodward-Clyde principal) and the U.S.D.A. Soil Conservation Service (now Natural Resource Conservation Service, NRCS). The basic equation for the self-filtering check is as follows:

$$\frac{D_{15 \text{ coarser material}}}{D_{85 \text{ finer material}}} < 5$$

The methodology in Jansen for checking the self-filtering or internal stability of a material is to divide grain size distribution of the material at an arbitrary point and apply the above equation to the coarser and finer fractions. This process in essence assesses the propensity for the finer grained portion of the gradation to pass through the voids in the coarser grained portion initiating internal erosion or piping. Soils which have large gaps in their particle size distribution are most vulnerable to piping because the fine particles are not filtered by the missing particles sizes and can migrate into the coarser voids.

Discussions between URS representatives and Sherard's NRCS coworkers revealed that these criteria are inherently conservative. Later work by Professor Robin Fell of the University of New South Wales and Dr Mark Foster of URS (Sydney) revealed that although soils may undergo some particle migration if they fall outside the Sherard filter criteria, the soils will eventually self filter depending upon the ratio of $D_{15}$ to $D_{95}$.. The Foster and Fell criterion is provided below and in Reference 2.

$$\frac{D_{15 \text{ coarser material}}}{D_{95 \text{ finer material}}} < 9$$

### RESULTS OF ANALYSIS

URS conducted a self-filtering check for 51 grain size curves of Zone I embankment materials that were generated during the construction of the embankment and 7 grain size curves of Zone IV material. Figure 2-1 provides a graphical summary of the evaluated grain size curves.

Through application of the Sherard methodology, 54 of the 58 grain size curves met the self-filtering criterion on each of the 6 sieves evaluated. Of the remaining 4 curves, the Sherard criterion was met on between 3 and 5 of the 6 sieves evaluated. All of the individual sieves not satisfying the Sherard criterion did satisfy the Foster and Fell criterion. The supporting calculations are included at the end of this attachment.

Of the samples tested, only one of the Zone 1 specimens would be considered gap graded.

**NEW11701**

**A-150**