IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

**PRETRIAL ORDER**

This matter, having come before the Court at a pretrial conference held pursuant to Fed.R.Civ.P. ("Rule") 16, and Paul A. Logan and David T. Bolger, Powell, Trachtman, Logan, Carrle & Lombardo, P.C., 475 Allendale Road, Suite 200, King of Prussia, PA 19406, (610) 3544-9700, having appeared as counsel for plaintiff, and Paul Cottrell and Victoria K. Petrone, Tighe, Cottrell & Logan, P.A., First Federal Plaza, Suite 400, Wilmington, DE 19899, (302) 658-6400, having appeared as counsel for the City of Newark and City Council, and Patrick R. Kingsley, David M. Burkholder and Kevin W. Goldstein, Stradley Ronon, 2600 One Commerce Square, Philadelphia, PA 19103, (215) 564-8000, having appeared as counsel for Federal Insurance Company, and James S. Green, Seitz, Van Ogtrop & Green, P.A., 222 Delaware Avenue, Suite 1500, Wilmington, DE 19899, (302) 888-0600, having appeared as counsel for URS Corporation, the following actions were taken:

KOP:347576v2 3514-04

1. This is an action breach of contract, interference with existing and prospective contractual relations, defamation, conversion, fraud, misrepresentation, common law conspiracy, breach of contract and civil rights violations under 42 U.S.C. §1983, and the jurisdiction of the Court is involved under 28 U.S.C. §1331 and 28 U.S.C. §1332, which amounts are in excess of $75,000. Jurisdiction is not disputed.

2. The following stipulations and statements were submitted and are attached to and made a part of this Order.

    a. A comprehensive stipulation or statement of all uncontested facts was prepared by Donald M. Durkin Contracting, Inc. and circulated to all counsel of record. Federal Insurance Company joins in the stipulations prepared by Donald M. Durkin Contracting, Inc., and the City of Newark has interposed objections that are listed below the proposed stipulated facts, the compilation of which is attached as Exhibit "A".

    b. In addition to the objections interposed by the City of Newark to the proposed stipulations of uncontested facts, a statement of the contested issues of fact and law is attached as Exhibit "B".

    c. A schedule of all exhibits designated by Donald M. Durkin Contracting, Inc., Federal Insurance Company, URS Corporation and the City of Newark is attached as Exhibit "C".

    d. A schedule of demonstrative exhibits and experiments to be offered at trial is attached as Exhibit "D".

e. A list of names and addresses of potential witnesses for each party, and any objections to calling such potential witnesses, is attached as Exhibit "E".

f. A list of all depositions and/or portions thereof to be read into evidence and statements of any objections thereto is attached as Exhibit "F".

g. An itemized statement of special damages for Donald M. Durkin Contracting, Inc., the City of Newark and URS Corporation is attached as Exhibit "G".

h. No claims or defenses have been waived or abandoned by any party.

i. The following are provided by each party:

(i) Trial briefs of each party are being filed separately by the respective parties;

(ii) The proposed jury instructions, verdict forms, with objections by the City of Newark, are attached as Exhibit "H"; and

(iii) A list of proposed voir dire questions are attached as Exhibit "I".

j. No proposed findings of fact or conclusions of law are being submitted, as this case is to be tried by a jury.

k. The parties have made numerous attempts at settlement of this case, both through informal discussions between counsel, and in two (2) separate mediation proceedings, the first of which was with Howard Venzie, Esquire, on November 30 – December 1, 2004 and the 2nd session was with Joshua W. Martin, III, Esquire on June 15-15, 2005. At the

conclusion of the 2nd mediation session, it was recognized by all parties that any future attempts at settlement would not be productive.

    l.    The parties have completed discovery, with the exception of certain members of City Council and URS Corporation's expert, Dov Lechinsky, Ph.D, P.E. All depositions will be completed in advance of the pretrial conference.

    m.    All motions in limine, and answers thereto, are being filed separately by the parties.

3.    Trial of this case, assuming the case is bifurcated, is expected to take ten (10) days.

4.    This will be a trial by ☒ jury    non-jury

5.    The parties recommend that 12 jurors be selected at the commencement of the trial.

6.    This Order will control the course of the trial and may not be amended except by consent of the parties and the Court, or by order of the Court to prevent manifest injustice.

7.    Possibility of settlement was considered by the parties.

8.    Federal Insurance Company reserves the right to file one or more motions to strike or otherwise exclude portions of the City of Newark's pretrial filings based upon procedural and substantive grounds.

_____    _____
Date                                                  The Honorable Gregory M. Sleet
                                                      United States District Judge


_____    _____
Date                                                  Paul A. Logan
                                                      Counsel for Donald M. Durkin Contracting, Inc.


_____    _____
Date                                                  Paul Cottrell
                                                      Counsel for City of Newark and City Council


_____    _____
Date                                                  James S. Green
                                                      Counsel for URS Corporation


_____    _____
Date                                                  Patrick R. Kingsley
                                                      Counsel for Federal Insurance Company


KOP:347576v2 3514-04