IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

## EXHIBIT B TO PRETRIAL ORDER

### CONTESTED ISSUES OF FACT OR LAW

Because the City of Newark has taken exception to a significant portion of the proposed stipulations of uncontested facts bearing upon the claims and defenses of the parties, there are very few issues of fact and law that are uncontested. The most succinct exposition of the contested issues of fact and law is set forth in the parties' respective trial briefs.

KOP:347866v1 3514-04