PRETRIAL – EXHIBIT C – PART II

Donald M. Durkin Contracting v. City of Newark et al., C.A. NO 04-163 GMS

| | | | | |
|---|---|---|---|---|
| 541. | November 5, 2003 | Letter | Donald M. Durkin, Jr. to Jill Voeller (DUR001532-DUR001534) | |
| 542. | November 5, 2003 | Daily Report of Construction | (URS013439-URS013442) | |
| 543. | November 6, 2003 | Transmittal Letter | Donald M. Durkin, Jr. to Jill Voeller (DUR000725-DUR000727) | |
| 544. | November 6, 2003 | Email | Jill Voeller to Joseph Kula, Joseph Dombrowski, Mark Prouty, Glenn Bowen, Carol Houck (NEW00612) | |
| 545. | November 6, 2003 | Daily Report of Construction | (URS013435-URS013438) | |
| 546. | November 6, 2003 | Letter | Carol Houck to Donald M. Durkin, Jr. CC: Carl Luft (DUR001399-DUR001400) | |
| 547. | November 7, 2003 | Daily Report of Construction | (URS013431-URS013434) | |
| 548. | November 10, 2003 | Daily Report of Construction | (URS013428-URS013430) | |
| 549. | November 11, 2003 | Letter | Single (GeoSyntec) to Donald M. Durkin, Jr. (DUR007163) | URS is reserving hearsay objections |

KOP:347867v2 3514-04

| | | | |
|---|---|---|---|
| 550. | November 11, 2003 | Memo | Carol Houck to Carl Luft (NEW000609) |
| 551. | November 11, 2003 | Chart | (NEW000610-NEW00611) |
| 552. | November 11, 2003 | Daily Report of Construction | (URS013423-URS013427) |
| 553. | November 12, 2003 | Letter | Donald M. Durkin, Jr. to Mark Prouty (NEW13712-NEW13713) |
| 554. | November 12, 2003 | Letter | Donald M. Durkin, Jr. to Mark Prouty (DUR000735-DUR000737) |
| 555. | November 12, 2003 | Letter | Donald M. Durkin, Jr. to Jill Voeller (DUR000729-DUR000734) |
| 556. | November 12, 2003 | Letter | Donald M. Durkin, Jr. to Jill Voeller (DUR000724) |
| 557. | November 12, 2003 | Daily Report of Construction | (URS013419-URS013422) |
| 558. | November 13, 2003 | Letter | Donald M. Durkin, Jr. to Mark Prouty (DUR000716-DUR000717) |
| 559. | November 13, 2003 | Drawing | (NEW13708) |

| | | |
|---|---|---|
| 560. November 13, 2003 | Handwritten note | (NEW13706) |
| 561. November 13, 2003 | Letter | Donald M. Durkin, Jr. to Mark Prouty (NEW13699-NEW13700) |
| 562. November 13, 2003 | Letter | Mark Prouty and Joseph Kula to Donald M. Durkin, Jr. CC: Joseph Dombrowski, Carol Houck and Glenn Bowen (NEW13867) |
| 563. November 13, 2003 | Letter | Single (GeoSyntec) to Donald M. Durkin, Jr. (DUR007523-DUR007532) |
| 564. November 13, 2003 | Fax | Single (GeoSyntec) to Donald M. Durkin, Jr. (DUR007533) |
| 565. November 13, 2003 | Proposal | (DUR007534-DUR007537) |
| 566. November 13, 2003 | Letter | Jill Voeller to Donald M. Durkin, Jr. CC: Joseph Dombrowski, Carol Houck, Glenn Bowen, Joseph Kula (DUR001159) |
| 567. November 13, 2003 | Daily Report of Construction | (URS013415-URS013418) |
| 568. November 14, 2003 | Spreadsheet | (NEW 13698) |
| 569. November 14, 2003 | Fax | Glenn Bowen to Jill Voeller (NEW13701) |

3

| | | |
|---|---|---|
| 570. November 14, 2003 | Spreadsheet | (NEW13705) |
| 571. November 14, 2003 | Letter | deLorimier and Joseph Kula to Joseph Dombrowski (URS004057-URS004065) |
| 572. November 14, 2003 | Daily Report of Construction | (URS013411-URS013414) |
| 573. November 15, 2003 | Application and Certificate for Payment | Application No. 19, Page 1 only. |
| 574. November 15, 2003 | Pay Application | (DUR002090-DUR002100) |
| 575. November 17, 2003 | Letter | Mark Prouty to Donald M. Durkin, Jr. CC: Carol Houck, Joseph Dombrowski, Joseph Kula and Glenn Bowen (NEW13709) |
| 576. November 17, 2003 | Fax | Jill Voeller to Donald M. Durkin, Jr. (DUR000711) |
| 577. November 17, 2003 | Daily Report of Construction | (URS013407-URS013410) |
| 578. November 18, 2003 | Letter | Donald M. Durkin, Jr. to Mark Prouty (DUR000707-DUR000708) |

KOP:347867v2 3514-04

KOP:347867v2 3514-04

| No. | Date | Type | Description |
|---|---|---|---|
| 579. | November 18, 2003 | Letter | Mark Prouty to Donald M. Durkin, Jr. CC: Carol Houck, Joseph Dombrowski, Joseph Kula and Glenn Bowen (NEW13695) |
| 580. | November 18, 2003 | Fax | Jill Voeller to Carol Houck, Joseph Dombrowski (NEW13698) |
| 581. | November 18, 2003 | Letter | Mark Prouty to Donald M. Durkin, Jr. CC: Carol Houck, Joseph Dombrowski and Glenn Bowen (NEW13796) |
| 582. | November 18, 2003 | Fax | Jill Voeller to Carol Houck (URS005004-URS005010) |
| 583. | November 18, 2003 | Letter | Donald M. Durkin, Jr. to Jill Voeller (NEW03285-NEW03286) |
| 584. | November 18, 2003 | Letter | Donald M. Durkin, Jr. to Jill Voeller (DUR000706) |
| 585. | November 18, 2003 | Letter | Jill Voeller to Donald M. Durkin, Jr. CC: Joseph Dombrowski, Carol Houck, Glenn Bowen, Joseph Kula (NEW03419) |
| 586. | November 18, 2003 | Letter | Donald M. Durkin, Jr. to Jill Voeller (DUR001311-DUR001312) |
| 587. | November 18, 2003 | Daily Report of Construction | (URS013403-URS013406) |

| | | |
|---|---|---|
| 588. November 19, 2003 | Letter | Jill Voeller to Donald M. Durkin, Jr. CC: Joseph Dombrowski , Carol Houck, Glenn Bowen, Joseph Kula (NEW07536) (URS013399-URS013402) |
| 589. November 19, 2003 | Daily Report of Construction | |
| 590. November 20, 2003 | Letter | Mark Prouty to Donald M. Durkin, Jr. CC: Carol Houck, Joseph Dombrowski, Joseph Kula and Glenn Bowen (NEW13692) |
| 591. November 20, 2003 | Letter | Carol Houck to Donald M. Durkin, Jr. CC: Roger Akin, Carl Luft (NEW11268) |
| 592. November 20, 2003 | Daily Report of Construction | (URS013397-URS013398) |
| 593. November 21, 2003 | Letter | Carl Luft to Donald M. Durkin, Jr., Federal and Shepherd Agency (DUR001431-DUR0014432) |
| 594. November 21, 2003 | Daily Report of Construction | (URS013394-URS013396) |
| 595. November 24, 2003 | Letter | Donald M. Durkin, Jr. to Jill Voeller (NEW13866) |
| 596. November 24, 2003 | Letter | Donald M. Durkin, Jr. to Jill Voeller (DUR001529-DUR001531) |

| No. | Date | Type | Description |
|---|---|---|---|
| 597. | November 24, 2003 | Letter | Mark Prouty to Donald M. Durkin, Jr. CC: Carol Houck, Joseph Dombrowski, Joseph Kula and Glenn Bowen (NEW03277) |
| 598. | November 24, 2003 | Letter | Jill Voeller to Donald M. Durkin, Jr. CC: Carol Houck, Joseph Dombrowski, Joseph Kula, Glenn Bowen (NEW03337) |
| 599. | November 24, 2003 | Daily Report of Construction | (URS013391-URS013393) |
| 600. | November 25, 2003 | Memo | Lowe to Jill Voeller (URS001165) |
| 601. | November 25, 2003 | Daily Report of Construction | (URS013388-URS013390) |
| 602. | November 26, 2003 | Application and Certificate for Payment | Application No. 20. Page 1 only. |
| 603. | November 26, 2003 | Pay Application | (DUR002079-DUR002089) |
| 604. | November 26, 2003 | Daily Report of Construction | (URS013385-URS013387) |
| 605. | November 30, 2003 | Application and Certificate for Payment | Application No. 21. Page 1 only. |

