IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

## EXHIBIT D TO PRETRIAL ORDER

Donald M. Durkin Contracting, Inc. intends to utilize a timeline consisting of project documents and other exhibits referenced in Exhibit "C" of this Pretrial Order to establish a chronology of events leading up to and following the termination of Donald M. Durkin's contract with the City of Newark. The timeline is listed as Exhibit No. 856 on Exhibit "C".

KOP:347869v1 3514-04