IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

## EXHIBIT E TO PRETRIAL ORDER

### List of Witnesses for Donald M. Durkin Contracting, Inc.

1. **Witnesses to be Called**

    a. Donald M. Durkin, Jr. (Donald M. Durkin Contracting, Inc.)

    b. Michael D. Durkin (Donald M. Durkin Contracting, Inc.)

    c. James W. Durkin (Donald M. Durkin Contracting, Inc., assuming if the case is not bifurcated)

    d. Thomas Ramsey, P.E. (GeoSyntec Consultants)

    e. Dr. Craig Calabria, P.E., Ph.D (Geosystems Consultants)

    f. Carol Houck (City of Newark)

    g. Archie Filshill (InterGeo)

KOP:347865v1 3514-04

      h.    Frank J. Osbourne, Jr. (City of Newark)

2. **Potential Witnesses**

      a.    City Council Members (those listed on the complaint)

      b.    Harold Godwin (City of Newark)

      c.    Carl Luft (City of Newark

      d.    John Volk, P.E. (URS Corporation)

      e.    Joseph Kula, P.E. (URS Corporation

      f.    Mark Proudy, P.E. (URS Corporation)

      g.    Jill Voeller, P.E. (URS Corporation)

      h.    Glen Bowen (URS Corporation)

      i.    Joseph Dombrowski, P.E. (City of Newark)

      j.    Greg Richardson, P.E., Ph.D (G.N. Richardson & Associates, Inc.)

      k.    W. Allen Marr, P.E., Ph.D (GeoComp Corporation)

      l.    Shana Updyke, P.E. (GeoSyntec Consultants)

      m.    Sean McCormack (GeoSyntec Consultants)

      n.    Thomas Liebmann (Liebmann Gebhard, DMD videographer)

      o.    Floyd Metz (George & Lynch, Inc.)

      p.    Will Robinson (George & Lynch, Inc.)

      q.    Bernie Langan (formerly with Langan Engineering & Environmental Services, Inc.)

      r.    Matt Olsen (Langan Engineering & Environmental Services, Inc.)

      s.    Nick Stellini (Talley Brothers)

      t.    Scott Brinkerhoff (Hallaton, Inc.)

      u.    Bruce Bullen (Peter D. Furness Electric Company, Inc.)

      v.    Richard Menton (MPI Mechanical)

**List of Witnesses for Federal Insurance Company**

1. **Witnesses to be Called**

    a. Greg Richardson, P.E., Ph.D (G.N. Richardson & Associates, Inc.)

    b. W. Allen Marr, P.E., Ph.D (GeoComp Corporation)

2. **Potential Witnesses**

    a. City Council Members (those listed on the complaint)

    b. Harold Godwin (City of Newark)

    c. Carl Luft (City of Newark)

    d. John Volk, P.E. (URS Corporation)

    e. Joseph Kula, P.E. (URS Corporation)

    f. Mark Proudy, P.E. (URS Corporation)

    g. Jill Voeller, P.E. (URS Corporation)

    h. Glen Bowen (URS Corporation)

    i. Joseph Dombrowski, P.E. (City of Newark)

    j. Shana Updyke, P.E. (GeoSyntec Consultants)

    k. Sean McCormack (GeoSyntec Consultants)

    l. Thomas Liebmann (Liebmann Gebhard, DMD videographer)

    m. Floyd Metz (George & Lynch, Inc.)

    n. Will Robinson (George & Lynch, Inc.)

    o. Bernie Langan (formerly with Langan Engineering & Environmental Services, Inc.)

    p. Matt Olsen (Langan Engineering & Environmental Services, Inc.)

    q. Nick Stellini (Talley Brothers)

r.  Scott Brinkerhoff (Hallaton, Inc.)

s.  Bruce Bullen (Peter D. Furness Electric Company, Inc.)

t.  Richard Menton (MPI Mechanical)

u.  Ellen Cavallero (Federal Insurance Company)

Case 1:04-cv-00163-GMS    Document 150-9    Filed 08/22/2006    Page 4 of 7

KOP:347865v1 3514-04

# Third-Party Defendant URS Corporation
# Witness List[1]

A.  **Counterclaim Witnesses:**

    1.  Jill Voeller - URS Corporation

    2.  Thomas DeLormier - URS Corporation

B.  **Witnesses as to Design and Constructability**

    1.  Donald M. Durkin - Donald M. Durkin Contracting, Inc.

    2.  Michael Durkin - Donald M. Durkin Contracting, Inc.

    3.  Joseph Kula - URS Corporation

    4.  Mark Prouty - URS Corporation

    5.  John Volk - URS Corporation

    6.  Glenn Bowen - URS Corporation

    7.  Will Robinson - George & Lynch, Inc.

    8.  Floyd Metz - George & Lynch, Inc.

    9.  Ron Frobel, MSCE, P.E. - R.K. Frobel & Associates

    10. Dov Leshchinsky, Ph.D. - University of Delaware (URS' designated expert)

    11. Joseph Dombrowski - City of Newark

    12. Craig R. Calabria, Ph.D., P.E. - Geosystems Consultants, Inc.

C.  **Reservoir Safety Issue (Subject to Motion in Limine)**

    1.  Joseph Kula - URS Corporation

---

[1] URS' only claim is for payment of Fees and Costs by Newark for services provided pursuant to its design and supervisory contracts with Newark. Thus, on its case in chief, URS will call only Jill Voeller and Thomas DeLormier on those issues. URS identifies other potential witnesses by area of controversy.
URS reserves the right to call witnesses identified by other parties and to call appropriate rebuttal witnesses to its case in-chief.

2. John Volk - URS Corporation

3. John Bischoff - URS Corporation

4. Richard Davidson - URS Corporation (URS' designated expert)

5. Mark Foster - URS Corporation

6. Mark Prouty - URS Corporation

7. Preston Lee - URS Corporation

8. Greg Zamensky - URS Corporation

9. Dan Johnson - MWH Global

10. Ron Frobel - R.K. Frobel & Associates

11. J.M. Duncan - Virginia Tech

12. J.P. Giroud

13. Craig R. Calabria, Ph.D., P.E. - Geosystems Consultants, Inc.

## CITY OF NEWARK WITNESS LIST

Will Call

1. Carol Houck
2. Joseph Dombrowski
3. Carl Luft
4. George Sarris - if the case is not bifurcated
5. Roy Simonson
6. Dwight Walters, PE / KCI (see C.V. previously produced)
7. Mark Prouty
8. Glenn Bowen
9. Will Robinson
10. Floyd Metz
11. Donald M. Durkin Jr.

May Call

1. Craig Calabria, Ph.D, P.E.
2. Dov Leshchinsky
3. Ellen Cavallaro
4. Michael Durkin
5. James Durkin
6. Joe Kula
7. John Volk
8. Jill Voeller

**Objections**

1. Donald M. Durkin Contracting, Inc. objects to the City of Newark designation of Dwight Walters to the extent the City of Newark intends to elicit expert testimony from this witness, as Mr. Walters was not previously designated as an expert by the City of Newark.

2. Federal Insurance Company joins in Donald M. Durkin Contracting, Inc.'s objection to the City of Newark's designation of Dwight Walters, and further objects to the City of Newark's designation of George Sarris and Roy Simonson as either fact and/or expert witnesses.