IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

## EXHIBIT F TO PRETRIAL ORDER

Donald M. Durkin Contracting, Inc. and Federal Insurance Company designate the following depositions and/or excerpts therefrom:

1. Deposition of John Volk

    | Page | Line |
    |---|---|
    | 13 | 1-13 |
    | 14 | 13-16 |
    | 19 | 2-16 |
    | 20 | 12-23 |
    | 22 | 4-15 |
    | 27 | 4-14 |
    | 42 | 9-25 |
    | 43 | 2-25 |
    | 44 | 1-5 |
    | 45 | 8-25 |
    | 46 | 7-22 |
    | 55 | 4-25 |
    | 57 | 16-21 |
    | 231 | 18-25 |

KOP:347870v1 3514-04

        265        11-25
        266        2-4

2.    Deposition of Joseph Kula

| Page | Line |
|---|---|
| 95 | 21-15 |
| 96 | 2-8 |
| 97 | 13-25 |
| 98-107 | up to 23 |
| 129 | 3-25 |
| 130 | 2-6 |

3.    Deposition of Karl Kalbacher

| Page | Line |
|---|---|
| 14 | 24 |
| 15 | 1-19 |
| 17 | 19-24 |
| 18-19 | up to18 |

4.    Deposition of Carol Houck designated by Federal

| Page | Line |
|---|---|
| 326 | 14-24 |
| 327 | up to 3 |
| 327 | 14-24 |
| 328 | up to 6 |
| 328 | 22-24 |
| 329 | up to 12 |
| 330 | 9-12 |
| 330 | 23-24 |
| 331 | up to 6 |
| 331 | 12-20 |
| 331 | 24 |
| 332 | up to 3 |
| 332 | 13-24 |
| 333 | up to 2 |
| 351 | 21-23 |
| 352 | 1, 14-20 |
| 353 | 10-16 |
| 353 | 23-24 |
| 354 | up to 9 |
| 362 | 8-19 |

5.    Deposition of Craig Calabria

| Page | Line |
|---|---|
| 39 | 1-10 |

Volume II

| Page | Line |
|---|---|
| 6 | 22-24 |
| 7 | 1-22 |
| 17 | 2-24 |
| 19 | 1-22 |
| 23 | 24 |
| 24-25 | up to 7 |
| 28 | 2-24 |
| 36 | 7-24 |
| 37 | 1-4 |

Volume III

| Page | Line |
|---|---|
| 82-89 | up to 13 |
| 188 | 7-22 |
| 204 | 5-24 |

6. Deposition of Joseph Dombrowski

| Page | Line |
|---|---|
| 341 | 14-22 |
| 342 | 2-14 |
| 358-359 | up to 17 |

7. Deposition of Glen Bowen

| Page | Line |
|---|---|
| 177 | 3-25 |
| 178-179 | up to 20 |
| 186-188 | up to 14 |
| 190 | 8-25 |
| 191 | 2-12 |

8. Deposition of Mark Proudy

9. Deposition of Carl Luft

10. Deposition of Jerry Clifton

11. Deposition of Christine Rewa

12. Volumes II and III of Dr. Craig Calabria

KOP:347870v1 3514-04

Donald M. Durkin Contracting, Inc. and Federal Insurance Company reserve the right to supplement this list to include any deposition transcripts received after the date of this Pretrial Order submission.

KOP:347870v1 3514-04