IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

## EXHIBIT G TO PRETRIAL ORDER

Donald M. Durkin Contracting, Inc. submits the following itemized statement of special damages:

1. Unpaid time and material costs for incomplete work: $5,638,122.00

2. Consultants/Professional/Claims Expenses to date(includes counsel fees for DMD and Federal): $1,420,459.89

3. Lost Equity in Equipment Lease/Purchase Agreements: $622,962.00

4. Unreimbursed Insurance Costs: $509,865.00

5. Loans and Expenses on Life Insurance Policies: $1,043,429.19

6. Repayment of Line of Credit Agreement: $3,500,000.00

KOP:347871v1 3514-04

# CITY OF NEWARK DAMAGES
Updated July 28, 2006
(Damages claimed as to Durkin and Federal.
As to URS see * for indemnification and Durkin's damages for contribution/breach of contract)

| | | |
|---|---|---|
| Durkin Disbursements | $ | 6,230,745 |
| Durkin Subcontractors Paid: | | |
| Talley Brothers | | 165,214 |
| MPI | | 58,987 |
| Furness | | 74,142 |
| Hallaton | | 97,133 |
| Construction Techniques | | 54,604 |
| Intergeo | | 7,257 |
| Durkin Subcontractor Total | | **457,337** |
| George & Lynch Disbursements | | **5,895,932** |
| URS Rebidding & Claims Assistance | | 172,126 |
| URS Extended Inspections, Survey & Construction Management | | 485,645 |
| URS Claims Pending | | 239,156 |
| URS Claims for Litigation Support | | 251,000 |
| URS Subtotal | | **975,801** |
| Iron Filings Filter Material (Construction Estimate) | | 700,000 |
| Landscaping and Architectural Finishes (Construction Estimate) | | 260,000 |
| Deleted Features Subtotal | | **960,000** |
| Other Costs to Complete | | **271,255** |
| Full Completion Value | $ | **14,791,070** |
| Durkin Contract Price | | 9,833,053 |
| Excess Costs to Complete | | **4,958,017** |
| Legal Fees, Unreimbursed to date | | 46,263 * |
| Projected Litigation Fees | | 400,000 * |
| Purchased Water, 2004-2005 | | 1,129,676 |
| Additional Damages | | **1,575,939** |
| **TOTAL PROJECTED DAMAGES** | $ | **6,533,956** |

**URS Corporation**
**Itemized Statement of Special Damages**
Newark Reservoir
Construction Review Services
Unpaid Billings
8/21/2006

| | JOB NUMBER | DESCRIPTION | DATE(S) | URS WILMINGTON | URS GAITHERSBU | URS FT WASHINGTO | URS MECHANICSB | URS DENVER | OTHER | TOTAL AMOUNT | LOADED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [A] | 20606836 | Remaining Claims Assistance for Response to the Richardson Reports | 12/10/2004 | | | | | | | $ 73,548.56 | YES |
| [B] | 20706830 | Bill for URS Construction Review Services from September 26, 2005 through October 30, 2005 | 2/22/2006 | $ 24,780.05 | $ 8,329.84 | $ 25,364.29 | $ 625.00 | | | $ 59,099.18 | YES |
| [C] | 20706830 | Bill for URS Construction Review Services from October 31, 2005 through March 3, 2006 | 3/24/2006 | $ 49,410.79 | $ 13,987.34 | $ 49,804.92 | $ 8,812.50 | | | $ 122,015.55 | YES |
| | 20706830 | Draft Bill dated 6/9/06 for services from March 3, 2006 through May 226, 2006 | 6/9/2006 | $ 16,503.74 | $ 4,898.31 | $ 125.00 | $ 2,875.00 | | | $ 24,402.05 | YES |
| [D] | 20706830 (future PO) | Estimate to Complete | est to complete 6/9//06 | $ 5,770.00 | $ 4,000.00 | $ 2,000.00 | $ 3,000.00 | $ 420.00 | $ 5,000.00 | $ 20,190.00 | YES |
| [E] | 20706834 | URS Wilmington Legal Effort | 4/19/2006 | $ 8,373.29 | | | | | | $ 8,373.29 | NO |
| [F] | 19990203 | URS Ft. Washington Legal Effort | 4/26/2006 | | | $ 77,607.87 | | | | $ 77,607.87 | NO |
| [G] | 15297150 | URS Gaithersburg Legal Effort | 4/26/2006 | | $ 15,259.81 | | | | | $ 15,259.81 | NO |
| [H] | 20606838 | Technivate | 12/17/2004 | $ 20,184.00 | | | | | | $ 20,184.00 | N/A |
| [I] | 3011612 | Legal Services Newark Reservoir | 4/9/04 - 3/4/05 | $ 22,885.35 | | | | | | $ 22,885.35 | YES |
| [J]-1 | - | Attorney Fees (Lathan Watkins) | 11/2004 - 12/2004 | | | | | | $ 1,932.50 | $ 1,932.50 | N/A |
| [J]-2 | - | Attorney Fees (Morris, James) | 6/2004 - 12/2004 | | | | | | $ 72,317.55 | $ 72,317.55 | N/A |
| [J]-3 | - | Attorney Fees (Seitz, Green) | 12/2004 - 3/2006 | | | | | | $ 189,113.04 | $ 189,113.04 | N/A |
| [K] | - | Expert Fees | 12/2004 - 9/2005 | | | | | | $ 33,615.51 | $ 33,615.51 | N/A |
| [L] | - | Brandywine Nurseries | 8/1/2004 | | | | | | $ 450.00 | $ 450.00 | N/A |
| | | TOTAL | | $ 147,907.22 | $ 46,475.30 | $ 154,902.08 | $ 15,312.50 | $ 420.00 | $ 302,428.60 | $ 740,994.26 | |

NOTE: LABOR ONLY FOR URS BILLINGS AS EXPENSES WERE NOT IN THE CONTRACT
file: Newark cost claim expenses 6-9-06.xls