**Newark's Objections to Proposed Jury Instructions of Durkin:**

P12. Should add that there is no dispute that there is a contract between URS and the City and that there is a Performance Bond issued by Federal that benefits the City.

P13. Add a similar paragraph to state that City is entitled to recover damages from Durkin if City proves breach. Add similar paragraphs as to claims between City and URS and claim of City against Federal.

P15. Objection. Not a pattern instruction and unduly emphasizes one provision of contract over another.

P18. Objection for lack of any evidentiary support.

Need to add Del.P.J.I. Civ. 10.13 on County and Municipality Tort Immunity

Need to add Del.P.J.I. Civ. 11.12 on Truth as a Defense.

Need to add Del.P.J.I. Civ. 11.17 on Defense of a Conditional Privilege

Need to add Del.P.J.I. Civ. 16.2 on Expression of Opinion

Need to add Del.P.J.I. Civ. 16.4 on Nondisclosure of Known Facts

Need to add Del.P.J.I. Civ. 22.14 on Duty to Mitigate Damages - Defamation

Need to add Del.P.J.I. Civ. 22.26 on Duty to Mitigate Damages - Breach of Contract

Need to add Del.P.J.I. Civ. 22.28 on Curative Instruction - Effect of Instructions on Damages

Need to add Del.P.J.I. Civ. 22.29 on Curative Instruction - Effect of Instructions as to Punitive Damages

P37. Objection. Only the Pattern language should be used. No factual or legal basis for the additional language suggested.

P38. Objection. No legal or factual basis for instruction.

**Newark's Objections to Proposed Jury Instructions of Federal:**

The City of Newark objects to the proposed Jury Instructions of Federal as they are not based on any pattern instructions, either state or federal.

As to Parties and Their Contentions the instruction misrepresents and mischaracterizes the contract, bond and the law.

As to Directed Verdict, this instruction should be added as to each party making such a Motion.

As to Type of Notice, and Timeliness, this is legal argument and not appropriate Jury Instruction.