IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

PLAINTIFF, DONALD M. DURKIN CONTRACTING, INC.'S,
PROPOSED JURY VERDICT FORM
<u>WITH OBJECTIONS BY THE CITY OF NEWARK</u>

POWELL, TRACHTMAN,
LOGAN, CARRLE &
LOMBARDO, P.C.
Paul A. Logan
Delaware Supreme Court ID #3339
475 Allendale Road, Suite 200
King of Prussia, PA 19406
Telephone: 610-354-9700
Telefacsimile: 610-354-9760
*Attorneys for Plaintiff and Third Party Defendant Donald M. Durkin Contracting*

Dated: August ___, 2006

KOP:347674v1 3514-04

I.  **Donald M. Durkin Contracting, Inc.'s Claims Against the City of Newark and Individual Defendants Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa**

    A.  Do you find by a preponderance of the evidence that the City of Newark breached its duties under the Water Supply Reservoir City of Newark, Delaware Contract 02-02, and that such breach was a proximate cause of the damages sought by Donald M. Durkin Contracting, Inc.?

        YES_____                      NO_____

(Newark objects to proposed B through J on the basis of its Motions in Limine and should those be denied, objects to the questions as written.)

*If you answered YES to any of the Questions above, then you should proceed to Part II. If you answered NO to all of the Questions above, then you should proceed to Part III.*

II. **Donald M. Durkin Contracting, Inc.'s Damages**

    A.  We the jury, find that Donald M. Durkin, Contracting Inc. is entitled to recover from the City of Newark for compensatory damages in the amount of $ _____.

    B.  We the jury, find that Donald M. Durkin, Contracting Inc. is entitled to recover from the individual defendants Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa for compensatory damages in the amount of $ _____.

(Newark objects to proposed B and C on the basis of its Motions in Limine and should those be denied, objects to the questions as written).

III. **The City of Newark Claims Against Donald M. Durkin Contracting, Inc.**

    A.  Do you find by a preponderance of the evidence that Donald M. Durkin Contracting, Inc. breached its duties under the Water Supply Reservoir City of Newark, Delaware Contract 02-02 and that such breach was a proximate cause of the damages sought by the City of Newark?

        YES_____                      NO_____

*If you answered YES to Question III.A. then you should proceed to Part IV. If you answered NO to Question III.A., then you should proceed to Part VI.*

IV. **The City of Newark Damages Against Donald M. Durkin Contracting, Inc.**

    A. We the jury, find that the City of Newark is entitled to recover from Donald M. Durkin, Contracting Inc. for compensatory damages in the amount of $ _____.

V. **The City of Newark Against Federal Insurance Company**

    A. Do you find by a preponderance of the evidence that Federal Insurance Company breached its duties under the Performance Bond and that such breach was a proximate cause of the damages sought by the City of Newark?

    YES_____                NO_____

*If you answered YES then you should proceed to Part VI. If you answered NO then you should proceed to Part VII.*

VI. **The City of Newark Against Federal Insurance Company**

    A. We the jury, find that the City of Newark is entitled to recover from Federal Insurance Company for compensatory damages in the amount of $ _____.

VII. **The City of Newark and Individual Third Party Plaintiffs Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa's Claims Against URS Corporation**

    A. Assuming that 100% represents the total causes of Donald M. Durkin, Contracting Inc.'s damages, what percentage of this 100% is attributable to the conduct of the City of Newark, and the individual third party plaintiffs Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa, and what percentage of this 100% is attributable to the conduct of URS Corporation, Inc.?

    _____% to the City of Newark, and the individual third party plaintiffs Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl Kalbacher,

      David J. Athey, Frank J. Osborne, Jr. and Christina Rewa

      \_\_\_\_\_% to URS Corporation, Inc.

B.   If you find that Donald M. Durkin, Contracting, Inc. is entitled to damages from the City of Newark and/or the individual defendants, do you also find by a preponderance of evidence that URS breached its duties to the City of Newark and that this breach was the proximate cause of damages to Donald M. Durkin Contracting, Inc.

    YES\_\_\_\_\_                       NO\_\_\_\_\_

C.   We the jury, find that The City of Newark is entitled to recover from the URS Corporation in the amount of $ _____.

## VIII.  URS Corporation's Claims Against the City of Newark

A.   Do you find by a preponderance of the evidence that the City of Newark breached its duties under its Contract with URS Corporation, Inc. and that such breach was a proximate cause of the damages sought by the URS Corporation, Inc.?

    YES\_\_\_\_\_                       NO\_\_\_\_\_

*If you answered YES then you should proceed to Part IX. If you answered NO, then you should sign and date the verdict form and tell the bailiff you have reached a verdict.*

## IX.  URS Corporation Inc.'s Damages Against the City of Newark

A.   We the jury, find that the URS Corporation, Inc. is entitled to recover from the City of Newark, Inc. for compensatory damages in the amount of $ _____.

*You should sign and date the verdict form and tell the bailiff you have reached a verdict.*

SO SAY WE ALL, this _____ day of _____, 2006

_____
Floorperson