IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

**PLAINTIFF, DONALD M. DURKIN CONTRACTING, INC.'S,
<u>PROPOSED VOIR DIRE</u>**

                                                     POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO, P.C.
Paul A. Logan
Delaware Supreme Court ID #3339
475 Allendale Road, Suite 200
King of Prussia, PA 19406
Telephone: 610-354-9700
Telefacsimile: 610-354-9760
*Attorneys for Plaintiff and Third Party Defendant Donald M. Durkin Contracting*

Dated: August ___, 2006

KOP:347568v1 3514-04

## **PROPOSED VOIR DIRE**

Plaintiff, Donald M. Durkin Contracting, Inc., ("Plaintiff") respectfully requests that the Court propound the following questions to the jury panel:

1. Plaintiff, and Third Party Defendant, Donald M. Durkin Contracting, Inc., is represented by Paul A. Logan, Esquire and David T. Bolger, Esquire of Powell, Trachtman, Logan, Carrle, Bowman & Lombardo. P.C.

Defendants, the City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa are represented by Paul Cottrell, Esquire and Victoria Petrone, Esquire of Tighe, Cottrell & Logan, P.A.

Third Party Defendant, Federal Insurance Company, is represented by Patrick R. Kingsley, Esquire, David M. Burkholder, Esquire and Kevin W. Goldstein, Esquire of Stradley, Ronon, Stevens & Young, LLP.

Third Party Defendant, URS Corporation, Inc., is represented by James S. Green, Esquire of Seitz, Van Ogtrop & Green, P.A.

Please indicate if you know or have been represented by any of the attorneys involved in this case, or the firms with which they are affiliated. **[Plaintiff requests that jurors who so indicate be questioned out of the presence of the other jurors in order to avoid prejudicing the jury panel. In the alternative, Plaintiff requests that the jurors who so indicate be asked to explain their response fully.]**

2. Please indicate if you have ever heard anything about any of the attorneys in this case, or the firm with which they are affiliated. **[Plaintiff requests that jurors who so indicate be questioned out of the presence of the other jurors in order to avoid prejudicing the jury panel. In the alternative, Plaintiff requests that the jurors who so indicate be asked to explain their response fully.]**

3. Please indicate if you know anything about this case, or if you have heard or read anything about this case or the Newark Reservoir located adjacent to, *inter alia* Old Paper Mill Road, Newark, Delaware. **[Plaintiff requests that jurors who so indicate be questioned out of the presence of the other jurors in order to avoid prejudicing the jury panel. In the alternative, Plaintiff requests that the jurors who so indicate be asked to explain their response fully.]**

4. Please indicate if you know or have heard anything about Donald M. Durkin Contracting, Inc. **[Plaintiff requests that jurors who so indicate be questioned out of the presence of the other jurors in order to avoid prejudicing the jury panel. In the alternative, Plaintiff requests that the jurors who so indicate be asked to explain their response fully.]**

5. Please indicate if you know Donald M. Durkin, Jr., James W. Durkin or Michael Durkin or any member of their family, or if you have ever heard anything about Donald M. Durkin, Jr., James W. Durkin or Michael D. Durkin or any member of their family. **[Plaintiff requests that jurors who so indicate be questioned out of the presence of the other jurors in order to avoid prejudicing the jury panel. In the alternative, Plaintiff requests that the jurors who so indicate be asked to explain their response fully.]**

6. Please indicate if you reside in Newark, Delaware or know any of its past or present employees. **[Plaintiff requests that jurors who so indicate be questioned out of the presence of the other jurors in order to avoid prejudicing the jury panel. In the alternative, Plaintiff requests that the jurors who so indicate be asked to explain their response fully.]**

7. Have you ever been at the Newark Reservoir site located adjacent to, *inter alia* Old Paper Mill Road, Newark, Delaware? If so, please explain. **[Plaintiff requests that jurors who so indicate be questioned out of the presence of the other jurors in order to

avoid prejudicing the jury panel. In the alternative, Plaintiff requests that the jurors who so indicate be asked to explain their response fully.]

8. Please indicate if you, or any of your relatives or close acquaintances, presently are employed by, or ever have been employed by, a municipality (for example, a township, city or borough). **[Plaintiff requests that jurors who so indicate be questioned out of the presence of the other jurors in order to avoid prejudicing the jury panel. In the alternative, Plaintiff requests that the jurors who so indicate be asked to explain their response fully.]**

9. Please indicate if you, or any of your relatives or close acquaintances, presently serve, or have ever served, as a Council Member for a municipality (for example, a township, city or borough). **[Plaintiff requests that jurors who so indicate be questioned out of the presence of the other jurors in order to avoid prejudicing the jury panel. In the alternative, Plaintiff requests that the jurors who so indicate be asked to explain their response fully.]**

10. Please indicate if you, or any of your relatives or close acquaintances, presently are employed by, or ever have been employed by, a construction or excavation company. **[Plaintiff requests that jurors who so indicate be questioned out of the presence of the other jurors in order to avoid prejudicing the jury panel. In the alternative, Plaintiff requests that the jurors who so indicate be asked to explain their response fully.]**

