IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | Civil Action No.: 04-0163 GMS |
| Plaintiff, | |
| vs. | |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION, | JURY TRIAL DEMANDED |
| Defendants, | |
| vs. | |
| FEDERAL INSURANCE COMPANY, | |
| Third-Party Defendant. | |
| CITY OF NEWARK, | |
| Third-Party Plaintiff, | |
| vs. | |
| URS CORPORATION, | |
| Third-Party Defendant. | |

**CITY OF NEWARK DEFENDANTS' MOTION IN LIMINE AS TO PLAINTIFF'S CIVIL RIGHTS CLAIM**

COMES NOW City of Newark and the Individual City Defendants ("Newark") and move this Honorable Court in limine for an order dismissing Plaintiff's Donald M. Durkin Contracting Inc.'s Count I of its Complaint for Violation of Civil Rights under 42 U.S.C. § 1983.

                                    TIGHE, COTTRELL & LOGAN, P.A.

                                    By: /s/ Paul Cottrell
Paul Cottrell (Delaware I.D. No. 2391)
Victoria K. Petrone (Delaware I.D. No. 4210)
704 N. King Street
P.O. Box 1031
Wilmington, DE 19899
P:  (302) 658-6400
F:  (302) 658-9836
email:  p.cottrell@lawtcl.com
*Attorneys for Defendants City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa*

August 19, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION, | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| Third-Party Defendant. | ) |
| CITY OF NEWARK, | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| URS CORPORATION, | ) |
| Third-Party Defendant. | ) |

**ORDER**

AND NOW, the Court, having considered *City of Newark Defendants' Motion in Limine As to Plaintiff's Civil Rights Claim,* and any response thereto, does hereby FIND and ORDER,

The City of Newark Defendants' *Motion* is GRANTED and Plaintiff's Violation of Civil Rights Claim against the City of Newark and the Individual Defendants is dismissed with prejudice.

_____
The Honorable Gregory M. Sleet