**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION, | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| Third Party Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Victoria Petrone, Esquire, do hereby certify that on August 22, 2006, I caused a copy of the attached *City of Newark Defendants Motion and Brief* in support thereof to be served via CM/ECF electronic filing upon the following:

| | |
|---|---|
| Paul A. Logan, Esq. | Patrick R. Kingsley, Esq. |
| David T. Bolger, Esq. | David M. Burkholder, Esq |
| Powell, Trachtman, Logan, Carle & Lombardo | Stradley Ronon Stevens & Young, Suite 800 |
| 475 Allendale Road, Suite 200 | 300 Delaware Avenue |
| King of Prussia, PA 19406 | Wilmington, DE 19899-2170 |
| *Attorneys for Plaintiff,* | *Attorneys for Third-Party Defendant,* |
| *Donald M. Durkin Contracting, Inc.* | *Federal Insurance Company* |

James S. Green, Esq.
George H. Seitz, Esq.
Seitz Van Ogtrop & Green, P.A.
P.O. Box 68
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
*Attorneys for Defendant,*
*URS Corporation*

       /s/ Victoria K. Petrone
Victoria K. Petrone, Esquire (DE #4210)