IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION, | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| Third-Party Defendant. | ) |
| CITY OF NEWARK, | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| URS CORPORATION, | ) |
| Third-Party Defendant. | ) |

**CITY OF NEWARK DEFENDANTS' MOTION IN LIMINE AS TO
VALUATION OF PLAINTIFF'S DAMAGES**

COMES NOW City of Newark and the Individual City Defendants ("Newark") and move this Honorable Court in limine for an order, in the event that Plaintiff is determined to be entitled to any damages, forbidding Plaintiff Donald M. Durkin Contracting Inc. from offering or recovering damages under a total cost, restitution or quantum meruit valuation. In support hereof, Newark submits its Opening Brief.

                    TIGHE, COTTRELL & LOGAN, P.A.

                    By: /s/ Paul Cottrell
                    Paul Cottrell (Delaware I.D. No. 2391)
                    Victoria K. Petrone (Delaware I.D. No. 4210)
                    704 N. King Street
                    P.O. Box 1031
                    Wilmington, DE 19899
                    P:  (302) 658-6400
                    F:  (302) 658-9836
                    email:  p.cottrell@lawtcl.com
                    *Attorneys for Defendants City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa*

August 19, 2006

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION, | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| Third-Party Defendant. | ) |
| CITY OF NEWARK, | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| URS CORPORATION, | ) |
| Third-Party Defendant. | ) |

**ORDER**

AND NOW, the Court, having considered *City of Newark Defendants' Motion in Limine As to Valuation of Plaintiff's Damages,* and any response thereto, does hereby FIND and ORDER,

The City of Newark Defendants' *Motion* is GRANTED and Plaintiff may not seek or recover damages based on a total cost, restitution or quantum meruit valuation.

_____
The Honorable Gregory M. Sleet