1  claims, and if those change orders are not
2  allowed this job was a big loser for you even
3  though you were terminated 70 percent or so
4  through the job, correct?
5          MR. LOGAN:  Objection to the
6    form.
7          THE WITNESS:  Well, any time
8    you spend money on something that you
9    didn't plan on spending money for,
10   and I'm talking about significant
11   money here, I mean, I would
12   characterize that as a loser.
13 BY MR. COTTRELL:
14 Q.    And your bid was 9 something million,
15 correct?
16 A.    Correct.
17 Q.    You indicated here that by the time you
18 were terminated you had lost close to three
19 million, correct?
20         MR. LOGAN:  Objection to the
21   form.
22         THE WITNESS:  Correct.
23 BY MR. COTTRELL:
24 Q.    And you were terminated at approximately

1  without mischaracterizing your testimony I think
2  you said, yes, that was our loss as of that time.
3            Earlier today you told us that
4  you didn't keep a running job cost in a formal
5  way. Do you remember that testimony, on this
6  job?
7  A.    Well, we do keep an accurate log of the
8  men and equipment that are on the job whether
9  they're working and/or just doing the job.
10 Q.    Is --
11 A.    May I say one other thing?
12 Q.    Yes.
13 A.    If I did say we lost 12 million that was
14 totally inaccurate.
15 Q.    Well, I don't think you said that, but
16 I'm confused about exactly what the answer to
17 that interrogatory is in relation to the
18 question, and I'm trying to get at it and not
19 very artfully so bear with me.
20            If you looked at Donald M.
21 Durkin's recount of actual job costs on this
22 project it totaled $12,639,923?
23 A.    12 million was based on the labor, the
24 equipment, the material, I believe the

1  subcontractors and standby where equipment was
2  present and I'll say idle with blue book rates.
3  Q.    So when you bid this job you did not bid
4  it with blue book rates for your equipment, did
5  you?
6  A.    No.
7  Q.    So that $12 million figure is a
8  recapitulation -- includes a recapitulation of
9  your equipment, company-owned equipment
10 recalculated at blue book rates; is that right?
11 A.    That's correct.
12 Q.    And does it include any premium for labor
13 or different figure for labor than you used in
14 your bid?
15              MR. LOGAN:  I'm going to object
16         to the form.
17              THE WITNESS:  It would have
18         been based on whatever the pay scales
19         were.  You might find some
20         differences, but I don't think major
21         differences.
22              MR. GREEN:  It was a bad
23         question.
24 BY MR. GREEN: