# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION, | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| Third-Party Defendant. | ) |
| CITY OF NEWARK, | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| URS CORPORATION, | ) |
| Third-Party Defendant. | ) |

**CITY OF NEWARK DEFENDANTS' MOTION IN LIMINE TO BAR
ANY PARTY FROM CALLING CRAIG R. CALABRIA, Ph.D, P.E. TO TESTIFY**

COMES NOW City of Newark and the Individual City Defendants ("Newark") and move this Honorable Court in limine for an order precluding any party from calling Craig R. Calabria, Ph.D, P.E. to testify. In support hereof, Newark submits its Opening Brief.

                        TIGHE, COTTRELL & LOGAN, P.A.

                        By: /s/ Paul Cottrell
                        Paul Cottrell (Delaware I.D. No. 2391)
                        Victoria K. Petrone (Delaware I.D. No. 4210)
                        704 N. King Street
                        P.O. Box 1031
                        Wilmington, DE 19899
                        P:  (302) 658-6400
                        F:  (302) 658-9836
                        email:  p.cottrell@lawtcl.com
                        *Attorneys for Defendants City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa*

August 19, 2006

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION, | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| Third-Party Defendant. | ) |
| CITY OF NEWARK, | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| URS CORPORATION, | ) |
| Third-Party Defendant. | ) |

**ORDER**

AND NOW, the Court, having considered *City of Newark Defendants' Motion in Limine to Bar Any Party From Calling Craig R. Calabria, Ph.D, P.E. To Testify,* and any response thereto, does hereby FIND and ORDER,

The City of Newark Defendants' *Motion* is GRANTED and all parties are barred from calling Craig R. Calabria, Ph.D., P.E. to testify.

_____
The Honorable Gregory M. Sleet

Case 1:04-cv-00163-GMS     Document 153     Filed 08/22/2006     Page 4 of 4