IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION, | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| Third-Party Defendant. | ) |
| CITY OF NEWARK, | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| URS CORPORATION, | ) |
| Third-Party Defendant. | ) |

**CITY OF NEWARK DEFENDANTS' MOTION IN LIMINE AS TO
PLAINTIFF'S CLAIM FOR ECONOMIC DAMAGES AND PROFESSIONAL FEES**

COMES NOW City of Newark and the Individual City Defendants ("Newark") and move this Honorable Court in limine for an order forbidding Plaintiff Donald M. Durkin Contracting Inc. from offering or recovering economic loss damages or professional fees. In support hereof, Newark submits its Opening Brief.

                TIGHE, COTTRELL & LOGAN, P.A.

                By: /s/ Paul Cottrell
                Paul Cottrell (Delaware I.D. No. 2391)
                Victoria K. Petrone (Delaware I.D. No. 4210)
                704 N. King Street
                P.O. Box 1031
                Wilmington, DE 19899
                P:  (302) 658-6400
                F:  (302) 658-9836
                email:  p.cottrell@lawtcl.com
                *Attorneys for Defendants City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa*

August 19, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION, | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| Third-Party Defendant. | ) |
| CITY OF NEWARK, | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| URS CORPORATION, | ) |
| Third-Party Defendant. | ) |

**ORDER**

AND NOW, the Court, having considered *City of Newark Defendants' Motion in Limine As to Plaintiff's Tort Claims,* and any response thereto, does hereby FIND and ORDER,

The City of Newark Defendants' *Motion* is GRANTED and Plaintiff may not seek or recover economic loss damages or professional fees.

_____
The Honorable Gregory M. Sleet