IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION, | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| Third-Party Defendant. | ) |
| CITY OF NEWARK, | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| URS CORPORATION, | ) |
| Third-Party Defendant. | ) |

**CITY OF NEWARK DEFENDANTS' MOTION IN LIMINE TO BAR PLAINTIFF'S CLAIM FOR PUNITIVE DAMAGES**

COMES NOW City of Newark and the Individual City Defendants ("Newark") and move this Honorable Court in limine for an order precluding Plaintiff from requesting or recovering punitive damages from and against the City of Newark or any of the individual Defendants as barred by 10 Del. C. §§ 4011 *et seq.*, Delaware law, and Plaintiff's failure to plead punitive damages. In support hereof, Newark submits its Opening Brief.

                TIGHE, COTTRELL & LOGAN, P.A.

                By: /s/ Paul Cottrell
                Paul Cottrell (Delaware I.D. No. 2391)
                Victoria K. Petrone (Delaware I.D. No. 4210)
                704 N. King Street
                P.O. Box 1031
                Wilmington, DE 19899
                P:  (302) 658-6400
                F:  (302) 658-9836
                email:  p.cottrell@lawtcl.com
                *Attorneys for Defendants City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa*

August 19, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION, | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| Third-Party Defendant. | ) |
| CITY OF NEWARK, | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| URS CORPORATION, | ) |
| Third-Party Defendant. | ) |

**ORDER**

AND NOW, the Court, having considered *City of Newark Defendants' Motion in Limine to Bar Plaintiff's Claim for Punitive Damages,* and any response thereto, does hereby FIND and ORDER,

The City of Newark Defendants' *Motion* is GRANTED and Plaintiff is barred from seeking or recovering punitive damages from and against the City of Newark or any of the individual Defendants.

_____
The Honorable Gregory M. Sleet

Case 1:04-cv-00163-GMS    Document 156    Filed 08/22/2006    Page 4 of 4