IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD M. DURKIN CONTRACTING, INC. <br> Plaintiff, | ) <br> ) <br> ) | |
| v. | ) | CIVIL ACTION NO. 04-0163 |
| CITY OF NEWARK, et al., <br> Defendants, | ) <br> ) <br> ) <br> ) | |
| and | ) <br> ) | |
| CITY OF NEWARK, <br> Third-Party Plaintiff, | ) <br> ) <br> ) | |
| v. | ) <br> ) | |
| FEDERAL INSURANCE COMPANY, <br> Third-Party Defendant. | ) <br> ) <br> ) | |

**FEDERAL'S MOTION *IN LIMINE* TO EXCLUDE
ANY REFERENCE TO OR EVIDENCE OF THE CITY OF NEWARK'S ALLEGED
DAMAGES**

Third-Party Defendant, Federal Insurance Company ("Federal"), moves *in limine* to exclude from admission into evidence at trial any reference to or evidence of the alleged damages of Third-Party Plaintiff, City of Newark (the "City"). In support thereof, Federal avers as follows:

1. On May 12, 2006, Federal served discovery requests upon the City requesting, among other things, information relating to damages that the City contends are payable under the Performance Bond.[1]

2. Notwithstanding Federal's legitimate discovery demands, the City did not provide any listing of any of its damages until Sunday, August 20, 2006 at 6:24 p.m., when the City, for the very first time, provided Federal a one-page list, allegedly setting forth its purported

---

[1] A copy of Federal's discovery requests is attached to the accompanying Appendix as Exhibit "A."

damages in this case. The City ignored Federal's numerous previous requests to respond to the discovery.[2]

3. The list of "projected" damages, as the City calls it, does not provide any explanation of how the City calculated or is entitled to those damages.

4. Further, the City has not designated any expert witness to testify as to its alleged damages.

5. As a result of these failures, any reference to or evidence of the alleged damages set forth in the City's list should be excluded at trial.

WHEREFORE, for these reasons and those set forth in the accompanying Opening Brief, which is incorporated herein by reference, any evidence relating to the City's alleged damages should be excluded from evidence at trial.

Respectfully submitted,

/s/ _____
Kevin W. Goldstein, Esquire
Delaware Bar No. 2967
STRADLEY, RONON, STEVENS & YOUNG, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
(302) 576-5850
(302) 576-5858 Fax

Samuel J. Arena, Jr., Esquire (pro hac vice)
Patrick R. Kingsley, Esquire (pro hac vice)
David M. Burkholder, Esquire (pro hac vice)
STRADLEY, RONON, STEVENS & YOUNG, LLP

---

[2] Federal sent several requests to the City requesting responses to the discovery. A copy of those requests are attached to the accompanying Appendix as Exhibit "B." The City, however, only decided to provide documents in response to the discovery requests on August 11, 2006, without any explanation of the City's theory on damages or written responses to Federal's discovery.

2600 One Commerce Square
Philadelphia, PA 19103-7098
(215) 564-8000
(215) 564-8120 Fax

Attorneys for Third-Party Defendant,
Federal Insurance Company