IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-0163 |
| CITY OF NEWARK, et al., | ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| CITY OF NEWARK, | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, | ) ) | |
| Third-Party Defendant. | ) | |
| CITY OF NEWARK, | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| URS CORPORATION, | ) ) | |
| Third-Party Defendant. | ) | |

**APPENDIX IN SUPPORT OF FEDERAL'S MOTION *IN LIMINE* TO EXCLUDE ANY REFERENCE TO OR EVIDENCE OF THE CITY OF NEWARK'S <u>ALLEGED DAMAGES</u>**

STRADLEY, RONON, STEVENS &
YOUNG, LLP
Kevin W. Goldstein, Esquire
Delaware Bar No. 2967
300 Delaware Avenue, Suite 800
Wilmington, DE 19801

Samuel J. Arena, Jr., Esq. (pro hac vice)
Patrick R. Kingsley, Esq. (pro hac vice)
David M. Burkholder, Esq. (pro hac vice)
2600 One Commerce Square
Philadelphia, PA 19103-7098
Attorneys for Third-Party Defendant,
Federal Insurance Company

## TABLE OF CONTENTS

Exhibit A, Federal's discovery requests,
dated May 12, 2006……………………..…………………………………….….A-1


Exhibit B, Federal's requests for responses,
Various dates………………………………………………………………………..A-2

# 494892

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. <br> Plaintiff, <br><br> v. <br><br> CITY OF NEWARK, et al., <br> Defendants, <br><br> and <br><br> CITY OF NEWARK, <br> Third-Party Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, <br> Third-Party Defendant. <br><br> CITY OF NEWARK, <br> Third-Party Plaintiff, <br><br> v. <br><br> URS CORPORATION, <br> Third-Party Defendant. | CIVIL ACTION NO. 04-0163 |

**INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS OF THIRD-PARTY DEFENDANT, FEDERAL INSURANCE COMPANY, <u>DIRECTED TO CITY OF NEWARK AND URS CORPORATION</u>**

Third-Party Defendant, Federal Insurance Company ("Federal"), by and through its counsel, Stradley, Ronon, Stevens & Young, LLP, and pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, propounds the following interrogatories and request for production of documents to be answered by Third-Party Plaintiff, City of Newark, and Third-Party Defendant, URS Corporation, in the above-captioned action.

## DEFINITIONS AND INSTRUCTIONS

The Definitions and Instructions contained in Federal's Request for Production of Documents Directed to Third-Party Plaintiff and Defendants shall be applicable to these Interrogatories and Requests.

## INTERROGATORIES AND DOCUMENT REQUESTS

1. State the total amounts paid by Newark to URS for the design phase of the Project, including the original and re-bid design phase. For each such payment, also identify the amount and date of URS' initial request for payment for this work and the date upon which Newark made payment to URS for the work.

2. Please provide or identify all documents relating to payments made by Newark to URS in connection with Interrogatory No. 1.

3. State the total amounts paid by Newark to URS for the construction phases of the Project, including those times during Durkin and George & Lynch, Inc.'s performance of their respective construction contracts. For each such payment, also identify the amount and date of URS' initial request for payment for this work and the date upon which Newark made payment to URS for the work.

4. Please provide or identify all documents relating to payments made by Newark to URS in connection with Interrogatory No. 2.

5. State the total amounts paid by Newark to URS for any claims assistance by URS in connection with the Project, including those times during Durkin and George & Lynch, Inc.'s performance of their respective construction contracts. For each such payment, also identify the amount and date of URS' initial request for payment for this work and the date upon which Newark made payment to URS for the work.

6. Please provide or identify all documents relating to payments made by Newark to URS in connection with Interrogatory No. 4.

7. All documents relating to payments by Newark to URS for services rendered in connection with the design phase, construction phase or claims assistance for the Project, including those times during Durkin and George & Lynch, Inc.'s performance of their respective construction contracts.

8. All documents relating to claims made by Newark to any insurance or bonding company in connection with URS' work on the Project.

9. All invoices relating to payments of any kind made by Newark to URS in connection with the design phase, construction phase, claims assistance or other services rendered by URS in connection with the Project, including those times during Durkin and George & Lynch, Inc.'s performance of their respective construction contracts.

