IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 04-0163 |
| v. | ) ) | |
| CITY OF NEWARK, et al., | ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| CITY OF NEWARK, | ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, | ) | |
| Third-Party Defendant. | | |

## ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the Motion *in Limine* of Third-Party, Defendant Federal Insurance Company, to Exclude Any Reference to or Evidence of the City of Newark's Alleged Damages, and any responses thereto, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED.

By the Court:

_____, J.