IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 04-0163 |
| v. | ) ) | |
| CITY OF NEWARK, et al., | ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| CITY OF NEWARK, | ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, | ) | |
| Third-Party Defendant. | | |

## ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the Motion *in Limine* of Third-Party Defendant, Federal Insurance Company, to exclude any evidence of or reference to the December 9, 2003 meeting among Federal Insurance Company, the City of Newark, Donald M. Durkin Contracting, Inc., and URS Corporation, and any responses thereto, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED.

By the Court:

_____
J.