IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 04-0163 |
| v. | ) ) | |
| CITY OF NEWARK, et al., | ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| CITY OF NEWARK, | ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, | ) | |
| Third-Party Defendant. | | |

## ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the Motion *in Limine* of Third-Party, Defendant Federal Insurance Company, to Exclude the Errata Sheets of Carol Houck, and any responses thereto, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED.

By the Court:

_____, J.