IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CITY OF NEWARK, et al., ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> CITY OF NEWARK, ) <br> Third-Party Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL INSURANCE COMPANY, ) <br> Third-Party Defendant. | CIVIL ACTION NO. 04-0163 |

## ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the Motion *in Limine* of Third-Party, URS Corporation, to Exclude Evidence Relating to an Alleged Lack of Safety to the Newark Reservoir, and any responses thereto, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is DENIED.

By the Court:

_____, J.