IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 04-0163 |
| v. | ) ) | |
| CITY OF NEWARK, et al., | ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| CITY OF NEWARK, | ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| FEDERAL INSURANCE COMPANY, | ) | |
| Third-Party Defendant. | | |

## **ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of the Motion *in Limine* of Third-Party, Defendant Federal Insurance Company, to Exclude the February 4, 2004 letter, and any responses thereto, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED.

By the Court:

_____
, J.