Ellen Cavallaro

Page 43

1      A.   Yes.

2      Q.   It refers to the meeting of December 9, and

3   states in the second paragraph, quote, The meeting was

4   held to comply with the provisions of Durkin's

5   Performance Bond, quote.

6               It says that.  Right?

7      A.   It says that.

8               MR. KINGSLEY:  Do you have extra copies?

9   Sorry.

10   BY MR. COTTRELL:

11      Q.   And that's a true statement, is it not?

12               MR. BOLGER:  Objection to the form.

13               MR. KINGSLEY:  Yes, object to the form.

14               THE WITNESS:  It was a meeting on

15   December 9th, it was an off-the-record meeting that was

16   not to be used in any other form.  So I don't believe

17   that it would comply with the requirements.  But there

18   was a meeting on December 9th.

19   BY MR. COTTRELL:

20      Q.   Okay.  Now, you did not disagree that that

21   meeting complied with the bond requirements until after

22   the City terminated Durkin's contract.  Correct?

23      A.   I didn't make any specific objection, that's

24   correct.

Page 52

1    the City's notice of intent to terminate.  Correct?

2        A.    Yes.

3            MR. KINGSLEY:  Object to the form.

4            THE WITNESS:  We had the meeting in

5    response to the initial letter, yes.

6    BY MR. COTTRELL:

7        Q.    When did the idea first occur to you that the

8    December 9 meeting did not meet the requirements of the

9    bond because it was a, quote, unquote, off-the-record

10   meeting?

11       A.    I don't remember.

12       Q.    That didn't happen until after the termination

13   notice, did it?

14       A.    I probably did not give full consideration to

15   what my obligations were until there had been a

16   termination.

17       Q.    Okay.  And if you look at the requirements in

18   paragraph 3 where it calls for a conference, it just says

19   conference, doesn't it?

20       A.    Let's see what it says.  Attempt to arrange a

21   conference with the contractor and the surety.

22       Q.    Is there anything in there that says the

23   meeting has to be on the record?

24       A.    It doesn't address that.