Page 353

1  this letter is a precautionary letter.  Correct?
2       A.   It does say that.
3       Q.   What does it mean to be a precautionary
4  letter?
5       A.   Put on notice.
6       Q.   Put on notice of what?
7       A.   Put on notice that the -- that we have a
8  failure of a contractor to complete, continue the project
9  in accordance with the contract.
10      Q.   Okay.  Is this letter, Federal 5, November 21,
11 2003, letter, is it a termination?  Does it provide
12 notice of termination of Durkin's right to complete the
13 construction contract?
14      A.   It does not say the word termination.  It
15 points to the fact that a meeting is required.  That's
16 required prior to termination.
17      Q.   It does?  Where does it do that?
18      A.   Well, the meeting that shall take place.  It
19 doesn't say the word termination.
20      Q.   Does it say the meeting has to take place
21 prior to termination?
22      A.   No, it doesn't say that.
23      Q.   Okay.  Well, my question was, and I think it
24 could be fairly answered yes or no, is this letter a

1  formal termination of Durkin?

2      A.   This is not the formal termination of Durkin
3  letter, no, it is not.

4      Q.   Is this seven days' notice of termination of
5  Durkin?

6      A.   I believe that letter came later.

7      Q.   So this is not the seven-day notice letter to
8  Durkin.  Correct?

9      A.   I don't believe so.

10     Q.   Okay.  Which letter is the seven-day notice of
11 termination letter to Durkin?

12     A.   Datewise, if you have it, I'll look at all the
13 letters, but I know that -- I think they've been pointed
14 out recently.

15          (Federal Deposition Exhibit No. 7 was
16 marked for identification.)

17 BY MR. KINGSLEY:

18     Q.   Federal 7, ma'am, is a letter from Newark
19 dated February 3rd, 2004.  I'm just taking a guess, but I
20 am assuming -- let me just ask.  Is this the letter you
21 are thinking of when you point to a seven-day notice of
22 termination?

23     A.   I believe so.

24     Q.   And is this the only letter that gives Durkin

1  seven days' notice of termination?
2       A.   There is a subsequent letter that adds
3  additional seven days' notice. I think it's a day later.
4       Q.   So, if I could just compare Federal 5, which
5  is the November 21 letter, and Federal 7, which is the
6  February 3rd letter, Federal Exhibit 5, the November 21
7  letter, is notice that Newark is considering declaring
8  Durkin to be in default, and it is also notice of actual
9  default. And, on the other hand, the Federal Exhibit 7,
10 February 3rd letter, is the seven days' notice of
11 termination, according to you. Correct?
12      A.   Yes, pursuant to the terms of the contract.
13      Q.   Okay. If I could ask you to turn your
14 attention back to Federal Exhibit 4, the four steps.
15           Federal Exhibit 5, the November 21
16 letter, would, according to you, satisfy step one, and
17 the Federal Exhibit 7, the February 3rd letter, would
18 satisfy step four. Is that --
19      A.   Can you say it again?
20      Q.   Sure. Sure.
21           The November 21 letter goes to step one,
22 and the February 3rd letter goes to step four?
23      A.   Yeah, these letters coincide with 1 and 4.
24      Q.   Okay. Let me ask you generally --