IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

**ORDER**

AND NOW, the Court, having heard and considered Defendant Donald M. Durkin Contracting, Inc.'s Motion for bifurcation of the liability and the damages phases of this matter, does hereby FIND and ORDER:

This matter shall be bifurcated. The liability phase of this matter shall be heard first, followed by the damage phase before a federal magistrate.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Gregory M. Sleet

KOP:346641v2 3514-04