IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

### ORDER

AND NOW, the Court, having heard and considered Defendant Donald M. Durkin Contracting, Inc.'s Motion for relief from the intentional destruction of the "briefing packets" and other documents provided to Council Members in advance of Council meetings, does hereby FIND and ORDER:

A spoliation inference shall be provided to the jury to assume that the destroyed the "briefing packets" and other documents provided to Council Members in advance of the Council meetings would have been unfavorable to the City and City Council Members.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Gregory M. Sleet

KOP:346605v2 3514-04