IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff*<br><br>vs.<br><br>CITY OF NEWARK, et al., *Defendants*<br><br>and<br><br>CITY OF NEWARK, *Third-Party Plaintiff*<br><br>vs.<br><br>DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

## ORDER

AND NOW, the Court, having heard and considered Defendant Donald M. Durkin Contracting, Inc.'s Motion in Limine to preclude opinion testimony or any analysis of Durkin's bid on the Reservoir Project, does hereby FIND and ORDER:

Defendant City of Newark and URS Corporation are precluded from presenting opinion testimony or any analysis at trial of Defendant Donald M. Durkin Contracting, Inc.'s bid for the Reservoir Project.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Gregory M. Sleet