IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

**ORDER**

AND NOW, the Court, having heard and considered Defendant Donald M. Durkin Contracting, Inc.'s Motion in Limine to Preclude the City from asserting a joint defense privilege between the City and URS Corporation, Inc. and Motion for an Order directing the City to immediately produce any documents being withheld based on the joint defense privilege, does hereby FIND and ORDER:

Defendant City of Newark is precluded from asserting a joint defense privilege between the City and URS Corporation, Inc. at trial, and Defendant City of Newark is ordered to immediately produce any documents being withheld on the basis of the joint defense privilege.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Gregory M. Sleet

KOP:346548v2 3514-04