1   you keep the documents that you were provided yourself?
2   A.   No.
3   Q.   Were they made generally available at the
4   offices, the City offices to review by the City Council
5   members?
6   A.   At times we received documents that were in
7   our packet.  We get a weekly packet.  But you have to
8   understand, you know, we get a lot of stuff, and from my
9   own -- my own perspective, I try not to keep too much
10  material, because otherwise I would have a very, very big
11  library.  So I review the material that's provided to me
12  and then I dispose of it.
13  Q.   Did you dispose of all of the materials that
14  you were provided in your weekly packets regarding the --
15  A.   Yes.
16  Q.   -- Donald M. Durkin Contracting -- you have to
17  let me finish.  That's another instruction.  The
18  Donald M. Durkin contract performance?
19  A.   Yes.
20        MR. LOGAN:  I would like to have this
21  marked collectively, because this is what's been
22  represented, Paul, by you as the four binders and Manila
23  envelope materials.
24        MR. COTTRELL:  Right.