1    Q.    Same question. The copy to Matthew E. Lubin,
2 who is he?
3    A.    He would be -- I don't know the title, but he
4 would be a supervisor to Walter Norris, and so would Gary
5 Rispoli.
6    Q.    It starts out by stating, "Donald Durkin was
7 low (very low) on their 4/2," April 2 bid for the City of
8 Newark project.
9         Is it customary for your underwriters to
10 worry about a contractor's bid being too low?
11    A.    If they feel that there is a significant
12 spread, they will ask additional questions, yes.
13    Q.    Why is that a concern?
14    A.    They want to assure themselves that there was
15 no mistake in the bid, that there was no simple
16 mathematical error or something of that kind, or a
17 failure to consider all of the circumstances regarding
18 performing the work.
19    Q.    Is there some concern that the contractor is
20 bid too low just to get the job and they are looking for
21 their profit in the change orders to come?
22         MR. BOLGER: Objection to the form.
23         MR. KINGSLEY: Same objection.
24 BY MR. COTTRELL: