# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) JURY TRIAL DEMANDED |
| CITY OF NEWARK et al. | ) |

## CITY OF NEWARK DEFENDANTS' ANSWERING BRIEF
## IN OPPOSITION OF PLAINTIFF'S MOTION TO PRECLUDE
## ASSERTION OF JOINT DEFENSE PRIVILEGE

    TIGHE, COTTRELL & LOGAN, P.A.
By: /s/ Paul Cottrell
Paul Cottrell (Delaware I.D. No. 2391)
Victoria K. Petrone (Delaware I.D. No. 4210)
704 N. King Street
P.O. Box 1031
Wilmington, DE 19899
P:  (302) 658-6400
F:  (302) 658-9836
email:  p.cottrell@lawtcl.com
*Attorneys for Defendants City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa*

August 21, 2006

**TABLE OF CONTENTS**

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iii

STATEMENT OF THE NATURE AND STAGE OF THE PROCEEDINGS . . . . . . . .  1

SUMMARY OF ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  2

## TABLE OF AUTHORITIES

**Case**                                                                                                   **Page**

*Eisenberg vs. Gagnon et al.*, 766 F.2d 770, 787 (3d Cir. 1985) . . . . . . . . . . . . . . . . . . . . .1, 2

## STATEMENT OF NATURE AND STAGE OF PROCEEDINGS

Plaintiff Donald M. Durkin ("Durkin") has asserted a breach of contract, various tort claims and a civil rights claim against the City of Newark and Individual Defendants (cumulatively "Newark"). Durkin seeks to prevent Newark from asserting any joint defense privilege with Third-Party Defendant URS.

## SUMMARY OF ARGUMENT

Newark is entitled to assert a joint defense privilege with URS given their common interest in defending the issues of the constructability of the reservoir design, the safety of the design, and the decision and process by which Durkin was terminated.

## STATEMENT OF FACTS

Durkin's breach of contract action arises out of the termination by Newark of Durkin's contract for the Reservoir project. Durkin argues that the termination was wrongful, both factually and procedurally as required by the contract. Durkin asserts that it had the right to stop Zone IV soils placement since it was not possible to construct this aspect of the URS design, the reservoir would be unsafe once built as per design, and the process by which it was terminated was in violation of its contract. As to these issues, Newark and URS share a common interest.

## ARGUMENT

The fact that two parties to litigation have claims against one another does not preclude their right to a joint defense where they have common interests in opposing another party's position in the case. *See, Eisenberg vs. Gagnon et al.*, 766 F.2d 770, 787 (3d Cir. 1985) (Communications to an attorney to establish a common defense strategy are privileged even

though the attorney represents another client with some adverse interests.).  As to related documents, no documents were withheld solely on the basis of the joint-defense privilege.

## CONCLUSION

WHEREFORE, Defendant City of Newark respectfully requests that this Court deny Plaintiff's Motion to Preclude Assertion of the Joint Defense Privilege.

TIGHE, COTTRELL & LOGAN, P.A.

By: /s/ Paul Cottrell
Paul Cottrell (Delaware I.D. No. 2391)
Victoria K. Petrone (Delaware I.D. No. 4210)
704 N. King Street,
P.O. Box 1031
Wilmington, DE 19899
P:  (302) 658-6400
*Attorneys for City of Newark Defendants*