IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* | |
| vs. | |
| CITY OF NEWARK, et al., *Defendants* | CASE NO. 04-0163-GMS |
| and | |
| CITY OF NEWARK, *Third-Party Plaintiff* | |
| vs. | |
| DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | |

## ORDER

AND NOW, the Court, having heard and considered Defendant Donald M. Durkin Contracting, Inc.'s Motion in Limine concerning the November 21, 2003 letter as the alleged seven day prior written notice of intent to terminate Durkin's Contract and the response thereto, does hereby FIND and ORDER:

Defendant City of Newark is precluded from presenting evidence at trial of any writing other than the letter dated November 21, 2003 as constituting the seven day prior written notice of the City's intent to terminate Durkin's Contract.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Gregory M. Sleet

KOP:346651v2 3514-04