# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

## ORDER

AND NOW, the Court, having heard and considered Defendant Donald M. Durkin Contracting, Inc.'s Motion in Limine to Preclude the City from Offering Evidence that the Method for Payment for Incomplete Work Other Than on a Time and Materials Basis, does hereby FIND and ORDER:

Defendant City of Newark is precluded from presenting evidence or arguments of a method for calculating payment for incomplete work other than on a time and materials basis.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Gregory M. Sleet

KOP:346554v2 3514-04