IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

**ORDER**

AND NOW, the Court, having heard and considered Defendant Donald M. Durkin Contracting, Inc.'s Motion for relief from the intentional destruction of the handwritten field documentation generated by the City's consultant, does hereby FIND and ORDER:

A spoliation inference shall be provided to the jury to assume that the destroyed handwritten field documentation generated by the City's consultant would have been unfavorable to the City and to the City's consultant.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Gregory M. Sleet

KOP:346625v2 3514-04