Page 668

1   the subcontractors' work was completed. Correct?
2       A.  I don't know that I would agree with none. I
3   can't say.
4       Q.  Can you identify a single subcontractor's work
5   that was completed?
6       A.  Maybe Langdon. No, they probably would have
7   still been brought in. I don't know. I couldn't say
8   without guessing. All the subcontractors are not fresh
9   in my mind right now.
10      Q.  Well, was Talley Brothers' work completed?
11      A.  No, theirs was not.
12      Q.  Was Hallaton's work completed?
13      A.  No.
14      Q.  Do you know where the Zone V material was
15  placed?
16      A.  That's underneath the liner.
17      Q.  Do you know whether that work was deemed
18  incomplete by URS?
19      A.  I'm not sure a hundred percent if it was or
20  not.
21      Q.  Do you know what the contract provides as far
22  as how to pay for incomplete work?
23      A.  Percentages, I believe.
24      Q.  You didn't understand that incomplete work is

Carol Houck

Page 669

1   paid on a time and material basis up to the time of
2   termination?
3       A.   Yes.
4       Q.   That is the method of paying for incomplete
5   work.  Is that correct?
6       A.   Yes.
7       Q.   So all incomplete work for Durkin should be,
8   for purposes of calculating what they were entitled to be
9   paid up to the date of termination, would be on a time
10  and material basis.  Correct?
11      A.   That's my under -- that's my recollection.
12      Q.   Now, you still have Mr. Akin's memo in front
13  of you?
14      A.   Yes.
15      Q.   If you can go to the last page of Mr. Akin's
16  memo.
17      A.   Mm-hmm.
18      Q.   And it says, the very first sentence, full
19  sentence on page 3 of Mr. Akin's memo, "Hence, some delay
20  in getting that resolution may or may not cause Durkin to
21  be more amenable to a settlement or a mediation of
22  certain issues," okay.
23              Did I read that correctly?  Let's read
24  the first sentence, and then I will just read the

Corbett & Wilcox

f0b035d8-764c-412e-bd0e-639eb96e8175