Glenn Bowen

Page 6

1   A.   Yes, that's correct.

2   Q.   Sir, can you tell me what your educational

3   background is and if you have any professional licenses?

4   A.   My educational background is I spent

5   three-and-a-half years at Temple University, did not

6   graduate.  Attended several technical courses.

7   Basically, on-the-job training.  I have no professional

8   licenses.

9   Q.   Sir, what brings us here is a lawsuit that

10   involves the City of Newark reservoir project.

11            What position, if any, did you have in

12   relationship to that project as far as your employment

13   goes with URS?

14   A.   I was assigned the role of the resident

15   project representative, the RPR on the project.

16            (Bowen Deposition Exhibit No. 1 was

17   marked for identification.)

18   BY MR. LOGAN:

19   Q.   Mr. Bowen, I've handed to you a document which

20   has been marked as Bowen No. 1.  And I will tell you what

21   I think it is, and then I'm going to ask if you would

22   look at it.  It is a document that was taken out of the

23   specifications, contract and specifications from the

24   Durkin contract with the City of Newark.

CORBETT & WILCOX

Glenn Bowen

Page 7

1          I'm going to ask you if you can take a
2   look at that and see if you are familiar with that
3   document?
4        A.   Yes, it appears to be from that contract.
5        Q.   And, sir, does Bowen 1 describe your duties,
6   responsibilities and limitations, just reading from the
7   title, as the RPR for the project?
8        A.   Yes, sir.
9        Q.   Did you, sir, serve in the identical capacity
10  in connection with the contract entered into between the
11  City of Newark and George & Lynch?
12       A.   Yes.
13       Q.   Now, sir, part of the duties, responsibilities
14  and limitations deals with the contract specifications,
15  does it not?
16       A.   I'm looking for it.  I don't see contract
17  specifications.
18       Q.   Well, let me ask you this.  What was your
19  understanding of whether or not you had the authority to
20  waive, modify, change in any way the contract
21  requirements and specifications?
22       A.   It does not allow any waiving of contract
23  specifications.
24       Q.   So, as far as your specific role, you did not

1     A.    Yes.

2     Q.    And URS would review the application for
3  payment and make recommendations to the City?

4     A.    Yes, I believe that's correct.

5     Q.    And some of the work was to be paid for on a
6  time-and-material basis.  Correct?

7     A.    I had heard rumors.  Again, I am very fuzzy on
8  exactly how the contract was put together.

9     Q.    Sir, have you ever seen the contract between
10 the City --

11    A.    No, I have not.  I'm sorry, go ahead.

12    Q.    I need to finish.

13    A.    I'm sorry.

14    Q.    Have you ever seen a copy of the executed
15 contract between the City of Newark and George & Lynch?

16    A.    No.

17    Q.    Do you recall ever having received a request
18 from anyone at URS, Jill Voeller or anyone else, to
19 review the project records you maintained in order to
20 compare them against George & Lynch payment applications?

21    A.    Jill Voeller would request on a weekly basis
22 all the previous week's daily construction reports.

23    Q.    I need to digress for a moment.
24          You maintained or had prepared daily

Page 75

1    construction reports. Correct, sir?
2        A.   Yes.
3        Q.   And you had others working with you or for you
4    that would also maintain records. Is that correct?
5        A.   That's correct.
6        Q.   The individuals that worked for you, did they
7    prepare their records by hand, meaning they hand wrote
8    them out?
9        A.   Typically, yes.
10       Q.   Do you know where those original records are
11   of those individuals?
12       A.   Generally, they would hand write the
13   particulars; i.e., results of compaction tests, any
14   information that was pertinent to the project, and I
15   would transcribe and accumulate their information with
16   mine and include it in the daily report. Where those
17   documents would have been would be in their field books.
18   I don't believe anybody wrote any individual daily
19   reports. They were all an accumulation of my information
20   plus their information.
21       Q.   Are those field books still available, sir?
22       A.   As -- good question. I was not at the trailer
23   at the time that files were removed from the site. My
24   recollection is that there may have been a group of field

1   books from the individuals Jack Markowski and Kevin
2   Mudrick that were working on the site at the time in the
3   file cabinet. I couldn't tell you beyond that.
4       Q.   Is it your understanding, sir, that those
5   field books were collected and are retained by URS?
6       A.   That's my understanding, that the Wilmington
7   office cleaned out the files, yes.
8       Q.   As it relates to your input into the daily
9   construction reports, did you handwrite out notes?
10      A.   Yes.
11      Q.   And then transcribe them?
12      A.   Yes, sir.
13      Q.   Do you know where your handwritten notes are?
14      A.   My method of dealing with that is upon
15  completion of each of my field log books, all the
16  information has been transcribed into a daily report
17  format, that book is complete, it is typically purged. I
18  throw them out after I've started a new book.
19      Q.   Just so I'm understanding, records that you
20  created during the job, handwritten notes --
21      A.   Yes.
22      Q.   -- were recorded in a field book of your own
23  or in some other writing. Correct?
24      A.   Yes. Correct.

Page 77

1    Q.    And you have thrown those away?

2    A.    Upon completion of the daily reports and that

3    book being filled, I no longer had a reason to keep it.

4    Q.    No one ever instructed you to retain any of

5    those documents?

6    A.    No. To the point where I believe URS was

7    moving during this period of time, I received e-mails

8    that all unnecessarily duplicate information and

9    secondary files, backups should be purged prior to the

10    move. They weren't deemed to be necessary. That came

11    out of our office.

12    Q.    So URS, as you understood it, instructed you

13    to purge; that is, to destroy handwritten notes and

14    documents that had been generated during the

15    George & Lynch project?

16    A.    It wasn't -- no, this came on -- there was

17    nothing particular to George & Lynch. It is a company

18    policy that you don't need to keep them. Once you've

19    utilized them, you have transcribed and taken all the

20    information out of it, it's purely a

21    back-of-the-notekeeping method. Again, all that

22    information is transferred to the daily reports.

23    Q.    Sir, you did understand that there was, at the

24    time that you threw away these records, ongoing

1   litigation between Durkin, the City, and URS?

2        A.   My understanding was it had nothing to do with
3   George & Lynch.

4        Q.   My question specifically was, sir: You did
5   understand there was litigation pending between the City,
6   Durkin, and URS?

7        A.   Yes.

8        Q.   And did you understand further that the City
9   has asserted a claim against Durkin for the costs of
10  finishing the reservoir?

11       A.   I don't know what's been asserted by the City.

12       Q.   You didn't understand that there was an
13  affirmative claim by the City against Durkin for the
14  costs related to the completion of the reservoir?

15       A.   I understood there was some litigation going
16  on, but I'm not that familiar with what the nuts and
17  bolts of it are.

18       Q.   Is it your understanding, based upon what you
19  just said, that the field books of those working for you
20  may also have been purged?

21       A.   I don't know where they are. I know there
22  were field books in the file cabinet when I left the
23  site.

24       Q.   Sir, going back to the repairs under the