IN THE UNITED STATES DISTRICT COURT DELAWARE
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF NEWARK, HAROLD F. GODWIN, )<br>JOHN H. FARRELL, IV, JERRY CLIFTON, )<br>KARL G. KALBACHER, DAVID J. ATHEY, )<br>FRANK J. OSBORN, JR., and )<br>CHRISTIANA REWA, )<br>)<br>Defendants/ )<br>Third Party Plaintiffs )<br>)<br>v. )<br>)<br>FEDERAL INSURANCE COMPANY, )<br>)<br>Third-Party Defendant. )<br>-----------------------------------------------------------<br>CITY OF NEWARK, )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>URS CORPORATION, )<br>)<br>Third-Party Defendant. ) | C.A. No. 04-0163 GMS<br><br>JURY TRIAL DEMANDED |

## ORDER

Having heard and considered URS Corporation's Answering Brief In Opposition To Plaintiff's Motion in Limine for Relief from Destruction of Documentation by URS Corporation's Resident Project Representative and counsel's responses thereto, said Motion is hereby DENIED.

                                                                             _____
                                                                             The Honorable Gregory M. Sleet

55534 v1