# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. ) | Civil Action No.: 04-0163 GMS |
| ) | |
| Plaintiff, ) | |
| vs. ) | JURY TRIAL DEMANDED |
| ) | |
| CITY OF NEWARK et al. ) | |

**CITY OF NEWARK DEFENDANTS' ANSWERING BRIEF
IN OPPOSITION OF PLAINTIFF'S MOTION FOR RELIEF
FROM THE RESIDENT PROJECT REPRESENTATIVE'S
DESTRUCTION OF FIELD BOOKS**

The City of Newark Defendants hereby joins and adopt the *Answering Brief* of Third-Party Defendant URS in opposition to Plaintiff's Motion.

> TIGHE, COTTRELL & LOGAN, P.A.
> By: /s/ Paul Cottrell
> Paul Cottrell (Delaware I.D. No. 2391)
> Victoria K. Petrone (Delaware I.D. No. 4210)
> 704 N. King Street
> P.O. Box 1031
> Wilmington, DE 19899
> P: (302) 658-6400
> F: (302) 658-9836
> email: p.cottrell@lawtcl.com
> *Attorneys for Defendants City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa*

August 21, 2006