IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* | |
| vs. | |
| CITY OF NEWARK, et al., *Defendants* | CASE NO. 04-0163-GMS |
| and | |
| CITY OF NEWARK, *Third-Party Plaintiff* | |
| vs. | |
| DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | |

# APPENDIX

**PLAINTIFF'S MOTION TO STRIKE THE CITY OF NEWARK'S MOTIONS IN LIMINE BECAUSE THEY ARE MOTIONS FOR SUMMARY JUDGMENT**

**Powell, Trachtman, Logan,
Carrle & Lombardo, P.C.**

By: _____
Paul A. Logan
Delaware Supreme Court ID #3339
475 Allendale Road, Suite 200
King of Prussia, PA 19406
Telephone: 610-354-9700
Telefacsimile: 610-354-9760
Attorneys for Plaintiff

PaperDocuments

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00163-GMS

Durkin Contracting v. City of Newark, et al  
Assigned to: Honorable Gregory M. Sleet  
Demand: $0  
Cause: 28:1332 Diversity-Contract Dispute

Date Filed: 03/16/2004  
Jury Demand: Both  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Diversity

**Plaintiff**

**Donald M. Durkin Contracting, Inc.**  represented by  **Paul A. Logan**  
Powell, Trachtman, Logan, Carrle & Lombardo, P.C.  
475 Allendale Road  
Suite 200  
King of Prussia, PA 19406  
(610) 354-9700  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**David T. Bolger**  
Pro Hac Vice  
Email: dbolger@powelltrachtman.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**City of Newark**  represented by  **Paul Cottrell**  
Tighe, Cottrell & Logan, P.A.  
First Federal Plaza, Suite 500  
P.O. Box 1031  
Wilmington, DE 19899  
(302) 658-6400  
Email: p.cottrell@lawtcl.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Victoria Kathryn Petrone**  
Tighe, Cottrell & Logan, P.A.  
First Federal Plaza, Suite 500  
P.O. Box 1031  
Wilmington, DE 19899  
(302) 658-6400  
Email: v.petrone@lawtcl.com  
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Mayor Harold F. Godwin**
*City of Newark, Delaware*

represented by **Paul Cottrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria Kathryn Petrone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Council Member John H. Farrell, IV**
*City of Newark, Delaware*

represented by **Paul Cottrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria Kathryn Petrone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Council Member Jerry Clifton**
*City of Newark, Delaware*

represented by **Paul Cottrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria Kathryn Petrone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Council Member Karl G. Kalbacher**
*City of Newark, Delaware*

represented by **Paul Cottrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria Kathryn Petrone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Council Member David J. Athey**
*City of Newark, Delaware*

represented by **Paul Cottrell**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Victoria Kathryn Petrone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Council Member Frank J. Osborne, Jr.**
*City of Newark, Delaware*

represented by **Paul Cottrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria Kathryn Petrone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Council Member Christina Rewa**
*City of Newark, Delaware*

represented by **Paul Cottrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria Kathryn Petrone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**URS Corporation**
*TERMINATED: 09/08/2005*

represented by **James S. Green**
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
Email: jgreen@svglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James W. Semple**
Morris, James, Hitchens & Williams
222 Delaware Ave.
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6800
Email: jsemple@morrisjames.com
*TERMINATED: 09/17/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**
Federal Insurance Company           represented by **Sheela P. Dattani**
                                                    Stradley Ronon Stevens & Young, LLP
                                                    300 Delaware Avenue
                                                    Suite 800
                                                    Wilmington, DE 19801
                                                    (302) 576-5850
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Victoria Kathryn Petrone**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**
City of Newark                      represented by **Paul Cottrell**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Victoria Kathryn Petrone**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**
Mayor Harold F. Godwin              represented by **Paul Cottrell**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Victoria Kathryn Petrone**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**
Council Member John H. Farrell, IV  represented by **Paul Cottrell**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Victoria Kathryn Petrone**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**ThirdParty Plaintiff**

| | | |
|---|---|---|
| **Council Member Jerry Clifton** | represented by | **Paul Cottrell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Victoria Kathryn Petrone**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**ThirdParty Plaintiff**

