IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

**ORDER**

AND NOW, the Court, having heard and considered Defendant Donald M. Durkin Contracting, Inc.'s Motion in Limine to Exclude Evidence of Trespassing, Alleged Interference with Construction Activities, and Arrests for Criminal Trespass of Michael D. Durkin and James W. Durkin, does hereby FIND and ORDER:

Defendant City of Newark is precluded from making reference to and/or presenting evidence at trial of trespassing at the Newark Reservoir Site, including allegations of interference with construction activities, and the arrests for criminal trespass of Michael D. Durkin and James W. Durkin.

SO ORDERED this _____ day of _____, 2006.

_____
The Honorable Gregory M. Sleet

KOP:346517v1 3514-04