# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* vs.

CITY OF NEWARK, et al., *Defendants*

and

CITY OF NEWARK, *Third-Party Plaintiff* vs.

DONALD M. DURKIN CONTRACTING, INC.,
FEDERAL INSURANCE COMPANY AND URS CORPORATION,
*Third-Party Defendants*

Case No. 04-0163-GMS

## APPENDIX TO PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF TRESPASSING, ALLEGED INTERFERENCE WITH CONSTRUCTION ACTIVITIES, AND ARRESTS FOR CRIMINAL TRESPASS OF MICHAEL D. DURKIN AND JAMES W. DURKIN

**Powell, Trachtman, Logan, Carrle & Lombardo, P.C.**
Paul A. Logan
   Delaware Supreme Court ID #3339
David T. Bolger
   Pennsylvania Bar No. 47327
   Admitted *Pro Hac Vice*
475 Allendale Road, Suite 200
King of Prussia, PA 19406
Telephone: 610-354-9700
Telefacsimile: 610-354-9760
Attorneys for Plaintiff

## TABLE OF CONTENTS

**Document**                                                                        **Page**

Police Report ................................................................................................................ A-1

Affidavit of Michael Durkin dated 7/25/05 ............................................................ A-3

Affidavit of James W. Durkin dated 7/25/05............................................................ A-6

City of Newark's Motion for Protective Order ……………..…………………………A-9

Order dated July 29, 2005 ………………………………………………………….A-29

Selected portions of Michael Durkin's deposition May 11, 2006……………..……..…………A-31

Selected portions of James Durkin's deposition May 11, 2006………………..…..……….A-34

| Page: 1 | Report Date: 07/11/2005 | Agency: Newark PD | Complaint: 31-05-008964 |
|---|---|---|---|

| Reported Date and Time MON 07/11/2005 1103 | **Initial Crime Report** | Occurred MON 07/11/2005 1103 |
|---|---|---|

**Location**
240 Old Paper Mill RD NEWARK CITY RESIVOIR  Newark, DE 19711

**M.O. and Incident Overview**
RP STATES THAT HE OBSERVER UNKNOWN SUBJECTS ON THE PROPERTY WITH A CAMERA

| Grid 061-344 | Sector 02 | County New Castle | Domestic Related ☐ Yes ☒ No | 4-F-14 Sent? ☐ Yes ☒ No | | Gen Broadcast Sent? ☐ Yes ☒ No |
|---|---|---|---|---|---|---|

## Victim Information

| Victim Number 001 | Name CITY OF NEWARK |
|---|---|

| Type Government | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|

| Address 220 Elkton RD Newark, DE 19711 | Resident Status | Business Telephone (302) 366-7110 | Employer/School | Work Telephone |
|---|---|---|---|---|

| Reporting Person? ☐ Yes ☒ No | Victim Injured? ☐ Yes ☒ No | Victim Deceased? ☐ Yes ☒ No | Officer Comments |
|---|---|---|---|

Injuries  Description of Injuries

## Suspect/Defendant Information

| Sequence 001 | Type Unknown | SBI Number | Name | | Nick Name |
|---|---|---|---|---|---|

| Sex Male | Race White | Ethnic Origin Non-Hispanic | Age 20 to 40 | D.O.B. | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|

| Disguise | Disguise Color(s) | Resident Status Unknown | Unusual Characteristics | Armed With Unarmed |
|---|---|---|---|---|

| Address | | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|---|

| Arrest Number | Suspect's Clothing Description CAMOUFLAGE CLOTHING |
|---|---|

| Sequence 002 | Type Unknown | SBI Number | Name | | Nick Name |
|---|---|---|---|---|---|

| Sex Male | Race White | Ethnic Origin Non-Hispanic | Age 20 to 40 | D.O.B. | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|

| Disguise | Disguise Color(s) | Resident Status Unknown | Unusual Characteristics | Armed With Unarmed |
|---|---|---|---|---|

| Address | | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|---|

| Arrest Number | Suspect's Clothing Description CAMOUFLAGE CLOTHING |
|---|---|

## Crimes and Associated Information

| Victim Number 001 | Crime Seq 001 | Statute DE11:0821:0000:V: | Crime Description Criminal Trespass Third Degree |
|---|---|---|---|

| Location Of Offense Government/Public Building | Status Pending-Inactive | Involvement ☐ Alcohol ☐ Drugs ☐ Computer | General Offense |
|---|---|---|---|

| Suspected Hate/Bias ☐ Yes ☒ No – N/A | Crime Code 5707 – Trespassing/Free Text |
|---|---|

| Burglary Force Involved ☐ Yes ☐ No |
|---|

## Victim - Suspect/Defendant Relationships

| Victim - 001 CITY OF NEWARK | Suspect/Defendant - 001 Unknown | Victim Offender Relationship Relationship Undetermined |
|---|---|---|
| Victim - 001 CITY OF NEWARK | Suspect/Defendant - 002 Unknown | Victim Offender Relationship Relationship Undetermined |

## Investigative Narrative

ON ABOVE DATE AND TIME, ASSIGNED RESPONDED TO ABOVE LOCATION FOR REPORT OF TWO SUBJECTS TRESPASSING. UPON ARRIVAL, ASSIGNED CONTACTED RP, FLOYD W. METZ JR., 12-28-48, WHO STATED THAT HE OBSERVED TWO MEN DRESSED IN CAMOUFLAGE CLOTHING WITH A CAMERA WITH A TELESCOPIC LENS LYING IN THE GRASS POSSIBLY TAKING PICTURES OF THE RESERVOIR. RP STATES THAT WHEN HE ATTEMPTED TO CONTACT THE SUBJECTS, THEY FLED THE AREA. ASSIGNED AND THE CONSTRUCTION STAFF CHECKED THE AREA WITH NEGATIVE RESULTS. RP ADVISED TO CONTACT NPD IF HE OR ANY OTHER EMPLOYEE OBSERVES SUBJECTS ON THE PROPERTY. NO FURTHER POLICE ACTION TAKEN. THIS CASE WILL BE PENDING

| Reporting Officer PTL M SAUNDERS – 9593 2 | Supervisor Approval JOHN A DEGHETTO OJNWJAD Date 07/11/2005 1415 |
|---|---|

EXHIBIT #

STATE LEGAL

**A - 1**

07/11/2005    Newark PD    Complaint 31-05-008964

## Investigative Narrative - Continued

INACTIVE UNTIL FURTHER ACTION IS TAKEN OR FURTHER INFORMATION IS OBTAINED.

| Reporting Officer | | | | Supervisor Approval | | |
|---|---|---|---|---|---|---|
| PTLM SAUNDERS - 9593 2 | | | | JOHN A DEGHETTO OJNWJAD Date 07/11/2005 1415 | | |
| Detective Notified | | Referred To | | | | |
| Solvability Factors | ☐ Witness<br>☐ Suspect Located | ☐ M.O.<br>☐ Suspect Described | ☐ Trace Stolen Property<br>☐ Suspect Identified | ☐ Suspect Named<br>☐ Suspect Vehicle Identified | | Status<br>Office |

**A - 2**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DONALD M. DURKIN CONTRACTING,
INC., *Plaintiff*

vs.

CITY OF NEWARK, et al., *Defendants*

and

CITY OF NEWARK, *Third-Party Plaintiff*          CASE NO. 04-0163-GMS

vs.

DONALD M. DURKIN CONTRACTING
and FEDERAL INSURANCE COMPANY,
*Third-Party Defendants*

### AFFIDAVIT OF MICHAEL D. DURKIN

I, Michael D. Durkin, being duly sworn, do hereby depose and state:

1.    I am of legal age and competent to make this Affidavit in support of Plaintiff's Answer to the Motion for Protective Order by the City of Newark ("Motion"). All statements made in this Affidavit are made upon the basis of my personal knowledge.

2.    I am an officer with Donald M. Durkin Contracting, Inc. ("Durkin Contracting") and I was the project superintendent at the project for the City of Newark known as the Water Supply Reservoir ("Project").

