IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

## APPENDIX

### ANSWERING BRIEF OF PLAINTIFF IN OPPOSITION TO THE CITY OF NEWARK'S MOTION IN LIMINE TO BAR ANY PARTY FROM CALLING CRAIG CALABRIA, Ph.D TO TESTIFY

                                             **Powell, Trachtman, Logan,**
                                              **Carrle & Lombardo, P.C.**

                      By: _____
                            Paul A. Logan
                            Delaware Supreme Court ID #3339
                            475 Allendale Road, Suite 200
                            King of Prussia, PA 19406
                            Telephone: 610-354-9700
                            Telefacsimile: 610-354-9760
                            Attorneys for Plaintiff

# EXHIBIT "A"

553901

co-april.04
CFC

# TIGHE, COTTRELL & LOGAN, P.A.
**Attorneys at Law**
FIRST FEDERAL PLAZA
P.O. BOX 1031
WILMINGTON, DELAWARE 19899
Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
email: v.petrone@lawtcl.com

| BRANCH OFFICES: | | |
|---|---|---|
| 19 WEST AVENUE | 1220-C EAST JOPPA ROAD | 2017 SPRING GARDEN STREET |
| P.O. BOX 303 | SUITE 550 | PHILADELPHIA, PA 19130-3804 |
| WOODSTOWN, NJ 08098 | TOWSON, MD 21286 | 215-564-0101 |
| 856-769-0211 | 410-539-7341 | |

**CONFIDENTIAL AND SUBJECT TO ATTORNEY WORK PRODUCT PRIVILEGE**

VIA OVERNIGHT DELIVERY

April 6, 2004

Dr. Craig R. Calabria
GeoSystems Consultants
514 Pennsylvania Avenue
Fort Washington, PA 19034

   **Re: Donald M. Durkin Contracting, Inc. v. City of Newark, et al.**
   **Our File No. 6606**

Dear Dr. Calabria:

  We are pleased to retain your services for consult on the above-referenced matter. As I mentioned, you are being retained directly by this firm on behalf of the City of Newark to provide a purely objective review of the design. Your task is to review the design for safety and constructability, not for design improvements or alternatives. As you know, the City of Newark terminated its contractor, Donald M. Durkin Contracting, Inc. for its failure to perform. Durkin stopped work late last year and has consistently refused to complete the reservoir. Durkin alleges that the design is unsafe and not constructable. After it was terminated, Durkin filed suit in District Court for wrongful termination, among other things, and included in its lawsuit serious allegations concerning the design.

  Enclosed for your use are the following documents:

1. Project Drawings for the Water Supply Reservoir, 60 sheets
2. Project Specifications, dated February 2002, updated April 2002
3. GNRA report dated January 13 and January 15, 2004 and URS Corporation preliminary response dated January 23, 2004 and the formal response dated January 30, 2004

CC1723

Dr. Craig R. Calabria
April 6, 2004
Page Two

    4. Second GNRA report, including attachments, dated March 11, 2004 and URS Corporation preliminary response dated March 19, 2004. URS is currently working on its formal response.
    5. Letter and Report by Joseph J. Ellam, P.E. dated January 12, 2002
    6. Basis of Design Report by URS Corporation dated February 8, 2002

    Please advise if there are any other documents which would assist you in your review of the design. All correspondence should be with myself or Paul Cottrell, Esquire. The City of Newark knows that we have retained an expert, but does not know your identity. Again, this matter is highly confidential. We have also retained Dr. Mickey Davachi and ask that you consult with him. I will call you to discuss this issue.

    We have an important meeting planned for the last week in April and would appreciate your findings, even if preliminary, before then. Enclosed is a $5,000.00 retainer, as discussed. Paul Cottrell will correspond with you regarding finalizing your Professional Services Agreement.

                      Very truly yours,

                        TIGHE, COTTRELL & LOGAN, P.A.

                        By: _____
                            Victoria K. Petrone

Enclosures

# EXHIBIT "B"



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

-----

DONALD M. DURKIN CONTRACTING, : NO. 04-0163
INC.                          :
         v.                   :
CITY OF NEWARK, HAROLD F.     :
GODWIN, JOHN H. FARRELL, IV,  :
JERRY CLIFTON, KARL G.        :
KALBACHER, DAVID J. ATHEY,    :
FRANK J. OSBORNE, JR.,        :
CHRISTINA REWA and URS        :
CORPORATION                   :
         v.                   :
FEDERAL INSURANCE COMPANY     :

- - -

Thursday, November 10, 2005

- - -

Oral deposition of CRAIG R. CALABRIA, PH.D., P.E., held at the law offices of POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO, P.C., 475 Allendale Road, King of Prussia, Pennsylvania, commencing at 9:30 a.m., on the above date, before Lisa Gravinese, Court Reporter and Notary Public in the Commonwealth of Pennsylvania.

- - -

LOVE COURT REPORTING, INCORPORATED
1500 Market Street
12th Floor, East Tower
Philadelphia, Pennsylvania 19102
(215) 568-5599

NOV 20 2005

( P R O C E E D I N G S)

- - -

CRAIG R. CALABRIA, PH.D., P.E., having been first duly sworn, was examined and testified as follows:

- - -

MR. COTTRELL: Just before we get started, I want to say that Mr. Calabria is here because he was engaged by the City through me, their legal counsel, as a consulting expert. We have not decided whether we're going to need Dr. Calabria as a trial expert.

Therefore, I'm reserving whatever rights I have because I know he's here today via a subpoena rather than through my office. We've agreed to produce him and will produce his records later. But I just want to preserve those rights as a matter of record.

MR. LOGAN: And just to be clear, the records that were requested to be produced by Dr. Calabria are in the custody and control of counsel for the City --

MR. COTTRELL: Correct.