IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. )<br>        Plaintiff, )<br>         )<br>  v. )<br>         )<br>CITY OF NEWARK, et al., )<br>        Defendants, )<br>         )<br>  and )<br>         )<br>CITY OF NEWARK, )<br>        Third-Party Plaintiff, )<br>         )<br>  v. )<br>         )<br>FEDERAL INSURANCE COMPANY, )<br>        Third-Party Defendant. | CIVIL ACTION NO. 04-0163 |

## ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the Motion of Third-Party, Defendant Federal Insurance Company, to Preclude Any Evidence Relating the City of Newark's Alleged Claims Against Federal, and any responses thereto, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is GRANTED.

By the Court:

_____
, J.