# DONALD M. DURKIN
## CONTRACTING, INC.



September 10, 2003
File: C03-311

URS Corporation
1200 Philadelphia Pike
Wilmington, DE 19809

Attn: Mr. Mark Proudy

Phone: (302) 791-0700
Fax:    (302) 791-0708

Re: **Water Supply Reservoir**
    **City of Newark, Delaware**
    **Contract 02-02**

Dear Mr. Proudy:

Recent events have revealed probable errors with the Contract Documents that we believe fall within the provisions of Section 3.3.2 of the contract specifications. As required by this section of specifications, we are providing written notice of the conditions to the Engineer and Owner. Further, and as also required by Section 3.3.2, Donald M. Durkin Contracting, Inc., shall not proceed further with the work until the errors are resolved.

The nature of the error has become apparent after the recent rain events. Areas of the side slopes prepared and finish graded in anticipation of receiving the liner severely eroded notwithstanding Durkin's protection of the slopes using ordinary construction techniques.

The more serious problems and the apparent error is more apparent on the graded slopes of the areas that had received the liner. Notwithstanding the installation of the slopes to grade and liner as designed, the soil material placed on the liner, compacted as prescribed by the specifications, severely eroded with the recent rains.

Not only did the materials erode, but, because the bottom of the reservoir is impervious, the moisture has been trapped in the materials. The bearing capacity of the materials has been eliminated; construction equipment cannot travel across the wet areas without severe rutting and potential damage to the liner.

The design contemplated that the side slopes be covered with the liner in advance of the placement of the soil materials at the toe of the slope. What was apparently not considered was that the liner will collect and concentrate any moisture and create the conditions that are now visibly apparent.



September 10, 2003
Mr. Mark Proudy
Page 2.

    We have further become aware that the City has contingent plans to drain the reservoir for either maintenance or due to severe drought conditions. This has the potential to undermine the grout liner system and installation of rip-rap. It is our understanding that the current design has significant and potentially serious design issues that require a reexamination of the entire liner and cover system. These issues raise safety and integrity issues.

    Because of the serious nature of these issues, and consistent with the requirements of the specifications, we will halt our operations pending a resolution. We have been advised that the placement of the liner and exposing it to sunlight for a protracted period could aversely affect the materials and therefore all operations will be suspended.

    Please provide us with direction.

                          Very truly yours,
                          DONALD M. DURKIN CONTRACTING, INC.

                          Donald M. Durkin, Jr.

DMD:bjb
CC: Mr. Joe Dombrowski
      Engineering