

# G.N. RICHARDSON & ASSOCIATES
## Engineering and Geological Services

January 13, 2004

Chubb & Sons
Attn: Ms. Ellen M. Cavallaro
15 Mountainview Road
Warren, NJ 07061

RE: City of Newark Water Reservoir
Design Peer Review

Dear Ms. Cavallaro:

Per your request, I have reviewed the current design of the ballast/protective cover proposed for the referenced reservoir. This design review included the following:

- Evaluation of stability and suitability of the proposed soil cover over the lower slopes below the bench at elevation 169.08.
- Evaluation of stability and suitability of the proposed rip-rap/fabric formed concrete matting system proposed over the slopes above the bench at elevation 169.08.
- Evaluation of the interior berm of the wetlands feature located at the top of the slope.

This evaluation was based on the project plans and specifications as prepared by URS, the site geotechnical report dated January 22, 2002 as prepared by URS, and discussions with laboratories involved in evaluating the interface friction between materials proposed. The evaluations are based on some assumptions that reflect my experience and not specific site data. The availability of more site data would improve the accuracy of the evaluations. However, I do not believe that future data would impact the essence of my current recommendations. Fortunately, the subgrade characteristics are essentially identical to those we face on a daily basis in the Piedmont region of the Carolinas and Virginia.

## Lower Slope Ballast/Protective Cover

The current design proposes to use an 18-inch layer of screened on-site sandy silts placed over a 16 osy nonwoven geotextile to ballast and protect the lower slope of the LLDPE geomembrane. While the interface shear strengths between the materials making up this profile provide for adequate slope stability during placement, several fundamental flaws exist with this concept as follows:

1. The erodibility of this material is very high and it would require some form of surface erosion control to survive in-place prior to filling the reservoir as was recently demonstrated. Such protection could include the used of rainsheets or alternative

14 N. BOYLAN AVENUE • RALEIGH, NC 27603 • TEL. 919-828-0577 • FAX 919-828-3899 • WWW.GNRA.COM

surface treatments including the gravel layer attempted. The use of a hardened surface layer is not recommended since (see item 3) this layer may fail when the reservoir is eventually drained for maintenance. Thus rainsheets are the only viable alternative to limit the initial erosion of the soil cover. The rainsheet alternative does not remove alternative failure modes later in the service life of this layer.

2. The erodibility of this soil is so high that current velocities of only ≈2-ft/sec are required to mobilize the soil. Currents in the vicinity of the inlet and outlet structures would require evaluation to ensure that in-service currents would not scour the ballast layer. Without the ballast layer, the LLDPE liner floats and offers little resistance to significant leakage that could imperil the impoundment and easily overpower the underdrain system.

3. The transmissivity of the 16 osy geotextile is several orders of magnitude too low to provide the required relief of pore pressures that will develop at the base of the soil cover layer as the reservoir is drained in the future. The complete collapse of the soil cover is certain if draw down occurs too fast. To avoid excessive pore water pressures at the base of the soil cover, the rate of draw down would have to be slow enough that the saturated soil could drain internally. Based on a normal draw down rate of 1 ft/day[1], the soil would need permeability greater than $1 \times 10^{-4}$ cm/sec to ensure this drainage. No permeability data is available or required for this cover now. This would also mean that an emergency draw down at a rate greater than this would fail the soil cover. I am not aware of the maximum draw down rate that is possible through the designed outlet structure.

4. Given the erodible nature of the cover soil, even if the soil layer survived draw down a significant rainstorm during this maintenance period when the soil is exposed could again cause failure of the cover.

5. Then, as is also true now, once a soil cover has slid down a liner slope, it is imperative that the geomembrane be exposed and subjected to an extensive inspection for damage. Provisions for doing electrical leak location surveys to aid this inspection are highly recommended.

Several ballast/protective systems are preferred in this application. These include placement of a minimum of 18-inches of stone/rip-rap over a geotextile cushion, use of an <u>anchored</u> fabric formed concrete matting system directly on the geomembrane, or use of a concrete block mattress over a geotextile cushion. In my opinion, the least costly solution would be the use of 18-inches of #57 stone placed over the 16 osy geotextile. Construction techniques used during placement of the stone would have to be evaluated and monitored to prevent damage to the geomembrane.

