**G.N. RICHARDSON & ASSOCIATES**
Engineering and Geological Services

January 15, 2004

Chubb & Sons
Attn: Ms. Ellen M. Cavallaro
15 Mountainview Road
Warren, NJ 07061



RE:  City of Newark Water Reservoir
     Safety of Current Design

Dear Ms. Cavallaro:

Per your request, this letter was prepared to concisely present my concerns regarding the safety of the current reservoir design. My concerns over two design details are the basis for my opinion that this facility cannot be safely constructed as designed. The two details and their related concerns are as follows:

- The current upper slope design places a fabric formed matting system over the 16 osy nonwoven cushion geotextile and under a layer of stone. The interface friction between the fabric formed matting system is dependent of a slight cementing action resulting from some leakage of fine aggregate concrete through the fabric form. This cementing bond is essential to the stability of the fabric formed matting system and overlying stone. This cementing bond is not addressed in the current specifications nor do the testing laboratories feel that they can accurately quantify it. Yet without a program to ensure development of the bond between the fabric formed matting system and the cushion geotextile, there is real danger of the upper veneer failing and sliding to the bottom of the slope. This would pose a life threatening danger to workers below the slope or those caught on the upper slope at time of failure.

- The current lower slope design uses a silty/sandy soil to ballast and protect the geomembrane liner. This soil is highly erodible and unstable if even minor pore water pressures develop beneath it. While we can protect this layer during construction using temporary tarp covers (rain sheets) if the fabric formed matting system is deleted and the bench redesigned, it would not be protected during future maintenance activities. Failure of the soil cover could occur if the reservoir was lowered too quickly (referred to as rapid draw down condition) or if the layer was exposed to even moderate rainfall during the maintenance period. URS has indicated that a maximum draw-down rate of 1-ft per day would be used. This requires approximately 40-days just to drain the reservoir prior to maintenance. No provisions currently exist for gaining access to the bottom of the reservoir for maintenance over what would be very weak saturated soils covering the steep slopes. Also note that this would preclude a faster emergency draw-down of the reservoir since sliding of the soil cover could precipitate a catastrophic failure of the geomembrane liner.

In my professional opinion, these two factors make the current design for the reservoir unsafe for construction and service.

Please let me know if these points require further clarification.

Cordially,
G.N. Richardson & Associates, Inc.

Gregory N. Richardson, Ph.D., P.E.