**URS**

January 30, 2004

Mr. Carl F. Luft
City Manager
City of Newark
P.O. Box 390
220 Elkton Road
Newark, Delaware 19715-0390

Re:   Response to Surety
      Newark Reservoir Project

Dear Mr. Luft:

We are in receipt of Federal Insurance Company's (Surety) correspondence dated January 20, 2004 and the attached letter's from G.N. Richardson & Associates (GNRA) dated January 13 and January 15, 2004. We understand that GNRA was retained by the Surety to defend the Surety against the non-performance of Donald M. Durkin Contracting (DMD) in completion of the work at the Newark Reservoir Project. This letter report presents technical information that refutes allegations made by GNRA.

**Executive Summary**

GNRA alleges that the current reservoir design "is unsafe for construction and service". GNRA cites two design details as the basis for its opinion. The first is that the Fabriform matting on the upper slope is unstable. The second is that cover soils on the lower slope may experience instability during the service of the reservoir.

After review of GNRA's correspondence, it is evident to URS that GNRA has:
- not visited the site;
- elected not to evaluate site-specific geotechnical data;
- made incorrect assumptions regarding site and project conditions;
- ignored significant stabilizing forces regarding the Fabriform matting;
- ignored decades of successful experience of Fabriform matting placed on slopes steeper and longer than this project;
- misrepresented discussions with URS' subconsultant testing laboratory on interface tests;

URS Corporation
1400 Union Meeting Road, Suite 202
Blue Bell, PA 19422-1972
Tel: 215.542.3800
Fax: 215.542.3888

Response to Surety
Newark Reservoir Project
January 30, 2004
Page 2

- acknowledged that the cover soil on the lower slope has adequate stability during placement; and
- fabricated a completely unrealistic failure mechanism of the entire reservoir if cover soils on the lower slopes are unstable.

Furthermore, we are surprised that GNRA would make such allegations regarding the design and site-specific issues without visiting the site or first making an attempt to review site-specific data.

URS will, herein, document the stability of the Fabriform on the upper slopes by using actual site-specific interface shear data, including all stabilizing forces, and provide documentation of successful performance of Fabriform in applications with steeper and longer slopes. We provide documentation by the interface testing laboratory, SGI, that contradicts GNRA's statements attributed to that laboratory and used as a basis for a statement of instability. URS and the City of Newark are aware of potential maintenance of the lower cover soils during the infrequent drought events over the service life of the reservoir. This possible maintenance should not be misconstrued with failure of the reservoir. As we have stated before, the design of the reservoir is stable and constructable. We now present a more detailed documentation of the design.

**Fabriform Stability**

GNRA has stated that the Fabriform matting on the upper interior slopes is unstable. We discuss this contention and provide documentation to the contrary. In the following paragraphs, we discuss the site-specific interface shear test results, stability analyses, evaluation of stability, and Fabriform experience. Reference documentation is attached as Appendices A through D.

<u>Interface Shear Test Results:</u> Large-scale direct shear testing of the Fabriform to 16 oz/sy non-woven needle-punched (NWNP) geotextile interface was performed by SGI, Inc. of Norcross, Georgia. This data was provided to DMD in December. The results (shown in Appendix A) indicate that the peak strength has an interface friction angle of 26 degrees and 30 pounds per square foot (psf) adhesion. These strengths are indicative of the cementitious bond that results from the grout bleeding through the nylon Fabriform geotextile and bonding into the non-woven geotextile structure. This bond has been documented by case histories and field exhumation by the Fabriform manufacturer. The peak strength occurs at a

Response to Surety
Newark Reservoir Project
January 30, 2004
Page 3

displacement of about 0.3 inches. As the displacement increases the strength decreases as shown in Table 1.

