Appendix B



DETAIL A
NOT TO SCALE

DISTANCE IN FEET

ELEVATION IN FEET

| SOIL NO. | DESCRIPTION | UNIT WEIGHT (PCF) | COHESION (PSF) | φ(°) |
|---|---|---|---|---|
| 1 | SILTY SAND | 115 | 0 | 30 |
| 2 | RIP-RAP | 110 | 0 | 42 |
| 3 | FABRIFORM | 130 | 0 | 36 |
| 4 | SILTY SAND | 115 | 0 | 30 |
| 5 | INTERFACE | 115 | VARIES | VARIES |
| 6 | SILTY SAND | 115 | 0 | 30 |

SLOPE STABILITY ANALYSIS
LINER SYSTEM
WATER SUPPLY RESERVOIR
CITY OF NEWARK, DELAWARE

Job: 28506536.60001
Prepared By: TFP
Checked By: ACV
Date: 01/20/2004

FIG. B-1

B1.dwg



SLIDING FAILURE SURFACE

| SOIL NO. | DESCRIPTION | UNIT WEIGHT (PCF) | COHESION (PSF) | φ (°) |
|---|---|---|---|---|
| 1 | SILTY SAND | 115 | 0 | 30 |
| 2 | RIP-RAP | 110 | 0 | 42 |
| 3 | FABRIFORM | 130 | 0 | 35 |
| 4 | SILTY SAND | 115 | 0 | 30 |
| 5 | INTERFACE | 115 | VARIES | VARIES |
| 6 | SILTY SAND | 115 | 0 | 30 |

SLOPE STABILITY ANALYSIS
LINER SYSTEM
WATER SUPPLY RESERVOIR
CITY OF NEWARK, DELAWARE

Job: 020085.50.0001
Prepared by: BP
Checked by: RV
Date: 01/20/2004

FIG. B-2

ELEVATION IN FEET

DISTANCE IN FEET



FAILURE SURFACE THRU
GEOTEXTILE — ENTIRE
UPPER SLOPE

| SOIL NO. | DESCRIPTION | UNIT WEIGHT (PCF) | COHESION (PSF) | φ(°) |
|---|---|---|---|---|
| 1 | SILTY SAND | 115 | 0 | 30 |
| 2 | RIP-RAP | 110 | 0 | 42 |
| 3 | FABRIFORM | 130 | 0 | 35 |
| 4 | SILTY SAND | 115 | 0 | 30 |
| 5 | INTERFACE | 115 | VARIES | VARIES |
| 6 | SILTY SAND | 115 | 0 | 30 |

SLOPE STABILITY ANALYSIS
LINER SYSTEM
WATER SUPPLY RESERVOIR
CITY OF NEWARK, DELAWARE

Job: 20600603.00001
Prepared by: EP
Checked by: JCW
Date: 01/30/2004

FIG. B-3

DISTANCE IN FEET

ELEVATION IN FEET



FAILURE SURFACE THRU
GEOTEXTILE – RIP-RAP
PORTION OF UPPER SLOPE

| SOIL NO. | DESCRIPTION | UNIT WEIGHT (PCF) | COHESION (PSF) | φ (°) |
|---|---|---|---|---|
| 1 | SILTY SAND | 115 | 0 | 30 |
| 2 | RIP-RAP | 110 | 0 | 42 |
| 3 | FABRIFORM | 130 | 0 | 36 |
| 4 | SILTY SAND | 115 | 0 | 30 |
| 5 | INTERFACE | 115 | VARIES | VARIES |
| 6 | SILTY SAND | 115 | 0 | 30 |

SLOPE STABILITY ANALYSIS
LINER SYSTEM
WATER SUPPLY RESERVOIR
CITY OF NEWARK, DELAWARE

Job: 2000.6SM.00031
Prepared by: TFP
Checked by: TCV
Date: 01/20/2004

FIG. B-4

DISTANCE IN FEET

ELEVATION IN FEET

UTEXAS3 - VER. 1.208 - 2/22/98 - (C) 1985-1998 S. G. WRIGHT
Ten (10) copies licensed to Woodward-Clyde Int'l - Denver, CO
Date:  1:29:2004    Time: 16: 4: 3    Input file: nr01.dat

