IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

**ANSWERING BRIEF OF PLAINTIFF
TO FEDERAL'S MOTION IN LIMINE TO EXCLUDE
EVIDENCE OF THE DECEMBER 9, 2003 SETTLEMENT MEETING**

                                        POWELL, TRACHTMAN, LOGAN,
                                        CARRLE & LOMBARDO, P.C.
                                        Paul A. Logan
                                        Delaware Supreme Court ID #3339
                                        475 Allendale Road, Suite 200
                                        King of Prussia, PA 19406
                                        Telephone: 610-354-9700
                                        Telefacsimile: 610-354-9760
                                        *Attorneys for Plaintiff and Third Party*
                                        *Defendant Donald M. Durkin Contracting*

Dated: August 21, 2006

KOP:347879v1 3514-04

Plaintiff Donald M. Durkin Contracting, Inc. ("Durkin") does not oppose Federal's Motion in Limine to Exclude Evidence of the December 9, 2003 Settlement Meeting.

**POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO, P.C.**

By: ____/s/ Paul A. Logan_____
Paul A. Logan
Delaware Supreme Court ID #3339
475 Allendale Road, Suite 200
King of Prussia, PA 19406
Telephone: 610-354-9700
Telefacsimile: 610-354-9760
*Attorneys for Plaintiff and Third Party Defendant Donald M. Durkin Contracting*

Dated: August 21, 2006