IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* | |
| vs. | |
| CITY OF NEWARK, et al., *Defendants* | CASE NO. 04-0163-GMS |
| and | |
| CITY OF NEWARK, *Third-Party Plaintiff* | |
| vs. | |
| DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | |

**ANSWERING BRIEF OF PLAINTIFF
TO FEDERAL'S MOTION IN LIMINE TO EXCLUDE
THE EXPERTS AND REPORTS OF URS CORPORATION**

                                                      POWELL, TRACHTMAN, LOGAN,
                                                     CARRLE & LOMBARDO, P.C.
                                                     Paul A. Logan
                                                     Delaware Supreme Court ID #3339
                                                     475 Allendale Road, Suite 200
                                                     King of Prussia, PA 19406
                                                     Telephone: 610-354-9700
                                                     Telefacsimile: 610-354-9760
                                                     *Attorneys for Plaintiff and Third Party Defendant Donald M. Durkin Contracting*

Dated: August 21, 2006

KOP:347878v1 3514-04

Plaintiff Donald M. Durkin Contracting, Inc. ("Durkin") does not oppose Federal's Motion in Limine to Exclude the Experts and Reports of URS Corporation.

**POWELL, TRACHTMAN, LOGAN,
CARRLE & LOMBARDO, P.C.**

By: ___/s/ Paul A. Logan_____
Paul A. Logan
Delaware Supreme Court ID #3339
475 Allendale Road, Suite 200
King of Prussia, PA 19406
Telephone: 610-354-9700
Telefacsimile: 610-354-9760
*Attorneys for Plaintiff and Third Party
Defendant Donald M. Durkin Contracting*

Dated: August 21, 2006