IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

ANSWERING BRIEF OF PLAINTIFF
TO FEDERAL'S MOTION IN LIMINE TO EXCLUDE ANY REFERENCE TO
OR EVIDENCE OF THE CITY OF NEWARK'S ALLEGED DAMAGES

**POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO, P.C.**
Paul A. Logan
Delaware Supreme Court ID #3339
475 Allendale Road, Suite 200
King of Prussia, PA 19406
Telephone: 610-354-9700
Telefacsimile: 610-354-9760
*Attorneys for Plaintiff and Third Party Defendant Donald M. Durkin Contracting*

Dated: August 21, 2006

KOP:348098v1 3514-04

Plaintiff Donald M. Durkin Contracting, Inc. ("Durkin") joins in Federal's Motion in Limine to Exclude any Reference to or Evidence of the City of Newark's Alleged Damages.

POWELL, TRACHTMAN, LOGAN,
CARRLE & LOMBARDO, P.C.

By: _____
Paul A. Logan
Delaware Supreme Court ID #3339
475 Allendale Road, Suite 200
King of Prussia, PA 19406
Telephone: 610-354-9700
Telefacsimile: 610-354-9760
*Attorneys for Plaintiff and Third Party*
*Defendant Donald M. Durkin Contracting*

Dated: August 21, 2006