IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

## CERTIFICATE OF SERVICE

I hereby certify that the following documents are being served upon counsel of record listed below by first class mail:

1. Plaintiff's Trial Brief
2. Plaintiff's Motion in Limine to Preclude any Opinion Testimony or Analysis of Durkin's Bid on the Reservoir Project.
3. Plaintiff's Motion in Limine to Preclude the City from Asserting a Joint Defense Privilege Between the City and URS and Motion for an Order for the City to Immediately Produce any Documents Being Withheld Based Upon the Joint Defense Privilege.
4. Plaintiff's Motion for Bifurcation of the Liability and Damages Phases of the Trial.
5. Plaintiff's Motion for Relief From Intentional Destruction of "Briefing Packets" and any Other Information Provided to City Council in Advance of Council Meetings.
6. Plaintiff's Motion in Limine to Preclude the City From Offering Evidence That the Method of Payment for Incomplete Work is Other Than on a Time and Materials Basis.

7. Plaintiff's Motion in Limine to Exclude Evidence of Trespassing, Alleged Interference with Construction Activities and Arrests of Criminal Trespass of Michael Durkin and James Durkin.
8. Plaintiff's Motion for Relief from Intentional Destruction of Documentation Generated by the Resident Project Representative by the City's Consultant.
9. Plaintiff's Motion in Limine Regarding the Judicial Admission of the City of Newark Providing Prior Written Notice of Intent to Terminate the Contract.
10. Plaintiff's Response to Federal Insurance Company's Motion in Limine to Exclude any Reference to or Evidence of the City of Newark's Alleged Damages.
11. Plaintiff's Response to Federal Insurance Company's Motion in Limine to Exclude Evidence of the December 9, 2003 Meeting.
12. Plaintiff's Response to Federal Insurance Company's Motion in Limine to Exclude the February 4, 2004 Letter and any Reference Thereto.
13. Plaintiff's Response to Federal Insurance Company's Motion in Limine to Exclude the Deposition Errata Sheets of Carol Houck.
14. Plaintiff's Response to Federal Insurance Company's Motion in Limine to Exclude the Experts and Reports of URS Corporation.
15. Plaintiff's Response to the City of Newark's Motion in Limine Respecting the Method of Valuation of Plaintiff's Damages.
16. Plaintiff's Response to the City of Newark's Motion in Limine to Bar any Party From Calling Craig R. Calabria, Ph.D. to Testify.
17. Plaintiff's Response to the City of Newark's Motion in Limine Respecting the Civil Rights Claims.
18. Plaintiff's Motion to Strike the City of Newark's Motions in Limine Because They are Motions for Summary Judgment.
19. Plaintiff's Response to URS Corporation's Motion in Limine to Exclude Evidence Relating to Alleged Lack of Safety of the Newark Reservoir.

Paul Cottrell, Esquire
**TIGHE, COTTRELL & LOGAN, P.A.**
First Federal Plaza
Suite 500
P. O. Box 1031
Wilmington, DE 19899
Attorneys for City of Newark, Harold F. Godwin, John H. Farrell, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue
Suite 1500
P. O. Box 68
Wilmington, DE 19899
Attorneys for URS Corporation

| | |
|---|---|
| Patrick R. Kingsley, Jr., Esquire<br>Stradley Ronon Stevens & Young LLP<br>2600 One Commerce Square<br>Philadelphia, PA 19103-7098<br>Attorneys for Third-Party Defendant<br>Federal Insurance Company | Kevin W. Goldstein, Esquire<br>Stradley, Ronon, Stevens & Young, LLP<br>300 Delaware Avenue<br>Suite 800<br>P. O. Box 2170<br>Wilmington, DE 19801<br>Attorneys for Third-Party Defendant<br>Federal Insurance Company |

**Powell, Trachtman, Logan,
Carrle & Lombardo, P.C.**

By: _/s/ Paul A. Logan_
Paul A. Logan
Delaware Supreme Court ID #3339
475 Allendale Road, Suite 200
King of Prussia, PA 19406
Telephone: 610-354-9700
Telefacsimile: 610-354-9760
Attorneys for Plaintiff