

**CITY MANAGER'S OFFICE**
CITY OF NEWARK
220 Elkton Road • P.O. Box 390 • Newark, Delaware 19715-0390

302-366-7022 • Fax 302-366-7160 • http://newark.de.us

November 21, 2003

**FIRST CLASS AND REGISTERED MAIL**
Donald M. Durkin Contracting, Inc.
1310 Industrial Blvd., Suite 201
Southampton, PA 18966

**FIRST CLASS AND REGISTERED MAIL**
Federal Insurance Company           Agent:    The Shepherd Agency
One Liberty Place                              7051 Camp Hill Road
1650 Market Street                             Suite 200
Philadelphia, PA 19103-7301                    Fort Washington, PA 19034

Dear Sir or Madam:

      SUBJ:    City of Newark Contract No. 02-02
                    Construction of a Water Supply Reservoir
                    Bond No. 8128-39-26

    On behalf of the City of Newark, Delaware, I am writing to inform you that we are now considering declaring Donald M. Durkin Contracting, Inc. (DMD) in default of Newark Municipal Contract No. 02-02, pertaining to Construction of a Municipal Water Supply Reservoir. This precautionary letter has become necessary following DMD's failure to present a response to a means and methods for continuation of the project in accordance with our contract.

    As provided in the DMD performance bond on file with the City, we are requesting that a conference be held including surety representatives, DMD, URS Corporation representatives and the City of Newark. This meeting shall take place within fifteen (15) days of your receipt of this letter. The intent of the meeting will be to discuss methods for DMD's faithful completion of this contract consistent with its agreement with the City.

Page 2
November 21, 2003

    Please contact Assistant Administrator Carol Houck at 302-366-7020 to schedule this meeting or to ask any questions prompted by this letter.

                                Sincerely,

                                Carl F. Luft
                                City Manager

CSH/bk
c:    Carol S. Houck, Assistant Administrator
     Roger A. Akin, City Solicitor
     Joseph A. Dombrowski, Director of Water & Wastewater
     Joseph Kula, URS