Ellen Cavallaro

Page 19

1  BY MR. COTTRELL:
2      Q.   And that language tracks almost verbatim the
3  language of paragraph 3.1 of your bond, does it not?
4      A.   Yes.
5      Q.   So Federal did receive proper notice that the
6  City was about to declare Durkin in default as required
7  by paragraph 3.1?
8           MR. KINGSLEY:  Objection to the form.
9  BY MR. COTTRELL:
10     Q.   Correct?
11     A.   They sent me a letter that tracks some of the
12 language that's in the bond.
13     Q.   Well, do you have any reason to believe that
14 at that point in time this notice was not in compliance
15 with your paragraph 3.1 of Federal's bond?
16     A.   I had no reason to believe that.
17     Q.   And when was the letter received?
18     A.   I can't make out the numbers.  It does say
19 faxed to R. Towle 11/25.  Presumably, it would be on that
20 day or several days after that.  I don't remember when
21 Thanksgiving was that year, so I'm not sure.
22     Q.   Okay.  Now, that meeting actually took place
23 on December 9, 2003, in Newark, did it not?
24     A.   Yes.