IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* | CASE NO. 04-0163-GMS |
| vs. | JURY TRIAL DEMANDED |
| CITY OF NEWARK, et al., *Defendants* and | |
| CITY OF NEWARK, *Third-Party Plaintiff* | |
| vs. | |
| DONALD M. DURKIN CONTRACTING and FEDERAL INSURANCE COMPANY, *Third-Party Defendants* | |

## ENTRY OF APPEARANCE

TO THE CLERK:

　　Please enter my appearance on behalf of Plaintiff, Donald M. Durkin Contracting, Inc., in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　 /s/ Katharine L. Mayer_____
　　　　　　　　　　　　　　　　　　　　Thomas D. Walsh (DE BAR ID# 3783)
　　　　　　　　　　　　　　　　　　　　Katharine L. Mayer (DE BAR ID# 3758)
　　　　　　　　　　　　　　　　　　　　McCarter & English, LLP
　　　　　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1800
　　　　　　　　　　　　　　　　　　　　P.O. Box 111
　　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899
　　　　　　　　　　　　　　　　　　　　(302) 984-6300

August 30, 2006

ME1\5823001.1