## CERTIFICATE OF SERVICE

I, Katharine L. Mayer, do hereby certify that on August 30, 2006, I cause a true and

correct copy of the Entry of Appearance to be served electronically upon the following:

Paul A. Logan. Esq.
David T. Bolger, Esq.
475 Allendale Road, Suite 200
King of Prussia, PA  19406
*Attorneys for Plaintiff,*
*Donald M. Durkin Contracting, Inc.*

Paul Cottrell, Esq.
Victoria K. Petrone, Esq.
704 N. King Street
P.O. Box 1031
Wilmington, DE 19899
*Attorneys for Defendants,*
*City of Newark, Harold F. Godwin,*
*John H. Farrell, IV, Jerry Clifton,*
*Karl G. Kalbacher, David J. Athey,*
*Frank J. Osborne, Jr., and Christina Rewa*

James S. Green, Esq.
George H. Seitz, III, Esq.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
*Attorneys for Defendant,*
*USR Corporation*

                         _/s/ Katharine L. Mayer_____
                         Katharine L. Mayer (DE BAR ID# 3758)