# IN THE UNITED STATES DISTRICT COURT DELAWARE
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., ) | |
| ) | C.A. No. 04-0163 GMS |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| CITY OF NEWARK, HAROLD F. GODWIN, ) | |
| JOHN H. FARRELL, IV, JERRY CLIFTON, ) | |
| KARL G. KALBACHER, DAVID J. ATHEY, ) | |
| FRANK J. OSBORN, JR., and ) | |
| CHRISTIANA REWA, ) | |
| ) | |
| Defendants/ ) | |
| Third Party Plaintiffs ) | |
| ) | |
| v. ) | |
| ) | |
| FEDERAL INSURANCE COMPANY, ) | |
| ) | |
| Third-Party Defendant. ) | |
| ------------------------------------------------------------ | |
| CITY OF NEWARK, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| URS CORPORATION, ) | |
| ) | |
| Third-Party Defendant. ) | |

### URS CORPORATION'S RESPONSE IN SUPPORT OF
### PLAINTIFF DONALD M. DURKIN CONTRACTING, INC.'S
### <u>MOTION TO BIFURCATE TRIAL</u>

COMES NOW, Third-Party Defendant URS Corporation ("URS"), by and through its undersigned counsel, and hereby joins in Plaintiff Donald M. Durkin Contracting, Inc.'s ("Durkin") Motion to Bifurcate the Trial in this matter.

55730 v1

Three of the parties, URS, Durkin and City of Newark, have separate damage claims in this action. If the liability and damage phases are tried separately as requested by Durkin, URS believes that the trial time can be cut in half. Thus, the trial originally scheduled for ten (10) days could reasonably be tried in five (5) or six (6) trial days.

Further, because both Newark and Durkin cannot recover (except to the extent of some change claims by Durkin), the total time for the damage phase would also be shortened by bifurcation.

WHEREFORE, URS Corporation joins in Plaintiff Donald M. Durkin Contracting, Inc.'s Motion to Bifurcate the Trial in this matter.

          **SEITZ, VAN OGTROP & GREEN, P.A**

          /s/ James S. Green, Sr.
          **JAMES S. GREEN, SR., ESQ. (DE0481)**
          222 Delaware Avenue, Suite 1500
          P. O. Box 68
          Wilmington, DE  19899
          (302) 888-0600
              Attorneys for Third-Party Defendant
              URS Corporation

Dated:  August 31, 2006

## CERTIFICATE OF SERVICE

I, James S. Green, Esquire, hereby certify that on this 31st day of August, 2006, I electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

**URS CORPORATION'S RESPONSE IN SUPPORT OF
PLAINTIFF DONALD M. DURKIN CONTRACTING, INC.'S
MOTION TO BIFURCATE TRIAL**

/s/  James S. Green
_____
James S. Green (ID No. 0481)
jgreen@svglaw.com

55730 v1