IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD M. DURKIN CONTRACTING, INC., | ) ) ) ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | |
| CITY OF NEWARK, et al., | ) ) ) | |
| Defendants | ) ) ) | |
| and | ) ) | C.A. No. 04-163 GMS |
| CITY OF NEWARK, et al., | ) ) ) | |
| Third-Party Plaintiff | ) ) ) | |
| v. | ) ) | |
| DONALD M. DURKIN CONTRACTING, INC., AND FEDERAL INSURANCE COMPANY, | ) ) ) ) ) | |
| Third-Party Defendants | ) ) | |

## ORDER

WHEREAS counsel for Donald M. Durkin Contracting, Inc. ("Durkin") is not certified to submit electronic filings to the court and therefore has not utilized the court's electronic filing system in the above-captioned matter;

WHEREAS the manner of filing utilized by counsel for Durkin has been in violation of the local rules and has placed a substantial burden on the limited resources of this court; and

WHEREAS training on the court's electronic filing system is available through the clerk's office.

IT IS HEREBY ORDERED that:

1. Mr. Paul A. Logan, of Powell, Trachtman, Logan, Carrle & Lombardo, P.C. shall be required to associate with an attorney who is a member of the Bar of this Court and who maintains an office in the District of Delaware for the regular transaction of business, upon whom all notices, orders, pleadings and other papers filed in the above-captioned matter shall be served and who shall be required to sign all papers filed with the Court, where the signature of an attorney is required, and attend proceedings before this Court.

2. All filings submitted by local counsel for Durkin in the above-captioned matter shall be filed electronically.

3. Until such time as Mr. Logan is certified to utilize the court's electronic filing system, Mr. Logan shall be precluded from submitting any filings in the above-captioned matter.

Dated: August __1__, 2006                                    UNITED STATES DISTRICT JUDGE