# EXHIBIT "A"

Third Version
1/18/05

File # 6606, Durkin v. City of Newark et.al.
PRIVILEGE/RELEVANCE LOG

| Index No. | Description | Date | Reason for Withholding |
|---|---|---|---|
| NEW00004 | Correspondence from Akin to Sarris re: TCL invoice; cc: Carl F. Luft | 3/18/04 | Attorney-Client Privilege, Work-Product |
| NEW00005 | Cover letter to Carl Luft from TCL re: District Court Complaint | 3/17/04 | Attorney-Client Privilege, Work-Product |
| NEW00049 | City notes titled "Major Topics of Reservoir Design Concerns" summarizing Richardson's first report | 3/16/04 | Work-Product |
| NEW00050-NEW00051 | Houck's notes taken during the reading of the Richardson report dated 3/11/04 | 3/11/04 | Work-Product |
| NEW00052 - NEW00053 | Dombrowski's notes titled "Questions in Response to Richardson letter dated 3/11/04" | 3/14/04 | Work-Product |
| NEW00062 | E-mail correspondence from VKP to Akin, Luft, Houck; cc: Paul Cottrell | 3/5/04 | Attorney-Client Privilege, Work-Product |
| NEW00063 | Correspondence from Luft to Houck and Dombrowski re: surety's reservoir visit | 3/5/04 | Work-Product |
| NEW00064 - NEW00067 | Correspondence to Luft from Houck re: Recommendation to Extend URS Construction Phase Services Contract and Assistance with legal claims | 2/27/04 | Work-Product, Joint Defense |

1

| | | | |
|---|---|---|---|
| NEW00068 – NEW00082 | Proposal to Dombrowski from URS re: Claims dispute assistance, Bidding Assistance and Extension of Construction Phase Services. | 2/25/04 | Work-Product, Joint Defense |
| NEW00083 – NEW00097 | Correspondence to Luft from Houck re: URS proposal | 12/29/04 | Work-Product, Joint Defense |
| NEW00098 | Construction Project Report prepared by George Sarris re: budget for all capital projects | 2/27/04 | Relevance, Work Product |
| NEW00105 | Luft's handwritten notes of Executive Session | 2/25/04 | Work Product, Attorney-Client Privilege |
| NEW00106 | Correspondence to Mayor and Council Members from Akin re: Executive Session Minutes; cc: Carl F. Luft, Susan A. Lamblack, Carol Houck, Paul Cottrell | 2/20/04 | Attorney-Client Privilege, Work-Product |
| NEW00107 | Correspondence to City Secretary from Akin re: Executive Session Minutes; cc: Carl F. Luft | 2/17/04 | Attorney-Client Privilege, Work Product |
| NEW00110 | Correspondence to Houck and Dombrowski from Luft re: Akin's opinion on rebidding; cc: Roger A. Akin, George L. Sarris | 2/17/04 | Attorney-Client Privilege, Work-Product |
| NEW00111 | Luft's handwritten notes re: meeting with Akin | 2/17/04 | Attorney-Client Privilege, Work-Product |
| NEW00112 – NEW00116 | Correspondence to Sarris from Akin re: TCL invoice; cc: Carl F. Luft, Carol Houck, Joseph Dombrowski | 2/17/04 | Attorney-Client Privilege, Work-Product |

| Bates Range | Description | Date | Privilege |
|---|---|---|---|
| NEW00117 - NEW00126 | Correspondence to Luft from Akin re: retention of New Contractor for Completion of Reservoir; cc: Carol Houck, Joseph A. Dombrowski, George Sarris, Susan Lamblack, Paul Cottrell | 2/16/04 | Attorney-Client Privilege, Work-Product |
| NEW00128 | Correspondence to Godwin and Council from Luft re: termination; cc: Carol Houck, Joseph A. Dombrowski, George Sarris, Roger A. Akin, Paul Cottrell | 2/11/04 | Work-Product, Attorney-Client Privilege |
| NEW00129 - NEW00131 | Correspondence to Akin from Dombrowski and Houck; cc: Luft | 2/11/04 | Work-Product, Attorney-Client Privilege |
| NEW00132 | Luft's handwritten notes re: termination and Akin's opinion | 2/10/04 | Work-Product, Attorney-Client Privilege |
| NEW00135 - NEW00136 | Correspondence to Sarris from Akin re: additional reservoir construction costs; cc: Carl F. Luft, Carol Houck, Joe Dombrowski, Paul Cottrell | 2/9/04 | Attorney-Client Privilege, Work-Product |
| NEW00140 - NEW00142 | Luft's handwritten notes marked "CONFIDENTIAL" re: strategy | 2/5/04 | Work-Product |
| NEW00144 - NEW00145 | Correspondence to Godwin and Council Members from Luft re: termination of contractor; Carol Houck, Joseph A. Dombrowski, George Sarris, Roger A. Akin, Paul Cottrell | 2/5/04 | Work-Product, Attorney-Client Privilege |
| NEW00146 | Houck's notes re: Durkin's desire to complete project, (written months after litigation commenced) | no date | Work-Product |
| NEW00147 | Correspondence to Sarris from Luft re: additional costs; cc: Roger A. Akin, Carol S. Houck, Joseph A. Dombrowski | 2/4/04 | Work-Product, Attorney-Client Privilege |

