| | | | |
|---|---|---|---|
| NEW01550 - NEW01555 | Correspondence to Sarris from Akin re: Koelig Condemnation Case-Invoice; cc: Carl F. Luft, Roy H. Lopata | 6/19/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01585 | Correspondence to Sarris from Akin re: Koelig Legal Fees; cc: Carl F. Luft, Roy H. Lopata | 4/19/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01586 | Correspondence to Lamblack from Lopata re: Koelig lease; cc: Carl F. Luft, George Sarris, Joe Dombrowski, Charles Emerson | 4/6/00 | Relevance |
| NEW01587 - NEW01590 | Residential Lease Agreement | 3/29/00 | Relevance |
| NEW01593 - NEW01598 | Correspondence to tenant from Lopata re: lease; cc: Carl F. Luft, Roger Akin, George Sarris, Charles Emerson, Joe Dombrowski; Lease Agreement attached | 3/29/00 | Relevance |
| NEW01599 - NEW01605 | Correspondence to Luft from Emerson re: lease; cc: Roy Lopata, Joe Dombrowski, Tom Zaleski, George Sarris | 3/24/00 | Relevance |
| NEW01606 | Certificate of Liability Insurance | 3/20/00 | Relevance |
| NEW01607 - NEW01608 | Memorandum to Lopata from Akin re: selection of Koelig Condemnation Commissioners | 3/23/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01609 - NEW01616 | Correspondence to Luft from Emerson re: lease; cc: Roger Akin, Roy Lopata, Joe Dombrowski, George Sarris, Tom Zaleski | 3/17/00 | Relevance |
| NEW01617 | Correspondence from Emerson to Sarris re: Koelig Lease; cc: Luft, Lopata | 3/00 | Relevance |
| NEW01618 | Draft language re: Koelig Lease | | Relevance |

22

| | | |
|---|---|---|
| NEW01621 – NEW01628 | Correspondence to Sarris from Akin re: Invoice; cc: Carl F. Luft, Roy H. Lopata | 3/14/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01629 | Correspondence to Emerson from Luft re: Lease; cc: Roger A. Akin | 3/14/00 | Relevance |
| NEW01630 | Correspondence to Luft from Emerson re: Agricultural Lease; cc: Roy Lopata | 3/13/00 | Relevance |
| NEW01631 – NEW01635 | Agricultural Lands Lease | | Relevance |
| NEW01636 | Correspondence to Lopata from Luft re: Lease; cc: Roger A. Akin, George L. Sarris | 3/13/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01637 – NEW01647 | Correspondence to Lopata from Akin re: responding to Koelig Discovery; cc: Carl F. Luft | 3/13/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01648 | Correspondence to Akin from Lopata re: Lease; cc: Carl F. Luft, Charles Emerson, Joseph Dombrowski, George Sarris | 3/10/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01649 – NEW01650 | Correspondence to Emerson from Akin re: Agricultural Lease of Koelig Property; cc: Carl F. Luft, Roy H. Lopata, Joe Dombrowski | 3/8/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01651 | Correspondence to Lopata from Akin re: rental of Koelig property buildings; cc: Carl F. Luft, George Sarris, Charlie Emerson, Carol Houck | 3/8/00 | Relevance, Attorney-Client Privilege, Work-Product |

23

| | | | |
|---|---|---|---|
| NEW01652 | Correspondence to Akin and Abbott from Lopata re: Koeling Aerials; cc: Carl F. Luft, Joe Dombrowski, George Sarris, Carol Houck | 3/3/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01653 - NEW01654 | Correspondence to Luft, Akin and Sarris from Lopata re: rental of Koelig house and barn; cc: Charles Emerson, Carol Houck | 3/3/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01655 - NEW01661 | Correspondence to Lopata from Akin re: Koelig Condemnation Suit-Discovery; cc: Carl F. Luft | 3/1/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01669 | Correspondence to Lopata from Akin re: reservoir condemnation appraisals; cc: Carl F. Luft, Joseph A. Dombrowski | 2/9/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01670 - NEW01681 | Correspondence from Abbott to David Borek, re: condemnation suit; cc: Roger A. Akin | 2/4/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01686 - NEW01687 | Correspondence to Luft from Lopata re: Koelig tenant; cc: Roger Akin, Joe Dombrowski, Carol Houck, George Sarris | 01/28/00 | Relevance |
| NEW01689 - NEW01699 | Correspondence to Mayor, Council and Luft from Akin re: reservoir condemnation litigation; cc: Roy H. Lopata, Joseph A. Dombrowski, Richard Abbott | 01/19/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01700 | Correspondence to Akin from Lopata re: additional appraisals for Koelig Site; cc: Carl F. Luft, George Sarris, Joe Dombrowski, Carol Houck | 01/12/00 | Relevance, Attorney-Client Privilege, Work-Product |

