IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Reply Brief Regarding The Judicial Admission Of The City Of Newark Providing Prior Written Notice Of Intent To Terminate The Contract is being served electronically upon counsel of record listed below:

Paul Cottrell, Esquire
**TIGHE, COTTRELL & LOGAN, P.A.**
First Federal Plaza
Suite 500
P. O. Box 1031
Wilmington, DE 19899
Attorneys for City of Newark, Harold F. Godwin, John H. Farrell, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue
Suite 1500
P. O. Box 68
Wilmington, DE 19899
Attorneys for URS Corporation

ME1\5828781.1

Patrick R. Kingsley, Jr., Esquire
Stradley Ronon Stevens & Young LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
Attorneys for Third-Party Defendant
Federal Insurance Company

Kevin W. Goldstein, Esquire
Stradley, Ronon, Stevens & Young, LLP
300 Delaware Avenue
Suite 800
P. O. Box 2170
Wilmington, DE 19801
Attorneys for Third-Party Defendant
Federal Insurance Company

**Powell, Trachtman, Logan,
Carrle & Lombardo, P.C.**

Date:   September 1, 2006

By: _____/S/   Paul A. Logan_____
    Paul A. Logan, DE Bar ID #3339
    475 Allendale Road, Suite 200
    King of Prussia, PA 19406
    (T) 610-354-9700; (F) 610-354-9760

**McCARTER & ENGLISH, LLP**

By: _/s/ Katharine L. Mayer_____
    Thomas D. Walsh, DE Bar ID # 3783
    Katharine L. Mayer, DE Bar ID #3758
    McCarter & English, LLP
    919 N. Market Street, Suite 1800
    P.O. Box 111
    Wilmington, DE 19899
    (302) 984-6300

    Attorneys for Plaintiff and Third Party
    Defendant Donald M. Durkin Contracting

ME1\5828781.1