IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Reply Brief Of Plaintiff In Support Of Motion In Limine To Preclude The City From Offering Evidence That The Method For Payment For Incomplete Work Is Other Than On A Time And Materials Basis is being served electronically upon counsel of record listed below:

Paul Cottrell, Esquire
**TIGHE, COTTRELL & LOGAN, P.A.**
First Federal Plaza
Suite 500
P. O. Box 1031
Wilmington, DE 19899
Attorneys for City of Newark, Harold F. Godwin, John H. Farrell, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue
Suite 1500
P. O. Box 68
Wilmington, DE 19899
Attorneys for URS Corporation

Patrick R. Kingsley, Jr., Esquire
Stradley Ronon Stevens & Young LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
Attorneys for Third-Party Defendant
Federal Insurance Company

Kevin W. Goldstein, Esquire
Stradley, Ronon, Stevens & Young, LLP
300 Delaware Avenue
Suite 800
P. O. Box 2170
Wilmington, DE 19801
Attorneys for Third-Party Defendant
Federal Insurance Company

**Powell, Trachtman, Logan,
Carrle & Lombardo, P.C.**

Date:   September 1, 2006

By: ____/S/   Paul A. Logan_____
   Paul A. Logan, DE Bar ID #3339
   475 Allendale Road, Suite 200
   King of Prussia, PA 19406
   (T) 610-354-9700; (F) 610-354-9760

**McCARTER & ENGLISH, LLP**

By: _/s/ Katharine L. Mayer_____
   Thomas D. Walsh, DE Bar ID # 3783
   Katharine L. Mayer, DE Bar ID #3758
   McCarter & English, LLP
   919 N. Market Street, Suite 1800
   P.O. Box 111
   Wilmington, DE 19899
   (302) 984-6300

   Attorneys for Plaintiff and Third Party
   Defendant Donald M. Durkin Contracting

ME1\5828705.1