

**STRADLEY RONON**
ATTORNEYS AT LAW

Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098
Telephone 215.564.8000
Fax 215.564.8120
www.stradley.com

**David M. Burkholder**
(610) 640-5807
dburkholder@stradley.com

September 6, 2006

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 North King Street
Room 4324, Lockbox 19
Wilmington, DE 19801

Re: *Donald M. Durkin Contracting, Inc. v. City of Newark, et al.*
U.S.D.C. Del., Civil Action No. 04-0163-GMS

Dear Judge Sleet:

We have received the Court's Minute Entry for the pretrial conference held on September 5, 2006. The Minute Entry reflects that the Court has reserved judgment on D.I.'s 152, 190, and 193. We respectfully wish to remind the Court that Your Honor also reserved judgment on D.I. 163 (Federal's motion to exclude deposition errata sheets) and D.I. 165 (Federal's motion to exclude the February 4, 2004 letter). Thus, those motions remain pending for the Court's consideration.

Respectfully submitted,

David M. Burkholder

cc: Paul Cottrell (via electronic filing)
Paul A. Logan, Esquire (via electronic filing)
James S. Green (via electronic filing)
Patrick R. Kingsley, Esquire
Kevin W. Goldstein, Esquire (via electronic filing)