IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

## MOTION TO INTERVENE BY ST. PAUL FIRE & MARINE INSURANCE COMPANY

St. Paul Fire & Marine Insurance Company (hereinafter "St. Paul") hereby moves this Court for entry of an Order permitting it to intervene in this matter pursuant to Fed. R. Civ. P. 24(a) solely for the purpose of participating in the conference concerning Jury Verdict Form and in support thereof states the following:

1. As a result of the above-captioned matter, the Defendants presented a claim for coverage under a policy issued by St. Paul to the City of Newark, Policy GP09310121.

2. Some of the allegations asserted in the Complaint filed by the Plaintiffs fall within the coverage of that policy and St. Paul has been defending the City of Newark and Council Members under a Reservation of Rights letter.

1351907 v.1

3. The St. Paul policy contained various terms, conditions, and exclusions that define and/or limit the available coverage and some of the alleged wrongdoings and injuries fall outside the scope of coverage of the St. Paul policy.

4. Because some of the claims in the lawsuit are potentially covered, while others are not, it is necessary that the Jury Verdict Form in this matter clearly differentiate whether liability and damages are being imposed for wrongdoing and damages that are within the scope of the coverage or for wrongdoing and damages that are not covered by the St. Paul policy. This is necessary so that after the trial is concluded, it can be determined the extent to which the St. Paul policy potentially affords coverage for any Judgment.

5. The Delaware Supreme Court has not addressed whether the insured or the insurance company bears the burden of apportioning or allocating damages, when a Verdict includes elements which may fall within coverage and others which may be excluded from coverage.

6. The Delaware Superior Court has addressed the issue in <u>TIG Insurance v. Royal Insurance Company of America</u>, C.A. No. 02C-04-126 JRS (Del. Super., May 10, 2004) [Exhibit "A"]. The Court in <u>TIG Insurance</u>, citing cases mostly from Florida and Massachusetts, concluded that the burden was on the insurance company:

> [T]he insurer must request an allocation of damages that will allow the parties to more readily address the coverage issues after the trial. Id. at 14.

7. St. Paul has asked the attorneys defending the City of Newark and Council Members to request three additional Questions (or subparts) on the Jury Verdict Form to the Questions proposed by the Plaintiff. A copy of the Jury Verdict Form with those

additional questions (II.A.1., II.B.2-5. and II.C.1.) highlighted is attached hereto as Exhibit "B".

8. Fed. R. Civ. P. 24(a) provides in parts:

"Upon timely application, anyone shall be permitted to intervene in an action:

* * *

> (2) when the applicant claims an interest relating to the property or the transaction which is the subject to the action and the applicant is so situated that the disposition of the action may as a practical matter impair or impede the applicant's ability to protect that interest, unless the applicant's interest is adequately represented by existing parties."

Intervention by St. Paul is necessary to assure that the Jury Verdict Form makes it possible to determine the potential applicability of the St. Paul policy to any Judgment that is entered.

9. St. Paul does not seek to intervene to participate in the actual trial itself, but only to intervene to the extent necessary to participate in the preparation of the Jury Verdict Form.

WHEREFORE, it is requested that this Court permit St. Paul to intervene in this matter solely for the purpose of submitting Requests for the Jury Verdict Form and participating in any conference concerning the Jury Verdict Form.

RAWLE & HENDERSON LLP

_____
William J. Cattie, III, Esq. – ID # 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
302-778-1200
Attorneys for St. Paul Fire & Marine Insurance Company

Dated: 9/13/06

1351907 v.1