# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

**PLAINTIFF, DONALD M. DURKIN CONTRACTING, INC.'S,**
**PROPOSED JURY VERDICT FORM**

                                      **POWELL, TRACHTMAN,**
                                      **LOGAN, CARRLE &**
                                      **LOMBARDO, P.C.**
Paul A. Logan
Delaware Supreme Court ID #3339
475 Allendale Road, Suite 200
King of Prussia, PA 19406
Telephone: 610-354-9700
Telefacsimile: 610-354-9760
*Attorneys for Plaintiff and Third Party Defendant Donald M. Durkin Contracting*

Dated: August ___, 2006

KOP:347674v1 3514-04

I.  **Donald M. Durkin Contracting, Inc.'s Claims Against the City of Newark and Individual Defendants Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa**

A. Do you find by a preponderance of the evidence that the City of Newark breached its duties under the Water Supply Reservoir City of Newark, Delaware Contract 02-02, and that such breach was a proximate cause of the damages sought by Donald M. Durkin Contracting, Inc.?

YES_____          NO_____

B. Do you find by a preponderance of the evidence that individual defendants Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa acted under the color of state law and denied Donald M. Durkin Contracting, Inc. a property interest or a liberty interest without due process of law, and that such denial was a proximate cause of the damages sought by Donald M. Durkin Contracting, Inc.?

YES_____          NO_____

C. Do you find by a preponderance of the evidence that the City of Newark denied Donald M. Durkin Contracting, Inc. a property interest or a liberty interest without due process of law, and that such denial was a proximate cause of the damages sought by Donald M. Durkin Contracting, Inc.?

YES_____          NO_____

D. Do you find by a preponderance of the evidence that the City of Newark intentionally interfered with Donald M. Durkin Contracting, Inc.'s existing contracts or prospective contracts and that such interference was a proximate cause of the damages sought by Donald M. Durkin Contracting, Inc.?

YES_____          NO_____

E. Do you find by a preponderance of the evidence that individual defendants Harold F. Godwin, Council Persons John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa intentionally interfered with Donald M. Durkin Contracting, Inc.'s existing or prospective contracts, and that such interference was a proximate cause of the damages sought by Donald M. Durkin Contracting, Inc.?

YES_____          NO_____

F. Do you find by a preponderance of the evidence that the City of Newark defamed Donald M. Durkin Contracting, Inc., and that such defamation was a proximate cause of the damages sought by Donald M. Durkin Contracting, Inc.?

YES_____          NO_____

G. Do you find by a preponderance of the evidence that individual defendants Harold F. Godwin, Council Persons John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa defamed Donald M. Durkin Contracting, Inc. and that such defamation was a proximate cause of the damages sought by Donald M. Durkin Contracting, Inc.?

YES_____          NO_____

H. Do you find by a preponderance of the evidence that the City of Newark converted Donald M. Durkin Contracting, Inc.'s property, and that such conversion was a proximate cause of the damages sought by Donald M. Durkin, Contracting Inc.?

YES_____          NO_____

I.  Do you find by a preponderance of the evidence that the City of Newark made false and fraudulent misrepresentations to Donald M. Durkin Contracting, Inc., that Donald M. Durkin Contracting, Inc. reasonably relied on such false and fraudulent misrepresentations, and that such reliance on the false and fraudulent misrepresentations was a proximate cause of the damages sought by Donald M. Durkin, Contracting Inc.?

YES_____                    NO_____

J.  Do you find by a preponderance of the evidence that there was a conspiracy between City of Newark, City Council and/or URS Corporation, Inc. and that such conspiracy was a proximate cause of the damages sought by Donald M. Durkin, Contracting Inc.?

YES_____                    NO_____

*If you answered YES to any of the Questions above, then you should proceed to Part II. If you answered NO to all of the Questions above, then you should proceed to Part III.*

II. **Donald M. Durkin Contracting, Inc.'s Damages**

A.  We the jury, find that Donald M. Durkin, Contracting Inc. is entitled to recover from the City of Newark and the individual defendants Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa for compensatory damages in the amount of $ _____.

   1.  If you answered yes to any of questions I.B., I.C., I.F. or I.G. please state the amount of damages you have awarded as compensatory damages which is included in the amount above.

