IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of September 2006, a copy of the Motion to Intervene by St. Paul Fire & Marine Insurance Company was served via US mail and E-filing notification upon the following person(s):

Paul A. Logan, Esq.
David T. Bolger, Esq.
Powell, Trachtman, Logan, Carrle &
    Lombardo, P.C.
475 Allendale Road, Ste. 200
King of Prussia, PA 19406

Paul Cottrell, Esq.
Victoria Kathryn Petrone, Esq.
Tighe Cottrell & Logan, P.A.
First Federal Plaza, Ste. 500
P.O. Box 1031
Wilmington, DE 19899

James S. Green, Esq.
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Ste. 1500
P.O. Box 68
Wilmington, DE 19899

James W. Semple, Esq.
Morris, James, Hitchens & Williams
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899

Kevin W. Goldstein, Esq.
Stradley, Ronon, Stevens & Young, LLP
300 Delaware Avenue, Ste. 800
Wilmington, DE 19801

**[SIGNATURE ON NEXT PAGE]**

1355047 v.1

*[signature]*

William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200