IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff*<br><br>vs.<br><br>CITY OF NEWARK, et al., *Defendants*<br><br>and<br><br>CITY OF NEWARK, *Third-Party Plaintiff*<br><br>vs.<br><br>DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

**ORDER**

Permission is hereby GRANTED that St. Paul Fire & Marine Insurance Company can intervene in this action solely for the purposes of submitting Requests for the Jury Verdict Form and participating in any conference concerning the Jury Verdict Form.

                                                                                                J.

Dated: _____

1351907 v.1