**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| CITY OF NEWARK, et al., | ) ) |
| Defendants | ) ) |
| and | ) C.A. No. 04-163 GMS |
| CITY OF NEWARK, et al., | ) ) |
| Third-Party Plaintiff | ) ) |
| v. | ) ) |
| DONALD M. DURKIN CONTRACTING, INC., AND FEDERAL INSURANCE COMPANY, | ) ) ) ) |
| Third-Party Defendants | ) ) |

## **ORDER**

St. Paul Fire & Marine Insurance Company's motion to intervene pursuant to Fed. R. Civ. P. 24(a) solely for the purpose of submitting requests to be included in the jury verdict form and participating in any conference related thereto is hereby GRANTED.

Dated: September 18, 2006

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE