## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., | ) ) ) |
| Plaintiff | ) ) ) |
| v. | ) ) |
| CITY OF NEWARK, et al., | ) ) |
| Defendants | ) ) ) |
| and | ) C.A. No. 04-163 GMS |
| CITY OF NEWARK, et al., | ) ) |
| Third-Party Plaintiff | ) ) |
| v. | ) ) |
| DONALD M. DURKIN CONTRACTING, INC., AND FEDERAL INSURANCE COMPANY, | ) ) ) ) |
| Third-Party Defendants | ) ) |

## **ORDER**

WHEREAS, on September 5, 2006, the court held a pretrial conference, during which oral argument was heard on various motions *in limine*;

WHEREAS, during the conference, the court denied a number of motions labeled *in limine*, but which were, in effect, untimely summary judgment motions (D.I. 151, 154, 155, 156);

WHEREAS, upon further consideration, the court also finds the City of Newark's motion *in limine* as to the valuation of plaintiff's damages (D.I. 152) to be an untimely summary judgment motion; and

WHEREAS, having considered the parties' submissions regarding Durkin's motion *in limine* to preclude the City from offering evidence that the method for payment for incomplete work is other than on a time and material basis (D.I. 193), the court finds Durkin's position unsupported.

IT IS HEREBY ORDERED that:

1. Durkin's motion *in limine* as to the valuation of plaintiff's damages is DENIED.

2. The City of Newark's motion *in limine* to preclude the city from offering evidence that the method for payment for incomplete work is other than on a time and material basis is DENIED.

Dated: September 20, 2006

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE