IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff*<br><br>vs.<br><br>CITY OF NEWARK, et al., *Defendants*<br><br>and<br><br>CITY OF NEWARK, *Third-Party Plaintiff*<br><br>vs.<br><br>DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Intervenor* | |

**APPENDIX TO PLAINTIFF'S MOTION FOR SANCTIONS
UNDER FEDERAL RULE OF CIVIL PROCEDURE 37(b), (c) and (d)**
Part 2

                              POWELL, TRACHTMAN, LOGAN,
                              CARRLE & LOMBARDO, P.C.
                              Paul A. Logan
                              Delaware Supreme Court ID #3339
                              475 Allendale Road, Suite 200
                              King of Prussia, PA 19406
                              Telephone: 610-354-9700
                              Telefacsimile: 610-354-9760
                              *Attorneys for Plaintiff and Third Party*
                              *Defendant Donald M. Durkin Contracting*

Dated: September 22, 2006

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| 45. | NEW00290 | Correspondence to Funk and Council from Luft re: information from TCL re: Durkin's request for injunction cc: Akin, Houck, Dombrowski, Sarris | 5/3/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 46. | NEW00338 | Correspondence to Funk and Council from Luft re: info requested during executive session | 4/27/04 | Privileged waived by disclosure of Houck's 5/16/06 letter. Not protected by attorney work product. There is no indication that the document was prepared by or for counsel or at the direction of counsel. |
| 47. | NEW00345 | Draft media Statement of Newark Reservoir Project | | Not protected by attorney work product. There is no indication that the document was prepared by or for counsel or at the direction of counsel. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need |

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| 48. | NEW00346 | Construction Project Report prepared by George Sarris re: budget for all capital projects | 3/31/04 | Not protected by attorney work product. There is no indication that the document was prepared by or for counsel or at the direction of counsel. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 49. | NEW00348-NEW00349 | Correspondence to Mayor and Council from Akin re: advice re: upcoming council meeting cc: Luft, Lamblack, Houck, Dombrowski, Sarris | 4/20/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |

17

A-63

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| 50. | NEW00350-NEW00351 | Correspondence to Semple from Akin re: Newark City Council Meeting – April 26, 2004 cc: Luft, Houck, Dombrowski, Sarris, Cottrell | 4/20/04 | There is no joint defense privilege based on the Court order. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 51. | NEW00352-NEW00355 | Houck's notes titled "Reservoir Project Briefing Outline": re preparation of legal briefs | 4/15/04 | Not protected by attorney work product. There is no indication that the document was prepared by or for counsel or at the direction of counsel. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 52. | NEW00356-NEW00359 | Correspondence to Mayor and Council from Akin re: update on reservoir litigation cc: Luft, Houck, Dombrowski, Sarris | 4/14/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues |

18

A-64

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| 53. | NEW00365-NEW00366 | Memo from Luft to Funk and Council re: information from TCL and cover letter from TCL | 4/15/04 | to be withheld, need further description of the document. May contain comments regarding substance of case which were waived by Houck's disclosure of 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 54. | NEW00383-NEW00384 | Correspondence from Luft to Funk and Council re: URS report cc: Akin, Houck, Dombrowski, Sarris (two copies) | 4/15/04 | Not protected by attorney work product. There is no indication that the document was prepared by or for counsel or at the direction of counsel. May contain comments regarding substance of case which were waived by Houck's disclosure of 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 55. | NEW00435-NEW00428 | Correspondence to Mayor and Council from Akin re: update on reservoir litigation and related issues cc: Luft, Cottrell, Houck, | 4/1/04 | May contain comments regarding substance of case which were waived by Houck's disclosure of |

19

A-65

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| 56. | NEW00439 | Luft's handwritten notes of meeting with TCL Dombrowski, Sarris | | 5/16/06 letter. If continues to be withheld, need further description of the document. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 57. | NEW00443-NEW00447 | Correspondence to TCL from Voeller with attachments re: sequence of events cc: Houck, Dombrowski, Frobel, Kula, Bowen, Volk | 3/25/04 | There is no joint defense privilege based on the Court's order. Not protected by attorney work product. There is no indication that the document was prepared by or for counsel or at the direction of counsel. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 58. | NEW00448 | Luft's handwritten notes re: telephone conference with TCL | 3/25/04 | May contain comments regarding substance of |

20

A-66

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| 59. | NEW00449-NEW00450 | Luft's handwritten notes from meeting with TCL | 3/23/04 | case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| | | | | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 60. | NEW00453-NEW00458 | Agenda for upcoming meeting | 3/23/04 | Not protected by attorney work product. There is no indication that the document was prepared by or for counsel or at the direction of counsel. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 61. | NEW00461-NEW00462 | Luft's handwritten notes Executive Session | 3/27/04 | Not protected by attorney work product. There is no |

21

A-67

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| 62. | NEW00467 | Correspondence to TCL, Houck, Dombrowski and Sarris from Luft re: strategy cc: Akin | 3/24/04 | indication that the document was prepared by or for counsel or at the direction of counsel. May contain comments regarding substance of case which were waived by Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 63. | NEW00468-NEW00469 | Correspondence to Luft from Akin re: reservoir legal issues cc: Houck, Sarris, Lamblack | 3/29/04 | May contain comments regarding substance of case which were waived by Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 64. | NEW00470- | Correspondence to Luft from Houck re: | 3/18/04 | Not protected by attorney |

