| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
|  | NEW02876 | cc: Akin, Houck, Dombrowski, Sarris, Mayor and Council |  | regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 92. | NEW02894 | Correspondence to TCL from Houck | 2/19/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 93. | NEW02924 | Correspondence to TCL from Houck | 2/23/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 94. | NEW02937-NEW02938 | Correspondence to TCL from Voeller re: necessary repair work cc: Houck, Dombrowski, Frobel, Kula, Bowen and Volk | 3/25/04 | There is no joint defense privilege based on the Court's Order. May contain comments regarding substance of case which were waived by disclosure of |

31

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| 95. | NEW02967 | Copy of Tab – St Paul Fire information | | Houck's 5/16/06 letter. If continues to be withheld need further description of the document |
| 96. | NEW02978 | Correspondence to TCL from Houck | 1/5/04 | There is no evidence of what is contained in the file. No basis for objection. |
| 97. | NEW03000-NEW03013 | Correspondence to TCL from Voeller with attached letters cc: Houck, Dombrowski, Akin and Kula | 2/12/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld need further description of the document |
| 98. | NEW03027 | Correspondence to TCL from Voeller, Houck, Akin re: list of subcontractors cc: Houck, Akin, Kula | 2/9/04 | There is no joint defense privilege based on the Court's Order. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| | | | | There is no joint defense privilege based on the Court's Order. May contain comments regarding |

32

A-78

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
|  |  |  |  | substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 99. | NEW03033 | Fax coversheet to TCL from Houck | 6/23/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 100. | NEW03035 | Fax coversheet from TCL to Houck and Akin | 6/1/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 101. | NEW03049-NEW03056 | Draft letters from TCL to subcontractors | 2/10/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the |

33

A-79

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| | | | | document. |
| 102. | NEW0357 | Correspondence to Scott Brinkerhoff from Houck | 2/20/04 | May contain comments regarding substance of case which were waived by Houck's disclosure of 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 103. | NEW03058-NEW03060 | Draft letters from TCL to subcontractors | 2/10/04 | May contain comments regarding substance of case which were waived by Houck's disclosure of 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 104. | NEW03109 | Correspondence to TCL from Houck | 7/27/04 | May contain comments regarding substance of case which were waived by Houck's disclosure of 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 105. | NEW03124 | Email to Houck from TCL | 7/30/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's |

34

A-80

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| | | | | 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 106. | NEW03125-NEW03128 | Correspondence to Akin and Houck from TCL with Logan's letter attached | 8/12/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 107. | NEW03156 | Correspondence to TCL from Houck | 6/10/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 108. | NEW03166-NEW03167 | Draft news release | 3/19/04 | There is no indication that this document was prepared by or for counsel, or at the direction of counsel. Also, not protected by attorney work product. May contain comments regarding substance of case which |

35

A-81

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| 109. | NEW03168 | Correspondence to TCL from Houck | 3/19/04 | were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 110. | NEW03178-NEW03251 | City of Newark's TCL file with various correspondence and pleadings NOTE THAT THERE WAS ONLY 1 DOCUMENT PRODUCED (3218-3224) – WHICH ARE HOUCK'S NOTES FROM 11/24/03 TO 2/4/04. | 11/25/03 | We need a detail index of the documents contained in this file if it is not produced in its entirety. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 111. | NEW03428 | Email correspondence to TCL from Voeller re: qualifications of Ron Frobel | 1/28/04 | There is no joint defense privilege. |
| 112. | NEW03443 | Carol's handwritten note from reading Surety Bond Claim | 3/23/04 | Privileged waived by disclosure of Houck 5/16/06 |

36

A-82

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| | | | | letter. Not protected by attorney work product. There is no indication that the document was prepared by or for counsel or at the direction of counsel. |
| 113. | NEW03721 | Correspondence to Houck from TCL | 3/23/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 114. | NEW03863-NEW03864 | Carol's handwritten notes re: preliminary calculations of amounts due subcontractor | 7/12/04 | There is no joint defense privilege based on the Court's order. There is no indication that this document was prepared by or for counsel, or at the direction of counsel. Also, not protected by attorney work product. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of |

37

A-83

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| 115. | NEW03870 | Correspondence to TCL from Voeller re: subcontractor list cc: Houck, Akin, Kula | 2/9/04 | There is no joint defense privilege based on the Court's order. There is no indication that this document was prepared by or for counsel, or at the direction of counsel. Also, not protected by attorney work product. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 116. | NEW04091 | Correspondence to Houck from TCL | 7/30/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 117. | NEW04093 | Fax coversheet to TCL from Houck | 7/30/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need |

38

A-84

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| 118. | NEW05235-NEW05266 | Correspondence to Akin and Houck from TCL w/copy of Reply Brief | 8/17/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 119. | NEW05267-NEW05292 | Correspondence to Akin and Houck from TCL w/ copy of Reply Brief | 8/13/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 120. | NEW05293-NEW05519 | Correspondence to Akin and Houck from TCL with copy of Motion for Summary Judgment and Request for Production of Documents | 7/1/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 121. | NEW05520-NEW05565 | Correspondence to Funk and Council from Luft with copy of answering brief | 5/3/04 | There is no indication that this document was prepared by or for counsel, |

39

A-85

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
|  |  |  |  | or at the direction of counsel. Also, not protected by attorney work product. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 122. | NEW05566-NEW05736 | Correspondence to Houck from TCL with copy of Answering Brief of URS Corporation | 4/28/04 | There is no indication that this document was prepared by or for counsel, or at the direction of counsel. Also, not protected by attorney work product. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 123. | NEW05737-NEW05987 | Correspondence to Akin and Houck w/ copy of Motion for Preliminary and Permanent Injunctive Relief and Opening Brief | 4/8/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's |

