# TIGHE, COTTRELL & LOGAN, P.A.

*Attorneys at Law*
FIRST FEDERAL PLAZA
P.O. BOX 1031
WILMINGTON, DELAWARE 19899
Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
email: v.petrone@lawtcl.com

<u>BRANCH OFFICES:</u>

| | | |
|---|---|---|
| 19 WEST AVENUE | 1220-C EAST JOPPA ROAD | 2017 SPRING GARDEN STREET |
| P.O. BOX 303 | SUITE 550 | PHILADELPHIA, PA 19130-3804 |
| WOODSTOWN, NJ 08098 | TOWSON, MD 21286 | |

**VIA ELECTRONIC FILING**
September 25, 2006

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Room 4209
Lock Box 19
Wilmington, DE 19801

      **Re:  Donald M. Durkin Contracting, Inc. v. City of Newark, et al.**
      **C.A. No. 04-163-GMS**

Dear Judge Sleet:

      We respectfully request permission to use a laptop computer at trial, not for the presentation of evidence but specifically for the purpose of referring to documents and deposition transcripts should it be necessary.

      Respectfully,

      TIGHE, COTTRELL & LOGAN, P.A.

      By: /s/ Victoria K. Petrone
           Victoria K. Petrone

cc:    Paul A. Logan, Esq.
        James S. Green, Esq.