# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION, | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| Third-Party Defendant. | ) |
| CITY OF NEWARK, | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| URS CORPORATION, | ) |
| Third-Party Defendant. | ) |

**CITY OF NEWARK DEFENDANTS' MOTION FOR RECONSIDERATION AND REARGUMENT AND FOR LEAVE TO AMEND ITS PLEADINGS**

COMES NOW the City of Newark Defendants ("Newark") pursuant to Rule 59(e) of the Federal Rules of Civil Procedure and Local Rule 7.1.5 and respectfully requests reconsideration or reargument on the Court's September 22, 2006 ruling. Alternatively, Newark respectfully requests that the Court certify the Memorandum and Order for immediate interlocutory appeal pursuant to 28 U.S.C. §1292(b). Newark also respectfully requests pursuant to Rule 15 for leave

to amend its pleadings to reflect its alternative theories of defense.  In support of this motion, Newark relies upon and incorporates herein by reference the accompanying Opening Brief.

        TIGHE, COTTRELL & LOGAN, P.A.

        By: /s/ Paul Cottrell
        Paul Cottrell (Delaware I.D. No. 2391)
        Victoria K. Petrone (Delaware I.D. No. 4210)
        704 N. King Street
        P.O. Box 1031
        Wilmington, DE 19899
        P:  (302) 658-6400
        F:  (302) 658-9836
        email:  p.cottrell@lawtcl.com
        *Attorneys for Defendants City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa*

Dated: September 25, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION, | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| Third-Party Defendant. | ) |
| CITY OF NEWARK, | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| URS CORPORATION, | ) |
| Third-Party Defendant. | ) |

## ORDER

AND NOW, the Court, having considered *City of Newark Defendants' Motion for Reconsideration and Reargument and For Leave to Amend its Pleadings,* and any response thereto, does hereby FIND and ORDER,

The City of Newark Defendants' *Motion for Reconsideration and Reargument* is GRANTED and summary judgment as to Federal Insurance Company and partial summary judgment as to Donald M. Durkin Contracting, Inc. are VACATED.

The City of Newark Defendants' *Motion for Leave to Amend its Pleadings* is GRANTED.

_____
The Honorable Gregory M. Sleet