

# CITY MANAGER'S OFFICE

CITY OF NEWARK

220 Elkton Road • P.O. Box 390 • Newark, Delaware 19715-0390

302-366-__7022__ • Fax 302-366-7160 • http://newark.de.us

November 20, 2003

Donald M. Durkin Contracting, Inc.
1310 Industrial Blvd.
Suite 201
Southampton, PA 18988

Dear Mr. Durkin:

We are in receipt of a copy of the letter you presented to URS Corporation on November 19, 2003. It is extremely disappointing that you remain confused about how to proceed with the construction of our reservoir, however, as stated in correspondence on many occasions, the City of Newark has never modified or instructed Donald M. Durkin Contracting, Inc. to vary from the original design as it relates to zone four material placement on the side slopes.

Additionally, there is no evidence on the site of measures taken to protect the geotextile from damage. This condition should be of great concern to you as you will be responsible for any and all degradation or damage to the geotextile liner.

You have been provided detail on various projects built under the same conditions and with the same materials. This information refutes your claim that the project cannot be built as designed.

In closing, you have given us no other option than to proceed with notification to your surety of your being in default of our contract. This notification will take place before the close of business on November 21, 2003.

Sincerely,

Carol S. Houck
Assistant Administrator

CSH/bk
c:     Roger A. Akin, City Solicitor ✓
       Carl F. Luft, City Manager

NEW11268



# CITY MANAGER'S OFFICE

CITY OF NEWARK

220 Elkton Road • P.O. Box 390 • Newark, Delaware 19715-0390

302-366-__7022__ • Fax 302-366-7160 • http://newark.de.us

November 21, 2003    R E C E I V E D

'7FTY...

lw/ 2: 7'3

*Faxed
to
R. Towle
11/25/0
(w.r)*

**FIRST CLASS AND REGISTERED MAIL**
Donald M. Durkin Contracting, Inc.
1310 Industrial Blvd., Suite 201
Southampton, PA 18966

**FIRST CLASS AND REGISTERED MAIL**

| | | |
|---|---|---|
| Federal Insurance Company | Agent: | The Shepherd Agency |
| One Liberty Place | | 7051 Camp Hill Road |
| 1650 Market Street | | Suite 200 |
| Philadelphia, PA 19103-7301 | | Fort Washington, PA 19034 |

Dear Sir or Madam:

SUBJ:    City of Newark Contract No. 02-02
Construction of a Water Supply Reservoir
Bond No. 8128-39-26

On behalf of the City of Newark, Delaware, I am writing to inform you that we are now considering declaring Donald M. Durkin Contracting, Inc. (DMD) in default of Newark Municipal Contract No. 02-02, pertaining to Construction of a Municipal Water Supply Reservoir. This precautionary letter has become necessary following DMD's failure to present a response to a means and methods for continuation of the project in accordance with our contract.

As provided in the DMD performance bond on file with the City, we are requesting that a conference be held including surety representatives, DMD, URS Corporation representatives and the City of Newark. This meeting shall take place within fifteen (15) days of your receipt of this letter. The intent of the meeting will be to discuss methods for DMD's faithful completion of this contract consistent with its agreement with the City.

FED-NEW010

Page 2
November 21, 2003


Please contact Assistant Administrator Carol Houck at 302-366-7020 to schedule this meeting or to ask any questions prompted by this letter.

Sincerely,

Carl F. Luft
City Manager


CSH/bk
c:    Carol S. Houck, Assistant Administrator
Roger A. Akin, City Solicitor
Joseph A. Dombrowski, Director of Water & Wastewater
Joseph Kula, URS

FED-NEW011

# *TIGHE, COTTRELL & LOGAN, P.A.*

**Attorneys at Law**
*FIRST FEDERAL PLAZA*
*P.O. BOX 1031*
*WILMINGTON, DELAWARE 19899*
*Telephone Number: (302) 658-6400*
*Telecopier Number: (302) 658-9836*
*EMAIL: p.cottrell@lawtcl.com*

BRANCH OFFICES:
*AFFILIATED WITH*
*MARTIN T. MCDONOUGH, M.D., J.D.*
*19 WEST AVENUE*
*P.O. BOX 303*
*WOODSTOWN, NJ 08098*
*856-769-0211*

