# Vicky Petrone

| | |
|---|---|
| **From:** | "Vicky Petrone" <v.petrone@lawtcl.com> |
| **To:** | "Jim Green" <jgreen@svglaw.com>; "David Bolger" <dbolger@powelltrachtman.com>; "Paul Logan" <plogan@powelltrachtman.com> |
| **Cc:** | "Roger Akin" <raa@rabhlaw.com>; "Paul Cottrell" <p.cottrell@lawtcl.com> |
| **Sent:** | Monday, September 25, 2006 12:58 PM |
| **Attach:** | NEW16337 to 16343.pdf |
| **Subject:** | additional documents |

Gentlemen: this morning we discussed additional materials we received from Carol Houck from a folder marked "RFP Reservoir" which are listed below. There are 26 documents, of which 11 are duplicates of documents already produced and I have noted the duplicate Bates number. Of the remaining 15 documents, 13 were written in Sept/Oct 2000, pre-dating the design, so I have not included (if you want them anyway please advise). The remaining two are attached plus the Exhibits to the 2000 URS proposal.

The documents are as follows:
1. Nov. 6, 2000 URS Professional Services Agreement (duplicate of NEW1384) plus Exhibit A and B (attached)
2. August 2000 City of Newark Request for Design Proposals (duplicate of NEW1491-1501)
3. November 19, 2001 memo from Houck to Luft re: permits (duplicate of NEW2037)
4. Undated proposed design schedule indicating contractor selection in Jan 2002 (duplicate of NEW2141)
5. Jan 5, 2001 email from Kula to Dombrowski re: design presentation (duplicate of NEW10581)
6. Nov. 30, 2000 DNREC permit application
7. Oct. 23, 2000 Letters from Houck to other design firms re: ranking outcome
8. Oct. 20, 2000 Memo from Luft to Godwin and Council re: selection of URS (duplicate of NEW1410)
9. Oct. 20, 2000 email from Schnabel to Dombrowski re: their proposal
10. Oct. 17, 2000 memo from Houck to Dombrowski re: reservoir consultant design criteria
11. Oct. 16, 2000 ranking for reservoir design proposals
12. Nov. 15, 2000 letter from URS to Newark re: mapping and wetlands suitability (draft of NEW2258)
13. Nov. 9, 2000 kick off meeting agenda and handwritten notes
14. Nov. 15. 2000 invoice from Ramesh Batta for survey
15. Oct. 30, 2000 kick off meeting agenda (duplicate of NEW2258)
16. October 19, 2000 letter from URS to Newark re: adjustments to their proposal
17. Sept. 11 2003 notes from Houck re: phone conf with URS re: current Durkin issues (attached)
18. March 17, 2005 email from Voeller to Houck re: increase in URS proposal (attached)
19. Oct. 4, 2000 memo from Lopata (City planning director) to Dombrowski re: seismic (duplicate of NEW1457)
20. Oct. 4, 2000 letters from Houck to Schabel, OBrien, Greeley, Tetra Tech, URS re: their design presentations
21. Sept. 30, 2000 Houck notes of pre-proposal reservoir meeting, sign in sheet, and Figure 1 of reservoir site
22. Sept. 22, 2000 Memo from Ramesh Batta to Duffield re: survey
23. Spreadsheet of reservoir contacts from Newark, URS, Duffield and Regulatory Agencies (duplicate of NEW7818)
24. Oct. 16, 2000 memo from Houck to Luft re: RFP (duplicate of NEW1414-1444)
25. Oct. 2000 proposals from OBrien, TetraTech, Metcalf, Schnabel
26. Oct. 2000 vendor list and bids received log