IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. ) | Civil Action No.: 04-0163 GMS |
| ) | |
| Plaintiff, ) | |
| vs. ) | JURY TRIAL DEMANDED |
| ) | |
| CITY OF NEWARK et al. ) | |

**AFFIDAVIT OF CAROL S. HOUCK**

STATE OF DELAWARE      :
                                            :   ss
COUNTY OF NEW CASTLE   :

Carol S. Houck, being duly sworn, does depose and say:

1. I speak from personal knowledge and am competent to make this Affidavit.

2. I am employed by the City of Newark ("Newark") as Assistant Administrator in the City Managers office. I make this Affidavit in support of City of Newark Defendants Supplemental Answering Brief to Durkin's Motion for Sanctions.

3. When preparing for my trial testimony on Friday, September 22, 2006, I reviewed a folder labeled "RFP Reservoir" which contained Requests for Proposals from engineering firms to design the reservoir. I looked in the folder to refresh my memory regarding the terms of the URS design contract, dated November 6, 2000, which I understand to support Newark's claim for contribution and indemnity from URS.

4. I did not believe the folder contained any documents post-dating the year 2000.

5. The "RFP Reservoir" folder contained notes written by me on September 11, 2003 and an email written to me on March 17, 2005, in addition to the proposal documents from 2000.

6. I did not file my September 11, 2003 notes in this folder and thought these notes had been produced to counsel, as I was instructed by counsel to produce all documents from the City Manager's office and the Water Department concerning the reservoir project.

7. I believe these notes were mis-filed by my secretary.

8. I have reviewed the undated document attached hereto as Exhibit 1. I authored this document in February 2004 after Durkin was terminated.

9. I remember drafting the document after reviewing a letter written by Paul Cottrell on February 4, 2004. The document represents my thoughts about Durkin returning to complete the reservoir project while we waited for a response from Durkin to the February 4 letter.

_____
Carol S. Houck

SWORN TO AND SUBSCRIBED before me this 25th day of September, 2006

VICTORIA K. PETRONE
Attorney At Law
29 Del. C. §4323 (3)
Notarial Officer

_____
Notary Public

## ISSUES TO BE CONSIDERED REGARDING
## DURKIN'S DESIRE TO COMPLETE THE RESERVOIR PROJECT

- Durkin has repeatedly told us they could not build the reservoir as designed. What has changed to make them think they can now build it as designed? They need to demonstrate their commitment to the project.

- Durkin has not been a reliable partner to this project. They have been off this job for months and have been considered in default of our contract. Why should we trust that they will commit to getting back to work and completing the reservoir project?

- URS should provide its opinion on Durkin completing the project.

- Durkin shall consent to their responsibility for all work or materials at the site that have been damaged as a result of their failure to continue building the project as designed or properly protecting portions of the site.

- Durkin shall consent that all previously mentioned claims for additional fees will not be negotiated and that they have been adequately addressed by URS as being part of the original contract documents. These possible claim items must be clearly identified.

- Durkin shall without reservation agree to specifications as bid and build the reservoir as designed.

- Durkin shall provide URS with their method of temporary controls.

- Durkin must provide and commit to dates for substantial completion and final completion that meet with our approval.

- The surety shall further guarantee its backing of Durkin and their belief that Durkin can complete this project successfully. It should be noted that the last four or five invoices paid to Durkin where picked up and a sense of urgency noted. This has made us suspicious as to whether or not they were having financial difficulties.

- Durkin shall submit a financial statement for review.

- Notification to Council - how will that be made?

- How would the above mentioned points be handled? Would an addendum to the contract be appropriate - setting out these terms?

NEW00146