DONALD M. DURKIN

Page 74

1  we wanted some technical input to substantiate
2  what was obvious.
3  Q.    Okay.  Did the GeoSyntec, anyone from
4  GeoSyntec suggest this or was it suggested by the
5  URS side?
6  A.    I don't really remember.
7  Q.    When did you first contact Paul Logan or
8  anyone from his office for consultation of this
9  project?
10 A.    I don't really remember.  Early on.
11 Earlier on.  I should say early, in the first
12 summer.
13 Q.    First summer of 2002?
14 A.    Yes.
15 Q.    Okay.  Why did you contact him?
16 A.    Because of the extraordinary things that
17 were occurring.
18 Q.    Could you be a little more specific?  I
19 don't know what you mean by extraordinary.
20 A.    We were having extraordinary requirements
21 in terms of doing the mass excavation.
22 Q.    What specifically was extraordinary?
23 A.    The soils, the inspection, the
24 determination of when something was acceptable

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

1a96f218-9396-4247-8cde-59feda31f2ae