IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff*<br><br>vs.<br><br>CITY OF NEWARK, et al., *Defendants*<br><br>and<br><br>CITY OF NEWARK, *Third-Party Plaintiff*<br><br>vs.<br><br>DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Intervenor* | |

**PLAINTIFF'S MOTION TO PRECLUDE**
**ADDITIONAL AFFIRMATIVE DEFENSES BY THE CITY OF NEWARK**

                                                          **POWELL, TRACHTMAN, LOGAN,**
                                                         **CARRLE & LOMBARDO, P.C.**
                                                         Paul A. Logan
                                                         Delaware Supreme Court ID #3339
                                                         475 Allendale Road, Suite 200
                                                         King of Prussia, PA 19406
                                                         Telephone: 610-354-9700
                                                         Telefacsimile: 610-354-9760
                                                         *Attorneys for Plaintiff and Third Party*
                                                         *Defendant Donald M. Durkin Contracting*

Dated: October 2, 2006

Plaintiff Donald M. Durkin Contracting, Inc. respectfully files this Motion to Preclude the City of Newark from Introducing any Additional Affirmative Defenses to the Claims of Durkin, and for the reasons set forth in the Brief in support thereof, Durkin requests that the Court grant the relief requested in this Motion, together with such additional relief that the Court deems appropriate.

**POWELL, TRACHTMAN, LOGAN,
CARRLE & LOMBARDO, P.C.**

By:   /s/ Paul A. Logan
Paul A. Logan
Delaware Supreme Court ID #3339
475 Allendale Road, Suite 200
King of Prussia, PA 19406
Telephone: 610-354-9700
Telefacsimile: 610-354-9760
*Attorneys for Plaintiff and Third Party
Defendant Donald M. Durkin Contracting*

Dated: October 2, 2006

- 1 -