**IN THE UNITED STATES DISTRICT COURT DELAWARE**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DONALD M. DURKIN CONTRACTING, INC., | ) | |
| | ) | C.A. No. 04-0163 GMS |
| Plaintiff, | ) | |
| | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| | ) | |
| CITY OF NEWARK, ET AL., | ) | |
| | ) | |
| Defendants/ | ) | |
| Third Party Plaintiffs | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| ------------------------------------------------------------- | | |
| CITY OF NEWARK, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| URS CORPORATION, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

**URS CORPORATION'S**
**MOTION FOR JUDGMENT AS A MATTER OF LAW**

COMES NOW, URS Corporation ("URS"), by and through its undersigned counsel, and moves, pursuant to FRCP 50(a), for judgment as a matter of law against the City of Newark ("Newark") on its third-party claims because there is no legally sufficient evidentiary basis for a reasonable jury to find for Newark on those claims. In support

hereof URS respectfully refers the Court to its Memorandum of Law in Support of this Motion.

WHEREFORE, URS respectfully requests that the Court grant its Motion for Judgment as a Matter of Law.

**SEITZ, VAN OGTROP & GREEN, P.A**

**/S/ James S. Green**
**JAMES S. GREEN, ESQ. (DE0481)**
222 Delaware Avenue, Suite 1500
P. O. Box 68
Wilmington, DE  19899
(302) 888-0600
    Attorneys for Third-Party Defendant
    URS Corporation

Dated:  October 3, 2006

## <u>CERTIFICATE OF SERVICE</u>

I, James S. Green, Esquire, hereby certify that on this 3rd day of October, 2006, I electronically filed the following document with the Clerk of Court using CM/ECF which will send notification of such filing to counsel of record.

**URS CORPORATION'S
MOTION FOR JUDGMENT AS A MATTER OF LAW**

/s/  James S. Green
_____
James S. Green (ID No. 0481)
jgreen@svglaw.com

55732v1                                                    3