Page 147

1  A.    No.
2  Q.    No personal guarantees from anyone?
3  A.    No.
4  Q.    So now in order to secure bonding you
5  would have to give personal guarantees?
6  A.    Yes.
7  Q.    So you could get bonding capacity if you
8  were willing to give personal guarantees,
9  correct?
10 A.    I don't think so.
11 Q.    Have you attempted to secure bonding in
12 the past offering personal guarantees?
13 A.    It wouldn't make any difference.
14 Q.    Well, whether it makes any difference or
15 not, have you attempted to secure bonding
16 capacity by offering personal guarantees?
17 A.    We've asked for bonds.
18 Q.    Offering personal guarantees?
19 A.    Yes.
20 Q.    Is there documentation?
21 A.    No.  You mean like a written request, no.
22 Q.    Okay.  Where did you attempt this,
23 through what carrier?
24 A.    Through our bonding agent.

1   BY MR. GREEN:
2   Q.      Is your company currently doing any
3   construction work?
4   A.      We don't have an active project.
5   Q.      In 2004 and 2003 did you have an active
6   project?
7   A.      No.
8   Q.      Have you bid private projects in those
9   years?
10  A.      Yes.
11  Q.      Are those jobs that did not require a
12  bond?
13  A.      Some did, some didn't.
14  Q.      If they did require a bond did you bid
15  them?
16  A.      When you bid a private job you very
17  rarely depend on what exactly an owner is going
18  to require to review if he liked your price so
19  you generally bid on a private job and then you
20  get around to that point and the man might say,
21  well, I want a bond or, you know...
22  Q.      Have you gotten to the point where a
23  private owner has said we want to use you, why
24  don't you get a bond?