Exec Session
2/25/04    11:05 pm

CH, JD, GS - Victoria

Security has until — Fri — 2/27

possible to hear from Durkin —
eventually see —

Outside vendors — 12/31/04 expire —
Not a stretch to extend agreement

Durkin — life safety issues
   We're on solid ground — Vicky

Adj'd 11:25 pm

NEW00105

Executive Session
9:45 pm. 2/2/04

Paul Cottrell, Mark Ruocky — CH, CC, JD, GS, RA —

600,000 in claims? no arbitration —
Dispute? losing $ on project — low bid —
JC — was bid "fraudulent"?
Hal — contracted Durkin — soil, compacted — 90% —
    challenging eng's (Durkin is) —
Surety — went out & got their own —

Finish @ '04 on budget — council — $276,000 holding
6.1 million — $3. Durkin               from Durkin
            1.25 contingency
             .20 spread
           $6.25 million

damages to claim — legal, eng.   Exh. "A"

Eng. explain — KK

Copy of motion —
                            fulfill lawful obligation —
demand on surety to honor bond —
Durkin fraud turned by
10 pm end —

cc: CH
JD

# CITY OF NEWARK
# DELAWARE

January 26, 2004

**TO:** Carl F. Luft, City Manager

**FROM:** Karl Kalbacher, Council Member  *KK*

**SUBJECT:** Reservoir Construction Contract Dispute

    Carl, for the Executive Session I think it would be of value to me to have a detailed explanation of the engineering specifications that are in question and that it cover the concerns raised by Mr. Richardson as well as the responses by the URS representative. I think there would be some value served also to having some general discussion of the conceptual site plan and the construction engineering design for the three issues in question. We would all then have the ability to understand what is going on. I do have a reasonable understanding of this since I work in a related field.

    Please give me a call at work so we could go over this further. Thank you.

KK:pmf

**CITY OF NEWARK**
Delaware

January 23, 2004

**C O N F I D E N T I A L**

TO: Mayor Harold F. Godwin
      Members of City Council

FROM: Carl F. Luft, City Manager

SUBJ: Reservoir Construction Contract Dispute

As mentioned in my Administrative Report this week, it is important that we meet in executive session to review the background and further direction related to the contract dispute over the reservoir construction by contractor Donald M. Durkin. I have asked our construction contract attorney, Paul Cottrell, to attend Monday's meeting and provide a concise update for you on this matter.

Our attorney has recommended that Durkin be declared in default of this contract and that their services be terminated. In preparation of the executive session, I am attaching confidential reports related to the contract dispute. It is important to remember that this material is <u>confidential</u> since this matter could possibly result in litigation. This is for your information only.

As you review this material, remember that Cottrell has discussed the issue of design vs. construction in detail with URS. He is confident the design is proper and that there are no problems or improprieties with the specifications.

I encourage you to ask whatever questions you may have on Monday night.

CFL/mp
Attachments
c:    Paul Cottrell, Tighe, Cottrell & Logan
      Roger A. Akin, City Solicitor
      Carol S. Houck, Assistant Administrator
      Joseph A. Dombrowski, Water & Wastewater Director
      George L. Sarris, Finance Director

**CITY OF NEWARK**
Delaware

January 6, 2004

TO:    Carol S. Houck, Assistant Administrator
       Joseph A. Dombrowski, Water & Wastewater Director
       George L. Sarris, Finance Director

FROM:  Carl F. Luft, City Manager

SUBJ:  Reservoir Construction Project

I am very concerned about this project going over budget.

The URS construction phase services contract is on the agenda Monday for an extension. As we briefly discussed, I want you all to work closely together to monitor this extension carefully and, in particular, make sure the engineer understands that the City only desires these services when necessary on the reservoir site. Translation, I do not want a resident project representative on this site unless it is necessary for control, safety and proper construction.

My impression from George and Carol is that you all agree with this. If you have any questions, please advise.

CFL/mp

NEW00249



**CITY MANAGER'S OFFICE**
CITY OF NEWARK
220 Elkton Road • P.O. Box 390 • Newark, Delaware 19715-0390

302-366-7020   • Fax 302-366-7160 • http://newark.de.us

May 24, 2004

The Honorable Mayor and City Council:

As desired by City Council, I hereby resign by position as City Manager of Newark effective May 25, 2004. Severance pay will be granted in the amount of one week of base pay and longevity for each year of continuous service I have completed.

