# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. )<br>        Plaintiff, )<br>        )<br>v. )<br>        )<br>CITY OF NEWARK, et al., )<br>        Defendants, )<br>        )<br>    and )<br>        )<br>CITY OF NEWARK, )<br>        Third-Party Plaintiff, )<br>        )<br>v. )<br>        )<br>FEDERAL INSURANCE COMPANY, )<br>        Third-Party Defendant. ) | CIVIL ACTION NO. 04-0163 |

## ORDER

AND NOW, this ____ day of _____, 2006, upon consideration of the Motion of Third-Party Plaintiff, City of Newark, for Reconsideration and Reargument and For Leave to Amend Its Pleadings, and any responses thereto, it is hereby ORDERED, ADJUDGED and DECREED that the Motion is DENIED.

                                      By the Court:

                                      _____, J.