IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* | : : : | |
| vs. | : : | |
| CITY OF NEWARK, et al., Defendants | : | CASE NO. 04-0163-GMS |
| and | : : | |
| CITY OF NEWARK, *Third-Party Plaintiff* | : : | |
| vs. | : : | |
| DONALD M. DURKIN CONTRACTING, INC., FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | : : : : | : |

# JURY VERDICT FORM

I.    **Donald M. Durkin Contracting, Inc.'s Claims Against the City of Newark**

A.    **BREACH OF CONTRACT**

The Court has already determined that the City of Newark breached its contract with Donald M. Durkin Contracting, Inc.

    1.   We the jury, find that Donald M. Durkin, Contracting Inc. is entitled to recover from the City of Newark compensatory damages for work performed in the amount of

$ _5,492,666.55_.

    2.   We the jury, find that Donald M. Durkin, Contracting Inc. is entitled to recover from the City of Newark for post termination incurred expenses, if any, in the amount of

$ _6,174,905.78_.

    3.   If you enter any amount in line 2 above, state the amount of attorneys' fees you have awarded, if any

$ _1,740,751.38_.

**PROCEED TO NEXT PAGE**

B. **CIVIL RIGHTS**

Do you find, by a preponderance of the evidence, that the City of Newark denied Donald M. Durkin Contracting, Inc. a property interest or a liberty interest without due process of law, and that such denial was a proximate cause of the damages sought by Donald M. Durkin Contracting, Inc.?

YES ✓         NO _____

*If you answered YES above, answer the following question. If you answered NO, proceed to Section C.*

1.  We, the jury, find that Donald M. Durkin Contracting, Inc. is entitled to recover from the City of Newark for damages in the amount of

$ ___25,000,000.00___ .

**PROCEED TO NEXT PAGE**

### C.    CONVERSION

Do you find by a preponderance of the evidence that the City of Newark converted Donald M. Durkin Contracting, Inc.'s property, and that such conversion was a proximate cause of the damages sought by Donald M. Durkin Contracting, Inc.?

YES ✓          NO _____

*If you answered YES, answer the following question. If you answered NO, proceed to the next page:*

1.    We, the jury, find that Donald M. Durkin Contracting, Inc. is entitled to recover from the City of Newark for damages for conversion in the amount of

$ __1.00__ .

**PROCEED TO NEXT PAGE**

II.  **URS Corporation's Damages Interrogatory**

Do you find by a preponderance of the evidence that URS is entitled to an award of fees and costs from Newark?

Yes ____✓____         No _____

If your answer is "yes", please enter the total amount of fees and costs you award to URS.

$ __283,387.87__.

Of the amount above, state the amount of attorneys' fees you have awarded, if any

$ __283,387.87__.

**PROCEED TO NEXT PAGE**

### III. Interrogatory on Newark's Claim to Contribution From URS for Alleged Civil Rights Violations

If you have found that Newark has violated Durkin's civil rights, do you find that Newark has proved by a preponderance of the evidence that URS willfully participated in a joint conspiracy with Newark to deprive Durkin of its Civil Rights?

Yes _____    No ___✓___

If your answer is "yes" what is the percentage of contribution, if any, that Newark is entitled to from URS?

% _____

*You should sign and date the verdict form and tell the bailiff you have reached a verdict.*

SO SAY WE ALL, this 5th day of October, 2006



REDACTED