IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., ) ) ) Plaintiff ) ) v. ) ) CITY OF NEWARK, et al., ) ) Defendants ) ) and ) ) CITY OF NEWARK, et al., ) ) Third-Party Plaintiff ) ) v. ) ) DONALD M. DURKIN CONTRACTING, ) INC., AND URS CORPORATION, ) ) Third-Party Defendants ) ) | C.A. No. 04-163 GMS |

**ORDER**

IT IS HEREBY ORDERED that the United States Marshal for the District of Delaware be and hereby is directed to furnish lunch for eight jurors engaged in the above entitled case on October 5, 2006.

Dated: October 5, 2006         /s/ Gregory M. Sleet
                               UNITED STATES DISTRICT JUDGE