MICHAEL G. TRACHTMAN
PAUL A. LOGAN*° ◻
GUNTHER O. CARRLE*
BRUCE D. LOMBARDO
LAWRENCE A. BORDA*
JOSEPH P. TRABUCCO, III○
NEIL P. CLAIN, JR.*
JONATHAN K. HOLLIN
DAVID T. BOLGER
RICHARD J. DAVIES*○
STEVEN G. BARDSLEY*
STEPHEN D. MENARD*
FRANCIS G. LAROCCA
EILEEN C. CLARK*
DENNIS P. HERBERT*
FRANK S. NOFER*
ANTHONY S. POTTER○
GEORGE T. REYNOLDS*
MARY J. PEDERSEN*
FREDERICK M. BREHM*
JENIFER L. SUPLEE*
JAMES S. BAINBRIDGE*
KEVIN K. CARTON, JR.*
DIRK M. SIMPSON, LL.M. (TAXATION)*
CHRISTOPHER S. KOLLER
KELLY E. SOLOMON
GREGORY J. STAR*
JAKE H. WONG*
ALLISON J. STRUPCZEWSKI
JACKLYNN ANN BARRAS, LL.M. (TAXATION)*
ANDREW J. FUGA*

*ALSO ADMITTED IN NJ
○ALSO ADMITTED IN MD
◻ALSO ADMITTED IN DE
○ALSO ADMITTED IN NY

## LAW OFFICES
## POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO
A PROFESSIONAL CORPORATION

475 ALLENDALE ROAD
SUITE 200
KING OF PRUSSIA, PA 19406

(610) 354-9700
FACSIMILE (610) 354-9760
dbolger@PowellTrachtman.com
www.PowellTrachtman.com

OF COUNSEL
RALPH B. POWELL, JR.
MALCOLM B. JACOBSON
RICHARD T. ABELL
RICHARD L. BUSH
KEITH R. BLACK

114 NORTH SECOND STREET
HARRISBURG, PA 17101
(717) 238-9300
FAX (717) 238-9325

SUITE 304
1814 EAST ROUTE 70
CHERRY HILL, NJ 08003
(856) 663-0021
FAX (856) 663-1590

October 10, 2006

PLEASE REPLY TO:

KING OF PRUSSIA

**VIA ELECTRONIC FILING**

The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324, Lockbox 19
Wilmington, DE 19801

Re: Donald M. Durkin Contracting, Inc. v. City of Newark, et al.
United States District Court, No. 04-0163-GMS

Dear Judge Sleet:

It has come to our attention that there is a clerical error in the amount of the jury verdict in favor of Donald M. Durkin Contracting, Inc. at docket entry no. 291. The text of the jury verdict indicates a verdict amount in favor of Donald M. Durkin Contracting, Inc. in the amount of $38,408,324.71, which we believe is overstated by $1,740,751.38. It is our view that the correct amount of the verdict would include the sum of line items I(A)(1), I(A)(2) and I(B)(1) of the Jury Verdict Form, which totals $36,667,572.33.

It appears that the amount of attorney's fees listed in line I(A)(3) of the Jury Verdict Form was added to lines I(A)(1) and I(A)(2), when it fact the legal and professional fees claimed by Durkin were subsumed within the "post-termination expenses" claimed in I(A)(2). See Durkin Exhibit 68, line item 6 (footnote 3 noted that these amounts included the unpaid legal expenses of Durkin and Federal Insurance Company). It was the intent of Durkin and the City of Newark to segregate and extract the legal fees from any amount of post-termination expenses awarded to avoid any duplication of legal fees in any post-trial submissions by the parties, and also for the City of Newark to be able to identify and challenge any award of attorney's fees to Durkin as part of the breach of contract claims.

KOP:351840v1 3514-04

The Honorable Gregory M. Sleet
October 10, 2006
Page 2

      I have advised counsel for the City of Newark of this matter, who concurs with our assessment, and also notified counsel for URS Corporation. We sincerely apologize for any lack of clarify and confusion in the format of the Jury Verdict Form. We are prepared to file a motion pursuant to Fed.R.Civ.P. 60(a) or to address this in any other manner the Court prefers.

      Respectfully,

      __/s/__ David T.Bolger
      David T. Bolger

cc:    All counsel of record (via electronic notification)

KOP:351840v1 3514-04