**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., </br></br> Plaintiff </br></br> v. </br></br> CITY OF NEWARK, et al., </br></br> Defendants </br></br> and </br></br> CITY OF NEWARK, et al., </br></br> Third-Party Plaintiff </br></br> v. </br></br> DONALD M. DURKIN CONTRACTING, INC., AND FEDERAL INSURANCE COMPANY, </br></br> Third-Party Defendants | C.A. No. 04-163 GMS |

**ORDER**

WHEREAS, it is this court's trial practice that the parties provide the jury verdict form and special interrogatories, if any (*see* Local Rule 51.1 and http://www.ded.uscourts.gov/GMSmain.htm);

WHEREAS, the parties belatedly submitted an agreed-upon verdict form on October 5, 2006, the morning of closing arguments;

WHEREAS, the parties failed to submit an unambiguous special interrogatory regarding damages and attorneys' fees on their agreed-upon verdict form;

WHEREAS, the plaintiff has interpreted the ambiguous interrogatory to its financial disadvantage, in concurrence with the interpretation of defendant City of Newark (D.I. 296), and consistent with the discussion of the parties during the prayer conference on October 4, 2006;

WHEREAS, the court accepts plaintiff's acknowledgment of the lack of clarity in the format of the jury verdict form (D.I. 296); and

WHEREAS, the court accepts the interpretation of both the plaintiff and the defendant as to the intent of the parties' special interrogatory.

IT IS HEREBY ORDERED that:

The amount reflected in item I (A)(3) of the jury verdict form shall be considered an amount itemized for attorneys' fees but which was awarded and therefore included, counted and covered in the amount reflected in item I (A)(2).

Dated: October 11, 2006

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE