IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., <br><br> Plaintiff <br><br> v. <br><br> CITY OF NEWARK, et al., <br><br> Defendants <br><br> and <br><br> CITY OF NEWARK, et al., <br><br> Third-Party Plaintiff <br><br> v. <br><br> DONALD M. DURKIN CONTRACTING, INC., AND URS CORPORATION, <br><br> Third-Party Defendants | C.A. No. 04-163 GMS |

## JUDGMENT

This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict on October 5, 2006. The verdict was accompanied by a verdict form, a copy of which is attached hereto. Therefore,

    IT IS HEREBY ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the Plaintiff, Donald M. Durkin Contracting, Inc against the Defendant, City of Newark in the amount of ($11,667,572.33) ELEVEN MILLION SIX HUNDRED SIXTY-SEVEN THOUSAND FIVE HUNDRED SEVENTY-TWO DOLLARS AND THIRTY-THREE CENTS) for compensatory damages and post termination incurred expenses on the breach of contract claim AND in the amount of ($25,000,000.00) TWENTY FIVE MILLION DOLLARS for civil rights damages AND in the amount of ($1.00) ONE DOLLAR for conversion damages; AND in favor of the Third Party

Defendant, URS Corporation against the Defendant, City of Newark in the amount of ($566, 775.74) FIVE HUNDRED SIXTY-SIX THOUSAND SEVEN HUNDRED SEVENTY-FIVE DOLLARS AND SEVENTY-FOUR CENTS for attorneys fees, other fees and costs.

Dated: October 11, 2006

_____
UNITED STATES DISTRICT JUDGE

**FILED**

OCT 1 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE