**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) |
| CITY OF NEWARK, et al., | ) ) |
| Defendants | ) ) |
| and | ) )  C.A. No. 04-163 GMS |
| CITY OF NEWARK, et al., | ) ) |
| Third-Party Plaintiff | ) ) |
| v. | ) ) |
| DONALD M. DURKIN CONTRACTING, INC., AND FEDERAL INSURANCE COMPANY, | ) ) ) ) |
| Third-Party Defendants | ) |

**ORDER**

WHEREAS, on October 3, 2006, URS Corporation ("URS") filed a motion for judgment as a matter of law (D.I. 273) as to the City of Newark's indemnification and contribution claims against URS;

WHEREAS, the court granted URS's motion as to the indemnification issue and reserved judgment on URS's motion as to the contribution issue;

WHEREAS, in light of the jury's verdict in favor of URS on the contribution issue, the remaining issue in URS's motion is deemed moot;

WHEREAS, on October 3, 2006, the City of Newark ("City") filed a motion for a directed verdict (D.I. 277);

WHEREAS, the court reserved decision on the City's motion and submitted the action to the jury;

WHEREAS, the City may renew its motion for a directed verdict pursuant to the provisions of Fed. R. Civ. P. 50(b).

WHEREAS, on October 4, 2006, plaintiff Durkin M. Contracting, Inc. ("Durkin") filed a motion for sanctions (D.I. 278) in light of documents produced by the City of Newark after the close of Durkin's case-in-chief;

WHEREAS, Durkin requested relief in the form of a default judgment and the court reserved judgment on Durkin's motion;

WHEREAS, in light of the jury's verdict in favor of Durkin, the court deems Durkin's motion for sanctions in the form of a default judgment moot.

IT IS HEREBY ORDERED that:

1. URS's motion for judgment as a matter of law (D.I. 273) regarding the remaining contribution issue is DENIED as moot.

2. City of Newark's motion for a directed verdict (D.I. 277) is DENIED as moot.

3. Durkin's motion for sanctions (D.I. 278) is DENIED as moot.

Dated: October 12, 2006

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE