IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) JURY TRIAL DEMANDED |
| CITY OF NEWARK et al. | ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves for the admission Pro Hac Vice of Thomas C. Gallagher, Esquire to represent the City of Newark in this matter.

By: _____
Victoria Kathryn Petrone, Esquire
Supreme Court I.D. 4210
Tighe, Cottrell & Logan, P.A.
One Customs House, Suite 500
P.O. Box 1031
Wilmington, DE 19899
Attorney for Defendant City of Newark

October 12, 2006

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission Pro Hac Vice is GRANTED.

Date:_____    By:_____
                                                J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Signed: _____
Thomas C. Gallagher, Esquire
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA 19103
Attorney for Defendant City of Newark

Dated: October 12, 2006

## CERTIFICATE OF SERVICE

I, Thomas C. Gallagher, Esquire, hereby certify that a true and correct copy of Motion and Order for Admission Pro Hac Vice was served this date, via electronic filing, upon all counsel addressed as follows:

Paul A. Logan, Esquire
Powell, Trachtman, Logan, Carrie & Lombardo, P.C.
475 Allendale Road
Suite 200
King of Prussia, PA 19406

James S. Green, Esquire
Seitz, VanOgtrop & Green, P.A.
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington, DE 19899

By: _____
Thomas C. Gallagher, Esquire
Attorney for Defendant, City of Newark
Deasey, Mahoney & Bender, Ltd.
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA 19103

Dated: October 12, 2006