# TIGHE, COTTRELL & LOGAN, P.A.
## *Attorneys at Law*

704 NORTH KING STREET, SUITE 500
P.O. BOX 1031
WILMINGTON, DELAWARE 19899
Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
WRITER'S EMAIL: p.cottrell@lawtcl.com

| NEW JERSEY OFFICE: | MARYLAND OFFICE: | PENNSYLVANIA OFFICE: |
|---|---|---|
| 13 WEST AVENUE | 1220-C EAST JOPPA ROAD | 2017 SPRING GARDEN STREET |
| P.O. BOX 303 | SUITE 505 | PHILADELPHIA, PA 19130-3804 |
| WOODSTOWN, NJ 08098 | TOWSON, MD 21286 | |

October 18, 2006

The Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
844 North King Street
Room 4209, Lock Box 19
Wilmington, DE 19801

      **Re: Donald M. Durkin Contracting, Inc. v. City of Newark, et al.**
      **C.A. No. 04-163-GMS**

Dear Judge Sleet:

      The parties will be filing post-trial motions on or before October 25 in accordance with the 10 day post-judgment deadline. As you suggested, I have conferred with counsel for all parties regarding supporting briefs and request the Court's approval of the following proposed schedule. Kevin Maurer has indicated that the full trial transcript will not be ready until late in November. We ask that the transcript availability be noted with a minute entry on the docket. Opening briefs in support of the motions will be due two weeks from that date. Answering briefs will be due four weeks after the opening brief deadline. Reply briefs will be due two weeks thereafter.

      All parties are available at the call of the Court should you require. Thank you for consideration of this proposed schedule.

                      Respectfully,

                      TIGHE, COTTRELL & LOGAN, P.A.

                      By:     /s/ Paul Cottrell
                            Paul Cottrell

cc:    Paul Logan, Esquire
        James S. Green, Esquire
        Patrick Kingsley, Esquire
        Thomas C. Gallagher, Esquire