# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION, | ) |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| Third-Party Defendant. | ) |
| CITY OF NEWARK, | ) |
| Third-Party Plaintiff, | ) |
| vs. | ) |
| URS CORPORATION, | ) |
| Third-Party Defendant. | ) |

## ORDER

AND NOW, the Court, having considered the request of the parties for briefing in support of post-verdict motions, which motions shall be filed within the deadline proscribed by the Federal Rules of Civil Procedure, the Court does hereby FIND and ORDER,

1. The availability of the trial transcript shall be indicated by a minute entry on the docket.

2. Opening briefs in support of post-verdict motions shall be due two weeks from the docket entry referenced above.

3. Answering briefs shall be due four weeks after the due date for opening briefs.

4. Reply briefs shall be due two weeks after the due date for answering briefs.

 

_____
The Honorable Gregory M. Sleet