IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) <br> ) Civil Action No.: 04-0163 GMS <br> ) |
| Plaintiff, | ) |
| vs. | ) <br> ) |
| CITY OF NEWARK et al. | ) |

**CITY OF NEWARK'S MOTION TO STAY EXECUTION OF THE JUDGMENT**

COMES NOW, Defendant City of Newark, and moves this Honorable Court for an order staying execution of the judgment against Newark until ten days after disposition of all post-trial motions.

          TIGHE, COTTRELL & LOGAN, P.A.
          By: /s/ Paul Cottrell
          Paul Cottrell (Delaware I.D. No. 2391)
          Victoria K. Petrone (Delaware I.D. No. 4210)
          704 N. King Street, Suite 500
          P.O. Box 1031
          Wilmington, DE 19899
          P:  (302) 658-6400
          email:  p.cottrell@lawtcl.com

          *and*

          Thomas C. Gallagher, Esq. (Pro Hac Vice, Pa. I.D.  27156 )
          Deasey, Mahoney & Bender Ltd.
          1800 John F. Kennedy Boulevard, Suite 1300
          Philadelphia, PA 19107
          P: (215) 587-9400
          email: tcgallagher@dmbphila.com

          *Attorneys for Defendant City of Newark*
          *Harold F. Godwin, John H. Farrell, IV, Jerry Clifton,*
          *Karl G. Kalbacher, David J. Athey,*
          *Frank J. Osborne, Jr. and*
          *Christina Rewa, in their official capacities*

Dated: October 24, 2006