# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION, | ) |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| Third Party Defendant. | ) |

## CERTIFICATE OF SERVICE

I, Victoria K. Petrone, Esquire, do hereby certify that on October 24, 2006, I caused a copy of *City of Newark's Motion to Stay Execution of the Judgment* to be served via CM/ECF electronic filing upon the following:

Paul A. Logan, Esq.
David T. Bolger, Esq.
Powell, Trachtman, Logan, Carrle & Lombardo
Suite 200
475 Allendale Road, Suite 200
King of Prussia, PA 19406
*Attorneys for Plaintiff,
Donald M. Durkin Contracting, Inc.*

David Burkholder, Esquire
Stradley Ronon Stevens & Young
Suite 800
300 Delaware Avenue
Wilmington, DE 19899-2170
*Attorney for Third-Party
Defendant, Federal Insurance
Company*

James S. Green, Esq.
Seitz Van Ogtrop & Green, P.A.
P.O. Box 68
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
*Attorneys for Defendant,*
*URS Corporation*

                 /s/ Victoria K. Petrone
                Victoria K. Petrone (DE 4210)