## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, | ) |
| JOHN H. FARRELL, IV, JERRY CLIFTON, | ) |
| KARL G. KALBACHER, DAVID J. ATHEY, | ) |
| FRANK J. OSBORNE, JR., CHRISTINA REWA | ) |
| AND URS CORPORATION, et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

AND NOW, this _____ day of _____, the Court, having considered City of Newark Defendants' Motion for Judgment Notwithstanding the Verdict pursuant to Federal Rule of Civil Procedure 50(b) and Memorandum of Law in support thereof, along with any response thereto, the Court does hereby FIND and ORDER,

Defendants' Motion is GRANTED.  The Judgment against the Defendants is vacated and Judgment for the Defendants shall be entered accordingly by this Court

_____
The Honorable Gregory M. Sleet