# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. ) | Civil Action No.: 04-0163 GMS |
| ) |  |
| Plaintiff, ) |  |
| vs. ) |  |
| ) |  |
| CITY OF NEWARK, HAROLD F. GODWIN, ) |  |
| JOHN H. FARRELL, IV, JERRY CLIFTON, ) |  |
| KARL G. KALBACHER, DAVID J. ATHEY, ) |  |
| FRANK J. OSBORNE, JR., CHRISTINA REWA ) |  |
| AND URS CORPORATION, ) |  |
| ) |  |
| Defendants, ) |  |
| ) |  |
| vs. ) |  |
| ) |  |
| FEDERAL INSURANCE COMPANY, ) |  |
| ) |  |
| Third Party Defendant. ) |  |

## CERTIFICATE OF SERVICE

I, Victoria K. Petrone, Esquire, do hereby certify that on October 24, 2006, I caused a copy of *City of Newark Defendants' Motion for Judgment Notwithstanding the Verdict Pursuant to Federal Rule of Civil Procedure 50(b)* to be served via CM/ECF electronic filing upon the following:

| | |
|---|---|
| Paul A. Logan, Esq. | David Burkholder, Esquire |
| David T. Bolger, Esq. | Stradley Ronon Stevens & Young |
| Powell, Trachtman, Logan, Carrle & Lombardo | Suite 800 |
| Suite 200 | 300 Delaware Avenue |
| 475 Allendale Road, Suite 200 | Wilmington, DE 19899-2170 |
| King of Prussia, PA 19406 | *Attorney for Third-Party* |
| *Attorneys for Plaintiff,* | *Defendant, Federal Insurance* |
| *Donald M. Durkin Contracting, Inc.* | *Company* |

James S. Green, Esq.
Seitz Van Ogtrop & Green, P.A.
P.O. Box 68
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
*Attorneys for Defendant,*
*URS Corporation*

      /s/ Victoria K. Petrone
Victoria K. Petrone (DE 4210)