**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION, et al. | ) |
| Defendants. | ) |

**ORDER**

AND NOW, this _____ day of _____, the Court, having considered City of Newark Defendants' Motion to Alter, Amend or Vacate Judgment, for New Trial or in the Alternative Remittitur, pursuant to Federal Rule of Civil Procedure 59 and Memorandum of Law in support thereof, along with any response thereto, the Court does hereby FIND and ORDER,

Defendants' Motion is GRANTED.  The Judgment for the Plaintiff is vacated and Defendants are granted a new trial.

_____
The Honorable Gregory M. Sleet