01/21/2004 13:57 FAX 302 791 0708    URS CORP                          ☒001/013
JAN-20-2004 17:59                                                      P.01/13

First Federal Plaza
Suite 500
Wilmington, DE 19899
302.658.6400
302.658-9836 Fax

# TIGHE, COTTRELL & LOGAN, P.A.

TO: → John Volk  215-542-3888
    → Jill Kula  717-620-2278

FROM: Mark Prouty

# Fax

| To: | Carol Houck (for City of Newark distribution) | From: | Vicky Petrone |
| --- | --- | --- | --- |
| Fax: | 356-7160 | Pages: | 13 |
| Phone: | | Date: | 1/20/2004 |
| | | CC: | Roger Akin / 656-3697 |
| Re: | City of Newark | | Jill Voeller / 791-0708 (for URS distribution) |

● Comments:

Please find the following report from the Surety and the independent engineer.

I direct your attention to Paragraph 3 of the letter from the Surety, in which she states that the Surety is under no obligation to take action. This is correct. The Surety's obligation arises after 1) the Surety is notified regarding a default and 2) after meeting with the Surety, declaring a default and terminating the contract. You satisfied step 1 in November. We have not formally taken step 2 since we were waiting for this report. On Thursday we can discuss this option.

The pages comprising this facsimile transmission contain confidential information from either this law firm or client. This information is intended solely for use by the individual entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we may arrange to retrieve the transmission at no cost to you.

FC 6606

# SEITZ, VAN OGTROP & GREEN, P.A.
ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

Writer's Direct Dial: (302) 888-7602
Writer's E-Mail Address: gseitz@svglaw.com
www.lawyers.com/svglaw

(302) 888-0600
FAX: (302) 888-0606

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

February 3, 2005

Patrick R. Kingsley, Esquire
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103

Paul Logan, Esquire
Powell, Trachtman, Logan, Carrle &
   Lombardo
475 Allendale Road, Suite 200
King of Prussia, PA 19406

Victoria K. Petrone, Esquire
Tighe, Cottrell & Logan, PA
First Federal Plaza
P. O. Box 1031
Wilmington, DE 19899

RE: <u>Durkin v. City of Newark and URS</u>

Dear Counsel:

You have each received CD Roms containing the URS Fort Washington documents (FTW/URS000001 – FTW/URS014275. We will provide a privilege log for these documents shortly. Also enclosed is a bill for the cost of scanning and producing these CD Roms. There are two invoices enclosed. The small invoice number 1887 for $170.00 represents the cost of the CD sent to you. I am requesting reimbursement from each of you for 1/3 of this bill or $56.67. The other invoice number 1850 totals $6,518.19 is for the cost of scanning and making hard copies of these records. I am deducting the charges for the hard copies. I think we should split the following charges:

| | |
|---|---:|
| Images Digitally Scanned | $2,141.25 |
| Oversize Documents (larger than 11x17) Reduced to 8.5 x 11 | 1,617.60 |
| Data Manipulation and Preparation | 28.50 |
| | $3,787.35 |

We should split those charges four ways so I am requesting each of you reimburse this firm 946.84 for those charges. Based on this calculation, I request each of you send me a check in the amount of $1,003.51.

46321 v1

Patrick R. Kingsley, Esquire
Paul Logan, Esquire
Victoria K. Petrone, Esquire
February 3, 2005
Page 2

    I would appreciate it if you would forward me a check in that amount within the next few days because payment has to be made within the next 10 days.

                                    Very truly yours,

                                    GEORGE H. SEITZ, III

GHS:drc
Enclosure

cc:    James S. Green, Esquire (w/o encl.)

