# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., CHRISTINA REWA AND URS CORPORATION | ) JURY TRIAL DEMANDED |
| Defendants, | ) |
| vs. | ) |
| FEDERAL INSURANCE COMPANY | ) |
| Third Party Defendant. | ) |

## AFFIDAVIT OF RONALD SCOTT KILLEN

STATE OF DELAWARE       :
                        : ss
COUNTY OF NEW CASTLE    :

Ronald Scott Killen, being duly sworn, does depose and say:

1. I speak from personal knowledge and am competent to make this Affidavit.

2. I was employed by Talley Brothers as an estimator from February 1998 to February 2004.

3. While employed by Talley Brothers, I assisted with estimating the Newark Reservoir Project. Talley Brothers provided concrete and general contracting work for the Reservoir Project.

4. I became familiar with the firm Donald M. Durkin Contracting, Inc. during my employment with Talley Brothers.

5. I left Talley Brothers in 2004 to work for Mason Building Group where I am still employed as an estimator. Mason Building Group does interior and civil contracting work.

6. I contacted Donald M. Durkin Contracting in April 2004 and requested a bid from the company for a project at the Delaware Solid Waste Authority.

7. Bonding was not required for the project and I advised Donald M. Durkin Contracting of this fact.

8. In response to my request for a bid, Jim Durkin told me that Donald M. Durkin Contracting would not be bidding any work until after the litigation was over with the City of Newark.

9. The bids received from other contractors were around $2 million for the same work for which I requested a bid from Donald M. Durkin Contracting in April 2004.

10. I did not think this information was important until I read in the News Journal about the verdict for Durkin and Durkin's allegation that it could not do any work because of the termination by the City of Newark.

11. Because I personally had offered Donald M. Durkin Contracting Company the opportunity for work valued around $2 million, I knew that the allegation was not true, so I immediately contacted the City of Newark. I did not contact anyone from the City of Newark prior to reading about the verdict.

_____
Ronald Scott Killen

State of Delaware
County of New Castle

Signed and sworn before me by Ronald Scott Killen, on this the 23rd day of October 2006..

_____
Notary Public

Cheryl M. Simons
Notary Public
State of Delaware
County of New Castle
My Commission Expires Feb 10, 2007