IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff*<br><br>vs.<br><br>CITY OF NEWARK, et al., *Defendants*<br><br>and<br><br>CITY OF NEWARK, *Third-Party Plaintiff*<br><br>vs.<br><br>DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Intervenor* | |

APPENDIX TO PLAINTIFF'S MOTION
TO AMEND JUDGMENT TO ADD INTEREST
PURUSANT TO FEDERAL RULE OF CIVIL PROCEDURE 59(e)

POWELL, TRACHTMAN, LOGAN,
CARRLE & LOMBARDO, P.C.
Paul A. Logan
Delaware Supreme Court ID #3339
475 Allendale Road, Suite 200
King of Prussia, PA 19406
Telephone: 610-354-9700
Telefacsimile: 610-354-9760
*Attorneys for Plaintiff and Third Party
Defendant Donald M. Durkin Contracting*

Dated: October 25, 2006

KOP:352922v1 3514-04

# TABLE OF CONTENTS

**Document**                                                                                                                                    **Page**

*David T. Springer, M.D. v. Renata J. Henry, et. al,* 2004 WL 2127172
(D. Del. Sept. 16, 2004) ................................................................................................ A-1

Judgment entered October 11, 2006 by the Honorable Gregory M. Sleet ............................ A-17

Article 6 of Contract ................................................................................................................ A-25

Complaint filed 3/16/04 with the District of Delaware, Donald M. Durkin Contracting, Inc.
vs. City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher,
David J. Athey, Frank J. Osborne, Jr., Christina Rewa and URS Corporation ...................... A-26

Article 14 of Contract .............................................................................................................. A-70