IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURK IN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Intervenor* | |

**ORDER**

AND NOW, the Court, having heard and considered Plaintiff Donald M. Durkin Contracting, Inc.'s Motion in Support of Attorneys' Fees and Costs and Post-Judgment Interest Pursuant to 42 U.S.C. §1988 and Federal Rule of Civil Procedure 54, does hereby FIND and ORDER:

Plaintiff is entitled to recovery from Defendant City of Newark: (1) attorneys' fees (for work up until October 5, 2006) in the amount of $1,045,395.00 and (2) costs in the amount of $52,943.41 (for costs incurred up until October 23, 2006). Plaintiff is also entitled to an enhancement multiplier for delay of _____. Plaintiff is granted leave to file a supplemental Motion for attorneys' fees and costs for fees and costs incurred after October 5 and October 23 respectively. Plaintiff is also entitled to recover post judgment interest on the attorneys' fees and costs awarded.

SO ORDERED this \_\_\_\_\_ day of _____, 2006.

_____
The Honorable Gregory M. Sleet

KOP:353024v1 3514-04