IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Intervenor* | |

**APPENDIX TO OPENING BRIEF OF PLAINTIFF IN SUPPORT OF MOTION IN SUPPORT OF ATTORNEYS' FEES, COSTS AND POST-JUDGMENT INTEREST PURSUANT TO 42 U.S.C. §1988 AND FEDERAL RULE OF CIVIL PROCEDURE 54**

POWELL, TRACHTMAN, LOGAN,
CARRLE & LOMBARDO, P.C.
Paul A. Logan
Delaware Supreme Court ID #3339
475 Allendale Road, Suite 200
King of Prussia, PA 19406
Telephone: 610-354-9700
Telefacsimile: 610-354-9760
*Attorneys for Plaintiff and Third Party Defendant Donald M. Durkin Contracting*

Dated: October 25, 2006

KOP:352969v1 3514-04

## TABLE OF CONTENTS

**Document**          **Page**

Declaration of Paul A. Logan .................................................................................. A-1

Memorandum from Carl F. Luft to Mayor Harold F. Godwin and Members of City Council dated December 9, 2003 .................................................................................. A-57

Memorandum from Carl F. Luft to Mayor Harold F. Godwin and Members of City Council dated January 23, 2004 .................................................................................. A-59

Handwritten Notes of Carl F. Luft dated February 2, 2004 .......................................... A-60

Handwritten Notes of Carl F. Luft dated March 27, 2004 ............................................ A-61

Memorandum from Carl F. Luft to Mayor Harold F. Godwin and Members of City Council dated May 24, 2004 .................................................................................. A-62

Handwritten Notes of Carol Houck dated September 11, 2003 .................................... A-64

Letter from Roger A. Akin to James W. Semple, Esquire dated April 20, 2004 ............ A-67

Memorandum from Roger A. Akin to Mayor and Council dated May 27, 2004 ............ A-69

Memorandum from Carol Houck to Vicky Petrone, Roger Akin and Jill Voeller dated January 20, 2004 .................................................................................. A-72

Declaration of Sherry Ruggiero Fallan .................................................................................. A-73

Carpe Diem Phase Codes and Task Codes .................................................................................. A-100

Timesheets for Paul A. Logan .................................................................................. A-103

Timesheets for David T. Bolger .................................................................................. A-391

Timesheets for Marsha E. Flora .................................................................................. A-509

Timesheets for Mary J. Pedersen .................................................................................. A-628

Timesheets for Kevin K. Carton, Jr. .................................................................................. A-640

Timesheets for James S. Bainbridge .................................................................................. A-645

Timesheets for Paralegal Susan M. Gross .................................................................................. A-655

Timesheets for Paralegal Donna R. Pierson .................................................................................. A-657

Timesheets for Paralegal Alaina M. Detitto .................................................................................. A-663

Expense Report dated October 23, 2006 .................................................................................. A666