## CARPE DIEM TIMESHEET CODES

### *Phase Codes:*

| | |
|---|---|
| B200 | Business Transactions |
| E100 | Estate Planning |
| E200 | Estate Administration |
| L100 | Litigation Case Assessment, Development and Evaluation |
| L200 | Pre-Trial Pleadings and Motions |
| L300 | Discovery |
| L400 | Trial Preparation and Trial |
| L500 | Appeal |
| N100 | Non-Billable |

### *Task Codes for L100:*

| | |
|---|---|
| L110 | Fact Investigation/Development |
| L120 | Analysis/Strategy |
| L130 | Experts/Consultants |
| L140 | Document/File Management |
| L150 | Budgeting |
| L160 | Settlement/Non-Binding ADR |
| L190 | Other Case Assessment, Development and Evaluation |

### *Task Codes for L200:*

| | |
|---|---|
| L210 | Pleadings |
| L220 | Preliminary Injunction/Provisional Relief |

L230                    Court Mandated Conferences

L240                    Dispositive Motions

L250                    Other Written Motions and Submissions

L260                    Class Action Certification and Notice


**_Task Codes for L300:_**

L310                    Written Discovery

L320                    Document Production

L330                    Depositions

L340                    Expert Discovery

L350                    Discovery Motions

L390                    Other Discovery


**_Task Codes for L400:_**

L410                    Fact Witnesses

L420                    Expert Witnesses

L430                    Written Motions and Submissions

L440                    Other Trial Preparation and Support

L450                    Trial and Hearing Attendance

L460                    Post-Trial Motions and Submissions

L470                    Enforcement


**_Activity Codes for All Entries:_**

A101                    Plan and Prepare For

A102                    Research

A103             Draft/Revise

A104             Review/Analyze

A105             Communicate (In Firm)

A106             Communicate (With Client)

A107             Communicate (With Outside Counsel)

A108             Communicate (Other External)

A109             Appear for/Attend

A110             Manage Data/Files

A111             Other

# Paul A. Logan, Esquire

# Timesheets – L100

A-104

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan | |
|---|---|---|

**Date worked:** 8/28/2002

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 0.40 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L100 | Case Assessment, Development and Administration | |
| **Task :** L120 | Analysis/Strategy | |
| **Activity:** | | |
| **Billable:** Billable | | |
| **Narrative:** Telephone conference with client re payment for consultant and testing interference | | Transferred |

**Total for Date worked:** 8/28/2002

| | | |
|---|---|---|
| Billable Time | (100.00%): | 0.40 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 0.40 |

**Date worked:** 8/12/2003

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L100 | Case Assessment, Development and Administration | |
| **Task :** L120 | Analysis/Strategy | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Review and analyze specifications and correspondence, review draft correspondence; telephone conference with client | | Transferred |

**Total for Date worked:** 8/12/2003

| | | |
|---|---|---|
| Billable Time | (100.00%): | 1.10 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 1.10 |

Fay Hunsberger (FBH)

A-105

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 9/3/2003

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Conference with client at job site | | Transferred |

| **Total for Date worked:** | 9/3/2003 | Billable Time | (100.00%): | 3.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 3.30 |

**Date worked:** 9/4/2003

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Legal research re: termination of contract issues | | Transferred |

| **Total for Date worked:** | 9/4/2003 | Billable Time | (100.00%): | 2.10 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 2.10 |

A-106

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

| Date worked: | 9/8/2003 |
| --- | --- |

| | | | Time qty. |
| --- | --- | --- | --- |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L120 | Analysis/Strategy | |
| Activity: | A101 | Plan and prepare for | |
| Billable: | Billable | | |
| Narrative: | | Conference with client re: City of Newark project | Transferred |

| Total for Date worked: | 9/8/2003 | | |
| --- | --- | --- | --- |
| | Billable Time | (100.00%): | 1.10 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 1.10 |

| Date worked: | 9/10/2003 |
| --- | --- |

| | | | Time qty. |
| --- | --- | --- | --- |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 1.50 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L120 | Analysis/Strategy | |
| Activity: | A103 | Draft/revise | |
| Billable: | Billable | | |
| Narrative: | | Draft correspondence to City, telephone conference with client | Transferred |

| Total for Date worked: | 9/10/2003 | | |
| --- | --- | --- | --- |
| | Billable Time | (100.00%): | 1.50 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 1.50 |

A-107

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: 002 | Paul A. Logan |
| --- | --- |

