A-126

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 1/29/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for City; telephone conference with client; telephone conference with counsel for surety | | Transferred |

| Total for Date worked: | 1/29/2004 | Billable Time (100.00%): | 1.70 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 1.70 |

**Date worked:** 2/3/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for City; telephone conference with client; review default letter | | Transferred |

| Total for Date worked: | 2/3/2004 | Billable Time (100.00%): | 2.20 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 2.20 |

A-127

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:  2/6/2004**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for surety; telephone conference with expert; draft brief; amend draft complaint | | Transferred |

| | | | |
|---|---|---|---|
| **Total for Date worked:** | 2/6/2004 | **Billable Time    (100.00%):** | **4.30** |
| | | **Non-Billable Time    ( 0.00%):** | **0.00** |
| | | **Total Time:** | **4.30** |

**Date worked:  2/8/2004**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney Cottrell re: default, draft complaint; correspondence to attorney for surety re: joinder in action; review project correspondence and documentation | | Transferred |

| | | | |
|---|---|---|---|
| **Total for Date worked:** | 2/8/2004 | **Billable Time    (100.00%):** | **5.50** |
| | | **Non-Billable Time    ( 0.00%):** | **0.00** |
| | | **Total Time:** | **5.50** |

A-128

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 2/17/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for Surety; finalize complaint, telephone conference with G. Richardson, correspondence memorandum of law in support of Motion for Preliminary Injunctive Relief | | Transferred |

| **Total for Date worked:** | 2/17/2004 | Billable Time | (100.00%): | 3.30 |
| --- | --- | --- | --- | --- |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | **3.30** |

**Date worked:** 2/18/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Legal research and draft brief, telephone conference with client Mike Durkin | | Transferred |

| **Total for Date worked:** | 2/18/2004 | Billable Time | (100.00%): | 3.20 |
| --- | --- | --- | --- | --- |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | **3.20** |

A-129

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 2/19/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Conference with surety's attorney, Sam Arena | Transferred |

| Total for Date worked: | 2/19/2004 | Billable Time | (100.00%): | 1.80 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 1.80 |

**Date worked:** 2/20/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with Greg Richardson; amend complaint to include new allegations; legal research re: individual liability of Volke others at URS | Transferred |

| Total for Date worked: | 2/20/2004 | Billable Time | (100.00%): | 6.60 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 6.60 |

A-130

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 2/21/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Correspondence to attorney for surety, correspondence to attorney for City, draft amendments to complaint | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 2/21/2004 | |

| | | |
|---|---|---|
| Billable Time | (100.00%): | 2.90 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 2.90 |

**Date worked:** 2/25/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for surety, draft response to surety re: subcontractor claims | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 2/25/2004 | |

| | | |
|---|---|---|
| Billable Time | (100.00%): | 1.10 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 1.10 |

A-131

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 2/27/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 8.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with Greg Richardson, amend complaint; conference call with surety counsel, intra-office conference re: witnesses and documentary evidence, preparation of subpoenas | Transferred |

| **2/27/2004** | | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 8.90 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| **Total for Date worked:** | | Total Time: | 8.90 |

**Date worked:** 2/28/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Correspondence to attorney for City, amend complaint | Transferred |

| **2/28/2004** | | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 2.20 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| **Total for Date worked:** | | Total Time: | 2.20 |

A-132

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 3/1/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Conference with client, review documents, amend complaint | | Transferred |

| **Total for Date worked:** | 3/1/2004 | Billable Time | (100.00%): | 2.20 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 2.20 |

**Date worked:** 3/2/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A110 | Manage data/files | |
| **Billable:** | Billable | | |
| **Narrative:** | Conference with client, telephone conference with Greg Richardson | | Transferred |

| **Total for Date worked:** | 3/2/2004 | Billable Time | (100.00%): | 2.20 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 2.20 |

A-133

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 3/3/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client, conference call with Richardson | | Transferred |

| Total for Date worked: | 3/3/2004 | Billable Time | (100.00%): | 3.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 3.30 |

**Date worked:** 3/6/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for surety re: Richardson Report; memorandum to file; preparation trial exhibits | | Transferred |

| Total for Date worked: | 3/6/2004 | Billable Time | (100.00%): | 3.90 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 3.90 |

A-134

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan | |
|---|---|---|
| **Date worked:** 3/8/2004 | | |
| | | **Time qty.** |
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 1.80 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L100 | Case Assessment, Development and Administration | |
| **Task :** L120 | Analysis/Strategy | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Telephone conference with counsel for surety, intra-office conference with D. Bolger | | Transferred |

| **Total for Date worked:** 3/8/2004 | Billable Time (100.00%): | 1.80 |
|---|---|---|
| | Non-Billable Time ( 0.00%): | 0.00 |
| | **Total Time:** | 1.80 |

| **Date worked:** 3/9/2004 | | |
|---|---|---|
| | | **Time qty.** |
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L100 | Case Assessment, Development and Administration | |
| **Task :** L120 | Analysis/Strategy | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Intra-office conference and telephone conference with client; legal research re: injunctive relief | | Transferred |

| **Total for Date worked:** 3/9/2004 | Billable Time (100.00%): | 1.10 |
|---|---|---|
| | Non-Billable Time ( 0.00%): | 0.00 |
| | **Total Time:** | 1.10 |

