A-151

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|

**Date worked:** 6/7/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with Reporter, telephone conference with client | | Transferred |

| **Total for Date worked:** | 6/7/2004 | Billable Time | (100.00%): | 1.20 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 1.20 |

**Date worked:** 6/13/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Legal research and draft brief | | Transferred |

| **Total for Date worked:** | 6/13/2004 | Billable Time | (100.00%): | 3.00 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 3.00 |

A-152

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:  6/15/2004**

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with client, finalize Rule 56 disclosures; review photos; draft Motion | Transferred |

| Total for Date worked: | 6/15/2004 | Billable Time | (100.00%): | 1.10 |
| --- | --- | --- | --- | --- |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 1.10 |

**Date worked:  6/18/2004**

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Draft Brief re: Motion for Summary Judgment | Transferred |

| Total for Date worked: | 6/18/2004 | Billable Time | (100.00%): | 3.30 |
| --- | --- | --- | --- | --- |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 3.30 |

A-153

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper:** 002    Paul A. Logan

**Date worked:** 6/21/2004

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 8.80 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L100 | Case Assessment, Development and Administration | |
| **Task :** L120 | Analysis/Strategy | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Motion for Summary Judgment, Brief, correspondence re: disclosures | | Transferred |

**Total for Date worked:** 6/21/2004

| Billable Time (100.00%): | 8.80 |
|---|---|
| Non-Billable Time ( 0.00%): | 0.00 |
| **Total Time:** | **8.80** |

**Date worked:** 6/23/2004

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L100 | Case Assessment, Development and Administration | |
| **Task :** L120 | Analysis/Strategy | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Telephone conference with client; edit motion; telephone conference with counsel for City; telephone conference with counsel for subcontractors re: document requests from City | | Transferred |

**Total for Date worked:** 6/23/2004

| Billable Time (100.00%): | 2.20 |
|---|---|
| Non-Billable Time ( 0.00%): | 0.00 |
| **Total Time:** | **2.20** |

A-154

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 6/24/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Draft memorandum of Law in Support of Motion for Summary Judgment; finalize Self-Executing Disclosure; conference call re: subcontractor payments | Transferred |

**Total for Date worked:** 6/24/2004

| | |
|---|---|
| Billable Time (100.00%): | 4.20 |
| Non-Billable Time ( 0.00%): | 0.00 |
| **Total Time:** | 4.20 |

**Date worked:** 6/26/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Finalize Motion and Brief | Transferred |

**Total for Date worked:** 6/26/2004

| | |
|---|---|
| Billable Time (100.00%): | 1.60 |
| Non-Billable Time ( 0.00%): | 0.00 |
| **Total Time:** | 1.60 |

Fay Hunsberger (FBH)

A-155

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 7/2/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for surety re: subcontractors | | Transferred |

| **Total for Date worked:** | 7/2/2004 | Billable Time | (100.00%): | 0.70 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 0.70 |

**Date worked:** 7/11/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft discovery requests | | Transferred |

| **Total for Date worked:** | 7/11/2004 | Billable Time | (100.00%): | 2.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 2.30 |

A-156

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 7/12/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for surety; conference with Judge Sleet; telephone conference with counsel for City of Newark | | Transferred |

| **Total for Date worked:** | 7/12/2004 | Billable Time (100.00%): | 4.40 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **4.40** |

**Date worked:** 7/14/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review expert report | | Transferred |

| **Total for Date worked:** | 7/14/2004 | Billable Time (100.00%): | 2.20 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **2.20** |

A-157

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 7/15/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Conference with client and City of Newark; surety | | Transferred |

| **Total for Date worked:** | 7/15/2004 | | |
|---|---|---|---|
| | | Billable Time   (100.00%): | **6.10** |
| | | Non-Billable Time   ( 0.00%): | **0.00** |
| | | Total Time: | **6.10** |

**Date worked:** 7/16/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for Surety; conference call re: settlement | | Transferred |

| **Total for Date worked:** | 7/16/2004 | | |
|---|---|---|---|
| | | Billable Time   (100.00%): | **3.80** |
| | | Non-Billable Time   ( 0.00%): | **0.00** |
| | | Total Time: | **3.80** |

# Powell Trachtman Logan Carrle & Lombardo

A-158

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 7/17/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney for surety re: subcontract agreements | | Transferred |

| **Total for Date worked:** | 7/17/2004 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 0.30 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 0.30 |

