A-176

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 10/13/2004

| | | Time qty. |
|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client, telephone conference with counsel re: subpoena | Transferred | 1.10 |

| **Total for Date worked:** | 10/13/2004 | Billable Time | (100.00%): | **4.10** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | | **4.10** |

**Date worked:** 10/15/2004

| | | Time qty. |
|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Conference call re: mediation procedures | Transferred | 2.20 |

| **Total for Date worked:** | 10/15/2004 | Billable Time | (100.00%): | **2.20** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | | **2.20** |

A-177

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 10/16/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to client re: mediation schedule and conference with Howard Venzie | | Transferred |

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney for MPI | | Transferred |

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Legal research re: negotiated contract with URS, correspondence to attorneys re: public procurement | | Transferred |

| Total for Date worked: | 10/16/2004 | Billable Time | (100.00%): | 1.90 |
| --- | --- | --- | --- | --- |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 1.90 |

A-178

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 10/17/2004

|  |  |  | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft correspondence to attorneys re: subcontractors' claims | | Transferred |

| **Total for Date worked:** | 10/17/2004 | | Billable Time    (100.00%): | 1.10 |
|---|---|---|---|---|
| | | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | | **Total Time:** | **1.10** |

**Date worked:** 10/19/2004

|  |  |  | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Conference with Magistrate Thyne; telephone conference with counsel for surety, draft amended complaint; preparation of mediation statement | | Transferred |

| **Total for Date worked:** | 10/19/2004 | | Billable Time    (100.00%): | 7.70 |
|---|---|---|---|---|
| | | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | | **Total Time:** | **7.70** |

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:  10/20/2004**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with client, review George & Lynch contract, telephone conference with counsel for surety | Transferred |

| **Total for Date worked:** | **10/20/2004** | **Billable Time** | **(100.00%):** | **3.30** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **3.30** |

**Date worked:  10/21/2004**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for surety, review draft of White Paper | Transferred |

| **Total for Date worked:** | **10/21/2004** | **Billable Time** | **(100.00%):** | **3.30** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **3.30** |

A-180

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan | |
|---|---|---|

**Date worked: 10/22/2004**

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 4.70 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L100 | Case Assessment, Development and Administration | |
| **Task :** L120 | Analysis/Strategy | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** | Review white paper, telephone conference with counsel for surety; telephone conference with News Journal Reporter; telephone conference with client | Transferred |

| **Total for Date worked:** 10/22/2004 | Billable Time (100.00%): | 4.70 |
|---|---|---|
| | Non-Billable Time ( 0.00%): | 0.00 |
| | **Total Time:** | 4.70 |

**Date worked: 10/24/2004**

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 1.50 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L100 | Case Assessment, Development and Administration | |
| **Task :** L120 | Analysis/Strategy | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** | Correspondence to attorney re: MPI claims; review News Journal Article; review White Paper | Transferred |

| **Total for Date worked:** 10/24/2004 | Billable Time (100.00%): | 1.50 |
|---|---|---|
| | Non-Billable Time ( 0.00%): | 0.00 |
| | **Total Time:** | 1.50 |

A-181

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|

**Date worked:** 10/25/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Conference with counsel and conference re: Governors' counsel, telephone conference with counsel for surety | | Transferred |

| Total for Date worked: | 10/25/2004 | Billable Time (100.00%): | 3.30 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **3.30** |

**Date worked:** 10/26/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with Reporter | | Transferred |

| Total for Date worked: | 10/26/2004 | Billable Time (100.00%): | 1.20 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **1.20** |

A-182

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 10/27/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with client; Telephone conference with counsel for Surety re: URS document production; draft document production | Transferred |

| **Total for Date worked:** | 10/27/2004 | **Billable Time** | **(100.00%):** | **3.70** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **3.70** |

**Date worked:** 10/28/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Correspondence to attorney for surety re: Valley Crest Landscaping claim | Transferred |

| **Total for Date worked:** | 10/28/2004 | **Billable Time** | **(100.00%):** | **0.80** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **0.80** |

