A-201

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 3/23/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for and participate in conference call with mediator, telephone conference with counsel for Federal | | Transferred |

**Total for Date worked:** 3/23/2005

| | | |
|---|---|---|
| Billable Time | (100.00%): | 2.80 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 2.80 |

**Date worked:** 3/25/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client re: damage issues | | Transferred |

**Total for Date worked:** 3/25/2005

| | | |
|---|---|---|
| Billable Time | (100.00%): | 0.60 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 0.60 |

A-202

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan |
| --- | --- |

**Date worked: 4/2/2005**

| | | Time qty. |
| --- | --- | --- |
| Client: 3514 | Durkin Contracting, Inc., Donald M. | 0.20 |
| Matter: 04 | City of Newark Project | |
| Location : KOFP | King of Prussia | |
| Phase : L100 | Case Assessment, Development and Administration | |
| Task : L120 | Analysis/Strategy | |
| Activity: A111 | Other | |
| Billable: Billable | | |
| Narrative: Correspondence to client re: flow meters | | Transferred |

**Total for Date worked:** 4/2/2005

| | | |
| --- | --- | --- |
| Billable Time | (100.00%): | 0.20 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 0.20 |

**Date worked: 4/6/2005**

| | | Time qty. |
| --- | --- | --- |
| Client: 3514 | Durkin Contracting, Inc., Donald M. | 0.60 |
| Matter: 04 | City of Newark Project | |
| Location : KOFP | King of Prussia | |
| Phase : L100 | Case Assessment, Development and Administration | |
| Task : L120 | Analysis/Strategy | |
| Activity: A111 | Other | |
| Billable: Billable | | |
| Narrative: Telephone conference with client; telephone conference with counsel for surety | | Transferred |

**Total for Date worked:** 4/6/2005

| | | |
| --- | --- | --- |
| Billable Time | (100.00%): | 0.60 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 0.60 |

A-203

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 4/7/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for Surety | | Transferred |

| Total for Date worked: | 4/7/2005 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 0.80 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 0.80 |

**Date worked:** 4/11/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for surety, telephone conference with counsel for City of Newark | | Transferred |

| Total for Date worked: | 4/11/2005 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 0.80 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 0.80 |

A-204

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 4/12/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for Surety re: subcontractor claims | | Transferred |

| | | | |
|---|---|---|---|
| **Total for Date worked:** | 4/12/2005 | Billable Time    (100.00%): | 1.20 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | **Total Time:** | **1.20** |

**Date worked:** 4/18/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | .30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to Judge Martin re: schedule of mediation | | Transferred |

| | | | |
|---|---|---|---|
| **Total for Date worked:** | 4/18/2005 | Billable Time    (100.00%): | 0.30 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | **Total Time:** | **0.30** |

A-205

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 4/25/2005

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client, correspondence to attorneys re: mediation dates | | |

| Total for Date worked: | 4/25/2005 | Billable Time (100.00%): | 0.50 |
| --- | --- | --- | --- |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.50 |

Transferred

**Date worked:** 5/2/2005

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for Surety re: damage memorandum of City/URS, telephone conference with counsel for City | | |

| Total for Date worked: | 5/2/2005 | Billable Time (100.00%): | 0.90 |
| --- | --- | --- | --- |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.90 |

Transferred

A-206

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 5/3/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client re: supplement brief and City arguments | | Transferred |

| **Total for Date worked:** | 5/3/2005 | Billable Time (100.00%): | 1.00 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **1.00** |

**Date worked:** 5/18/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for Federal; telephone conference with counsel for City of Newark; preparation of response brief | | Transferred |

| **Total for Date worked:** | 5/18/2005 | Billable Time (100.00%): | 2.00 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **2.00** |

A-207

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 5/19/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client | | |

| **Total for Date worked:** | 5/19/2005 | Billable Time (100.00%): | 0.30 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.30 |
| | | Transferred | |

**Date worked:** 5/23/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Conference with client, correspondence to attorney, analyze photos of constructions | | |

| **Total for Date worked:** | 5/23/2005 | Billable Time (100.00%): | 1.90 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 1.90 |
| | | Transferred | |

A-208

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 5/31/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Conference with client and review photographs; intra-office conference with D. Bolger; telephone conference with counsel for Surety | Transferred |

| **Total for Date worked:** | 5/31/2005 | **Billable Time** (100.00%): | **1.10** |
|---|---|---|---|
| | | **Non-Billable Time** ( 0.00%): | **0.00** |
| | | **Total Time:** | **1.10** |

**Date worked:** 6/3/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Correspondence to attorney for City re: George & Lynch contract | Transferred |

| **Total for Date worked:** | 6/3/2005 | **Billable Time** (100.00%): | **0.30** |
|---|---|---|---|
| | | **Non-Billable Time** ( 0.00%): | **0.00** |
| | | **Total Time:** | **0.30** |

