A-226

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|

**Date worked:** 9/12/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with client; correspondence to attorney; preparation of supplemental discovery requests | Transferred |

| Total for Date worked: | 9/12/2005 | Billable Time    (100.00%): | **0.80** |
|---|---|---|---|
| | | Non-Billable Time    ( 0.00%): | **0.00** |
| | | Total Time: | **0.80** |

**Date worked:** 9/15/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Intra-office conference re: discovery | Transferred |

| Total for Date worked: | 9/15/2005 | Billable Time    (100.00%): | **0.80** |
|---|---|---|---|
| | | Non-Billable Time    ( 0.00%): | **0.00** |
| | | Total Time: | **0.80** |

A-227

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|

**Date worked:** 9/17/2005

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 5.60 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location** | : KOFP | King of Prussia | | |
| **Phase** | : L100 | Case Assessment, Development and Administration | | |
| **Task** | : L120 | Analysis/Strategy | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | | Finalize Scheduling Order; correspondence to attorney for City, finalize answers to discovery requests | | Transferred |

| **Total for Date worked:** | 9/17/2005 | | Billable Time (100.00%): | 5.60 |
|---|---|---|---|---|
| | | | Non-Billable Time ( 0.00%): | 0.00 |
| | | | Total Time: | 5.60 |

**Date worked:** 9/18/2005

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 1.70 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location** | : KOFP | King of Prussia | | |
| **Phase** | : L100 | Case Assessment, Development and Administration | | |
| **Task** | : L120 | Analysis/Strategy | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | | Correspondence to Judge Sleet re: deposition and discover from C. Calabria; legal research | | Transferred |

| **Total for Date worked:** | 9/18/2005 | | Billable Time (100.00%): | 1.70 |
|---|---|---|---|---|
| | | | Non-Billable Time ( 0.00%): | 0.00 |
| | | | Total Time: | 1.70 |

A-228

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|

**Date worked:** 10/4/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Conference with client; correspondence to attorney re: deposition schedule | | Transferred |

| **Total for Date worked:** | **10/4/2005** | **Billable Time** | **(100.00%):** | **0.70** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | **Total Time:** | | **0.70** |

**Date worked:** 10/12/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client; telephone conference with counsel for URS re: joinder | | Transferred |

| **Total for Date worked:** | **10/12/2005** | **Billable Time** | **(100.00%):** | **0.90** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | **Total Time:** | | **0.90** |

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 10/14/2005

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with client and analyze use of photographs | Transferred |

| | | |
| --- | --- | --- |
| **Total for Date worked:** | 10/14/2005 | |
| | Billable Time (100.00%): | 1.10 |
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 1.10 |

**Date worked:** 10/21/2005

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with client; telephone conference with counsel for Federal | Transferred |

| | | |
| --- | --- | --- |
| **Total for Date worked:** | 10/21/2005 | |
| | Billable Time (100.00%): | 0.50 |
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 0.50 |

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

| Date worked: | 10/22/2005 | | | Time qty. |
|---|---|---|---|---|
| | Client: | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| | Matter: | 04 | City of Newark Project | |
| | Location : | KOFP | King of Prussia | |
| | Phase : | L100 | Case Assessment, Development and Administration | |
| | Task : | L120 | Analysis/Strategy | |
| | Activity: | A111 | Other | |
| | Billable: | Billable | | |
| | Narrative: | | Correspondence to attorney re: discovery issues | Transferred |

| Total for Date worked: | 10/22/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 0.80 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 0.80 |

| Date worked: | 10/24/2005 | | | Time qty. |
|---|---|---|---|---|
| | Client: | 3514 | Durkin Contracting, Inc., Donald M. | 3.10 |
| | Matter: | 04 | City of Newark Project | |
| | Location : | KOFP | King of Prussia | |
| | Phase : | L100 | Case Assessment, Development and Administration | |
| | Task : | L120 | Analysis/Strategy | |
| | Activity: | A111 | Other | |
| | Billable: | Billable | | |
| | Narrative: | | Telephone conference with counsel for City of Newark; telephone conference with counsel for Federal; telephone conference with Greg Richardson; telephone conference with client | Transferred |

| Total for Date worked: | 10/24/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 3.10 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 3.10 |

A-231

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan | |
|---|---|---|

**Date worked: 10/25/2005**

| | | Time qty. |
|---|---|---|
| Client: 3514 | Durkin Contracting, Inc., Donald M. | 0.50 |
| Matter: 04 | City of Newark Project | |
| Location : KOFP | King of Prussia | |
| Phase : L100 | Case Assessment, Development and Administration | |
| Task : L120 | Analysis/Strategy | |
| Activity: A111 | Other | |
| Billable: Billable | | |
| Narrative: Correspondence to attorney for City re: site inspections | | Transferred |

| Total for Date worked: 10/25/2005 | Billable Time (100.00%): | 0.50 |
|---|---|---|
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 0.50 |

