A-251

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 1/31/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation of Writ of Summons; URS Corporation | | Transferred |

| **Total for Date worked:** | 1/31/2006 | Billable Time | (100.00%): | 0.50 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 0.50 |

**Date worked:** 2/1/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Conference with client and preparation for depositions | | Transferred |

| **Total for Date worked:** | 2/1/2006 | Billable Time | (100.00%): | 2.00 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 2.00 |

A-252

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan |
|---|---|

**Date worked:** 2/5/2006

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L100 | Case Assessment, Development and Administration | |
| **Task :** L120 | Analysis/Strategy | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Draft Answers to discovery requests | | Transferred |

**Total for Date worked:** 2/5/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 0.80 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 0.80 |

**Date worked:** 2/6/2006

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 10.10 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L100 | Case Assessment, Development and Administration | |
| **Task :** L120 | Analysis/Strategy | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Finalize preparation and deposition. City Council member | | Transferred |

**Total for Date worked:** 2/6/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 10.10 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 10.10 |

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 2/8/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation for deposition of Vance Funk; telephone conference with counsel for City of Newark; intra-office conference re: deposition of Funk | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 2/8/2006 | **Billable Time    (100.00%):** | **3.50** |
| | | **Non-Billable Time    ( 0.00%):** | **0.00** |
| | | **Total Time:** | **3.50** |

**Date worked:** 2/14/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with George & Lynch; telephone conference with counsel for Federal; telephone conference with client | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 2/14/2006 | **Billable Time    (100.00%):** | **0.30** |
| | | **Non-Billable Time    ( 0.00%):** | **0.00** |
| | | **Total Time:** | **0.30** |

A-254

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 2/16/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney re: G&L production issues | | Transferred |

**Total for Date worked:** 2/16/2006

| | | |
| --- | --- | --- |
| Billable Time | (100.00%): | 0.50 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 0.50 |

**Date worked:** 2/18/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client; correspondence to attorney for City of Newark | | Transferred |

**Total for Date worked:** 2/18/2006

| | | |
| --- | --- | --- |
| Billable Time | (100.00%): | 0.50 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 0.50 |

A-255

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan | |
|---|---|---|

**Date worked: 2/23/2006**

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 2.70 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L100 | Case Assessment, Development and Administration | |
| **Task :** L120 | Analysis/Strategy | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Review documents produced by City of Newark, correspondence to attorney | | Transferred |

**Total for Date worked:    2/23/2006**

| | | |
|---|---|---|
| Billable Time | (100.00%): | 2.70 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 2.70 |

**Date worked: 2/25/2006**

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L100 | Case Assessment, Development and Administration | |
| **Task :** L120 | Analysis/Strategy | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Correspondence to client; correspondence to attorney re: document production | | Transferred |

**Total for Date worked:    2/25/2006**

| | | |
|---|---|---|
| Billable Time | (100.00%): | 0.30 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 0.30 |

Fay Hunsberger (FBH)

A-256

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|
| Date worked: | 2/28/2006 | | |

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | | Review correspondence re: analysis of summary reports | Transferred |

| Total for Date worked: | 2/28/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 0.30 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 0.30 |

| Date worked: | 3/1/2006 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 1.00 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | | Review deposition of Vance Funk | Transferred |

| Total for Date worked: | 3/1/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 1.00 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 1.00 |

Fay Hunsberger (FBH)

A-257

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 3/4/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to client re: service of Writ of Summons | | Transferred |

| **Total for Date worked:** | 3/4/2006 | | |
|---|---|---|---|
| | | **Billable Time    (100.00%):** | **0.20** |
| | | **Non-Billable Time    ( 0.00%):** | **0.00** |
| | | **Total Time:** | **0.20** |

**Date worked:** 3/7/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for Federal; telephone conference with counsel for URS; City of Newark; Federal re: depositions | | Transferred |

| **Total for Date worked:** | 3/7/2006 | | |
|---|---|---|---|
| | | **Billable Time    (100.00%):** | **1.00** |
| | | **Non-Billable Time    ( 0.00%):** | **0.00** |
| | | **Total Time:** | **1.00** |

A-258

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 3/8/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for Federal; telephone conference with client re: depositions; preparation for deposition | | Transferred |

| **Total for Date worked:** | 3/8/2006 | Billable Time | (100.00%): | **1.30** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | **Total Time:** | **1.30** |

**Date worked:** 3/9/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to Judge Sleet; review and analyze survey data | | Transferred |

| **Total for Date worked:** | 3/9/2006 | Billable Time | (100.00%): | **2.00** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | **Total Time:** | **2.00** |

A-259

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 3/10/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Intra-office conference re. deposition of Federal employee | | Transferred |

| **Total for Date worked:** | 3/10/2006 | Billable Time | (100.00%): | 1.70 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 1.70 |

