A-276

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 7/24/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client; telephone conference with engineer; correspondence to attorney for City re: access to data | | Transferred |

| **Total for Date worked:** | 7/24/2006 | Billable Time (100.00%): | 1.50 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 1.50 |

**Date worked:** 7/26/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Trial preparation: factual stipulation; telephone conference with counsel for Federal; outline opening; intra-office conference | | Transferred |

| **Total for Date worked:** | 7/26/2006 | Billable Time (100.00%): | 3.30 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 3.30 |

A-277

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 7/27/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with client, telephone conference with expert, analyze plans re: leakage | Transferred |

| **Total for Date worked:** | 7/27/2006 | Billable Time    (100.00%): | 1.30 |
|---|---|---|---|
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | **Total Time:** | 1.30 |

**Date worked:** · 8/1/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review and edit Motions in Limine, correspondence to attorney re: depositions of City Council members, preparation for City Council members | Transferred |

| **Total for Date worked:** | 8/1/2006 | Billable Time    (100.00%): | 4.90 |
|---|---|---|---|
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | **Total Time:** | 4.90 |

A-278

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 8/2/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L110 | Fact Investigation/Development | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Intra-office conference and telephone conference with counsel for Surety re: Motions in Limine | | Transferred |

| | | |
| --- | --- | --- |
| **Total for Date worked:** | 8/2/2006 | |
| | **Billable Time** (100.00%): | 0.80 |
| | **Non-Billable Time** ( 0.00%): | 0.00 |
| | **Total Time:** | 0.80 |

**Date worked:** 8/12/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Outline deposition issues and questions for City Council; telephone conference with counsel for Surety | | Transferred |

| | | |
| --- | --- | --- |
| **Total for Date worked:** | 8/12/2006 | |
| | **Billable Time** (100.00%): | 2.00 |
| | **Non-Billable Time** ( 0.00%): | 0.00 |
| | **Total Time:** | 2.00 |

A-279

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 8/23/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review City submissions; analyze life safety issues | | Transferred |

| **Total for Date worked:** | 8/23/2006 | Billable Time | (100.00%): | 1.10 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 1.10 |

**Date worked:** 8/26/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review Answering Briefs; review deposition transcripts | | Transferred |

| **Total for Date worked:** | 8/26/2006 | Billable Time | (100.00%): | 1.80 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 1.80 |

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 8/28/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | | 3.70 |
| **Matter:** 04 | City of Newark Project | | |
| **Location :** KOFP | King of Prussia | | |
| **Phase :** L100 | Case Assessment, Development and Administration | | |
| **Task :** L120 | Analysis/Strategy | | |
| **Activity:** A111 | Other | | |
| **Billable:** Billable | | | |
| **Narrative:** | Telephone conference with counsel for Surety re: Motions and standstill agreement; conference with Intergeo and Federal re: trial preparation | | Transferred |

| **Total for Date worked:** | 8/28/2006 | Billable Time (100.00%): | 3.70 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **3.70** |

**Date worked:** 9/4/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | | 2.90 |
| **Matter:** 04 | City of Newark Project | | |
| **Location :** KOFP | King of Prussia | | |
| **Phase :** L100 | Case Assessment, Development and Administration | | |
| **Task :** L120 | Analysis/Strategy | | |
| **Activity:** A111 | Other | | |
| **Billable:** Billable | | | |
| **Narrative:** | Preparation for Pretrial conference; telephone conference with counsel for Federal and URS; intra-office conference re: exhibits | | Transferred |

| **Total for Date worked:** | 9/4/2006 | Billable Time (100.00%): | 2.90 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **2.90** |

A-281

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

| Date worked: | 9/15/2006 | | | Time qty. |
|---|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.50 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location :** | KOFP | King of Prussia | |
| | **Phase :** | L100 | Case Assessment, Development and Administration | |
| | **Task :** | L120 | Analysis/Strategy | |
| | **Activity:** | A111 | Other | |
| | **Billable:** | Billable | | |
| | **Narrative:** | Conference with client re: trial testimony | | Transferred |

| Total for Date worked: | 9/15/2006 | **Billable Time** (100.00%): | 5.50 |
|---|---|---|---|
| | | **Non-Billable Time** ( 0.00%): | 0.00 |
| | | **Total Time:** | 5.50 |

| Date worked: | 9/19/2006 | | | Time qty. |
|---|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.90 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location :** | KOFP | King of Prussia | |
| | **Phase :** | L100 | Case Assessment, Development and Administration | |
| | **Task :** | L120 | Analysis/Strategy | |
| | **Activity:** | A111 | Other | |
| | **Billable:** | Billable | | |
| | **Narrative:** | Trial preparation: meeting with GeoSyntec expert; preparation of trial outlines; preparation of Motion for Sanctions; conference call with Judge Sleet | | Transferred |

| Total for Date worked: | 9/19/2006 | **Billable Time** (100.00%): | 7.90 |
|---|---|---|---|
| | | **Non-Billable Time** ( 0.00%): | 0.00 |
| | | **Total Time:** | 7.90 |

