A-301

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 6/25/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L200 | Pre-Trial Pleadings and Motions | |
| **Task** | : L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Finalize Motion and Brief | | Transferred |

| **Total for Date worked:** | 6/25/2004 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | **3.30** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | **3.30** |

**Date worked:** 6/28/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L200 | Pre-Trial Pleadings and Motions | |
| **Task** | : L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Finalize Brief | | Transferred |

| **Total for Date worked:** | 6/28/2004 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | **3.90** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | **3.90** |

A-302

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

| Date worked: | 7/31/2004 | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 10.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft Response Brief and Affidavit; legal research | | Transferred |

| Total for Date worked: | 7/31/2004 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | **10.10** |
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **10.10** |

| Date worked: | 8/3/2004 | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 8.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Legal research and draft Response Brief | | Transferred |

| Total for Date worked: | 8/3/2004 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | **8.80** |
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **8.80** |

A-303

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 8/4/2004

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 5.50 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase** | : | L200 | Pre-Trial Pleadings and Motions | |
| **Task** | : | L210 | Pleadings | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Draft Response Brief, stipulation to extend time, legal research | | | Transferred |

| Total for Date worked: | 8/4/2004 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 5.50 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 5.50 |

**Date worked:** 8/5/2004

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 5.50 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase** | : | L200 | Pre-Trial Pleadings and Motions | |
| **Task** | : | L210 | Pleadings | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Draft Response Brief, telephone conference with client, telephone conference with counsel for surety, correspondence to attorney for City | | | Transferred |

| Total for Date worked: | 8/5/2004 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 5.50 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 5.50 |

A-304

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|

**Date worked:** 8/7/2004

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 6.90 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L200 | Pre-Trial Pleadings and Motions | |
| Task : | L210 | Pleadings | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Draft Affidavit and Brief, legal and factual research | | Transferred |

| Total for Date worked: | 8/7/2004 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 6.90 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 6.90 |

**Date worked:** 8/9/2004

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 6.90 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L200 | Pre-Trial Pleadings and Motions | |
| Task : | L210 | Pleadings | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Draft Reply Brief, Affidavit, telephone conference with counsel for surety, telephone conference with client | | Transferred |

| Total for Date worked: | 8/9/2004 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 6.90 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 6.90 |

A-305

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 8/10/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 8.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with Richardson; telephone conference with counsel for surety; conference with client; draft affidavit; draft brief | Transferred |

| **Total for Date worked:** | 8/10/2004 | Billable Time (100.00%): | 8.80 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **8.80** |

**Date worked:** 8/11/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Finalize Motion and Brief | Transferred |

| **Total for Date worked:** | 8/11/2004 | Billable Time (100.00%): | 6.90 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **6.90** |

A-306

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|

**Date worked:** 8/18/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review MPI claim issues | | Transferred |

| Total for Date worked: | 8/18/2004 | Billable Time | (100.00%): | **0.50** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **0.50** |

**Date worked:** 8/27/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for surety; preparation of joint status report | | Transferred |

| Total for Date worked: | 8/27/2004 | Billable Time | (100.00%): | **2.70** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **2.70** |

A-307

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 10/18/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft Amended Complaint | | Transferred |

| **Total for Date worked:** | 10/18/2004 | Billable Time    (100.00%): | 4.90 |
|---|---|---|---|
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 4.90 |

**Date worked:** 11/15/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation of mediation statement | | Transferred |

| **Total for Date worked:** | 11/15/2004 | Billable  Time    (100.00%): | 3.30 |
|---|---|---|---|
| | | Non-Billable  Time    ( 0.00%): | 0.00 |
| | | Total Time: | 3.30 |

