*A-326*

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|

**Date worked:** 3/21/2005

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 1.80 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L300 | Discovery | | |
| **Task :** | L310 | Written Discovery | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Draft Answers to discovery; conference with client | | | Transferred |

| **Total for Date worked:** | 3/21/2005 | | | |
|---|---|---|---|---|
| | | Billable Time (100.00%): | | 1.80 |
| | | Non-Billable Time ( 0.00%): | | 0.00 |
| | | **Total Time:** | | 1.80 |

**Date worked:** 4/18/2005

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 0.30 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L300 | Discovery | | |
| **Task :** | L320 | Document Production | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Finalize document production re: force account damages | | | Transferred |

| **Total for Date worked:** | 4/18/2005 | | | |
|---|---|---|---|---|
| | | Billable Time (100.00%): | | 0.30 |
| | | Non-Billable Time ( 0.00%): | | 0.00 |
| | | **Total Time:** | | 0.30 |

A-327

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 6/18/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation of deposition notices; subpoena's | | Transferred |

| Total for Date worked: | 6/18/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 0.70 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 0.70 |

**Date worked:** 8/1/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney for City of Newark; finalize outline for discovery; draft Revised Scheduling Order; draft answers to City discovery | | Transferred |

| Total for Date worked: | 8/1/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 4.40 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 4.40 |

A-328

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

### Date worked: 8/16/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Finalize Answers to Discovery | | Transferred |

| **Total for Date worked:** | 8/16/2005 | | |
|---|---|---|---|
| | | Billable Time (100.00%): | 4.00 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **4.00** |

### Date worked: 8/17/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Finalize answer to document production request; review project records | | Transferred |

| **Total for Date worked:** | 8/17/2005 | | |
|---|---|---|---|
| | | Billable Time (100.00%): | 2.00 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **2.00** |

Fay Hunsberger (FBH)

A-329

## Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 8/18/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L300 | Discovery | |
| **Task** | : L310 | Written Discovery | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft answers to discovery | | Transferred |

| **Total for Date worked:** | 8/18/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 2.00 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 2.00 |

**Date worked:** 8/21/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L300 | Discovery | |
| **Task** | : L310 | Written Discovery | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Finalize answers to interrogatories | | Transferred |

| **Total for Date worked:** | 8/21/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 2.00 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 2.00 |

A-330

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 9/29/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L340 | Expert Discovery | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney for City re: Deposition and document discovery of Craig Calabria; intra-office conference; legal research | | Transferred |

| **Total for Date worked:** | 9/29/2005 | Billable Time    (100.00%): | **1.70** |
|---|---|---|---|
| | | Non-Billable Time    ( 0.00%): | **0.00** |
| | | Total Time: | **1.70** |

**Date worked:** 11/6/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L350 | Discovery Motions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for deposition of Craig Calabria; correspondence to attorney | | Transferred |

| **Total for Date worked:** | 11/6/2005 | Billable Time    (100.00%): | **3.00** |
|---|---|---|---|
| | | Non-Billable Time    ( 0.00%): | **0.00** |
| | | Total Time: | **3.00** |

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 11/7/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for deposition of Craig Calabria, conference call with S. Arena and G. Richardson; review answers by City to discovery | | Transferred |

| **Total for Date worked:** | 11/7/2005 | Billable Time (100.00%): | 6.60 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | 6.60 |

**Date worked:** 11/9/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for deposition of Calabria, telephone conference with client, telephone conference with counsel for City of Newark | | Transferred |

| **Total for Date worked:** | 11/9/2005 | Billable Time (100.00%): | 4.00 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | 4.00 |

A-332

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 11/10/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for and deposition of Craig Calabria | | Transferred |

**Total for Date worked:** 11/10/2005

| | | |
|---|---|---|
| Billable Time | (100.00%): | 7.70 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 7.70 |

**Date worked:** 12/3/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to attorney re: depositions and documents | | Transferred |

**Total for Date worked:** 12/3/2005

| | | |
|---|---|---|
| Billable Time | (100.00%): | 0.90 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 0.90 |

A-333

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 12/20/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Conference with Arena and Richardson re: preparation for Calabria deposition | | Transferred |

| **Total for Date worked:** | 12/20/2005 | Billable Time | (100.00%): | 6.60 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 6.60 |

**Date worked:** 12/29/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L340 | Expert Discovery | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review City documents, correspondence to attorneys for City re: production | | Transferred |

| **Total for Date worked:** | 12/29/2005 | Billable Time | (100.00%): | 2.00 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 2.00 |

