*A-351*

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 5/6/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review deposition of Glen Bowen | | Transferred |

| **Total for Date worked:** | 5/6/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 0.90 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 0.90 |

**Date worked:** 5/10/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 8.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for and deposition of Donald Durkin | | Transferred |

| **Total for Date worked:** | 5/10/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 8.10 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 8.10 |

A-352

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 5/12/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review interrogatories | | Transferred |

| Total for Date worked: | 5/12/2006 | | |
|---|---|---|---|
| | | Billable Time (100.00%): | 0.80 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.80 |

**Date worked:** 5/13/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Deposition outline of City Council and Mayors | | Transferred |

| Total for Date worked: | 5/13/2006 | | |
|---|---|---|---|
| | | Billable Time (100.00%): | 2.00 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 2.00 |

A-353

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 5/18/2006

| | | | Time qty. |
|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.00 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location :** | KOFP | King of Prussia | |
| | **Phase :** | L300 | Discovery | |
| | **Task :** | L330 | Depositions | |
| | **Activity:** | A111 | Other | |
| | **Billable:** | Billable | | |
| | **Narrative:** | | Review Expert report, preparation for deposition, intra-office conference | Transferred |

| **Total for Date worked:** | **5/18/2006** | | |
|---|---|---|---|
| | Billable Time | (100.00%): | **5.00** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | **5.00** |

**Date worked:** 5/19/2006

| | | | Time qty. |
|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location :** | KOFP | King of Prussia | |
| | **Phase :** | L300 | Discovery | |
| | **Task :** | L350 | Discovery Motions | |
| | **Activity:** | A111 | Other | |
| | **Billable:** | Billable | | |
| | **Narrative:** | | Conference with expert: GeoSyntec and conference with client | Transferred |

| **Total for Date worked:** | **5/19/2006** | | |
|---|---|---|---|
| | Billable Time | (100.00%): | **3.30** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | **3.30** |

A-354

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 5/23/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for depositions | | Transferred |

**Total for Date worked:** 5/23/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 2.00 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 2.00 |

**Date worked:** 5/27/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review deposition scheduling; outline of examination of City Council members; assemble exhibits; correspondence to attorney for City re: document production; review depositions of the Durkins | | Transferred |

**Total for Date worked:** 5/27/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 3.60 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 3.60 |

A-355

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|

**Date worked:** 6/1/2006

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 1.10 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L300 | Discovery | | |
| **Task :** | L310 | Written Discovery | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Telephone conference with client and draft answers to interrogatories | | | Transferred |

| **Total for Date worked:** | 6/1/2006 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 1.10 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 1.10 |

**Date worked:** 6/2/2006

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 2.00 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L300 | Discovery | | |
| **Task :** | L310 | Written Discovery | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Preparation for deposition | | | Transferred |

| **Total for Date worked:** | 6/2/2006 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 2.00 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 2.00 |

Fay Hunsberger (FBH)

A-356

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 6/14/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for Mark Prouty deposition, intra-office conference re: Kulia deposition | | Transferred |

| Total for Date worked: | 6/14/2006 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 5.50 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 5.50 |

**Date worked:** 6/15/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for deposition of G&L representatives | | Transferred |

| Total for Date worked: | 6/15/2006 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 5.50 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 5.50 |

A-357

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 6/16/2006

| | | Time qty. |
|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 10.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for and deposition of G&L representatives | | |
| | | | Transferred |

| | | | |
|---|---|---|---|
| **Total for Date worked:** | 6/16/2006 | Billable Time (100.00%): | 10.10 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 10.10 |

**Date worked:** 6/19/2006

| | | Time qty. |
|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for deposition of John Volke | | |
| | | | Transferred |

| | | | |
|---|---|---|---|
| **Total for Date worked:** | 6/19/2006 | Billable Time (100.00%): | 3.30 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 3.30 |

A-358

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:    6/20/2006**

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 11.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for depositions, deposition of John Volke | | Transferred |

| **Total for Date worked:** | **6/20/2006** | | |
| --- | --- | --- | --- |
| | | Billable Time      (100.00%): | 11.10 |
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 11.10 |

**Date worked:    6/22/2006**

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for deposition of Dombrowski | | Transferred |

| **Total for Date worked:** | **6/22/2006** | | |
| --- | --- | --- | --- |
| | | Billable Time      (100.00%): | 7.90 |
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 7.90 |

e

A-359

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: 002 | Paul A. Logan |
|---|---|

**Date worked: 6/23/2006**

| | | Time qty. |
|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 9.90 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L300 | Discovery | |
| Task : | L330 | Depositions | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Finalize preparation for and deposition of Joe Dombrowski | | Transferred |

| Total for Date worked: 6/23/2006 | | |
|---|---|---|
| Billable Time (100.00%): | 9.90 |
| Non-Billable Time ( 0.00%): | 0.00 |
| Total Time: | 9.90 |

