A-376

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 8/22/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Trial preparation: outline of proofs and testimony | | Transferred |

| **Total for Date worked:** | 8/22/2006 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 4.00 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 4.00 |

**Date worked:** 8/24/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Legal research re: Motions, preparation for deposition of URS expert | | Transferred |

| **Total for Date worked:** | 8/24/2006 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 4.00 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 4.00 |

A-377

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 8/29/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Trial preparation and preparation for deposition of URS expert | | Transferred |

| **Total for Date worked:** | 8/29/2006 | Billable Time | (100.00%): | 4.00 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | | 4.00 |

**Date worked:** 8/30/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Trial preparation: witness proofs; preparation for deposition of URS expert | | Transferred |

| **Total for Date worked:** | 8/30/2006 | Billable Time | (100.00%): | 4.00 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | | 4.00 |

Fay Hunsberger (FBH)

A-378

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

| Date worked: | 9/2/2006 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for Pretrial Conference, review Motions and Briefs | | |
| | | | Transferred |

| **Total for Date worked:** | 9/2/2006 | Billable Time    (100.00%): | 5.50 |
|---|---|---|---|
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | **Total Time:** | 5.50 |

| Date worked: | 9/3/2006 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Review Judge Sleet's homepage for standing orders, shepardize cases and issues | | |
| | | | Transferred |

| **Total for Date worked:** | 9/3/2006 | Billable Time    (100.00%): | 2.00 |
|---|---|---|---|
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | **Total Time:** | 2.00 |

A-379

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper:** 002    Paul A. Logan

**Date worked:** 9/5/2006

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 8.10 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L400 | Trial Preparation and Trial | |
| **Task :** L450 | Trial and Hearing Attendance | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Preparation for and attend pretrial conference with Judge Sleet | | Transferred |

**Total for Date worked:** 9/5/2006

| | |
|---|---|
| Billable Time    (100.00%): | **8.10** |
| Non-Billable Time   ( 0.00%): | **0.00** |
| Total Time: | **8.10** |

**Date worked:** 9/7/2006

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 2.30 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L400 | Trial Preparation and Trial | |
| **Task :** L440 | Other Trial Preparation and Support | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Trial preparation: examination outline | | Transferred |

**Total for Date worked:** 9/7/2006

| | |
|---|---|
| Billable Time    (100.00%): | **2.30** |
| Non-Billable Time   ( 0.00%): | **0.00** |
| Total Time: | **2.30** |

A-380

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 9/8/2006

| | | Time qty. |
|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Trial preparation: witness testimony organization | | Transferred |

| **Total for Date worked:** | 9/8/2006 | Billable Time | (100.00%): | 7.70 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 7.70 |

**Date worked:** 9/10/2006

| | | Time qty. |
|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 11.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Trial preparation: trial testimony outlines | | Transferred |

| **Total for Date worked:** | 9/10/2006 | Billable Time | (100.00%): | 11.10 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 11.10 |

A-381

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
| --- | --- | --- |

**Date worked:** 9/11/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Trial preparation. testimony of witnesses | Transferred |

| **Total for Date worked:** | 9/11/2006 | Billable Time | (100.00%): | 7.00 |
| --- | --- | --- | --- | --- |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | 7.00 |

**Date worked:** 9/12/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Trial preparation: Donald Durkin Jr. testimony | Transferred |

| **Total for Date worked:** | 9/12/2006 | Billable Time | (100.00%): | 5.90 |
| --- | --- | --- | --- | --- |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | 5.90 |

A-382

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 9/13/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 12.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Trial preparation: conference with counsel for Federal and URS | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 9/13/2006 | |
| | Billable Time | (100.00%): | 12.70 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 12.70 |

**Date worked:** 9/14/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 8.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Trial preparation: Calabria, Luft and URS witnesses | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 9/14/2006 | |
| | Billable Time | (100.00%): | 8.00 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 8.00 |

Fay Hunsberger (FBH)

