A-401

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 11/8/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Review documents, prepare 1st draft of mediation statement | | Transferred |

| Total for Date worked: | 11/8/2004 | Billable Time | (100.00%): | **3.80** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **3.80** |

**Date worked:** 11/12/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | Telecon with counsel for surety regarding mediation statement and strategy, review and circulation of draft mediation memo from surety, start on initial draft of mediation statement | | Transferred |

| Total for Date worked: | 11/12/2004 | Billable Time | (100.00%): | **4.60** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **4.60** |

A-402

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 11/15/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 8.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L160 | Settlement/Non-Binding ADR | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Review materials and draft mediation statement | | |

| Total for Date worked: | 11/15/2004 | | |
|---|---|---|---|
| | | **Billable Time** (100.00%): | **8.40** |
| | | **Non-Billable Time** ( 0.00%): | **0.00** |
| | | **Total Time:** | **8.40** |

Transferred

**Date worked:** 11/18/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft of mediation statement | | |

| Total for Date worked: | 11/18/2004 | | |
|---|---|---|---|
| | | **Billable Time** (100.00%): | **6.10** |
| | | **Non-Billable Time** ( 0.00%): | **0.00** |
| | | **Total Time:** | **6.10** |

Transferred

Fay Hunsberger (FBH)

A-403

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 11/19/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Review and finalize changes to draft mediation statement, discussions with counsel for surety regarding same, telecons with client regarding means and methods, compaction requirements for Zone IV materials, strategy for mediation | | Transferred |

| **Total for Date worked:** | 11/19/2004 | Billable Time | (100.00%): | 3.10 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 3.10 |

**Date worked:** 11/22/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | Coordinate document review of City documents with counsel for surety, finalize and mail out mediation statement | | Transferred |

| **Total for Date worked:** | 11/22/2004 | Billable Time | (100.00%): | 2.80 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 2.80 |

A-404

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked:** 11/23/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | Conversations with counsel for surety and client regarding issues on constructability, evidence of testing on Zone IV materials | | Transferred |

| **Total for Date worked:** | 11/23/2004 | Billable Time | (100.00%): | 2.70 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | **2.70** |

**Date worked:** 11/29/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A105 | Communicate (in firm) | |
| **Billable:** | Billable | | |
| **Narrative:** | Discussions with PAL and clients regarding mediation strategy | | Transferred |

| **Total for Date worked:** | 11/29/2004 | Billable Time | (100.00%): | 3.10 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | **3.10** |

A-405

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|
| Date worked: | 12/20/2004 | | |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | | Meeting with clients in office to review documents, discuss strategy for settlement and trial | Transferred |

| Total for Date worked: | 12/20/2004 | Billable Time      (100.00%): | 2.40 |
|---|---|---|---|
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 2.40 |

| Date worked: | 1/4/2005 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review e-mails from counsel for surety, discussion with PAL concerning dismissal of URS, planned discovery and depositions | Transferred |

| Total for Date worked: | 1/4/2005 | Billable Time      (100.00%): | 1.50 |
|---|---|---|---|
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 1.50 |

A-406

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 1/11/2005

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L110 | Fact Investigation/Development | |
| Activity: | A107 | Communicate (other outside counsel) | |
| Billable: | Billable | | |
| Narrative: | | E-mails and telecons with counsel for City of Newark and URS regarding conference call with Court | Transferred |

**Total for Date worked:** 1/11/2005

| | | |
|---|---|---|
| Billable Time (100.00%): | 0.30 |
| Non-Billable Time ( 0.00%): | 0.00 |
| Total Time: | 0.30 |

**Date worked:** 1/12/2005

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 1.50 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L110 | Fact Investigation/Development | |
| Activity: | A107 | Communicate (other outside counsel) | |
| Billable: | Billable | | |
| Narrative: | | Conference call with Court regarding resetting deadlines, discovery issues | Transferred |

**Total for Date worked:** 1/12/2005

| | | |
|---|---|---|
| Billable Time (100.00%): | 1.50 |
| Non-Billable Time ( 0.00%): | 0.00 |
| Total Time: | 1.50 |

A-407

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 6/20/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | HBRG | Harrisburg | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review notes from document inspections and items missing that need to be provided by URS and the City | Transferred |

| **Total for Date worked:** | 6/20/2005 | Billable Time | (100.00%): | **1.40** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | | **1.40** |

**Date worked:** 6/21/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A105 | Communicate (in firm) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telecon with PAL regarding site visit next week, locate videographer for filming reservoir | Transferred |

| **Total for Date worked:** | 6/21/2005 | Billable Time | (100.00%): | **0.80** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | | **0.80** |

