A-426

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 2/6/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Finalize G&L subpoena attachment, review rules on service, fees | | Transferred |

**Total for Date worked:** 2/6/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 1.20 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 1.20 |

**Date worked:** *2/7/2006*

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | Locate and e-mail photographs from deposition to counsel for Newark; e-mail to Cottrell regarding discovery/production of electronic documents from Newark | | Transferred |

**Total for Date worked:** 2/7/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 2.40 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 2.40 |

A-427

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 2/13/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | E-mail site photos to counsel | | Transferred |

| **Total for Date worked:** | 2/13/2006 | **Billable Time** | **(100.00%):** | **0.40** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **0.40** |

**Date worked:** 3/13/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | E-mail to counsel for Federal regarding deposition of Federal designee, copying of George & Lynch records | | Transferred |

| **Total for Date worked:** | 3/13/2006 | **Billable Time** | **(100.00%):** | **0.60** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **0.60** |

A-428

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 3/15/2006

| | | | Time qty. | 5.10 |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L100 | Case Assessment, Development and Administration | | |
| **Task :** | L110 | Fact Investigation/Development | | |
| **Activity:** | A107 | Communicate (other outside counsel) | | |
| **Billable:** | Billable | | | |
| **Narrative:** | | Discussion with D. Burkholder regarding motion for summary judgment, review motion and brief, discussion with PAL regarding testimony of Federal designee, additional discovery of reservoir condition prior to conclusion of discovery; review client diaries, inquiry to counsel for Federal regarding prior inspection of same | | |

| **Total for Date worked:** | 3/15/2006 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | **5.10** |
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **5.10** |

Transferred

**Date worked:** 3/16/2006

| | | | Time qty. | 0.60 |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L100 | Case Assessment, Development and Administration | | |
| **Task :** | L110 | Fact Investigation/Development | | |
| **Activity:** | A107 | Communicate (other outside counsel) | | |
| **Billable:** | Billable | | | |
| **Narrative:** | | Reminder e-mail to D. Wolcott and P. Cottrell regarding production of additional documents. | | |

| **Total for Date worked:** | 3/16/2006 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | **0.60** |
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | Total Time: | **0.60** |

Transferred

A-429

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 3/22/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | | E-mails and telecons with counsel regarding supplemental production of documents, role of G&L principals in negotiation of completion contract | Transferred |

**Total for Date worked:** 3/22/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 1.10 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 1.10 |

**Date worked:** 3/24/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review and comments on City response to MSJ | Transferred |

**Total for Date worked:** 3/24/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 3.70 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 3.70 |

*A-430*

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 3/27/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Suggested materials back to Federal on reply brief | | Transferred |

| **Total for Date worked:** | 3/27/2006 | **Billable Time** | **(100.00%):** | **2.30** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **2.30** |

**Date worked:** 3/30/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Review of initial draft of MSJ brief, provide comments to Federal | | Transferred |

| **Total for Date worked:** | 3/30/2006 | **Billable Time** | **(100.00%):** | **2.60** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **2.60** |

A-431

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 3/31/2006

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 1.30 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L110 | Fact Investigation/Development | |
| Activity: | A103 | Draft/revise | |
| Billable: | Billable | | |
| Narrative: | Telecons with D. Burkholder, suggested language revisions for reply brief | | Transferred |

| Total for Date worked: | 3/31/2006 | Billable Time (100.00%): | 1.30 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 1.30 |

**Date worked:** 4/3/2006

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 1.60 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L110 | Fact Investigation/Development | |
| Activity: | A103 | Draft/revise | |
| Billable: | Billable | | |
| Narrative: | Revisions to draft confidentiality agreement, provide to counsel for review and comments | | Transferred |

| Total for Date worked: | 4/3/2006 | Billable Time (100.00%): | 1.60 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 1.60 |

A-432

## Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 4/4/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A106 | Communicate (with client) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Meeting with clients regarding discovery for George & Lynch, production of materials from project site, discussion and e-mail with counsel for Federal regarding confidentiality agreement | |

| | | | Transferred |
|---|---|---|---|

| **Total for Date worked:** | 4/4/2006 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 2.20 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | **Total Time:** | 2.20 |

**Date worked:** 4/13/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | | Obtain materials, transmit to expert and counsel for Federal | |

| | | | Transferred |
|---|---|---|---|

| **Total for Date worked:** | 4/13/2006 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 3.40 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | **Total Time:** | 3.40 |

