A-451

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 3/18/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Revisions to motion for preliminary injunctive relief, research for brief | | Transferred |

| **Total for Date worked:** | 3/18/2004 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | **6.10** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | **6.10** |

**Date worked:** 3/23/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L210 | Pleadings | |
| **Activity:** | A102 | Research | |
| **Billable:** | Billable | | |
| **Narrative:** | Legal research, begin draft of brief in support of motion for preliminary injunctive relief | | Transferred |

| **Total for Date worked:** | 3/23/2004 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | **7.90** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | **7.90** |

A-452

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 3/25/2004

| | | | Time qty. | 5.30 |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | |
| **Matter:** | 04 | City of Newark Project | | |
| **Location** : | KOFP | King of Prussia | | |
| **Phase** : | L200 | Pre-Trial Pleadings and Motions | | |
| **Task** : | L210 | Pleadings | | |
| **Activity:** | A103 | Draft/revise | | |
| **Billable:** | Billable | | | |
| **Narrative:** | | Complete draft of brief in support of motion for preliminary injunctive relief | Transferred | |

| **Total for Date worked:** | 3/25/2004 | Billable Time | (100.00%): | 5.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 5.30 |

**Date worked:** 4/6/2004

| | | | Time qty. | 2.60 |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | |
| **Matter:** | 04 | City of Newark Project | | |
| **Location** : | KOFP | King of Prussia | | |
| **Phase** : | L200 | Pre-Trial Pleadings and Motions | | |
| **Task** : | L210 | Pleadings | | |
| **Activity:** | A104 | Review/analyze | | |
| **Billable:** | Billable | | | |
| **Narrative:** | | Review motion for PI and supporting brief, assemble exhibits | Transferred | |

| **Total for Date worked:** | 4/6/2004 | Billable Time | (100.00%): | 2.60 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 2.60 |

A-453

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|
| **Date worked:** | **4/7/2004** | | | |

| | | | Time qty. | |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.70 | |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | | |
| **Task :** | L210 | Pleadings | | |
| **Activity:** | A103 | Draft/revise | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Motion for preliminary injunction and brief | | | Transferred |

| **Total for Date worked:** | **4/7/2004** | | | |
|---|---|---|---|---|
| | Billable Time | (100.00%): | 6.70 | |
| | Non-Billable Time | ( 0.00%): | 0.00 | |
| | | Total Time: | 6.70 | |

| **Date worked:** | **8/9/2004** | | | |
|---|---|---|---|---|

| | | | Time qty. | |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.10 | |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | | |
| **Task :** | L250 | Other Written Motions and Submissions | | |
| **Activity:** | A103 | Draft/revise | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Meetings with PAL, revise reply brief | | | Transferred |

| **Total for Date worked:** | **8/9/2004** | | | |
|---|---|---|---|---|
| | Billable Time | (100.00%): | 9.10 | |
| | Non-Billable Time | ( 0.00%): | 0.00 | |
| | | Total Time: | 9.10 | |

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | | |
|---|---|---|---|---|---|

**Date worked:  8/11/2004**

| | | | | Time qty. |
|---|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | | 9.50 |
| Matter: | 04 | City of Newark Project | | |
| Location : | KOFP | King of Prussia | | |
| Phase : | L200 | Pre-Trial Pleadings and Motions | | |
| Task : | L250 | Other Written Motions and Submissions | | |
| Activity: | A103 | Draft/revise | | |
| Billable: | Billable | | | |
| Narrative: | Revisions to reply brief, telecons with counsel for surety and client | | | Transferred |

**Total for Date worked:  8/11/2004**

| | | |
|---|---|---|
| Billable Time | (100.00%): | 9.50 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 9.50 |

**Date worked:  8/12/2004**

| | | | | Time qty. |
|---|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | | 9.20 |
| Matter: | 04 | City of Newark Project | | |
| Location : | KOFP | King of Prussia | | |
| Phase : | L200 | Pre-Trial Pleadings and Motions | | |
| Task : | L250 | Other Written Motions and Submissions | | |
| Activity: | A103 | Draft/revise | | |
| Billable: | Billable | | | |
| Narrative: | Prepare and assemble exhibits, transmit final draft of reply brief and affidavits to client and surety counsel, telecons with surety counsel and client regarding same, finalize reply brief and exhibits for filing | | | Transferred |