KOP:347867v2 3514-04

| No. | Date | Description | Bates |
|---|---|---|---|
| 606. | November 30, 2003 | Application and Certificate for Payment | Application No. 22, Page 1 only. |
| 607. | November 30, 2003 | Pay Application | (DUR002048-DUR002065) |
| 608. | November 30, 2003 | Pay Application | (DUR002066-DUR002078) |
| 609. | December 1, 2003 | Daily Report of Construction | (NEW08845-NEW08847) |
| 610. | December 2, 2003 | Daily Report of Construction | (NEW08844) |
| 611. | December 3, 2003 | Fax | Donald M. Durkin, Jr. to Jill Voeller (DUR000699) |
| 612. | December 3, 2003 | Fax | Jill Voeller and John Volk to Donald M. Durkin, Jr. CC: Joseph Dombrowski , Joseph Kula, Glenn Bowen (NEW03292-NEW03294) |
| 613. | December 3, 2003 | Daily Report of Construction | (NEW08843) |
| 614. | December 4, 2003 | Letter | Donald M. Durkin, Jr. to Jill Voeller (DUR000698) |
| 615. | December 4, 2003 | Daily Report of Construction | (NEW08842) |
| 616. | December 5, 2003 | Daily Report of Construction | (NEW08841) |

KOP:347867v2 3514-04

|  |  |  |
|---|---|---|
|  | Construction |  |
| 617. December 8, 2003 | Memo | Carl Luft to Mayor and Council (NEW03407) | URS is reserving hearsay objections |
| 618. December 8, 2003 | Letter | John Volk and Joseph Kula CC: Joseph Dombrowski, Carol Houck, Petrone, Mark Prouty (NEW03270) |
| 619. December 8, 2003 | Letter | Jill Voeller to Donald M. Durkin, Jr. CC: Carol Houck, Joseph Dombrowski Joseph Kula, Glenn Bowen (NEW03271) |
| 620. December 8, 2003 | Daily Report of Construction | (NEW08839-NEW08840) |
| 621. December 9, 2003 | Agenda | (DUR001313) |
| 622. December 9, 2003 | Daily Report of Construction | (NEW08838) |
| 623. December 9, 2003 | Letter | Jill Voeller to Donald M. Durkin, Jr. CC: Joseph Dombrowski, Sistek, Joseph Kula, Glenn Bowen (DUR001107) |
| 624. December 10, 2003 | Daily Report of Construction | (NEW08837) |

9

| 625. | December 11, 2003 | Daily Report of Construction | (NEW08836) |
|---|---|---|---|
| 626. | December 12, 2003 | Letter | Paul Cottrell to Cavallaro CC: Carl Luft , Carol Houck, Sarris, Joseph Dombrowski , Roger Akin, Joseph Kula, Mark Prouty, Jill Voeller, Paul Logan, Donald M. Durkin, Jr. (FED-NEW023-FED-NEW025) |
| 627. | December 12, 2003 | Daily Report of Construction | (NEW08835) |
| 628. | December 16, 2003 | Daily Report of Construction | (NEW08832-NEW08833) |
| 629. | December 16, 2003 | Transmittal Letter | Donald M. Durkin, Jr. to Jill Voeller Attaching updated schedule. |
| 630. | December 17, 2003 | Letter | James Durkin to Jill Voeller (DUR000695) |
| 631. | December 17, 2003 | Daily Report of Construction | (NEW08831) |
| 632. | December 17, 2003 | Letter | James Durkin to Carol Houck (DUR002712) |
| 633. | December 18, 2003 | Daily Report of Construction | (NEW08830) |
| 634. | December 19, 2003 | Daily Report of Construction | (NEW08829) |

| No. | Date | Type | Description |
|---|---|---|---|
| 635. | December 30, 2003 | Construction Letter | Carol Houck to Donald M. Durkin, Jr. CC: Ellen Cavallaro, Carl Luft, Joseph Dombrowski., Roger Akin, Joseph Kula, Mark Prouty, Jill Voeller, Paul Logan, Vickie Petrone (NEW00543) |
| 636. | December 31, 2003 | Application and Certificate for Payment | Application No. 23, Page 1 only. |
| 637. | December 31, 2003 | Pay Application | (DUR002031-DUR002047) |
| 638. | January 5, 2004 | Daily Report of Construction | (NEW08831-NEW08862) |
| 639. | January 6, 2004 | Daily Report of Construction | (NEW08859-NEW08860) |
| 640. | January 7, 2004 | Fax | Donald M. Durkin, Jr. to Jill Voeller (DUR000692-DUR000693) |
| 641. | January 9, 2004 | Fax | Jill Voeller to Donald M. Durkin, Jr. (DUR001373) |
| 642. | January 9, 2004 | Daily Report of Construction | (NEW08854-NEW08856) |

11

| | | |
|---|---|---|
| 643. January 9, 2004 | Admin. Report | (NEW14022-NEW14286) |
| 644. January 12, 2004 | Daily Report of Construction | (NEW08853) |
| 645. January 13, 2004 | Letter | Jill Voeller to Donald M. Durkin, Jr. CC: Carol Houck, Joseph Dombrowski, Joseph Kula, Glenn Bowen, Vickie Petrone (DUR001371) |
| 646. January 13, 2004 | Report and any and all attachments and exhibits and documents and photographs/ drawing referenced therein | Richardson to Ellen Cavallaro |
| 647. January 13, 2004 | Daily Report of Construction | (NEW08852) |
| 648. January 14, 2004 | Daily Report of Construction | (NEW08851) |

KOP:347867v2 3514-04

KOP-347867v2 3514-04

| | | | |
|---|---|---|---|
| 649. | January 15, 2004 | Report | Richardson to Ellen Cavallaro |
| 650. | January 15, 2004 | Daily Report of Construction | (NEW08850) |
| 651. | January 16, 2004 | Daily Report of Construction | (NEW08849) |
| 652. | January 20, 2004 | Construction Letter | Ellen Cavallaro to Paul Cottrell CC: Paul Logan, Donald M. Durkin, Jr. (FED-NEW012-FED-NEW013) |
| 653. | January 23, 2004 | Letter of Transmittal | Jill Voeller to Joseph Dombrowski (URS004990-URS004998) |
| 654. | January 23, 2004 | Letter | Mark Prouty to Carl Luft    CC: Joseph Dombrowski , Roger Akin, Paul Cottrell, Joseph Kula, John Volk (NEW00211-NEW00212) |
| 655. | January 23, 2004 | Letter | Mark Prouty to Carl Luft    CC: Joseph Dombrowski , Roger Akin, Paul Cottrell, Joseph Kula, John Volk (CC1744-CC1745) |
| 656. | January 23, 2004 | Admin. Report | (NEW14204-NEW14205) |
| 657. | January 30, 2004 | Report and any and all | (CC1848-CC1888) |

13

658. January 30, 2004 | Report and any and all attachments and exhibits and documents photographs/ drawing referenced therein | Ron Frobel to Carl Luft. CC: Joseph Dombrowski, Carol Houck, John Volk and Joseph Kula

659. January 30, 2004 | Report and any and all attachments and exhibits and documents photographs/ drawing referenced therein | John Volk and Mark Prouty to Carl Luft. CC: Joseph Dombrowski, Roger Akin, Paul Cottrell, Joseph Kula and Ron Frobel

660. January 31, 2004 | Report | Police Report print out indicating that there was a package delivery to Council members.