11. Please indicate if you, or any of your relatives or close acquaintances, presently are employed by, or ever have been employed by, an engineering firm. **[Plaintiff requests that jurors who so indicate be questioned out of the presence of the other jurors in order to avoid prejudicing the jury panel. In the alternative, Plaintiff requests that the jurors who so indicate be asked to explain their response fully.]**

12. Please indicate if you, any member of your family, or anyone else you know ever had a dispute or unpleasant experience of any kind with any of the parties in

this case. **[Plaintiff requests that jurors who so indicate be questioned out of the presence of the other jurors in order to avoid prejudicing the jury panel. In the alternative, Plaintiff requests that the jurors who so indicate be asked to explain their response fully.]**

13. Please indicate if you, a family member or a close acquaintance has ever been sued by anyone. If so, please provide the following information: **[Plaintiff requests that jurors who so indicate be questioned out of the presence of the other jurors.]**

    a. What was the nature of the lawsuit?

    b. What happened?

    c. Was the outcome fair? State the reasons.

14. Please indicate if you, a family member or a close acquaintance has ever initiated a suit or legal action against anyone. If so, please provide the following information: **[Plaintiff requests that jurors who so indicate be questioned out of the presence of the other jurors.]**

    a. What was the nature of the lawsuit?

    b. What happened?

    c. Was the outcome fair? State the reasons.

15. The following persons may be called as witnesses during the trial of this case:

    a. Donald M. Durkin, Jr.

    b. James W. Durkin

    c. Michael D. Durkin

    d. Dr. Craig Calabria

    e. Thomas Ramsey

    f. Dr. W. Allen Marr

    g. Dr. Gregory Richardson

h. Harold F. Godwin

i. John H. Farrell, IV

j. Jerry Clifton

k. Karl Kalbacher

l. David J. Athey

m. Frank J. Osborne, Jr.

n. Christina Rewa

o. Carol Houck

p. Carl Luft

q. Vance Funk III

r. Mark Prouty

s. Jill Voeller

t. Joseph A. Dombrowski, Jr.

u. Joseph Kula

v. John Volk

w. Archie Filshill

x. Richard Shepherd

y. Floyd Metz

z. Glenn Bowen

aa. Will Robinson

bb. Ron Frobel

cc. Dr. Dov Leshchinsky

dd. John Bischoff

ee. Richard Davidson

ff. Preston Lee

    gg. Greg Zamensky

    hh. George Sarris

    ii. Bernie Langan

    jj. Matt Olsen

    kk. Nick Stellini

    ll. Scott Brinkerhoff

    mm.    Bruce Bullen

    nn. Richard Menton

    oo. Ellen Cavallero

Are you, any member of your family or anyone you know related to any of these witnesses?

16. Have you ever heard of any of the witnesses who may be called to testify in this case?

17. Describe you educational background after high school.

18. Please state your occupation. If married, please state your spouse's occupation. If you have grown children, please state their occupations.

19. Do you have any legal training or experience, whether as a lawyer, a legal assistant, or a legal secretary? If so, please describe the nature of your training or experience, as well as the nature of the practice in which you have engaged or with which you have been associated.

20. Have you ever been a witness at trial? If so, please describe your experience(s).

21. Have you ever been a juror at a trial?

    a. If yes, how many were criminal trials?

    b. If yes, how many were civil trials?

    c. If you were a juror in a civil trial, what was the most recent trial about?

    d. If you were a juror in a civil trial, did the jury in the most recent trial deliberate?

    e. If you were a juror in a civil trial, did the jury in the most recent trail reach a verdict? If yes, what was the verdict?

22. In your deliberations, are you willing to abide by your convictions and not agree with other jurors solely for the sake of being congenial or ending your deliberations more quickly, if you are convinced that the opinions of the other jurors are not correct?

23. Can you state without reservation that you are willing to apply the Court's instructions as to the law and not substitute any ideas or notions of your own as to what you think the law should be, even if you happen to disagree strongly with the fairness or propriety of any rule of law as to which the Court may instruct you?

24. Is there anyone here who believes that there is anything at all about you or your background that you know or suspect, now that you have been through this process, that might influence your views of this case and which we therefore should have asked you about, but have not yet done so? If so, please explain. **[Plaintiff requests that jurors who so indicate be questioned out of the presence of the other jurors.]**

25. Do you know of any other reason whatsoever why you could not be a fair and impartial juror in this case?

26. Does anyone have a particular reason why they would prefer not to sit as a juror in this case?

 

           POWELL, TRACHTMAN,
           LOGAN, CARRLE &
           LOMBARDO, P.C.

           By:
           _____
           Paul A. Logan
           Delaware Supreme Court ID #3339
           475 Allendale Road, Suite 200
           King of Prussia, PA 19406
           Telephone: 610-354-9700
           Telefacsimile: 610-354-9760
           *Attorneys for Plaintiff and Third Party Defendant Donald M. Durkin Contracting*

Dated:  August ___, 2006

KOP:347568v1 3514-04