10. State the total amounts paid by Newark to George & Lynch, Inc. ("George & Lynch") for placement of the Zone IV cover soils on the Project. For each such payment, also identify the amount and date of George & Lynch's initial request for payment for this work and the date upon which Newark made payment to George & Lynch for the work.

11. Please provide all documents relating to payments made by Newark to George & Lynch in connection with Interrogatory No. 10.

12. State the total amounts paid by Newark to George & Lynch for repairs made to the Zone IV cover soils on the Project. For each such payment, also identify the amount and date of George & Lynch's initial request for payment for this work and the date upon which Newark made payment to George & Lynch for the work.

13. Please provide all documents relating to payments made by Newark to George & Lynch in connection with Interrogatory No. 12.

14. State the total amounts paid by Newark to George & Lynch for installing the rain sheets over the Zone IV cover soils on the Project. For each such payment, also identify the amount and date of George & Lynch's initial request for payment for this work and the date upon which Newark made payment to George & Lynch for the work.

15. Please provide all documents relating to payments made by Newark to George & Lynch in connection with Interrogatory No. 14.

16. State the total amounts paid by Newark to George & Lynch for repairs, modifications or adjustments made to the rain sheets over the Zone IV cover soils on the Project. For each such payment, also identify the amount and date of George & Lynch's initial request for payment for this work and the date upon which Newark made payment to George & Lynch for the work.

17. Please provide all documents relating to payments made by Newark to George & Lynch in connection with Interrogatory No. 16.

18. State the total amounts paid by Newark to George & Lynch for removing the rain sheets over the Zone IV cover soils on the Project. For each such payment, also identify the amount and date of George & Lynch's initial request for payment for this work and the date upon which Newark made payment to George & Lynch for the work.

19. Please provide all documents relating to payments made by Newark to George & Lynch in connection with Interrogatory No. 18.

 

STRADLEY, RONON, STEVENS & YOUNG, LLP

Kevin W. Goldstein, Esquire
Delaware Bar No. 2967
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
(302) 576-5850
(302) 576-5858 Fax

Samuel J. Arena, Jr., Esquire (pro hac vice)
Patrick R. Kingsley, Esquire (pro hac vice)
David M. Burkholder, Esquire (pro hac vice)
2600 One Commerce Square
Philadelphia, PA 19103-7098
(215) 564-8000
(215) 564-8120 Fax

Attorneys for Third-Party Defendant,
Federal Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2006, I caused a true and correct copy of the foregoing to be served via electronic and regular mail upon the following:

Paul A. Logan, Esquire
David T. Bolger, Esquire
POWELL, TRACHTMAN, LOGAN,
CARLE & LOMBARDO, P.C.
475 Allendale Road, Suite 200
King of Prussia, PA 19406
*Attorneys for Plaintiff,*
*Donald M. Durkin Contracting, Inc.*

Paul Cottrell, Esquire
Victoria K. Petrone, Esquire
TIGHE, COTTRELL & LOGAN, P.A.
704 N. King Street
P.O. Box 1031
Wilmington, DE 19899
*Attorneys for Defendants,*
*City of Newark, Harold F. Godwin,*
*John H. Farrell, IV, Jerry Clifton,*
*Karl G. Kalbacher, David J. Athey,*
*Frank J. Osborne, Jr., and Christina Rewa*

James S. Green, Esquire
George H. Seitz, III, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
*Attorneys for Defendant,*
*URS Corporation*

_____
David M. Burkholder

# 465028

# EXHIBIT "B"

## Burkholder, David

| | |
|---|---|
| **From:** | Burkholder, David |
| **Sent:** | Wednesday, June 21, 2006 8:40 AM |
| **To:** | Vicky Petrone; James S Green |
| **Cc:** | Kingsley, Patrick; 'DBolger@PowellTrachtman.com'; Paul Logan |
| **Subject:** | Durkin v. Newark, et al. |

Counsel:

Just a reminder that the responses to Federal's latest interrogatories and request for production of documents, which were served on May 12, 2006, are now overdue. I realize that we all have been busy with other aspects of the case, but these discovery requests are important for the ongoing depositions.