| | | |
|---|---|---|
| **Council Member Karl G. Kalbacher** | represented by | **Paul Cottrell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Victoria Kathryn Petrone**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**ThirdParty Plaintiff**

| | | |
|---|---|---|
| **Council Member David J. Athey** | represented by | **Paul Cottrell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Victoria Kathryn Petrone**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**ThirdParty Plaintiff**

| | | |
|---|---|---|
| **Council Member Frank J. Osborne, Jr.** | represented by | **Paul Cottrell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Victoria Kathryn Petrone**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**ThirdParty Plaintiff**

| | | |
|---|---|---|
| **Council Member Christina Rewa** | represented by | **Paul Cottrell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Victoria Kathryn Petrone** |

                                                    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**ThirdParty Defendant**

**Donald M. Durkin Contracting, Inc.**     represented by   **Paul A. Logan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Donald M. Durkin Contracting, Inc.**     represented by   **Paul A. Logan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ThirdParty Defendant**

**Federal Insurance Company**     represented by   **Kevin W. Goldstein**
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
302-576-5851
Email: kgoldstein@stradley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                              **Sheela P. Dattani**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                              **Victoria Kathryn Petrone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Mayor Harold F. Godwin**     represented by   **Paul Cottrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                              **Victoria Kathryn Petrone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Council Member John H. Farrell, IV**   represented by   **Paul Cottrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria Kathryn Petrone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Council Member Jerry Clifton**   represented by   **Paul Cottrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria Kathryn Petrone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Council Member Karl G. Kalbacher**   represented by   **Paul Cottrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria Kathryn Petrone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Council Member David J. Athey**   represented by   **Paul Cottrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Victoria Kathryn Petrone**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Council Member Frank J. Osborne, Jr.**   represented by   **Paul Cottrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | **Victoria Kathryn Petrone**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Counter Claimant** |  |  |
| **Council Member Christina Rewa** | represented by | **Paul Cottrell**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Victoria Kathryn Petrone**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**ThirdParty Plaintiff**

**Council Member Jerry Clifton**
*City of Newark, Delaware*

**ThirdParty Plaintiff**

**Council Member Karl G. Kalbacher**
*City of Newark, Delaware*

**ThirdParty Plaintiff**

**Council Member David J. Athey**
*City of Newark, Delaware*

**ThirdParty Plaintiff**

**Council Member Frank J. Osborne, Jr.**
*City of Newark, Delaware*

**ThirdParty Plaintiff**

**Council Member Christina Rewa**
*City of Newark, Delaware*

**ThirdParty Plaintiff**

**City of Newark**

**ThirdParty Plaintiff**

**Mayor Harold F. Godwin**
*City of Newark, Delaware*

**ThirdParty Plaintiff**

**Council Member John H. Farrell, IV**
*City of Newark, Delaware*

V.

### ThirdParty Defendant

URS Corporation            represented by  **James S. Green**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

### Counter Claimant

URS Corporation

V.

### Counter Defendant

City of Newark

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 135879 (bkb) (Entered: 03/17/2004) |
| 03/16/2004 |  | SUMMONS(ES) issued for City of Newark, Harold F. Godwin, John H. Farrell IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Christina Rewa, URS Corporation (bkb) (Entered: 03/17/2004) |
| 03/24/2004 | 2 | CASE assigned to Judge Gregory M. Sleet . Notice to all parties. (rjb) (Entered: 03/24/2004) |
| 03/26/2004 | 3 | NOTICE of attorney appearance for City of Newark, Harold F. Godwin, John H. Farrell IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne Jr., and Christina Rewa by Paul Cottrell and Victoria Kathryn Petrone (lg) (Entered: 03/30/2004) |
| 04/07/2004 | 5 | MOTION by Durkin Contracting for Preliminary and Permanent Injunctive Relief , and for Declaratory Judgment (asw) (Entered: 04/14/2004) |
| 04/07/2004 | 6 | Opening Brief Filed by Durkin Contracting in support of [5-1] motion for Preliminary and Permanent Injunctive Relief, [5-2] motion and for Declaratory Judgment - Answer Brief due 4/21/04 (asw) (Entered: 04/14/2004) |
| 04/08/2004 | 4 | Letter to the Clerk informing the court of an address change for the office of Victoria K. Petrone, Esq. at Tighe, Cottrell & Logan, P.A. (asw) (Entered: 04/13/2004) |
| 04/12/2004 |  | THRID PARTY SUMMONS issued for URS Corporation (Federal Insurance Company) copies to: cnsl (lg) (Entered: 04/16/2004) |
| 04/12/2004 | 7 | ANSWER to complaint, COUNTERCLAIM and Third Party Complaint by Harold F. Godwin, John H. Farrell IV, Jerry Clifton, Karl G. |