3.    At some point in the spring of 2005, I received permission from Barbara Szweczyk, who resides at 191 Kenneth Court, Newark, Delaware, to enter onto her property to observe the nature and progress of the construction activities by George & Lynch, Inc. at the Project.

4.    Upon receiving permission to enter onto the property of Ms. Szweczyk, myself and James Durkin went onto Ms. Szweczyk's property, which borders the reservoir and is located alongside and above the reservoir, to order observe the nature and progress of the work of George & Lynch, Inc. at the Project.

5.    At no time did I or any other employee or representative from Durkin Contracting enter onto the reservoir premises dressed in camouflage clothing as alleged in paragraph 7 of the City of Newark's Motion and I have no information as to who these purported individuals were.

6.    At no time did I or any other employee or representative from Durkin Contracting disturb, move or relocate any of the grading stakes at the Project after Durkin Contracting was removed from the Project. Further, I have no information respecting any such activities.

7.    At some point in the late spring of 2005, I received information from suppliers providing materials for the Project that the construction work performed by George & Lynch, Inc., specifically as it related to the embankment construction, was not in accordance with the technical requirements and standards imposed and enforced upon Durkin Contracting by the City of Newark when Durkin Contracting was performing its work on the Project.

8.    The information I received concerning the activities of George & Lynch, Inc. was in direct contradiction to the reports being provided to Durkin Contracting by the City of Newark, namely that the construction activities of George & Lynch, Inc. were in complete conformance and compliance with the requirements and standards imposed upon Durkin Contracting with respect to construction of the embankments.

9.    I acknowledge that on May 19, 2005, May 20, 2005, May 21, 2005 and on June 20, 2005, I entered onto the reservoir site to more closely observe the condition of the embankment work performed by George & Lynch, Inc., after rain events and that I did not obtain permission from the City of Newark to enter onto the premises on those occasions.

10.    On June 20, 2005 and again on June 27, 2005, during an arranged site visit with counsel for Durkin Contracting and Federal Insurance Company, I observed and confirmed that

KOP:318525v1 3514-04

A - 4

the embankment work being performed by George & Lynch, Inc. was deficient and defective in several material respects, and was not in conformance and compliance with the requirements and standards imposed upon Durkin Contracting with respect to construction of the embankments.

11.    During the site visit referenced in paragraph 9 of this Affidavit, I documented the conditions I observed by taking photographs, copies of which are being made available to the City of Newark.

12.    At no time after Durkin Contracting was terminated by the City of Newark did I, or anyone associated with Durkin Contracting, disturb or destroy any construction, surveying or materials on the site or interfere with George & Lynch, Inc's activities; all we did was document the conditions on the site by photographing the site.

I state under penalty of perjury that the facts in the foregoing Affidavit are true and correct to the best of my knowledge, information and belief.

Date: 7-25-05

Michael D. Durkin

SWORN AND SUBSCRIBED before me this 25th day of July, 2005.

Notary Public

NOTARIAL SEAL
CHERYL SMITH, Notary Public
Norristown Boro., Montgomery County
My Commission Expires April 17, 2006

KOP:318525v1 3514-04

A - 5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DONALD M. DURKIN CONTRACTING,
INC., *Plaintiff*
                vs.
CITY OF NEWARK, et al., *Defendants*
                and
CITY OF NEWARK, *Third-Party Plaintiff*          CASE NO. 04-0163-GMS
                vs.
DONALD M. DURKIN CONTRACTING
and FEDERAL INSURANCE COMPANY,
*Third-Party Defendants*

### AFFIDAVIT OF JAMES W. DURKIN

I, James W. Durkin, being duly sworn, do hereby depose and state:

1.      I am of legal age and competent to make this Affidavit in support of Plaintiff's

Answer to the Motion for Protective Order by the City of Newark ("Motion"). All statements

made in this Affidavit are made upon the basis of my personal knowledge.

2.      I am the corporate Secretary of Donald M. Durkin Contracting, Inc. ("Durkin

Contracting") and I was in charge of administering the financial records, including the payroll,

vendor and subcontractor accounts, and payment requisitions for the company on the project for

the City of Newark known as the Water Supply Reservoir ("Project").

3.      At some point in the spring of 2005, I received permission from Barbara

Szweczyk, who resides at 191 Kenneth Court, Newark, Delaware, to enter onto her property to

observe the nature and progress of the construction activities by George & Lynch, Inc. at the

Project.

4.      Upon receiving permission to enter onto the property of Ms. Szweczyk, myself

and Michael Durkin went onto Ms. Szweczyk's property, which borders the reservoir and is

located alongside and above the reservoir, to order observe the nature and progress of the work of George & Lynch, Inc. at the Project.

5.    At no time did I or any other employee or representative from Durkin Contracting enter onto the reservoir premises dressed in "camouflage clothing" as alleged in paragraph 7 of the City of Newark's Motion and I have no information as to who these purported individuals were.

6.    At no time did I or any other employee or representative from Durkin Contracting disturb, move or relocate any of the grading stakes at the Project after Durkin Contracting was removed from the Project. Further, I have no information respecting any such activities.

7.    At some point in the late spring of 2005, I received information from suppliers providing materials for the Project that the construction work performed by George & Lynch, Inc., specifically as it related to the embankment construction, was not in accordance with the technical requirements and standards imposed and enforced upon Durkin Contracting by the City of Newark when Durkin Contracting was performing its work on the Project.

8.    The information I received concerning the activities of George & Lynch, Inc. was in direct contradiction to the reports being provided to Durkin Contracting by the City of Newark, namely that the construction activities of George & Lynch, Inc. were in complete conformance and compliance with the requirements and standards imposed upon Durkin Contracting with respect to construction of the embankments.

9.    I acknowledge that on May 19, 2005, May 20, 2005, May 21, 2005 and on June 20, 2005, I entered onto the reservoir site to more closely observe the condition of the

embankment work performed by George & Lynch, Inc., after rain events, and that I did not obtain prior permission from the City of Newark to enter onto the premises on those occasions.

10.    On June 20, 2005 and again on June 27, 2005, during an arranged site visit with counsel for Durkin Contracting and Federal Insurance Company, I observed and confirmed that the embankment work being performed by George & Lynch, Inc. was deficient and defective in several material respects, and was not in conformance and compliance with the requirements and standards imposed upon Durkin Contracting with respect to construction of the embankments.

11.    During the site visit referenced in paragraphs 9 and 10 of this Affidavit, I documented the conditions I observed by taking photographs, copies of which are being made available to the City of Newark.

12.    At no time after Durkin Contracting was terminated by the City of Newark did I, or anyone associated with Durkin Contracting, disturb or destroy any construction, surveying or materials on the site or interfere with George & Lynch, Inc's activities; all we did was document the conditions on the site by photographing the site.

I state under penalty of perjury that the facts in the foregoing Affidavit are true and correct to the best of my knowledge, information and belief.

Date: 7/25/05

_____
James W. Durkin

SWORN AND SUBSCRIBED before me this 25-77 day of July, 2005.

_____
Notary Public

NOTARIAL SEAL
CHERYL SMITH, Notary Public
Norristown Boro., Montgomery County
My Commission Expires April 17, 2006

KOP:318526v1 3514-04

A - 8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | Civil Action No.: 04-0163 GMS |
| Plaintiff, | |
| vs. | |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION | JURY TRIAL DEMANDED |
| Defendants, | |
| vs. | |
| FEDERAL INSURANCE COMPANY | |
| Third Party Defendant. | |

## MOTION FOR PROTECTIVE ORDER

The City of Newark, through counsel, moves this Court for a Protective Order, pursuant

to Rule 26(c) of the Federal Rules of Civil Procedure. As cause, the Court is shown as follows:

1.     The City of Newark "Newark" has repeatedly and consistently asked Plaintiff

Donald M. Durkin Contracting, Inc. ("Durkin"), through its counsel, to coordinate site visits to

the Newark Reservoir project site through counsel and at an appropriately scheduled time.

Attached are copies of letters sent to Plaintiff's counsel dated June 15, 2004 and June 10, 2005 at

Exhibits A and B, both admonishing against reported trespass and photographs being taken by

Durkin representatives.