Additionally, several important long-term considerations must be addressed in completing the design of this layer. First, the reservoir as designed does not provide an access roadway for future maintenance within the reservoir. If clean out equipment will be required in the future at the base of the reservoir, then a minimum 3-ft thick roadway

---

[1] Per Phone Conversation with John Volk, P.E. of URS on January 6, 2004

section should be constructed and identified for future access. This also makes the obvious exit point for construction related equipment. Secondly, if significant silting of the reservoir is anticipated, then a surface screening layer of #78 stone should be provided to protect the #57 stone from future clogging.

**Upper Slope Ballast/Protective Cover**

The ballast/protective cover in the current design includes a 4-inch thick fabric formed concrete matting system directly on the geotextile cushion. The matting system is overlain with rip-rap. In my opinion, this system is both expensive and unstable. The interface shear strength between the thick fabric formed concrete matting system and the 16 osy geotextile is very difficult to quantify. Under some grout injection conditions, a cemented bond will develop between the matting and the geotextile. This bond is easily damaged by very low strains that could easily occur during placement of the overlying rip-rap. Once the cementation bond is broken, the interface shear strength dramatically drops to a frictional bond in the low teens ($\delta = 13\text{-}16°$) that would render the system unstable. No geosynthetic testing laboratory that I spoke with felt the cemented bond could be accurately replicated in the laboratory or depended on in the field. Figure 1 shows an analysis of this system neglecting the cemented bond and indicates a factor of safety of 0.74 – clearly dangerous.

A more stable and equally effective cost effective system would be to place the stone/rip-rap system directly on the cushion geotextile. Figure 2 shows that the sliding factor of safety increases to 2.15 using the same exterior contours. My preference, however, would be to straighten the exterior contours as shown on Figure 3 so that the sliding factor of safety increases to 2.63 and additional wave protection is provided. By completely eliminating the thick fabric formed concrete matting system, these changes will not be expensive. Concerns about damage to the liner can be addressed by the proper design of the geotextile cushion layer. Both Bob Koerner of Drexel and I have independently published significant information on cushion design. Additionally, a very comprehensive manual on this subject is available through the liner manufacturer GSE.

**Interior Berm of the Wetlands Feature**

A small berm at the top of the reservoir slope forms the interior berm of the created wetland ponds. The proposed water level in the pond system is up to 1-ft higher than the water elevation in the full reservoir. Water is therefore continually seeping through the berm into the reservoir. This diminutive berm in the current design is 3-ft tall and constructed of the same Zone IV soils that recently proved to be highly erosive. With a top dimension of 8 ½ inches and vertical faces in some locations, I do not believe the berm is constructible using the sandy/silty soils available. Additionally, I do not believe the current design provides the degree of confinement necessary to retain and establish strength in these soils.

I would strongly recommend constructing this small berm using a geotextile encapsulation system that relies either on two layers of soil filled bags or geotextile wrapped soils. Essentially, construct a small flood wall that will be buried beneath rip-rap and the wetland sands. This is infinitely more stable and durable. Pipe penetrations

through the berm can be accomplished using smaller geotextile bags to stabilize the soil in the immediate vicinity of the penetration.

Summary

It is my professional opinion that the current design is not constructible and is inherently unstable. Given that the reservoir can be defined as a high dam and has considerable residential development at its toe, this is not acceptable.

As additional data or redesigns become available, I would be pleased to update my comments and work with you on appropriate construction procedures.

Cordially,
G.N. Richardson & Associates

Gregory N. Richardson, Ph.D., P.E.