Table 1
Summary of Interface Shear Test – Fabriform to Non-woven Geotextile

| Displacement | Interface Friction Angle | Adhesion |
|---|---|---|
| 0.3 inch (peak) | 26 degrees | 30 psf |
| 0.5 inch | 25 | 15 |
| 1.0 inch | 19.5 | 15 |
| 2.0 inch | 17 | 15 |
| 3.0 inch | 16 | 15 |

After a displacement of about 0.3 to 0.4 inches, the effect of the cementitious bond begins to diminish. At a displacement of 3.0 inches the interface friction angle is 16 degrees and the adhesion is 15 psf. The interface shear data for the Fabriform to non-woven geotextile is presented in Appendix A.

Stability Analyses: The factor of safety for slope stability is defined as the sum of the resisting forces divided by the sum of the driving forces. The standard of practice for slope stability is typically to have minimum factors of safety of 1.3. Under certain conditions, slightly higher factors of safety may be required. The key input into the stability analysis is the shear strength of the soil or the critical interface.

GNRA in their two letters have: a) not used site-specific interface shear values, b) ignored important resisting forces such as the tensile force of the Fabriform geotextile and the cementitious bond, and c) ignored the fact that the Fabriform is a rigid body that cannot develop a slip surface at any point (unlike a soil).

In calculating the factor of safety for stability we include the friction and adhesion at the interface and the effect of the nylon geotextile strength of the Fabriform. The ultimate wide-width tensile strength (ASTM D 4595) of the nylon geotextile is 3,600 lb/ft in the warp (i.e., strong) direction. There are no seams across the slope. A conservative estimate of the available tensile strength of the nylon geotextile is about 800 lb/ft for the case of 16 degrees

Response to Surety
Newark Reservoir Project
January 30, 2004
Page 4

friction and 15 psf adhesion resulting from the anchorage of the 5 foot runout length (this tensile strength was used in all the analyses for failures rupturing the geotextile).

We then performed two separate stability analyses:
1) to represent sliding underneath the interface of question and never rupturing the Fabriform geotextile, and
2) to represent rupturing the Fabriform geotextile - 2 modes were checked for the fabric rupture analysis and the lower value was reported
    a) one on the upper slope down to the bottom of rip-rap, and
    b) the second analysis for the entire upper slope extending to the lower bench.

The soil strength parameters and slope configuration are shown in Figure B-1 in Appendix B. The various failure modes analyzed are shown on Figures B-2 through B-4 in Appendix B.

The sliding analyses were performed both on PCSTABL5M (Achilleos, 1988) and also on UTEXAS3 (Wright, 1991) computer stability programs using Spencer's (1967) method of analysis. The failure through the geotextile analyses were run on UTEXAS3 computer program also using Spencer's method. The failure through the geotextile analysis was also checked against Giroud and Beech (1989). The stability analyses results are presented in Table 2. Typical stability runs are presented in Appendix B.

Table 2
Summary of Fabriform Stability Analyses

| Displacement | Interface Friction Angle | Adhesion | Factor-of Safety Sliding | Factor-of Safety Thru GT |
|---|---|---|---|---|
| 0.3 inch (peak) | 26 degrees | 30 psf | 2.6 | 2.8 |
| 0.5 inch | 25 | 15 | 2.2 | 2.4 |
| 1.0 inch | 19.5 | 15 | 1.7 | 2.0 |
| 2.0 inch | 17 | 15 | 1.6 | 1.9 |
| 3.0 inch | 16 | 15 | 1.5 | 1.8 |

It is seen that the factor of safety is more than 2.5 for the case of the peak strengths associated with the cementitious bond between interfaces. Even for the case where that bond is destroyed at the large displacement of 3.0 inches, the factor of safety is still not less than 1.5.

Response to Surety
Newark Reservoir Project
January 30, 2004
Page 5

Evaluation of Stability: GNRA states that the cementitious bond may be "easily damaged by placement of the overlying rip-rap". Based upon our knowledge of exhumed samples from our own experience and that of Fabriform, we believe that the cementitious bond will largely remain in place. However, even if that cementitious bond were completely destroyed as represented by the 3.0 inch displacement and 16 degree friction angle and 15 psf adhesion, the factor of safety is still 1.5. This value is greater than the required factor-of-safety of 1.3 and is judged to be more than sufficient for stability.