TABLE NO. 1
```
**********************************************
* COMPUTER PROGRAM DESIGNATION - UTEXAS3 *
* Originally Coded By Stephen G. Wright   *
* Version No. 1.208                       *
* Last Revision Date  2/22/98             *
* (C) Copyright 1985-1998 S. G. Wright    *
* All Rights Reserved                     *
*                                         *
**********************************************
```

*Performed by: ffm*
*1-29-2004*
*Checked by: JW*
*1/29/04*

```
************************************************************
*                                                        *
*      RESULTS OF COMPUTATIONS PERFORMED USING THIS COMPUTER *
* PROGRAM SHOULD NOT BE USED FOR DESIGN PURPOSES UNLESS THEY *
* HAVE BEEN VERIFIED BY INDEPENDENT ANALYSES, EXPERIMENTAL   *
* DATA OR FIELD EXPERIENCE. THE USER SHOULD UNDERSTAND THE   *
* ALGORITHMS AND ANALYTICAL PROCEDURES USED IN THE COMPUTER  *
* PROGRAM AND MUST HAVE READ ALL DOCUMENTATION FOR THIS      *
* PROGRAM BEFORE ATTEMPTING ITS USE.                        *
*                                                        *
*      NEITHER SHINOAK SOFTWARE NOR STEPHEN G. WRIGHT       *
* MAKE OR ASSUME LIABILITY FOR ANY WARRANTIES, EXPRESSED OR  *
* IMPLIED, CONCERNING THE ACCURACY, RELIABILITY, USEFULNESS  *
* OR ADAPTABILITY OF THIS COMPUTER PROGRAM.                 *
*                                                        *
************************************************************
```
UTEXAS3 - VER. 1.208 - 2/22/98 - (C) 1985-1998 S. G. WRIGHT
Ten (10) copies licensed to Woodward-Clyde Int'l - Denver, CO
Date:  1:29:2004    Time: 16: 4: 3    Input file: nr01.dat
  Newark Reservoir
  Wetland Bench and Liner System - Global Stability
  Non-Circular Search, nr01.dat

TABLE NO.  2
```
**************************
* NEW PROFILE LINE DATA *
**************************
```

*SLIDING STABILITY*
*INTERFACE:*
$\phi = 16°$
$C_a = 15 psf$

PROFILE LINE  1 - MATERIAL TYPE =  4
Silty Sand

| Point | X | Y |
|-------|--------|---------|
| 1 | 10.000 | 150.000 |
| 2 | 60.000 | 150.000 |
| 3 | 117.000 | 169.000 |
| 4 | 121.500 | 169.000 |

PROFILE LINE  2 - MATERIAL TYPE =  3
Fabriform

| Point | X | Y |
|-------|---|---|

| | | |
|---|---|---|
| 1 | 120.000 | 168.500 |
| 2 | 121.500 | 169.000 |
| 3 | 131.000 | 169.000 |
| 4 | 148.500 | 176.000 |
| 5 | 152.500 | 176.000 |
| 6 | 172.500 | 184.000 |

**PROFILE LINE 3 - MATERIAL TYPE = 2**
Rip-Rap

| Point | X | Y |
|---|---|---|
| 1 | 148.500 | 176.000 |
| 2 | 166.000 | 183.000 |
| 3 | 173.000 | 187.500 |
| 4 | 176.000 | 187.500 |

**PROFILE LINE 4 - MATERIAL TYPE = 1**
Silty Sand

| Point | X | Y |
|---|---|---|
| 1 | 172.500 | 184.000 |
| 2 | 176.000 | 187.500 |
| 3 | 177.500 | 186.000 |
| 4 | 185.000 | 186.000 |

**PROFILE LINE 5 - MATERIAL TYPE = 3**
Fabriform

| Point | X | Y |
|---|---|---|
| 1 | 172.400 | 183.500 |
| 2 | 172.500 | 184.000 |
| 3 | 177.500 | 184.000 |

**PROFILE LINE 6 - MATERIAL TYPE = 5**
Interface

| Point | X | Y |
|---|---|---|
| 1 | 10.000 | 148.500 |
| 2 | 60.000 | 148.500 |
| 3 | 120.000 | 168.500 |
| 4 | 131.000 | 168.500 |
| 5 | 148.500 | 175.500 |
| 6 | 152.500 | 175.500 |
| 7 | 172.500 | 183.500 |
| 8 | 177.400 | 183.500 |
| 9 | 177.500 | 184.000 |