3

| | | | |
|---|---|---|---|
| NEW00151 | Luft's handwritten notes of the Executive Session | 2/2/04 | Work-Product, Attorney-Client Privilege |
| NEW00207 | Correspondence to Luft from Kalbacher re: executive session | 01/26/04 | Work-Product, Attorney-Client Privilege |
| NEW00208 | Correspondence to Godwin and Members of the Council re: advice from TCL; cc: Paul Cottrell, Roger A. Akin, Carol Houck, Joseph A. Dombrowski, George L. Sarris | 01/23/04 | Work-Product, Attorney-Client Privilege |
| NEW00209 - NEW00210 | Correspondence to Luft from Houck re: surety's engineer | 2/23/04 | Work-Product |
| NEW00225 | Correspondence to Godwin and Members of Council from Luft marked "CONFIDENTIAL" re: contract dispute (Duplicate) | 01/23/04 | Work-Product, Attorney-Client Privilege |
| NEW00226 - NEW00227 | Correspondence to Luft from Houck re: surety's engineer (Duplicate) | 01/23/04 | Work-Product |
| NEW00242 - NEW00244 | Luft's handwritten meeting notes re: meeting with TCL, Akin and URS | 01/22/04 | Work-Product, Attorney-Client Privilege, Joint Defense |
| NEW00245 | Correspondence from TCL to Houck; cc: Roger Akin, Jill Voeller | 01/20/04 | Attorney-Client Privilege, Joint Defense |
| NEW00246 - NEW00246A | Correspondence to Godwin and Council from Luft re: meeting held on 12/9/2003; cc: Roger A. Akin, Paul Cottrell, Carol S. Houck, George L. Sarris, Joseph A. Dombrowski | 12/9/03 | Work-Product, Attorney-Client Privilege |

4

| | | | |
|---|---|---|---|
| NEW00247 | Luft's notes on email from TCL | 01/16/04 | Work-Product, Attorney-Client Privilege |
| NEW00249 | Correspondence to Houck, Dombrowski and Sarris from Luft re: budget for URS services | 01/06/04 | Work-Product, Relevance |
| NEW00263 - NEW00264 | Correspondence to St. Paul (insurer) re: legal fees; cc: Carl L. Luft, Roger A. Akin, Carol S. Houck | 05/28/04 | Work-Product, Attorney-Client Privilege |
| NEW00266 | Fax cover sheet from TCL to Carol Houck and Roger Akin | 06/1/04 | Attorney-Client Privilege, Work-Product |
| NEW00267 | Correspondence to Council Member David Athey from Akin re: removal from reservoir litigation; cc: Carl F. Luft | 05/26/04 | Attorney-Client Privilege, Work-Product |
| NEW00268 | Houck's handwritten notes re: Information from Vicky | 5/24/04 | Work-Product, Attorney-Client Privilege |
| NEW00268.1 | Correspondence to Funk and Council from Luft re: litigation; cc: Roger A. Akin, Carol S. Houck, Joseph A. Dombrowski, George L. Sarris; Patricia M. Fogg | 05/21/04 | Work-Product, Attorney-Client Privilege |
| NEW00269 - NEW00269A | Draft letter by Luft to Council and Mayor with notes | 05/24/04 | Relevance, Work-Product |
| NEW00270 - NEW00271 | E-mail from Luft to Senneway; re: recommendation for expert for reservoir litigation | 03/29/04 | Work-Product |
| NEW00275 | Correspondence to Houck and Dombrowski from Luft re: rebid; cc: Roger A. Akin | 05/18/04 | Work-Product, Attorney-Client Privilege |