24

| | | | |
|---|---|---|---|
| NEW01702 - NEW01703 | Correspondence to Lopata from Akin re: Koelig Condemnation; cc: Carl F. Luft, Joseph A. Dombrowski, George L. Sarris | 01/10/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01705 - NEW01706 | Correspondence to Luft from Lopata re: lease; cc: Carol Houck, Joe Dombrowski, Charles Emerson, Ron Sylvester, Roger Akin, George Sarris, Rich Lapointe | 12/29/99 | Relevance |
| NEW01707 - NEW01708 | Correspondence to Lopata from Akin re: selecting commissioners; cc: Carl F. Luft | 01/5/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01709 - NEW01710 | Correspondence to Lopata from Akin re: Koelig property; cc: Carl F. Luft, Carol Houck, Joe Dombrowski, George Sarris, Rich Lapointe | 01/5/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01711 | Correspondence to Lopata from Akin re: Koelig Condemnation; cc: Carl F. Luft | 01/5/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01712 | Correspondence to Lopata from Akin re: Condemnation litigation; cc: Carl F. Luft | 01/03/00 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01714 - NEW01715 | Correspondence to Lopata from Akin re: Koelig Condemnation- Appraisal Issues; cc: Carl F. Luft | 12/16/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01716 | Correspondence to Sarris from Lopata re: Counsel fees; cc: Carl F. Luft | 12/16/99 | Relevance, Attorney-Client Privilege, Work-Product |

25

| | | | |
|---|---|---|---|
| NEW01717 | Correspondence to Lopata from Akin re: counsel fees; cc: Carl F. Luft, George Sarris | 12/15/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01718 - NEW01724 | Correspondence to Akin from Abbott re: fees | 12/8/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01725 - NEW01726 | Correspondence to Luft from Akin re: reservoir condemnation update; cc: Roy H. Lopata, Joe Dombrowski, Sue Lamblack | 12/15/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01727 - NEW01728 | Correspondence to Abbott from Lopata re: litigation; cc: Carl F. Luft, Roger Akin, Joe Dombrowski | 12/15/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01729 - NEW01730 | Correspondence to Abbott from Lopata re: litigation; cc: Carl F. Luft, Roger Akin, Joe Dombrowski | 12/3/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01742 | Correspondence to File from Lopata re: executive session | 5/4/99 | Relevance, Work-Product |
| NEW01743 | Correspondence to Luft from Akin re: acquisition of Koelig Property; cc: Roy H. Lopata | 5/12/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01745 | Correspondence from Akin re: Koelig condemnation; cc: Carl F. Luft, Roy H. Lopata, Joseh A. Dombrowski | 12/1/99 | Relevance, Attorney-Client Privilege, Work-Product |

26

| | | | |
|---|---|---|---|
| NEW01746 | Correspondence to Lopata from Akin re: reservoir condemnation; cc: Carl F. Luft, Joseph A. Dombrowski | 12/1/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01747 | Correspondence to Akin from Lopata re: tenant; cc: Carl F. Luft, Joe Dombrowski | 11/30/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01750 | Correspondence to Lopata from Akin re:tenant; cc: Carl F. Luft, Joseph A. Dombrowski | 11/23/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01751 | Correspondence to Akin from Isken re: tenant; cc: Diane Blythe | 11/19/99 | Relevance |
| NEW01756 | Correspondence to Akin from Lopata re: reservoir condemnation strategies; cc: Carl F. Luft, George Sarris, Joe Dombrowski, Carol Houck | 11/17/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01757 - NEW01759 | Correspondence to Lopata from Akin re: reservoir condemnation strategies; cc: Carl F. Luft, Joseph A. Dombrowski | 11/16/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01767 | Correspondence to Lopata from Akin re: expert in Koellg condemnation case; cc: Carl F. Luft | 10/5/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01768 - NEW01769 | Correspondence to Luft from Akin re: Koellg condemnation update; cc: Roy H. Lopata, Joseph A. Dombrowski, George L. Sarris | 10/5/99 | Relevance, Attorney-Client Privilege, Work-Product |