       Amount:    $_____

B.  Did the City of Newark and/or the individual defendants Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa act intentionally or recklessly when it/they did any of the following:

   1.  Denied Donald M. Durkin Contracting, Inc. a property interest or a liberty interest without due process of law;

YES_____                    NO_____

2. Interfered with Donald M. Durkin Contracting, Inc.'s existing or prospective contracts;

YES_____          NO_____

3. Defamed Donald M. Durkin Contracting, Inc.;

YES_____          NO_____

4. Converted Donald M. Durkin Contracting, Inc.'s property;

YES_____          NO_____

5. Made false and fraudulent misrepresentations to Donald M. Durkin Contracting, Inc.

YES_____          NO_____

*If you answered YES to Question II.B. then you should proceed to Question II.C. If you answered NO to Question II.B., then you should proceed to Part III.*

C. Do you award punitive damages against the City of Newark and/or the individual defendants Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa?

YES_____          NO_____

If YES, in what amount?

ANSWER: $ _____

1. If you answered yes to either question II.B.1. or II.B.3. or both please state the amount of damages you have awarded as punitive damages which is included in the amount above.

Amount: $ _____

KOP:347674v1 3514-04

III. **The City of Newark and Individual Counterclaim Plaintiffs Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa's Claims Against Donald M. Durkin Contracting, Inc.**

    A.    Do you find by a preponderance of the evidence that Donald M. Durkin Contracting, Inc. breached its duties under the Water Supply Reservoir City of Newark, Delaware Contract 02-02 and that such breach was a proximate cause of the damages sought by the City of Newark?

        YES_____                  NO_____

*If you answered YES to Question III.A. then you should proceed to Part IV. If you answered NO to Question III.A., then you should proceed to Part VI.*

IV. **The City of Newark and Individual Counterclaim Plaintiffs Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa's Damages Against Donald M. Durkin Contracting, Inc.**

    A.    We the jury, find that the City of Newark and the individual counterclaim plaintiffs Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa are entitled to recover from Donald M. Durkin, Contracting Inc. for compensatory damages in the amount of $ _____.

V. **The City of Newark and Individual Third Party Plaintiffs Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa's Claims Against Federal Insurance Company**

    A.    Do you find by a preponderance of the evidence that Federal Insurance Company breached its duties under the Performance Bond and that such breach was a proximate cause of the damages sought by the City of Newark and individual third party plaintiffs?

        YES_____                  NO_____

  B. Do you find by a preponderance of the evidence that Federal Insurance Company breached implied duties of good faith and fair dealing under the Performance Bond and that such breach was a proximate cause of the damages sought by the City of Newark and individual third party plaintiffs?

   YES____        NO____

*If you answered YES to Question V.A. or Question V.B. then you should proceed to Part VI. If you answered NO to both Question V.A. and Question V.B then you should proceed to Part VII.*

VI. **The City of Newark and Individual Third Party Plaintiffs Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa's Damages Against Federal Insurance Company**

  A. We the jury, find that the City of Newark and the individual third party plaintiffs Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa are entitled to recover from Federal Insurance Company for compensatory damages in the amount of $ _____.

VII. **The City of Newark and Individual Third Party Plaintiffs Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa's Claims Against URS Corporation**

  A. Assuming that 100% represents the total causes of Donald M. Durkin, Contracting Inc.'s damages, what percentage of this 100% is attributable to the conduct of the City of Newark, and the individual third party plaintiffs Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa, and what percentage of this 100% is attributable to the conduct of URS Corporation, Inc.?

   ____% to the City of Newark, and the individual third party plaintiffs Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa

KOP:347674v1 3514-04

_____% to URS Corporation, Inc.

**VIII.  URS Corporation's Claims Against the City of Newark**

A.  Do you find by a preponderance of the evidence that the City of Newark breached its duties under its Contract with URS Corporation, Inc. and that such breach was a proximate cause of the damages sought by the URS Corporation, Inc.?

YES_____                    NO_____

*If you answered YES then you should proceed to Part IX. If you answered NO, then you should sign and date the verdict form and tell the bailiff you have reached a verdict.*

**IX.  URS Corporation Inc.'s Damages Against the City of Newark**

A.  We the jury, find that the URS Corporation, Inc. is entitled to recover from the City of Newark, Inc. for compensatory damages in the amount of $ _____.

*You should sign and date the verdict form and tell the bailiff you have reached a verdict.*

SO SAY WE ALL, this _____ day of _____, 2006

_____
Floorperson