22

A-68

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
|  | NEW00471 | reservoir dispute update |  | work product. There is no indication that the document was prepared by or for counsel or at the direction of counsel. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 65. | NEW00472-NEW00474 | Correspondence to Mayor and Council from Akin re: new litigation concerning reservoir cc: Luft, Sarris, Houck, Dombrowski, Cottrell | 3/18/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 66. | NEW00551-NEW00553 | Luft's handwritten notes of Surety/Settlement Meeting | 12/9/03 | Privileged waived by disclosure of Houck 5/16/06 letter. Not protected by attorney work product. There is no indication that the document was prepared by or for counsel or at the direction of counsel. |
| 67. | NEW00555- | Correspondence to TCL from Luft cc: | 12/9/03 | May contain comments |

23

A-69

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| 68. | NEW00558 | Akin, Houck, Sarris, Dombrowski Correspondence to Mayor and Council from Luft re: issues of concern | 12/8/03 | May contain comments regarding substance of case which were waived by Houck's disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| | NEW00559 | | | Privileged waived by disclosure of Houck 5/16/06 letter. Not protected by attorney work product. There is no indication that the document was prepared by or for counsel or at the direction of counsel. |
| 69. | NEW00560 | Luft's handwritten notes re: meeting with TCL | 12/2/03 | May contain comments regarding substance of case which were waived by Houck's disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 70. | NEW00563-NEW00565 | Correspondence to TCL from Akin cc: Luft, Houck | 11/25/03 | May contain comments regarding substance of case which were waived by Houck's disclosure of Houck's 5/16/06 letter. If continues to be withheld, need |

24

**A-70**

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| 71. | NEW00566 | Luft handwritten notes of the Executive Session | 11/24/03 | Not protected by attorney work product. There is no indication that the document was prepared by or for counsel or at the direction of counsel. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld need further description of the document. |
| 72. | NEW00568 | Correspondence to Luft and Akin from Houck re: issues that should be presented to Special Legal Counsel | 11/24/03 | Privileged waived by disclosure of Houck 5/16/06 letter. Not protected by attorney work product. There is no indication that the document was prepared by or for counsel or at the direction of counsel. |
| 73. | NEW00569-NEW00578 | Correspondence to Mayor and Council from Akin re: TCL cc: Luft, Houck, Dombrowski and Sarris | 11/24/03 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues |

25

A-71

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| 74. | NEW00579-NEW00580 | Notes for City Council Executive Session re: possible litigation | 11/24/03 | Not protected by attorney work product. There is no indication that the document was prepared by or for counsel or at the direction of counsel. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 75. | NEW00581 | Correspondence to Houck from Dombrowski re: Durkin's strategy | 11/21/03 | Not protected by attorney work product. There is no indication that the document was prepared by or for counsel or at the direction of counsel. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |

26

A-72

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| 76. | NEW00594 | Correspondence to Houck, Dombrowski and Sarris from Luft re: contract dispute cc: Akin | 10/31/03 | Not protected by attorney work product. There is no indication that the document was prepared by or for counsel or at the direction of counsel. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 77. | NEW00595 | Correspondence to Akin from Luft re; Akin's advice cc: Houck, Dombrowski, Sarris | 10/28/03 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 78. | NEW00596 | Correspondence to Luft from Akin re: disputes cc: Houck, Dombrowski, Sarris | 10/27/03 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need |

27

A-73

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| | | | | further description of the document. |
| 79. | NEW00622 | Correspondence to Houck from Akin re: excess embankment material cc: Luft, Dombrowski | 9/3/03 | Privileged waived by disclosure of Houck 5/16/06 letter. |
| 80. | NEW00623-NEW00648 | Correspondence to Akin from Houck re: possible claim from Durkin cc: Luft, Dombrowski | 9/2/03 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 81. | NEW00745-NEW00748 | Correspondence to Houck from Akin re: opinion on change orders on reservoir construction project cc: Luft, Lopata, Dombrowski | 1/9/03 | Privileged waived by disclosure of Houck 5/16/06 letter. |
| 82. | NEW02261-NEW02278 | Correspondence to Houck from TCL w/ RFP attached | 9/23/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 83. | NEW02289 | Fax cover sheet from Volk to URS, Dombrowski, Houck, Akin, Linter, TCL re: taking soil sample | 6/29/04 | There is no joint defense privilege. |
| 84. | NEW02291- | Correspondence to Houck and Akin | 4/13/04 | May contain comments |

28

A-74

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
|  | NEW02346 | from TCL w/ Answer, Counterclaim and Third Party Complaint |  | regarding substance of case which were waived by Houck's disclosure of 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 85. | NEW02425-NEW02426 | Correspondence to Eisner from Akin re: reservoir construction cc: Luft, Houck, Dombrowski | 4/16/04 | Relevant – deals with reservoir project. May contain comments regarding substance of case which were waived by Houck's disclosure of 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 86. | NEW02427-NEW02428 | Correspondence to Godwin from Eisner re: reservoir construction cc: Cummins | 4/1/04 | May contain comments regarding substance of case which were waived by Houck's disclosure of 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 87. | NEW02429-NEW02430 | Correspondence to Godwin from Eisner duplicate of NEW0427-NEW0428 | 4/1/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's |

29

A-75

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| 88. | NEW02793-NEW02794 | Correspondence from TCL | 7/13/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 89. | NEW02817 | Correspondence to Funk and Council from Houck re litigation, independent engineer, cc: Luft, Akin, Dombrowski, Sarris | 7/9/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 90. | NEW02818-NEW02819 | Correspondence from TCL | 7/13/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 91. | NEW02874- | Correspondence to TCL from Houck | 8/3/04 | May contain comments |

30

A-76