40

A-86

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| 124. | NEW06036-NEW06041 | Correspondence to TCL from Houck | 8/31/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 125. | NEW06044-NEW06047 | Correspondence to TCL from Houck | 9/15/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 126. | NEW06098 | Fax coversheet to TCL from Houck | 7/28/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 127. | NEW07358 | Correspondence to Luft from Akin re | 10/27/03 | May contain comments |

41

A-87

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
|  |  | potential disputes concerning reservoir cc: Houck, Dombrowski, Sarris |  | regarding substance of case which were waived by Houck's disclosure of 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 128. | NEW07426-NEW07452 | Correspondence to Houck from Akin re: potential reservoir disputes with letters attached cc: Luft, Dombrowski | 9/3/03 | May contain comments regarding substance of case which were waived by Houck's disclosure of 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 129. | NEW07453 | "Draft" sequence for the remaining contraction marked | 8/6/04 | There is no indication that this document was prepared by or for counsel, or at the direction of counsel. Also, not protected by attorney work product. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |

42

A-88

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| 130. | NEW07647-NEW07650 | Correspondence to Houck from Akin re: change orders on reservoir construction project cc: Luft, Lopata, Dombrowski | 1/9/03 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 131. | NEW08114 | Transmittal from URS to Linter cc: Dombrowski, Prouty, Frobel, Kula, TCL | 7/6/04 | There is no joint defense privilege based on the Court's order. May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 132. | NEW10631-NEW10635 | Letter to TCL from Calabria re: invoices attached | 12/6/04 | Not protected by the attorney client privilege. Calabria is not a "client". |
| 133. | NEW10636-NEW10638 | Letter to TCL from Calabria re: questions for URS | 10/26/04 | Not protected by the attorney client privilege. Calabria is not a "client". |
| 134. | NEW10685-NEW10732 | Letter to Luft from TCL with copy of Calabria's report attached | 7/13/04 | May contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues |

43

A-89

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| 135. | NEW10733-NEW10735 | Letter to Calabria from TCL re: URS correspondence dated 8/26/04 | 8/26/04 | Not protected by the attorney client privilege. Calabria is not a "client". Also, may contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 136. | NEW10736 | Letter to Calabria from TCL re: Geosystems costs | 8/23/04 | Not protected by the attorney client privilege. Calabria is not a "client". Also, may contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 137. | NEW10737 | Email to TCL from Calabria re: handling newspaper reporters | 7/14/04 | Not protected by the attorney client privilege. Calabria is not a "client". |
| 138. | NEW10738-NEW10739 | Email to TCL from Calabria with revised appendixes | 7/13/04 | Not protected by the attorney client privilege. Calabria is not a "client". Also, may |

44

A-90

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| | | | | contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 139. | NEW10740 | Geosystems Original appendix A | | Not protected by the attorney client privilege. Calabria is not a "client". Also, may contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 140. | NEW10767-NEW10785 | Draft report from Calabria to TCL with Paul Cottrell's handwritten notes | 7/8/04 | Not protected by the attorney client privilege. Calabria is not a "client". Also, may contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 141. | NEW10786- | Draft report from Calabria to TCL | 7/8/04 | Not protected by the |

45

A-91

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| | NEW10804 | with Vicky Petrone's handwritten notes | | attorney client privilege. Calabria is not a "client". Also, may contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 142. | NEW10805-NEW10828 | Draft Appendix A through D | 7/8/04 | Not protected by the attorney client privilege. Calabria is not a "client". Also, may contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of the document. |
| 143. | NEW10829-NEW10847 | Draft copy of report produced by Calabria | 7/9/04 | Not protected by the attorney client privilege. Calabria is not a "client". Also, may contain comments regarding substance of case which were waived by disclosure of Houck's 5/16/06 letter. If continues to be withheld, need further description of |

46

A-92

| No. | Bates No. | Description | Date | Comment |
|---|---|---|---|---|
| | | | | the document. |
| 144. | NEW10848-NEW10856 | Email from TCL to Calabria with site photographs | 6/16/04 | Not protected by the attorney client privilege. Calabria is not a "client". |
| 145. | NEW10857-NEW10864 | Fax from Calabria re: comments on test section procedure | 6/1/04 | Not protected by the attorney client privilege. Calabria is not a "client". |
| 146. | NEW10865-NEW10866 | Email to Calabria from TCL with site photo 2 of 3 attached | 6/1/04 | Not protected by the attorney client privilege. Calabria is not a "client". Site photographs are clearly discoverable. |
| 147. | NEW10867-NEW10868 | Email to Calabria from TCL with site photo 1 of 3 attached | 6/1/04 | Not protected by the attorney client privilege. Calabria is not a "client". Site photographs are clearly discoverable. |
| 148. | NEW10868-NEW10870 | Email to Calabria from TCL with site photo 3 of 3 attached | 6/1/04 | Not protected by the attorney client privilege. Calabria is not a "client". Site photographs are clearly discoverable. |
| 149. | NEW10871 | Email to Calabria from TCL confirming meeting | 5/26/04 | Not protected by the attorney client privilege. Calabria is not a "client". |
| 150. | NEW10872-NEW10875 | Fax to Calabria from TCL with project comparison sheet from URS attached | 5/12/04 | Not protected by the attorney client privilege. Calabria is not a "client". Also, may contain comments regarding |

47

A-93