*1220-C EAST JOPPA ROAD*
*SUITE 550*
*TOWSON, MD 21286*
*410-539-7341*

*2017 SPRING GARDEN STREET*
*PHILADELPHIA, PA 19130-3804*
*215-564-0101*

**VIA FACSIMILE / HARD COPY TO FOLLOW**
December 12, 2003

Ellen Cavallaro
Chubb & Son
15 Mountain View Road
Warren, NJ 07059

       **Re: City of Newark Reservoir**
       **Our File No. 6606**

Dear Ms. Cavallaro:

I am writing to memorialize our understanding of the discussions that occurred in the meeting held on December 9th attended by representatives of our firm, the City of Newark, URS Corporation ("URS"), and Donald M. Durkin, Inc. ("Durkin"). Durkin's representation included several Durkin family members, engineers from Geosyntec Associates and Paul Logan. You attended the meeting representing Durkin's bond carrier, Chubb & Son, and Richard H. Shepherd, Jr. attended, I am assuming, as Durkin's insurance agent.

     The meeting was held to comply with the provisions of Durkin's Performance Bond. We discussed retention of an engineer to aid you in your analysis of the City's claim. We suggest that you contact George & Lynch, the sitework contractor that completed a reservoir in Middletown, Delaware that had similar placement of cover material over the liner. Attached is the list of bidders from the Newark reservoir project who could also be contacted. URS will assist the engineer that is selected and provide the appropriate documentation for their review.

     The Bond calls for a "prompt" response by the Surety and I believe we clearly conveyed the urgency with which we hope to resolve this issue. To reiterate what was stated in the meeting, we ask for a response from you in the next few weeks, and certainly no later than the first week of January. We need quick resolution in order to maintain completion of the reservoir in August or September of 2004.

**NEW11314**

Page Two
Ms. Ellen Cavallaro
December 9, 2003

In the meeting Durkin stated that it would not continue with placement of Zone IV material, would not protect the exposed geotextile and would not take any additional measures to address the City's vandalism concerns. Durkin did state that it continued to work at the reservoir, although it is our understanding that only subcontractors are periodically performing work. Durkin remains in default of its contract.

Regarding exposed work, The City has serious concerns regarding protection of the geotextile. The manufacturer has advised that the geotextile may deteriorate if exposed longer than three months, and installation of the cover geotextile began on July 26, 2003. Exposure of some of the geotextile has thus exceeded the allowable time frame. URS is going to test several samples of the geotextile for its integrity. URS will notify Durkin separately regarding this testing in accordance with the established procedure. The City may proceed with protection of the exposed geotextile in order to mitigate its damages. All costs associated with protection and testing will be considered a backcharge to Durkin and/or Chubb & Son. All of URS' time spent testing and revisiting the geotextile and Zone IV design will be tracked and included in the backcharges.

Similarly, the City has justifiable concerns regarding vandalism and safety at the site. Since Durkin has refused to address these issues, the City may proceed with additional safety and protective measures. This work will also be considered a backcharge to Durkin and/or Chubb & Son.

The City and URS maintain that the Zone IV material is properly designed and constructible. Durkin has continued to raise the issue of future maintenance as an excuse for non-performance. Frankly, the future maintenance of the reservoir is not the concern of Durkin. The City is aware and has accepted the eventuality of maintenance of Zone IV in a drought situation. However, the focus must be shifted to the actual construction of Zone IV. During the meeting we provided you with information that includes photographs of other projects of similar design being constructed, as well as contract drawings from other projects in which a similar Zone IV design was specified. URS' design was peer reviewed both in house and by Joseph J. Ellam , P.E., who is a national dam safety specialist. We have provided the name of another contractor who recently was able to construct a reservoir of a similar design. Durkin has made no attempt to control water, to prevent erosion, or to protect its work, all of which are required by the contract documents. We also believe that if Durkin had properly placed the Zone IV materials and provided the necessary temporary controls to protect the construction, the erosion displayed in the photographs passed around during the meeting would not have occurred, at least not to a serious extent. It is also noted that the proper characterization is "erosion," not "sloughing," as was stated in the meeting.

Again, we will assist in your review of this claim but anxiously await your response. The City is eager to bring this project back on track.

NEW11315

**Page Three**
**Ms. Ellen Cavallaro**
**December 12, 2003**

Very truly yours,

TIGHE, COTTRELL & LOGAN, P.A.