Sincerely,

Carl F. Luft
City Manager

CFL/mp

I am responsible and would like to see it through.

If there was any mistake, it was that I trusted & believed the experts who we hired ... and so did everyone else for the City.

NEW00269A

# Carl F. Luft

**From:** Carl F. Luft <cluft@newark.de.us>
**To:** Mike Senneway <MikeSenneway@klinesteel.com>
**Sent:** Monday, March 29, 2004 9:14 AM
**Subject:** Re: Consultant at Irving Paper Lagoon

Mike,

Good morning. Thanks very much for the information. I'll have our attorney in the case make the contact.

Carl

> ----- Original Message -----
> **From:** Mike Senneway
> **To:** Carl Luft (E-mail)
> **Sent:** Saturday, March 27, 2004 4:43 PM
> **Subject:** FW: Consultant at Irving Paper Lagoon
>
> Dubie,
> Here is a recommendation of a consultant to help give you independent advice. These people advised my new parent Co on retention ponds, retainment pools etc, they are an oil refinery and have paper and pulp processing plants, so they get into a lot ow water management. I think they work all over, I told them this was a Delaware problem. Let me know if they are any help (or not!)
> Mike
> -----Original Message-----
> **From:** Irving, John F [mailto:Irving.JohnF@jdirving.com]
> **Sent:** Friday, March 26, 2004 3:56 PM
> **To:** Mike Senneway
> **Subject:** FW: Consultant at Irving Paper Lagoon
>
> Mike here is the contact who helped us when we had a similar problem
>
> John F. Irving
>
> J. D. Irving, Ltd.
>
> (506)632-7777, fax: (506)633-3777
>
> " This message may contain confidential and/or privileged information. If you are not the addressee or authorized to receive this for the addressee, you must not use, copy, disclose or take any action based on this message or any information herein. If you have received this message in error, please advise the sender immediately by reply e-mail or telephone (506) 632-7777. Thank you for your cooperation."

---

**From:** Jardine, Kyle
**Sent:** Friday, March 26, 2004 4:37 PM
**To:** Irving, John F
**Subject:** Consultant at Irving Paper Lagoon

As discussed;

**Mickey Davachi, P. Eng., PhD, FASCE**

**Senior Geotechnical Consultant**

NEW00270                                                                3/29/04

Acres International

815 - 8th Ave. S.W., Suite 1000

Calgary, Alberta

T2P 3P2

Tel; 403-292-0370

Fax; 403-292-0377

E-Mail: mdavachi@acres.com

Web: www.acres.com

Regards,

Kyle Jardine, MBA, P. Eng.

General Manager

Equipment Division

J.D. Irving, Limited

---
Outgoing mail is certified Virus Free.
Checked by AVG anti-virus system (http://www.grisoft.com).
Version: 6.0.516 / Virus Database: 313 - Release Date: 9/1/03

NEW00271

3/29/04

**CITY OF NEWARK**
**Delaware**
*Committed to Service Excellence*

## DON'T SAY IT - WRITE IT

TO: Carl    DATE: 5/13/04
FROM: Carol
SUBJECT: Attached

Ref the last item - I have asked Water Dept / + PW's to work together to ensure the no-trespassing signs are around perimeter of reservoir. We did have them - however they could be missing. They should accomplish this today. — Carol

NEW00281

**Carol Houck**

| | |
|---|---|
| **From:** | Jill_Voeller@URSCorp.com |
| **Sent:** | Thursday, May 13, 2004 12:27 PM |
| **To:** | chouck@newark.de.us |
| **Cc:** | v.petrone@lawtcl.com |
| **Subject:** | Site Security - private and confidential |

Carol, I will call you about the last paragraph.   Jill

Jill A. Voeller, P.E.
URS Corporation
1200 Philadelphia Pike
Wilmington, DE 19711
302.791.0700 (x111 after hours)
302.791.0708 (FAX)

----- Forwarded by Jill Voeller/Wilmington/URSCorp on 05/13/04 12:22 PM -----

```
              "Lintner, Matthew
              F."                         To:      <Mark_Prouty@urscorp.com>,
<Jill_Voeller@urscorp.com>,
              <MLintner@morrisj              <tom_delorimier@urscorp.com>,
<joseph_kula@urscorp.com>
              ames.com>                   cc:      "Semple, James"
<JSemple@morrisjames.com>, "McNally, Edward"
                                                   <emcnally@morrisjames.com>
              05/13/04 12:15 PM           Subject: Site Security
```