46042 v1

01/21/2005 16:24 FAX                                                                                   ☑002/005

FC6606

# SEITZ, VAN OGTROP & GREEN, P.A.
### ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE, SUITE 1500
POST OFFICE BOX 68
WILMINGTON, DELAWARE 19899

BERNARD A. VAN OGTROP
GEORGE H. SEITZ, III
JAMES S. GREEN
R. KARL HILL
PATRICIA P. McGONIGLE
KEVIN A. GUERKE

Writer's Direct Dial: (302) 888-7602
Writer's E-Mail Address: gseitz@svglaw.com
www.lawyers.com/svglaw

(302) 888-0600
FAX: (302) 888-0606

January 21, 2005

**Via Facsimile**
Digital Legal Services, LLC
1760 Market Street,
Philadelphia, PA 19103

Attention: Mr. John Rawley

    RE:   **URS Corporation**

Dear John:

    We are requesting that you copy the attached URS-Fort Washington documents in .pdf format onto CD Roms @ $35.00 each.

    I would appreciate it if you could send one CD Rom to each of the following:

> Patrick R. Kingsley, Esquire
> Stradley, Ronon, Stevens & Young, LLP
> 2600 One Commerce Square
> Philadelphia, PA 19103
>
> Victoria K. Petrone, Esquire
> Tighe, Cottrell & Logan, PA
> First Federal Plaza
> P. O. Box 1031
> Wilmington, Delaware 19899
>
> Paul Logan, Esquire
> Powell, Trachtman, Logan, Carrle & Lombardo
> 475 Allendale Road, Suite 200
> King of Prussia, Pennsylvania 19406

46040 v1

Digital Legal Services
January 21, 2005
Page 2

      I would appreciate it if you would send the CD Roms via overnight delivery and bill each recipient directly for the cost of this service.

      Thank you.

                                   Very truly yours,

                                   GEORGE H. SEITZ, III

GHS:drc
Enclosures

cc:    Patrick R. Kingsley, Esquire (via facsimile)
       Victoria K. Petrone, Esquire (via facsimile)
       Paul Logan, Esquire (via facsimile)

46040 v1

## *URS/Fort Washington Documents*

| From | To |
|---|---|
| FTW/URS000001 | FTW/URS005328 |
| FTW/URS005331 | FTW/URS005494 |
| FTW/URS005497 | FTW/URS005542 |
| FTW/URS005561 | FTW/URS005838 |
| FTW/URS005844 | FTW/URS005868 |
| FTW/URS005876 | FTW/URS005890 |
| FTW/URS005892 | FTW/URS005906 |
| FTW/URS005908 | FTW/URS005940 |
| FTW/URS005951 | FTW/URS005958 |
| FTW/URS005960 | FTW/URS005968 |
| FTW/URS005970 | FTW/URS006760 |
| FTW/URS006763 | FTW/URS006765 |
| FTW/URS006766 | FTW/URS006776 |
| FTW/URS006807 | FTW/URS006809 |
| FTW/URS006871 | FTW/URS006873 |
| FTW/URS006885 | FTW/URS006888 |
| FTW/URS006892 | FTW/URS006960 |
| FTW/URS006962 | FTW/URS007155 |
| FTW/URS007157 | FTW/URS007166 |

46028 v1

| | |
|---|---|
| FTW/URS007168 | FTW/URS007367 |
| FTW/URS007370 | FTW/URS007565 |
| FTW/URS007570 | FTW/URS007853 |
| FTW/URS007866 | FTW/URS007962 |
| FTW/URS007964 | FTW/URS007975 |
| FTW/URS007977 | FTW/URS008181 |
| FTW/URS008184 | FTW/URS008190 |
| FTW/URS008196 | FTW/URS008290 |
| FTW/URS008292 | FTW/URS |
| FTW/URS008301 | FTW/URS008330 |
| FTW/URS008332 | FTW/URS008359 |
| FTW/URS008361 | FTW/URS009768 |
| FTW/URS009779 | FTW/URS009891 |
| FTW/URS009895 | FTW/URS009897 |
| FTW/URS009900 | FTW/URS010014 |
| FTW/URS010052 | FTW/URS010268 |
| FTW/URS010271 | FTW/URS010359 |
| FTW/URS010361 | FTW/URS014 |
| | |
| | |

46028 v1