**Date worked:** 9/15/2003

| | | | Time qty. |
| --- | --- | --- | --- |
| | Client: | 3514 | Durkin Contracting, Inc., Donald M. | 2.90 |
| | Matter: | 04 | City of Newark Project | |
| | Location : | KOFP | King of Prussia | |
| | Phase : | L100 | Case Assessment, Development and Administration | |
| | Task : | L120 | Analysis/Strategy | |
| | Activity: | A103 | Draft/revise | |
| | Billable: | Billable | | |
| | Narrative: | | Review response of URS; analyze contract specifications; draft response correspondence | Transferred |

| Total for Date worked: | 9/15/2003 | Billable Time (100.00%): | 2.90 |
| --- | --- | --- | --- |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 2.90 |

**Date worked:** 9/19/2003

| | | | Time qty. |
| --- | --- | --- | --- |
| | Client: | 3514 | Durkin Contracting, Inc., Donald M. | 0.40 |
| | Matter: | 04 | City of Newark Project | |
| | Location : | KOFP | King of Prussia | |
| | Phase : | L100 | Case Assessment, Development and Administration | |
| | Task : | L120 | Analysis/Strategy | |
| | Activity: | A111 | Other | |
| | Billable: | Billable | | |
| | Narrative: | | Telephone conference with client; review contract re: means and methods | Transferred |

| Total for Date worked: | 9/19/2003 | Billable Time (100.00%): | 0.40 |
| --- | --- | --- | --- |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.40 |

A-108

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan | |
|---|---|---|
| **Date worked:** 9/21/2003 | | |

| | | Time qty. |
|---|---|---|
| Client: 3514 | Durkin Contracting, Inc., Donald M. | 1.50 |
| Matter: 04 | City of Newark Project | |
| Location : KOFP | King of Prussia | |
| Phase : L100 | Case Assessment, Development and Administration | |
| Task : L120 | Analysis/Strategy | |
| Activity: A111 | Other | |
| Billable: Billable | | |
| Narrative: Legal research re: defective design (Sperin doctrine) | | Transferred |

| **Total for Date worked:** 9/21/2003 | Billable Time (100.00%): | 1.50 |
|---|---|---|
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 1.50 |

| **Date worked:** 9/25/2003 | | |
|---|---|---|

| | | Time qty. |
|---|---|---|
| Client: 3514 | Durkin Contracting, Inc., Donald M. | 0.60 |
| Matter: 04 | City of Newark Project | |
| Location : KOFP | King of Prussia | |
| Phase : L100 | Case Assessment, Development and Administration | |
| Task : L110 | Fact Investigation/Development | |
| Activity: A111 | Other | |
| Billable: Billable | | |
| Narrative: Telephone conference with client, review contract, preparation for meeting | | Transferred |

| **Total for Date worked:** 9/25/2003 | Billable Time (100.00%): | 0.60 |
|---|---|---|
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 0.60 |

A-109

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: 002 | Paul A. Logan | |
|---|---|---|

**Date worked: 9/26/2003**

| | | Time qty. |
|---|---|---|
| Client: 3514 | Durkin Contracting, Inc., Donald M. | 6.80 |
| Matter: 04 | City of Newark Project | |
| Location : KOFP | King of Prussia | |
| Phase : L100 | Case Assessment, Development and Administration | |
| Task : L120 | Analysis/Strategy | |
| Activity: A111 | Other | |
| Billable: Billable | | |
| Narrative: | Preparation for meeting and review specifications, conference with client, engineer and City | Transferred |

| Total for Date worked: 9/26/2003 | Billable Time (100.00%): | 6.80 |
|---|---|---|
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 6.80 |

**Date worked: 10/16/2003**

| | | Time qty. |
|---|---|---|
| Client: 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| Matter: 04 | City of Newark Project | |
| Location : KOFP | King of Prussia | |
| Phase : L100 | Case Assessment, Development and Administration | |
| Task : L120 | Analysis/Strategy | |
| Activity: A111 | Other | |
| Billable: Billable | | |
| Narrative: Review proposed correspondence | | Transferred |

| Total for Date worked: 10/16/2003 | Billable Time (100.00%): | 0.30 |
|---|---|---|
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 0.30 |

A-110

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 10/24/2003

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client, review correspondence and draft response to URS | | Transferred |

| **Total for Date worked:** | 10/24/2003 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 1.80 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 1.80 |

**Date worked:** 10/28/2003

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client and revise correspondence | | Transferred |

| **Total for Date worked:** | 10/28/2003 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 0.90 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 0.90 |