A-135

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 3/10/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with Richardson, telephone conference with client, telephone conference with counsel for surety | Transferred |

| Total for Date worked: | 3/10/2004 | Billable Time | (100.00%): | 3.90 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 3.90 |

**Date worked:** 3/11/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with client with Richardson, finalize Motion | Transferred |

| Total for Date worked: | 3/11/2004 | Billable Time | (100.00%): | 3.00 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 3.00 |

A-136

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 3/15/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client, intra-office conference | | Transferred |

| Total for Date worked: | 3/15/2004 | Billable Time (100.00%): | 0.90 |
| --- | --- | --- | --- |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.90 |

**Date worked:** 3/16/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Finalize and file Complaint; telephone conference with counsel for surety and City of Newark; preparation of Motion for Preliminary Injunction; memorandum of law | | Transferred |

| Total for Date worked: | 3/16/2004 | Billable Time (100.00%): | 2.20 |
| --- | --- | --- | --- |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 2.20 |

A-137

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 3/17/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for subcontractors; telephone conference with counsel for Newark and Surety | Transferred |

| **Total for Date worked:** | 3/17/2004 | Billable Time (100.00%): | 3.40 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 3.40 |

**Date worked:** 3/18/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Finalize Motion, brief; telephone conference with client; telephone conference with news reporters | Transferred |

| **Total for Date worked:** | 3/18/2004 | Billable Time (100.00%): | 2.20 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 2.20 |

A-138

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 3/22/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Finalize Motion and brief, intra-office conference telephone conference with client | Transferred |

**Total for Date worked:** 3/22/2004

| | | |
|---|---|---|
| Billable Time | (100.00%): | 6.60 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 6.60 |

**Date worked:** 3/23/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Intra-office conference and conference with client, finalize Motion | Transferred |

**Total for Date worked:** 3/23/2004

| | | |
|---|---|---|
| Billable Time | (100.00%): | 1.10 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 1.10 |

A-139

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 3/25/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | O4 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with proposed expert; intra-office conference re: memorandum of law and exhaustion of remedies issue | Transferred |

**Total for Date worked:** 3/25/2004

| | | |
| --- | --- | --- |
| Billable Time | (100.00%): | 0.90 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | **Total Time:** | 0.90 |

**Date worked:** 3/27/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| **Matter:** | O4 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Correspondence to attorney re: payment to subcontractors | Transferred |

A-140

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan |
| --- | --- |

**Date worked: 3/27/2004**

| | | Time qty. |
| --- | --- | --- |
| Client: 3514 | Durkin Contracting, Inc., Donald M. | 0.20 |
| Matter: 04 | City of Newark Project | |
| Location : KOFP | King of Prussia | |
| Phase : L100 | Case Assessment, Development and Administration | |
| Task : L120 | Analysis/Strategy | |
| Activity: A111 | Other | |
| Billable: Billable | | |
| Narrative: Correspondence to client re: appointment of Judge Sleet | | Transferred |

| | | Time qty. |
| --- | --- | --- |
| Client: 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| Matter: 04 | City of Newark Project | |
| Location : KOFP | King of Prussia | |
| Phase : L100 | Case Assessment, Development and Administration | |
| Task : L120 | Analysis/Strategy | |
| Activity: A111 | Other | |
| Billable: Billable | | |
| Narrative: Correspondence to attorney re: letter to surety | | Transferred |

**Total for Date worked:  3/27/2004**

| Billable Time (100.00%): | 1.30 |
| --- | --- |
| Non-Billable Time ( 0.00%): | 0.00 |
| Total Time: | 1.30 |

**Date worked: 4/2/2004**

A-141

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 4/2/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with client, telephone conference with proposed expert, legal research and draft memorandum | Transferred |

| **Total for Date worked:** | 4/2/2004 | **Billable Time (100.00%):** | **2.20** |
|---|---|---|---|
| | | **Non-Billable Time ( 0.00%):** | **0.00** |
| | | **Total Time:** | **2.20** |

**Date worked:** 4/3/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Correspondence to attorney for City of Newark | Transferred |

| **Total for Date worked:** | 4/3/2004 | **Billable Time (100.00%):** | **0.30** |
|---|---|---|---|
| | | **Non-Billable Time ( 0.00%):** | **0.00** |
| | | **Total Time:** | **0.30** |