**Date worked:** 7/19/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client; telephone conference with counsel for surety | | Transferred |

| **Total for Date worked:** | 7/19/2004 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 1.10 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 1.10 |

A-159

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 7/20/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for Surety, telephone conference with Greg Richardson | Transferred |

| Total for Date worked: | 7/20/2004 | Billable Time (100.00%): | 2.20 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 2.20 |

**Date worked:** 7/23/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Correspondence Judge Sleet, preparation of document request to City and URS; correspondence to attorney re: mediation | Transferred |

| Total for Date worked: | 7/23/2004 | Billable Time (100.00%): | 2.90 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 2.90 |

A-160

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 7/29/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review email, correspondence to attorney for City of Newark re: bid documents | | Transferred |

| **Total for Date worked:** | 7/29/2004 | |
|---|---|---|
| | Billable Time    (100.00%): | 0.60 |
| | Non-Billable Time  ( 0.00%): | 0.00 |
| | Total Time: | 0.60 |

**Date worked:** 7/30/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft correspondence to attorney re: defamation letter; intra-office conference; legal research re: common standard of re-bid; review Answer to Motion and draft response brief | | Transferred |

| **Total for Date worked:** | 7/30/2004 | |
|---|---|---|
| | Billable Time    (100.00%): | 7.90 |
| | Non-Billable Time  ( 0.00%): | 0.00 |
| | Total Time: | 7.90 |

A-161

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 8/2/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for surety; legal research for Reply brief, telephone conference with client; draft reply brief | | Transferred | 3.90 |

| Total for Date worked: | 8/2/2004 | Billable Time (100.00%): | 3.90 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 3.90 |

**Date worked:** 8/6/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney for City, legal research and draft brief, telephone conference with Greg Richardson and counsel for Federal | | Transferred | 7.70 |

| Total for Date worked: | 8/6/2004 | Billable Time (100.00%): | 7.70 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 7.70 |

A-162

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 8/9/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Correspondence to attorney for City, draft affidavits, draft brief, legal research | Transferred |

| **Total for Date worked:** | 8/9/2004 | Billable Time | (100.00%): | 5.50 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 5.50 |

**Date worked:** 8/12/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for Surety re: brief, injunctive actions | Transferred |

| **Total for Date worked:** | 8/12/2004 | Billable Time | (100.00%): | 1.80 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 1.80 |

A-163

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 8/13/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client | | Transferred |

| **Total for Date worked:** | 8/13/2004 | | |
| --- | --- | --- | --- |
| | Billable Time | (100.00%): | 0.90 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 0.90 |

**Date worked:** 8/14/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney for City re: exclusion from bidding | | Transferred |

| **Total for Date worked:** | 8/14/2004 | | |
| --- | --- | --- | --- |
| | Billable Time | (100.00%): | 0.30 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 0.30 |

A-164

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|

**Date worked:** 8/15/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review brief of Federal | | Transferred |

**Total for Date worked:** 8/15/2004

| | | |
|---|---|---|
| Billable Time | (100.00%): | 0.60 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 0.60 |

**Date worked:** 8/19/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney re: subcontractor claims | | Transferred |

**Total for Date worked:** 8/19/2004

| | | |
|---|---|---|
| Billable Time | (100.00%): | 2.20 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 2.20 |

A-165

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|

**Date worked:** 8/20/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client, correspondence to attorney for surety re. MPI | | Transferred |

| Total for Date worked: | 8/20/2004 | Billable Time | (100.00%): | 1.10 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | **1.10** |

**Date worked:** 8/29/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney re. subcontractor payments | | Transferred |

| Total for Date worked: | 8/29/2004 | Billable Time | (100.00%): | 0.90 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | **0.90** |

A-166

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 8/30/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for Surety, correspondence to attorney for Newark re: subcontractors, telephone conference with client | | Transferred |

| Total for Date worked: | 8/30/2004 | Billable Time | (100.00%): | **0.60** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **0.60** |

**Date worked:** 9/5/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft Scheduling Order, correspondence to attorneys | | Transferred |

| Total for Date worked: | 9/5/2004 | Billable Time | (100.00%): | **1.10** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **1.10** |

A-167

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 9/8/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with client; telephone conference with counsel for surety; preparation of Motion for Hearing | Transferred |

**Total for Date worked:** 9/8/2004

| | | |
|---|---|---|
| Billable Time | (100.00%): | **0.70** |
| Non-Billable Time | ( 0.00%): | **0.00** |
| | Total Time: | **0.70** |