A-183

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 10/29/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft discovery requests: Newark, URS, George & Lynch, Calabria | | |

| **Total for Date worked:** | 10/29/2004 | Billable Time | (100.00%): | 3.00 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 3.00 |

**Date worked:** 11/1/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Conference with counsel for surety re: mediation statement outline, telephone conference with counsel re: Governor's review of report and issues | | |

| **Total for Date worked:** | 11/1/2004 | Billable Time | (100.00%): | 3.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 3.30 |

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 11/2/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for surety re: mediation issues; joint mediation statement | Transferred |

| Total for Date worked: | 11/2/2004 | Billable Time      (100.00%): | 1.90 |
|---|---|---|---|
| | | Non-Billable Time     ( 0.00%): | 0.00 |
| | | **Total Time:** | 1.90 |

**Date worked:** 11/3/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Draft Mediation Statement | Transferred |

| Total for Date worked: | 11/3/2004 | Billable Time      (100.00%): | 3.40 |
|---|---|---|---|
| | | Non-Billable Time     ( 0.00%): | 0.00 |
| | | **Total Time:** | 3.40 |

Fay Hunsberger (FBH)

A-185

## Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|

**Date worked:** 11/9/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for surety re. Mediation Statement | | Transferred |

| **Total for Date worked:** | 11/9/2004 | Billable Time | (100.00%): | 0.80 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 0.80 |

**Date worked:** 11/10/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review URS document, intra-office conference and preparation of mediation statement | | Transferred |

| **Total for Date worked:** | 11/10/2004 | Billable Time | (100.00%): | 3.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 3.30 |

A-186

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 11/14/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft Mediation Statement | | Transferred |

| **Total for Date worked:** | 11/14/2004 | Billable Time (100.00%): | 4.90 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 4.90 |

**Date worked:** 11/16/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client; edit mediation statement | | Transferred |

| **Total for Date worked:** | 11/16/2004 | Billable Time (100.00%): | 2.20 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 2.20 |

A-187

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 11/17/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Mediation statement | | Transferred |

| Total for Date worked: | 11/17/2004 | | |
|---|---|---|---|
| | | Billable Time     (100.00%): | 2.10 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 2.10 |

**Date worked:** 11/22/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client; intra-office conference re: finalizing submission | | Transferred |

| Total for Date worked: | 11/22/2004 | | |
|---|---|---|---|
| | | Billable Time     (100.00%): | 1.30 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 1.30 |

A-188

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|

**Date worked:** 11/24/2004

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 3.90 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L100 | Case Assessment, Development and Administration | | |
| **Task :** | L120 | Analysis/Strategy | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Telephone conference with client; review mediation statements | | | Transferred |

| Total for Date worked: | 11/24/2004 | Billable Time | (100.00%): | 3.90 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 3.90 |

**Date worked:** 11/27/2004

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 0.40 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L100 | Case Assessment, Development and Administration | | |
| **Task :** | L120 | Analysis/Strategy | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Review project documentation; correspondence from Durkin re: bulldozer specs; preparation for mediation | | | Transferred |

| Total for Date worked: | 11/27/2004 | Billable Time | (100.00%): | 0.40 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 0.40 |

Fay Hunsberger (FBH)

A-189

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:  11/30/2004**

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 13.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation for mediation, conference with client, mediation | Transferred |

| **Total for Date worked:** | 11/30/2004 | | |
| --- | --- | --- | --- |
| | | Billable Time       (100.00%): | 13.90 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 13.90 |

**Date worked:  12/1/2004**

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 8.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation for mediation, preparation of discovery plan, mediation, conference with client | Transferred |

| **Total for Date worked:** | 12/1/2004 | | |
| --- | --- | --- | --- |
| | | Billable Time       (100.00%): | 8.90 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 8.90 |