A-209

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 6/8/2005

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with client; review G&L contract re: pricing issues | Transferred |

| **Total for Date worked:** | 6/8/2005 | | |
| --- | --- | --- | --- |
| | | Billable Time    (100.00%): | 0.90 |
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 0.90 |

**Date worked:** 6/10/2005

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for Federal re: cost information for equipment | Transferred |

| **Total for Date worked:** | 6/10/2005 | | |
| --- | --- | --- | --- |
| | | Billable Time    (100.00%): | 2.50 |
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 2.50 |

A-210

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 6/15/2005

| | | Time qty. |
|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 14.30 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Preparation for and Mediation with URS and the City of Newark | | Transferred |

| Total for Date worked: | 6/15/2005 | | |
|---|---|---|---|
| | | Billable Time  (100.00%): | 14.30 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 14.30 |

**Date worked:** 6/17/2005

| | | Time qty. |
|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 4.90 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Telephone conference with client re damages, telephone conference with counsel for surety, preparation of discovery, correspondence to attorney for City | | Transferred |

| Total for Date worked: | 6/17/2005 | | |
|---|---|---|---|
| | | Billable  Time  (100.00%): | 4.90 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 4.90 |

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|
| **Date worked:** | **6/20/2005** | | |

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 1.00 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | | Telephone conference with counsel for surety re: site inspection; correspondence to attorney for City; telephone conference with counsel for City re: site inspections | Transferred |

| **Total for Date worked:** | **6/20/2005** | Billable Time      (100.00%): | **1.00** |
|---|---|---|---|
| | | Non-Billable Time    ( 0.00%): | **0.00** |
| | | **Total Time:** | **1.00** |

| | | | |
|---|---|---|---|
| **Date worked:** | **6/21/2005** | | |

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | | Telephone conference with counsel for City re: inspection of site, telephone conference with Greg Richardson; telephone conference with client | Transferred |

| **Total for Date worked:** | **6/21/2005** | Billable Time      (100.00%): | **1.10** |
|---|---|---|---|
| | | Non-Billable Time    ( 0.00%): | **0.00** |
| | | **Total Time:** | **1.10** |

A-212

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 6/22/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for surety re: scope of inspection by experts and reports concerning activities at the site, correspondence to attorney for City; conference call with G. Richardson; intra-office conference re: video of site visit | Transferred |

| Total for Date worked: | 6/22/2005 | Billable Time    (100.00%): | 2.20 |
|---|---|---|---|
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 2.20 |

**Date worked:** 7/1/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review Federal Insurance's Motion for Summary Judgment; intra-office conference with David Bolger | Transferred |

| Total for Date worked: | 7/1/2005 | Billable Time    (100.00%): | 1.10 |
|---|---|---|---|
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 1.10 |

A-213

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:   7/2/2005**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase   :** | L100 | Case Assessment, Development and Administration | |
| **Task   :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review and edit Federal's Motion for Summary Judgment and Opening Brief; correspondence to attorney for Federal | |

| **Total for Date worked:** | **7/2/2005** | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 5.00 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Transferred | **Total Time:** | **5.00** |

**Date worked:   7/5/2005**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase   :** | L100 | Case Assessment, Development and Administration | |
| **Task   :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with client; intra-office conference | |

| **Total for Date worked:** | **7/5/2005** | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 0.50 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Transferred | **Total Time:** | **0.50** |

A-214

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|
| Date worked: | 7/7/2005 | | |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel with for Federal re: issues with City | | Transferred |

| Total for Date worked: | 7/7/2005 | Billable Time (100.00%): | 1.30 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 1.30 |

| Date worked: | 7/10/2005 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft litigation plan for Federal | | Transferred |

| Total for Date worked: | 7/10/2005 | Billable Time (100.00%): | 5.00 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 5.00 |

A-215

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 7/11/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with client re. litigation plan and conference with Federal | Transferred |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Litigation plan: proposed Scheduling Order | Transferred |

| **Total for Date worked:** | 7/11/2005 | Billable Time (100.00%): | **3.00** |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | **0.00** |
| | | Total Time: | **3.00** |

**Date worked:** 7/12/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Draft Litigation Plan, conference with counsel for Federal | Transferred |

*A-216*

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 7/12/2005

| Total for Date worked: | 7/12/2005 | Billable Time | (100.00%): | **3.00** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **3.00** |

**Date worked:** 7/15/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client re: protective order and MPI | | Transferred |

| Total for Date worked: | 7/15/2005 | Billable Time | (100.00%): | **0.40** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **0.40** |

**Date worked:** 7/18/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review URS memorandum; draft response to Motion for Protective Order | | Transferred |

| Total for Date worked: | 7/18/2005 | Billable Time | (100.00%): | **3.00** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **3.00** |

A-217

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 7/22/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft answer to Motion for Protective Order, legal research re: relief from preclusion | | Transferred |

| **Total for Date worked:** | 7/22/2005 | | |
|---|---|---|---|
| | | Billable Time      (100.00%): | 2.20 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 2.20 |