**Date worked: 10/26/2005**

| | | Time qty. |
|---|---|---|
| Client: 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| Matter: 04 | City of Newark Project | |
| Location : KOFP | King of Prussia | |
| Phase : L100 | Case Assessment, Development and Administration | |
| Task : L120 | Analysis/Strategy | |
| Activity: A111 | Other | |
| Billable: Billable | | |
| Narrative: Telephone conference with counsel for Federal; telephone conference with counsel for City of Newark | | Transferred |

| Total for Date worked: 10/26/2005 | Billable Time (100.00%): | 1.10 |
|---|---|---|
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 1.10 |

A-232

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 10/27/2005

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Site visit, conference with counsel for City, conference with client and counsel for Federal | Transferred |

| **Total for Date worked:** | 10/27/2005 | | |
| --- | --- | --- | --- |
| | Billable Time | (100.00%): | 6.60 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | **6.60** |

**Date worked:** 10/30/2005

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Correspondence to attorney re: survey and documentation of conditions at site | Transferred |

| **Total for Date worked:** | 10/30/2005 | | |
| --- | --- | --- | --- |
| | Billable Time | (100.00%): | 0.50 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | **0.50** |

A-233

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 11/1/2005

|  |  | Time qty. |
|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Intra-office conference re: deposition schedules and on-site surveillance | | Transferred |

| **Total for Date worked:** | 11/1/2005 | |
|---|---|---|
| | Billable Time | (100.00%): | 0.90 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | | 0.90 |

**Date worked:** 11/3/2005

|  |  | Time qty. |
|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for Federal and City of Newark | | Transferred |

| **Total for Date worked:** | 11/3/2005 | |
|---|---|---|
| | Billable Time | (100.00%): | 0.60 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | | 0.60 |

A-234

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

| Date worked: | 11/14/2005 |
|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for Federal, correspondence to attorney for City of Newark | | Transferred |

| **Total for Date worked:** | 11/14/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 1.70 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 1.70 |

| Date worked: | 11/17/2005 |
|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for City, telephone conference with counsel for Federal, telephone conference with client | | Transferred |

| **Total for Date worked:** | 11/17/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 0.80 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 0.80 |

A-235

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|
| **Date worked:** | **11/22/2005** | | | |

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 6.90 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L100 | Case Assessment, Development and Administration | | |
| **Task :** | L120 | Analysis/Strategy | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Site visit with Calabria, Richardson and counsel for Federal | | | Transferred |

| **Total for Date worked:** | **11/22/2005** | Billable Time | (100.00%): | 6.90 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 6.90 |

| **Date worked:** | **11/23/2005** | | | |
|---|---|---|---|---|

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 0.30 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L100 | Case Assessment, Development and Administration | | |
| **Task :** | L120 | Analysis/Strategy | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Correspondence to attorney for City re: spoliation | | | Transferred |

| **Total for Date worked:** | **11/23/2005** | Billable Time | (100.00%): | 0.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 0.30 |

A-236

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 11/25/2005

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 1.90 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location** | : KOFP | King of Prussia | | |
| **Phase** | : L100 | Case Assessment, Development and Administration | | |
| **Task** | : L120 | Analysis/Strategy | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Review URS Daily Reports | | Transferred | |

| **Total for Date worked:** | 11/25/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 1.90 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 1.90 |

**Date worked:** 11/29/2005

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 0.90 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location** | : KOFP | King of Prussia | | |
| **Phase** | : L100 | Case Assessment, Development and Administration | | |
| **Task** | : L120 | Analysis/Strategy | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Telephone conference with client; correspondence to attorney re: documentation of conditions | | Transferred | |

| **Total for Date worked:** | 11/29/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 0.90 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 0.90 |

A-237

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 12/2/2005

| | | | Time qty. |
|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location :** | KOFP | King of Prussia | |
| | **Phase :** | L100 | Case Assessment, Development and Administration | |
| | **Task :** | L120 | Analysis/Strategy | |
| | **Activity:** | A111 | Other | |
| | **Billable:** | Billable | | |
| | **Narrative:** | Telephone conference with client, correspondence to attorneys re: deposition schedules | | Transferred |

| | | | Time qty. |
|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location :** | KOFP | King of Prussia | |
| | **Phase :** | L100 | Case Assessment, Development and Administration | |
| | **Task :** | L120 | Analysis/Strategy | |
| | **Activity:** | A111 | Other | |
| | **Billable:** | Billable | | |
| | **Narrative:** | Telephone conference with client, correspondence to attorney re: deposition schedule | | Transferred |

| Total for Date worked: | 12/2/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 1.70 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | 1.70 |