**Date worked:** 3/11/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorneys for Federal | | Transferred |

| **Total for Date worked:** | 3/11/2006 | Billable Time | (100.00%): | 0.50 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 0.50 |

A-260

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 3/13/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel, review transcript, telephone conference with client; preparation for deposition | Transferred |

**Total for Date worked:**    3/13/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | **6.70** |
| Non-Billable Time | ( 0.00%): | **0.00** |
| | **Total Time:** | **6.70** |

**Date worked:** 3/15/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for Federal; telephone conference with client; preparation for deposition of Carl Luft and Carol Houch | Transferred |

**Total for Date worked:**    3/15/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | **5.90** |
| Non-Billable Time | ( 0.00%): | **0.00** |
| | **Total Time:** | **5.90** |

A-261

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 3/18/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review City photos re: repairs to the Zone IV, memorandum re: failure to disclose pictures | Transferred |

| Total for Date worked: | 3/18/2006 | | |
| --- | --- | --- | --- |
| | | Billable Time      (100.00%): | 0.80 |
| | | Non-Billable Time  (  0.00%): | 0.00 |
| | | Total Time: | 0.80 |

**Date worked:** 3/21/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation for deposition of Carol Houch and Carl Luft | Transferred |

| Total for Date worked: | 3/21/2006 | | |
| --- | --- | --- | --- |
| | | Billable Time      (100.00%): | 6.80 |
| | | Non-Billable Time  (  0.00%): | 0.00 |
| | | Total Time: | 6.80 |

A-262

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 3/25/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Document review, preparation for depositions; review City's response to Federal's Motion for Summary Judgment and provide comments and legal research | Transferred |

| Total for Date worked: | 3/25/2006 | Billable Time | (100.00%): | 4.00 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 4.00 |

**Date worked:** 3/29/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation for continuation of deposition of Carol Houch | Transferred |

| Total for Date worked: | 3/29/2006 | Billable Time | (100.00%): | 4.50 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 4.50 |

*A-263*

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|
| **Date worked:** | **3/31/2006** | | |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney re: document requests | | Transferred |

| **Total for Date worked:** | **3/31/2006** | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 0.50 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 0.50 |

| **Date worked:** | **4/5/2006** | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client, review George & Lynch documents | | Transferred |

| **Total for Date worked:** | **4/5/2006** | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 3.60 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 3.60 |

A-264

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 4/8/2006

| | | Time qty. |
|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for URS Depositions | Transferred |

**Total for Date worked:** 4/8/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | **7.90** |
| Non-Billable Time | ( 0.00%): | **0.00** |
| | Total Time: | **7.90** |

**Date worked:** 4/14/2006

| | | Time qty. |
|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Conference with client, preparation for depositions; review Wellsboro files, intra-office conference re: discovery schedule and documents | Transferred |

**Total for Date worked:** 4/14/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | **9.60** |
| Non-Billable Time | ( 0.00%): | **0.00** |
| | Total Time: | **9.60** |

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 4/19/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for Federal re: Motion for Reconsideration | | Transferred |

| **Total for Date worked:** | 4/19/2006 | | Billable Time | (100.00%): | 1.50 |
|---|---|---|---|---|---|
| | | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | | **Total Time:** | 1.50 |

**Date worked:** 4/22/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for Federal, legal research re: striking deposition changes, correspondence to attorney for URS re: document production, correspondence to attorney for City re: documents and production of C. Houch for follow-up deposition | | Transferred |

| **Total for Date worked:** | 4/22/2006 | | Billable Time | (100.00%): | 2.90 |
|---|---|---|---|---|---|
| | | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | | **Total Time:** | 2.90 |

A-266

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

| Date worked: | 4/25/2006 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for deposition | | Transferred |

| **Total for Date worked:** | 4/25/2006 | Billable Time | (100.00%): | 0.80 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 0.80 |

| Date worked: | 4/26/2006 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review Motion for Reconsideration, correspondence to attorney for Federal | | Transferred |

| **Total for Date worked:** | 4/26/2006 | Billable Time | (100.00%): | 0.50 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 0.50 |

Fay Hunsberger (FBH)

A-267

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan | |
|---|---|---|

**Date worked:** 5/3/2006

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 7.00 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase** : L100 | Case Assessment, Development and Administration | |
| **Task** : L110 | Fact Investigation/Development | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Preparation for and deposition of Craig Calabria | | Transferred |

| **Total for Date worked:** 5/3/2006 | | |
|---|---|---|
| | Billable Time   (100.00%): | 7.00 |
| | Non-Billable Time  ( 0.00%): | 0.00 |
| | Total Time: | 7.00 |

**Date worked:** 5/5/2006

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 3.50 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase** : L100 | Case Assessment, Development and Administration | |
| **Task** : L120 | Analysis/Strategy | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Conference with client: preparation for depositions | | Transferred |

| **Total for Date worked:** 5/5/2006 | | |
|---|---|---|
| | Billable Time   (100.00%): | 3.50 |
| | Non-Billable Time  ( 0.00%): | 0.00 |
| | Total Time: | 3.50 |