A-282

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 9/23/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Legal research re: counterclaim issues, finalize preparation of witnesses and exhibits | Transferred |

**Total for Date worked:** 9/23/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | **9.80** |
| Non-Billable Time | ( 0.00%): | **0.00** |
| | Total Time: | **9.80** |

**Date worked:** 9/25/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 15.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L120 | Analysis/Strategy | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Final trial preparation; preparation for conference call; telephone conference with counsel for URS; telephone conference with witnesses; amend preparation for Houch examination, draft reply brief, telephone conference with counsel for Federal | Transferred |

**Total for Date worked:** 9/25/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | **15.60** |
| Non-Billable Time | ( 0.00%): | **0.00** |
| | Total Time: | **15.60** |

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 10/4/2006

| | | | Time qty. | 13.30 |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L100 | Case Assessment, Development and Administration | | |
| **Task :** | L120 | Analysis/Strategy | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Preparation for trial, edit memorandum and motion, attendance at trial | | Transferred | |

| Total for Date worked: | 10/4/2006 | Billable Time | (100.00%): | 13.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 13.30 |

**Date worked:** 10/5/2006

| | | | Time qty. | 12.30 |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L100 | Case Assessment, Development and Administration | | |
| **Task :** | L120 | Analysis/Strategy | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Preparation for closing speeches; attendance at trial and verdict | | Transferred | |

| Total for Date worked: | 10/5/2006 | Billable Time | (100.00%): | 12.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 12.30 |

A-284

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|
| **Date worked:** | **10/6/2006** | | |

| | | | Time qty. |
|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.10 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location :** | KOFP | King of Prussia | |
| | **Phase :** | L100 | Case Assessment, Development and Administration | |
| | **Task :** | L110 | Fact Investigation/Development | |
| | **Activity:** | A111 | Other | |
| | **Billable:** | Billable | | |
| | **Narrative:** | | Intra-office conference re: post trial motions and legal research re: appeal issues | Transferred |

| Total for Date worked: | 10/6/2006 | Billable Time | (100.00%): | 2.10 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 2.10 |

| **Date worked:** | **10/14/2006** | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location :** | KOFP | King of Prussia | |
| | **Phase :** | L100 | Case Assessment, Development and Administration | |
| | **Task :** | L120 | Analysis/Strategy | |
| | **Activity:** | A111 | Other | |
| | **Billable:** | Billable | | |
| | **Narrative:** | | Correspondence to attorney, draft complaint [individual defendants] | Transferred |

| Total for Date worked: | 10/14/2006 | Billable Time | (100.00%): | 0.80 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 0.80 |

A-285

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|
| **Date worked:** | **10/17/2006** | | | **Time qty.** |
| | | | | |
| | **Client:** 3514 | Durkin Contracting, Inc., Donald M. | | 0.80 |
| | **Matter:** 04 | City of Newark Project | | |
| | **Location :** KOFP | King of Prussia | | |
| | **Phase :** L100 | Case Assessment, Development and Administration | | |
| | **Task :** L120 | Analysis/Strategy | | |
| | **Activity:** A111 | Other | | |
| | **Billable:** Billable | | | |
| | **Narrative:** | Telephone conference with counsel for Federal, intra-office conference re: post-trial motions | | Open |

| Total for Date worked: | 10/17/2006 | **Billable Time** | **(100.00%):** | **0.80** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **0.80** |

| Total for Timekeeper: | 002 | Paul A. Logan | **Billable Time** | **(100.00%):** | **908.10** |
|---|---|---|---|---|---|
| | | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | | | **Total Time:** | **908.10** |

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|
| **Date worked:** | **9/4/2003** | | | **Time qty.** |
| | | | | |
| | **Client:** 3514 | Durkin Contracting, Inc., Donald M. | | 0.60 |
| | **Matter:** 04 | City of Newark Project | | |
| | **Location :** KOFP | King of Prussia | | |
| | **Phase :** L100 | Case Assessment, Development and Administration | | |
| | **Task :** L110 | Fact Investigation/Development | | |
| | **Activity:** A105 | Communicate (in firm) | | |
| | **Billable:** Billable | | | |
| | **Narrative:** | Meeting with PAL regarding possible options to resolve design error, need for dam/reservoir engineer | | Transferred |