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

| Date worked: | 11/18/2004 |
|---|---|

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 4.00 |
| Matter: | 04 | City of Newark Project | |
| Location | : KOFP | King of Prussia | |
| Phase | : L200 | Pre-Trial Pleadings and Motions | |
| Task | : L210 | Pleadings | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Draft Mediation Statement, preparation of exhibits, review URS statement | | Transferred |

| Total for Date worked: | 11/18/2004 | Billable Time | (100.00%): | 4.00 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 4.00 |

| Date worked: | 11/19/2004 |
|---|---|

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| Matter: | 04 | City of Newark Project | |
| Location | : KOFP | King of Prussia | |
| Phase | : L200 | Pre-Trial Pleadings and Motions | |
| Task | : L210 | Pleadings | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Finalize Mediation Statement, review and analyze mediation statement of URS | | Transferred |

| Total for Date worked: | 11/19/2004 | Billable Time | (100.00%): | 3.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 3.30 |

A-309

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|
| Date worked: | 11/29/2004 | | |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 8.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** | : L200 | Pre-Trial Pleadings and Motions | |
| **Task** | : L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation for mediation; telephone conference with counsel for surety; conference with clients; review submissions of City of Newark and URS; preparation of outline of demands and presentation of claims; telephone conference with counsel for City | Transferred |

| Total for Date worked: | 11/29/2004 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 8.80 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 8.80 |

| Date worked: | 3/15/2005 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** | : L200 | Pre-Trial Pleadings and Motions | |
| **Task** | : L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation of Mediation Statement; telephone conference with counsel for City of Newark | Transferred |

| Total for Date worked: | 3/15/2005 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 3.90 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 3.90 |

A-310

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 3/16/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation of Mediation Statement | | Transferred |

| **Total for Date worked:** | 3/16/2005 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | **2.00** |
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | **Total Time:** | **2.00** |

**Date worked:** 4/14/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with counsel for surety, finalize memorandum re: damages | | Transferred |

| **Total for Date worked:** | 4/14/2005 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | **4.40** |
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | **Total Time:** | **4.40** |

A-311

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 5/1/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 8.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft Response to City Mediation Memorandum | | Transferred |

| **Total for Date worked:** | **5/1/2005** | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 8.80 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 8.80 |

**Date worked:** 5/25/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft Response memorandum | | Transferred |

| **Total for Date worked:** | **5/25/2005** | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 5.00 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 5.00 |

A-312

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 5/26/2005

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 4.70 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L200 | Pre-Trial Pleadings and Motions | |
| Task : | L210 | Pleadings | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Draft Response Memorandum | | Transferred |

| Total for Date worked: | 5/26/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | **4.70** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | **4.70** |

**Date worked:** 7/19/2005

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 4.00 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L200 | Pre-Trial Pleadings and Motions | |
| Task : | L210 | Pleadings | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Draft Response to Motion | | Transferred |

| Total for Date worked: | 7/19/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | **4.00** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | **4.00** |

A-313

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan |
|---|---|

**Date worked: 7/25/2005**

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L200 | Pre-Trial Pleadings and Motions | |
| Task : | L210 | Pleadings | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Draft Answer to Motion; telephone conference with client, finalize affidavits; conference with clients | | Transferred |

| Total for Date worked: | 7/25/2005 | Billable Time    (100.00%): | 3.30 |
|---|---|---|---|
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 3.30 |

**Date worked: 9/8/2005**

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 4.00 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L200 | Pre-Trial Pleadings and Motions | |
| Task : | L210 | Pleadings | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Status and scheduling conference with Judge Sleet | | Transferred |

| Total for Date worked: | 9/8/2005 | Billable Time    (100.00%): | 4.00 |
|---|---|---|---|
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 4.00 |

Fay Hunsberger (FBH)

A-314

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan | |
|---|---|---|

**Date worked:** 12/22/2005

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L200 | Pre-Trial Pleadings and Motions | |
| **Task :** L210 | Pleadings | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Draft brief in opposition to late joinder of URS | | Transferred |

| **Total for Date worked:** | 12/22/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 2.00 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 2.00 |

**Date worked:** 1/8/2006

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 3.00 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L200 | Pre-Trial Pleadings and Motions | |
| **Task :** L210 | Pleadings | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Finalize Memorandum re. Dismissal of URS | | Transferred |

| **Total for Date worked:** | 1/8/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 3.00 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 3.00 |