A-334

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 12/31/2005

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for depositions of Newark Officials | | Transferred |

| **Total for Date worked:** | 12/31/2005 | | |
| --- | --- | --- | --- |
| | | Billable Time (100.00%): | 3.30 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 3.30 |

**Date worked:** 1/2/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Outline of examination of deponents; correspondence to attorney and preparation of subpoenas | | Transferred |

| **Total for Date worked:** | 1/2/2006 | | |
| --- | --- | --- | --- |
| | | Billable Time (100.00%): | 3.30 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 3.30 |

A-335

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

| Date worked: | 1/5/2006 |
|---|---|

| | | Time qty. |
|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 3.00 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L300 | Discovery | |
| Task : | L330 | Depositions | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Preparation for depositions, correspondence to Judge Sleet re: discovery demands | Transferred |

| Total for Date worked: | 1/5/2006 | Billable Time (100.00%): | 3.00 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 3.00 |

| Date worked: | 1/18/2006 |
|---|---|

| | | Time qty. |
|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 6.90 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L300 | Discovery | |
| Task : | L330 | Depositions | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Preparation for depositions of City Council members | Transferred |

| Total for Date worked: | 1/18/2006 | Billable Time (100.00%): | 6.90 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 6.90 |

A-336

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|

**Date worked:  1/20/2006**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for depositions, conference with client, review documents | | Transferred |

**Total for Date worked:      1/20/2006**

| | | |
|---|---|---|
| Billable Time | (100.00%): | 7.70 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 7.70 |

**Date worked:  2/2/2006**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Prepare for depositions, correspondence to attorney for City of Newark, intra-office conference | | Transferred |

**Total for Date worked:      2/2/2006**

| | | |
|---|---|---|
| Billable Time | (100.00%): | 2.90 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 2.90 |

A-337

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 2/3/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for depositions | | Transferred |

| **Total for Date worked:** | 2/3/2006 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 4.00 |
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 4.00 |

**Date worked:** 2/4/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for depositions | | Transferred |

| **Total for Date worked:** | 2/4/2006 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 7.80 |
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 7.80 |

A-338

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 2/5/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for deposition of City Council members; finalize deposition exhibits | | Transferred |

**Total for Date worked:** 2/5/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 5.90 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 5.90 |

**Date worked:** 2/9/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for deposition of Vance Funk; telephone conference with counsel for Federal | | Transferred |

**Total for Date worked:** 2/9/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 6.00 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 6.00 |

A-339

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 2/10/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for deposition, deposition of Vance Funk | | Transferred |

| Total for Date worked: | 2/10/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 7.70 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 7.70 |

**Date worked:** 2/20/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Outline of discovery issues and proposed stipulation | | Transferred |

| Total for Date worked: | 2/20/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 3.00 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 3.00 |

A-340

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 2/24/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review Kalbacher deposition, preparation of follow-up questions | | Transferred |

| **Total for Date worked:** | 2/24/2006 | Billable Time | (100.00%): | 2.80 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 2.80 |

**Date worked:** 3/17/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for deposition of Luft and Houch | | Transferred |

| **Total for Date worked:** | 3/17/2006 | Billable Time | (100.00%): | 7.70 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 7.70 |

Fay Hunsberger (FBH)

A-341

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 3/20/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation for deposition of Carol Houch; telephone conference with counsel for Federal; telephone conference with counsel for City re: Luft deposition | Transferred |

**Total for Date worked:** 3/20/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 6.00 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 6.00 |

**Date worked:** 3/22/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 10.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Finalize preparation for and deposition of Carol Houch | Transferred |

**Total for Date worked:** 3/22/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 10.90 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 10.90 |

A-342

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 3/23/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 10.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation and deposition of Carol Houch | Transferred |

| **Total for Date worked:** | 3/23/2006 | Billable Time | (100.00%): | 10.00 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 10.00 |

**Date worked:** 3/24/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation of Admissions based on deposition; preparation for continuation of deposition of Carol Houch | Transferred |

| **Total for Date worked:** | 3/24/2006 | Billable Time | (100.00%): | 4.40 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 4.40 |

A-343

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 3/27/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review transcript; telephone conference with counsel for Federal; review documents for continuation of deposition | 3.70 |
| | | Transferred | |

| **Total for Date worked:** | 3/27/2006 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 3.70 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | **Total Time:** | 3.70 |