**Date worked: 7/1/2006**

| | | Time qty. |
|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 6.00 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L300 | Discovery | |
| Task : | L330 | Depositions | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Preparation for deposition of Mark Prouty and Carl Luft | | Transferred |

| Total for Date worked: 7/1/2006 | | |
|---|---|---|
| Billable Time (100.00%): | 6.00 |
| Non-Billable Time ( 0.00%): | 0.00 |
| Total Time: | 6.00 |

A-360

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|

**Date worked:** 7/2/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for depositions of Luft and Prouty | | Transferred |

| **Total for Date worked:** | 7/2/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 5.00 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 5.00 |

**Date worked:** 7/11/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for deposition of Prouty and Luft, review depositions and documents | | Transferred |

| **Total for Date worked:** | 7/11/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 7.70 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 7.70 |

A-361

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 7/12/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference with counsel for Surety; telephone conference with counsel for URS; preparation for Prouty deposition | Transferred |

| Total for Date worked: | 7/12/2006 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 4.70 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 4.70 |

**Date worked:** 7/13/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Final preparation for Prouty deposition, telephone conference with counsel for surety and telephone conference with counsel for URS; assemble documents; telephone conference with client re: possible leak of the reservoir | Transferred |

| Total for Date worked: | 7/13/2006 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 5.00 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 5.00 |

A-362

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

| Date worked: | 7/22/2006 | | | |
|---|---|---|---|---|
| | | | | **Time qty.** |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 0.80 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L300 | Discovery | | |
| **Task :** | L330 | Depositions | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Review Dombrowski's deposition | | | Transferred |

| Total for Date worked: | 7/22/2006 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 0.80 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 0.80 |

| Date worked: | 7/29/2006 | | | |
|---|---|---|---|---|
| | | | | **Time qty.** |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 5.00 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L300 | Discovery | | |
| **Task :** | L330 | Depositions | | |
| **Activity:** | A111 | Other | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Preparation for deposition of Karl Luft, review Motions in Limine | | | Transferred |

| Total for Date worked: | 7/29/2006 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 5.00 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 5.00 |

A-363

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

| Date worked: | 7/30/2006 |
|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L300 | Discovery | |
| **Task** : | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for deposition of Karl Luft, investigation of conditions at reservoir | | Transferred |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L300 | Discovery | |
| **Task** : | L320 | Document Production | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review additional G&L documents; memorandum to file re: deposition follow-up questions | | Transferred |

| Total for Date worked: | 7/30/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 4.60 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 4.60 |

Fay Hunsberger (FBH)

A-364

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan | |
|---|---|---|

**Date worked: 7/31/2006**

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 10.50 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L300 | Discovery | |
| Task : | L330 | Depositions | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Preparation for and deposition of Karl Luft | | Transferred |

**Total for Date worked: 7/31/2006**

| | | |
|---|---|---|
| Billable Time | (100.00%): | 10.50 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 10.50 |

**Date worked: 8/3/2006**

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 5.00 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L300 | Discovery | |
| Task : | L310 | Written Discovery | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Preparation for depositions; preparation of Motions in Limine, intra-office conference re: depositions and final pretrial order | | Transferred |

**Total for Date worked: 8/3/2006**

| | | |
|---|---|---|
| Billable Time | (100.00%): | 5.00 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 5.00 |

A-365

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|
| **Date worked:** | 8/8/2006 | | | |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L350 | Discovery Motions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Intra-office conference and telephone conference with counsel for Federal re: Motions to Exclude Experts; telephone conference with C. Calabria re: inspection of reservoir | Transferred |

| **Total for Date worked:** | 8/8/2006 | Billable Time (100.00%): | 4.40 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 4.40 |

| **Date worked:** | 8/9/2006 | | | |
|---|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation for Prouty deposition; telephone conference with client; telephone conference with counsel for URS; intra-office conference re: pretrial submissions | Transferred |

| **Total for Date worked:** | 8/9/2006 | Billable Time (100.00%): | 5.50 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 5.50 |

A-366

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

| Date worked: | 8/10/2006 | |
|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation of Pretrial submissions, preparation for Prouty deposition | | Transferred |

| Total for Date worked: | 8/10/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 5.00 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 5.00 |

| Date worked: | 8/11/2006 | |
|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Deposition of Mark Prouty | | Transferred |

| Total for Date worked: | 8/11/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 7.80 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 7.80 |

A-367

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 8/15/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Intra-office conference and preparation for depositions | | Transferred |

| **Total for Date worked:** | 8/15/2006 | | |
| --- | --- | --- | --- |
| | Billable Time | (100.00%): | 0.80 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 0.80 |

**Date worked:** 8/19/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 11.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Deposition of City Council members; finalize pretrial submissions | | Transferred |

| **Total for Date worked:** | 8/19/2006 | | |
| --- | --- | --- | --- |
| | Billable Time | (100.00%): | 11.90 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 11.90 |