A-383

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

| Date worked: | 9/16/2006 | |
|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L400 | Trial Preparation and Trial | |
| **Task** : | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Trial preparation: Michael Durkin, Don Durkin testimony, trial exhibits | Transferred |

| Total for Date worked: | 9/16/2006 | Billable Time | (100.00%): | 7.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 7.30 |

| Date worked: | 9/17/2006 | |
|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 8.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L400 | Trial Preparation and Trial | |
| **Task** : | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Trial preparation: Opening and testimony of Michael Durkin | Transferred |

| Total for Date worked: | 9/17/2006 | Billable Time | (100.00%): | 8.90 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 8.90 |

A-384

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|

**Date worked:** 9/18/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Trial preparation. meeting with Calabria, intra-office conference re. opening statement and exhibits; conference with counsel for Federal | Transferred 3.50 |

| **Total for Date worked:** | 9/18/2006 | Billable Time | (100.00%): | 3.50 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | 3.50 |

**Date worked:** 9/20/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Trial preparation: Intergeo, finalize exhibits, finalize Mike Durkin testimony | Transferred 7.70 |

| **Total for Date worked:** | 9/20/2006 | Billable Time | (100.00%): | 7.70 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | 7.70 |

A-385

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|
| Date worked: | 9/21/2006 | | | |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 11.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L400 | Trial Preparation and Trial | |
| **Task** : | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Conference with client, damage issues, finalize Motion for Sanctions | | Transferred |

| **Total for Date worked:** | 9/21/2006 | **Billable Time** | (100.00%): | 11.00 |
|---|---|---|---|---|
| | | **Non-Billable Time** | ( 0.00%): | 0.00 |
| | | **Total Time:** | | 11.00 |

| Date worked: | 9/22/2006 | | | |
|---|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 12.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L400 | Trial Preparation and Trial | |
| **Task** : | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Trial preparation: finalize Motion; finalize exhibits, finalize witness testimony | | Transferred |

| **Total for Date worked:** | 9/22/2006 | **Billable Time** | (100.00%): | 12.00 |
|---|---|---|---|---|
| | | **Non-Billable Time** | ( 0.00%): | 0.00 |
| | | **Total Time:** | | 12.00 |

A-386

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 9/24/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Trial preparation: Opening Statement; legal research re: counterclaim dismissal; edit outline for Michael Durkin | | Transferred |

| **Total for Date worked:** | 9/24/2006 | Billable Time (100.00%): | 9.90 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | 9.90 |

**Date worked:** 9/26/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 13.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L450 | Trial and Hearing Attendance | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Finalize trial preparation; intra-office conference; trial | | Transferred |

| **Total for Date worked:** | 9/26/2006 | Billable Time (100.00%): | 13.10 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | 13.10 |

Fay Hunsberger (FBH)

A-387

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan | |
|---|---|---|
| Date worked: 9/27/2006 | | |

| | | Time qty. |
|---|---|---|
| Client: 3514 | Durkin Contracting, Inc., Donald M. | 13.00 |
| Matter: 04 | City of Newark Project | |
| Location : KOFP | King of Prussia | |
| Phase : L400 | Trial Preparation and Trial | |
| Task : L450 | Trial and Hearing Attendance | |
| Activity: A111 | Other | |
| Billable: Billable | | |
| Narrative: Preparation and trial | | Transferred |

| Total for Date worked: 9/27/2006 | Billable Time (100.00%): | 13.00 |
|---|---|---|
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 13.00 |

| Date worked: 9/28/2006 | | |
|---|---|---|

| | | Time qty. |
|---|---|---|
| Client: 3514 | Durkin Contracting, Inc., Donald M. | 15.50 |
| Matter: 04 | City of Newark Project | |
| Location : KOFP | King of Prussia | |
| Phase : L400 | Trial Preparation and Trial | |
| Task : L450 | Trial and Hearing Attendance | |
| Activity: A111 | Other | |
| Billable: Billable | | |
| Narrative: Preparation for trial, trial | | Transferred |

| Total for Date worked: 9/28/2006 | Billable Time (100.00%): | 15.50 |
|---|---|---|
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 15.50 |