A-408

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 6/22/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Arrange for videographer at reservoir next Monday, e-mails and telecons regarding City access to site, observation, etc. | |
| | | | Transferred |

| **Total for Date worked:** | 6/22/2005 | Billable Time    (100.00%): | 3.10 |
|---|---|---|---|
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | **Total Time:** | 3.10 |

**Date worked:** 6/23/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A106 | Communicate (with client) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telecon with client concerning having Fabriform rep present for site visit, general discussion on City's current posture and strategy | |
| | | | Transferred |

| **Total for Date worked:** | 6/23/2005 | Billable Time    (100.00%): | 0.40 |
|---|---|---|---|
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | **Total Time:** | 0.40 |

A-409

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 6/27/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | | Site visit at reservoir with client, surety representatives, consultants, videographer, follow on meeting to discuss findings | |

| **Total for Date worked:** | 6/27/2005 | Billable Time (100.00%): | 6.80 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 6.80 |

Transferred

**Date worked:** 7/5/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A105 | Communicate (in firm) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Discussion with PAL regarding videographer, inspection of other documents at surety counsel office | |

| **Total for Date worked:** | 7/5/2005 | Billable Time (100.00%): | 0.70 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.70 |

Transferred

A-410

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked:** 7/19/2005

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 1.30 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L100 | Case Assessment, Development and Administration | | |
| **Task :** | L110 | Fact Investigation/Development | | |
| **Activity:** | A104 | Review/analyze | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Review motion for protective order filed by City of Newark, discussion with PAL concerning response and affidavits needed | | | Transferred |

**Total for Date worked:    7/19/2005**

| | | |
|---|---|---|
| Billable Time | (100.00%): | 1.30 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 1.30 |

**Date worked:** 7/25/2005

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 6.50 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L100 | Case Assessment, Development and Administration | | |
| **Task :** | L110 | Fact Investigation/Development | | |
| **Activity:** | A103 | Draft/revise | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Prepare affidavits and response to motion for protective order | | | Transferred |

**Total for Date worked:    7/25/2005**

| | | |
|---|---|---|
| Billable Time | (100.00%): | 6.50 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 6.50 |

A-411

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 030 | David T. Bolger | | |
|---|---|---|---|
| Date worked: | 8/1/2005 | | |

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| Matter: | 04 | City of Newark Project | |
| Location : | HBRG | Harrisburg | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L110 | Fact Investigation/Development | |
| Activity: | A108 | Communicate (other external) | |
| Billable: | Billable | | |
| Narrative: | Telecon with videographer regarding obtaining copies of video | | Transferred |

| Total for Date worked: | 8/1/2005 | Billable Time (100.00%): | 0.30 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.30 |

| Date worked: | 8/2/2005 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 0.40 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L110 | Fact Investigation/Development | |
| Activity: | A107 | Communicate (other outside counsel) | |
| Billable: | Billable | | |
| Narrative: | Coordination on video handling, telecon with videographer regarding copies | | Transferred |

| Total for Date worked: | 8/2/2005 | Billable Time (100.00%): | 0.40 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.40 |

A-412

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 9/6/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A105 | Communicate (in firm) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Discussion with PAL regarding revised scheduling order, prepare revised scheduling order and distribute to all counsel for comments | Transferred |

| **Total for Date worked:** | 9/6/2005 | Billable Time (100.00%): | 1.70 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 1.70 |

**Date worked:** 9/7/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review proposed changes from other counsel to draft scheduling order, respond with comments, telecon to V. Petrone regarding stipulation to dismiss URS, revise scheduling order to incorporate comments from counsel | Transferred |

| **Total for Date worked:** | 9/7/2005 | Billable Time (100.00%): | 2.60 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 2.60 |

A-413

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 030 | David T. Bolger | |
|---|---|---|

**Date worked: 9/8/2005**

| | | Time qty. |
|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Revise scheduling order and e-mail to counsel, attend status conference | | Transferred |

| **Total for Date worked:** | **9/8/2005** | **Billable Time** | **(100.00%):** | **5.20** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | **Total Time:** | | **5.20** |

**Date worked: 9/12/2005**

| | | Time qty. |
|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A105 | Communicate (in firm) | |
| **Billable:** | Billable | | |
| **Narrative:** | Telecon with PAL, review revised scheduling order | | Transferred |

| **Total for Date worked:** | **9/12/2005** | **Billable Time** | **(100.00%):** | **0.40** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | **Total Time:** | | **0.40** |