A-433

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
| --- | --- | --- |

**Date worked:**    4/19/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 4.40 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L130 | Experts/Consultants | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | | Work on developing background for expert reports; review and comment upon motion for reconsideration of Federal | Transferred |

| Total for Date worked: | 4/19/2006 | | |
| --- | --- | --- | --- |
| | Billable Time | (100.00%): | **4.40** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | **4.40** |

**Date worked:**    4/25/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 2.50 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L110 | Fact Investigation/Development | |
| Activity: | A108 | Communicate (other external) | |
| Billable: | Billable | | |
| Narrative: | | Telecons to experts regarding reports, sort documents for client on G&L timesheets | Transferred |

| Total for Date worked: | 4/25/2006 | | |
| --- | --- | --- | --- |
| | Billable Time | (100.00%): | **2.50** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | **2.50** |

A-434

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
| --- | --- | --- |

**Date worked:    4/27/2006**

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | . |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telecon with D. Burkholder regarding depositions, trial preparation, telecon with potential economics expert | Transferred |

**Total for Date worked:    4/27/2006**

| | | |
| --- | --- | --- |
| Billable Time | (100.00%): | **2.10** |
| Non-Billable Time | ( 0.00%): | **0.00** |
| | Total Time: | **2.10** |

**Date worked:    5/1/2006**

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telecons with D. Burkholder regarding preparatory sessions with P. Kingsley and PAL for upcoming depositions and trial, discussion with PAL regarding preparation for Calabria continuation of deposition, e-mail and telecon with client regarding preparation for depositions next week. | Transferred |

**Total for Date worked:    5/1/2006**

| | | |
| --- | --- | --- |
| Billable Time | (100.00%): | **2.30** |
| Non-Billable Time | ( 0.00%): | **0.00** |
| | Total Time: | **2.30** |

A-435

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked:** 5/9/2006

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 6.70 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L110 | Fact Investigation/Development | |
| Activity: | A104 | Review/analyze | |
| Billable: | Billable | | |
| Narrative: | | Review Richardson report for additional comments, review supplemental materials produced by URS, discussions with PAL regarding upcoming depositions, review Calabria transcripts | Transferred |

**Total for Date worked:** 5/9/2006

| Billable Time | (100.00%): | 6.70 |
|---|---|---|
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 6.70 |

**Date worked:** 5/12/2006

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 5.10 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L130 | Experts/Consultants | |
| Activity: | A108 | Communicate (other external) | |
| Billable: | Billable | | |
| Narrative: | | Conference call with Dr. Marr, telecons with T. Ramsey regarding scope of report | Transferred |

**Total for Date worked:** 5/12/2006

| Billable Time | (100.00%): | 5.10 |
|---|---|---|
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 5.10 |

A-436

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 5/19/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L130 | Experts/Consultants | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | | Meeting with T. Ramsey, compile documents and photos for T. Ramsey | Transferred |

| **Total for Date worked:** | 5/19/2006 | Billable Time | (100.00%): | 9.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 9.30 |

**Date worked:** 5/22/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Conference call with Richardson, materials for Marr and T. Ramsey | Transferred |

| **Total for Date worked:** | 5/22/2006 | Billable Time | (100.00%): | 5.80 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 5.80 |

A-437

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 5/23/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | | Begin organizing materials for upcoming depositions, telecon with M. Flora regarding assistance in trial preparation | Transferred |

| **Total for Date worked:** | **5/23/2006** | Billable Time (100.00%): | **5.90** |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | **0.00** |
| | | **Total Time:** | **5.90** |

**Date worked:** 5/24/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Communications with counsel for Federal regarding changes to deposition scheduling, telecons with consultants regarding preliminary report contents | Transferred |

| **Total for Date worked:** | **5/24/2006** | Billable Time (100.00%): | **6.10** |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | **0.00** |
| | | **Total Time:** | **6.10** |

A-438

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 5/25/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L110 | Fact Investigation/Development | |
| **Activity:** | A108 | Communicate (other external) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telecons with consultants regarding reports, e-mails to counsel regarding depositions, scheduling deadlines for review of final draft reports | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 5/25/2006 | |
| | Billable Time (100.00%): | 9.30 |
| | Non-Billable Time ( 0.00%): | 0.00 |
| | **Total Time:** | 9.30 |