**Total for Date worked:  8/12/2004**

| | | |
|---|---|---|
| Billable Time | (100.00%): | 9.20 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 9.20 |

**Total for Timekeeper:  030    David T. Bolger**

| | | |
|---|---|---|
| Billable Time | (100.00%): | 98.20 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 98.20 |

# David T. Bolger, Esquire

# Timesheets – L300

**A-455**

A-456

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:    11/3/2004**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Travel to Delaware for document inspection | | Transferred |

| **Total for Date worked:** | **11/3/2004** | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 5.60 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 5.60 |

**Date worked:    11/24/2004**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Document inspection of City documents in City attorney office | | Transferred |

| **Total for Date worked:** | **11/24/2004** | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 4.50 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 4.50 |

A-457

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 11/1/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Review and preliminary comment on Federal draft responses where Durkin input was requested | | Transferred |

| Total for Date worked: | 11/1/2005 | |
|---|---|---|
| | Billable Time (100.00%): | 1.60 |
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 1.60 |

**Date worked:** 11/23/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Provide redlined copy of responses to document production for Federal to counsel for Federal | | Transferred |

| Total for Date worked: | 11/23/2005 | |
|---|---|---|
| | Billable Time (100.00%): | 2.70 |
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 2.70 |

*A-458*

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked:** 12/5/2005

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 0.50 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L300 | Discovery | |
| Task : | L310 | Written Discovery | |
| Activity: | A107 | Communicate (other outside counsel) | |
| Billable: | Billable | | |
| Narrative: | Telecon with counsel for Federal concerning draft answers to discovery. | | Transferred |

| Total for Date worked: | 12/5/2005 | Billable Time (100.00%): | 0.50 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.50 |

**Date worked:** 12/6/2005

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 2.10 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L300 | Discovery | |
| Task : | L310 | Written Discovery | |
| Activity: | A104 | Review/analyze | |
| Billable: | Billable | | |
| Narrative: | Review and revise final draft responses of Federal to discovery from the City, review of motion to dismiss and brief filed by URS | | Transferred |

| Total for Date worked: | 12/6/2005 | Billable Time (100.00%): | 2.10 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 2.10 |

A-459

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 12/20/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Review discovery responses for MPI lawsuit, provide comments back to counsel for Federal | | Transferred |

| **Total for Date worked:** | 12/20/2005 | Billable Time | (100.00%): | 1.70 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | | **1.70** |

**Date worked:** 1/5/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Review previous document productions for materials ostensibly provided to City Council, contact counsel for City regarding same, contact Court to arrange discovery conference call. | | Transferred |

| **Total for Date worked:** | 1/5/2006 | Billable Time | (100.00%): | 1.40 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | | **1.40** |

A-460

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 1/6/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telecons and e-mails with counsel for City, URS and Federal regarding conference call to resolve discovery dispute | Transferred |

| **Total for Date worked:** | 1/6/2006 | Billable Time (100.00%): | **2.10** |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | **0.00** |
| | | **Total Time:** | **2.10** |

**Date worked:** 1/11/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Conference calls among counsel, preparation and submission of letter to Court on discovery issues and positions of the parties | Transferred |

| **Total for Date worked:** | 1/11/2006 | Billable Time (100.00%): | **2.30** |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | **0.00** |
| | | **Total Time:** | **2.30** |

A-461

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 1/12/2006

|  |  | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 2.30 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L300 | Discovery | |
| **Task :** L320 | Document Production | |
| **Activity:** A101 | Plan and prepare for | |
| **Billable:** Billable | | |
| **Narrative:** Prepare for and participate in conference call with Court and counsel regarding discovery dispute, review contents and legal research issues with G. Starr | | Transferred |

| **Total for Date worked:** | 1/12/2006 | | |
|---|---|---|---|
| | | **Billable Time    (100.00%):** | **2.30** |
| | | **Non-Billable Time  ( 0.00%):** | **0.00** |
| | | **Total Time:** | **2.30** |

**Date worked:** 1/14/2006

|  |  | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 2.70 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L300 | Discovery | |
| **Task :** L330 | Depositions | |
| **Activity:** A104 | Review/analyze | |
| **Billable:** Billable | | |
| **Narrative:** Review draft notice for 30b6 designee, revise notice and transmit to counsel for Federal | | Transferred |

| **Total for Date worked:** | 1/14/2006 | | |
|---|---|---|---|
| | | **Billable Time    (100.00%):** | **2.70** |
| | | **Non-Billable Time  ( 0.00%):** | **0.00** |
| | | **Total Time:** | **2.70** |