KOP:347867v2 3514-04

| | | | |
|---|---|---|---|
| 661. | February 2, 2004 | Meeting Minutes | (NEW1136-NEW11155) |
| 662. | February 2, 2004 | Council Executive Session Meeting Minutes | (NEW14287-NEW14289) |
| 663. | February 3, 2004 | Letter | Carl Luft to Ellen Cavallaro and Donald M. Durkin, Jr. CC: Paul Logan, Roger Akin and Paul Cottrell (FED-NEW036-FED-NEW037) |
| 664. | February 3, 2004 | Letter | Carl Luft to Ellen Cavallaro and Donald M. Durkin, Jr. CC: Paul Logan, Roger Akin and Paul Cottrell (NEW00148) |
| 665. | February 4, 2004 | Letter | Paul Cottrell to Ellen Cavallaro and Paul Logan CC: Carl Luft , Carol Houck, Roger Akin, Joseph Kula, Mark Prouty, Jill Voeller, Donald M. Durkin, Jr. (FED-NEW038) |
| 666. | February 4, 2004 | Letter | Paul Cottrell to Paul Logan |
| 667. | February 6, 2004 | Admin. Report | (NEW14201-NEW14202) |
| 668. | February 10, 2004 | Letter | Vickie Petrone to Paul Logan CC: Ellen Cavallaro, Carl Luft , Carol Houck, Roger Akin, Joseph Kula, Mark Prouty, Jill Voeller, Paul |

15

| No. | Date | Type | Description | Objections |
|---|---|---|---|---|
| 669. | February 19, 2004 | Fax | Jill Voeller to Paul Cottrell, Petrone (NEW03315-NEW03336) | |
| 670. | February 20, 2004 | Letter | Paul Cottrell to Paul Logan CC: Arena City, Roger Akin, URS Richardson to Ellen Cavallaro | Cottrell |
| 671. | March 11, 2004 | Report and any and all attachments and exhibits and documents photographs/ drawing referenced therein | | URS objects based on FRE 401, 402, 403 and to the extent that the author will not be in Court – FRE 802 |
| 672. | March 15, 2004 | Letter | Ellen Cavallaro to Carl Luft.  CC: Paul Cottrell, Paul Logan, Sam Arena, Pat Kingsley (NEW00054-NEW00061) | |
| 673. | March 19, 2004 | Letter | Mark Prouty, John Volk, Joseph Kula, Ron Frobel to Carl Luft CC: Joseph Dombrowski, Roger Akin, Paul Cottrell (NEW02677-NEW02680) | |
| 674. | March 24, 2004 | Letter | Paul Cottrell to Ellen Cavallaro CC: Paul Logan, City, Roger Akin, Vickie Petrone (NEW00451-NEW00452) | |

| No. | Date | Type | Description |
|---|---|---|---|
| 675. | April 4, 2004 | Timeline | (URS001903-URS001931) |
| 676. | April 12, 2004 | News Release | Carl Luft to Wilmington News Journal, Newark Post (NEW00411-NEW00412) |
| 677. | April 14, 2004 | Letter | Joseph Kula, John Volk and Ron Frobel to Carl Luft CC: Joseph Dombrowsk, Roger Akin, Paul Cottrell, Semple, Bischoff, Davidson (NEW00385-NEW00408) |
| 678. | April 15, 2004 | Memo | Carl Luft to Mayor and Mayor-Elect and Council (NEW05988-NEW06013) |
| 679. | April 19, 2004 | Pay Application | (DUR002027-DUR002030) |
| 680. | April 26, 2004 | Council Executive Session | (NEW14290-NEW14291) |
| 681. | April 26, 2004 | Letter Meeting Minutes | Craig Calabria to Vickie Petrone (CC0248-CC0254) |
| 682. | April 26, 2004 | Letter | Craig Calabria to Vickie Petrone (CC1696-CC1700) |
| 683. | April 26, 2004 | Letter | Craig Calabria to Vickie Petrone (CC3846-CCCC3851) |
| 684. | April 26, 2004 | Letter | Craig Calabria to Vickie Petrone (CC4011-CC4016) |

17

| | | |
|---|---|---|
| 685. April 26, 2004 | Council Executive Session Meeting Minutes | (NEW14290-NEW14291) |
| 686. April 27, 2004 | Memo | Carl Luft to Vance Funk and Council (NEW03262-NEW03263) |
| 687. May 18, 2004 | Memo | Vickie Petrone to Craig Calabria (CC1694-CC1695) |
| 688. May 27, 2004 | Fax/Chart | Roger Akin to Mayor and Council CC: Carl Luft , Carol Houck, Joseph Dombrowski, Paul Cottrell (NEW10628-NEW10630) |
| 689. June 2004 | Memo | Craig Calabria to Vickie Petrone (NEW10628-NEW10630) |
| 690. June 2004 | Letter | Craig Calabria to Vickie Petrone (CC4188-CC4194) |
| 691. June 14, 2004 | Letter | Craig Calabria to Vickie Petrone (CC4017-CC4025) |
| 692. July 2004 | Council Executive Session Meeting Minutes | (NEW14292-NEW14294) |
| | Contract and Specifications to Finish Reservoir and any and all attachments and exhibits and documents | (NEW04136-NEW04248) |

18

| | | |
|---|---|---|
| 693. July 9, 2004 | Report and any and all attachments and exhibits and documents photographs/ drawing referenced therein | (CC4835-CC4853) |
| | photographs/ drawing referenced therein | |
| 694. July 9, 2004 | Letter | Craig Calabria to Paul Cottrell and Vickie Petrone (NEW02797-NEW02815) |
| 695. July 20, 2004 | Letter | Carol Houck to MPI (NEW06065-NEW06069) |
| 696. July 30, 2004 | Memo | Carol Houck to Prospective Bidders (NEW04089) |
| 697. August 11, 2004 | Letter | Paul Cottrell to Paul Logan CC: Arena City, Roger Akin, Lintner, Vickie Petrone |
| 698. August 24, 2004 | Letter | Carol Houck to MPI (NEW06070-NEW06080) |
| 699. August 26, 2004 | Letter | Greg Zamensky and Joseph Kula to Carol Houck CC: Joseph Dombrowski, Roger Akin, Paul |

| No. | Date | Type | Description | Objection |
|---|---|---|---|---|
| 700. | August 27, 2004 | Letter | Cottrell, Linter, Mark Prouty, Jill Voeller, Glenn Bowen (NEW02816) | |
| 701. | September 12, 2004 | Letter | Carol Houck to Hallaton (NEW06054-NEW06064) | |
| 702. | October 12, 2004 | PowerPoint Presentation | Carol Houck to Construction Tech (NEW06023-NEW06034) Craig Calabria's PowerPoint presentation. (CC01188-CC0220) | |
| 703. | October 15, 2004 | Memo | Carol Houck to Mayor Funk and Council (GL0478-GL0481) | |
| 704. | October 19, 2004 | Email | Michelle Besso to Will Robinson CC: Dinger | |
| 705. | October 20, 2004 | Email | Will Robinson to Michelle Besso CC: Carol Houck, Dinger (GL4666-GL4667) | |
| 706. | October 20, 2004 | White Paper Report and any and all attachments and exhibits and documents photographs/ drawing referenced therein | Richardson to Sam Arena | URS objects based on FRE 401, 402, 403 and to the extent that the author will not be in Court – FRE 802 |

| No. | Date | Description | To/From | Objections |
|---|---|---|---|---|
| 707. | October 20, 2004 | White Paper Report and any and all attachments and exhibits and documents photographs/drawing referenced therein | Richardson to Sam Arena (CC1067-CC1140) | URS objects based on FRE 401, 402, 403 and to the extent that the author will not be in Court – FRE 802 |
| 708. | October 24, 2004 | Email | Floyd Metz to Carol Houck, CC: Dinger, Will Robinson , Dinger, Hall, Jill Voeller, Simonson | |
| 709. | October 26, 2004 | Letter | Craig Calabria to Vickie Petrone (GL7877) | |
| 710. | November 5, 2004 | George & Lynch Contract and any and all attachments and exhibits and documents photographs/drawing referenced therein | (CC4881-CC4882) (GL0460-GL0495) | |