If you need another copy of the discovery requests, please let me know.

Thanks,
Dave

**David M. Burkholder, Esquire**
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA 19355-1481
610.640.5807
610.640.1965 fax
www.stradley.com

<u>U.S. Treasury Circular 230 Notice:</u>  We inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service.  In addition, if any such tax advice is used or referred to by other parties to promote, market, or recommend any transaction or investment, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s). If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.

## Burkholder, David

| | |
|---|---|
| **From:** | Burkholder, David |
| **Sent:** | Tuesday, July 25, 2006 9:18 AM |
| **To:** | Vicky Petrone; 'James S Green' |
| **Cc:** | Kingsley, Patrick; 'Paul A. Logan'; David T. Bolger |
| **Subject:** | Durkin v. Newark |

Counsel:

We still have not received any responses to Federal's discovery requests served on May 12, 2006. Kindly provide us with your answers and documents no later than week's end.

Thanks,
Dave

**David M. Burkholder, Esquire**
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA 19355-1481
610.640.5807
610.640.1965 fax
www.stradley.com

U.S. Treasury Circular 230 Notice: We inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties to promote, market, or recommend any transaction or investment, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s). If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.

1

# Burkholder, David

| | |
|---|---|
| **From:** | Burkholder, David |
| **Sent:** | Tuesday, July 25, 2006 9:21 AM |
| **To:** | v.petrone@lawtcl.com |
| **Subject:** | FW: Durkin v. Newark |

For some reason, my e-mail reports that you didn't get this.

---

| | |
|---|---|
| **From:** | Burkholder, David |
| **Sent:** | Tuesday, July 25, 2006 9:18 AM |
| **To:** | Vicky Petrone; 'James S Green' |
| **Cc:** | Kingsley, Patrick; 'Paul A. Logan'; David T. Bolger |
| **Subject:** | Durkin v. Newark |

Counsel:

We still have not received any responses to Federal's discovery requests served on May 12, 2006. Kindly provide us with your answers and documents no later than week's end.

Thanks,
Dave

**David M. Burkholder, Esquire**
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA 19355-1481
610.640.5807
610.640.1965 fax
www.stradley.com

**U.S. Treasury Circular 230 Notice:** We inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties to promote, market, or recommend any transaction or investment, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s). If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.

1

# Burkholder, David

| | |
|---|---|
| **From:** | Burkholder, David |
| **Sent:** | Wednesday, August 02, 2006 1:14 PM |
| **To:** | Vicky Petrone; Jim Green |
| **Cc:** | David T. Bolger |
| **Subject:** | Durkin v. Newark |

Vicky:

I received the City's documents regarding instrumentation data, but I need to know the status of the responses to Federal's discovery, which was served on URS and the City in May.

Please advise.

Thanks,
Dave

**David M. Burkholder, Esquire**
Stradley Ronon Stevens & Young, LLP
30 Valley Stream Parkway
Malvern, PA 19355-1481
610.640.5807
610.640.1965 fax
www.stradley.com

U.S. Treasury Circular 230 Notice: We inform you that, unless expressly stated otherwise, any U.S. federal tax advice contained in this communication, including attachments, is not intended or written to be used, and cannot be used, by any taxpayer for the purpose of avoiding any penalties that may be imposed on such taxpayer by the Internal Revenue Service. In addition, if any such tax advice is used or referred to by other parties to promote, market, or recommend any transaction or investment, then (i) the advice should be construed as written in connection with the promotion or marketing by others of the transaction(s) or matter(s) addressed in this communication and (ii) the taxpayer should seek advice based on the taxpayer's particular circumstances from an independent tax advisor.

This electronic mail message, and any attachments transmitted with it, contain confidential information, intended only for the named addressee(s). If you are not the intended recipient or the person responsible for delivering this e-mail to the intended recipient, you are hereby notified that any use, distribution, copying or disclosure of this communication is strictly prohibited. If you have received this e-mail in error, please immediately notify the sender by reply e-mail, and delete all copies of this communication from your computer and network. Thank you.