| | | Rules is 1/30/2006. (Cottrell, Paul) (Entered: 01/23/2006) |
|---|---|---|
| 01/24/2006 | 111 | NOTICE OF SERVICE of Second Set of Interrogatories and Requests for Production by Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr, Christina Rewa, City of Newark, Harold F. Godwin, John H. Farrell, IV.(Cottrell, Paul) (Entered: 01/24/2006) |
| 01/25/2006 | 112 | NOTICE OF SERVICE of Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) Directed To The City Of Newark by Federal Insurance Company.(Goldstein, Kevin) (Entered: 01/25/2006) |
| 01/25/2006 | 114 | REPLY BRIEF re: D.I. 110, Letter Answering Brief filed by Paul Logan, Esq. for Donald M. Durkin Contracting, Inc. (asw ) (Entered: 01/26/2006) |
| 01/26/2006 | | Remark: Please note that D.I. 110, Letter Answering brief should be linked to D.I. 113, Letter Opening brief. (asw ) (Entered: 01/26/2006) |
| 01/27/2006 | 115 | STIPULATION TO EXTEND TIME to extend fact discovery cut-off to June 30, 2006 - filed by Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr, Christina Rewa, City of Newark, Harold F. Godwin, John H. Farrell, IV. (Cottrell, Paul) (Entered: 01/27/2006) |
| 01/27/2006 | 116 | Letter to the Honorable Gregory M. Sleet from Paul Cottrell, Esquire regarding explanation for discovery extension - re 115 STIPULATION TO EXTEND TIME to extend fact discovery cut-off to June 30, 2006. (Cottrell, Paul) (Entered: 01/27/2006) |
| 01/27/2006 | 117 | STENO NOTES of Teleconference held on 1/12/06 before Judge Sleet. Court Reporter: Kevin Maurer. (Notes on file in Clerk's Office) (asw ) (Entered: 01/30/2006) |
| 01/31/2006 | | SO ORDERED, re 115 STIPULATION TO EXTEND TIME to extend fact discovery cut-off to June 30, 2006 filed by City of Newark, Harold F. Godwin, John H. Farrell, IV, Karl G. Kalbacher, David J. Athey, Christina Rewa, Jerry Clifton, Frank J. Osborne, Jr. ORDER resetting Deadlines: Discovery due by 6/30/2006. AS A RESULT OF THIS EXTENSION, THE COURT WILL NOT ALLOW CASE DISPOSITIVE MOTIONS PRACTICE. Ordered by Judge Gregory M. Sleet on 1/31/06. (asw ) (Entered: 01/31/2006) |
| 02/05/2006 | 118 | Letter MOTION for Extension of Time to *File Dispositive Motion by Federal Insurance Company* - filed by Federal Insurance Company. (Attachments: # 1 Stipulation)(Goldstein, Kevin) (Entered: 02/05/2006) |
| 02/06/2006 | | SO ORDERED, re 118 Letter MOTION for Extension of Time to *File Dispositive Motion by Federal Insurance Company* filed by Federal Insurance Company . Ordered by Judge Gregory M. Sleet on 2/6/06. (asw ) (Entered: 02/07/2006) |
| 02/07/2006 | 119 | NOTICE OF SERVICE of Second Request for Production of Documents of Third-Party Defendant, Federal Insurance Company, Directed to Third-Party Defendant, URS Corporation by Federal Insurance Company.(Goldstein, Kevin) (Entered: 02/07/2006) |