2.     On May 23, 2005 counsel for Durkin forwarded a photograph taken of the

Newark Reservoir construction site which was not taken by Newark, the engineer URS

Corporation or the replacement contractor, George & Lynch, which are the only entities authorized access to the site. Counsel for Plaintiff did not respond to an inquiry regarding the source of the photograph. See attached email at Exhibit C.

3.    On June 1, 2005 a resident of a neighborhood bordering the Newark Reservoir project called 911 to report a marked Durkin truck and a man "working up the [Reservoir] road there as if he's spying." The caller stated that "It's as if he scoped out the area and is just sitting there, giving a report or something." See attached transcript of 911 call at Exhibit D.

4.    Representatives of Plaintiff, specifically Michael D. Durkin and James Durkin, were arrested for criminal trespass at the Reservoir on the evening of June 20, 2005. The Durkins were advised by Newark police that they were not allowed to return to the property. Attached is a copy of the police report at Exhibit E.

5.    On June 23, 2005 the contractor who replaced Durkin to complete the Reservoir project, George & Lynch, realized that surveying grade stakes used for construction layout had been deliberately changed. See attached Incident Report from URS Corporation at Exhibit F.

6.    The grade stakes were obviously switched by individuals knowledgeable about surveying and the resultant effect which the careful and calculated change would have on subsequent work performed by George & Lynch. See attached Affidavit of Floyd W. Metz, Jr. at Exhibit G.

7.    On July 11, 2005 two white males dressed in camouflage clothing were observed taking photographs of the Newark Reservoir project with a telephoto lens. The men fled the area when approached by George & Lynch representatives. See attached police report at Exhibit H.

8.    Although the source cannot be verified, low flying planes have been observed taking photographs of the Reservoir project. It should also be noted that Newark's Mayor

Vance Funk, III, Esquire was told by a resident that marked Durkin trucks had parked in front of her residence which is adjacent to the Reservoir project and traversed her property to gain access. Unfortunately the resident's name is unavailable.

9. Notwithstanding the foregoing, Newark accommodated Plaintiff's recent request for a site visit on June 27, 2005 which was attended by Michael D. Durkin and James Durkin. See attached sign in sheet at Exhibit L. Newark has accommodated every request by Plaintiff for site access. The Plaintiff has never requested photographs of ongoing construction, nor has Plaintiff attempted to make arrangements to take photographs.

10. Federal Rule of Civil Procedure Rule 26(c) provides that the Court "may make any order which justice requires to protect a party or person from annoyance, embarrassment, oppression, or undue burden or expense, including...(2) that the disclosure or discovery may be had only on specified terms and conditions, including a designation of the time and place."

11. The continued trespass and defiance of Plaintiff is not only illegal, but in terms of the pending lawsuit, completely inappropriate. The recent sabotage was clearly performed by individuals knowledgeable about surveying and the Reservoir construction work, and possessing an interest in interference with the continued construction effort.

12. Had George & Lynch not noticed the subtle change in the grade stakes, it would have constructed the Reservoir embankment improperly causing thousands of dollars in damages as well as lost time. George & Lynch is reasonably concerned about further sabotage to its work and equipment. See Aff'd of Floyd W. Metz, Jr., Exhibit G at Paras. 8 and 10.

13. Further, in that Newark is a municipality, there is a risk to public good and welfare if Plaintiff is not restricted from trespass and sabotage is not prevented which could ultimately affect costs and fees paid by Newark residents.

14.    Warnings from the undersigned counsel as well as the criminal arrest have obviously done nothing to stop the illegal and unacceptable activities of the Plaintiff.

15.    Newark respectfully requests an Order from this Court barring Plaintiff and all its representatives from the Newark Reservoir project or nearby vicinity.  Plaintiff should be barred from utilizing or relying upon any photographs or information obtained in an improper method. See *Greyhound Lines, Inc. v. Peter Pan Bus Lines, Inc.*, 845 F. Supp. 295, 302 ("The plaintiff should not benefit from illegal trespass.").

WHEREFORE, Defendant City of Newark requests this Honorable Court for a Protective Order prohibiting entry and trespass by Plaintiff Donald M. Durkin Contracting Company, Inc. on the Newark Reservoir project site and immediate vicinity and barring the usage of any information obtained during any unauthorized site visit.

TIGHE, COTTRELL & LOGAN, P.A.

/s/ Victoria K. Petrone
Paul Cottrell, Esquire (#2391)
Victoria K. Petrone, Esquire (#4210)
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899
(302) 658-6400
*Counsel for the City of Newark, its Mayor
and Council*

Date: July 13, 2005

A - 12

# TIGHE, COTTRELL & LOGAN, P.A.

**Attorneys at Law**
*FIRST FEDERAL PLAZA*
*P.O. BOX 1031*
*WILMINGTON, DELAWARE 19899*
Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
email: v.petrone@lawtcl.com

*BRANCH OFFICES:*
*13 WEST AVENUE*
*P.O. BOX 303*
*WOODSTOWN, NJ 08098*
*856-769-0211*

*1220-C EAST JOPPA ROAD*
*SUITE 550*
*TOWSON, MD 21286*
*410-539-7341*

*2017 SPRING GARDEN STREET*
*PHILADELPHIA, PA 19130-3804*
*215-564-0101*

VIA FACSIMILE ONLY

June 15, 2004

Paul A. Logan, Esquire
Powell, Trachtman, Logan, Carrle,
    Bowman & Lombardo
475 Allendale Road, Suite 200
King of Prussia, PA 19406

> Re: Donald M. Durkin Contracting, Inc. v. City of Newark, et al.
> Our File No. 6606

Dear Mr. Logan:

Last evening several Durkin employees, including Mike Durkin, were trespassing on the reservoir site and were witnessed taking photographs. Please remind your client that the reservoir is private property and that trespassing is not only inappropriate but will be prosecuted to the full extent. If you or your client need to visit the site please make arrangements through the proper channels beforehand.

Very truly yours,

TIGHE, COTTRELL & LOGAN, P.A.

By: _Victoria K. Petrone_
Victoria K. Petrone

cc:   City of Newark
      Roger Akin, Esq.
      Matthew F. Lintner, Esq.
      Paul Cottrell, Esq.

EXHIBIT
A

ALL-STATE LEGAL

A - 13

```
MODE = MEMORY TRANSMISSION          START=JUN-15 16:29    END=JUN-15 16:31

    FILE NO.=453

    STN    COMM.   ONE-TOUCH/   STATION NAME/TEL NO.                    PAGES      DURATION
    NO.            ABBR NO.

    001     OK      ♯           16103549760                            002/002    00:00:33
    002     OK      ♯           3667160                                002/002    00:00:34
    003     OK      ♯           5711750                                002/002    00:00:25
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* –       – \*\*\*\*\* –                – \*\*\*\*\*\*\*\*\*

First Federal Plaza
Suite 500
Wilmington, DE 19899
302.658.8400
302.658-9836 Fax

# TIGHE, COTTRELL & LOGAN, P.A.

# Fax

| To: | Paul Logan | From: | Vicky Petrone |
|---|---|---|---|
| Fax: | 610-354-9760 | Pages: | 2 |
| Phone: | | Date: | 6/15/2004 |
| Re: | City of Newark Reservoir | CC: | Carol Houck for City of Newark / 366-7160 Matt Lintner / 571-1750 |

♦ Comments:

The pages comprising this facsimile transmission contain confidential information from either this law firm or client. This information is intended solely for use by the individual entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we may arrange to retrieve the transmission at no cost to you.

*FC6606*

# TIGHE, COTTRELL & LOGAN, P.A.

**Attorneys at Law**
**FIRST FEDERAL PLAZA**
**P.O. BOX 1031**
**WILMINGTON, DELAWARE 19899**
Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
email: v.petrone@lawtcl.com

**BRANCH OFFICES:**
13 WEST AVENUE
P.O. BOX 303
WOODSTOWN, NJ 08098

1220-C EAST JOPPA ROAD
SUITE 550
TOWSON, MD 21286

2017 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3804

VIA FACSIMILE ONLY
June 10, 2005

Paul A. Logan, Esquire
Powell, Trachtman, Logan,
     Carrle & Lombardo
475 Allendale Road, Suite 200
King of Prussia, PA 19406

      Re: Donald M. Durkin Contracting, Inc. v. City of Newark, et al.
      Our File No. 6606

Dear Paul:

      It has come to our attention that representatives from Durkin have been visiting the site regularly and photographing the site and the work. One resident of Nonantum Mills has called the police already about Durkin trespassing, and another met with the Mayor and explained that Durkin trucks park in front of her home and cross her property to photograph the job. You did not respond to my request for identification of the source of the photograph you forwarded a few weeks ago, but it appears now that it was taken by Durkin during one of its visits.

      Durkin's behaviour is totally inappropriate and against the law. Please advise your client to stop trespassing. If a site visit is needed, it should be scheduled appropriately.

      Very truly yours,

      TIGHE, COTTRELL & LOGAN, P.A.

      By: _____
           Victoria K. Petrone

Samuel J. Arena, Jr., Esq.
James S. Green, Esq.
Paul Cottrell, Esq.
City of Newark
Roger Akin, Esq.

**EXHIBIT**
**B**
ALL-STATE LEGAL

A - 15