Figure 1 Stability of Upper Slope As Currently Designed



Figure 2 Stability of Upper Slope Without Fabric Formed Concrete Mattress



Figure 3  Stability of Upper Slope Without Fabric Formed Concrete Mattress and With Revised Exterior Slope



Figure 4  Stability of Lower Slope As Currently Designed



# G.N. RICHARDSON & ASSOCIATES
## Engineering and Geological Services

January 13, 2004

Chubb & Sons
Attn: Ms. Ellen M. Cavallaro
15 Mountainview Road
Warren, NJ 07061

RE: City of Newark Water Reservoir
Design Peer Review

Δ π EXHIBIT 14
Deponent Federki
Date 3/29/04 Rptr. OAO
WWW.DEPOBOOK.COM

Dear Ms. Cavallaro:

Per your request, I have reviewed the current design of the ballast/protective cover proposed for the referenced reservoir. This design review included the following:

- Evaluation of stability and suitability of the proposed soil cover over the lower slopes below the bench at elevation 169.08.
- Evaluation of stability and suitability of the proposed rip-rap/fabric formed concrete matting system proposed over the slopes above the bench at elevation 169.08.
- Evaluation of the interior berm of the wetlands feature located at the top of the slope.

This evaluation was based on the project plans and specifications as prepared by URS, the site geotechnical report dated January 22, 2002 as prepared by URS, and discussions with laboratories involved in evaluating the interface friction between materials proposed. The evaluations are based on some assumptions that reflect my experience and not specific site data. The availability of more site data would improve the accuracy of the evaluations. However, I do not believe that future data would impact the essence of my current recommendations. Fortunately, the subgrade characteristics are essentially identical to those we face on a daily basis in the Piedmont region of the Carolinas and Virginia.

**Lower Slope Ballast/Protective Cover**

The current design proposes to use an 18-inch layer of screened on-site sandy silts placed over a 16 osy nonwoven geotextile to ballast and protect the lower slope of the LLDPE geomembrane. While the interface shear strengths between the materials making up this profile provide for adequate slope stability during placement, several fundamental flaws exist with this concept as follows:

1. The erodibility of this material is very high and it would require some form of surface erosion control to survive in-place prior to filling the reservoir as was recently demonstrated. Such protection could include the used of rainsheets or alternative

surface treatments including the gravel layer attempted. The use of a hardened surface layer is not recommended since (see item 3) this layer may fail when the reservoir is eventually drained for maintenance. Thus rainsheets are the only viable alternative to limit the initial erosion of the soil cover. The rainsheet alternative does not remove alternative failure modes later in the service life of this layer.

2. The erodibility of this soil is so high that current velocities of only ≈2-ft/sec are required to mobilize the soil. Currents in the vicinity of the inlet and outlet structures would require evaluation to ensure that in-service currents would not scour the ballast layer. Without the ballast layer, the LLDPE liner floats and offers little resistance to significant leakage that could imperil the impoundment and easily overpower the underdrain system.

3. The transmissivity of the 16 osy geotextile is several orders of magnitude too low to provide the required relief of pore pressures that will develop at the base of the soil cover layer as the reservoir is drained in the future. The complete collapse of the soil cover is certain if draw down occurs too fast. To avoid excessive pore water pressures at the base of the soil cover, the rate of draw down would have to be slow enough that the saturated soil could drain internally. Based on a normal draw down rate of 1 ft/day[1], the soil would need permeability greater than $1 \times 10^{-4}$ cm/sec to ensure this drainage. No permeability data is available or required for this cover now. This would also mean that an emergency draw down at a rate greater than this would fail the soil cover. I am not aware of the maximum draw down rate that is possible through the designed outlet structure.

4. Given the erodible nature of the cover soil, even if the soil layer survived draw down a significant rainstorm during this maintenance period when the soil is exposed could again cause failure of the cover.

5. Then, as is also true now, once a soil cover has slid down a liner slope, it is imperative that the geomembrane be exposed and subjected to an extensive inspection for damage. Provisions for doing electrical leak location surveys to aid this inspection are highly recommended.

Several ballast/protective systems are preferred in this application. These include placement of a minimum of 18-inches of stone/rip-rap over a geotextile cushion, use of an anchored fabric formed concrete matting system directly on the geomembrane, or use of a concrete block mattress over a geotextile cushion. In my opinion, the least costly solution would be the use of 18-inches of #57 stone placed over the 16 osy geotextile. Construction techniques used during placement of the stone would have to be evaluated and monitored to prevent damage to the geomembrane.