Fabriform Experience: The practice of geotechnical and geosynthetics engineering is based upon theory, practical experience and engineering judgment. Mr. Gene Pellillo of Construction Techniques, Inc. of Cleveland, Ohio, has 29 years experience with the manufacture and installation of Fabriform. He indicated that the majority of his projects are for fluid retaining impoundments with the following: typical side slopes of 2H:1V to 3H:1V (also built as steep as 1.5H:1V and 1H:1V slope), and typical heights of 10 to 20 feet. He has been involved with dozens of these projects similar to the Newark Reservoir and is not aware of any instability. They frequently place the Fabriform over a non-woven needle-punched (NWNP) geotextile over a geomembrane and have noted from exhumation a strong bonding from the bleed water of the grout onto the NWNP geotextile. Fabriform case histories are provided in Appendix C. The Fabriform installation at the Newark Reservoir Project is 15 ft in height with 2.5H:1V slopes, certainly within the range of typical Fabriform applications.

Fabriform Installation: As a general note, temporary measures to construct permanent structures are the responsibility of the Contractor. While construction means and methods are the responsibility of the contractor, Mr. Pellillo suggests that the likely sequence of construction would be to pump the top 5-foot horizontal piece first, pump the intermediate 4-foot bench next and then pump the lower 14.5 foot bench last. After all the benches are in place, the sloped portions could then be pumped in place. This technique has been submitted as a method statement by the installation sub-contractor for this project.

Discussion with Testing Laboratories: GNRA states in their letter dated January 13, 2004 letter (p. 3) "No geosynthetic testing laboratory that I spoke with felt the cemented bond could be accurately replicated in the laboratory or depended on in the field". GNRA spoke with Mr. Rob Swan, President of SGI in December 2003 who performed the interface tests as a subconsultant to URS. Mr. Swan has documented to URS that he told GNRA the opposite

Response to Surety
Newark Reservoir Project
January 30, 2004
Page 6

– that it is likely in his opinion that the results in the field would have a *greater* cementitious bond than the results performed in the laboratory (see letter in Appendix D).

Summary: The site-specific interface data, the stability calculations, the extensive experience and case histories in the use of Fabriform in similar applications all support the fact that this project can be constructed as-designed and perform successfully.

**Cover Soils on Lower Slope**

Project Conditions/Assumptions: GNRA has stated that the cover soils on the lower interior slope below the El. 169 bench are stable to install but unstable during drawdown conditions and are also erodible. GNRA postulates that the instabilities may lead to a failure of the entire reservoir. We strongly disagree with this position and provide the following documentation.

GNRA has incorrectly stated project conditions regarding the cover soils, largely due to the fact that GNRA has little or no knowledge of the historical project information and construction at this site; nor did GNRA attempt to obtain this information. GNRA refers to the cover soils as "on-site sandy silts" (January 13 letter, p. 1). The site soils are typically sands with 15 to 35 percent passing the No. 200 sieve (i.e., 15 to 35 percent silt). The Zone IV requirement for cover soils is a maximum of 25 percent passing the No. 200 sieve. Geotechnically, this is not a silt as designated by GNRA, as a silt would have more than 50 percent passing the No. 200 sieve. The material should be described as a silty sand according to the Unified Soil Classification System (USCS). A silty sand will exhibit both greater frictional resistance and better drainage characteristics than a sandy silt. In addition, GNRA incorrectly describes the cover soil as a ballast layer. It is simply a protective cover.