**PROFILE LINE 7 - MATERIAL TYPE = 6**
Foundation Soil

| Point | X | Y |
|---|---|---|

| | | |
|---|---|---|
| 1 | 10.000 | 148.400 |
| 2 | 60.000 | 148.400 |
| 3 | 120.000 | 168.400 |
| 4 | 131.000 | 168.400 |
| 5 | 148.500 | 175.400 |
| 6 | 152.500 | 175.400 |
| 7 | 172.500 | 183.400 |
| 8 | 177.400 | 183.400 |
| 9 | 177.500 | 184.000 |
| 10 | 185.000 | 184.000 |

All new profile lines defined - No old lines retained

1    UTEXAS3 - VER. 1.208 - 2/22/98 - (C) 1985-1998 S. G. WRIGHT
Ten (10) copies licensed to Woodward-Clyde Int'l - Denver, CO
Date: 1:29:2004    Time: 16: 4: 3    Input file: nr01.dat
    Newark Reservoir
    Wetland Bench and Liner System - Global Stability
    Non-Circular Search, nr01.dat

TABLE NO.  3
*******************************************************************
* NEW MATERIAL PROPERTY DATA - CONVENTIONAL/FIRST-STAGE COMPUTATIONS *
*******************************************************************

DATA FOR MATERIAL TYPE  1
Silty Sand

    Unit weight of material =  115.000

    CONVENTIONAL (ISOTROPIC) SHEAR STRENGTHS
    Cohesion - - - - - - - -        .000
    Friction angle - - - - -  30.000 degrees

    Pore water pressures defined by piezometric line
    Number of the piezometric line used =  1
    Negative pore pressures set to zero

DATA FOR MATERIAL TYPE  2
Rip-Rap

    Unit weight of material =  110.000

    CONVENTIONAL (ISOTROPIC) SHEAR STRENGTHS
    Cohesion - - - - - - - -        .000
    Friction angle - - - - -  42.000 degrees

    Pore water pressures defined by piezometric line
    Number of the piezometric line used =  1
    Negative pore pressures set to zero

DATA FOR MATERIAL TYPE  3
Fabriform

    Unit weight of material =  130.000

    CONVENTIONAL (ISOTROPIC) SHEAR STRENGTHS
    Cohesion - - - - - - - -  (      .000

Friction angle - - - - - 36.000 degrees

Pore water pressures defined by piezometric line
Number of the piezometric line used = 1
Negative pore pressures set to zero

DATA FOR MATERIAL TYPE  4
Silty Sand

    Unit weight of material = 110.000

    CONVENTIONAL (ISOTROPIC) SHEAR STRENGTHS
    Cohesion - - - - - - - -        .000
    Friction angle - - - - - 30.000 degrees

Pore water pressures defined by piezometric line
Number of the piezometric line used = 1
Negative pore pressures set to zero

DATA FOR MATERIAL TYPE 5
Interface Material

    Unit weight of material = 115.000

    CONVENTIONAL (ISOTROPIC) SHEAR STRENGTHS
    Cohesion - - - - - - - -     15.000
    Friction angle - - - - - 16.000 degrees

Pore water pressures defined by piezometric line
Number of the piezometric line used = 1
Negative pore pressures set to zero

DATA FOR MATERIAL TYPE  6
Foundation Soil

    Unit weight of material = 115.000

    CONVENTIONAL (ISOTROPIC) SHEAR STRENGTHS
    Cohesion - - - - - - - -        .000
    Friction angle - - - - - 30.000 degrees

Pore water pressures defined by piezometric line
Number of the piezometric line used = 1
Negative pore pressures set to zero

All new material properties defined - No old data retained
UTEXAS3 - VER. 1.208 - 2/22/98 - (C) 1985-1998 S. G. WRIGHT
Ten (10) copies licensed to Woodward-Clyde Int'l - Denver, CO
Date: 1:29:2004    Time: 16: 4: 3    Input file: nr01.dat
  Newark Reservoir
    Wetland Bench and Liner System - Global Stability
    Non-Circular Search, nr01.dat

TABLE NO.  5
**********************************************************************
* NEW PIEZOMETRIC LINE DATA - CONVENTIONAL/FIRST-STAGE COMPUTATIONS *
**********************************************************************

```
Line
No.    Point       X           Y

  1 - Unit weight of water =   62.40
  1       1     10.000     140.000
  1       2    185.000     140.000
```