| Bates | Description | Date | Privilege |
|---|---|---|---|
| NEW00276 - NEW00277 | E-mail from Herring to TCL re: Durkin emails to News Journal; cc: George Sarris, Carol Houck, Carl Luft | 05/13/04 | Attorney-Client Privilege, Work-Product |
| NEW00281 | Memo from Carol to Carl regarding installation of "no trespassing signs" at site | 05/13/04 | Relevance, Work Product |
| NEW00282 - NEW00283 | E-mail from Jill Voeller to Houck cc: to TCL re: attached email from Matt Lintner | 05/13/04 | Joint Defense, Attorney-Client Privilege, Work-Product |
| NEW00284 | Correspondence to Houck from Akin re: reservoir completion; cc: Carl F. Luft; George Sarris; Joseph A. Dombrowski | 05/11/04 | Attorney-Client Privilege, Work-Product |
| NEW00286 - NEW00289 | Correspondence to Houck from Voeller regarding re-bidding costs; cc: Joe Dombrowski; Matthew F. Lintner, Morris, James, Hitchens & Williams LLP, Vicky Petrone, Joe Kula, Mark Prouty, Greg Zamensky | 05/05/04 | Joint Defense, Work-Product, Attorney-Client Privilege |
| NEW00290 | Correspondence to Funk and Council from Luft re: info from TCL re: Durkin's Request for Injunction; cc: Roger A. Akin, Carol S. Houck, Joseph A. Dombrowski, George L. Sarris | 05/03/04 | Attorney-Client Privilege, Work-Product |
| NEW00338 | Correspondence to Funk and Council from Luft re: info requested during executive session | 04/27/04 | Work-Product, Attorney-Client Privilege |
| NEW00345 | Draft media Statement of Newark Reservoir Project | | Work-Product, Relevance |
| NEW00346 | Construction Project Report prepared by George Sarris re: budget for all capital projects | 03/31/04 | Work-Product, Relevance |

| | | |
|---|---|---|
| NEW00348 - NEW00349 | Correspondence to Mayor and Council from Akin re: advice re: upcoming council meeting; cc: Carl F. Luft, Susan A. Lamblack, Carol Houck, Joseph Dombrowski, George Sarris | 04/20/04 | Attorney-Client Privilege, Work-Product |
| NEW00350 - NEW00351 | Correspondence to Semple from Akin re: Newark City Council Meeting-April 26, 2004; cc: Carl F. Luft, Carol Houck, Joseph Dombrowski, George Sarris, Paul Cottrell | 04/20/04 | Joint Defense, Attorney-Client Privilege, Work-Produce |
| NEW00352 - NEW00355 | Houck's notes titled "Reservoir Project Briefing Outline" re: preparation of legal briefs | 4/15/04 | Work-Product, Attorney-Client Privilege |
| NEW00356 - NEW00359 | Correspondence to Mayor and Council from Akin re: update on reservoir litigation; cc: Carl F. Luft, Carol Houck, Joseph Dombrowski, George Sarris | 04/14/04 | Attorney-Client Privilege, Work-Product |
| NEW00365 - NEW00366 | Memo from Luft to Funk and Council re: information from TCL and cover letter from TCL | 04/15/04 | Work-Product, Attorney-Client Privilege |
| NEW00383 - NEW00384 | Correspondence from Luft to Funk and Council re: URS report; cc: Roger A. Akin, Carol S. Houck, Joseph A. Dombrowski, George L. Sarris (Two copies) | 04/15/04 | Work-Product, Attorney-Client Privilege |
| NEW00409 - NEW00410 | Correspondence to Councilman Athey from Akin re: status in reservoir litigation; cc: Carl F. Luft, Carol Houck, George Sarris | 04/12/04 | Attorney-Client Privilege, Work-Product |
| NEW00413 | Correspondence to Sarris from Akin re: TCL invoice; cc: Carl F. Luft, Carol Houck | 04/08/04 | Attorney-Client Privilege, Work-Product |