27

| Bates No. | Description | Date | Privilege |
|---|---|---|---|
| NEW01780 - NEW01781 | Memorandum to Lopata from Akin re: Koelig Deposit Stipulation | 9/30/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01782 - NEW0 1787 | Draft Stipulated Order of Possession for Koelig case | | Relevance |
| NEW01788 | Correspondence to Akin from Lopata re: Koelig condemnation matters; cc: Carl F. Luft, Joe Dombrowski, George Sarris, Carol Houck | 9/30/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01789 - NEW01790 | Correspondence to Lopata from Akin re: status of Koelig Land Acquisition; cc: Carl F. Luft, Joseph A. Dombrowski, George L. Sarris | 9/29/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01791 - NEW01801 | Draft Stipulated Order of Possession | | Relevance |
| NEW01802 | Correspondence to Abbott from Akin re: retention; cc: Carl F. Luft, Roy H. Lopata, George L. Sarris | 9/28/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01803 | Correspondence to Lopata from Akin re: Koelig Condemnation; cc: Carl F. Luft; Joseph A. Dombrowski, George L. Sarris | 9/28/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01804 - NEW01805 | Summary of Council Actions of 9/27/99 meeting | | Relevance |
| NEW01811 - NEW01812 | Correspondence to Luft from Akin re: update on Koelig Condemnation; cc: Roy H. Lopata, George M. Sarris, Joseph A. Dombrowski | 9/23/99 | Relevance, Attorney-Client Privilege, Work-Product |

28

| | | | |
|---|---|---|---|
| NEW01813 - NEW01814 | Correspondence to Akin from Abbott re: legal services | 9/23/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01815 - NEW01816 | Correspondence to Akin from Abbott re: potential conflict issue | 9/21/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01817 | Correspondence to Godwin and Council from Luft re: Akin's opinion; cc: Roger A. Akin, Roy H. Lopata, George L. Sarris, Joseph A. Dombrowski | 9/21/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01818 - NEW01819 | Correspondence to Luft from Akin re: Koelig condemnation; cc: Roy H. Lopata, George Sarris, Joseph A. Dombrowski | 9/21/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01820 | Luft's handwritten notes re: meeting with Akin | 9/20/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01903 | Correspondence to Lopata from Akin re: Bond Referendum; cc: Carl F. Luft, Joseph A. Dombrowski, George L. Sarris, Susan A. Lamblack | 9/15/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01959 | Correspondence to Akin from Lopata re: Condemnation suit escrow; cc: Carl F. Luft, George Sarris, Susan Lamblack, Joe Dombrowski, Carol Houck | 9/13/99 | Relevance, Attorney-Client Privilege, Work-Product |

| | | |
|---|---|---|
| NEW01974 | Correspondence to Lopata from Akin re: allow the Koelig parties until October 15, 1999 to answer condemnation complaint; cc: Carl F. Luft | 9/8/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01976 - NEW01983 | Correspondence to Lopata from Akin re: Koelig Condemnation; cc: Carl F. Luft, Joseph A. Dombrowski | 9/8/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW01999 | Correspondence to Lopata from Akin re: Koelig condemnation; cc: Carl F. Luft, George Sarris, Joseph A. Dombrowski | 8/23/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW02000 - NEW02006 | Correspondence to Lopata from Akin re: Answer of Koelig to condemnation complaint; cc: Carl F. Luft, Joseph A. Dombrowski, George Sarris | 8/23/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW02007 | Correspondence to Akin from Lopata re: Koelig Condemnation; cc: Carl F. Luft, George Sarris, Joe Dombrowski, Carol Houck | 8/24/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW02008 | Correspondence to Akin from Lopata re: Koelig property condemnation-negotiations; cc: Carl F. Luft, George Sarris, Joe Dombrowski, Carol Houck | 8/20/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW02009 | Correspondence to Luft, Lopata, Dombrowski from Akin re: Koeling site | 8/19/99 | Relevance, Attorney-Client Privilege, Work-Product |