By: _____
       Paul Cottrell

Enclosure
cc:    Carl Luft, City of Newark
       Carol Houck, City of Newark
       George Sarris, City of Newark
       Joe Dombrowski, City of Newark
       Roger Akin, City of Newark
       Joe Kula, URS Corporation
       Mark Prouty, URS Corporation
       Jill Voeller, URS Corporation
       Paul Logan, Esquire
       Donald M. Durkin, Jr., Donald M. Durkin, Inc.

NEW11316



# CITY MANAGER'S OFFICE

CITY OF NEWARK

220 Elkton Road • P.O. Box 390 • Newark, Delaware 19715-0390

302-366-____7020____ • Fax 302-366-7160 • http://newark.de.us

December 30, 2003

Mr. Donald M. Durkin, Jr.
Donald M. Durkin Contracting, Inc.
1310 Industrial Blvd., Suite 201
Southampton, Pennsylvania 18966

Dear Mr. Durkin:

Although our consultant URS has approved your payment application Nos. 18, 19, 20, 21 and 22 for the total of $210,923.62 and Change Order No. 16 (additional soil erosion and sedimentation control) totalling $28,758.81 which requires City Council approval, the City of Newark provides this written notice that it is withholding payment in accordance with General Conditions of the Contract Paragraphs 14.7.8, 15.2.1 and 15.2.4.

Sincerely,

*Carol S. Houck*

Carol S. Houck
Assistant Administrator

CSH/bk
c:  Ellen Cavallaro, Chubb & Sons
    Carl F. Luft, City Manager ✓
    Joseph Dombrowski, Water Department Director
    Roger Akin, City Solicitor
    Joe Kula, URS Corporation
    Mark Prouty, URS Corporation
    Jill Voeller, URS Corporation
    Paul Logan, Esquire
    Victoria K. Petrone, Esquire

NEW00543



# CITY MANAGER'S OFFICE

CITY OF NEWARK
220 Elkton Road • P.O. Box 390 • Newark, Delaware 19715-0390

302-366- **7020** _____ • Fax 302-366-7160 • http://newark.de.us

February 3, 2004

**VIA FACSIMILE and OVERNIGHT REGISTERED MAIL**

Ms. Ellen Cavallaro
Chubb & Son
15 Mountain View Road
Warren, NJ 07059

Mr. Donald M. Durkin, Jr.
Donald M. Durkin Contracting, Inc.
1310 Industrial Boulevard, Suite 201
Southampton, PA 18986

Re:    City of Newark Contract No. 02-02
Construction of a Water Supply Reservoir
Bond No. 8128-39-26

Dear Ms. Cavallaro and Mr. Durkin:

Pursuant to the terms of the Contract and the Construction Performance Bond, the City of Newark declares a Contractor default and hereby formally terminates Donald M. Durkin Contracting, Inc.'s ("Durkin") right to complete the contract for the Construction of the City of Newark Water Supply Reservoir. The termination is for cause due to Durkin's refusal to complete the Work. This Default has been declared after notifying both the Surety and Durkin and attending a conference with the Surety and Durkin as the Bond requires. The City of Newark hereby agrees to pay the Balance of the Contract Price to the Surety in accordance with the terms of the Construction Contract or to a contractor selected to complete the Work in accordance with the terms of the contract with the City of Newark.

The Surety is obligated to take one of the actions enumerated in the Bond promptly. Since the Surety has been aware of the current issues with Durkin since November 2003 and has had ample opportunity to assess the situation, the City of Newark expects a response within 15 days of the date of this letter.

The City of Newark provided written notice of its intent to terminate Durkin on November 21, 2003, thereby satisfying the notice requirements under Article 15 of the Contract in addition to satisfying the notice requirements under the Bond. It is noted that the City of Newark has also complied with the other termination provisions of Article 15.

FED-NEW036

Ms. Ellen Cavallaro
Mr. Donald M. Durkin, Jr.
February 3, 2004
Page Two


We look forward to your response.