Mark and Jill:

I spoke off the record to MIchele Besso of the News Journal late yesterday. Her article is scheduled for publication either Friday or over the weekend. She does appear to be highly confused about the nature of the technical disputes at issue, although she does not seem to be buying all of the information Mr. Logan is feeding to her hook line and sinker. One interesting revelation was that Mr. Logan apparently has informed her of two reservoirs (one was Brick Township, she could not recall the other) that according to Logan were URS designs and had suffered "failures." Ms. Besso indicated that she called the operators of both and has confirmed that there had been no failures at either location. She wondered "Why would Mr. Logan try to mislead me with something that could be so easily checked out?" I opined that Mr. Logan's strategy was to generate as much chaos as is possible.

The fact that Mr. Logan appears to be engaging in conduct which, most generously to Mr. Logan, at least skirts along the edges of defamation indicates that we may want to consider taking some form of action. (I hesitate to say that we can establish actual defamation here, because I suspect that Ms. Besso was confused about exactly what Mr. Logan told her.) One possible course of action would be to send a letter to Mr. Logan informing him that we are aware of such conduct and counseling him to be accurate in statements he makes about prior URS construction activity. We need to discuss this further.

A second issue which arose during the course of my conversation with Ms.

1

Besso relates to site security. Apparently, the News Journal has pictures of neighborhood children playing on the construction site, and it is going to run these photos in the story. I would suggest that you pass this information along to the City, and that any necessary steps to better secure the site be undertaken.

2

NEW00283

**CITY OF NEWARK**
Delaware

April 27, 2004

TO: Mayor Vance A. Funk III
Members of City Council

FROM: Carl F. Luft, City Manager

SUBJ: Similar Reservoir Projects

As requested during the executive session of Monday, April 26, attached is the list of reservoir and lagoon projects that have a similar construction. Please advise if additional information is necessary.

CFL/mp
Attachment

CITY OF NEWARK, DELAWARE
CONSTRUCTION PROJECT REPORT
WATER STORAGE FACILITY (W0004)
MARCH 31, 2004

| FUNDING SOURCE | ESTIMATED COST | RECEIVED TO DATE | BALANCE EXPECTED |
|---|---|---|---|
| Capital Reserves Transferred from Electric Fund | 2,000,000 | 2,000,000 | - |
| Grant from State Natural Resources & Environment | 3,400,000 | 3,400,000 | - |
| Bond Issue #9 in Year 2000 | 2,700,000 | 2,700,000 | - |
| Bond Issue #10 in Year 2002 | 16,000,000 | 16,129,490 | (129,490) |
| Bond Fund #6 (Project W93-2) | 143,059 | 143,059 | - |
| Capital Project W00-2 (Water Fund Capital Reserves) | 200,000 | 200,000 | - |
| Capital Project W93-2 (Water Fund Capital Reserves) | 32,941 | 32,941 | - |
| Capital Project W88-5 (Water Fund Capital Reserves) | 325,000 | 325,000 | - |
| Capital Project W99-2 (Water Fund Capital Reserves) | 100,000 | 100,000 | - |
| Capital Project W97-2 (Water Fund Capital Reserves) | 97,644 | 97,644 | - |
| Capital Project W94-10 (Water Fund Capital Reserves) | 111,602 | 111,602 | - |
| Total Funding To Date | 25,110,246 | 25,239,736 | (129,490) |

| DESCRIPTION | EXPENDED TO DATE | CURRENT ENCUM |
|---|---|---|
| Advertising | 10,914 | - |
| Appraisal Services | 31,725 | - |
| Asbestos Abatement | 6,200 | - |
| Bond Issuance Costs | 42,310 | - |
| Capitalized Labor | 19,875 | - |
| Construction Contract | 6,230,743 | 3,555,554 |
| Consulting Design Services | 1,762,619 | 537,508 |
| Demolition & Excavation | 40,075 | - |
| Engineering & Survey Services | 114,135 | - |
| Geoscience Consultants | 163,311 | - |
| Land Purchase | 7,955,000 | - |
| Legal Services | 109,201 | - |
| Miscellaneous Contracted Services | 3,527 | - |
| Miscellaneous Supplies | 11,832 | - |
| Othe Miscellaneous Consultant Services | 5,179 | - |
| Permits | 4,210 | - |
| Postage, Mailing & Freight | 310 | - |
| Pumps | 79,359 | - |
| Reservoir Pump Station | 872,551 | - |
| Site Preparation | 7,125 | - |
| Raceway Stones, Gates & Improvements | 172,999 | - |
| Work Order 5072 (Cost of Durkin Default) | 4,851 | 7,285 |
| Well Drilling | 5,290 | - |
| Total Expenditures To Date | 17,653,341 | 4,100,348 |
| Cash Balance (Receipts minus Expenditures) | 7,586,395 | |
| Project Balance (Projected Cost minus Expenses & Encumbrances) | | 3,486,047 |