A-111

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 10/30/2003

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | | Telephone conference with client; draft correspondence, analyze alternative means of presenting contract issues to City of Newark | |

| Total for Date worked: | 10/30/2003 | Billable Time | (100.00%): | 2.00 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Transferred | Total Time: | 2.00 |

**Date worked:** 10/31/2003

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | | Review correspondence, draft response | |

| Total for Date worked: | 10/31/2003 | Billable Time | (100.00%): | 1.10 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Transferred | Total Time: | 1.10 |

A-112

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 11/2/2003

|  |  | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A110 | Manage data/files | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review correspondence, correspondence to attorney for City Of Newark | Transferred |

| **Total for Date worked:** | 11/2/2003 | | |
| --- | --- | --- | --- |
| | | Billable Time    (100.00%): | 1.40 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 1.40 |

**Date worked:** 11/11/2003

|  |  | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with client | Transferred |

| **Total for Date worked:** | 11/11/2003 | | |
| --- | --- | --- | --- |
| | | Billable Time    (100.00%): | 0.30 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 0.30 |

A-113

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 11/18/2003

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Legal research re: excused performance, draft correspondence, telephone conference with client | Transferred |

| **Total for Date worked:** | 11/18/2003 | | Billable Time     (100.00%): | 2.20 |
|---|---|---|---|---|
| | | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | | **Total Time:** | 2.20 |

**Date worked:** 11/20/2003

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review documents and preparation claim letters | Transferred |

| **Total for Date worked:** | 11/20/2003 | | Billable Time     (100.00%): | 1.80 |
|---|---|---|---|---|
| | | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | | **Total Time:** | 1.80 |

Fay Hunsberger (FBH)

A-114

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|
| **Date worked:** | **11/25/2003** | | |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client, correspondence to attorney | | Transferred |

| Total for Date worked: | 11/25/2003 | Billable Time | (100.00%): | **1.10** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **1.10** |

| **Date worked:** | **11/26/2003** | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney for City of Newark; review contract; outline complaint | | Transferred |

| Total for Date worked: | 11/26/2003 | Billable Time | (100.00%): | **2.60** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **2.60** |

*A-115*

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper:** 002    Paul A. Logan

**Date worked:** 12/2/2003

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney, telephone conference with client | | Transferred |

**Total for Date worked:** 12/2/2003

| | | |
|---|---|---|
| Billable Time | (100.00%): | 1.40 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 1.40 |

**Date worked:** 12/3/2003

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney for City of Newark | | Transferred |

**Total for Date worked:** 12/3/2003

| | | |
|---|---|---|
| Billable Time | (100.00%): | 2.00 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 2.00 |

A-116

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 12/4/2003

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Conference with client and counsel for surety; finalize correspondence to attorney for Newark; legal research; draft outline of complaint for declaratory relief and memorandum of law | Transferred |

| **Total for Date worked:** | 12/4/2003 | Billable Time | (100.00%): | 4.40 |
| --- | --- | --- | --- | --- |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | 4.40 |

**Date worked:** 12/6/2003

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review contract; preparation for meeting with City; legal research | Transferred |

| **Total for Date worked:** | 12/6/2003 | Billable Time | (100.00%): | 2.80 |
| --- | --- | --- | --- | --- |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | 2.80 |

A-117

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 12/9/2003

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation for and meeting with City of Newark | Transferred |

| Total for Date worked: | 12/9/2003 | Billable Time    (100.00%): | 5.50 |
|---|---|---|---|
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 5.50 |

**Date worked:** 12/10/2003

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for surety re: expert consultant; telephone conference with engineers; correspondence to attorney for City re: documents; draft outline of complaint | Transferred |

| Total for Date worked: | 12/10/2003 | Billable Time    (100.00%): | 3.90 |
|---|---|---|---|
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 3.90 |

A-118

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan | |
|---|---|---|

| Date worked: 12/12/2003 | | |
|---|---|---|
| | | Time qty. |
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 1.90 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L100 | Case Assessment, Development and Administration | |
| **Task :** L120 | Analysis/Strategy | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Telephone conference with counsel for surety | | Transferred |

| Total for Date worked: | 12/12/2003 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 1.90 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 1.90 |

| Date worked: 12/16/2003 | | |
|---|---|---|
| | | Time qty. |
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L100 | Case Assessment, Development and Administration | |
| **Task :** L120 | Analysis/Strategy | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Telephone conference with counsel for surety | | Transferred |

| Total for Date worked: | 12/16/2003 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 0.80 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 0.80 |