A-142

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|
| Date worked: | 4/5/2004 | | |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Finalize Motion and brief, telephone conference with counsel for surety | Transferred |

| Total for Date worked: | 4/5/2004 | Billable Time (100.00%): | **2.90** |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | **0.00** |
| | | **Total Time:** | **2.90** |

| Date worked: | 4/13/2004 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with Vance Funk, correspondence to attorney for subcontractors | Transferred |

| Total for Date worked: | 4/13/2004 | Billable Time (100.00%): | **0.80** |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | **0.00** |
| | | **Total Time:** | **0.80** |

A-143

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 4/16/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review expert report, review answer and Counterclaim | | Transferred |

| **Total for Date worked:** | 4/16/2004 | Billable Time (100.00%): | 2.90 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 2.90 |

**Date worked:** 4/17/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney for City, draft Answer to Counterclaim, Affirmative Defenses and Cross Claim | | Transferred |

| **Total for Date worked:** | 4/17/2004 | Billable Time (100.00%): | 2.20 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 2.20 |

A-144

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 4/18/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation for Preliminary Injunction hearing, telephone conference with counsel for surety | Transferred |

| **Total for Date worked:** | 4/18/2004 | Billable Time (100.00%): | 3.80 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **3.80** |

**Date worked:** 4/26/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Finalize proof outline, correspondence to client, telephone conference with counsel for defendants | Transferred |

| **Total for Date worked:** | 4/26/2004 | Billable Time (100.00%): | 3.70 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **3.70** |

A-145

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|
| **Date worked:** | **4/28/2004** | | |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Conference call | | Transferred |

| Total for Date worked: | 4/28/2004 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 0.50 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 0.50 |

| **Date worked:** | **5/5/2004** | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft Petition for Hearing; correspondence to Judge Sleet | | Transferred |

| Total for Date worked: | 5/5/2004 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 1.90 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 1.90 |

A-146

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 5/6/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for subcontractor; correspondence to Judge Sleet; preparation of self-executing disclosures | | Transferred |

| Total for Date worked: | 5/6/2004 | Billable Time (100.00%): | 2.20 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | 2.20 |

**Date worked:** 5/9/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney for Surety | | Transferred |

| Total for Date worked: | 5/9/2004 | Billable Time (100.00%): | 0.30 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | 0.30 |

A-147

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 5/12/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client, review response documents | | Transferred |

| **Total for Date worked:** | 5/12/2004 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 0.90 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 0.90 |

**Date worked:** 5/17/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review Motion Exhibits; intra-office conference re: documents | | Transferred |

| **Total for Date worked:** | 5/17/2004 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 0.90 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 0.90 |

A-148

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|
| **Date worked:** | **5/21/2004** | | | |
| | | | | **Time qty.** |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | | 1.70 |
| Matter: | 04 | City of Newark Project | | |
| Location : | KOFP | King of Prussia | | |
| Phase : | L100 | Case Assessment, Development and Administration | | |
| Task : | L120 | Analysis/Strategy | | |
| Activity: | A111 | Other | | |
| Billable: | Billable | | | |
| Narrative: | Telephone conference with client, review article, preparation for Court Conference | | Transferred | |

| **Total for Date worked:** | **5/21/2004** | Billable Time | **(100.00%):** | **1.70** |
|---|---|---|---|---|
| | | Non-Billable Time | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **1.70** |

| **Date worked:** | **5/24/2004** | | | |
|---|---|---|---|---|
| | | | | **Time qty.** |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | | 0.70 |
| Matter: | 04 | City of Newark Project | | |
| Location : | KOFP | King of Prussia | | |
| Phase : | L100 | Case Assessment, Development and Administration | | |
| Task : | L120 | Analysis/Strategy | | |
| Activity: | A111 | Other | | |
| Billable: | Billable | | | |
| Narrative: | Telephone conference with V. Funk; telephone conference with client re: possible overture to settlement | | Transferred | |

| **Total for Date worked:** | **5/24/2004** | Billable Time | **(100.00%):** | **0.70** |
|---|---|---|---|---|
| | | Non-Billable Time | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **0.70** |

A-149

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 5/27/2004

|  |  |  | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client; draft Motion for Summary Judgment | | Transferred |

| **Total for Date worked:** | 5/27/2004 | **Billable Time** | **(100.00%):** | 1.90 |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | 0.00 |
| | | | **Total Time:** | 1.90 |

**Date worked:** 6/2/2004

|  |  |  | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client; telephone conference with counsel for URS; draft Stipulation; telephone conference with counsel for surety | | Transferred |

| **Total for Date worked:** | 6/2/2004 | **Billable Time** | **(100.00%):** | 3.30 |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | 0.00 |
| | | | **Total Time:** | 3.30 |

A-150

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

| Date worked: | 6/4/2004 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with client; telephone conference with counsel for Surety re: Motion for Summary judgment | Transferred |

| Total for Date worked: | 6/4/2004 | Billable Time | (100.00%): | 0.90 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 0.90 |

| Date worked: | 6/5/2004 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Draft Brief in Support of Motion for Summary Judgment | Transferred |

| Total for Date worked: | 6/5/2004 | Billable Time | (100.00%): | 4.90 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 4.90 |