**Date worked:** 9/9/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with attorney Littner; finalize Scheduling Order; telephone conference with counsel for Surety | Transferred |

**Total for Date worked:** 9/9/2004

| | | |
|---|---|---|
| Billable Time | (100.00%): | **2.90** |
| Non-Billable Time | ( 0.00%): | **0.00** |
| | Total Time: | **2.90** |

A-168

## Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 9/10/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Finalize Scheduling Order; telephone conference with counsel for Federal; conference call with counsel re: mediation and Scheduling Order | Transferred |

| Total for Date worked: | 9/10/2004 | Billable Time      (100.00%): | 2.20 |
| --- | --- | --- | --- |
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 2.20 |

**Date worked:** 9/14/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for surety; telephone conference with client; preparation of subpoena and document request | Transferred |

| Total for Date worked: | 9/14/2004 | Billable Time      (100.00%): | 4.90 |
| --- | --- | --- | --- |
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 4.90 |

A-169

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 9/15/2004

|  |  |  | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for surety, telephone conference with Greg Richardson | Transferred |

| Total for Date worked: | 9/15/2004 | Billable Time | (100.00%): | 3.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 3.30 |

**Date worked:** 9/20/2004

|  |  |  | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for surety re: White Paper issues, telephone conference with Greg Richardson | Transferred |

| Total for Date worked: | 9/20/2004 | Billable Time | (100.00%): | 3.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 3.30 |

A-170

## Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 9/21/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence Judge Sleet re: mediation date and Scheduling Order | | Transferred |

| Total for Date worked: | 9/21/2004 | Billable Time | (100.00%): | 0.70 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | **0.70** |

**Date worked:** 9/24/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with Richardson, Arena re: "White Paper", Petition to Intervene | | Transferred |

A-171

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 9/24/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for surety re: release of MPI; preparation of discovery, finalize correspondence to Judge Sleet | Transferred |

| Total for Date worked: | 9/24/2004 | Billable Time (100.00%): | 5.10 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 5.10 |

**Date worked:** 9/25/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Correspondence to client, telephone conference with counsel for surety re: White Paper meeting, finalize correspondence to Judge Sleet | Transferred |

| Total for Date worked: | 9/25/2004 | Billable Time (100.00%): | 1.10 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 1.10 |

A-172

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 9/30/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client, telephone conference with counsel for surety | | Transferred |

| Total for Date worked: | 9/30/2004 | Billable Time | (100.00%): | 0.90 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 0.90 |

**Date worked:** 10/1/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client, telephone conference with Bernie Langan | | Transferred |

| Total for Date worked: | 10/1/2004 | Billable Time | (100.00%): | 1.70 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 1.70 |

Fay Hunsberger (FBH)

A-173

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 10/5/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for surety and telephone conference with counsel for MPI | Transferred |

| **Total for Date worked:** | 10/5/2004 | Billable Time (100.00%): | 1.90 |
| --- | --- | --- | --- |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 1.90 |

**Date worked:** 10/6/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for Surety, telephone conference with client | Transferred |

| **Total for Date worked:** | 10/6/2004 | Billable Time (100.00%): | 1.50 |
| --- | --- | --- | --- |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 1.50 |

A-174

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 10/7/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Draft Outline of White Paper issues (with geotechnical research), correspondence to attorney for surety re: subcontractor claims, telephone conference with counsel for surety; preparation for meeting; telephone conference with Greg Richardson | Transferred |

| | | |
| --- | --- | --- |
| **Total for Date worked:** | 10/7/2004 | |
| | Billable Time (100.00%): | 7.70 |
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 7.70 |

**Date worked:** 10/8/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 10.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation for site visit, conference with experts | Transferred |

| | | |
| --- | --- | --- |
| **Total for Date worked:** | 10/8/2004 | |
| | Billable Time (100.00%): | 10.90 |
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 10.90 |

A-175

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 10/11/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for surety, preparation of discovery request to Calabria; correspondence to attorneys re: mediation | Transferred |

| **Total for Date worked:** | 10/11/2004 | | |
| --- | --- | --- | --- |
| | | Billable Time    (100.00%): | 4.40 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | **Total Time:** | 4.40 |

**Date worked:** 10/13/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation of discovery requests, preparation of subpoenas for depositions; consult with engineering advisor | Transferred |