A-190

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|
| Date worked: | 12/3/2004 | | |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for Federal; review correspondence; preparation response to Federal | | Transferred |

| Total for Date worked: | 12/3/2004 | Billable Time     (100.00%): | **0.90** |
|---|---|---|---|
| | | Non-Billable Time    ( 0.00%): | **0.00** |
| | | Total Time: | **0.90** |

| Date worked: | 12/6/2004 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client; telephone conference with counsel for surety; correspondence Judge re: modification to scheduling order | | Transferred |

| Total for Date worked: | 12/6/2004 | Billable Time     (100.00%): | **2.90** |
|---|---|---|---|
| | | Non-Billable Time    ( 0.00%): | **0.00** |
| | | Total Time: | **2.90** |

         Fay Hunsberger (FBH)

A-191

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:**  12/14/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for surety, telephone conference with client, preparation of correspondence to Judge Sleet; document request | Transferred |

| **Total for Date worked:** | **12/14/2004** | **Billable Time** | **(100.00%):** | **3.90** |
| --- | --- | --- | --- | --- |
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **3.90** |

**Date worked:**  12/15/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Finalize correspondence to Judge Sleet; finalize proposed Amended Scheduling Order; preparation of discovery | Transferred |

| **Total for Date worked:** | **12/15/2004** | **Billable Time** | **(100.00%):** | **3.00** |
| --- | --- | --- | --- | --- |
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **3.00** |

A-192

# Powell Trachtman Logan Carrie & Lombardo

**Timekeeper:** 002    **Paul A. Logan**

**Date worked:** 12/17/2004

| | | | **Time qty.** |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney re: termination issues; legal research and contract review, conference with clients | | |

| **Total for Date worked:** | 12/17/2004 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | **3.70** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | **3.70** |

**Date worked:** 12/18/2004

| | | | **Time qty.** |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney for surety re: calculation of damages analysis | | |

| **Total for Date worked:** | 12/18/2004 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | **4.80** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | **4.80** |

Transferred

A-193

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 12/21/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Intra-office conference re: computation of damages, correspondence to attorney for surety | Transferred |

| **Total for Date worked:** | 12/21/2004 | Billable Time | (100.00%): | 0.90 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | 0.90 |

**Date worked:** 12/22/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for surety re: document discovery, review privilege log of City, legal research "time and material" damage calculations | Transferred |

| **Total for Date worked:** | 12/22/2004 | Billable Time | (100.00%): | 1.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | 1.30 |

A-194

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 1/4/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for surety re: joint submission and discovery schedule and damage issues; correspondence to attorney for surety; preparation of Motion to Dismiss URS and deposition notices of City officials | Transferred |

| **Total for Date worked:** | 1/4/2005 | Billable Time | (100.00%): | 3.70 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 3.70 |

**Date worked:** 1/5/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Correspondence to accounting experts; correspondence to client | Transferred |

| **Total for Date worked:** | 1/5/2005 | Billable Time | (100.00%): | 0.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 0.30 |

A-195

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 1/7/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review correspondence re: discovery issues; draft correspondence to attorney for surety re: damage calculation; analyze and legal research re: URS damage calculations | | Transferred |

| Total for Date worked: | 1/7/2005 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | **2.20** |
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **2.20** |

**Date worked:** 1/14/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for Newark re: settlement; telephone conference with counsel for surety | | Transferred |

| Total for Date worked: | 1/14/2005 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | **2.80** |
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **2.80** |

A-196

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

| Date worked: | 1/15/2005 | | | Time qty. |
|---|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location :** | KOFP | King of Prussia | |
| | **Phase :** | L100 | Case Assessment, Development and Administration | |
| | **Task :** | L120 | Analysis/Strategy | |
| | **Activity:** | A111 | Other | |
| | **Billable:** | Billable | | |
| | **Narrative:** | | Correspondence to attorney for Surety re: damage issues | Transferred |

| Total for Date worked: | 1/15/2005 | | |
|---|---|---|---|
| | | Billable Time (100.00%): | 0.30 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.30 |

| Date worked: | 1/19/2005 | | | Time qty. |
|---|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.10 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location :** | KOFP | King of Prussia | |
| | **Phase :** | L100 | Case Assessment, Development and Administration | |
| | **Task :** | L120 | Analysis/Strategy | |
| | **Activity:** | A111 | Other | |
| | **Billable:** | Billable | | |
| | **Narrative:** | | Conference call with counsel and Judge Sleet re: second mediation | Transferred |

| Total for Date worked: | 1/19/2005 | | |
|---|---|---|---|
| | | Billable Time (100.00%): | 2.10 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 2.10 |