**Date worked:** 7/27/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client re: citation and no-contest pleas | | Transferred |

| **Total for Date worked:** | 7/27/2005 | | |
|---|---|---|---|
| | | Billable Time      (100.00%): | 0.50 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 0.50 |

A-218

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 7/29/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with reporter, review decision re, Protective Order | Transferred |

| **Total for Date worked:** | 7/29/2005 | **Billable Time** | **(100.00%):** | **1.10** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **1.10** |

**Date worked:** 8/3/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel re: scheduling, answers to discovery, amend answers to discovery | Transferred |

| **Total for Date worked:** | 8/3/2005 | **Billable Time** | **(100.00%):** | **1.40** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **1.40** |

A-219

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|

**Date worked:** 8/4/2005

| | | | | **Time qty.** |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 1.50 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L100 | Case Assessment, Development and Administration | | |
| **Task :** | L120 | Analysis/Strategy | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Telephone conference with counsel for Federal, edit Amended Scheduling Order, telephone conference with counsel for City of Newark | | | Transferred |

| **Total for Date worked:** | 8/4/2005 | Billable Time | (100.00%): | **1.50** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **1.50** |

**Date worked:** 8/11/2005

| | | | | **Time qty.** |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 2.00 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L100 | Case Assessment, Development and Administration | | |
| **Task :** | L120 | Analysis/Strategy | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Review documents provided for inspection and copying | | | Transferred |

| **Total for Date worked:** | 8/11/2005 | Billable Time | (100.00%): | **2.00** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **2.00** |

A-220

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 8/12/2005

| | | Time qty. |
|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| Matter: | 04 | City of Newark Project | |
| Location: | KOFP | King of Prussia | |
| Phase: | L100 | Case Assessment, Development and Administration | |
| Task: | L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Correspondence to Judge Sleet, preparation of discovery responses; telephone conference with counsel for Federal | | |

Transferred

**Total for Date worked:** 8/12/2005

| | | |
|---|---|---|
| Billable Time | (100.00%): | 2.20 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 2.20 |

**Date worked:** 8/15/2005

| | | Time qty. |
|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| Matter: | 04 | City of Newark Project | |
| Location: | KOFP | King of Prussia | |
| Phase: | L100 | Case Assessment, Development and Administration | |
| Task: | L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Telephone conference with counsel for Federal re: discovery | | |

Transferred

**Total for Date worked:** 8/15/2005

| | | |
|---|---|---|
| Billable Time | (100.00%): | 0.90 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 0.90 |

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 8/22/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Finalize correspondence to Judge Sleet; finalize discovery requests; correspondence to attorney for City | Transferred |

| Total for Date worked: | 8/22/2005 | | |
|---|---|---|---|
| | | Billable Time     (100.00%): | 2.00 |
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 2.00 |

**Date worked:** 8/23/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for Federal; revise correspondence to Judge Sleet | Transferred |

| Total for Date worked: | 8/23/2005 | | |
|---|---|---|---|
| | | Billable Time     (100.00%): | 1.30 |
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 1.30 |

A-222

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 8/24/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to client; edit correspondence to Judge Sleet | | Transferred |

| **Total for Date worked:** | 8/24/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 1.10 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 1.10 |

**Date worked:** 8/26/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client; correspondence to attorney | | Transferred |

| **Total for Date worked:** | 8/26/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 0.90 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 0.90 |

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 8/29/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with client; telephone conference with counsel for Federal; correspondence re: site inspections | Transferred |

| Total for Date worked: | 8/29/2005 | Billable Time (100.00%): | **0.40** |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | **0.00** |
| | | Total Time: | **0.40** |

**Date worked:** 9/6/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with client; telephone conference with counsel for City re: trespass issue; intra-office conference re: Scheduling Order | Transferred |

| Total for Date worked: | 9/6/2005 | Billable Time (100.00%): | **1.40** |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | **0.00** |
| | | Total Time: | **1.40** |

A-224

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|
| **Date worked:** | **9/7/2005** | | | |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Intra-office conference and review correspondence re: revised scheduling order | | Transferred |

| **Total for Date worked:** | **9/7/2005** | Billable Time | **(100.00%):** | **1.30** |
|---|---|---|---|---|
| | | Non-Billable Time | **( 0.00%):** | **0.00** |
| | | **Total Time:** | | **1.30** |

| **Date worked:** | **9/10/2005** | | | |
|---|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney re: depositions of City Counsel representatives | | Transferred |

Fay Hunsberger (FBH)

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 9/10/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Correspondence to attorneys and Judge Martin re: compensation as mediator, correspondence to client | Transferred |

| Total for Date worked: | 9/10/2005 | Billable Time (100.00%): | 0.50 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **0.50** |

**Date worked:** 9/11/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Draft Scheduling Order, correspondence to attorneys | Transferred |

| Total for Date worked: | 9/11/2005 | Billable Time (100.00%): | 0.40 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **0.40** |