**Date worked:** 12/3/2005

| | | | Time qty. |
|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.70 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location :** | KOFP | King of Prussia | |
| | **Phase :** | L100 | Case Assessment, Development and Administration | |
| | **Task :** | L120 | Analysis/Strategy | |
| | **Activity:** | A111 | Other | |
| | **Billable:** | Billable | | |
| | **Narrative:** | Correspondence to attorney re: preservation of evidence | | Transferred |

A-238

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 12/3/2005

| Total for Date worked: | 12/3/2005 | Billable Time (100.00%): | 0.70 |
| --- | --- | --- | --- |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.70 |

**Date worked:** 12/7/2005

| | | Time qty. |
| --- | --- | --- |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 3.00 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Review Calabria documents | Transferred | |

| Total for Date worked: | 12/7/2005 | Billable Time (100.00%): | 3.00 |
| --- | --- | --- | --- |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 3.00 |

**Date worked:** 12/10/2005

| | | Time qty. |
| --- | --- | --- |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 0.50 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Review GeoSyntec report, correspondence to attorney re: depositions | Transferred | |

| Total for Date worked: | 12/10/2005 | Billable Time (100.00%): | 0.50 |
| --- | --- | --- | --- |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.50 |

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 12/14/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review Calabria reports and documents | | Transferred |

| Total for Date worked: | 12/14/2005 | Billable Time (100.00%): | 0.80 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.80 |

**Date worked:** 12/15/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for Federal; preparation for Calabria's deposition; review documents | | Transferred |

| Total for Date worked: | 12/15/2005 | Billable Time (100.00%): | 2.00 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 2.00 |

A-240

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 12/19/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review Calabria documents; telephone conference with GeoSyntec; intra-office conference | Transferred |

**Total for Date worked:** 12/19/2005

| | | |
|---|---|---|
| Billable Time | (100.00%): | 5.00 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 5.00 |

**Date worked:** 12/21/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review Federal's discovery responses; correspondence to attorney for City of Newark | Transferred |

**Total for Date worked:** 12/21/2005

| | | |
|---|---|---|
| Billable Time | (100.00%): | 0.90 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 0.90 |

A-241

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 12/28/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review document production by City of Newark | | Transferred |

| Total for Date worked: | 12/28/2005 | Billable Time (100.00%): | 2.00 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 2.00 |

**Date worked:** 12/30/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorneys re: document production; correspondence to Judge Sleet re: discovery omissions; draft Motion re: spoliation; conference with client | | Transferred |

| Total for Date worked: | 12/30/2005 | Billable Time (100.00%): | 4.40 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 4.40 |

A-242

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|

**Date worked:** 1/1/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review documents from City of Newark | | Transferred |

| **Total for Date worked:** | 1/1/2006 | Billable Time | (100.00%): | 2.00 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 2.00 |

**Date worked:** 1/3/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Conference with client and review City documents | | Transferred |

| **Total for Date worked:** | 1/3/2006 | Billable Time | (100.00%): | 0.90 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 0.90 |

A-243

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 1/4/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Conference with counsel for Federal | | Transferred |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with Court, correspondence to Judge Sleet re: discovery issues | | Transferred |

| **Total for Date worked:** | 1/4/2006 | | |
|---|---|---|---|
| | | **Billable Time    (100.00%):** | **5.20** |
| | | **Non-Billable Time    ( 0.00%):** | **0.00** |
| | | **Total Time:** | **5.20** |

**Date worked:** 1/7/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review City of Newark/George & Lynch change orders | | Transferred |

A-244

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

| Date worked: | 1/7/2006 |
|---|---|

| Total for Date worked: | 1/7/2006 | Billable Time | (100.00%): | 0.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 0.30 |

| Date worked: | 1/8/2006 |
|---|---|

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 0.40 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Correspondence to attorney for City re: document discovery | | Transferred |

| Total for Date worked: | 1/8/2006 | Billable Time | (100.00%): | 0.40 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 0.40 |

| Date worked: | 1/10/2006 |
|---|---|

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 0.70 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Intra-office conference re: document disclosure | | Transferred |

| Total for Date worked: | 1/10/2006 | Billable Time | (100.00%): | 0.70 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 0.70 |

A-245

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|
| Date worked: | 1/11/2006 | | | |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for conference call with Judge Sleet re: discovery issues | | Transferred |

| Total for Date worked: | 1/11/2006 | Billable Time | (100.00%): | 9.00 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 9.00 |

| Date worked: | 1/12/2006 | | | |
|---|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for and conference with Judge Sleet re: discovery issues | | Transferred |

| Total for Date worked: | 1/12/2006 | Billable Time | (100.00%): | 2.00 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 2.00 |