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:    5/9/2006**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review Calabria deposition, intra-office conference re: discovery, correspondence to attorney | Transferred |

| Total for Date worked: | 5/9/2006 | Billable Time | (100.00%): | **1.10** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | **Total Time:** | **1.10** |

**Date worked:    5/11/2006**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review depositions, Calabria, Voeller, intra-office conference re: Motion to Preclude | Transferred |

| Total for Date worked: | 5/11/2006 | Billable Time | (100.00%): | **5.00** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | **Total Time:** | **5.00** |

A-269

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 5/16/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client re: meeting minutes | | Transferred |

| **Total for Date worked:** | **5/16/2006** | Billable Time | **(100.00%):** | **0.90** |
|---|---|---|---|---|
| | | Non-Billable Time | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **0.90** |

**Date worked:** 5/21/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney for URS re: documents | | Transferred |

| **Total for Date worked:** | **5/21/2006** | Billable Time | **(100.00%):** | **0.30** |
|---|---|---|---|---|
| | | Non-Billable Time | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **0.30** |

A-270

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 5/22/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location:** | KOFP | King of Prussia | |
| **Phase:** | L100 | Case Assessment, Development and Administration | |
| **Task:** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Intra-office conference re: experts and reports, deposition strategy; telephone conference with counsel for surety | Transferred |

**Total for Date worked:** 5/22/2006

| | | |
| --- | --- | --- |
| Billable Time | (100.00%): | 3.00 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 3.00 |

**Date worked:** 5/25/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location:** | KOFP | King of Prussia | |
| **Phase:** | L100 | Case Assessment, Development and Administration | |
| **Task:** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review project records of URS re: G&L inspections | Transferred |

**Total for Date worked:** 5/25/2006

| | | |
| --- | --- | --- |
| Billable Time | (100.00%): | 1.30 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 1.30 |

A-271

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 5/30/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation for depositions; intra-office conference re: deposition issues; telephone conference with counsel for Federal re: Marr and Richardson reports | Transferred |

| Total for Date worked: | 5/30/2006 | | |
|---|---|---|---|
| | | Billable Time        (100.00%): | 2.50 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 2.50 |

**Date worked:** 5/31/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with client; draft and revise expert reports, intra-office conference | Transferred |

| Total for Date worked: | 5/31/2006 | | |
|---|---|---|---|
| | | Billable Time        (100.00%): | 2.20 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 2.20 |

A-272

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan | |
|---|---|---|

**Date worked:** 6/5/2006

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 3.70 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L100 | Case Assessment, Development and Administration | |
| **Task :** L120 | Analysis/Strategy | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Outline of City Official depositions questions | | Transferred |

| Total for Date worked: 6/5/2006 | | |
|---|---|---|
| | Billable Time      (100.00%): | 3.70 |
| | Non-Billable Time  ( 0.00%): | 0.00 |
| | Total Time: | 3.70 |

**Date worked:** 6/17/2006

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 3.00 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L100 | Case Assessment, Development and Administration | |
| **Task :** L120 | Analysis/Strategy | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Preparation for depositions: Volke, Voeller and Luft | | Transferred |

| Total for Date worked: 6/17/2006 | | |
|---|---|---|
| | Billable Time      (100.00%): | 3.00 |
| | Non-Billable Time  ( 0.00%): | 0.00 |
| | Total Time: | 3.00 |

A-273

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

| Date worked: | 6/21/2006 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 10.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for and deposition of Jill Voeller and Glen Bowen | | Transferred |

| **Total for Date worked:** | 6/21/2006 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 10.50 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 10.50 |

| Date worked: | 6/27/2006 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Intra-office conference re: depositions of City Council members | | Transferred |

| **Total for Date worked:** | 6/27/2006 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 0.60 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 0.60 |

A-274

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 6/28/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 1.00 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | | Telephone conference with counsel for Surety; intra-office conference re: depositions | Transferred |

**Total for Date worked:** 6/28/2006

| | | |
| --- | --- | --- |
| Billable Time | (100.00%): | 1.00 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| Total Time: | | 1.00 |

**Date worked:** 7/17/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | | Intra-office conference; preparation for depositions; telephone conference with counsel for Surety | Transferred |

**Total for Date worked:** 7/17/2006

| | | |
| --- | --- | --- |
| Billable Time | (100.00%): | 2.00 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| Total Time: | | 2.00 |

A-275

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 7/19/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation of discovery responses; intra-office conference | | Transferred |

| **Total for Date worked:** | 7/19/2006 | Billable Time | (100.00%): | 1.00 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | 1.00 |

**Date worked:** 7/20/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client; telephone conference with expert | | Transferred |

| **Total for Date worked:** | 7/20/2006 | Billable Time | (100.00%): | 0.50 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | 0.50 |