# Paul A. Logan, Esquire

# Timesheets – L200

A-287

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 11/24/2003

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review contract re: claim issues; draft correspondence to attorney; legal research re: injunctive relief (declaratory actions) | Transferred |

| Total for Date worked: | 11/24/2003 | Billable Time | (100.00%): | 3.30 |
| --- | --- | --- | --- | --- |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 3.30 |

**Date worked:** 12/13/2003

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Draft demand for arbitration, draft TRO and declaratory judgment action | Transferred |

| Total for Date worked: | 12/13/2003 | Billable Time | (100.00%): | 5.10 |
| --- | --- | --- | --- | --- |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 5.10 |

A-288

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 12/14/2003

| | | | | Time qty. |
|---|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location :** | KOFP | King of Prussia | |
| | **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| | **Task :** | L210 | Pleadings | |
| | **Activity:** | A103 | Draft/revise | |
| | **Billable:** | Billable | | |
| | **Narrative:** | Draft AAA statement of claim | | Transferred |

| **Total for Date worked:** | 12/14/2003 | Billable Time (100.00%): | 1.10 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **1.10** |

**Date worked:** 12/15/2003

| | | | | Time qty. |
|---|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.90 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location :** | KOFP | King of Prussia | |
| | **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| | **Task :** | L210 | Pleadings | |
| | **Activity:** | A111 | Other | |
| | **Billable:** | Billable | | |
| | **Narrative:** | Legal research re: injunctive relief and declaratory judgment | | Transferred |

| **Total for Date worked:** | 12/15/2003 | Billable Time (100.00%): | 3.90 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **3.90** |

A-289

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 1/13/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for surety, telephone conference with client re: action against City, draft complaint | Transferred |

| Total for Date worked: | 1/13/2004 | Billable Time | (100.00%): | 4.00 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 4.00 |

**Date worked:** 1/14/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Draft Complaint, motion for TRO, correspondence to client | Transferred |

| Total for Date worked: | 1/14/2004 | Billable Time | (100.00%): | 3.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 3.30 |

A-290

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 1/15/2004

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L200 | Pre-Trial Pleadings and Motions | |
| Task : | L210 | Pleadings | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | | Telephone conference with counsel for Federal; telephone conference with expert; draft complaint | Transferred |

**Total for Date worked:** 1/15/2004

| | | |
|---|---|---|
| Billable Time | (100.00%): | 2.00 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 2.00 |

**Date worked:** 1/16/2004

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 2.90 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L200 | Pre-Trial Pleadings and Motions | |
| Task : | L210 | Pleadings | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | | Draft Complaint; telephone conference with client | Transferred |

**Total for Date worked:** 1/16/2004

| | | |
|---|---|---|
| Billable Time | (100.00%): | 2.90 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 2.90 |

A-291

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 1/19/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft Motion, draft complaint and brief, telephone conference with client, telephone conference with counsel for surety, review and telephone conference with Richardson | | Transferred |

**Total for Date worked:**     1/19/2004

| | | |
|---|---|---|
| Billable Time | (100.00%): | 6.90 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 6.90 |

**Date worked:** 1/20/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft Complaint, telephone conference with client, telephone conference with counsel for Surety | | Transferred |

**Total for Date worked:**     1/20/2004

| | | |
|---|---|---|
| Billable Time | (100.00%): | 4.70 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 4.70 |

A-292

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|
| Date worked: | 2/4/2004 | | |

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L200 | Pre-Trial Pleadings and Motions | |
| Task : | L210 | Pleadings | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | | Draft TRO, finalize complaint, telephone conference with counsel for City of Newark, conference with client | Transferred |

| Total for Date worked: | 2/4/2004 | Billable Time (100.00%): | 3.30 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 3.30 |

| Date worked: | 2/5/2004 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 5.50 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L200 | Pre-Trial Pleadings and Motions | |
| Task : | L210 | Pleadings | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | | Draft Motion for TRO, review amended default correspondence, telephone conference with client, telephone conference with counsel for surety, draft complaint | Transferred |

| Total for Date worked: | 2/5/2004 | Billable Time (100.00%): | 5.50 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 5.50 |

A-293

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 2/7/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney for surety, draft complaint, legal research re: TRO for Civil Rights Complaint; draft memorandum | | Transferred |

| **Total for Date worked:** | 2/7/2004 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | **4.40** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | **4.40** |