A-315

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 7/28/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** : | L200 | Pre-Trial Pleadings and Motions | |
| **Task** : | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review and edit Motions In Limine | | Transferred |

| **Total for Date worked:** | 7/28/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 2.20 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | 2.20 |

**Date worked:** 8/4/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** : | L200 | Pre-Trial Pleadings and Motions | |
| **Task** : | L210 | Pleadings | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft Pretrial submissions | | Transferred |

| **Total for Date worked:** | 8/4/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 3.30 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | 3.30 |

A-316

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

| Date worked: | 8/14/2006 | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 4.00 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L200 | Pre-Trial Pleadings and Motions | |
| Task : | L210 | Pleadings | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | | Conference call with Judge Sleet, intra-office conference; review Motions in Limine; telephone conference with counsel for URS and Federal | Transferred |

| Total for Date worked: | 8/14/2006 | Billable Time | (100.00%): | 4.00 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 4.00 |

| Date worked: | 8/17/2006 | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 3.40 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L200 | Pre-Trial Pleadings and Motions | |
| Task : | L210 | Pleadings | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | | Review Prouty transcript; intra-office conference; finalize Pre-trial | Transferred |

| Total for Date worked: | 8/17/2006 | Billable Time | (100.00%): | 3.40 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 3.40 |

A-317

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan | |
|---|---|---|

**Date worked: 8/20/2006**

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 10.90 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L200 | Pre-Trial Pleadings and Motions | |
| Task : | L210 | Pleadings | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Draft Answers to Motions; legal research | | Transferred |

| **Total for Date worked: 8/20/2006** | | |
|---|---|---|
| | Billable Time (100.00%): | **10.90** |
| | Non-Billable Time ( 0.00%): | **0.00** |
| | Total Time: | **10.90** |

**Date worked: 8/21/2006**

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 8.80 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L200 | Pre-Trial Pleadings and Motions | |
| Task : | L210 | Pleadings | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Finalize Answers to Motions; legal research and draft response brief | | Transferred |

| **Total for Date worked: 8/21/2006** | | |
|---|---|---|
| | Billable Time (100.00%): | **8.80** |
| | Non-Billable Time ( 0.00%): | **0.00** |
| | Total Time: | **8.80** |

A-318

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

| Date worked: | 8/25/2006 | | | Time qty. | 1.10 |
|---|---|---|---|---|---|
| | Client: | 3514 | Durkin Contracting, Inc., Donald M. | | |
| | Matter: | 04 | City of Newark Project | | |
| | Location : | KOFP | King of Prussia | | |
| | Phase | : L200 | Pre-Trial Pleadings and Motions | | |
| | Task | : L210 | Pleadings | | |
| | Activity: | A111 | Other | | |
| | Billable: | Billable | | | |
| | Narrative: | Review and revise answering briefs | | Transferred | |

| Total for Date worked: | 8/25/2006 | Billable Time | (100.00%): | 1.10 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 1.10 |

| Total for Timekeeper: | 002 | Paul A. Logan | Billable Time | (100.00%): | 296.40 |
|---|---|---|---|---|---|
| | | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | | Total Time: | 296.40 |

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

| Date worked: | 2/16/2004 | | | Time qty. | 3.20 |
|---|---|---|---|---|---|
| | Client: | 3514 | Durkin Contracting, Inc., Donald M. | | |
| | Matter: | 04 | City of Newark Project | | |
| | Location : | KOFP | King of Prussia | | |
| | Phase | : L200 | Pre-Trial Pleadings and Motions | | |
| | Task | : L210 | Pleadings | | |
| | Activity: | A103 | Draft/revise | | |
| | Billable: | Billable | | | |
| | Narrative: | Work on complaint, discussions with PAL regarding same, injunctive relief | | Transferred | |

| Total for Date worked: | 2/16/2004 | Billable Time | (100.00%): | 3.20 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 3.20 |