**Date worked:** 3/28/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 10.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation for and continuation of deposition of Carol Houch | |
| | | Transferred | |

| **Total for Date worked:** | 3/28/2006 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 10.00 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | **Total Time:** | 10.00 |

Page 24

Fay Hunsberger (FBH)

A-344

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 3/30/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 10.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Finalize preparation for deposition of Carol Houch, deposition of Carol Houch | | Transferred |

**Total for Date worked:** 3/30/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 10.80 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 10.80 |

**Date worked:** 4/1/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for URS deponents | | Transferred |

**Total for Date worked:** 4/1/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 4.50 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 4.50 |

A-345

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 4/3/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review G&L documents | | Transferred |

| **Total for Date worked:** | 4/3/2006 | | |
|---|---|---|---|
| | | Billable Time (100.00%): | 3.30 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 3.30 |

**Date worked:** 4/6/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review G&L documents, preparation for URS depositions, review transcript of Carol Houch | | Transferred |

| **Total for Date worked:** | 4/6/2006 | | |
|---|---|---|---|
| | | Billable Time (100.00%): | 4.00 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 4.00 |

A-346

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 4/11/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for deposition of Glen Bowen and Jill Voeller | | Transferred |

| Total for Date worked: | 4/11/2006 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 3.50 |
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 3.50 |

**Date worked:** 4/12/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 8.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for URS depositions: Volke, Bowen; Kulla and Voeller | | Transferred |

| Total for Date worked: | 4/12/2006 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 8.80 |
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 8.80 |

A-347

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 4/13/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 10.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Finalize preparation for and deposition of Glen Bowen | | Transferred |

| **Total for Date worked:** | 4/13/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 10.40 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 10.40 |

**Date worked:** 4/15/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for deposition of Jill Voeller | | Transferred |

| **Total for Date worked:** | 4/15/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 4.00 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 4.00 |

Fay Hunsberger (FBH)

A-348

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 4/17/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for URS depositions | | Transferred |

| **Total for Date worked:** | 4/17/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 5.00 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 5.00 |

**Date worked:** 4/18/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 12.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for and deposition of URS: Jill Voeller, assemble exhibits and photos, review URS density testing | | Transferred |

| **Total for Date worked:** | 4/18/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 12.00 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 12.00 |

*A-349*

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 4/27/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for deposition of Craig Calabria | | |

| **Total for Date worked:** | 4/27/2006 | | |
| --- | --- | --- | --- |
| | Billable Time | (100.00%): | 6.60 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 6.60 |
| | | Transferred | |

**Date worked:** 4/29/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for deposition of Craig Calabria | | |

| **Total for Date worked:** | 4/29/2006 | | |
| --- | --- | --- | --- |
| | Billable Time | (100.00%): | 4.00 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 4.00 |
| | | Transferred | |

Fay Hunsberger (FBH)

A-350

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper:  002        Paul A. Logan**

**Date worked:  5/1/2006**

| | | Time qty. |
|---|---|---|
| **Client:** | 3514 | 4.80 |
| **Matter:** | 04 | |
| **Location  :** | KOFP | |
| **Phase      :** | L300 | |
| **Task        :** | L330 | |
| **Activity:** | A111 | |
| **Billable:** | Billable | |

Durkin Contracting, Inc., Donald M.
City of Newark Project
King of Prussia
Discovery
Depositions
Other

**Narrative:**  Preparation for depositions: URS, Calabria                  Transferred

| **Total for Date worked:  5/1/2006** | | |
|---|---|---|
| | Billable Time    (100.00%): | 4.80 |
| | Non-Billable Time   ( 0.00%): | 0.00 |
| | Total Time: | 4.80 |

**Date worked:  5/4/2006**

| | | Time qty. |
|---|---|---|
| **Client:** | 3514 | 8.80 |
| **Matter:** | 04 | |
| **Location  :** | KOFP | |
| **Phase      :** | L300 | |
| **Task        :** | L330 | |
| **Activity:** | A111 | |
| **Billable:** | Billable | |

Durkin Contracting, Inc., Donald M.
City of Newark Project
King of Prussia
Discovery
Depositions
Other

**Narrative:**  Preparation for completion of deposition of C. Calabria                  Transferred

| **Total for Date worked:  5/4/2006** | | |
|---|---|---|
| | Billable Time    (100.00%): | 8.80 |
| | Non-Billable Time   ( 0.00%): | 0.00 |
| | Total Time: | 8.80 |