A-368

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 8/31/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation for expert deposition, intra-office conference re: response briefs, document review for exhibits at deposition | Transferred |

| Total for Date worked: | 8/31/2006 | Billable Time (100.00%): | 4.00 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 4.00 |

**Date worked:** 9/1/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 13.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Finalize preparation for and deposition of URS expert, trial preparation: outline of issues and testimony | Transferred |

| Total for Date worked: | 9/1/2006 | Billable Time (100.00%): | 13.00 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 13.00 |

| Total for Timekeeper: | 002 | Paul A. Logan | Billable Time (100.00%): | 489.80 |
|---|---|---|---|---|
| | | | Non-Billable Time ( 0.00%): | 0.00 |
| | | | Total Time: | 489.80 |

# Paul A. Logan, Esquire

# Timesheets – L400

A-369

A-370

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 2/11/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation of affidavits and Motion Packages, correspondence to attorney | | Transferred |

| **Total for Date worked:** | 2/11/2004 | Billable Time | (100.00%): | 4.90 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 4.90 |

**Date worked:** 4/12/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L450 | Trial and Hearing Attendance | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for Preliminary Injunction hearing, preparation of exhibits | | Transferred |

| **Total for Date worked:** | 4/12/2004 | Billable Time | (100.00%): | 4.90 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 4.90 |

A-371

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 4/21/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Trial preparation. witnesses | | Transferred |

| **Total for Date worked:** | 4/21/2004 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 3.90 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 3.90 |

**Date worked:** 4/22/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Trial preparation with clients; telephone conference with counsel for URS, telephone conference with counsel for surety | | Transferred |

| **Total for Date worked:** | 4/22/2004 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 6.90 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 6.90 |

A-372

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

| Date worked: | 4/29/2004 | | Time qty. |
|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.10 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location :** | KOFP | King of Prussia | |
| | **Phase :** | L400 | Trial Preparation and Trial | |
| | **Task :** | L450 | Trial and Hearing Attendance | |
| | **Activity:** | A111 | Other | |
| | **Billable:** | Billable | | |
| | **Narrative:** | | Trial preparation. exhibits and answer to Motion | Transferred |

| Total for Date worked: | 4/29/2004 | Billable Time | (100.00%): | 2.10 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 2.10. |

| Date worked: | 5/26/2004 | | Time qty. |
|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.30 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location :** | KOFP | King of Prussia | |
| | **Phase :** | L400 | Trial Preparation and Trial | |
| | **Task :** | L450 | Trial and Hearing Attendance | |
| | **Activity:** | A111 | Other | |
| | **Billable:** | Billable | | |
| | **Narrative:** | | Argument on Motion for Hearing | Transferred |

| Total for Date worked: | 5/26/2004 | Billable Time | (100.00%): | 6.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 6.30 |

A-373

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 9/3/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L450 | Trial and Hearing Attendance | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Rule 16 Judicial Conference, draft discovery requests, correspondence to attorney for City of Newark; preparation of scheduling order | Transferred |

| | | |
| --- | --- | --- |
| **Total for Date worked:** | 9/3/2004 | Billable Time    (100.00%): **5.70** |
| | | Non-Billable Time    ( 0.00%): **0.00** |
| | | Total Time: **5.70** |

**Date worked:** 1/12/2005

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation for and conference with Judge Sleet; telephone conference with counsel for Newark and Surety re: discovery, correspondence to attorney | Transferred |

| | | |
| --- | --- | --- |
| **Total for Date worked:** | 1/12/2005 | Billable Time    (100.00%): **3.80** |
| | | Non-Billable Time    ( 0.00%): **0.00** |
| | | Total Time: **3.80** |

A-374

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 6/14/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** : | L400 | Trial Preparation and Trial | |
| **Task** : | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Preparation for mediation; review response memorandum, telephone conference with client re: soil sample tests' telephone conference with counsel for surety, conference with client | Transferred |

**Total for Date worked:** 6/14/2005

| | | |
|---|---|---|
| Billable Time | (100.00%): | 5.00 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| **Total Time:** | | **5.00** |

**Date worked:** 5/15/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** : | L400 | Trial Preparation and Trial | |
| **Task** : | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review memorandum and intra-office conference re: executive session issues | Transferred |

**Total for Date worked:** 5/15/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 2.00 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| **Total Time:** | | **2.00** |

A-375

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 7/3/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Trial preparation: trial exhibits [documents and photos] and testimony organization (witnesses), review D. Durkin Jr. diary re: Prouty actions' preparation for deposition of Luft and Prouty; preparation for depositions of City Council members | Transferred |

| **Total for Date worked:** | 7/3/2006 | Billable Time | (100.00%): | 5.90 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 5.90 |

**Date worked:** 8/13/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Trial preparation: Motions in Limine | Transferred |

| **Total for Date worked:** | 8/13/2006 | Billable Time | (100.00%): | 2.50 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 2.50 |