A-388

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | |
|---|---|---|---|
| **Date worked:** | 9/29/2006 | | |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 13.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L450 | Trial and Hearing Attendance | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for trial, attendance at trial | | Transferred |

| **Total for Date worked:** | 9/29/2006 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 13.50 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 13.50 |

| **Date worked:** | 9/30/2006 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 12.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation of trial: conference with client and legal research re: waiver of affirmative defenses; preparation of closing | | Transferred |

| **Total for Date worked:** | 9/30/2006 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 12.10 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 12.10 |

Fay Hunsberger (FBH)

A-389

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 10/1/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 16.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation of Motion re: damages; limitation of testimony FRCP 8; conference with client: Donald Durkin Jr.; outline of final speech; legal research re: tort immunity | | Transferred |

| Total for Date worked: | 10/1/2006 | | |
|---|---|---|---|
| | | Billable Time      (100.00%): | 16.10 |
| | | Non-Billable Time  (  0.00%): | 0.00 |
| | | Total Time: | 16.10 |

**Date worked:** 10/2/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 13.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Trial preparation, attendance at trial; conference with clients and preparation of Closing speech | | Transferred |

| Total for Date worked: | 10/2/2006 | | |
|---|---|---|---|
| | | Billable Time      (100.00%): | 13.10 |
| | | Non-Billable Time  (  0.00%): | 0.00 |
| | | Total Time: | 13.10 |

A-390

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan |
|---|---|---|

**Date worked:** 10/3/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 14.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Preparation for trial; finalize Motion and Brief; outline intra-office conference closing | | Transferred |

| Total for Date worked: | 10/3/2006 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 14.00 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 14.00 |

| Total for Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 310.90 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 310.90 |

# David T. Bolger, Esquire

# Timesheets – L100

A-392

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked:** 9/4/2003

| Total for Date worked: | 9/4/2003 | Billable Time | (100.00%): | 0.60 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 0.60 |

**Date worked:** 2/15/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Review draft complaint | | Transferred |

| Total for Date worked: | 2/15/2004 | Billable Time | (100.00%): | 1.60 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 1.60 |

**Date worked:** 2/26/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Review report, meeting with representatives of Durkin and subcontractor to review pre-bid and post-bid events for motion for injunctive relief | | Transferred |

| Total for Date worked: | 2/26/2004 | Billable Time | (100.00%): | 3.80 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 3.80 |

A-393

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

| Date worked: | 3/8/2004 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Travel to site for visit with Richardson and counsel for surety | | Transferred |

| Total for Date worked: | 3/8/2004 | Billable Time      (100.00%): | 4.80 |
|---|---|---|---|
| | | Non-Billable Time      ( 0.00%): | 0.00 |
| | | Total Time: | 4.80 |

| Date worked: | 3/9/2004 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A105 | Communicate (in firm) | |
| **Billable:** | Billable | | |
| **Narrative:** | Meeting with PAL regarding site visit and issues to be included in Richardson report, e-mail on specifics | | Transferred |

| Total for Date worked: | 3/9/2004 | Billable Time      (100.00%): | 1.50 |
|---|---|---|---|
| | | Non-Billable Time      ( 0.00%): | 0.00 |
| | | Total Time: | 1.50 |

A-394

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 3/22/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A105 | Communicate (in firm) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Discussion with PAL and MJP regarding legal issues that need to be briefed, affidavits that need to be developed and attached to the motion, telecon with client regarding service of the complaint | Transferred |

| **Total for Date worked:** | 3/22/2004 | Billable Time | (100.00%): | **4.30** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **4.30** |

**Date worked:** 3/31/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A106 | Communicate (with client) | |
| **Billable:** | Billable | | |
| **Narrative:** | | E-mail responses to client questions about contractor responsibility program | Transferred |

| **Total for Date worked:** | 3/31/2004 | Billable Time | (100.00%): | **0.80** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **0.80** |