A-414

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 9/16/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | | E-mails to D. Burkholder regarding obtaining copies of documents produced by the City of Newark | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** 9/16/2005 | Billable Time    (100.00%): | 0.60 |
| | Non-Billable Time    ( 0.00%): | 0.00 |
| | Total Time: | 0.60 |

**Date worked:** 9/20/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Discussion with PAL regarding documents from City and preparation for depositions, telecon with D. Burkholder regarding same | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** 9/20/2005 | Billable Time    (100.00%): | 1.50 |
| | Non-Billable Time    ( 0.00%): | 0.00 |
| | Total Time: | 1.50 |

A-415

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked:** 9/28/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Attend training in federal court | | Transferred |

| **Total for Date worked:** | 9/28/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 5.60 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 5.60 |

**Date worked:** 9/29/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A105 | Communicate (in firm) | |
| **Billable:** | Billable | | |
| **Narrative:** | Discussion with PAL regarding upcoming depositions, documents from City of Newark, discovery disputes with City over expert disclosures. | | Transferred |

| **Total for Date worked:** | 9/29/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 1.40 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 1.40 |

A-416

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|
| **Date worked:** | **10/4/2005** | | |

| | | | Time qty. |
|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.20 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location :** | KOFP | King of Prussia | |
| | **Phase :** | L100 | Case Assessment, Development and Administration | |
| | **Task :** | L110 | Fact Investigation/Development | |
| | **Activity:** | A106 | Communicate (with client) | |
| | **Billable:** | Billable | | |
| | **Narrative:** | | Meeting with client in office to review City files, discussion with client regarding case, depositions, Federal motion for summary judgment | Transferred |

| **Total for Date worked:** | **10/4/2005** | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 1.20 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 1.20 |

| **Date worked:** | **10/11/2005** | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.60 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location :** | KOFP | King of Prussia | |
| | **Phase :** | L100 | Case Assessment, Development and Administration | |
| | **Task :** | L110 | Fact Investigation/Development | |
| | **Activity:** | A106 | Communicate (with client) | |
| | **Billable:** | Billable | | |
| | **Narrative:** | | Telecon with client concerning joinder complaint, forward to client | Transferred |

A-417

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 10/11/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A106 | Communicate (with client) | |
| **Billable:** | Billable | | |
| **Narrative:** | Telecons with client concerning updated status on discovery, telecon with PAL regarding scheduling retired contractor for interview | | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 10/11/2005 | |
| | Billable Time (100.00%): | 1.90 |
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 1.90 |

**Date worked:** 10/17/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Review reservoir photos taken by client, telecon with client regarding same | | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 10/17/2005 | |
| | Billable Time (100.00%): | 0.90 |
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 0.90 |

A-418

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 10/25/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A108 | Communicate (other external) | |
| **Billable:** | Billable | | |
| **Narrative:** | E-mail and telecon to videographer regarding site visit to reservoir on Thursday | | Transferred |

| **Total for Date worked:** | 10/25/2005 | Billable Time (100.00%): | 0.40 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **0.40** |

**Date worked:** 10/27/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 8.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Site meeting at reservoir, follow on discussion with clients, consultant, counsel for Federal regarding observations. | | Transferred |

| **Total for Date worked:** | 10/27/2005 | Billable Time (100.00%): | 8.40 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | **8.40** |

A-419

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked:** 10/28/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Review discovery responses by Federal, draft motion for summary judgment | | Transferred |

| **Total for Date worked:** | 10/28/2005 | Billable Time | (100.00%): | 3.50 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 3.50 |

**Date worked:** 11/11/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | Telecons and e-mails with counsel for Federal regarding mediation statement, telecons and e-mails with client concerning pay apps and retainage on project | | Transferred |

| **Total for Date worked:** | 11/11/2005 | Billable Time | (100.00%): | 1.80 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 1.80 |

A-420

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 11/14/2005

| | | Time qty. |
|---|---|---|
| **Client:** | 3514 Durkin Contracting, Inc., Donald M. | 2.30 |
| **Matter:** | 04 City of Newark Project | |
| **Location :** | KOFP King of Prussia | |
| **Phase :** | L100 Case Assessment, Development and Administration | |
| **Task :** | L110 Fact Investigation/Development | |
| **Activity:** | A104 Review/analyze | |
| **Billable:** | Billable | |
| **Narrative:** | Provide suggested revisions to Federal mediation statement | Transferred |

**Total for Date worked:** 11/14/2005

| | Billable Time | (100.00%): | 2.30 |
|---|---|---|---|
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 2.30 |