**Date worked:** 5/26/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L100 | Case Assessment, Development and Administration | |
| **Task** : | L130 | Experts/Consultants | |
| **Activity:** | A108 | Communicate (other external) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Conference call with Richardson, Marr, telecon with T. Ramsey regarding contents of draft reports, answer questions | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 5/26/2006 | |
| | Billable Time (100.00%): | 6.20 |
| | Non-Billable Time ( 0.00%): | 0.00 |
| | **Total Time:** | 6.20 |

A-439

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|
| **Date worked:** | **5/30/2006** | | | |

| | | | Time qty. |
|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.50 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location** : | KOFP | King of Prussia | |
| | **Phase** : | L100 | Case Assessment, Development and Administration | |
| | **Task** : | L110 | Fact Investigation/Development | |
| | **Activity:** | A108 | Communicate (other external) | |
| | **Billable:** | Billable | | |
| | **Narrative:** | Review and revise expert reports | | Transferred |

| **Total for Date worked:** | **5/30/2006** | **Billable Time** | **(100.00%):** | **9.50** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **9.50** |

| | | | Time qty. |
|---|---|---|---|
| **Date worked:** | **5/31/2006** | | |
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.00 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location** : | KOFP | King of Prussia | |
| | **Phase** : | L100 | Case Assessment, Development and Administration | |
| | **Task** : | L130 | Experts/Consultants | |
| | **Activity:** | A108 | Communicate (other external) | |
| | **Billable:** | Billable | | |
| | **Narrative:** | Conference calls with experts, review and revise draft reports, issue Ramsey, Richardson and Marr reports | | Transferred |

| **Total for Date worked:** | **5/31/2006** | **Billable Time** | **(100.00%):** | **7.00** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **7.00** |

A-440

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper:** 030    David T. Bolger

**Date worked:** 6/1/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L130 | Experts/Consultants | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review final report from Richardson and Marr, copy exhibits and mail out reports of Marr and Ramsey to all counsel | Transferred |

| **Total for Date worked:** | 6/1/2006 | Billable Time | (100.00%): | 4.50 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | 4.50 |

**Date worked:** 6/2/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Meeting with M. Flora to review tasks for trial preparation, discussion of upcoming depositions, legal research to be conducted, begin reviewing documents for City Council depositions next week | Transferred |

| **Total for Date worked:** | 6/2/2006 | Billable Time | (100.00%): | 7.90 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | 7.90 |

A-441

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|
| **Date worked:** | 6/7/2006 | | |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A101 | Plan and prepare for | |
| **Billable:** | Billable | | |
| **Narrative:** | Complete preparation for deposition of D. Athey | | Transferred |

| **Total for Date worked:** | 6/7/2006 | Billable Time | (100.00%): | 3.10 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | | **3.10** |

| **Date worked:** | 6/19/2006 | | |
|---|---|---|---|

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A106 | Communicate (with client) | |
| **Billable:** | Billable | | |
| **Narrative:** | Meeting with client in office to review financial documentation for damage, prepare for depositions this week | | Transferred |

| **Total for Date worked:** | 6/19/2006 | Billable Time | (100.00%): | 4.80 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | | **4.80** |

A-442

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 6/28/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | | E-mails confirming dates for depositions in 1st week of July | Transferred |

| Total for Date worked: | 6/28/2006 | Billable Time | (100.00%): | 1.20 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 1.20 |

**Date worked:** 7/5/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review damages documentation, discussion with J. Durkin regarding additional materials required | Transferred |

| Total for Date worked: | 7/5/2006 | Billable Time | (100.00%): | 3.10 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 3.10 |

A-443

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
| --- | --- | --- |

**Date worked:** 7/18/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | HBRG | Harrisburg | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A105 | Communicate (in firm) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review and discuss materials with M. Flora, discussion with PAL regarding agreement, e-mails to counsel for Federal regarding scheduling of remaining depositions | Transferred |

| **Total for Date worked:** | 7/18/2006 | | |
| --- | --- | --- | --- |
| | | Billable Time    (100.00%): | 2.90 |
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 2.90 |