A-462

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked:** 1/16/2006

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 3.60 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L300 | Discovery | | |
| **Task :** | L310 | Written Discovery | | |
| **Activity:** | A103 | Draft/revise | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Review privilege log from City, create table for objecting to privilege basis by City, e-mail objections and points on remaining discovery to counsel | | | |
| | | | | Transferred |

| Total for Date worked: | 1/16/2006 | Billable Time (100.00%): | 3.60 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 3.60 |

**Date worked:** 1/17/2006

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 3.70 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L300 | Discovery | | |
| **Task :** | L310 | Written Discovery | | |
| **Activity:** | A104 | Review/analyze | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Review documents produced by City of Newark | | | |
| | | | | Transferred |

| Total for Date worked: | 1/17/2006 | Billable Time (100.00%): | 3.70 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 3.70 |

Fay Hunsberger (FBH)

A-463

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 1/26/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Review documents from City Council members | | Transferred |

| **Total for Date worked:** | 1/26/2006 | Billable Time    (100.00%): | **3.70** |
|---|---|---|---|
| | | Non-Billable Time   ( 0.00%): | **0.00** |
| | | Total Time: | **3.70** |

**Date worked:** 1/31/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Review documents, discussion with PAL regarding subpoena for George & Lynch electronic materials, discussion of questions for Council members | | Transferred |

| **Total for Date worked:** | 1/31/2006 | Billable Time    (100.00%): | **4.10** |
|---|---|---|---|
| | | Non-Billable Time   ( 0.00%): | **0.00** |
| | | Total Time: | **4.10** |

A-464

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 2/2/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | Discussion with P. Cottrell, S. Arena, stipulation to amend discovery order to permit surety to file MSJ, discovery, prepare detailed addendum to subpoena requesting electronic data; review outline for Kalbacher | | |
| | | Transferred | |

| **Total for Date worked:** | 2/2/2006 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | **7.10** |
| | | Non-Billable Time  ( 0.00%): | **0.00** |
| | | Total Time: | **7.10** |

**Date worked:** 2/3/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Outline of documents and photographs to be used for Council members depositions | | |
| | | Transferred | |

| **Total for Date worked:** | 2/3/2006 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | **3.10** |
| | | Non-Billable Time  ( 0.00%): | **0.00** |
| | | Total Time: | **3.10** |

A-465

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 2/4/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A101 | Plan and prepare for | |
| **Billable:** | Billable | | |
| **Narrative:** | Review site photographs, select exhibits for deposition, prepare outline of questions to supplement exhibits | | Transferred |

**Total for Date worked:** 2/4/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 5.60 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 5.60 |

**Date worked:** 2/5/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A101 | Plan and prepare for | |
| **Billable:** | Billable | | |
| **Narrative:** | Organize exhibits, update outlines of anticipated testimony | | Transferred |

**Total for Date worked:** 2/5/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 5.10 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 5.10 |

Fay Hunsberger (FBH)

A-466

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 2/9/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | | E-mail and telecon with counsel for Newark, counsel for surety regarding supplemental production of documents, assist in preparation for deposition of V. Funk | Transferred |

| **Total for Date worked:** | **2/9/2006** | **Billable Time      (100.00%):** | **5.40** |
|---|---|---|---|
| | | **Non-Billable Time    ( 0.00%):** | **0.00** |
| | | **Total Time:** | **5.40** |

**Date worked:** 2/15/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telecons and e-mails with counsel regarding production of G&L records | Transferred |

| **Total for Date worked:** | **2/15/2006** | **Billable Time      (100.00%):** | **1.50** |
|---|---|---|---|
| | | **Non-Billable Time    ( 0.00%):** | **0.00** |
| | | **Total Time:** | **1.50** |

A-467

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 2/22/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | Coordination with counsel on production of G&L documents | | Transferred |

**Total for Date worked:** 2/22/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 1.60 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 1.60 |

**Date worked:** 2/27/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | Discussions with counsel regarding deposition dates, production of supplemental records | | Transferred |

**Total for Date worked:** 2/27/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 1.30 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 1.30 |