KOP:347867v2 3514-04

KOP:347867v2 3514-04

| | | |
|---|---|---|
| 711. November 11, 2004 | Letter | Carl Luft to Will Robinson (GL4379) |
| 712. November 18, 2004 | Letter | Joseph Kula to Carl Luft CC: Craig Calabria, Carol Houck, Green, Vickie Petrone (NEW11597-NEW11626) |
| 713. December 2004 | Pamphlet | ASME International Delaware Section (Marked as Dombrowski Exhibit #1) |
| 714. December 6, 2004 | Letter | Joseph Kula to Carl Luft CC: Craig Calabria, Carol Houck, Green, Vickie Petrone (NEW11676-NEW11735) |
| 715. January 10, 2005 | Email | Floyd Metz to Chris Baker, Dinger (GL4461-GL4462) |
| 716. January 11, 2005 | Meeting Minutes | (GL7822-GL7824) |
| 717. February 8, 2005 | Email | Floyd Metz to Dinger CC: Chris Baker, Hall (GL4475-GL4478) |
| 718. March 3, 2005 | Email | Floyd Metz to Hall CC: Chris Baker (GL4479-GL4881) |
| 719. March 9, 2005 | Email | Floyd Metz to Hall CC: Dinger, Chris Baker, Will Robinson (GL7981) |

| 720. | March 24, 2005 | Operational Plan | (GL4485-GL4486) |
| 721. | March 24, 2005 | Operational Plan | Revised as of 4/4/05 |
| 722. | March 31, 2005 | Email | Floyd Metz to Dinger, Will Robinson, Chris Baker and Lynch (GL4484-GL4486) |
| 723. | April 4, 2005 | Email | Floyd Metz to Chris Baker and Dinger (GL4488-GL4491) |
| 724. | April 6, 2005 | Email | Floyd Metz to Jill Voeller CC: Dinger, Chris Baker, Hall (GL4654-GL.GL4656) |
| 725. | April 12, 2005 | Email | Jill Voeller to Floyd Metz (GL4492) |
| 726. | April 13, 2005 | Email | Floyd Metz to Dinger, Will Robinson, Chris Baker and Lynch (GL4493-GL4496) |
| 727. | April 21, 2005 | Graph | Graph of Moisture - Density Relationship (GL1978) |
| 728. | April 21, 2005 | Graph | Graph of Particle - Size Analysis of Soils. (GL1979) |
| 729. | April 24, 2005 | Operational Plan | (GL4494-GL4496) |
| 730. | April 27, 2005 | Email | Jill Voeller to Carol Houck, Joseph Kula, Glenn Bowen, John Volk (GL4502) |
| 731. | April 27, 2005 | Minutes | (GL4503-GL4505) |

| | | |
|---|---|---|
| 732. April 27, 2005 | Graph | Graph of Particle - Size Analysis of Soils. (GL1981) |
| 733. April 28, 2005 | Graph | Graph of Moisture - Density Relationship. (GL1980) |
| 734. May 12, 2005 | Email | Floyd Metz to Chris Baker, Dinger, Will Robinson, Hall (GL4519-GL4521) |
| 735. May 16, 2005 | Chart | QC Compaction Testing Zone IV Cover Materials (GL1977) |
| 736. May 16, 2005 | Chart | Summary of in place Density test results. (GL1986) |
| 737. May 16, 2005 | Drawing | (GL1987) |
| 738. May 17, 2005 | Chart | Summary of in place Density test results. (GL1988) |
| 739. May 17, 2005 | Drawing | (GL1989) |
| 740. May 18, 2005 | Chart | Summary of in place Density test results. (GL1990) |
| 741. May 18, 2005 | Drawing | (GL1991) |
| 742. May 18, 2005 | Drawing | (GL1992) |
| 743. May 19, 2005 | Email | Floyd Metz to Chris Baker CC: Dinger (GL4540) |

KOP:347867v2 3514-04

24

KOP:347867v2 3514-04

| | | | |
|---|---|---|---|
| 744. | May 19, 2005 | Email | Chris Baker to Jill Voeller CC: Dinger, Hall, Floyd Metz, Will Robinson (GL4539) |
| 745. | May 19, 2005 | Email | Floyd Metz to Chris Baker CC: Dinger BCC: Hall (GL4536-GL4538) |
| 746. | May 19, 2005 | Chart | Summary of in place Density test results. (GL1993) |
| 747. | May 19, 2005 | Drawing | (GL1994) |
| 748. | May 24, 2005 | Email | Jill Voeller to Chris Baker CC: Dinger, Floyd Metz, Hall (GL4540) |
| 749. | May 24, 2005 | Email | Jill Voeller to Floyd Metz CC: Hall, Glenn Bowen (GL 4549) |
| 750. | May 24, 2005 | Email | Floyd Metz to Jill Voeller CC: Baker, Lynch, Dinger, Hall, Will Robinson (GL4548) |
| 751. | May 26, 2005 | Email | Floyd Metz to Jill Voeller CC: Dinger, Chris Baker, Hall (GL4579) |
| 752. | May 26, 2005 | Email | Jill Voeller to Floyd Metz CC: Baker, Dinger, Glenn Bowen, Hall, Mark Prouty (GL4582) |
| 753. | May 26, 2005 | Email | Floyd Metz to Jill Voeller CC: Dinger, Chris Baker, Hall (GL4582-GL4583) |
| 754. | May 29, 2005 | Photo | Marked as Exhibit 8 in Kalbacher Deposition. |

25

| | | |
|---|---|---|
| 755. May 31, 2005 | Chart | Summary of in place Density test results. (GL1995) |
| 756. May 31, 2005 | Drawing | (GL1996) |
| 757. June 2, 2005 | Chart | Summary of in place Density test results. (GL1997) |
| 758. June 2, 2005 | Drawing | (GL1998) |
| 759. June 3, 2005 | Graph | Graph of Moisture - Density Relationship. (GL1982) |
| 760. June 3, 2005 | Graph | Graph of Particle - Size Analysis of Soils. (GL1983) |
| 761. June 6, 2005 | Email | Floyd Metz to Jill Voeller CC: Chris Baker, Lynch, Dinger, Hall, Will Robinson (GL4547) |
| 762. June 6, 2005 | Email | Jill Voeller to Floyd Metz CC: Baker, Lynch, Dinger, Hall, Will Robinson (GL4547) |
| 763. June 13, 2005 | Graph | Graph of Moisture - Density Relationship. (GL1984) |
| 764. June 13, 2005 | Graph | Graph of Particle - Size Analysis of Soils. (GL1985) |
| 765. June 14, 2005 | Chart | Summary of in place Density test results. (GL1999) |
| 766. June 14, 2005 | Drawing | (GL2000) |
| 767. June 23, 2005 | Letter | Craig Calabria to Vickie Petrone (CC4873-CC4876) |

KOP:347867v2 3514-04

| | | | |
|---|---|---|---|
| 768. July 14, 2005 | Email | Floyd Metz to Jill Voeller CC: Dinger, Chris Baker, Will Robinson (GL4586) |
| 769. July 14, 2005 | Email | Floyd Metz to Jill Voeller CC: Hall (GL4589) |
| 770. July 16, 2005 | Chart | Summary of in place Density test results. (GL2241) |
| 771. July 16, 2005 | Drawing | (GL2242) |
| 772. July 21, 2005 | Chart | Summary of in place Density test results. (GL2250) |
| 773. July 21, 2005 | Chart | Summary of in place Density test results. (GL2251) |
| 774. July 25, 2005 | Email | Patterson to Will Robinson (GL7350) |
| 775. August 1, 2005 | Chart | Summary of in place Density test results. (GL2243) |
| 776. August 1, 2005 | Drawing | (GL2244) |
| 777. August 9, 2005 | Letter | Craig Calabria to Vickie Petrone (CC4830-CC4834) |
| 778. August 12, 2005 | Chart | Summary of in place Density test results. (GL2245) |
| 779. August 12, 2005 | Drawing | (GL2246) |
| 780. August 12, 2005 | Chart | Summary of in place Density test results. (GL2252) |
| 781. August 13, 2005 | Chart | Summary of in place Density test results. (GL2253) |

| 782. | August 24, 2005 | Chart | Summary of in place Density test results. (GL2247) |
| 783. | August 24, 2005 | Drawing | (GL2248) |
| 784. | August 24, 2005 | Chart | Summary of in place Density test results. (GL2254) |
| 785. | August 30, 2005 | Chart | Summary of in place Density test results. (GL2249) |
| 786. | August 30, 2005 | Drawing | (GL2249) |
| 787. | September 5, 2005 | Email | Floyd Metz to Will Robinson and Dinger CC: Hall (GL4582) |
| 788. | September 14, 2005 | Email | Will Robinson to Michelle Besso CC: Carol Houck, Jill Voeller BCC: Floyd Metz |
| 789. | September 14, 2005 | Email | Michelle Besso to Will Robinson (GL4666) |
| 790. | October 24, 2005 | Email | Floyd Metz to Carol Houck CC: Dinger, Will Robinson, Chris Baker |
| 791. | October 24, 2005 | Email | Carol Houck to Paul Cottrell, Roger Akin, Vickie Petrone CC: Simonson, Joseph Dombrowski, Sarris, Floyd Metz, Carl Luft (GL7873-GL7874) |
| 792. | October 31, 2005 | Email | Floyd Metz to Will Robinson, Dinger, Chris Baker CC: Hall (GL7870) |