```
MODE = MEMORY TRANSMISSION          START=JUN-10 17:08    END=JUN-10 17:14

FILE NO.=068

STN   COMM.   ONE-TOUCH/    STATION NAME/TEL. NO.           PAGES     DURATION
NO.           ABBR NO.

001   OK      ☎             16103549760                     002/002   00:00:35
002   OK      ☎             12155648120                     002/002   00:00:20
003   OK      ☎             8880606                         002/002   00:01:05
```

```
*********************************** -          - ****** -            - ********
```

First Federal Plaza
Suite 500
Wilmington, DE 19899
302.658.6400
302.658.9836 Fax

# TIGHE, COTTRELL & LOGAN, P.A.

# Fax

| To: | Paul Logan | From: | Vicky Petrone |
|---|---|---|---|
| Fax: | 610-354-9760 | Pages: | 2 |
| Phone: | | Date: | 6/10/2005 |
| Re: | City of Newark Reservoir | CC: | Sam Arena / 215-564-8120 |
| | | | Jim Green / 888-0606 |

♦ **Comments:**

The pages comprising this facsimile transmission contain confidential information from either this law firm or client. This information is intended solely for use by the individual entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we may arrange to retrieve the transmission at no cost to you.

**A - 16**

**Vicky Petrone**

| | |
|---|---|
| **From:** | "Vicky Petrone" <v.petrone@lawtcl.com> |
| **To:** | "Paul A. Logan" <PLogan@PowellTrachtman.com> |
| **Cc:** | "Jim Green" <jgreen@svglaw.com>; "Paul Cottrell" <p.cottrell@lawtcl.com>; "Sam Arena" <sarena@stradley.com> |
| **Sent:** | Tuesday, May 24, 2005 12:36 PM |
| **Subject:** | Re: Emailing: IMG_1205_0022.jpg |

Where did you get this picture - I have confirmed that it was not taken by the City, URS or George & Lynch.


----- Original Message -----
From: "Paul A. Logan" <PLogan@PowellTrachtman.com>
To: "Vicky Petrone" <v.petrone@lawtcl.com>; "Paul Cottrell (E-mail)" <p.cottrell@lawtcl.com>
Cc: "Arena, Samuel" <SArena@STRADLEY.COM>
Sent: Monday, May 23, 2005 2:19 PM
Subject: Emailing: IMG_1205_0022.jpg


Vicky/Paul/Sam: Do you know the date this picture was taken?

  <<IMG_1205_0022.jpg>>


EXHIBIT

C

ALL-STATE LEGAL®

7/12/2005

A - 17

Page 1

1

2

3

4                    —      —      —

5          9-1-1 .WAV FILE TRANSCRIPTION

6                    —      —      —

7

8

9

RE:   9-1-1 CALL (anonymous)

10

11

12

13              9-1-1 call, transcribed on
July 12, 2005 by Shenna M. Basye-Cara, a
14    Professional Reporter and Notary Public in
the State of Delaware.

15

16

17

                     —      —      —

18

19          ESQUIRE DEPOSITION SERVICES
         Suite 760, One Commerce Center
20            12th & Orange Streets
         Wilmington, Delaware 19801
21              (302) 426-9857

22

23

24

EXHIBIT

D

ALL-STATE LEGAL®

A-18

Page 2

```
1      Q.   Newark Police.
2      A.   This is a nonemergency. I
3  live on Old Paper Mill Road, by the new
4  reservoir.
5      Q.   Uh-huh.
6      A.   Well, there's a Durkin truck
7  here. It's very odd, really. A big, red
8  truck that says "Durkin" on it. The other
9  people are at the bottom, down in the
10 reservoir, but the guy is working up the
11 road there as if he's spying. It's really
12 odd.
13     Q.   A what kind of truck?
14     A.   Durkin. Remember Durkin, the
15 contractor that wouldn't -- they're suing
16 about the reservoir?
17     Q.   Oh.
18     A.   There he is on Old Paper Mill
19 Road, hanging back from the reservoir. It's
20 really odd. I don't know if it means
21 anything.
22     Q.   Okay. So where the truck is
23 located exactly would be -- is it near any
24 certain intersection -- intersecting street?
```

Page 4

```
1
2              CERTIFICATE
3
4
5         I HEREBY CERTIFY that the
6  above .wav file was accurately transcribed
7  to the best of my ability.
8
9
10
11        Shenna M. Basye-Cara
12        Delaware Certified Shorthand
          Reporter
13        Certification No. 167-PS
14        Dated: July 12, 2005
15
16
17        (The foregoing certification
   of this transcript does not apply to any
18 reproduction of the same by any means,
   unless under the direct control and/or
19 supervision of the certifying reporter.)
20
21
22
23
24
```

Page 3

```
1      A.   It's -- it's -- it's opposite
2  Nonantum.
3      Q.   I'm sorry. Opposite what?
4      A.   Nonantum. He's just sitting
5  there in the road, headlights on. It's
6  odd -- it's really odd. It's as if he
7  scoped out the area and is just sitting
8  there, giving a report or something. I'm
9  just surmising. It's really odd to see him
10 here, since they've been chased out.
11     Q.   Okay. All-righty. We'll
12 check it out.
13     A.   Big red truck. Yeah. It's --
14 it's -- maybe it's industrial espionage.
15     Q.   (Laughter.)
16     A.   (Laughter.) And there are
17 space aliens, going to abduct us all. Well,
18 that's -- it's getting really ridiculous
19 now, right?
20          On that basis, I will hang up.
21     Q.   Okay. Thanks.
22     A.   Bye.
23     Q.   Bye-bye.
24
```

Page 5