Additionally, several important long-term considerations must be addressed in completing the design of this layer. First, the reservoir as designed does not provide an access roadway for future maintenance within the reservoir. If clean out equipment will be required in the future at the base of the reservoir, then a minimum 3-ft thick roadway

---

[1] Per Phone Conversation with John Volk, P.E. of URS on January 6, 2004

section should be constructed and identified for future access. This also makes the obvious exit point for construction related equipment. Secondly, if significant silting of the reservoir is anticipated, then a surface screening layer of #78 stone should be provided to protect the #57 stone from future clogging.

**Upper Slope Ballast/Protective Cover**

The ballast/protective cover in the current design includes a 4-inch thick fabric formed concrete matting system directly on the geotextile cushion. The matting system is overlain with rip-rap. In my opinion, this system is both expensive and unstable. The interface shear strength between the thick fabric formed concrete matting system and the 16 osy geotextile is very difficult to quantify. Under some grout injection conditions, a cemented bond will develop between the matting and the geotextile. This bond is easily damaged by very low strains that could easily occur during placement of the overlying rip-rap. Once the cementation bond is broken, the interface shear strength dramatically drops to a frictional bond in the low teens ($\delta = 13\text{-}16°$) that would render the system unstable. No geosynthetic testing laboratory that I spoke with felt the cemented bond could be accurately replicated in the laboratory or depended on in the field. Figure 1 shows an analysis of this system neglecting the cemented bond and indicates a factor of safety of 0.74 – clearly dangerous.

A more stable and equally effective cost effective system would be to place the stone/rip-rap system directly on the cushion geotextile. Figure 2 shows that the sliding factor of safety increases to 2.15 using the same exterior contours. My preference, however, would be to straighten the exterior contours as shown on Figure 3 so that the sliding factor of safety increases to 2.63 and additional wave protection is provided. By completely eliminating the thick fabric formed concrete matting system, these changes will not be expensive. Concerns about damage to the liner can be addressed by the proper design of the geotextile cushion layer. Both Bob Koerner of Drexel and I have independently published significant information on cushion design. Additionally, a very comprehensive manual on this subject is available through the liner manufacturer GSE.

**Interior Berm of the Wetlands Feature**

A small berm at the top of the reservoir slope forms the interior berm of the created wetland ponds. The proposed water level in the pond system is up to 1-ft higher than the water elevation in the full reservoir. Water is therefore continually seeping through the berm into the reservoir. This diminutive berm in the current design is 3-ft tall and constructed of the same Zone IV soils that recently proved to be highly erosive. With a top dimension of 8 ½ inches and vertical faces in some locations, I do not believe the berm is constructible using the sandy/silty soils available. Additionally, I do not believe the current design provides the degree of confinement necessary to retain and establish strength in these soils.

I would strongly recommend constructing this small berm using a geotextile encapsulation system that relies either on two layers of soil filled bags or geotextile wrapped soils. Essentially, construct a small flood wall that will be buried beneath rip-rap and the wetland sands. This is infinitely more stable and durable. Pipe penetrations

through the berm can be accomplished using smaller geotextile bags to stabilize the soil in the immediate vicinity of the penetration.

## Summary

It is my professional opinion that the current design is not constructible and is inherently unstable. Given that the reservoir can be defined as a high dam and has considerable residential development at its toe, this is not acceptable.

As additional data or redesigns become available, I would be pleased to update my comments and work with you on appropriate construction procedures.

Cordially,
G.N. Richardson & Associates

Gregory N. Richardson, Ph.D., P.E.



Figure 1 Stability of Upper Slope As Currently Designed



Figure 2  Stability of Upper Slope Without Fabric Formed Concrete Mattress



Figure 3  Stability of Upper Slope Without Fabric Formed Concrete Mattress and With Revised Exterior Slope



Figure 4  Stability of Lower Slope As Currently Designed