GNRA refers to the erodibility of this material. GNRA is likely not aware that DMD did not compact the soil cover on the northern slopes to 90 percent of ASTM D 698 (as required by Section 02290, Para. 3.04.E.1.h), that the soil cover was not protected (as required by Note No. 4 on Sheet C-2.10), and was subjected to nearly 9 inches of rain in September 2003 which was an extreme rainfall event. Even GNRA suggests "rain sheeting" as a temporary cover during construction. DMD did not attempt any temporary erosion control. Nor did DMD place the Fabriform and rip-rap section above the cover soil to slow velocities of heavy rains. It should be noted that a properly compacted Zone IV material constructed as part of

Response to Surety
Newark Reservoir Project
January 30, 2004
Page 7

the test section in November has performed very well with regard to erosion. Again, GNRA did not have nor did they attempt to obtain accurate historical information of construction activities on this site prior to presenting opinions.

The cover soils beneath the El. 169 bench will be exposed and subject to potential erosion only during severe and infrequent drought conditions. The bench was established at El. 169 to provide a defined lower erosion protection above which the operating reservoir level would be 90 percent of the time. This bench elevation was chosen based upon nearly 70 years of historical hydrological data and subsequent statistical analysis. Thus, only 10 percent of the time would the water level fall below this elevation. Thus, it is very possible statistically that the water level will not go below El. 169 for years at a time. Additionally, the City of Newark intends to utilize the reservoir as one aspect of its water supply sources. In doing so, possible maintenance of the lower elevations will be included in its water usage plan.

<u>Soil Strength Data and Interface Tests:</u> During the design process, soil-to-soil interface shear tests were performed in the saturated condition on site soils with about 25 percent passing the No. 200 sieve and compacted to about 93 percent of ASTM D 698. These test results indicated a peak friction angle of 34 degrees with an adhesion of 130 psf and large displacement friction angle of 32 degrees with an adhesion of 80 psf (1, 2, and 4 psi confining stresses). These results are part of the Geotechnical Data Report in the bid documents and are presented in Appendix A.

Interface shear testing of on-site soils (same as above) in contact with 16 oz/sy non-woven needle-punched (NWNP) geotextile indicate peak and large displacement friction angles of 33 degrees and peak and large displacement adhesions of 75 psf (see Appendix A for data).

<u>Stability Analyses:</u> URS performed stability analyses of the Zone IV cover soils using infinite slope analysis for the cases of dry, submerged and seepage (drawdown) conditions. Conservatively, using a friction angle of 31 degrees and adhesion of 40 psf on a 3H:1V slope yields the following results. These results apply to both the soil-to-soil and soil-to-NWNP geotextile interface due to similar values.

Response to Surety
Newark Reservoir Project
January 30, 2004
Page 8

Table 3
Summary of Cover Soils Internal and Interface Stability Analyses

| Condition | Factor of Safety |
|---|---|
| Dry | 2.5 |
| Submerged | 3.3 |
| Seepage (Drawdown) | 1.6 |

<u>Stability Evaluation:</u> The results clearly indicate that the factors of safety are adequate (i.e., more than 1.3) for the various conditions including drawdown. GNRA has acknowledged that the dry condition has adequate factor of safety. We have demonstrated that the drawdown case also has adequate factor of safety using site-specific data.

<u>Maintenance Issues:</u> In their January 13, 2004 letter, GNRA alluded to long-term maintenance issues associated with the cover soils below El. 169. During the design process, URS worked with the City to optimize the interior slope configuration. As previously discussed, using historical data and statistical analysis, it was decided to place slope protection above the bench and protective cover soils below the bench. It was recognized that some maintenance of the lower cover soils would be required following infrequent periods when the reservoir would be drawn down below the slope protection. As part of normal operational procedures, the cover soils would be examined and any erosion repaired prior to refilling the reservoir. In addition, in the event of some erosion of the cover soils, the NWNP geotextile will protect the LLDPE liner until cover soil repairs are made. We disagree with GNRA that these maintenance issues represent a safety issue or catastrophic failure scenario. Even if the cover soils were not replaced immediately, the NWNP geotextile provides protection for the LLDPE geomembrane. In the event that the geomembrane is exposed, it would take 10 years or more before the LLDPE geomembrane would show signs of degradation (i.e., loss of mechanical properties due to depletion of anti-oxidants).