All new piezometric lines defined - No old lines retained
UTEXAS3 - VER. 1.208 - 2/22/98 - (C) 1985-1998 S. G. WRIGHT
Ten (10) copies licensed to Woodward-Clyde Int'l - Denver, CO
Date:  1:29:2004    Time: 16: 4: 3   Input file: nr01.dat
  Newark Reservoir
  Wetland Bench and Liner System - Global Stability
  Non-Circular Search, nr01.dat

TABLE NO. 14
*******************************************************
*            NEW REINFORCEMENT LINE DATA              *
* (USED FOR FIRST-STAGE AND SECOND-STAGE OF COMPUTATIONS) *
*******************************************************

REINFORCEMENT LINE  1

Maximum rotation angle:        .00
Option = 2 - Reinforcement force only applied to base of slice

| Point | X | Y | Longitudinal Force | Transverse Force |
|-------|---------|---------|-----------|-----------|
| 1 | 120.000 | 168.500 | .00000E+00 | .00000E+00 |
| 2 | 131.000 | 168.500 | .00000E+00 | .00000E+00 |
| 3 | 148.500 | 175.500 | .00000E+00 | .00000E+00 |
| 4 | 152.500 | 175.500 | .00000E+00 | .00000E+00 |
| 5 | 169.700 | 182.500 | .00000E+00 | .00000E+00 |
| 6 | 172.500 | 183.500 | .00000E+00 | .00000E+00 |
| 7 | 177.500 | 183.500 | .00000E+00 | .00000E+00 |

All new reinforcement lines defined - No old lines retained
UTEXAS3 - VER. 1.208 - 2/22/98 - (C) 1985-1998 S. G. WRIGHT
Ten (10) copies licensed to Woodward-Clyde Int'l - Denver, CO
Date:  1:29:2004    Time: 16: 4: 3   Input file: nr01.dat
  Newark Reservoir
  Wetland Bench and Liner System - Global Stability
  Non-Circular Search, nr01.dat

TABLE NO. 15
*********************************
* NEW ANALYSIS/COMPUTATION DATA *
*********************************

Noncircular Shear Surface(s)

Automatic Search Performed

Coordinates of points on shear surface which are to be shifted -

```
                Wetland Bench and Liner System - Global Stability
                Non-Circular Search, nr01.dat

TABLE NO. 39
*****************************************************************
*   Final Results for Side Forces and Stresses Between Slices.  *
*   (Results for Critical Shear Surface in Case of a Search.)   *
*****************************************************************

SPENCER'S PROCEDURE USED TO COMPUTE FACTOR OF SAFETY
Factor of Safety =  1.496      Side Force Inclination =  16.08 Degrees
```

1

```
UTEXAS3 - VER. 1.208 - 2/22/98 - (C) 1985-1998 S. G. WRIGHT
Ten (10) copies licensed to Woodward-Clyde Int'l - Denver, CO
Date:  1:29:2004   Time: 16:31:53   Input file: nr14a.dat
```

```
TABLE NO. 1
*******************************************
* COMPUTER PROGRAM DESIGNATION - UTEXAS3 *
* Originally Coded By Stephen G. Wright   *
* Version No. 1.208                       *
* Last Revision Date  2/22/98             *
* (C) Copyright 1985-1998 S. G. Wright    *
* All Rights Reserved                     *
*******************************************
```

*Performed by: PM*
*1-29-04*

*Checked by: JCV*
*1/29/04*

```
*********************************************************
*                                                       *
*      RESULTS OF COMPUTATIONS PERFORMED USING THIS COMPUTER *
* PROGRAM SHOULD NOT BE USED FOR DESIGN PURPOSES UNLESS THEY *
* HAVE BEEN VERIFIED BY INDEPENDENT ANALYSES, EXPERIMENTAL *
* DATA OR FIELD EXPERIENCE. THE USER SHOULD UNDERSTAND THE *
* ALGORITHMS AND ANALYTICAL PROCEDURES USED IN THE COMPUTER *
* PROGRAM AND MUST HAVE READ ALL DOCUMENTATION FOR THIS *
* PROGRAM BEFORE ATTEMPTING ITS USE.                    *
*                                                       *
*      NEITHER SHINOAK SOFTWARE NOR STEPHEN G. WRIGHT   *
* MAKE OR ASSUME LIABILITY FOR ANY WARRANTIES, EXPRESSED OR *
* IMPLIED, CONCERNING THE ACCURACY, RELIABILITY, USEFULNESS *
* OR ADAPTABILITY OF THIS COMPUTER PROGRAM.             *
*                                                       *
*********************************************************
```