7

| | | | |
|---|---|---|---|
| NEW00415 | Correspondence to Akin from Luft re: FOIA Request from News Journal; cc: Mayor and City Council, Paul Cottrell, Carol S. Houck, George L. Sarris, Joseph A. Dombrowski | 03/31/04 | Attorney-Client Privilege, Work-Product, Relevance |
| NEW00421 - NEW00422 | Correspondence to Eisner from Akin re: water reservoir; cc: Carl F. Luft, Carol Houck, Joseph Dombrowski | 04/06/04 | Relevance |
| NEW00435 - NEW00438 | Correspondence to Mayor and Council from Akin re: update on reservoir litigation and related issues; cc: Carl F. Luft, Carol Houck, George Sarris, Joseph Dombrowski, Paul Cottrell | 04/1/04 | Attorney-Client Privilege, Work-Product |
| NEW00439 | Luft's handwritten notes of meeting with TCL | | Work-Product, Attorney-Client Privilege |
| NEW00440 - NEW00441 | Correspondence to Godwin, Luft and Dombrowski from Eisner re: Apartments at Pinebrook; cc: Jon Cummins | 04/01/04 | Relevance |
| NEW00443 - NEW00447 | Correspondence to TCL from Voeller with attachments re: sequence of events; cc: Carol Houck, Joe Dombrowski, Ron Frobel, Joe Kula, Glenn Bowen, John Volk | 03/25/04 | Joint Defense, Work-Product, Attorney-Client Privilege |
| NEW00448 | Luft's handwritten notes re: telephone conference with TCL | 3/25/04 | Work-Product, Attorney-Client Privilege |
| NEW00449 - NEW00450 | Luft's handwritten notes from meeting with TCL | 3/23/04 | Work-Product, Attorney-Client Privilege |
| NEW00453 - NEW00458 | Agenda for upcoming meeting | 3/23/04 | Work-Product, Joint Defense, Attorney-Client Privilege |

8

| Bates Range | Description | Date | Privilege |
|---|---|---|---|
| NEW00461 - NEW00462 | Luft's handwritten notes Executive Session | 3/27/04 | Work-Product, Attorney-Client Privilege |
| NEW00463 - NEW00466 | Correspondence to Akin from Luft re: Athey as a defendant in the lawsuit; cc: David J. Athey; George L. Sarris, Carol S. Houck | 03/25/04 | Attorney-Client Privilege, Work-Product |
| NEW00467 | Correspondence to TCL, Houck, Dombrowski, and Sarris from Luft re: strategy; cc: Roger A. Akin | 03/24/04 | Attorney-Client Privilege, Work-Product, Joint Defense |
| NEW00468 - NEW00469 | Correspondence to Luft from Akin re: reservoir legal issues; cc: Carol Houck, George Sarris, Susan Lamblack | 03/29/04 | Attorney-Client Privilege, Work-Product |
| NEW00470 - NEW00471 | Correspondence to Luft from Houck re: reservoir dispute update | 3/18/04 | Work-Product |
| NEW00472 - NEW00474 | Correspondence to Mayor and Council from Akin re: new litigation concerning reservoir; cc: Carl F. Luft, George Sarris, Carol Houck, Joseph Dombrowski; Paul Cottrell | 3/18/04 | Attorney-Client Privilege, Work-Product |
| NEW00546 - NEW00548 | Correspondence to Sarris from Akin re: TCL Invoice; cc: Carl F. Luft, Carol Houck, Joseph Dombrowski | 12/22/03 | Attorney-Client Privilege, Work-Product |
| NEW00551 - NEW00553 | Luft's handwritten notes of Surety/Settlement Meeting | 12/9/03 | Work-Product |
| NEW00555 - NEW00558 | Correspondence to TCL from Luft; cc: Roger A. Akin, Carol S. Houck; George L. Sarris, Joseph A. Dombrowski | 12/9/03 | Attorney-Client Privilege, Work-Product |
| NEW00559 | Correspondence to Mayor and Council from Luft re: issues of concern | 12/8/03 | Work-Product |