30

| | | | |
|---|---|---|---|
| NEW02026 | Correspondence to Luft from Lopata re: Akin's opinion; cc: Joe Dombrowski, George Sarris, Carol Houck, Roger Akin | 8/2/99 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW02151 | Correspondence to Houck from Akin re: abandoned objects on site; cc: Carl F. Luft | 2/21/01 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW02155-NEW02159 | Agricultural Lands Lease | | Relevance |
| NEW02160 | Correspondence to Luft from Houck re: lands lease | 2/15/01 | Relevance |
| NEW02217-NEW02228 | Proposal from Duffield Associates to Dombrowski for pump station project | 11/8/00 | Relevance |
| NEW02261 -NEW02278 | Correspondence to Houck from TCL w/ RFP attached | 9/23/04 | Attorney-Client Privilege, Work-Product |
| NEW02289 | Fax cover sheet from Volk to URS, Dombrowski, Houck, Akin, Lintner, TCL  re:taking soil sample | 6/29/04 | Joint Defense |
| NEW02291 -NEW02346 | Correspondence to Houck and Akin from TCL w/ Answer, Counterclaim and Third-Party Complaint attached | 4/13/04 | Attorney-Client Privilege, Work-Product |
| NEW02424 - | Copy of Tab - Pinebrook Apts. | | Relevance |
| NEW02425 -NEW02426 | Correspondence to Eisner from Akin re: reservoir construction; cc: Carl F. Luft, Carol Houck, Joseph Dombrowski | 4/16/04 | Relevance |
| NEW02427 -NEW02428 | Correspondence to Godwin from Eisner re:reservoir construction; cc: Jon Cummins | 4/1/04 | Relevance |

31

| | | | Relevance |
|---|---|---|---|
| NEW02429 – NEW02430 | Correspondence to Godwin from Eisner; duplicate of NEW0427 – NEW0428 | 4/1/04 | |
| NEW02793 – NEW02794 | Correspondence to Luft from TCL | 7/13/04 | Attorney-Client Privilege, Work-Product |
| NEW02817 | Correspondence to Funk and Council from Houck re: litigation, independent engineer, subcontractors; cc: Carl F. Luft, Roger A. Akin, Joseph A. Dombrowski, George L. Sarris | 7/9/04 | Work-Product, Attorney-Client Privilege |
| NEW02818 – NEW02819 | Correspondence to Luft from TCL | 7/13/04 | Attorney-Client Privilege, Work-Product |
| NEW02874 – NEW02876 | Correspondence to TCL from Houck; cc: Roger Akin, Carl S. Houck, Joseph A. Dombrowski, George L. Sarris, Mayor and Council | 8/3/04 | Attorney-Client Privilege, Work-Product |
| NEW02894 | Correspondence to TCL from Houck | 2/19/04 | Attorney-Client Privilege, Work-Product |
| NEW02924 | Correspondence to TCL from Houck | 2/23/04 | Attorney-Client Privilege, Work-Product |
| NEW02937 – NEW02938 | Correspondence to TCL from Voeller re: necessary repair work; cc: Carol Houck, Joe Dombrowski, Ron Frobel, Joe Kula, Glenn Bowen, John Volk | 3/25/04 | Joint Defense, Attorney-Client Privilege, Work-Product |
| NEW02967 | Copy of Tab – St. Paul Fire Info | | Attorney-Client Privilege, Work-Product- |