Sincerely,

Carl F. Luft
City Manager


cc:    Paul Logan, Esquire (via facsimile only)
       Roger Akin, Esquire
       Paul Cottrell, Esquire

FED-NEW037

02/05/2004 02/05/2004  04:24PM Received FAXATTACH FAX40226E56648B  * Pg 1/1

FEB-05-2004  16:34                                                           P.01/01

# TIGHE, COTTRELL & LOGAN, P.A.

FIRST FEDERAL PLAZA
P.O. BOX 1031
WILMINGTON, DELAWARE 19899
Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
EMAIL: p.cottrell@lawtcl.com

**VIA FACSIMILE & REGULAR MAIL**            February 4, 2004

Ms. Ellen Cavallaro                  Paul Logan, Esq.
Chubb & Son                          Powell, Trachtman, Logan
15 Mountain View Road                475 Allendale Road, Suite 200
Warren, NJ 07059                     King of Prussia, PA 19406

Re:    City of Newark Reservoir/Our File No. 6606

Dear Lady and Gentleman:

In response to Tuesday's termination letter, I received a call from Paul Logan on Wednesday in which he claimed that Durkin has not refused to complete the contract as per design. This contradicts what we have been hearing for months. However, I have reviewed this latest representation with the City of Newark and I am authorized to advise that, if Paul or Durkin will state in writing that Durkin is willing to complete the project "as per design," we will agree to suspend the effective date of the termination letter for an additional seven days (meaning termination will be effective on Tuesday, February 17) so that we can meet in the interim to discuss how, and within what time frame and what conditions, Durkin intends to complete the project. Concerns stated in our December 12 letter will serve as the agenda but further discussion as to whether Durkin believes the project can be built as per design will not be part of the agenda.

In the event that we receive the aforementioned written notice, our representatives are available to meet on Thursday, February 12 in the morning, Saturday, the 14th, or Monday, the 16th. We propose to meet in Newark as before and as early as possible. Please advise.

Very truly yours,

TIGHE, COTTRELL & LOGAN, P.A.

By: _____
                Paul Cottrell

cc:    Carl Luft, Carol Houck, George Sarris & Joe Dombrowski/City of Newark
       Roger Akin, Esq., City Solicitor
       Joe Kula, Mark Prouty & Jill Voeller, URS Corporation
       Donald M. Durkin, Jr., Donald M. Durkin Contracting, Inc.

FED-NEW038

TOTAL P.01

# TIGHE, COTTRELL & LOGAN, P.A.

**Attorneys at Law**
FIRST FEDERAL PLAZA
P.O. BOX 1031
WILMINGTON, DELAWARE 19899
Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
email: v.petrone@lawtcl.com

BRANCH OFFICES:
19 WEST AVENUE
P.O. BOX 303
WOODSTOWN, NJ 08098
856-769-0211

1220-C EAST JOPPA ROAD
SUITE 550
TOWSON, MD 21286
410-539-7341

2017 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3804
215-564-0101

February 10, 2004

VIA FACSIMILE and REGULAR MAIL

Paul A. Logan, Esquire
Powell, Trachtman, Logan, Carrle,
    Bowman & Lombardo
475 Allendale Road, Suite 200
King of Prussia, PA 19406

    Re:    City of Newark Reservoir
    Our File No. 6606

Dear Mr. Logan:

    In response your phone call from earlier today, the City of Newark will not prevent Durkin from removing its equipment from the reservoir site, although it is the City's right to do so under the terms of Paragraph 15 of the Contract, since the termination of Durkin is effective today. The City of Newark, will, however, not allow removal of any material from the site, including material that is contained in storage trailers. If need be, the City will assume rental payments for storage trailers. The City will take steps to secure on site material, and at the close of business Thursday, February 12, will take steps to secure the site. Therefore, Durkin has 48 hours to finish removing its equipment. I understand that today Durkin removed much of its equipment, including arranging for a police escort for one of its larger pieces.

    Reference is made to Paul Cottrell's letter to you and Ellen Cavallaro in which he agreed to extend the effective date of the termination letter (and thereby the date of termination) if a response was received, in writing, stating that "Durkin is willing to complete the project as per design." This offer of extension was made to allow opportunity for a meeting to discuss completion of the project. We have not received a response to this letter, therefore, the termination is still effective today.

B - 36

Page Two
Mr. Paul A. Logan
February 10, 2004

Very truly yours,
TIGHE, COTTRELL & LOGAN, P.A.

By: _____
Victoria K. Petrone

cc:    Ellen Cavallaro, Chubb & Son
       Carl Luft, Carol Houck, George Sarris, and Joe Dombrowski, City of Newark
       Roger Akin, Esq., City Solicitor
       Joe Kula, Mark Prouty and Jill Voeller, URS Corporation
       Paul Cottrell, Esq.