NEW00346



# CITY SOLICITOR'S OFFICE
CITY OF NEWARK
220 Elkton Road • P.O. Box 390 • Newark, Delaware 19715-0390

302-366-7070 • Fax 302-366-7067 • http://newark.de.us

April 20, 2004

BY FAX: 571-1750

James W. Semple, Esquire
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P. O. Box 2306
Wilmington, DE  19899-2306

    RE: Newark City Council Meeting - April 26, 2004

Dear Jim:

    This letter follows our discussion on the phone earlier this afternoon.

    As promised, I am faxing with this letter a copy of the City Council agenda for April 26. The URS public presentation is Item 10.A.3 on the agenda. In a memo from me to the Mayor and Council this week, I will strongly advise them not to raise any questions of URS during the presentation. Similarly, I will advise that this matter not be opened for public comment or questions as if the matter were to be the subject of a public hearing.

    Item 10.C on the agenda is the executive session which will follow the regular meeting. URS representatives will be invited into that session (with Mr. Lintner of your firm) to answer any questions the Mayor and Council have regarding the reservoir, the design, or issues addressed during the public presentation.

James W. Semple, Esquire
Page Two
April 20, 2004

Please do not hesitate to contact me if there are questions regarding these matters.

Sincerely,

Roger A. Akin
City Solicitor

RAA:pmf
Enc.
cc - Carl F. Luft, City Manager
    Carol Houck, Assistant Administrator
    Joseph Dombrowski, Water & Waste Water Director
    George Sarris, Finance Director
    Paul Cottrell, Esquire

NEW00351

Exec Session    3/27/04   9:15 a.

1) FOP Negotiations:

Dover 3% for 3 yrs — significant
Review our proposal — short pass out — Sheldon —

75¢ $1.10 — Dover  Shift diff'l, plus wages
                                  all part of 3.5%

WC — third pty dispute
settlement? panel of judges, lawyers —
                                         Bob
                    Dover mediator — Glasson

2) Reservoir Suit

Bid doc's — almost done
litigation — Teh A — project to be built

— ask Judge — stay contract until project is done —
— David suit papers —
— Durkin — GWRA setup —
   → lot of backup —
URS — not convincing — needs more time
civil suit — confidence (forensic expert)

→ Out to bid = ?

Soil erosion issues — on site now — own PW crews — manageable at moment —

Info from Jill V. 7/12/04
Prior to Peer Review

(Should have in writing by Wed 14th)

Includes Retainages:

Intergro $5,670.

Talley Bros $170,550

Valley Crest $5,500 (appears Durkin underpd some invoices)

Hallaton — Negative Amt.
We are owed $109,100 from someone

MPI — 40,000 Retainage Due
14,500 Billed to Durkin — but he didn't bill us — work done
AND
7,000 that City Paid Durkin for work completed by MPI — that Durkin didn't pay MPI

? FURNESS — min. $7,000 — but was billed for more, that Durkin didn't bill us for.

? Stancils — ?

NEW03863

Per Vicky — Meeting at T, C & L 7/15 at 9:30 am
w/ Durkin, Attorneys & Surety
discuss details of subcontractor payments
& possibility of settlement.

George
CFL
CSH
Roger
Joe

---

Also — Conf. call 7/12/04 w/ Judge & T, C & L

Thrown out — new mediation

Also Durkins desire — to have termination changed to term for convenience.

Damages must be worked out!

---

Per VRS [ Durkin/MPI agreement 722,000 for MPI work
Schedule of values of Contract w/ Durkin
for MPI work 675,000    47,000 diff.

NEW03864