A-119

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:  12/17/2003**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Legal research and draft Motion and Brief, telephone conference with proposed expert; telephone conference with counsel for surety | | Transferred |

| Total for Date worked: | 12/17/2003 | Billable Time      (100.00%): | 3.30 |
|---|---|---|---|
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 3.30 |

**Date worked:  12/18/2003**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with proposed expert, correspondence to client; correspondence to attorney for surety | | Transferred |

| Total for Date worked: | 12/18/2003 | Billable Time      (100.00%): | 2.70 |
|---|---|---|---|
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 2.70 |

A-120

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 12/23/2003

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** | L100 | Case Assessment, Development and Administration | |
| **Task** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client; telephone conference with Greg Richardson | | Transferred |

| Total for Date worked: | 12/23/2003 | | |
|---|---|---|---|
| | | Billable Time     (100.00%): | 1.10 |
| | | Non-Billable Time     ( 0.00%): | 0.00 |
| | | Total Time: | 1.10 |

**Date worked:** 12/24/2003

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** | L100 | Case Assessment, Development and Administration | |
| **Task** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review report, telephone conference with Greg Richardson | | Transferred |

| Total for Date worked: | 12/24/2003 | | |
|---|---|---|---|
| | | Billable Time     (100.00%): | 0.80 |
| | | Non-Billable Time     ( 0.00%): | 0.00 |
| | | Total Time: | 0.80 |

A-121

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan | |
|---|---|---|

**Date worked: 12/26/2003**

| | | Time qty. |
|---|---|---|
| Client: 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| Matter: 04 | City of Newark Project | |
| Location : KOFP | King of Prussia | |
| Phase : L100 | Case Assessment, Development and Administration | |
| Task : L120 | Analysis/Strategy | |
| Activity: A111 | Other | |
| Billable: Billable | | |
| Narrative: Review report; telephone conference with counsel for surety | | Transferred |

| Total for Date worked: | 12/26/2003 | Billable Time (100.00%): | 0.80 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.80 |

**Date worked: 1/4/2004**

| | | Time qty. |
|---|---|---|
| Client: 3514 | Durkin Contracting, Inc., Donald M. | 1.50 |
| Matter: 04 | City of Newark Project | |
| Location : KOFP | King of Prussia | |
| Phase : L100 | Case Assessment, Development and Administration | |
| Task : L120 | Analysis/Strategy | |
| Activity: A111 | Other | |
| Billable: Billable | | |
| Narrative: Correspondence to attorney re: withholding of payments | | Transferred |

| Total for Date worked: | 1/4/2004 | Billable Time (100.00%): | 1.50 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 1.50 |

A-122

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 1/5/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel | | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 1/5/2004 | Billable Time (100.00%): **0.80** |
| | | Non-Billable Time ( 0.00%): **0.00** |
| | | Total Time: **0.80** |

**Date worked:** 1/6/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client; telephone conference with counsel for City, telephone conference with counsel for surety | | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 1/6/2004 | Billable Time (100.00%): **2.00** |
| | | Non-Billable Time ( 0.00%): **0.00** |
| | | Total Time: **2.00** |

A-123

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 1/8/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client; telephone conference with Greg Richardson | | Transferred |

| **Total for Date worked:** | 1/8/2004 | Billable Time (100.00%): | 1.80 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 1.80 |

**Date worked:** 1/9/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft Complaint; telephone conference with client, revise expert report; correspondence to expert | | Transferred |

| **Total for Date worked:** | 1/9/2004 | Billable Time (100.00%): | 4.80 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 4.80 |

A-124

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 1/11/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney re: meeting letter | | Transferred |

| **Total for Date worked:** | 1/11/2004 | Billable Time | (100.00%): | 0.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 0.30 |

**Date worked:** 1/22/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft correspondence to subcontractors/suppliers | | Transferred |

| **Total for Date worked:** | 1/22/2004 | Billable Time | (100.00%): | 1.40 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 1.40 |

Fay Hunsberger (FBH)

A-125

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 1/23/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client; telephone conference with counsel for surety | | Transferred |

| Total for Date worked: | 1/23/2004 | | |
|---|---|---|---|
| | | Billable Time (100.00%): | 0.90 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.90 |

**Date worked:** 1/26/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for Surety, finalize complaint; correspondence to attorney for City of Newark | | Transferred |

| Total for Date worked: | 1/26/2004 | | |
|---|---|---|---|
| | | Billable Time (100.00%): | 4.00 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 4.00 |