Fay Hunsberger (FBH)

A-197

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|

| Date worked: | 1/21/2005 | | | |
|---|---|---|---|---|

| | | | | Time qty. |
|---|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | | |
| Matter: | 04 | City of Newark Project | | |
| Location : | KOFP | King of Prussia | | |
| Phase : | L100 | Case Assessment, Development and Administration | | |
| Task : | L120 | Analysis/Strategy | | |
| Activity: | A111 | Other | | |
| Billable: | Billable | | | |
| Narrative: | Conference with client; preparation of document request; legal research measure of damages; correspondence to attorney for City of Newark | | | 3.90 |

| | | | | |
|---|---|---|---|---|
| Total for Date worked: | 1/21/2005 | Billable Time | (100.00%): | 3.90 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 3.90 |
| | | | Transferred | |

| Date worked: | 1/31/2005 | | | |
|---|---|---|---|---|

| | | | | Time qty. |
|---|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | | |
| Matter: | 04 | City of Newark Project | | |
| Location : | KOFP | King of Prussia | | |
| Phase : | L100 | Case Assessment, Development and Administration | | |
| Task : | L120 | Analysis/Strategy | | |
| Activity: | A111 | Other | | |
| Billable: | Billable | | | |
| Narrative: | Telephone conference with client; correspondence to attorney for City; analyze pricing data for Blue Book and George & Lynch contract | | | 1.80 |

| | | | | |
|---|---|---|---|---|
| Total for Date worked: | 1/31/2005 | Billable Time | (100.00%): | 1.80 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 1.80 |
| | | | Transferred | |

A-198

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 2/3/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for Federal; preparation of draft answers to discovery, preparation of discovery to City | Transferred |

**Total for Date worked:** 2/3/2005

| | | |
|---|---|---|
| Billable Time | (100.00%): | **3.30** |
| Non-Billable Time | ( 0.00%): | **0.00** |
| | Total Time: | **3.30** |

**Date worked:** 2/7/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation of discover responses | Transferred |

**Total for Date worked:** 2/7/2005

| | | |
|---|---|---|
| Billable Time | (100.00%): | **2.70** |
| Non-Billable Time | ( 0.00%): | **0.00** |
| | Total Time: | **2.70** |

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 3/1/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client, telephone conference with counsel for City of Newark | | Transferred |

| **Total for Date worked:** | 3/1/2005 | Billable Time    (100.00%): | 0.70 |
|---|---|---|---|
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | **Total Time:** | 0.70 |

**Date worked:** 3/5/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review intergeo correspondence; correspondence to attorney for City of Newark | | Transferred |

| **Total for Date worked:** | 3/5/2005 | Billable Time    (100.00%): | 0.40 |
|---|---|---|---|
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | **Total Time:** | 0.40 |

A-200

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 3/17/2005

| | | | Time qty. |
| --- | --- | --- | --- |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 1.90 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | | Telephone conference with counsel for Federal (surety), draft responses to discovery | Transferred |

| Total for Date worked: | 3/17/2005 | Billable Time | (100.00%): | 1.90 |
| --- | --- | --- | --- | --- |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 1.90 |

**Date worked:** 3/18/2005

| | | | Time qty. |
| --- | --- | --- | --- |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 0.70 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | | Telephone conference with client; correspondence to attorney for Federal re: calculation of damages | Transferred |

| Total for Date worked: | 3/18/2005 | Billable Time | (100.00%): | 0.70 |
| --- | --- | --- | --- | --- |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 0.70 |