A-246

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 1/15/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Legal research, draft brief re: application and waiver of work product and executive privileges | Transferred |

| **Total for Date worked:** | 1/15/2006 | Billable Time    (100.00%): | 4.00 |
| --- | --- | --- | --- |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | **Total Time:** | **4.00** |

**Date worked:** 1/16/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Correspondence to attorney re: photos | Transferred |

| **Total for Date worked:** | 1/16/2006 | Billable Time    (100.00%): | 0.20 |
| --- | --- | --- | --- |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | **Total Time:** | **0.20** |

Fay Hunsberger (FBH)

A-247

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 1/17/2006

| | | Time qty. |
| --- | --- | --- |
| Client: | 3514 | 5.70 |
| Matter: | 04 | |
| Location : | KOFP | |
| Phase : | L100 | |
| Task : | L120 | |
| Activity: | A111 | |
| Billable: | Billable | |
| | | Durkin Contracting, Inc., Donald M. |
| | | City of Newark Project |
| | | King of Prussia |
| | | Case Assessment, Development and Administration |
| | | Analysis/Strategy |
| | | Other |
| Narrative: | Legal research and draft letter brief | Transferred |

| **Total for Date worked:** | 1/17/2006 | | |
| --- | --- | --- | --- |
| | Billable Time | (100.00%): | 5.70 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 5.70 |

**Date worked:** 1/19/2006

| | | Time qty. |
| --- | --- | --- |
| Client: | 3514 | 0.90 |
| Matter: | 04 | |
| Location : | KOFP | |
| Phase : | L100 | |
| Task : | L120 | |
| Activity: | A111 | |
| Billable: | Billable | |
| | | Durkin Contracting, Inc., Donald M. |
| | | City of Newark Project |
| | | King of Prussia |
| | | Case Assessment, Development and Administration |
| | | Analysis/Strategy |
| | | Other |
| Narrative: | Telephone conference with client; telephone conference with counsel re: deposition schedule | Transferred |

| **Total for Date worked:** | 1/19/2006 | | |
| --- | --- | --- | --- |
| | Billable Time | (100.00%): | 0.90 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 0.90 |

A-248

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan | |
|---|---|---|

**Date worked:** 1/21/2006

| | | Time qty. |
|---|---|---|
| **Client:** | 3514 | 0.80 |
| **Matter:** | 04 | |
| **Location :** | KOFP | |
| | Durkin Contracting, Inc., Donald M. | |
| | City of Newark Project | |
| | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration |
| **Task :** | L120 | Analysis/Strategy |
| **Activity:** | A111 | Other |
| **Billable:** | Billable | |
| **Narrative:** | Correspondence to attorney for Newark re: discovery, preparation for depositions | Transferred |

| Total for Date worked: | 1/21/2006 | Billable Time | (100.00%): | 0.80 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 0.80 |

**Date worked:** 1/23/2006

| | | Time qty. |
|---|---|---|
| **Client:** | 3514 | 1.40 |
| **Matter:** | 04 | |
| **Location :** | KOFP | |
| | Durkin Contracting, Inc., Donald M. | |
| | City of Newark Project | |
| | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration |
| **Task :** | L120 | Analysis/Strategy |
| **Activity:** | A111 | Other |
| **Billable:** | Billable | |
| **Narrative:** | Telephone conference with client; telephone conference with counsel for City; intra-office conference re: discovery issues; telephone conference with counsel for Federal | Transferred |

| Total for Date worked: | 1/23/2006 | Billable Time | (100.00%): | 1.40 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 1.40 |

A-249

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 1/24/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft response to City brief re: document privileges | | Transferred |

| **Total for Date worked:** | 1/24/2006 | Billable Time (100.00%): | 5.00 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 5.00 |

**Date worked:** 1/25/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Finalize brief, intra-office conference re: depositions, telephone conference with counsel for City of Newark; telephone conference with client | | Transferred |

| **Total for Date worked:** | 1/25/2006 | Billable Time (100.00%): | 3.00 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 3.00 |

A-250

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 1/26/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Document review, telephone conference with counsel for City of Newark; telephone conference with counsel for Federal Insurance; preparation for depositions; intra-office conference with D. Bolger | Transferred |

| Total for Date worked: | 1/26/2006 | Billable Time       (100.00%): | 5.50 |
|---|---|---|---|
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 5.50 |

**Date worked:** 1/27/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review As-Built documentation, correspondence to attorney for surety | Transferred |

| Total for Date worked: | 1/27/2006 | Billable Time       (100.00%): | 1.40 |
|---|---|---|---|
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 1.40 |