**Date worked:** 2/10/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client, preparation of Affidavit re: confiscation of equipment and materials, telephone conference with District Court re: TRO, finalize complaint, telephone conference with Expert | | Transferred |

| **Total for Date worked:** | 2/10/2004 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | **5.50** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | **5.50** |

A-294

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 2/12/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with client; investigation of representations of re: pre-contract knowledge; telephone conference with counsel for surety; legal research re: claim issues | Transferred |

| Total for Date worked: | 2/12/2004 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 3.70 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 3.70 |

**Date worked:** 2/14/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Finalize draft of complaint | | Transferred |

| Total for Date worked: | 2/14/2004 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 7.70 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 7.70 |

A-295

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|
| **Date worked:** | 2/16/2004 | | |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L200 | Pre-Trial Pleadings and Motions | |
| **Task** : | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Draft Motion for Preliminary Injunction, finalize complaint, conference with client, legal research, intra-office conference | Transferred |

| **Total for Date worked:** | 2/16/2004 | Billable Time (100.00%): | 6.30 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **6.30** |

| **Date worked:** | 2/26/2004 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L200 | Pre-Trial Pleadings and Motions | |
| **Task** : | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Conference with client and expert, telephone conference with counsel for surety, review expert report, amend complaint | Transferred |

| **Total for Date worked:** | 2/26/2004 | Billable Time (100.00%): | 5.50 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **5.50** |

A-296

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

| Date worked: | 3/7/2004 | | | |
|---|---|---|---|---|
| | | | | Time qty. |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 2.10 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | | |
| **Task :** | L210 | Pleadings | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Draft Motion and Brief | | | Transferred |

| Total for Date worked: | 3/7/2004 | Billable Time | (100.00%): | **2.10** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **2.10** |

| Date worked: | 3/19/2004 | | | |
|---|---|---|---|---|
| | | | | Time qty. |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 5.50 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | | |
| **Task :** | L210 | Pleadings | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Finalize Brief and Motion | | | Transferred |

| Total for Date worked: | 3/19/2004 | Billable Time | (100.00%): | **5.50** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **5.50** |

A-297

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 3/21/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Legal research and brief re: Preliminary Injunction Motion | | Transferred |

| Total for Date worked: | 3/21/2004 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 4.70 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 4.70 |

**Date worked:** 3/29/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Finalize Motion and Brief | | Transferred |

| Total for Date worked: | 3/29/2004 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 4.40 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 4.40 |

A-298

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 4/7/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A110 | Manage data/files | |
| **Billable:** | Billable | | |
| **Narrative:** | | Finalize Motion and Brief, telephone conference with client, telephone conference with District Court | Transferred |

**Total for Date worked:** 4/7/2004

| | | |
| --- | --- | --- |
| Billable Time | (100.00%): | 3.10 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 3.10 |

**Date worked:** 5/28/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Draft Motion for Summary Judgment | Transferred |

**Total for Date worked:** 5/28/2004

| | | |
| --- | --- | --- |
| Billable Time | (100.00%): | 4.40 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 4.40 |

A-299

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 6/3/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Draft Motion and Brief, telephone conference with counsel re: pretrial schedule | Transferred |

**Total for Date worked:** 6/3/2004

| | | |
|---|---|---|
| Billable Time | (100.00%): | 3.90 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 3.90 |

**Date worked:** 6/11/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Draft Motion for Summary Judgment and Brief | Transferred |

**Total for Date worked:** 6/11/2004

| | | |
|---|---|---|
| Billable Time | (100.00%): | 6.00 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 6.00 |

Fay Hunsberger (FBH)

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 6/16/2004

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 3.90 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | | |
| **Task :** | L210 | Pleadings | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Motion for Summary Judgment; brief ;stipulated order and Self Executing disclosures | | Transferred | |

**Total for Date worked:** 6/16/2004

| | | |
|---|---|---|
| Billable Time | **(100.00%):** | **3.90** |
| Non-Billable Time | **( 0.00%):** | **0.00** |
| | Total Time: | **3.90** |

**Date worked:** 6/22/2004

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 6.40 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | | |
| **Task :** | L210 | Pleadings | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Finalize Motion, draft brief, finalize self-executing disclosure | | Transferred | |

**Total for Date worked:** 6/22/2004

| | | |
|---|---|---|
| Billable Time | **(100.00%):** | **6.40** |
| Non-Billable Time | **( 0.00%):** | **0.00** |
| | Total Time: | **6.40** |