# Paul A. Logan, Esquire

# Timesheets – L300

A-319

A-320

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan | |
|---|---|---|

| Date worked: | 9/11/2004 | |
|---|---|---|
| | | **Time qty.** |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 6.60 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L300 | Discovery | |
| Task : | L310 | Written Discovery | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Preparation of Discovery: Requests for Admission, Interrogatories, document requests, subpoenas on fact witnesses | | Transferred |

| Total for Date worked: | 9/11/2004 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 6.60 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 6.60 |

| Date worked: | 9/16/2004 | |
|---|---|---|
| | | **Time qty.** |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 3.10 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L300 | Discovery | |
| Task : | L310 | Written Discovery | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Preparation of discovery requests, telephone conference with counsel for surety | | Transferred |

| Total for Date worked: | 9/16/2004 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 3.10 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 3.10 |

Fay Hunsberger (FBH)

A-321

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 10/23/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft request for documents | | |
| | | | Transferred |

| Total for Date worked: | 10/23/2004 | | |
| --- | --- | --- | --- |
| | Billable Time | (100.00%): | 0.90 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 0.90 |

**Date worked:** 11/6/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L340 | Expert Discovery | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review document production | | |
| | | | Transferred |

| Total for Date worked: | 11/6/2004 | | |
| --- | --- | --- | --- |
| | Billable Time | (100.00%): | 1.40 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 1.40 |

Fay Hunsberger (FBH)

A-322

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:    12/2/2004**

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 6.90 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L300 | Discovery | |
| **Task :** L310 | Written Discovery | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Legal research dismissal of URS, draft subpoena and discovery, intra-office conference re: trial strategy | | |
| | | Transferred |

**Total for Date worked:    12/2/2004**

| Billable Time    (100.00%): | 6.90 |
|---|---|
| Non-Billable Time    ( 0.00%): | 0.00 |
| **Total Time:** | 6.90 |

**Date worked:    12/5/2004**

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 5.50 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L300 | Discovery | |
| **Task :** L320 | Document Production | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Legal research: effects of release of URS on litigation, legal research principal office test for action in PA, preparation of subpoenas | | |
| | | Transferred |

**Total for Date worked:    12/5/2004**

| Billable Time    (100.00%): | 5.50 |
|---|---|
| Non-Billable Time    ( 0.00%): | 0.00 |
| **Total Time:** | 5.50 |

A-323

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: 002 | Paul A. Logan | |
|---|---|---|

**Date worked: 12/13/2004**

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 5.00 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L300 | Discovery | |
| **Task :** L320 | Document Production | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Correspondence to attorney re: deposition schedules | | Transferred |

| Total for Date worked: | 12/13/2004 | Billable Time (100.00%): | 5.00 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 5.00 |

**Date worked: 2/1/2005**

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 3.90 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L300 | Discovery | |
| **Task :** L320 | Document Production | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Draft Answers to discovery | | Transferred |

| Total for Date worked: | 2/1/2005 | Billable Time (100.00%): | 3.90 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 3.90 |

Fay Hunsberger (FBH)

A-324

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 2/15/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft Answers to interrogatories, preparation of interrogatories | | Transferred |

**Total for Date worked:** 2/15/2005

| | | |
|---|---|---|
| Billable Time | (100.00%): | **4.40** |
| Non-Billable Time | ( 0.00%): | **0.00** |
| | Total Time: | **4.40** |

**Date worked:** 2/16/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to client re: discovery responses | | Transferred |

**Total for Date worked:** 2/16/2005

| | | |
|---|---|---|
| Billable Time | (100.00%): | **0.20** |
| Non-Billable Time | ( 0.00%): | **0.00** |
| | Total Time: | **0.20** |

Fay Hunsberger (FBH)

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|
| Date worked: | 2/22/2005 | | |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft responses to discovery | | Transferred |

| Total for Date worked: | 2/22/2005 | Billable Time | (100.00%): | 4.40 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 4.40 |

| Date worked: | 3/11/2005 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference with client, preparation of discovery responses | | Transferred |

| Total for Date worked: | 3/11/2005 | Billable Time | (100.00%): | 1.50 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 1.50 |