A-395

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked:** 4/5/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L110 | Fact Investigation/Development | |
| **Activity:** | A105 | Communicate (in firm) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Meetings with PAL and MJP regarding remaining issues to resolve prior to filing motion for preliminary injunctive relief | 2.20 Transferred |

| Total for Date worked: | 4/5/2004 | Billable Time | (100.00%): | **2.20** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | **Total Time:** | **2.20** |

**Date worked:** 5/4/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L110 | Fact Investigation/Development | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review responses from City and URS to motion for injunctive and declaratory relief, letter to Court regarding request for evidentiary hearing | 2.80 Transferred |

| Total for Date worked: | 5/4/2004 | Billable Time | (100.00%): | **2.80** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | **Total Time:** | **2.80** |

A-396

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 7/28/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A106 | Communicate (with client) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telecons with J. Durkin, review materials e-mailed by client, memo to PAL, e-mails and telecons with counsel regarding possible mediation dates | Transferred |

| **Total for Date worked:** | **7/28/2004** | Billable Time | (100.00%): | **2.40** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | **Total Time:** | **2.40** |

**Date worked:** 7/29/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A106 | Communicate (with client) | |
| **Billable:** | Billable | | |
| **Narrative:** | | E-mails and telecons to client regarding plans, contents, telecon with surety representatives concerning specific questions reply brief from City of Newark | Transferred |

| **Total for Date worked:** | **7/29/2004** | Billable Time | (100.00%): | **2.10** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | **Total Time:** | **2.10** |

A-397

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 8/3/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | Telecon and e-mail with counsel for surety regarding caselaw in reply brief | | Transferred |

| **Total for Date worked:** | 8/3/2004 | Billable Time | (100.00%): | **0.40** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **0.40** |

**Date worked:** 8/10/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Review 1/30/04 report from URS, meeting with clients regarding affidavits, prepare preliminary portions of affidavits | | Transferred |

| **Total for Date worked:** | 8/10/2004 | Billable Time | (100.00%): | **6.10** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **6.10** |

A-398

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

## Date worked: 8/26/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | Telecons with counsel for surety, review of draft joint status report, comments to surety counsel | | Transferred |

| Total for Date worked: | 8/26/2004 | Billable Time | (100.00%): | 2.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 2.30 |

## Date worked: 8/30/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A106 | Communicate (with client) | |
| **Billable:** | Billable | | |
| **Narrative:** | Telecons with client and counsel for surety regarding bid opening date | | Transferred |

| Total for Date worked: | 8/30/2004 | Billable Time | (100.00%): | 0.40 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 0.40 |

A-399

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked:** 9/28/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telecons and e-mails to counsel for bonding company regarding additional materials and reports requested | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 9/28/2004 | Billable Time (100.00%): 1.10 |
| | | Non-Billable Time ( 0.00%): 0.00 |
| | | Total Time: 1.10 |

**Date worked:** 10/28/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telecons and emails concerning arranging document inspection of URS documents next week | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 10/28/2004 | Billable Time (100.00%): 0.60 |
| | | Non-Billable Time ( 0.00%): 0.00 |
| | | Total Time: 0.60 |

Fay Hunsberger (FBH)

A-400

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 10/29/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L110 | Fact Investigation/Development | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review white paper, discussion with PAL regarding assist with mediation statement due next week | Transferred |

| **Total for Date worked:** | 10/29/2004 | Billable Time    (100.00%): | 1.10 |
|---|---|---|---|
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | **Total Time:** | 1.10 |

**Date worked:** 11/2/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L100 | Case Assessment, Development and Administration | |
| **Task** | : L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | | E-mail and telecon with counsel for URS concerning document inspection on Wednesday | Transferred |

| **Total for Date worked:** | 11/2/2004 | Billable Time    (100.00%): | 0.30 |
|---|---|---|---|
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | **Total Time:** | 0.30 |