**Date worked:** 11/15/2005

| | | Time qty. |
|---|---|---|
| **Client:** | 3514 Durkin Contracting, Inc., Donald M. | 2.10 |
| **Matter:** | 04 City of Newark Project | |
| **Location :** | KOFP King of Prussia | |
| **Phase :** | L100 Case Assessment, Development and Administration | |
| **Task :** | L110 Fact Investigation/Development | |
| **Activity:** | A107 Communicate (other outside counsel) | |
| **Billable:** | Billable | |
| **Narrative:** | Coordinate with counsel for defendants and surety concerning site visit next week, contact C. Calabria concerning same, arrange with videographer for attendance | Transferred |

**Total for Date worked:** 11/15/2005

| | Billable Time | (100.00%): | 2.10 |
|---|---|---|---|
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 2.10 |

A-421

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 11/17/2005

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 1.30 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L110 | Fact Investigation/Development | |
| Activity: | A107 | Communicate (other outside counsel) | |
| Billable: | Billable | | |
| Narrative: | | E-mails and telecons to counsel to reschedule site visit, confirm with videographer and Calabria | Transferred |

**Total for Date worked:** 11/17/2005

| | | |
|---|---|---|
| Billable Time | (100.00%): | 1.30 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 1.30 |

**Date worked:** 11/18/2005

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 1.80 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L110 | Fact Investigation/Development | |
| Activity: | A107 | Communicate (other outside counsel) | |
| Billable: | Billable | | |
| Narrative: | | E-mails and telecons with counsel for City of Newark confirming details for Tuesday site visit, confirmation with counsel for Federal and consultant for attendance | Transferred |

**Total for Date worked:** 11/18/2005

| | | |
|---|---|---|
| Billable Time | (100.00%): | 1.80 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 1.80 |

A-422

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|
| **Date worked:** | **11/22/2005** | | | |

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 6.10 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L100 | Case Assessment, Development and Administration | | |
| **Task :** | L110 | Fact Investigation/Development | | |
| **Activity:** | A109 | Appear for/attend | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Attend site visit in Newark, follow on discussion with Federal and consultant | | | Transferred |

| **Total for Date worked:** | **11/22/2005** | | Billable Time     (100.00%): | **6.10** |
|---|---|---|---|---|
| | | | Non-Billable Time   ( 0.00%): | **0.00** |
| | | | **Total Time:** | **6.10** |

| **Date worked:** | **11/28/2005** | | | |
|---|---|---|---|---|

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 3.40 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L100 | Case Assessment, Development and Administration | | |
| **Task :** | L110 | Fact Investigation/Development | | |
| **Activity:** | A103 | Draft/revise | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Draft redline changes to answers to interrogatories for Federal, e-mail document to counsel for Federal | | | Transferred |

| **Total for Date worked:** | **11/28/2005** | | Billable Time     (100.00%): | **3.40** |
|---|---|---|---|---|
| | | | Non-Billable Time   ( 0.00%): | **0.00** |
| | | | **Total Time:** | **3.40** |

A-423

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
| --- | --- | --- |

**Date worked:** 12/9/2005

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L110 | Fact Investigation/Development | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Review proposed discovery responses to MPI, e-mail back to P. Kingsley regarding same | | Transferred |

| Total for Date worked: | 12/9/2005 | | |
| --- | --- | --- | --- |
| | | Billable Time     (100.00%): | 1.30 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 1.30 |

**Date worked:** 12/16/2005

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | Review e-mail from counsel regarding applicability of CASPA, respond to counsel with evaluation of contract and legal analysis | | Transferred |

| Total for Date worked: | 12/16/2005 | | |
| --- | --- | --- | --- |
| | | Billable Time     (100.00%): | 0.70 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 0.70 |

A-424

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 1/10/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A108 | Communicate (other external) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review response from P. Cottrell, discuss with PAL, contact Court to schedule conference call, prepare joint submission to Court | Transferred |

| **Total for Date worked:** | 1/10/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | **1.40** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | **1.40** |

**Date worked:** 1/25/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | | Revise response to Newark's letter brief for filing with court | Transferred |

| **Total for Date worked:** | 1/25/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | **2.30** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | **2.30** |

A-425

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 1/27/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | HBRG | Harrisburg | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A102 | Research | |
| **Billable:** | Billable | | |
| **Narrative:** | Locate case on strict limitations on termination, forward to PAL | | Transferred |

| **Total for Date worked:** | 1/27/2006 | Billable Time | (100.00%): | 0.70 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | | 0.70 |

**Date worked:** 2/1/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | Discussions with S. Arena regarding discovery extension and court order, further document discovery from the City and George & Lynch | | Transferred |

| **Total for Date worked:** | 2/1/2006 | Billable Time | (100.00%): | 1.60 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | | 1.60 |