**Date worked:** 7/19/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | | Meeting with M. Flora to review task status, schedule deadlines for pre-trial order materials | Transferred |

| **Total for Date worked:** | 7/19/2006 | | |
| --- | --- | --- | --- |
| | | Billable Time    (100.00%): | 7.30 |
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 7.30 |

# Powell Trachtman Logan Carrle & Lombardo

A-444

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 7/21/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Review materials for inclusion in pre-trial order | | Transferred |

**Total for Date worked:**  7/21/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 2.30 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 2.30 |

**Date worked:** 7/24/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | Telecon with counsel for Federal regarding G&L documents, review of additional G&L documents, letter to counsel for G&L regarding supplemental production | | Transferred |

**Total for Date worked:**  7/24/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 3.50 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 3.50 |

A-445

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 7/25/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review draft stipulation of uncontested facts, discussion with M. Flora, counsel for Federal regarding same | Transferred 5.20 |

| **Total for Date worked:** | 7/25/2006 | **Billable Time** | **(100.00%):** | **5.20** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **5.20** |

**Date worked:** 7/27/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review draft motions in limine, e-mail to M. Flora regarding additional motion in limine to preclude evaluation of the reasonableness or opinion of Durkin's bid | Transferred 3.50 |

| **Total for Date worked:** | 7/27/2006 | **Billable Time** | **(100.00%):** | **3.50** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **3.50** |

A-446

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked:**   8/1/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Assemble binders for damages computations for publication to parties | | Transferred |

| **Total for Date worked:** | 8/1/2006 | Billable Time | (100.00%): | 6.60 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 6.60 |

**Date worked:**   8/4/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L110 | Fact Investigation/Development | |
| **Activity:** | A105 | Communicate (in firm) | |
| **Billable:** | Billable | | |
| **Narrative:** | Meeting with M. Flora regarding pretrial submission progress, motions in limine, discussions with counsel regarding response to URS failure to timely designate experts | | Transferred |

| **Total for Date worked:** | 8/4/2006 | Billable Time | (100.00%): | 6.40 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 6.40 |

| **Total for Timekeeper:** | 030 | David T. Bolger | Billable Time | (100.00%): | 336.30 |
|---|---|---|---|---|---|
| | | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | | 336.30 |

# David T. Bolger, Esquire

# Timesheets – L200

A-447

A-448

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 2/17/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A102 | Research | |
| **Billable:** | Billable | | |
| **Narrative:** | Complete revisions to complaint, legal research on Delaware standards for preliminary injunctive relief, tests for irreparable harm | | Transferred |

| **Total for Date worked:** | 2/17/2004 | Billable Time     (100.00%): | 7.30 |
|---|---|---|---|
| | | Non-Billable Time     ( 0.00%): | 0.00 |
| | | **Total Time:** | 7.30 |

**Date worked:** 2/19/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Motion for injunctive relief, modifications to complaint | | Transferred |

| **Total for Date worked:** | 2/19/2004 | Billable Time     (100.00%): | 5.10 |
|---|---|---|---|
| | | Non-Billable Time     ( 0.00%): | 0.00 |
| | | **Total Time:** | 5.10 |

A-449

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked:** 3/10/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L200 | Pre-Trial Pleadings and Motions | |
| **Task** : | L210 | Pleadings | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Telecon with D. Durkin regarding Richarson report, revise motion and complaint, begin draft of supporting brief | | Transferred |

| **Total for Date worked:** | 3/10/2004 | Billable Time | (100.00%): | 4.60 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | 4.60 |

**Date worked:** 3/11/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L200 | Pre-Trial Pleadings and Motions | |
| **Task** : | L210 | Pleadings | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Discussion with J. Durkin regarding costs associated with termination for convenience, revise pleadings to conform to Richardson report | | Transferred |

| **Total for Date worked:** | 3/11/2004 | Billable Time | (100.00%): | 5.60 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | 5.60 |

A-450

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 3/15/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 8.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A102 | Research | |
| **Billable:** | Billable | | |
| **Narrative:** | | Factual research for complaint, legal research on theories to advance in brief as well as motion for preliminary injunctive relief | Transferred |

| **Total for Date worked:** | 3/15/2004 | Billable Time | (100.00%): | 8.20 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 8.20 |

**Date worked:** 3/16/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | | Complete first draft of motion for injunctive relief | Transferred |

| **Total for Date worked:** | 3/16/2004 | Billable Time | (100.00%): | 7.80 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 7.80 |