A-468

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked: 3/3/2006**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Attend document production in Newark for George & Lynch materials | | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 3/3/2006 | |
| | Billable Time  (100.00%): | 9.40 |
| | Non-Billable Time  ( 0.00%): | 0.00 |
| | Total Time: | 9.40 |

**Date worked: 3/9/2006**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | Review of inventory of materials produced by George & Lynch, noted items to be produced, letter to counsel for George & Lynch requesting access to documents in Dover, DE. | | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 3/9/2006 | |
| | Billable Time  (100.00%): | 1.30 |
| | Non-Billable Time  ( 0.00%): | 0.00 |
| | Total Time: | 1.30 |

A-469

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 3/10/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Attend deposition of designee for Federal Insurance Company | | Transferred |

| **Total for Date worked:** | 3/10/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 6.50 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 6.50 |

**Date worked:** 3/21/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A101 | Plan and prepare for | |
| **Billable:** | Billable | | |
| **Narrative:** | Review materials to prepare for Haulk depositions | | Transferred |

| **Total for Date worked:** | 3/21/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 4.50 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 4.50 |

Fay Hunsberger (FBH)

A-470

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
| --- | --- | --- |

**Date worked:** 3/28/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L390 | Other Discovery | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Review draft confidentiality agreement, forward to Federal for review and comment | | Transferred |

| **Total for Date worked:** | 3/28/2006 | | |
| --- | --- | --- | --- |
| | Billable Time | (100.00%): | 1.50 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 1.50 |

**Date worked:** 4/11/2006

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Review documents to prepare for deposition of Glen Bowen | | Transferred |

| **Total for Date worked:** | 4/11/2006 | | |
| --- | --- | --- | --- |
| | Billable Time | (100.00%): | 3.30 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 3.30 |

A-471

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 4/12/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A101 | Plan and prepare for | |
| **Billable:** | Billable | | |
| **Narrative:** | | Prepare exhibits and outlines for deposition | Transferred |

| **Total for Date worked:** | 4/12/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 6.70 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 6.70 |

**Date worked:** 4/14/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A106 | Communicate (with client) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Meeting with clients, review documents for upcoming depositions | Transferred |

| **Total for Date worked:** | 4/14/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 2.30 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 2.30 |

A-472

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 5/2/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Review materials and photographs to prepare for deposition of Calabria | | Transferred |

| **Total for Date worked:** | 5/2/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 6.60 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 6.60 |

**Date worked:** 5/3/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Complete deposition preparation for Calabria; follow on meeting with client and counsel for Federal regarding case strategy | | Transferred |

| **Total for Date worked:** | 5/3/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 9.20 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 9.20 |

A-473

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 5/5/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A101 | Plan and prepare for | |
| **Billable:** | Billable | | |
| **Narrative:** | Deposition preparation with clients, review and provide comments on Richardson draft | | Transferred |

**Total for Date worked:** 5/5/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 9.30 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | **Total Time:** | **9.30** |

**Date worked:** 5/10/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Meeting with clients regarding deposition, reviewing files for deposition and trial usage | | Transferred |

**Total for Date worked:** 5/10/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 3.90 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | **Total Time:** | **3.90** |

A-474

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 5/11/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Defend depositions of Jim Durkin and Mike Durkin | | Transferred |

| **Total for Date worked:** | 5/11/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 3.90 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 3.90 |

**Date worked:** 5/17/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | Communications regarding scheduling of depositions, discussions on expert report materials to be provided to Federal/client experts | | Transferred |

| **Total for Date worked:** | 5/17/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 2.10 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 2.10 |

A-475

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 6/5/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L300 | Discovery | |
| **Task** : | L330 | Depositions | |
| **Activity:** | A101 | Plan and prepare for | |
| **Billable:** | Billable | | |
| **Narrative:** | Prepare for depositions of Farrell and Godwin | | Transferred |

| **Total for Date worked:** | 6/5/2006 | Billable Time | (100.00%): | **9.20** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | **Total Time:** | | **9.20** |

**Date worked:** 6/6/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L300 | Discovery | |
| **Task** : | L330 | Depositions | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Continue reviewing documents to prepare for City Council depositions | | Transferred |

| **Total for Date worked:** | 6/6/2006 | Billable Time | (100.00%): | **1.20** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | **Total Time:** | | **1.20** |