28

| No. | Date | Type | Description |
|---|---|---|---|
| 793. | November 11, 2005 | Email | Will Robinson to Floyd Metz CC: Dinger, Jill Voeller, Hall (GL7864) |
| 794. | November 15, 2005 | Photo | Marked as Exhibit 9 in Kalbacher Deposition. |
| 795. | November 15, 2005 | Photo | Marked as Exhibit 5 in Voeller Deposition. |
| 796. | November 28, 2005 | Daily Report of Construction | (NEW13482-NEW13484) |
| 797. | November 28, 2005 | Email | Floyd Metz to Will Robinson CC: Hall, Dinger, Chris Baker (GL7861) |
| 798. | November 29, 2005 | Daily Report of Construction | (NEW13479-NEW13481) |
| 799. | November 30, 2005 | Daily Report of Construction | (NEW13476-NEW13478) |
| 800. | December 1, 2005 | Photo | Marked as Exhibit 13 at Funk Deposition. |
| 801. | December 1, 2005 | Photo | Marked as Exhibit 14 at Funk Deposition. |
| 802. | December 1, 2005 | Photo | Marked as Exhibit 10 in Kalbacher |

KOP:347867v2 3514-04

29

| No. | Date | Type | Description |
|---|---|---|---|
| 803. | December 1, 2005 | Daily Report of Construction | Deposition. (NEW13473-NEW13475) |
| 804. | December 2, 2005 | Daily Report of Construction | (NEW13470-NEW13472) |
| 805. | December 5, 2005 | Email | Floyd Metz to Carol Houck CC: Hall (GL1659) |
| 806. | December 5, 2005 | Daily Report of Construction | (NEW13467-NEW13469) |
| 807. | December 6, 2005 | Email | Jill Voeller to Green, Seitz CC: Mark Prouty, deLorimier, Glenn Bowen and Floyd Metz (GL1679) |
| 808. | December 6, 2005 | Email | Floyd Metz to Will Robinson (GL4676) |
| 809. | December 6, 2005 | Email | Will Robinson to Floyd Metz, Carol Houck, Jill Voeller (GL4676) |
| 810. | December 6, 2005 | Daily Report of Construction | (NEW13464-NEW13466) |
| 811. | December 7, 2005 | Daily Report of Construction | (NEW13461-NEW13463) |

| | | |
|---|---|---|
| 812. December 7, 2005 | Photo | Marked as Exhibit 6 in Voeller Deposition. |
| 813. December 7, 2005 | Daily Report of Construction | (NEW13461-NEW13463) |
| 814. December 8, 2005 | Daily Report of Construction | (NEW13458-NEW13460) |
| 815. December 9, 2005 | Daily Report of Construction | (NEW13455-NEW13457) |
| 816. December 12, 2005 | Daily Report of Construction | (NEW134520-NEW13454) |
| 817. December 13, 2005 | Email | Floyd Metz to Carol Houck, Mark Prouty, Simonson, Jill Voeller, Glenn Bowen, Will Robinson CC: Lynch, Dinger, Hall (GL4661) |
| 818. December 13, 2005 | Daily Report of Construction | (NEW13449-NEW13451) |
| 819. December 14, 2005 | Daily Report of Construction | (NEW13446-NEW13448) |
| 820. December 15, 2005 | Daily Report of Construction | (NEW13443-NEW13445) |

KOP:347867v2 3514-04

| 821. December 15, 2005 | Daily Report of Construction | (NEW08834) |
| 822. December 16, 2005 | Photo | Marked as Exhibit 15 in Funk's Deposition. |
| 823. December 16, 2005 | Photo | Marked as Exhibit 16 in Funk's Deposition. |
| 824. December 16, 2005 | Photo | Marked as Exhibit 17 in Funk's Deposition. |
| 825. December 16, 2005 | Photo | Marked as Exhibit 18 in Funk's Deposition. |
| 826. December 16, 2005 | Daily Report of Construction | (NEW13440-NEW13442) |
| 827. December 19, 2005 | Email | Floyd Metz to Simonson CC: Jill Voeller, Glenn Bowen. BCC Hall (GL1705) |
| 828. December 19, 2005 | Daily Report of Construction | (NEW13437-NEW13439) |
| 829. December 20, 2005 | Daily Report of Construction | (NEW13434-NEW13436) |
| 830. December 21, 2005 | Daily Report of Construction | (NEW13431-NEW13433) |
| 831. December 22, 2005 | Daily Report of Construction | (NEW13428-NEW13430) |
| 832. December 23, 2005 | Daily Report of Construction | (NEW13425-NEW13427) |

KOP:347867v2 3514-04

| No. | Date | Description | Notes | Objections |
|---|---|---|---|---|
| 833. | December 27, 2005 | Daily Report of Construction | (NEW13422-NEW13424) | |
| 834. | December 28, 2005 | Daily Report of Construction | (NEW13419-NEW13421) | |
| 835. | December 29, 2005 | Daily Report of Construction | (NEW13416-NEW13418) | |
| 836. | Undated | Photo | Marked as Exhibit 1 in Voeller Deposition. | |
| 837. | Undated | Photo | Marked as Exhibit 2 in Voeller Deposition. | |
| 838. | Undated | Photo | Marked as Exhibit 3 in Voeller Deposition. | |
| 839. | Undated | Handwritten Notes | (DUR002651) | |
| 840. | Undated | Handwritten Notes | (DUR002652) | |
| 841. | Undated | Handwritten Notes | (DUR002653) | URS is reserving hearsay objections |
| 842. | Undated | Handwritten Notes | (DUR002654) | URS is reserving hearsay objections URS is reserving hearsay objections |

33

| 843. | Undated | Handwritten Notes | (DUR002658) | URS is reserving hearsay objections |
|---|---|---|---|---|
| 844. | Undated | Handwritten Notes | Handwritten notes from Craig Calabria with 4 conclusions (CC3262) | |
| 845. | Undated | PowerPoint Presentation | Craig Calabria's PowerPoint presentation. (CC3985-CC4008) | |
| 846. | Undated | Scope of Services Document | Scope of Services for Craig Calabria's engagement with Tighe, Cottrell. Marked as Exhibit "A". (CC0246). | |
| 847. | Undated | PowerPoint Presentation | Craig Calabria PowerPoint presentation (CC3919-CC0246) | |
| 848. | Undated | PowerPoint Presentation | Craig Calabria PowerPoint presentation (CC4715-CC4779) | |
| 849. | Undated | PowerPoint Presentation | Craig Calabria PowerPoint presentation. (CC3661-CC3687) | |
| 850. | Undated | Michael Durkin's Construction Diary | (DUR001567-DUR001682) | |
| 851. | Undated | Donald M. Durkin, Jr., Construction Diary | (DUR001683-DUR002013) | |
| 852. | Undated | Durkin Diary Durkin Bid Sheets | (DUR002507-DUR002708) | |