```
1              LAWYER'S NOTES
2  PAGE    LINE
3  _____   _____
4  _____   _____
5  _____   _____
6  _____   _____
7  _____   _____
8  _____   _____
9  _____   _____
10 _____   _____
11 _____   _____
12 _____   _____
13 _____   _____
14 _____   _____
15 _____   _____
16 _____   _____
17 _____   _____
18 _____   _____
19 _____   _____
20 _____   _____
21 _____   _____
22 _____   _____
23 _____   _____
24 _____   _____
```

2 (Pages 2 to 5)

| 06/20/2005 | Newark PD | | Complaint: 31-05-008139 |
|---|---|---|---|

**Initial Crime Report**

| Reported Date and Time | | Occurred: |
|---|---|---|
| MON 06/20/2005   1852 | | MON  06/20/2005  1852 |

| Location: |
|---|
| 240 Old Paper Mill RD    Newark, DE 19711 |

**M.O. and Incident Overview:**
D1 and D2 were found walking inside the Newark reservoir.

| Gdd | Sector | County | Domestic Related | 44-14 Sent? | Gen Broadcast Sent? |
|---|---|---|---|---|---|
| 062-348 | 02 | New Castle | ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No |

## Victim Information

| Victim Number | Name |
|---|---|
| 001 | City of Newark Reservoir |

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Government | | | | | |

| Address | Resident Status | Business Telephone | Employer/School | Work Telephone |
|---|---|---|---|---|
| 240 Old Paper Mill RD Newark, DE 19711 | | (302) 366-7110 | | |

| Reporting Person? | Victim Injured? | Victim Deceased? |
|---|---|---|
| ☐Yes ☒No | ☐Yes ☒No | ☐Yes ☒No |

## Suspect/Defendant Information

| Sequence | Type | SBI Number | Name | Nick Name |
|---|---|---|---|---|
| 001 | Defendant | T0221629 | DURKIN, MICHAEL D | |

| Sex | Race | Ethnic Origin | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Male | White | Non-Hispanic | 49 | 05/30/1956 | 6' 00" | 200 | | Brown |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|
| Brown | | | | | | | |

| Disguise | Disguise Color(s) | Resident Status | Unusual Characteristics | Armed With |
|---|---|---|---|---|
| | | Non Resident | | Unarmed |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| 1205 STEVENS RD PHILADELPHIA PA 19116 | (215) 669-1252 | | |

| Arrest Number | Arrest Type |
|---|---|
| 76991 | Summoned |

| Sequence | Type | SBI Number | Name | Nick Name |
|---|---|---|---|---|
| 002 | Defendant | | DURKIN, JAMES W | |

| Sex | Race | Ethnic Origin | Age | D.O.B. | Height | Weight | Skin Tone | Eye Color |
|---|---|---|---|---|---|---|---|---|
| Male | White | Non-Hispanic | 41 | 07/28/1963 | 5' 11" | 200 | | Blue |

| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |
|---|---|---|---|---|---|---|---|
| Brown | | | | | | | |

| Disguise | Disguise Color(s) | Resident Status | Unusual Characteristics | Armed With |
|---|---|---|---|---|
| | | Non Resident | | Unarmed |

| Address | Home Telephone | Employer/School | Work Telephone |
|---|---|---|---|
| 3 Windey WAY DOYLESTOWN, PA 18901 | (215) 669-1255 | | |

| Arrest Number | Arrest Type |
|---|---|
| 56450 | Summoned |

## Crimes and Associated Information

| Victim Number | Crime Seq | Statute | Crime Description |
|---|---|---|---|
| 001 | 001 | NE:22:0039:000A:A:M: | Criminal Trespass |

| Location Of Offense | Status | Involvement | General Offense |
|---|---|---|---|
| Other/Unknown | Adult Arrest 06/20/2005 | ☐Alcohol ☐Drugs ☐Computer | |

| Suspected Hate/Bias | Crime Code |
|---|---|
| ☐Yes ☒No N/A | S707 - Trespassing/Free Text |

## Victim - Suspect/Defendant Relationships

| Victim - 001 | Suspect/Defendant - 001 | Victim Offender Relationship |
|---|---|---|
| City of Newark Reservoir | DURKIN, MICHAEL D | Otherwise Known |

| Victim - 001 | Suspect/Defendant - 002 | Victim Offender Relationship |
|---|---|---|
| City of Newark Reservoir | DURKIN, JAMES W | Otherwise Known |

**EXHIBIT E**

## Investigative Narrative

In 062005 I worked a security detail at the Newark reservoir. The reservoir is a posted no trespass area. The reservoir is presently under construction. At approximately 1852 hours I discovered two adult W/M's walking inside the north end of the reservoir. I identified myself and instructed these two W/M's to come to me. The W/M's walked over a tarp inside the reservoir to reach me. I informed the W/M's they were trespassing and asked for their identification. Each W/M handed me their Pennsylvania drivers license. The W/M's were identified as James W. Durkin (072863) and Michael D. Durkin (053056). The Durkins told me they had just been looking around and were going to leave. The Durkins also told me they had parked their vehicle in the apartment complex lot. The Durkins gestured toward the Pine Brook apartment complex when they told me this. I then instructed the Durkins to walk to the construction entrance on Old Paper Mill Road. After reaching the construction entrance I issued each Durkin a summons for criminal

| Reporting Officer | Pending Supervisory Review |
|---|---|
| PL KELD  - 9560 1 | |

### Investigative Narrative - Continued

trespass. The Durkins were also advised they were not allowed to return to this property. This case is closed adult arrest.

| Reporting Officer | | | | | |
|---|---|---|---|---|---|
| CPL KELD - 9560 1 | | | Pending Supervisory Review: | | |
| Detective Notified | | Referred To | | | |
| Solvability Factors | ☐ Witness | ☐ M. O. | ☐ Trace, Stolen Property | ☐ Suspect Named | Status |
| | ☐ Suspect Located | ☐ Suspect Described | ☐ Suspect Identified | ☐ Suspect Vehicle Identified | Closed |



# Facsimile

| | | | | |
|---|---|---|---|---|
| **Date:** | Thursday, June 23, 2005 | | **Page 1 of:** | 1 |
| **To:** | Vicky Petrone | | **From:** | Jill Voeller |
| **Firm:** | Tighe, Cottrell & Logan, P.A. | | **cc:** | Carol Houck, Glenn Bowen, Jim Green |
| **Facsimile:** | 658-9836 | | | |
| **Subject:** | **Incident at Reservoir** | | | |

**Message:** Vicky, Per your and Carol's request, I am writing about an incident at the reservoir that was reported to me by George and Lynch's field superintendent this morning. About three weeks ago NAVTech placed grade stakes on the benches and the crest on the east side of the reservoir. Yesterday, the dozer operator was working in that area around station 12+00 and noticed that someone had taken the stakes from the 169 foot bench and swapped them with the stakes on the crest road in the exact same holes. The Contractor thought that was suspicious because your average person wouldn't understand how the staking system works and he thought this was done by someone who understands grade stakes. The dozer operator discovered this when he noticed the finished grades marked on the stakes were incorrect and misplaced. Thanks, Jill

URS Corporation
1200 Philadelphia Pike
Wilmington, DE 19809
Tel: 302-791-0700
Fax: 302-791-0708
www.urscorp.com



**CONFIDENTIALITY NOTICE**
The information in this facsimile transmission is intended solely for the stated recipient of this transmission. If you have received this fax in error, please notify the sender immediately by telephone. If you are not the intended recipient, please be advised that dissemination, distribution, or copying of the information contained in this fax is strictly prohibited.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY | ) |
| Third Party Defendant. | ) |

AFFIDAVIT OF FLOYD W. METZ, JR.

STATE OF DELAWARE          :

COUNTY OF NEW CASTLE          :          ss

Floyd W. Metz, Jr., being duly sworn, does depose and say:

1.     I speak from personal knowledge and am competent to make this Affidavit.

2.     I am employed by George and Lynch ("G&L") as Field Superintendent. I have held this position for 17 years. I have overseen the construction of the City of Newark Water Supply Reservoir (the "Reservoir" or "Project") since the Project was taken over by G&L in March, 2004.

3.     In April, 2005 a subcontractor to G&L, NAVTech, surveyed the Reservoir and placed grade stakes on the benches and the crest on the east side of the Reservoir.



A - 23

4.    A "bench" is a horizontal break in the interior slope of the Reservoir embankment.

5.    Grade stakes are surveying markers which guide G&L in constructing the Reservoir in accordance with the construction drawings and specifications.

6.    While operating a bulldozer to construct the interior slope in the area of the 12+00 station on June 22, 2005 Francis Edwards, a G&L employee who is familiar with the Project design requirements, suspected something was amiss and caused an investigation to take place regarding the location of the grade stakes.

7.    The investigation revealed that the grade stakes from the 169 foot bench had been switched with the grade stakes from the crest road at the top of the embankment.

8.    The action of swapping the grade stakes, if not discovered, would have caused G&L to begin construction of the embankment improperly and contrary to the construction drawings and specifications.