We completely disagree with the assumption made that the LLDPE liner can float away if the cover soils erode. Significant amounts of water must penetrate through the liner for this to happen. This would require large holes in the liner, which obviously is not acceptable

construction practice. The liner construction quality control and assurance program and the liner electrical leak location survey which are part of this project, are intended to prevent such an occurrence. In addition, there will also be first-filling and long-term monitoring programs for the detection of leakage. The probability of the water level receding below the high groundwater condition is extremely low during normal reservoir operations. The sub-liner drainage system is also designed to manage groundwater intrusion.

Summary: The cover soils are stable to construct. GNRA acknowledges that the cover soils provide adequate slope stability during placement – this contradicts statements by DMD that the cover soil is not constructable. The rain sheets that GNRA suggests should have been part of temporary erosion control measures that DMD is required to perform. DMD was reminded repeatedly that it was the contractor's responsibility to mitigate erosion to the cover soils and rain sheets were suggested. There will likely be some maintenance of the cover soils during the service of the reservoir. This is expected and has been discussed with the City of Newark. This will be handled as part of the regular operation and maintenance of the reservoir. Again, this reservoir will be only one of three water supply sources that the City of Newark will be responsible for upon completion of this project.

**Wetland Berm**

Regarding the wetland berm, this "berm" is small and intended to direct very slowly moving water along a channel around the perimeter of the reservoir to a bed of sand at the north end. There, the water will drain through the sand, into drainage pipes and into the reservoir. The purpose for the recirculation is to keep the water in the reservoir clean and fresh. The berm will be lined with topsoil and planted with wetland plants. Water will seep into this soil. The soil will be saturated at the water level in the channel. The excessive ballast of R-4 and R-5 rip rap (at a thickness of 1 to 1 ½ feet) along this channel is designed to hold the berm in-place with one foot of water. Finally, the berm can be built, shaped, and planted as designed.

Response to Surety
Newark Reservoir Project
January 30, 2004
Page 10

### Closing

This concludes our technical response to the Surety and the erroneous allegations made by Surety consultant GNRA. As we stated earlier, GNRA chose to ignore actual site-specific data, made incorrect assumptions, performed partial analyses, misrepresented discussions, and ignored successful performance histories of similar facilities. We remain confident in the integrity, safety and constructability of the design.

Very truly yours,

John C. Volk, P.E.
Principal Engineer
Delaware P.E. No. 9090

Mark F. Prouty, P.E.
Project Manager
Delaware P.E. No. 6103

Attachments:
    References
    Appendix A – Interface Shear Test Results
    Appendix B – Slope Stability Analyses
    Appendix C – Fabriform Case Histories
    Appendix D – SGI Letter

cc:   Mr. Joe Dombrowski, P.E., City of Newark
      Mr. Roger Akin, City of Newark
      Mr. Paul Cottrell, Tighe, Cottrell & Logan, PA
      Mr. Joe Kula, P.E., URS
      Mr. Ron Frobel, P.E., R.K. Frobel & Assoc.

# REFERENCES

Achilleos, E. (1988) "User Guide for PCSTABL5M", Joint Highway Research Project, Report No. JHRP-88/19, Purdue University, December.

Giroud, J.P. and Beech, J.F. (1989) "Stability of Soil Layers on Geosynthetic Lining Systems", Geosynthetics '89 Conference Proceedings, pp. 35-46.

Spencer, E. (1967) "A Method of Analysis of the Stability of Embankments Assuming Parallel Interslice Forces", Geotechnique, Vol. 17, No. 1, pp. 11-26.

Wright, S.G. (1991) "UTEXAS3, A Computer Program for Slope Stability Calculations", Shinoak Software, Austin, Texas, September.

# Appendix A