1

```
UTEXAS3 - VER. 1.208 - 2/22/98 - (C) 1985-1998 S. G. WRIGHT
Ten (10) copies licensed to Woodward-Clyde Int'l - Denver, CO
Date:  1:29:2004   Time: 16:31:53   Input file: nr14a.dat
   Newark Reservoir
   Wetland Bench and Liner System - Stability - Lower Slope
   Non-Circular Search, nr14a.dat
```

```
TABLE NO.  2
*****************************
* NEW PROFILE LINE DATA *
*****************************
```

```
PROFILE LINE  1 - MATERIAL TYPE =   4
Silty Sand
```

FAILURE SURFACE THRU GEOTEXTILE — ENTIRE UPPER SLOPE

INTERFACE:
$\phi = 16°$
$C_a = 15 \, psf$

| Point | X | Y |
|-------|---------|---------|
| 1 | 10.000 | 150.000 |
| 2 | 60.000 | 150.000 |
| 3 | 117.000 | 169.000 |
| 4 | 121.500 | 169.000 |

```
PROFILE LINE  2 - MATERIAL TYPE =   3
Fabriform
```

| Point | X | Y |
|-------|---|---|

| | | |
|---|---|---|
| 1 | 120.000 | 168.500 |
| 2 | 121.500 | 169.000 |
| 3 | 131.000 | 169.000 |
| 4 | 148.500 | 176.000 |
| 5 | 152.500 | 176.000 |
| 6 | 172.500 | 184.000 |

PROFILE LINE 3 - MATERIAL TYPE = 2
Rip-Rap

| Point | X | Y |
|---|---|---|
| 1 | 148.500 | 176.000 |
| 2 | 166.000 | 183.000 |
| 3 | 173.000 | 187.500 |
| 4 | 176.000 | 187.500 |

PROFILE LINE 4 - MATERIAL TYPE = 1
Silty Sand

| Point | X | Y |
|---|---|---|
| 1 | 172.500 | 184.000 |
| 2 | 176.000 | 187.500 |
| 3 | 177.500 | 186.000 |
| 4 | 185.000 | 186.000 |

PROFILE LINE 5 - MATERIAL TYPE = 3
Fabriform

| Point | X | Y |
|---|---|---|
| 1 | 172.400 | 183.500 |
| 2 | 172.500 | 184.000 |
| 3 | 177.500 | 184.000 |

PROFILE LINE 6 - MATERIAL TYPE = 5
Interface

| Point | X | Y |
|---|---|---|
| 1 | 10.000 | 148.500 |
| 2 | 60.000 | 148.500 |
| 3 | 120.000 | 168.500 |
| 4 | 131.000 | 168.500 |
| 5 | 148.500 | 175.500 |
| 6 | 152.500 | 175.500 |
| 7 | 172.500 | 183.500 |
| 8 | 177.400 | 183.500 |
| 9 | 177.500 | 184.000 |

PROFILE LINE 7 - MATERIAL TYPE = 6
Foundation Soil

| Point | X | Y |
|---|---|---|

| | | |
|---|---|---|
| 1 | 10.000 | 148.400 |
| 2 | 60.000 | 148.400 |
| 3 | 120.000 | 168.400 |
| 4 | 131.000 | 168.400 |
| 5 | 148.500 | 175.400 |
| 6 | 152.500 | 175.400 |
| 7 | 172.500 | 183.400 |
| 8 | 177.400 | 183.400 |
| 9 | 177.500. | 184.000 |
| 10 | 185.000 | 184.000 |

All new profile lines defined - No old lines retained
UTEXAS3 - VER. 1.208 - 2/22/98 - (C) 1985-1998 S. G. WRIGHT
Ten (10) copies licensed to Woodward-Clyde Int'l - Denver, CO
Date: 1:29:2004   Time: 16:31:53   Input file: nr14a.dat
   Newark Reservoir
   Wetland Bench and Liner System - Stability - Lower Slope
   Non-Circular Search, nr14a.dat