9

| | | | |
|---|---|---|---|
| NEW00560 | Luft's handwritten notes re: meeting with TCL | 12/2/03 | Attorney-Client Privilege, Work-Product |
| NEW00563 - NEW00565 | Correspondence to TCL from Akin; cc: Carl Luft, Carol Houck | 11/25/03 | Attorney-Client Privilege, Work-Product |
| NEW00566 | Luft handwritten notes of the Executive Session | 11/24/03 | Work-Product, Attorney-Client Privilege |
| NEW00568 | Correspondence to Luft and Akin from Houck re: issues that should be presented to Special Legal Counsel | 11/24/03 | Work-Product, Attorney-Client Privilege |
| NEW00569 - NEW00578 | Correspondence to Mayor and Council from Akin re: TCL; cc: Carl F. Luft, Carol S. Houck, Joseph A. Dombrowski, George Sarris | 11/24/03 | Attorney-Client Privilege, Work-Product |
| NEW00579 - NEW00580 | Notes for City Council Executive Session - re: possible litigation | 11/24/03 | Work-Product |
| NEW00581 | Correspondence to Houck from Dombrowski re: Durkin's strategy | 11/21/03 | Work-Product |
| NEW00594 | Correspondence to Houck, Dombrowski and Sarris from Luft re: contract dispute; cc: Roger A. Akin | 10/31/03 | Work-Product, Attorney-Client Privilege |
| NEW00595 | Correspondence to Akin from Luft re: Akin's advice; cc: Carol S. Houck, Joseph A. Dombrowski, George L. Sarris | 10/28/03 | Attorney-Client Privilege, Work-Product |
| NEW00596 | Correspondence to Luft from Akin re: Disputes; cc: Carol Houck, Joseph Dombrowski, George Sarris | 10/27/03 | Attorney-Client Privilege, Work-Product |

10

| | | | |
|---|---|---|---|
| NEW00619 - NEW00620 | Correspondence re: pump station project | 10/9/03 | Relevance |
| NEW00622 | Correspondence to Houck from Akin re: excess embankment material; c: Carl F. Luft, Joe Dombrowski | 9/3/03 | Attorney-Client Privilege, Relevance |
| NEW00623 - NEW00648 | Correspondence to Akin from Houck re: possible claim from Durkin Contracting; cc: Carl F. Luft, Joe Dombrowski | 9/2/03 | Attorney-Client Privilege, Work-Product |
| NEW00672 - NEW00673 | Correspondence to Luft from Houck re:pump station and pipeline change order report | 8/4/03 | Relevance |
| NEW00694 | Kuhn Construction Budget Detail for Pump Station | 5/29/03 | Relevance |
| NEW00695 | Correspondence to Godwin and Council from Luft re:budget for pump station and pipeline; cc: George L. Sarris, Carol S. Houck, Joseph A. Dombrowski | 4/8/03 | Relevance |
| NEW00697 - NEW00698 | Correspondence to Luft from Houck re: bids for raceway project | 10/31/02 | Relevance |
| NEW00699 | Correspondence to Sarris from Akin re: raceway project title search; cc: Carl F. Luft | 5/5/03 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW00707 - NEW00708 | Correspondence to Luft from Houck re: award of pump station contract | 4/4/03 | Relevance |
| NEW00709 | Correspondence to Godwin and Council from Luft re: pump station contract; cc: George L. Sarris; Carol S. Houck, Joseph A. Dombrowski | 4/8/03 | Relevance |
| NEW00710 | Correspondence to Dombrowski from Prouty re:URS review of pump station bids; cc: Carol Houck, Joe Kula | 3/31/03 | Relevance |

11

| | | | |
|---|---|---|---|
| NEW00712 | Correspondence to Kuhn from Dombrowski re: pump station award; cc: Carl F. Luft | 4/4/03 | Relevance |
| NEW00713 | Pump Station/Pipeline Budget Update | 4/8/03 | Relevance |
| NEW00714 | E-mail to Karl Kalbacher from Pat Fogg re: pipeline; cc: Carol Houck | 4/10/03 | Relevance |
| NEW00715 | Correspondence to Patricia Fogg from Luft re:pipeline contract; cc: Mayor and City Council; Carol S. Houck | 4/10/03 | Relevance |
| NEW00716 | Correspondence to Houck from Fogg re: pipeline contract; cc: Carl F. Luft, Karl Kalbacher | 4/10/03 | Relevance |
| NEW00718 | Correspondence to Luft from Houck re: recommendation for pipeline award | 3/14/03 | Relevance |
| NEW00723-NEW00729 | Correspondence to Luft from Houck re: URS construction Phase services for the Pump Station and Pipeline Project | 2/14/03 | Relevance |
| NEW00730-NEW00731 | Correspondence to Duffield re: Pump Station and Pipeline Project; cc: Carl F. Luft, Joseph A. Dombrowski, George L. Sarris | 10/22/02 | Relevance |
| NEW00738-NEW00739 | Correspondence to Luft from Akin re: raceway improvements; cc: Joseph Dombrowski, Carol Houck | 01/22/03 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW00745-NEW00748 | Correspondence to Houck from Akin re: opinion on change orders on reservoir construction project; cc: Carl Luft, Roy Lopata, Joseph Dombrowski | 01/09/03 | Attorney-Client Privilege, Work-Product |
| NEW00749-NEW00750 | Correspondence to Luft from Houck re: Turbine Pumps for Pump station project | 12/20/02 | Relevance |