32

| NEW02968 - NEW02969 | Correspondence to St. Paul Travelers from Sarris re: invoices; cc: Carl F. Luft, Roger A. Akin, Carol S. Houck | 5/28/04 | Attorney-Client Privilege, Work-Product |
|---|---|---|---|
| NEW02978 | Correspondence to TCL from Houck | 1/5/04 | Attorney-Client Privilege, Work-Product |
| NEW03000 - NEW03013 | Correspondence to TCL from Voeller with attached letters; cc: Carol Houck, Joe Dombrowski, Roger Akin, Joe Kula | 2/12/04 | Joint Defense, Attorney-Client Privilege, Work-Product |
| NEW03027 | Correspondence to TCL from Voeller, Houck, Akin re: list of subcontractors; cc: Carol Houck & Roger Akin, Joe Kula | 2/9/04 | Joint Defense, Attorney-Client Privilege, Work-Product |
| NEW03033 | Fax coversheet to TCL from Houck | 6/23/04 | Attorney-Client Privilege, Work-Product |
| NEW03035 | Fax coversheet from TCL to Houck and Akin | 6/1/04 | Attorney-Client Privilege, Work-Product |
| NEW03049 - NEW03056 | Draft letters from TCL to subcontractors | 2/10/04 | Attorney-Client Privilege, Work-Product |
| NEW03057 | Correspondence to Scott Brinkerhoff from Houck | 2/20/04 | Relevance |
| NEW03058 - NEW03060 | Draft letters from TCL to subcontractors | 2/10/04 | Attorney-Client Privilege, Work-Product |
| NEW03109 | Correspondence to TCL from Houck | 7/27/04 | Attorney-Client Privilege, Work-Product |

33

| | | | |
|---|---|---|---|
| NEW03124 | E-mail to Houck from TCL | 7/30/04 | Attorney-Client Privilege, Work-Product |
| NEW03125 - NEW03128 | Correspondence to Akin and Houck from TCL with Logan's letter attached | 8/12/04 | Attorney-Client Privilege, Work-Product |
| NEW03156 | Correspondence to TCL from Houck | 6/10/04 | Attorney-Client Privilege, Work-Product |
| NEW03166 - NEW03167 | Draft news release | 3/19/04 | Relevance, Work-Product |
| NEW03168 | Correspondence to TCL from Houck | 3/19/04 | Attorney-Client Privilege, Work-Product |
| NEW03178 - NEW03251 | City of Newark's TCL file w/various correspondence and pleadings | 11/25/03 | Attorney-Client Privilege, Work-Product |
| NEW03428 | E-mail correspondence to TCL from Voeller re: qualifications of Ron Frobel | 01/28/04 | Joint Defense, Attorney-Client Privilege |
| NEW03443 | Carol's Handwritten note from reading Surety Bond Claim | | Work-Product |
| NEW03721 | Correspondence to Houck from TCL | 3/23/04 | Attorney-Client Privilege, Work-Product |
| NEW03863 -- NEW03864 | Carol's handwritten notes re: preliminary calculations of amounts due subcontractor | 7/12/04 | Joint Defense, Work-Product |

34

| | | |
|---|---|---|
| NEW03870 | Correspondence to TCL from Voeller re: subcontractor list; cc: Carol Houck, Roger Akin, Joe Kula | 2/9/04 | Joint Defense, Attorney-Client Privilege, Work-Product |
| NEW04091 | Correspondence to Houck from TCL | 7/30/04 | Attorney-Client Privilege, Work-Product |
| NEW04093 | Fax coversheet to TCL from Houck | 7/30/04 | Attorney-Client Privilege, Work-Product |
| NEW05235 - NEW05266 | Correspondence to Akin and Houck from TCL w/copy of Reply Brief | 8/17/04 | Attorney-Client Privilege, Work-Product |
| NEW05267 - NEW05292 | Correspondence to Akin and Houck from TCL w/ copy of Reply Brief | 8/13/04 | Attorney-Client Privilege, Work-Product |
| NEW05293 - NEW05519 | Correspondence to Akin and Houck from TCL w/copy of Motion for Summary Judgment; Request for Production of Documents and | 7/1/04 | Attorney-Client Privilege, Work-Product |
| NEW05520 - NEW05565 | Correspondence to Funk and Council from Luft w/copy of answering brief | 5/3/04 | Work-Product |
| NEW05566 - NEW05736 | Correspondence to Houck from TCL w/ copy of Answering Brief of URS Corporation | 4/28/04 | Attorney-Client Privilege, Work-Product |
| NEW05737 - NEW05987 | Correspondence to Akin and Houck w/ copy of Motion for Preliminary and Permanent Injunctive Relief and Opening Brief | 4/8/04 | Attorney-Client Privilege, Work-Product |
| NEW06036 - NEW06041 | Correspondence to TCL from Houck | 8/31/04 | Attorney-Client Privilege, Work-Product |