KOP-347867v2 3514-04

| | | |
|---|---|---|
| 853. Undated | Handwritten Notes | (URS005386-URS005388) |
| 854. N/A | Binders | Four (4) White binders Marked as Exhibit 1 in Kalbacher Deposition |
| 855. N/A | Manila Envelope | Manila Envelope Marked as Exhibit 1 in Kalbacher |
| 856. N/A | Timeline | Timeline of Events Surrounding Durkin's Work on the Project, Termination and the Events Following Termination |
| 857. N/A | Contract Excerpts | Contract Excerpts from the Contract between Durkin and the City of Newark |
| 858. N/A | N/A | Sample of Zone IV soil taken from the Reservoir |
| 859. N/A | Photos | Binder of photographs of the Reservoir depicting embankment construction |
| 860. N/A | Photos | Binder of photographs of the Reservoir depicting initial sloughing failure in September 2003 |
| 861. N/A | Photos | Binder of photographs of the Reservoir depicting test strips in the fall of 2003 |
| 862. N/A | Photos | Binder of photographs of the Reservoir depicting test strips conducted by Calabria |
| 863. N/A | Photos | Binder of George & Lynch progress photographs depicting rills and erosion pre rain events |

| 864. N/A | Photos | Binder of George & Lynch progress photographs depicting rills and erosion post rain events |
| 865. N/A | Photos | Binder of photographs depicting rills and erosion repair post rain events |
| 866. N/A | Photos | Binder of photographs depicting north end Reservoir sluffing on two (2) occasions |
| 867. N/A | Photos | Binder of photographs depicting repairs, gullies, rills under rain sheets and repairs by George & Lynch |
| 868. N/A | Photos | Arial photographs of Reservoir |
| 869. March 16, 2004 | Pleading | Complaint of Donald M. Durkin Contracting, Inc. |
| 870. April 12, 2004 | Pleading | Answer, Counterclaim and Third Party Complaint of Defendant City of Newark, et al. |
| 871. September 8, 2005 | Pleading | Stipulation of Voluntary Dismissal of URS Corporation, Inc. |
| 872. October 7, 2005 | Pleading | Third Party Complaint of Defendant City of Newark, et al. against URS Corporation, Inc. |
| 873. N/A | Binders | Damage Binders prepared by Durkin and produced to all parties including any and all backup documentation in support of damages being claimed (Donald M. Durkin Contracting, Inc. |

36

| | | |
|---|---|---|
| 874. May 30, 2006 | Report and any and all attachments and exhibits and documents photographs/ drawing referenced therein | Damages Documentation Binder #1 and Binder #2) Design and Constructability Review of Zone IV Protective Cover Soils – City of Newark Reservoir Construction. Prepared by GeoSyntec Consultants |
| 875. N/A | C.V. | C.V. of Thomas B. Ramsey, P.E. |
| 876. May 30, 2006 | Report and any and all attachments and exhibits and documents photographs/ drawing referenced therein | Report of Gregory N. Richardson, Ph.D P.E. |
| 877. N/A | C.V. | C.V. of Gregory N. Richardson, Ph.D. P.E. |
| 878. May 31, 2006 | Report and any and all attachments and exhibits and | Report of W. Allen Marr, P.E., Ph.D |

KOP:347867v2 3514-04

| | | |
|---|---|---|
| | | documents photographs/ drawing referenced therein |
| 879. N/A | C.V. | C.V. of W. Allen Marr, P.E., Ph.D |
| 880. | Discovery | Answers and Responses, including any and all supplemental Answers and Responses to Discovery Requests by Donald M. Durkin Contracting, Inc. |
| 881. | Discovery | Answers and Responses, including any and all supplemental Answers and Responses to Discovery Requests by City of Newark, et al. |
| 882. | Discovery | Answers and Responses, including any and all supplemental Answers and Responses to Discovery Requests by Federal Insurance Company |
| 883. | Discovery | Answers and Responses, including any and all supplemental Answers and Responses to Discovery Requests by URS Corporation, Inc. |
| 884. | Exhibits | Any and all documents marked as exhibits at any deposition in this matter including any and all attachments and exhibits thereto |
| 885. | Documents Produced | Any and all documents produced by Donald M. Durkin Contracting, |

Inc.

| | | |
|---|---|---|
| | Pleadings | Any and all pleadings filed in this matter, including any and all attachments thereto |
| 886. | | NEW07322 |
| 887. October 18, 2003 | Newspaper Article | NEW07325-NEW07326 |
| 888. November 3, 2003 | Newspaper Article | |
| 889. | Newspaper Article | NEW07330-NEW07331 |
| 890. October 19, 2004 | Newspaper Article | NEW07332 |
| 891. May 21, 2004 | Newspaper Article | News Journal (NEW00272-NEW00274) |
| 892. March 18, 2004 | Newspaper Article | News Journal (NEW03140) |
| 893. August 27, 2004 | Newspaper Article | Newark Post (NEW03142-NEW03143) |
| 894. August 6, 2004 | Newspaper Article | (NEW03144) |
| 895. July 2, 2004 | Newspaper Article | (NEW03146) |
| 896. September 10, 2004 | News Release | (NEW03147) |
| 897. September 14, 2004 | Newspaper Article | News Journal (NEW03148) |
| 898. September 8, 2004 | Newspaper Article | News Journal (NEW03149) |
| 899. September 14, 2004 | News Release | (NEW03150-NEW03151) |

900. June 9, 2004     News Release     (NEW03152)

901. June 11, 2004     Newspaper Article     Newark Post (NEW03154-NEW03155)

902. April 9, 2004     Press Release from the Mayor     (NEW03157)

903. March 26, 2004     Newspaper Article     Newark Post (NEW03160)

904. April 23, 2004     Newspaper Article     Newark Post (NEW03161)

905. June 15, 2004     Newspaper Article     News Journal (NEW03171 and URS007053-URS007062)

906. September 17, 2004     Newspaper Article     Newark Post (NEW03175)

907. July 16, 2004     Newspaper Article     Newark Post (NEW03176)

908. July 15, 2004     Newspaper Article     News Journal (NEW03177)

909. June 8, 2004     Newspaper Article     News Journal (URS007064-URS007075)

910. March 21, 2004     Newspaper Article     News Journal (URS007020)

911. March 19, 2004     News Release     (URS00733-URS007034)

912. April 11, 2004     Newspaper Article     (URS007040-URS007041)

913.     Newspaper Article     News Journal (URS007042)

914.     Newspaper Article     (URS007043-URS007044)

| | | | |
|---|---|---|---|
| 915. | | Newspaper Article | (URS007045) |
| 916. | July 13, 2004 | Newspaper Article | (URS007076) |
| 917. | December 7, 2005 | Newspaper News Release | (GL4677-GL4679) |
| 918. | | Newspaper Articles and Press Releases | Any and all newspaper articles and press releases discussing Durkin's termination |
| 919. | | Binder | Material Charges; Delaware SIT Returns 2002; Insurance Rates and Health Cost for Poponak; Labor and Fringe Rates; Labor Charges (6/1/02-3/31/03); Labor Charges April 2003; Labor Charges (5/1/03-12/21/03); Labor Charges (1/1/04-3/15/04); Bluebook Equipment Rates; Equipment Charges (6/1/02-12/29/02); Equipment Charges 2003; Equipment Charges 2004; Subcontractor Charges; PennDot Permits (DUR009710-DUR010473) |
| 920. | | Binder | City of Newark Water Reservoir Material Suppliers (DUR009089-DUR009707) |
| 921. | | Binder | Material Charges; Delaware SIT Returns 2002; Delaware SIT Returns 2003; Insurance Rates and |

41

922. Subcontractor Agreement and any and all attachments and exhibits and documents photographs/ drawing referenced therein

Health Costs for Poponak; Labor and Fringe Rates; Labor Charges (6/1/02-3/31/03); Labor Charges April 2003; Labor Charges (5/1/03-12/21/03); Labor Charges (1/1/04-3/15/04); Bluebook Equipment Rates; Equipment Charges (6/1/02-12/29/02); Equipment Charges 2003; Equipment Charges 2004; Subcontractor Charges; Equipment Mobilization; PennDot Permits; Delaware Permits (DUR008305-DUR009087)

Subcontractor Agreement for Four Seasons Landscape Services

923. Subcontractor Agreement and any and all attachments

Subcontractor Agreement for Peter D. Furness Electric Co., Inc. (DUR006991-DUR007015)