9.    It is my belief that the grade stakes were switched by an individual who is knowledgeable about surveying and grade stakes.  A person who was not knowledgeable about surveying and layout would not understand how the staking system works and would therefore be unable to undertake such careful and calculated sabotage to G&L's work and the Project.

10.    I am concerned about further interference with G&L's construction efforts at the Reservoir.

Floyd W. Metz, Jr.

SWORN TO AND SUBSCRIBED before me this ____ day of July, 2005

Notary Public

A - 24

| Page 1 | Report Date 07/11/2005 | Agency: Newark PD | | Complaint# 31-05-008964 |
|---|---|---|---|---|

| Reported Date and Time MON 07/11/2005 1103 | Initial Crime Report | Document# MON 07/11/2005 1103 |
|---|---|---|

**Location**
240 Old Paper Mill RD NEWARK CITY RESIVOIR    Newark, DE 19711

**M.O. and Incident Overview**
RP STATES THAT HE OBSERVER UNKNOWN SUBJECTS ON THE PROPERTY WITH A CAMERA

| Grid 061-344 | Sector 02 | County New Castle | Domestic Related ☐Yes ☒No | 4-F-14 Sent? ☐Yes ☐No | Gen Broadcast Sent? ☐Yes ☒No |
|---|---|---|---|---|---|

## Victim Information

| Victim Number 001 | Name CITY OF NEWARK | | | | | |
|---|---|---|---|---|---|---|
| Type Goverment | Sex | Race | | Ethnic Origin | Age | D.O.B. |

| Address 120 Elkton RD Newark, DE 19711 | Resident Status | Business Telephone (302) 366-7130 | Employer/School | | Work Telephone |
|---|---|---|---|---|---|

| Reporting Person? ☐Yes ☒No | Victim Injured? ☐Yes ☒No | Victim Deceased? ☐Yes ☐No | Officer Comments |
|---|---|---|---|

Injuries                    Description of Injuries

## Suspect/Defendant Information

| Sequence 001 | Type Unknown | SSI Number | Name | | Nick Name |
|---|---|---|---|---|---|
| Sex Male | Race White | Ethnic Origin Non-Hispanic | Age 20 to 40 | D.O.B. | Height | Weight | Skin Tone | Eye Color |
| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |

| Disguise | Disguise Color(s) | Resident Status Unknown | Unusual Characteristics | Armed With Unarmed | |
|---|---|---|---|---|---|
| Address | | Home Telephone | Employer/School | | Work Telephone |

| Arrest Number | Suspect's Clothing Description CAMOUFLAGE CLOTHING |
|---|---|

| Sequence 002 | Type Unknown | SSI Number | Name | | Nick Name |
|---|---|---|---|---|---|
| Sex Male | Race White | Ethnic Origin Non-Hispanic | Age 20 to 40 | D.O.B. | Height | Weight | Skin Tone | Eye Color |
| Hair Color | Hair Length | Hair Style | Facial Hair | Voice Speech | Teeth | Build | Glasses |

| Disguise | Disguise Color(s) | Resident Status Unknown | Unusual Characteristics | Armed With Unarmed | |
|---|---|---|---|---|---|
| Address | | Home Telephone | Employer/School | | Work Telephone |

| Arrest Number | Suspect's Clothing Description CAMOUFLAGE CLOTHING |
|---|---|

## Crimes and Associated Information

| Victim Number 001 | Crime Seq 001 | Statute DE:11:0821:0000:V: | Crime Description Criminal Trespass Third Degree | |
|---|---|---|---|---|
| Location Of Offense Goverment/Public Building | Status Pending-Inactive | Involvement ☐Alcohol ☐Drugs ☐Computer | General Offense |
| Suspected Hate/Bias ☐Yes ☒No N=N/A | Crime Code 5767 - Trespassing/Free Text | | |
| Burglary Force Involved ☐Yes ☐No | | | |

## Victim - Suspect/Defendant Relationships

| Victim - 001 CITY OF NEWARK | Suspect/Defendant - 001 Unknown | Victim Offender Relationship Relationship Undetermined |
|---|---|---|
| Victim - 001 CITY OF NEWARK | Suspect/Defendant - 002 Unknown | Victim Offender Relationship Relationship Undetermined |

## Investigative Narrative

ON ABOVE DATE AND TIME, ASSIGNED RESPONDED TO ABOVE LOCATION FOR REPORT OF TWO SUBJECTS TRESPASSING. UPON ARRIVAL, ASSIGNED CONTACTED RP, FLOYD W. METZ JR., 12-28-48, WHO STATED THAT HE OBSERVED TWO WMN DRESSED IN CAMOUFLAGE CLOTHING WITH A CAMERA WITH A TELESCOPIC LENS LYING IN THE GRASS POSSIBLY TAKING PICTURES OF THE RESERVOIR. RP STATES THAT WHEN HE ATTEMPTED TO CONTACT THE SUBJECTS, THEY FLED THE AREA. ASSIGNED AND THE CONSTRUCTION STAFF CHECKED THE AREA WITH NEGATIVE RESULTS. RP ADVISED TO CONTACT NPD IF HE OR ANY OTHER EMPLOYEE OBSERVES SUBJECTS ON THE PROPERTY. NO FURTHER POLICE ACTION TAKEN. THIS CASE WILL BE PENDING

| Reporting Officer PTM M SAUNDERS - 9593 2 | Supervisor Approval JOHN A DEGHETTO OJNWJAD Date 07/11/2005 1415 |
|---|---|

EXHIBIT 4

STATE LEGAL

A - 25

## Investigative Narrative - Continued

INACTIVE UNTIL FURTHER ACTION IS TAKEN OR FURTHER INFORMATION IS OBTAINED.

| Reporting Officer PTLM SAUNDERS - 9593 2 | | | Supervisor Approval JOHN A DEGHETTO GJNWJAD Date 07/11/2005 1415 | | |
|---|---|---|---|---|---|
| Detective Notified | | Referred To | | | |
| Solvability Factors | ☐ Witness ☐ Suspect Located | ☐ M.O. ☐ Suspect Described | ☐ Trace Stolen Property ☐ Suspect Identified | ☐ Suspect Named ☐ Suspect Vehicle Identified | Status Office |

**Newark Reservoir – Site Visit**
**June 27, 2005**
**Sign In Sheet**
Re: Donald M. Durkin Contracting Inc. v. City of Newark, et al.

| Name | Company/Firm |
|------|--------------|
| JILL VOGLER | URS |
| GREG ZAMENSKY | URS |
| MARK PROUTY | URS |
| Joe Kula | URS |
| Carol Houck | City of Newark |
| Mark Lynn | STANDKEY |
| JP GIROUD | JP GIROUD INC. |
| Gregory Richardson | GNRA |
| Chris Gebhard | LIEBMANN-GEBHARD, INC. |
| David Bolger | RTCL |
| Michael Durkin | DMD |
| _(illegible)_ | |
| _(illegible)_ | RSA |
| _(illegible)_ | G&L |
| Mike Hall | G+L |
| Vicky Petring | FOR NEWARK |
| Joe Dombroyski | Newark |
| George Seig | SV&G |

EXHIBIT
I

A - 27

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, | ) JURY TRIAL DEMANDED |
| JOHN H. FARRELL, IV, JERRY CLIFTON, | ) |
| KARL G. KALBACHER, DAVID J. ATHEY, | ) |
| FRANK J. OSBORNE, JR., CHRISTINA REWA | ) |
| AND URS CORPORATION, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| vs. | ) |
| | ) |
| FEDERAL INSURANCE COMPANY | ) |
| | ) |
| Third Party Defendant. | ) |

### CERTIFICATE OF SERVICE

I, Victoria K. Petrone, Esquire, hereby certify that on July 14, 2005, a copy of the

foregoing Motion for Protective Order was served upon the following by the method indicated:

Paul A. Logan, Esquire
Powell, Trachtman, Logan, Carrle
& Lombardo, P.C.
475 Allendale Road, Suite 200
King of Prussia, PA 19406
*By Federal Express - Next Day*

Sheela D. Dattani, Esquire
Stradley, Ronon, Stevens & Young, LLP
300 Delaware Avenue, Suite 1018
Wilmington, DE 19801
*By Hand-Delivery*

James S. Green, Esquire
George H. Seitz, III, Esquire
Seitz Van Ogtrop & Green P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
*By Hand-Delivery*

Samuel J. Arena, Jr., Esquire
Patrick R. Kingsley, Esquire
David M. Burkholder, Esquire
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
*By Federal Express - Next Day*

/s/ Victoria K. Petrone
Victoria K. Petrone, Esquire

A - 28

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., <br><br> Plaintiff <br><br> v. <br><br> CITY OF NEWARK, et al., <br><br> Defendants <br><br> and <br><br> CITY OF NEWARK, et al., <br><br> Third-Party Plaintiff <br><br> v. <br><br> DONALD M. DURKIN CONTRACTING, INC., AND FEDERAL INSURANCE COMPANY, <br><br> Third-Party Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 04-163 GMS |

## ORDER

   WHEREAS on July 14, 2005, the City of Newark filed a Motion for Protective Order (D.I. 89); and

   WHEREAS after reviewing the parties' submissions, the court will deny the motion without prejudice.

IT IS HEREBY ORDERED THAT:

   The City of Newark's Motion for Protective Order (D.I. 89) be DENIED without prejudice.

Dated: July 29, 2005



FILED

JUL 2 9 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES DISTRICT JUDGE

A - 29

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
CIVIL ACTION NO. 04-0163 GMS

| | |
|---|---|
| DONALD M. DURKIN | )    DEPOSITION UPON |
| CONTRACTING, INC., | ) |
| | )    ORAL EXAMINATION |
|       Plaintiff, | ) |
| | )          OF |
|    - vs - | ) |
| | )    MICHAEL DURKIN |
| CITY OF NEWARK, et al., | ) |
| | ) |
|       Defendants, | ) |
| | ) |
|       and | ) |
| | ) |
| CITY OF NEWARK, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
|     - vs - | ) |
| | ) |
| DONALD M. DURKIN | ) |
| CONTRACTING and FEDERAL | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Third-Party Defendants. | ) |
| - - - - - - - - - - - - | ) |

       TRANSCRIPT OF DEPOSITION, taken by and
before DANIELLE N. COUGHLIN, Registered Professional
Reporter and Notary Public, at the offices of
POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO, 475
Allendale Road, Suite 200, King of Prussia,
Pennsylvania, on Thursday, May 11, 2006, commencing
at 9:54 a.m.

ERSA COURT REPORTERS
30 South 17th Street
United Plaza - Suite 1520
Philadelphia, PA  19103
(215) 564-1233