TABLE NO.  3
*******************************************************************
* NEW MATERIAL PROPERTY DATA - CONVENTIONAL/FIRST-STAGE COMPUTATIONS *
*******************************************************************

DATA FOR MATERIAL TYPE  1
Silty Sand

     Unit weight of material = 115.000

     CONVENTIONAL (ISOTROPIC) SHEAR STRENGTHS
     Cohesion - - - - - - - -       .000
     Friction angle - - - - - 30.000 degrees

     Pore water pressures defined by piezometric line
     Number of the piezometric line used = 1
     Negative pore pressures set to zero

DATA FOR MATERIAL TYPE  2
Rip-Rap

     Unit weight of material = 110.000

     CONVENTIONAL (ISOTROPIC) SHEAR STRENGTHS
     Cohesion - - - - - - - -       .000
     Friction angle - - - - - 42.000 degrees

     Pore water pressures defined by piezometric line
     Number of the piezometric line used = 1
     Negative pore pressures set to zero

DATA FOR MATERIAL TYPE  3
Fabriform

     Unit weight of material = 130.000

     CONVENTIONAL (ISOTROPIC) SHEAR STRENGTHS
     Cohesion - - - - - - - -       .000

Friction angle - - - - - 36.000 degrees

Pore water pressures defined by piezometric line
Number of the piezometric line used = 1
Negative pore pressures set to zero

DATA FOR MATERIAL TYPE  4
Silty Sand

Unit weight of material = 110.000

CONVENTIONAL (ISOTROPIC) SHEAR STRENGTHS
Cohesion - - - - - - - -         .000
Friction angle - - - - - 30.000 degrees

Pore water pressures defined by piezometric line
Number of the piezometric line used = 1
Negative pore pressures set to zero

DATA FOR MATERIAL TYPE  5
Interface Material

Unit weight of material = 115.000

CONVENTIONAL (ISOTROPIC) SHEAR STRENGTHS
Cohesion - - - - - - - -       15.000
Friction angle - - - - - 16.000 degrees

Pore water pressures defined by piezometric line
Number of the piezometric line used = 1
Negative pore pressures set to zero

DATA FOR MATERIAL TYPE  6
Foundation Soil

Unit weight of material = 115.000

CONVENTIONAL (ISOTROPIC) SHEAR STRENGTHS
Cohesion - - - - - - - -         .000
Friction angle - - - - - 30.000 degrees

Pore water pressures defined by piezometric line
Number of the piezometric line used = 1
Negative pore pressures set to zero

1  All new material properties defined - No old data retained
UTEXAS3 - VER. 1.208 - 2/22/98 - (C) 1985-1998 S. G. WRIGHT
Ten (10) copies licensed to Woodward-Clyde Int'l - Denver, CO
Date:  1:29:2004   Time: 16:31:53   Input file: nr14a.dat
   Newark Reservoir
   Wetland Bench and Liner System - Stability - Lower Slope
   Non-Circular Search, nr14a.dat

TABLE NO.  5
*****************************************************************
* NEW PIEZOMETRIC LINE DATA - CONVENTIONAL/FIRST-STAGE COMPUTATIONS *
*****************************************************************

```
        Line
        No.    Point      X            Y

        1 - Unit weight of water =     62.40
        1      1      10.000       140.000
        1      2      185.000      140.000
```

All new piezometric lines defined - No old lines retained
UTEXAS3 - VER. 1.208 - 2/22/98 - (C) 1985-1998 S. G. WRIGHT
Ten (10) copies licensed to Woodward-Clyde Int'l - Denver, CO
Date: 1:29:2004   Time: 16:31:53   Input file: nr14a.dat
   Newark Reservoir
   Wetland Bench and Liner System - Stability - Lower Slope
   Non-Circular Search, nr14a.dat

TABLE NO. 14
*********************************************************
*            NEW REINFORCEMENT LINE DATA               *
* (USED FOR FIRST-STAGE AND SECOND-STAGE OF COMPUTATIONS) *
*********************************************************

REINFORCEMENT LINE  1

Maximum rotation angle:      .00
Option = 2 - Reinforcement force only applied to base of slice

```
                                    Longitudinal   Transverse
        Point     X         Y         Force         Force

        1      152.500   175.500   .00000E+00    .00000E+00
        2      169.700   182.500   .80000E+03    .00000E+00
        3      172.500   183.500   .80000E+03    .00000E+00
        4      177.500   183.500   .00000E+00    .00000E+00
```