12

| | | | |
|---|---|---|---|
| NEW00751 | Correspondence from Dombrowski to J.T. Seeley and Company re: Intent to Award Contract for Turbine Pumps | 12/19/02 | Relevance |
| NEW00752 - NEW00753 | Correspondence to Luft from Houck re: URS services for pump station | 12/19/02 | Relevance |
| NEW00754 - NEW00758 | Proposal from URS for Construction Phase Services for Pump Station and Force Main | 12/18/02 | Relevance |
| NEW00767- NEW00773 | Correspondence to Houck from Akin re: restrictions pertaining to alleged historical portion of reservoir site; cc: Carl F. Luft, Joseph Dombrowski | 12/5/02 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW00785 - NEW00790 | Correspondence from Duffield Associates to Dombrowski re: Pump Station & Pipeline | 06/17/02 | Relevance |
| NEW00791-- NEW00818 | Correspondence from Duffield to Houck re: pump station | 10/1/02 | Relevance |
| NEW00819 | Correspondence to Luft from Houck re: Purchase of Sluice Gates | 10/17/02 | Relevance |
| NEW00850 | Correspondence to Luft from Houck re: raceway ownership | 8/9/02 | Relevance |
| NEW00851 - NEW00853 | Correspondence to Luft from Houck re: raceway repairs | 8/1/02 | Relevance |
| NEW00868 | Correspondence to Houck from Luft re: spillway design | 5/20/02 | Relevance |
| NEW00869 | Correspondence to Luft from residents re: raceway project | 5/16/02 | Relevance |
| NEW00870 | Document NEW00869 with Carol Houck's notes | 5/17/02 | Relevance |

13

| | | | |
|---|---|---|---|
| NEW00873 - NEW00876 | Correspondence from Houck to residents regarding raceway project issues; cc: Carl F. Luft, Joe Dombrowski, Joanne Haughey | 5/3/02 | Relevance |
| NEW00877 | Correspondence to resident from Luft re: raceway; cc: Carol S. Houck, Joseph A. Dombrowski | 3/22/02 | Relevance |
| NEW00878 | Correspondence to Luft from resident re: concerns for upcoming raceway project; cc: Joe Dombrowski | 3/18/02 | Relevance |
| NEW00962 | Correspondence to Houck from Akin re: Durkin Contracting-Litigation Review | 4/24/02 | Attorney-Client Privilege, Work-Product |
| NEW01103 - NEW01104 | Correspondence to Houck from Akin re: review of reservoir construction general and supplemental conditions documents; cc: Carl F. Luft, George Sarris, Joe Dombrowski | 2/7/02 | Attorney-Client Privilege, Work-Product |
| NEW01105 - NEW01106 | Correspondence to Luft from Houck re: pump station contract with Duffield Associates | 2/6/02 | Relevance |
| NEW01139 - NEW01144 | Correspondence to Luft from Akin re: Koelig Condemnation; cc: Roy Lopata, Susan A. Lamblack | 6/28/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01159 | Correspondence to Akin from Luft re: Koelig Property Condemnation; cc: Roy H. Lopata, Joseph A. Dombrowski, George L. Sarris | 6/15/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01164 - NEW01166 | Correspondence to Luft from Akin re: further proceedings regarding Koelig property; cc: Roy H. Lopata, Susan A. Lamblack | 05/19/99 | Relevance, Attorney-Client Privilege, Work-Product |

14

| Bates No. | Description | Date | Objection |
|---|---|---|---|
| NEW01185 - NEW01195 | Correspondence to Kalbacher from Luft re: North wellfield questions; cc: Mayor and City Council, Sarris, Houck, Lopata, Dombrowski | 6/11/99 | Relevance |
| NEW01196 - NEW01197 | Correspondence to Mayor and council from Akin re: water storage facilities and condemnation issues; cc: Carl F. Luft, Roy H. Lopata | 6/9/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01198 - NEW01208 | Correspondence to Luft from McCullar, re: Water Purchase Agreement; cc: Director of W&WW, Administrative Assistant to City Manager. | 2/11/97 | Relevance |
| NEW01222 | Correspondence to Akin from Luft re: eminent domain questions; cc: Mayor and city council, Susan A. Lamblack | 5/18/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01223 | Correspondence to Godwin and Council re: refusal of builder to sell Koelig property; cc: Roger A. Akin, Roy H. Lopata, Susan A. Lamblack | 5/12/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01224 - NEW01228 | Correspondence to Luft from Akin re: acquisition of Koelig Property; cc: Roy H. Lopata | 5/12/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01231 | Correspondence to Luft from Sarris re: Koeling Farm; cc: Joseph Dombrowski, Carol Houck | 5/5/99 | Relevance |
| NEW01238 - NEW01241 | Handwritten notes from the Executive Session re: Koeling | 5/10/99 | Relevance, Attorney-Client Privilege, Work-Product |