35

| Bates Range | Description | Date | Privilege |
|---|---|---|---|
| NEW06044 - NEW06047 | Correspondence to TCL from Houck | 9/15/04 | Attorney-Client Privilege, Work-Product |
| NEW06098 | Fax coversheet to TCL from Houck | 7/28/04 | Attorney-Client Privilege, Work-Product |
| NEW07358 | Correspondence to Luft from Akin re: potential disputes concerning reservoir; cc: Carol Houck, Joseph Dombrowski, George Sarris | 10/27/03 | Attorney-Client Privilege, Work-Product |
| NEW07426 - NEW07452 | Correspondence to Houck from Akin re: potential reservoir disputes with letters attached; cc: Carl F. Luft, Joe Dombrowski | 9/3/03 | Attorney-Client Privilege, Work-Product |
| NEW07453 | "Draft" Sequence for the remaining Construction marked | 8/6/04 | Work-Product |
| NEW07647 - NEW07650 | Correspondence to Houck from Akin re: change orders on reservoir construction project; cc: Carl Luft, Roy Lopata, Joseph Dombrowski | 01/9/03 | Attorney-Client Privilege, Work-Product |
| NEW08053 - NEW08060 | Correspondence to Sarris from Akin re: reservoir construction contract documents; cc: Carl F. Luft, Joseph A. Dombrowski | 01/7/02 | Attorney-Client Privilege, Work-Product |
| NEW08114 | Transmittal from URS to Lintner; cc: Dombrowski, Prouty, Frobel, Kula, TCL | 7/6/04 | Joint Defense, Attorney-Client Privilege, Work-Product |
| NEW10441 - NEW10442 | Correspondence to Houck from Akin re: contract review; cc: Carl F. Luft, George Sarris, Joe Dombrowski | 2/7/02 | Attorney-Client Privilege, Work-Product |
| NEW10631 - NEW10635 | Letter to TCL from Calabria re: invoices with invoices attached. | 12/6/04 | Attorney-Client Privilege, Work-Product |

| | | | |
|---|---|---|---|
| NEW10636-<br>NEW10638 | Letter to TCL from Calabria re: questions for URS | 10/26/04 | Attorney-Client<br>Privilege, Work-<br>Product |
| NEW10685-<br>NEW10732 | Letter to Luft from TCL w/ copy of Calabria's report attached | 7/13/04 | Attorney-Client<br>Privilege, Work-<br>Product |
| NEW10733-<br>NEW10735 | Letter to Calabria from TCL re: URS correspondence dated 8/26/04 | 8/26/04 | Attorney-Client<br>Privilege, Work-<br>Product |
| NEW10736 | Letter to Calabria from TCL re: Geosystems costs | 8/23/04 | Attorney-Client<br>Privilege, Work-<br>Product |
| NEW10737 | E-mail to TCL from Calabria re: handling newspaper reporters | 7/14/04 | Attorney-Client<br>Privilege, Work-<br>Product |
| NEW10738-<br>NEW10739 | E-mail to TCL from Calabria with revised appendices | 7/13/04 | Attorney-Client<br>Privilege, Work-<br>Product |
| NEW10740-<br>NEW10766 | Geosystems Original Appendix A | | Work Product |
| NEW10767 -<br>NEW10785 | Draft report from Calabria to TCL w/ Paul Cottrell's handwritten notes | 7/8/04 | Attorney-Client<br>Privilege, Work-<br>Product |
| NEW10786-<br>NEW10804 | Draft report from Calabria to TCL w/ Vicky Petrone's handwritten notes | 7/8/04 | Attorney-Client<br>Privilege, Work-<br>Product |
| NEW10805-<br>NEW10828 | Copy of Draft Appendix A through D | 7/8/04 | Attorney-Client<br>Privilege, Work<br>Product |