924.     Subcontractor Agreement for
         GeoSyntec Consultants
         (DUR007278-DUR007345)
         and any and
         all
         attachments
         and exhibits
         and
         documents
         photographs/
         drawing
         referenced
         therein

925.     Subcontractor Agreement for
         Intergeo
         Subcontractor
         Agreement
         and any and
         all
         attachments
         and exhibits
         and
         documents
         photographs/
         drawing
         referenced
         therein

926.   Subcontractor Agreement for Keystone Drilling & Blasting Agreement and any and all attachments and exhibits and documents photographs/ drawing referenced therein

927.   Subcontractor Agreement for NavTech, Inc. Agreement and any and all attachments and exhibits and documents photographs/ drawing referenced therein

928.   Subcontractor Agreement for Tierra Construction Services, LLC Subcontractor Agreement and any and all attachments and exhibits and

KOP:347867v2 3514-04

929.    Subcontractor Agreement for
        Valley Crest Landscape
        Development

        documents
        photographs/
        drawing
        referenced
        therein
        and any and
        all
        attachments
        and exhibits
        and
        documents
        photographs/
        drawing
        referenced
        therein

930.    Subcontractor Agreement for
        Michael Whiteman & Son, Inc.

        Subcontractor
        Agreement
        and any and
        all
        attachments
        and exhibits
        and
        documents
        photographs/
        drawing
        referenced
        therein

931.    Federal Exhibit 4 to Houck's
        deposition (3/28/06)

        Page 17 of
        Brief

KOP:347867v2 3514-04

45

932.

Binder
produced by
the City

Binder of documents concerning
Durkin's subcontractors produced
by the City

KOP:347867v2 3514-04

46

## Third-Party Defendant URS Corporation
### Exhibits[1]

| No.[2] | Date of Document | Type of Document[3] | Description[4] | Objection State Grounds | Agree Y/N | Joint Exhibit Y/N |
|--------|------------------|---------------------|----------------|-------------------------|-----------|-------------------|
| 1. | | Contract | URS Contracts with City of Newark for design and supervisory services | | Durkin: Y | |
| 2. | | Statements | URS unpaid statements to City of Newark (if no bifurcation) | | Durkin: Y | |
| 3. | | Correspondence | Correspondence between URS and City regarding unpaid statements (if no bifurcation) | | Durkin: Y | |
| 4. | | Diary | Michael Durkin diary (DUR 1567-1682) | | Durkin: Y | |
| 5. | | Diary | Donald Durkin diary (and excerpts transcribed) (DUR 1683-2013) | | Durkin: Y | |
| 6. | | Deposition | M. Durkin deposition pages 22-43 | | Y | |
| 7. | | Proposal | Durkin bid (proposal) (DUR 2804-2813) | Durkin objects: Fed. R. Evid. 402, 403 | Durkin: N | |

[1] Based on Motions in Limine that are currently pending before the Court, Third-Party Defendant reserves the right to withdrawal certain exhibits listed and/or redact certain portions of exhibits listed. Third-Party Defendant also reserves the right to supplement its List of Exhibits to include any documents or other tangible evidence that is made available and/or produced after the date the Pretrial Order is submitted. URS also reserves the right to rely on exhibits identified by any other party.

[2] Third-Party Defendant reserves the right to renumber the listed exhibits prior to trial for the orderly presentation of evidence.

[3] Unless specifically indicated otherwise, the Exhibit listed includes any all attachments associated with that Exhibit.

[4] Bates numbers are provided for reference only. Multiple copies of the same document have been produced in litigation. Third-Party Defendant reserves the right to use at trial a document listed above that contains a different bates number than referenced above.

KOP:347867v2 3514-04

| No.[2] | Date of Document | Type of Document[3] | Description[4] | Objection State Grounds | Agree Y/N | Joint Exhibit Y/N |
|---|---|---|---|---|---|---|
| 8. | 9/11/03 | Letter | Prouty to Durkin (NEW 07490) | | Durkin: Y | |
| 9. | | Notes | Durkin estimating notes (DUR 2651-2658 | Durkin objects: Fed. R. Evid. 402, 403 | Durkin: N | |
| 10. | | Tabulation | Durkin bid tabulation (DUR 2507-2516) | Durkin objects: Fed. R. Evid. 402, 403 | Durkin: N | |
| 11. | 4/4/02 | Letter | Donald Durkin to Voeller and attachments (DUR 000199-206) | | Durkin: Y | |
| 12. | 4/9/02 | E-Mail | Norris to Siebens (FED-NEW 007) | Durkin objects: Fed. R. Evid. 402, 403, 702, 802 | Durkin: N | |
| 13. | 4/11/02 | Letter | Letter and attachments Donald Durkin to Proudy (sic) (DUR 192-194) | | Durkin: Y | |
| 14. | | Specification | Specification section 02290 embankment construction | | Durkin: Y | |
| 15. | 10/17/02 | Letter | Donald Durkin to Jill Voeller (DUR 286) | | Durkin: Y | |
| 16. | 10/22/02 | Letter | Jill Voeller to Donald Durkin (DUR 280) | | Durkin: Y | |
| 17. | 4/7/03 | Letter | Donald Durkin to Jill Voeller (DUR 448) | | Durkin: Y | |
| 18. | 6/9/03 | Letter | Donald Durkin to Jill Voeller (DUR 959) | | Durkin: Y | |
| 19. | 7/7/03 | Letter | Donald M. Durkin to Jill Voeller | | Durkin: Y | |

| No.[2] | Date of Document | Type of Document[3] | Description[4] | Objection State Grounds | Agree Y/N | Joint Exhibit Y/N |
|---|---|---|---|---|---|---|
| 20. | 8/7/03 | Letter | (DUR 920-921) | | Durkin: Y | |
| 21. | 8/11/03 | Letter | Donald Durkin to Jill Voeller (DUR 860) | | Durkin: Y | |
| 22. | 8/12/03 | Letter | Donald Durkin to Jill Voeller (DUR 857) / Donald Durkin to Jill Voeller (DUR 855) | | Durkin: Y | |
| 23. | | Change Order | No. 18 documents (DUR 725-734) | | Durkin: Y | |
| 24. | 4/20/04 | Affidavit | Mark Prouty | Durkin objects: Fed. R. Evid. 802 | Durkin: N | |
| 25. | 7/23/04 | Affidavit | Mark Prouty | Durkin objects: Fed. R. Evid. 802 | Durkin: N | |
| 26. | 7/22/04 | Affidavit | John Volk | Durkin objects: Fed. R. Evid. 802 | Durkin: N | |
| 27. | 1/30/04 | Report | Mark Prouty and John Volk | | Durkin: Y | |
| 28. | 1/30/04 | Letter | Ron Frobel | | Durkin: Y | |
| 29. | 4/14/04 | Report | URS | | Durkin: Y | |
| 30. | 7/14/04 | Report | Craig Calabria | | Durkin: Y | |
| 31. | 8/4/06 | Report | Dov Leshchinsky | | Durkin: Y | |
| 32. | 4/14/04 | Report | Joseph R. Kula, Ron Frobel, Mark Prouty, and John Volk | | Durkin: Y | |
| 33. | 4/20/04 | Affidavit | Joseph R. Kula | Durkin objects: Fed. R. Evid. 802 | Durkin: N | |

## Defendant City of Newark
## Exhibits

| No.[2] | Date of Document | Type of Document[3] | Description[4] | Objection State Grounds | Agree Y/N | Joint Exhibit Y/N |
|---|---|---|---|---|---|---|
| 34. | 11/18/04 | Report | Joseph R. Kula | | Durkin: Y | |
| 35. | 12/6/04 | Report | Joseph R. Kula | | Durkin: Y | |
| 36. | | CV | Dov Leshchinsky | | Durkin: Y | |
| 37. | | CV | Richard Davidson | | Durkin: Y | |
| 38. | | Photographs | Binder of photographs of Newark reservoir | | Durkin: Y | |

| No. | Date of Document | Type of Document | Description | Objection State Grounds | Agree Y/N | Joint Exhibit Y/N |
|---|---|---|---|---|---|---|
| 1. | 11/06/00 | Letter | D. Preston Lee to Carol Houck with 4 page agreement for professional services and 1 page lump sum work order | | Durkin: Y | |
| 2. | | Contracts | All URS contracts and agreements with the City of Newark for design, construction administration and other services | | Durkin: Y | |
| 3. | | URS Daily Reports of Construction | Daily reports of construction from 09/01/03 through 02/11/04 | | Durkin: Y | |
| 4. | 04/09/02 | E-mail | Walter Morris (FED NEW 007) | | | |
| 5. | 11/12/03 | Letter | NEW 7454 | | | |
| 6. | 12/30/03 | Demand for | NEW544-545 | Durkin objects: | Durkin: N | |