```
 1 APPEARANCES:
 2
 3   POWELL, TRACHTMAN, LOGAN, CARRLE &
     LOMBARDO
 4   BY: DAVID T. BOLGER, ESQUIRE
     475 Allandale Road
 5   Suite 200
     King of Prussia, Pennsylvania 19406
 6     Attorneys for the Plaintiff
 7
     TIGHE, COTTRELL & LOGAN, P.A.
 8   BY: PAUL COTTRELL, ESQUIRE
     First Federal Plaza
 9   P.O. Box 1031
     Wilmington, Delaware 19899
10     Attorneys for the Defendant,
       City of Newark
11
12   SEITZ, VAN OGTROP & GREEN, P.A.
     BY: JAMES S. GREEN, ESQUIRE
13   222 Delaware Avenue, Suite 1500
     P.O. Box 68
14   Wilmington, Delaware 19899
       Attorneys for the Defendant, URS
15
16   STRADLEY RONON
     BY: DAVID M. BURKHOLDER, ESQUIRE
17   2500 One Commerce Square
     Philadelphia, Pennsylvania 19103
18     Attorneys for the Third-Party
       Defendant, Federal Insurance Company
19
20
   ALSO PRESENT:
21
     DONALD DURKIN
22
     JAMES DURKIN
23
     ROGER A. AKIN, City Solicitor, City of
24   Newark
```

---