All new reinforcement lines defined - No old lines retained
UTEXAS3 - VER. 1.208 - 2/22/98 - (C) 1985-1998 S. G. WRIGHT
Ten (10) copies licensed to Woodward-Clyde Int'l - Denver, CO
Date: 1:29:2004   Time: 16:31:53   Input file: nr14a.dat
   Newark Reservoir
   Wetland Bench and Liner System - Stability - Lower Slope
   Non-Circular Search, nr14a.dat

TABLE NO. 15
*********************************
* NEW ANALYSIS/COMPUTATION DATA *
*********************************

Noncircular Shear Surface(s)

Computations Performed for Single Shear Surface

Shear Surface Coordinates -

        Point         X                Y

6/7

| | | |
|---|---|---|
| 1 | 117.000 | 169.000 |
| 2 | 120.000 | 168.450 |
| 3 | 131.000 | 168.450 |
| 4 | 148.500 | 175.450 |
| 5 | 152.500 | 175.450 |
| 6 | 170.000 | 182.450 |
| 7 | 173.000 | 187.500 |

```
        SUM OF FORCES IN VERTICAL DIRECTION      =        .00   (=  .148E-03)
             SHOULD NOT EXCEED     .100E+03
        SUM OF FORCES IN HORIZONTAL DIRECTION    =        .00   (=  .170E-03)
             SHOULD NOT EXCEED     .100E+03
        SUM OF MOMENTS ABOUT COORDINATE ORIGIN = -3.38   (= -.338E+01)
             SHOULD NOT EXCEED     .100E+03
        SHEAR STRENGTH/SHEAR FORCE CHECK-SUM     =        .00   (=  .536E-04)
             SHOULD NOT EXCEED     .100E+03
```

1

```
UTEXAS3 - VER. 1.208 - 2/22/98 - (C) 1985-1998 S. G. WRIGHT
Ten (10) copies licensed to Woodward-Clyde Int'l - Denver, CO
Date:  1:29:2004   Time: 16:31:53   Input file: nr14a.dat
   Newark Reservoir
   Wetland Bench and Liner System - Stability - Lower Slope
   Non-Circular Search, nr14a.dat

TABLE NO. 39
*****************************************************************
*  Final Results for Side Forces and Stresses Between Slices.  *
*  (Results for Critical Shear Surface in Case of a Search.)   *
*****************************************************************

SPENCER'S PROCEDURE USED TO COMPUTE FACTOR OF SAFETY
Factor of Safety = 1.788      Side Force Inclination =  13.28 Degrees
```

**Appendix C**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FABRIFORM® PROJECTS FOR RETENTION AND LEACHATE PONDS

### EME Generation – Homer City Power Plant – Homer City, Pennsylvania
141,500 SF of 3" Hydrolining Unimat 100% Polypropylene was installed on a 2:1 Slope over a nonwoven Geotextile on top of a 60 Mil HDPE Liner in 2003.

### City of Clovis – Water Retention Pond – Clovis, New Mexico
750,000 SF of 4" Fabriform Unimat was installed on a 2:1 Slope over a Clay Liner in 2001.

### Calpine Power – Retention Pond – Reading, Pennsylvania
85,000 SF of 8" Fabriform Filterpoint and 6" Unimat was installed on 3:1 Side Slopes over a nonwoven Geotextile on top of a HDPE Liner in 2000.

### Penelec Keystone Generation – Shelocta, Pennsylvania
185,000 SF of 6" Hydrolining Unimat 100% Polypropylene was installed on 2:1 Side Slopes over a nonwoven Geotextile on top of a HDPE Liner in 2000.

### GPU – Portland – Portland Generating Plant – Bangor Pennsylvania
120,000 SF of 3" & 6" Hydrolining Unimat 100% Polypropylene was installed on 3:1 Side Slopes over a nonwoven Geotextile on top of a 50 Mil LLDPE Liner in 1999.

### Allegheny Power Systems – Armstrong Station – Kittaning, Pennsylvania
180,000 SF of 8" Fabriform Filterpoint was installed on 4:1 Side Slopes over a nonwoven Geotextile on top of a HDPE Liner in 1996.

### Santee Cooper Power Company – Cross, South Carolina
602,560 SF of 3" Fabriform Unimat Revetment installed on a geosynthetic clay liner in 1993 and 1994.

### Texas Utilities Electric Company – Tyler, Texas
592,900 SF of 4" Fabriform Unimat 100% Nylon was installed in a holding pond on 2:1 Side Slopes over a nonwoven Geotextile on top of a HDPE Liner in 1989.

### Orlando Utilities – Orlando Florida
649,904 SF of 4" Fabriform Unimat 100% Nylon was installed on a Gundel liner in a holding pond in 1984.

### City of Grand Forks – Grand Forks, Nebraska
1,291,200 SF of 4" Fabriform Unimat Revetment was installed on a Hypolon liner in three holding ponds in 1984.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FABRIFORM® PROJECTS
### To Protect Liners and Containment Projects

Homestead Air Force Base OU -11 Outfall Canal Homestead, Florida
   630,000 SF of 3" Unimat **Fabriform®** 100% Nylon is currently being installed for containing contaminated sediments in an existing canal with 2:1 side slopes

Mirdan Canal Section 1 & 2 – North Loup Division – Nebraska
   250,000 SF of 3" Unimat **Fabriform®** 100% Nylon was installed on a PVC liner as a subsidence repair project in 2001 & 2000 – 1.5:1 Side Slopes

Town of Smithtown – Suffolk County – Kings Park, New York
   225,000 SF of 4" Articulating Block **Fabriform®** 100% Nylon was installed on an 80 Mil VFPE Textured liner for a capping system in 2000 - 2:1 Slopes

Texas Eastern Transmission Corporation - Bernville, Pennsylvania
   65,000 SF of 3" Unimat **Fabriform®** 100% Nylon was installed in a pond for PCB containment, in 10 -15 foot of water in 1998 - 2:1 Side Slopes.

US Dept. of Energy – Oak Ridge, Tennessee
   495,880 SF of 4" AB **Fabriform®** 100% Nylon Revetment, with slope and transverse cables, was installed on a PVC liner in 1993 and 1994 - 2:1 Side Slopes

US Army, Corp. of Engineers - Montgomery County, Pennsylvania
   90,000 SF of 4" AB **Fabriform®** 100% Nylon Revetment with slope cables was installed on a Geomembrane liner for down chutes at Moyer Landfill, a Superfund Site in 1994 - 2:1 Slopes

Texas Utilities Electric Company – Tyler, Texas
   592,900 SF of 4" Unimat **Fabriform®** 100% Nylon was installed on a holding pond in 1989 - 2:1 Side Slopes

Orlando Utilities – Orlando, Florida
   649,904 SF of 4" Unimat **Fabriform®** 100% Nylon was installed on a Gundel liner in a holding pond in 1984.

City of Grand Forks - Grand Forks, Nebraska
   1,291,200 SF of 4" Unimat **Fabriform®** Revetment was installed on a Hypolon liner in three holding ponds in 1984.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FABRIFORM UNIMAT DIKE COVER PROJECTS

<u>Pennsylvania Electric Company - Piney Dam - Clarion, Pennsylvania</u>
18,300 SF of 6" FABRIFORM Unimat installed on 500 LF of Dike in the river to allow for dewatering the base of the dam in 1997.

<u>Corps of Engineers - Saint John River, Florida</u>
6" FABRIFORM Unimat installed on three (3) levees at pumping stations to protect against water leakage. Installed in 1992 thru 1994.

<u>Georgia Power Company - Milledgeville, Georgia</u>
4" FABRIFORM Unimat installed on 2500 LF of dike to provide an impermeable surface against water seepage. Installed in 1985.

<u>Lehigh Acres, Florida</u>
4" FABRIFORM Unimat installed on 300 LF of dike to protect against water seepage. Installed in 1989.

<u>Palm Coast Development - Palm Coast Florida</u>
4" FABRIFORM Unimat installed on 300 LF of dike to protect against water seepage. Installed in 1981.

<u>Georgia Power Company - Macon Georgia</u>
4" FABRIFORM Unimat installed on 2200 LF of dike to protect against water seepage. Installed in 1980

<u>City of Cambridge, Maryland - Choptank River</u>
4" FABRIFORM Unimat installed on earthen dike (2000 LF) to protect against the fluctuating wastewater levels on the inside of the holding pond, plus to hold back the Chesapeake Bay tides on the outside. Installed in 1972