15

| | | | |
|---|---|---|---|
| NEW01242 | Correspondence to File from Lopata re: Koelig property | 5/4/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01246 - NEW01247 | Correspondence to Luft from Sarris re: Koelig Farm; cc: Joseph Dombrowski; Carol Houck | 5/5/99 | Relevance |
| NEW01253 - NEW01254 | Correspondence to Luft from Lopata re: Koelig Property; cc: Maureen Feeney Roser, Joe Dombrowski, George Sarris | 4/26/99 | Relevance, Work-Product |
| NEW01255 | Correspondence to Luft from Lopata re: Koelig Site/Renegotiation; Joe Dombrowski, George Sarris | 4/21/99 | Relevance, Work-Product |
| NEW01256 | Correspondence to Godwin from Luft re: Koelig Property; cc: Roy H. Lopata | 4/20/99 | Relevance, Work-Product |
| NEW01257 | Correspondence to Luft from Godwin re: negotiations | 4/20/99 | Relevance, Work-Product |
| NEW01258 | Correspondence to Godwin and Council from Luft re: Koelig Property Purchase Proposal; cc: Roy H. Lopata, Joseph A. Dombrowski, Roger A. Akin, George L. Sarris | 4/15/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01273 - NEW01276 | Correspondence to Lopata from Akin re: Koelig Land Acquisition, comments on legal memorandum; cc: Carl F. Luft | 4/14/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01302 | Correspondence to Luft from Lopata re: purchase of Koelig Property marked "CONFIDENTIAL"; cc: George Sarris | 11/3/98 | Relevance, Work-Product |

16

| | | | |
|---|---|---|---|
| NEW01304 | Correspondence to Lopata from Luft re: purchase of the Koelig property marked "CONFIDENTIAL"; cc: George L. Sarris | 10/30/98 | Relevance, Work-Product |
| NEW01305 - NEW01307 | Correspondence to Luft from Lopata re: regarding the acquisition of the property marked "CONFIDENTIAL"; cc: Joe Dombrowski | 10/29/98 | Relevance, Work-Product |
| NEW01309 | Correspondence to Councilmember Karl Kalbacher and Gerald Grant from Luft re: Koeling marked "CONFIDENTIAL"; cc: Roger A. Akin | 8/25/98 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01325 | Correspondence to Akin from Luft re: resident attack on reservoir site selection; cc: Mayor Harold. F. Godwin, Roy H. Lopata | 12/21/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01329 | Correspondence to Luft from Akin re: resident attack on Reservoir site selection process; cc: Roy H. Lopata | 12/18/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01339 | Correspondence to Luft from Akin re: FOIA requeste re: DEMEC Peak-Shaving Facility; cc: Susan A. Lamblack | 11/30/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01343 - NEW01345 | Correspondence to Mayor and Council from Akin re: FOIA complaint re: Reservoir Property Acquistion; cc: Carl F. Luft, Susan A. Lamblack; Roy H. Lopata | 11/27/00 | Relevance, Attorney-Client Privilege, Work-Product |

17

| Bates No. | Description | Date | Privilege |
|---|---|---|---|
| NEW01347 - NEW01352 | Correspondence to Lopata from Akin re: conclusion of reservoir acquistion case; cc: Carl F. Luft, Carol Houck, George Sarris, Joseph Dombrowski | 11/21/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01355 - NEW01356 | Correspondence to Houck from Akin re: review of Duffield Proposal and General Contract Conditions; cc: Carl F. Luft, Roy H. Lopata, George Sarris, Joseph Dombrowski | 11/14/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01390 | Correspondence to Houck from Akin re: Draft Agreement with URS Corp; cc: Carl F. Luft, Roy H. Lopta, Joseph A. Dombrowski | 11/1/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01450 | Correspondence to Lopata from Akin re: Conclusion of Reservoir Condemnation case; cc: Carl F. Luft | 10/18/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01451 | Correspondence to Sarris from Akin re: payment In Lieu of Rollback Tax; cc: Carl F. Luft, Roy H. Lopata | 10/17/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01459 | Correspondence to Sarris from Akin re: Koelig Property Title Documents; cc: Carl F. Luft, Roy H. Lopata | 10/3/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01461 | Correspondence to Sarris from Akin re: Condemnation Suit Legal Fees; cc: Carl F. Luft, Roy H. Lopata | 9/28/00 | Relevance, Attorney-Client Privilege, Work-Product |

18

| | | | Relevance |
|---|---|---|---|
| NEW01462 – NEW01470 | Correspondence to Luft from Houck re: Pump Station RFP | 9/26/00 | |
| NEW01472 | Correspondence to Luft from Akin re: conclusion of reservoir condemnation case; cc: Susan A. Lamblack, Roy H. Lopata | 9/5/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01473 | Correspondence to Lopata from Akin re: conclusion of reservoir condemnation suit; cc: Carl F. Luft, George Sarris | 9/5/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01475 | Correspondence to Sarris from Akin re: Koelig condemnation suit; cc: Carl F. Luft, Roy H. Lopata | 8/30/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01479 | Correspondence to Akin from Lopata re: Koelig property; cc: Carl F. Luft, Susan Lamblack, Joe Dombrowski, George Sarris | 8/23/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01480 | Correspondence to Lopata from Akin re: Winding Up Condemnation Litigation; cc: Carl F. Luft, Susan Lamblack, Joseph Dombrowski, George Sarris | 8/23/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01481 | Correspondence to Akin from Lopata re: Koelig property; cc: Carl F. Luft, Joe Dombrowski, George Sarris, Carol Houck | 8/22/00 | Relevance, Attorney-Client Privilege, Work-Product |

19

| | | | |
|---|---|---|---|
| NEW01486 - NEW01487 | Correspondence to Lopata from Akin re: Koelig Settlement | 8/17/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01488 - NEW01489 | Correspondence to Mayor and Council from Akin re: miscellaneous matters; cc: Carl F. Luft, Roy H. Lopata, Susan A. Lamblack | 8/16/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01502 - NEW01507 | RFP - 004 Consulting Service Pump Station and Pipeline | 7/2000 | Relevance |
| NEW01508 | Luft's handwritten notes Executive Session re: Koelig | 8/14/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01510 | Correspondence to Sarris from Akin re: Invoice from condemnation counsel; cc: Carl F. Luft, Roy H. Lopata | 8/14/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01511 - NEW01512 | Correspondence to Lopata from Akin re: Koelig Reservoir Condemnation Update; cc: Carl F. Luft, George Sarris | 8/10/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01519 | Correspondence to Lopata from Akin re: Koelig Condemnation Suit Progress; cc: Carl F. Luft, George Sarris, Joseph Dombrowski | 7/31/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01520 | Correspondence to Sarris from Akin re: monthly invoice from condemnation co-counsel; cc: Carl F. Luft, Roy H. Lopata | 7/25/00 | Relevance, Attorney-Client Privilege, Work-Product |

20

| | | | |
|---|---|---|---|
| NEW01521 | Correspondence to Sarris from Akin re: reservoir condemnation case; cc: Carl F. Luft, Roy H. Lopata | 7/21/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01522 - NEW01526 | Correspondence to Lopata from Akin re: Koelig Property-Removal of Liens; cc: Carl F. Luft, George Sarris | 7/21/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01528 | Luft's handwritten notes Executive Session re: Koelig | 7/10/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01529 - NEW01530 | Correspondence to Luft from Akin re: appraisal of Koelig property; cc: Roy Lopata, George Sarris, Joseph Dombrowski | 7/10/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01538 | Luft's handwritten notes of Executive Session re: Koelig | 6/26/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01539 | Correspondence to Luft from Sarris re: Koelig appraisal | 6/21/00 | Relevance |
| NEW01540 - NEW01544 | Correspondence to Luft from Sarris re: Koelig appraisal | 6/21/00 | Relevance |
| NEW01548 | Correspondence to Dombrowski, Lopata, Sarris from Luft re: pending litigation and Executive Session; cc: Roger A. Akin | 6/20/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01549 | Correspondence to Lopata from Akin re: Koelig Condemnation Appraisals; cc: Carl F. Luft, George Sarris, Joseph Dowmbrowski | 6/20/00 | Relevance, Attorney-Client Privilege, Work-Product |

21