37

| | | | |
|---|---|---|---|
| NEW10829 - NEW10847 | Draft copy of report produced by Calabria | 7/8/04 | Attorney-Client Privilege, Work Product |
| NEW10848 - NEW10856 | Email from TCL to Calabria with site photographs | 6/16/04 | Attorney-Client Privilege, Work-Product |
| NEW10857 - NEW10864 | Fax to TCL from Calabria re: comments on Test Section Procedure | 6/1/04 | Attorney-Client Privilege, Work-Product |
| NEW1000865 - NEW10866 | E-mail to Calabria from TCL w/ site photo 2 of 3 attached | 6/1/04 | Attorney-Client Privilege, Work-Product |
| NEW10867- NEW10868 | E-mail to Calabria from TCL w/ site photo 1 of 3 attached | 6/1/04 | Attorney-Client Privilege, Work-Product |
| NEW10868- NEW10870 | E-mail to Calabria from TCL w/ site photo 3 of 3 attached | 6/1/04 | Attorney-Client Privilege, Work-Product |
| NEW10871 | E-mail to Calabria from TCL confirming meeting | 5/26/04 | Attorney-Client Privilege, Work-Product |
| NEW10872- NEW10875 | Fax to Calabria from TCL w/ project comparison sheet from URS attached | 5/18/04 | Attorney-Client Privilege, Work-Product |
| NEW10876- NEW10877 | E-mail to Calabria from TCL re/ leak rates | 5/12/04 | Attorney-Client Privilege, Work-Product |
| NEW10878 | Letter to Calabria from TCL w/ documents enclosed for review | 5/11/04 | Attorney-Client Privilege, Work-Product |

38

| NEW10879 | E-mail to Calabria from TCL re/clarification on leak rate | 5/10/04 | Attorney-Client Privilege, Work-Product |
| NEW10880-NEW10881 | E-mail to Calabria from TCL re/URS comments on leak rate and phreatic surface | 5/10/04 | Attorney-Client Privilege, Work-Product |
| NEW10882 | Letter to Calabria from TCL w/ documents enclosed for review | 4/29/04 | Attorney-Client Privilege, Work-Product |
| NEW10883-NEW10889 | Fax to TCL from Calabria w/ Preliminary Report attached | 4/28/04 | Attorney-Client Privilege, Work-Product |
| NEW10890 -NEW10891 | E-mail to TCL from Calabria re/contract with Geosystems | 4/19/04 | Attorney-Client Privilege, Work-Product |
| NEW10892 | E-mail to TCL from Calabria re/ commencement of review | 4/13/04 | Attorney-Client Privilege, Work-Product |
| NEW10893 | E-mail to TCL from Calabria re/status of engagement | 4/12/04 | Attorney-Client Privilege, Work-Product |
| NEW10894-NEW10897 | Letter to Calabria from TCL re/ retaining the services of GeoSystems | 4/6/04 | Attorney-Client Privilege, Work-Product |
| NEW10898 | Email to TCL from Calabria re/ Professional Services Agreement | 3/22/04 | Attorney-Client Privilege, Work-Product |
| NEW10899 -NEW10936 | GeoSystems Agreement and Curriculum Vitae | | Work Product, Attorney-Client Privilege |

| | | | |
|---|---|---|---|
| NEW10937 - NEW10974 | GeoSystems Agreement and Curriculum Vitae *(duplicate)* | | Work Product, Attorney-Client Privilege |
| NEW10975- NEW10977 | Three CD's containing July 9, 2004 report | | Work Product, Attorney-Client Privilege |
| NEW11038- NEW11047 | Memo to Luft from Akin, cc: Houck, Dombrowski, Sarris, Lamblack, Cottrell, regarding Retention of New Contractor for Completion of Reservoir | 2/16/04 | Attorney-Client Privilege, Work-Product |
| NEW11048 - NEW11050 | Letter to Akin from Dombrowski and Houck, cc: Luft, re/ his opinion on waiving the bid process to complete the reservoir project | 2/11/04 | Attorney-Client Privilege, Work-Product |
| NEW11051 | Letter to Akin and Sarris from Luft, cc: Houck and Dombrowski, re/ opinion on letter from Pinebrook Apartments Letter | 4/2/04 | Relevance, Attorney-Client Privilege, Work-Product |
| NEW11052 | Memo to Mayor Goodwin and Council from Luft, cc: Akin, Cottrell, Houck, Dombrowski, Sarris, re/ Durkin's failure to respond to termination letter | 2/11/04 | Work-Product, Attorney-Client Privilege |
| NEW11053 - NEW11055 | Letter to Akin from Dombrowski and Houck, cc: Luft, re/ his opinion on waiving the bid process to complete the reservoir project *(duplicate)* | 2/11/04 | Attorney-Client Privilege, Work-Product |
| NEW11056- NEW11057 | Letter to Akin from Luft, cc: Athey, Sarris and Houck, regarding David Athey's involvement in Durkin's lawsuit | 3/25/04 | Attorney-Client Privilege, Work-Product |
| NEW11058 - NEW11059 | Memo to Councilman David Athey from Akin, cc: Luft, Houck, Sarris, re/ status of his dismissal | 4/12/04 | Attorney-Client Privilege, Work-Product |

40

| | | |
|---|---|---|
| NEW11060 | Memo to Mayor and Mayor-elect and Council from Luft, cc: Akin, Houck, Dombrowski and Sarris, re/ URS report | 4/15/04 | Work-Product, Attorney-Client Privilege |
| NEW11061 - NEW11063 | Memo to Mayor and Council from Akin, cc: Luft, Houck, Dombrowski and Cottrell, re/reservoir litigation status | 5/27/04 | Attorney-Client Privilege, Work-Product |
| NEW11064 - NEW11067 | Memo from Mayor and Council from Akin, cc: Luft, Houck, Dombrowski and Sarris, re: Update on Reservoir Litigation | 4/14/04 | Attorney-Client Privilege, Work-Product |
| NEW11068 - NEW11072 | Memo to Sarris from Akin re/ cost of litigation, cc: Luft and Houck, copy of letter from PC to Akin w/ TCL invoice attached | 8/3/04 | Attorney-Client Privilege, Work-Product |
| NEW11073- NEW11074 | Memo to Mayor and Council from Akin, cc: Luft, Houck, Dombrowski and Sarris, re/bidding process required to replace Durkin | 8/11/04 | Attorney-Client Privilege, Work-Product |
| NEW11075 - NEW11079 | Memo to Mayor and Council from Akin, cc: Luft, Houck, Dombrowski and Sarris re/Reservoir litigation and personal liability issues | 8/16/04 | Attorney-Client Privilege, Work-Product |
| NEW11080 - NEW11081 | Letter to Semple from Akin, cc: Luft, Houck, Dombrowski, Sarris and Cottrell, re/Newark City Council Meeting 4/26/04 | 4/20/04 | Joint Defense, Attorney-Client Privilege, Work-Product |
| NEW11082 - NEW11083 | Letter to Mayor and Council rom Akin, cc: Luft, Houck, Dombrowski, Sarris and Cottrell, re/ Reservoir Status Update | 9/1/04 | Attorney-Client Privilege, Work-Product |
| NEW11084 - NEW11085 | Letter to Mayor and Council from Akin, cc: Luft, Houck, Dombrowski, Sarris and Cottrell, re/Reservoir Status Update | 8/25/04 | Attorney-Client Privilege, Work-Product |

41

| NEW11086 - NEW11111 | Letter to TCL from Voeller, cc: Houck, Dombrowski, Frobel, Kula, Bowen and Volk, re/ Notice of Repair with letters attached | 3/25/04 | Attorney-Client Privilege, Work-Product |
| NEW11112 - NEW11113 | Memo to Mayor and Council from Akin, cc: Luft, Lamblack, Houck, Dombrowski and Sarris, re/ Reservoir discussions at April 26, 2004 City Council Meeting | 4/20/04 | Attorney-Client Privilege, Work-Product |
| NEW11114- NEW11116 | Memo to Mayor and Council from Akin, cc: Luft, Sarris, Houck, Dombrowski and Cottrell, re/ New litigation concerning reservoir | 3/18/04 | Attorney-Client Privilege, Work-Product |
| NEW11117- NEW11120 | Memo to Mayor and Council from Akin, cc: Luft, Houck, Sarris, Dombrowski, Cottrell, re/ Reservoir litigation and related issues | 4/1/04 | Attorney-Client Privilege, Work-Product |
| NEW11121- NEW11123 | Draft press release "City of Newark Responds to Reservoir Lawsuit" w/ fax cover sheet to TC& from Houck | 4/5/04 | Attorney-Client Privilege, Work-Product |

42