KOP:347867v2 3514-04

| No. | Date of Document | Type of Document | Description | Objection State Grounds | Agree Y/N | Joint Exhibit Y/N |
|---|---|---|---|---|---|---|
| 7. | | Arbitration | | Fed.R. Evid. 802 | | |
| 8. | 10/01/04 | KCI Documents and Report | | Durkin objects: not specified or previously produced | Durkin: N | |
| 9. | 10/07/04 | Proposal | George & Lynch, Inc. proposal to City of Newark | | | |
| 10. | | Not specified | Documents evidencing Donald M. Durkin Contracting, Inc. action against URS Corporation in PA | Durkin objects: Fed. R. Evid. 402 | Durkin: N | |
| 11. | | Pleading Exhibits and Affidavits | All affidavits and exhibits to pleadings | Durkin objects: as to affidavits, Fed. R. Evid. 802 | Durkin: N | |
| 12. | | Miscellaneous | All documents produced by the City of Newark | Durkin objects: Fed. R. Evid. 402, 403, 802 | Durkin: N | |
| 13. | | Photographs of reservoir | Photographs of reservoir and completion, including enlarged photographs | | Durkin: Y | |
| 14. | | Miscellaneous | All documents produced by Donald M. Durkin Contracting, Inc. in support of its claimed damages | | Durkin: Y | |
| 15. | | Miscellaneous | All documents supporting the City | Durkin objects: | Durkin: N | |

## Third-Party Defendant Federal Insurance Company

### Exhibits[5]

| No. | Date of Document | Type of Document | Description | Objection State Grounds | Agree Y/N | Joint Exhibit Y/N |
|-----|------------------|------------------|-------------|-------------------------|-----------|-------------------|
| 16. | | | of Newark July 28, 2006 damages spreadsheet, including, but not limited to, George & Lynch, Inc. contract and payment applications, all URS supplemental agreements and payments, Donald M. Durkin Contracting, Inc. subcontractor payment information, Artesian Water payments and spreadsheet of miscellaneous costs | to the extent any of these documents have not been produced as of the date of the pretrial order | | |

| No.[6] | Date of Document | Type of Document[7] | Description[8] | Objection State Grounds | Agree Y/N | Joint Exhibit Y/N |
|--------|------------------|---------------------|----------------|-------------------------|-----------|-------------------|

---

[5] Based on Motions in Limine that are currently pending before the Court, Third-Party Defendant reserves the right to withdrawal certain exhibits listed and/or redact certain portions of exhibits listed. Third-Party Defendant also reserves the right to supplement its List of Exhibits to include any documents or other tangible evidence that is made available and/or produced after the date the Pretrial Order is submitted. Federal Insurance Company also reserves the right to rely on exhibits identified by any other party.

[6] Third-Party Defendant reserves the right to renumber the listed exhibits prior to trial for the orderly presentation of evidence.

[7] Unless specifically indicated otherwise, the Exhibit listed includes any all attachments associated with that Exhibit.

[8] Bates numbers are provided for reference only. Multiple copies of the same document have been produced in litigation. Third-Party Defendant reserves the right to use at trial a document listed above that contains a different bates number than referenced above.

KOP:347867v2 3514-04

| No.[6] | Date of Document | Type of Document[7] | Description[8] | Objection State Grounds | Agree Y/N | Joint Exhibit Y/N |
|---|---|---|---|---|---|---|
| 1. | 09/26/03 | Meeting Minutes | Handwritten notes of meeting b URS (URS 002001 – 002004) | | Durkin: Y | |
| 2. | 06/19/03 | Memorandum | Memorandum from Jill Voeller to Don Durkin, Jr., J. Dombrowski, C. Houck, M. Sistek regarding soil erosion and sediment control (URS 005617, 005618) | | Durkin: Y | |
| 3. | 06/17/03 | Correspondence | Durkin to URS regarding fine for E&S discharge into stream (URS 005619-005621) | | Durkin: Y | |
| 4. | 12/03/03 | Fax cover sheet | Durkin to URS regarding request for direct shear test results (NEW 03295, DUR 00112) | | Durkin: Y | |
| 5. | 07/17/03 | Memorandum | Memorandum from Jill Voeller to Don Durkin, Jr. regarding request for comments on stability and maintenance of rock on the Fabriform (URS 005574) | | Durkin: Y | |
| 6. | 03/18/04 | E-mail | E-mail from Jill Voeller to John Volk, J. Kula regarding precipitation reports for Sept. 2003 (URS 021903 – 021904) | | Durkin: Y | |
| 7. | 12/08/03 | Letter | J. Volk and J. Kula to Donald M. Durkin Contracting, Inc. regarding response to request for information on Fabriform stability (DUR 001119) | | Durkin: Y | |
| 8. | 12/04/03 | Letter | Don Durkin, Jr. to URS regarding | | Durkin: Y | |

53

KOP:347867v2 3514-04

| No.[6] | Date of Document | Type of Document[7] | Description[8] | Objection State Grounds | Agree Y/N | Joint Exhibit Y/N |
|---|---|---|---|---|---|---|
| 9. | 12/03/03 | Fax | request for veneer stability calculations (DUR 001120) | | | |
| 10. | 10/15/02 | Letter | URS to Don Durkin, Jr. regarding test results from interface friction testing with Fabriform (DUR 001122 – 001123) | | Durkin: Y | |
| 11. | 01/27/03 | Letter | Don Durkin, Jr. to URS enclosing letter from InterGeo (10/14/03) requesting slope stability calculations | | Durkin: Y | |
| 12. | 01/09/03 | Letter | URS to Don Durkin, Jr. regarding response to letter from Durkin dated 01/09/03 on suitability of Fabriform placement over liner system | | Durkin: Y | |
| 13. | 07/16/03 | Letter | Don Durkin, Jr. to URS confirming that URS has reviewed the slope stability calculations on design of Fabriform | | Durkin: Y | |
| 14. | 07/18/03 | Letter | Don Durkin, Jr. to URS regarding concerns expressed with riprap over Fabriform | | Durkin: Y | |
| 15. | 07/07/04 | Fax with enclosures | Don Durkin, Jr. to URS regarding lack of calculations for riprap over Fabriform, reported to DMD by URS consultant | | Durkin: Y | |
| | | | URS fax to C. Calabria enclosing rainfall data from Univ. of | | Durkin :Y | |

54

KOP:347867v2 3514-04

| No.[6] | Date of Document | Type of Document[7] | Description[8] | Objection State Grounds | Agree Y/N | Joint Exhibit Y/N |
|---|---|---|---|---|---|---|
| 16. | 04/13/05 | E-mail with attachments | Delaware and notes of phone call on rainfall in June 2004 (URS 021736 – 021742 | | | |
| | | | Floyd Metz to D. Dinger, W. Robinson, C. Baker regarding revised operation plan to incorporate revisions requested by URS (GL 2135 – 2138) | | Durkin: Y | |
| 17. | 07/14/05 | E-mail | Floyd Metz to Jill Voeller regarding response to project coordination meeting minutes, withholding payment (GL 2060) | | Durkin: Y | |
| 18. | 07/14/05 | E-mail | Jill Voeller to Floyd Metz, response to Metz e-mail on project coordination meeting minutes, withholding payment (GL 2061 – 2062) | | Durkin: Y | |
| 19. | 03/28/06 | Deposition Exhibit | Federal Exhibit #9, 2 page exhibit of Answering Brief of Newark to Plaintiff's Motion for Partial Summary Judgment | | Durkin: Y | |

55