```
 1                INDEX
 2
     WITNESS                     PAGE
 3
     MICHAEL DURKIN
 4
 5   By: Mr. Cottrell      4, 43
 6   By: Mr. Green         22
 7
 8              EXHIBITS
 9
10
     NUMBER   DESCRIPTION   MARKED ATTACHED
11
12   (No exhibits were marked.)
13
14
15
16
17
18
19
20
21
22
23
24
```

---

```
 1             (By agreement of counsel, the
 2    signing, sealing, filing, and certification
 3    of the transcript has been waived; and
 4    all objections, except as to the form
 5    of the question, have been reserved
 6    until the time of trial.)
 7
 8             MICHAEL DURKIN, after having
 9    been duly sworn, was examined and
10    testified as follows:
11
12 BY MR. COTTRELL:
13 Q    Good morning.
14 A    Good morning.
15 Q    Your full name for the record, please?
16 A    Michael Donald Durkin.
17 Q    Okay. And your date of birth?
18 A    5/30/56.
19 Q    And your education, starting with high
20 school?
21 A    I went to LaSalle College High School. I
22 went to a year at Spring Garden Institute, and that
23 was it.
24 Q    And what were you studying at Spring
```

---

```
 1 Garden?
 2 A    Construction.
 3 Q    Okay. And I'm sorry again. You
 4 graduated high school what year?
 5 A    '74.
 6 Q    And your work, not in great detail, but
 7 your work history since '74?
 8 A    Basically started out as a foreman, you
 9 know, maintenance, you know, helping mechanics and
10 learning the, you know, trade, keeping equipment
11 going, and I progressed up to a project
12 superintendent.
13 Q    And was that with the Thomas M. Durkin &
14 Sons Company?
15 A    Yes.
16 Q    Okay. With regard to the Donald M.
17 Durkin & Company, when did you start with them?
18 A    In '98, 1998 as, you know, a project
19 superintendent. I was in charge of maintenance of
20 the equipment and the outside operations.
21 Q    Okay. And your position with the company
22 when the Newark project started, say, 2002?
23 A    I was a vice-president.
24 Q    Okay. Vice-president, and basically your
```

2 (Pages 2 to 5)

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

A - 31

1    MR. BURKHOLDER: Objection to
2    form.
3    THE WITNESS: I'd have to look
4    back in my diary.
5 BY MR. COTTRELL:
6 Q    As you sit here today, you can't say?
7 A    No.
8 Q    Okay. After termination, were you
9 involved in the re-bid process at all?
10 A    No.
11    MR. BOLGER: Objection to form.
12    MR. BURKHOLDER: Objection to
13    form.
14    MR. COTTRELL: And we agreed
15 yesterday if one objects, everyone gets
16 the benefit of it, so —
17    MR. BURKHOLDER: Oh, okay. My
18 apologies.
19    MR. COTTRELL: So you can
20 relax.
21    MR. BURKHOLDER: That's fine.
22 I like the sound of my own voice.
23    MR. COTTRELL: That's fine.
24 BY MR. COTTRELL:

15

1 Q    Well, you know that after termination at
2 Durkin, there was an attempt to re-bid the project,
3 correct?
4 A    Correct.
5 Q    Okay. And did you go to a pre-bid
6 meeting with regard to that re-bid process?
7 A    Yes.
8 Q    And you attended with your brother,
9 right?
10 A    I think I may have gone by myself.
11 Q    By yourself?
12 A    I think.
13 Q    Would that be something noted in your
14 journal?
15 A    Probably not.
16 Q    Okay. Do you recall if anyone else
17 attended with you from the Durkin company?
18 A    I don't recall.
19 Q    Did you pick up a packet of the bid
20 documents?
21 A    There was some handouts handed out there,
22 yes.
23 Q    Okay. And you picked those up?
24 A    Yes.

1 Q    Okay. Did you have any conversations
2 with any of the other potential bidders for the
3 re-bid?
4    MR. BOLGER: Just point of
5    clarification, at that meeting or at any
6    time?
7    MR. COTTRELL: At any time.
8    THE WITNESS: No. With general
9    contractors?
10 BY MR. COTTRELL:
11 Q    Yes, sir.
12 A    No.
13 Q    Okay. You spoke to some potential
14 subcontractors?
15 A    I don't recall. I don't think I did, no.
16 Q    Okay. If you had any such conversations,
17 would they be noted in your journal?
18 A    No.
19 Q    Did you ever — switching subjects here,
20 now going to George & Lynch. Did you ever review
21 the plans and specifications that George & Lynch
22 utilized to complete the project?
23 A    No.
24 Q    I want to switch to another subject.

17

1 Okay?
2 Q    You visited the site after termination on
3 certain occasions, correct?
4 A    Correct.
5 Q    Okay. And indeed at one time, you were
6 arrested for trespassing?
7 A    Yes.
8 Q    Okay. Aside from that one time, did you
9 step on site other occasions after termination?
10 A    When I was allowed to, yes.
11 Q    Okay. No other trespassing incident
12 where you weren't arrested?
13 A    No.
14 Q    Okay. Any of those site visits, would
15 they be noted in your journal?
16 A    No.
17 Q    Okay. Why were you on site when you were
18 trespassing?
19 A    To have a look.
20 Q    Okay. And who was with you on that
21 occasion?
22 A    My brother.
23 Q    Your brother Mike —
24 A    Jim.

5 (Pages 14 to 17)

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
CIVIL ACTION NO. 04-0163 GMS

DONALD M. DURKIN                )    DEPOSITION UPON
CONTRACTING, INC.,              )
                                )    ORAL EXAMINATION
         Plaintiff,             )
                                )         OF
    - vs -                      )
                                )    JAMES DURKIN
CITY OF NEWARK, et al.,         )
                                )
         Defendants,            )
                                )
    and                         )
                                )
CITY OF NEWARK,                 )
                                )
Third-Party Plaintiff,          )
                                )
    - vs -                      )
                                )
DONALD M. DURKIN                )
CONTRACTING and FEDERAL         )
INSURANCE COMPANY,              )
                                )
Third-Party Defendants.         )
- - - - - - - - - - -           )

         TRANSCRIPT OF DEPOSITION, taken by and
before DANIELLE N. COUGHLIN, Registered Professional
Reporter and Notary Public, at the offices of
POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO, 475
Allendale Road, Suite 200, King of Prussia,
Pennsylvania, on Thursday, May 11, 2006, commencing
at 11:08 a.m.

ERSA COURT REPORTERS
30 South 17th Street
United Plaza - Suite 1520
Philadelphia, PA  19103
(215) 564-1233

A - 33

APPEARANCES:

POWELL, TRACHTMAN, LOGAN, CARRLE &
LOMBARDO
BY: DAVID T. BOLGER, ESQUIRE
475 Allendale Road
Suite 200
King of Prussia, Pennsylvania 19406
Attorneys for the Plaintiff

TIGHE, COTTRELL & LOGAN, P.A.
BY: PAUL COTTRELL, ESQUIRE
First Federal Plaza
P.O. Box 1031
Wilmington, Delaware 19899
Attorneys for the Defendant,
City of Newark

SEITZ, VAN OGTROP & GREEN, P.A.
BY: JAMES S. GREEN, ESQUIRE
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, Delaware 19899
Attorneys for the Defendant, URS

STRADLEY RONON
BY: DAVID M. BURGHOLDER, ESQUIRE
2600 One Commerce Square
Philadelphia, Pennsylvania 19103
Attorneys for the Third-Party
Defendant, Federal Insurance Company

ALSO PRESENT:

DONALD DURKIN

MICHAEL DURKIN

ROGER A. AKIN, City Solicitor, City of
Newark

## INDEX

WITNESS                     PAGE

JAMES DURKIN

By: Mr. Cottrell        4, 21
By: Mr. Green           17

## EXHIBITS

NUMBER    DESCRIPTION    MARKED ATTACHED

(No exhibits were marked.)

(By agreement of counsel, the signing, sealing, filing, and certification of the transcript has been waived; and all objections, except as to the form of the question, have been reserved until the time of trial.)

JAMES DURKIN, after having been duly sworn, was examined and testified as follows:

BY MR. COTTRELL:

Q    Good morning, Mr. Durkin.

A    Good morning.

Q    Again, would you just state your full name for the record, please?

A    Sure. James William Durkin.

Q    Okay. Your date of birth?

A    7/28/63.

Q    Your education starting with high school?

A    I went to -- I also went to LaSalle College High and then went on to LaSalle University.

Q    What year did you graduate from high school?

A    '81.

Q    And did you graduate -- you said you went to LaSalle?

A    University afterwards, yes.

Q    Did you graduate from LaSalle?

A    Yes, I did.

Q    And what year?

A    I believe it was '87.

Q    And your major?

A    B.S. in accounting.

Q    Okay. In accounting?

A    Yes.

Q    Okay. Your work history since '87?

A    Has been with Thomas M. Durkin & Sons. I actually started there when I was much younger, but I was there until 1997 when we formed Donald M. Durkin Contracting.

Q    And your position with Donald M. Durkin Contracting in 2002 when this Newark project started?

A    I was corporate secretary, but I handled all the administrative duties in the office.

Q    Okay. Would that also include accounting

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**

10

```
1         THE WITNESS:  No, no.  I don't
2    recall the conversation, so I don't
3    remember, you know, verbatim, but that
4    would generally be okay with me.
5 BY MR. COTTRELL:
6  Q      Switching to another subject, there was a
7 meeting pre-award on this project, City reservoir
8 project, April 10, 2002, at the City's offices in
9 Newark.  Did you attend that meeting?
10 A      No.
11 Q      Did you have any conversations with your
12 brothers about that meeting?
13 A      I believe afterwards I just asked how it
14 went, and they said it went well.
15 Q      Did you have an understanding of the
16 purpose of that meeting based on your conversations
17 with your brothers?
18 A      I would say that the purpose of the
19 meeting is like any job.  The owner just wants to
20 talk to the apparent low bidder.
21 Q      In your role doing accounting for the
22 company, have you calculated any damages that the
23 company alleges they have against the City in this
24 case?
```

12

```
1  A      Yes.  It was actually over at the water
2 plant, and then it went over to the site, yes.
3  Q      Okay.  Who else from the company attended
4 with you?
5  A      I believe Michael was the only one.
6  Q      Okay.  And you had some conversations
7 with some of the other potential bidders that day
8 at the site, correct?
9  A      I know some of -- I know some of the
10 people there, so I was talking to them, yes.
11 Q      Okay.  What were you saying to them?
12 A      For the most part, I recall it's just,
13 you know, how's it going, you know, how's work,
14 things like that.
15 Q      Did you describe any of the difficulties
16 that your company had had on the project?
17       MR. BOLGER:  Objection to form.
18       THE WITNESS:  I don't recall
19    that, no.
20 BY MR. COTTRELL:
21 Q      Okay.  And you've already -- well, strike
22 that.
23       The George & Lynch plans and specs that
24 they used to complete the project, have you
```

11

```
1  A      It's on an -- it is an ongoing
2 calculation.
3  Q      Meaning you have done some calculations,
4 correct?
5  A      Yes, but it's not complete yet.
6  Q      Okay.  And have those been produced
7 through your counsel to us?
8  A      I would have to deflect that to my
9 counsel.
10       MR. BOLGER:  I do not know.
11       MR. COTTRELL:  I'll follow up
12    later.
13 BY MR. COTTRELL:
14 Q      With regard to the re-bid process that
15 you've already heard me ask questions about, did
16 you communicate with any of the potential bidders
17 on the re-bid?
18 A      In what fashion or time frame?
19 Q      This is before the opening of what I'll
20 call re-bid.  Did you have conversations with any
21 of the potential bidders?
22 A      I did attend the re-bid pre-bid meeting,
23 yes.
24 Q      Okay.  That was at the site?
```

13

```
1 reviewed those?
2  A      I don't know what plans and specs they
3 used, so I couldn't tell you that.
4  Q      All right.  Switching to another subject,
5 were you with your brother when there was the
6 trespassing -- what I'll call the trespassing
7 incident?
8  A      Yes, I was.
9  Q      Okay.  And were there any other instances
10 where you visited the site other than through some
11 authorized site visit through the City?
12 A      Prior to being arrested, yes, I was at
13 the site and I would visit it.
14 Q      Okay.  And why?
15 A      In order to see what was going on, on the
16 project.
17 Q      And what did you observe?
18 A      I observed George & Lynch moving forward.
19 Q      Okay.  Did you take photos?
20 A      Yes, I did.
21       MR. COTTRELL:  Okay.  And,
22    again, if they have not been produced,
23    I'd just ask your legal counsel to follow
24    up on this.
```

4 (Pages 10 to 13)

**ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES**