A-476

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

## Date worked: 6/8/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Prepare for and attend deposition of David Athey, discussion with client concerning damages data | | Transferred |

| **Total for Date worked:** | | Billable Time (100.00%): | 7.70 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | 7.70 |

## Date worked: 6/12/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A101 | Plan and prepare for | |
| **Billable:** | Billable | | |
| **Narrative:** | Meeting with client to review damage computations and categories, review discovery requests and proposed responses, prepare for deposition of J. Kula | | Transferred |

| **Total for Date worked:** | | Billable Time (100.00%): | 7.10 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | 7.10 |

A-477

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 6/13/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Prepare for and attend deposition of J. Kula | | Transferred |

| Total for Date worked: | 6/13/2006 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 9.40 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 9.40 |

**Date worked:** 6/14/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 8.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A101 | Plan and prepare for | |
| **Billable:** | Billable | | |
| **Narrative:** | Prepare for depositions next week | | Transferred |

| Total for Date worked: | 6/14/2006 | | |
|---|---|---|---|
| | | Billable Time    (100.00%): | 8.90 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 8.90 |

A-478

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 6/20/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A101 | Plan and prepare for | |
| **Billable:** | Billable | | |
| **Narrative:** | Prepare for deposition, communications with counsel regarding changes in deposition dates | | Transferred |

| Total for Date worked: | 6/20/2006 | | |
|---|---|---|---|
| | | Billable Time (100.00%): | 2.30 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 2.30 |

**Date worked:** 6/23/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 10.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Attend deposition of J. Dombrowski | | Transferred |

| Total for Date worked: | 6/23/2006 | | |
|---|---|---|---|
| | | Billable Time (100.00%): | 10.60 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 10.60 |

A-479

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked:** 6/30/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Compile discovery responses for URS and the City | | |
| | | | Transferred |

| **Total for Date worked:** | 6/30/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 7.60 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 7.60 |

**Date worked:** 7/6/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A101 | Plan and prepare for | |
| **Billable:** | Billable | | |
| **Narrative:** | Prepare for J. Dombrowski deposition | | |
| | | | Transferred |

| **Total for Date worked:** | 7/6/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 4.10 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 4.10 |

A-480

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked:** 7/7/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Prepare for and attend deposition of J. Dombrowski | | Transferred |

| **Total for Date worked:** | **7/7/2006** | **Billable Time** | **(100.00%):** | **7.10** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **7.10** |

**Date worked:** 7/20/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L310 | Written Discovery | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | Finalize and send discovery responses and materials to opposing counsel | | Transferred |

| **Total for Date worked:** | **7/20/2006** | **Billable Time** | **(100.00%):** | **3.50** |
|---|---|---|---|---|
| | | **Non-Billable Time** | **( 0.00%):** | **0.00** |
| | | | **Total Time:** | **3.50** |

A-481

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

| Date worked: | 8/11/2006 | | | Time qty. |
|---|---|---|---|---|
| | Client: | 3514 | Durkin Contracting, Inc., Donald M. | 9.60 |
| | Matter: | 04 | City of Newark Project | |
| | Location : | KOFP | King of Prussia | |
| | Phase : | L300 | Discovery | |
| | Task : | L330 | Depositions | |
| | Activity: | A109 | Appear for/attend | |
| | Billable: | Billable | | |
| | Narrative: | Deposition of Mark Proudy | | Transferred |

| Total for Date worked: | 8/11/2006 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 9.60 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 9.60 |

| Date worked: | 9/1/2006 | | | Time qty. |
|---|---|---|---|---|
| | Client: | 3514 | Durkin Contracting, Inc., Donald M. | 9.70 |
| | Matter: | 04 | City of Newark Project | |
| | Location : | KOFP | King of Prussia | |
| | Phase : | L300 | Discovery | |
| | Task : | L330 | Depositions | |
| | Activity: | A109 | Appear for/attend | |
| | Billable: | Billable | | |
| | Narrative: | Attend deposition of Dov Leschevsky | | Transferred |

| Total for Date worked: | 9/1/2006 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 9.70 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 9.70 |

| Total for Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 243.80 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 243.80 |

# David T. Bolger, Esquire

# Timesheets – L400

A-482

A-483

**Date worked:** 7/31/2006

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | 6.50 |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L400 | Trial Preparation and Trial | |
| **Task :** L430 | Written Motions and Submissions | |
| **Activity:** A104 | Review/analyze | |
| **Billable:** Billable | | |
| **Narrative:** | Review motions in limine, discussion with M. Flora regarding legal research on motion to preclude estimating materials and comments on estimate of Durkin | Transferred |

| Total for Date worked: | 7/31/2006 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | **6.50** |
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | **Total Time:** | | **6.50** |

Thursday, October 19, 2006                        Page 21                        Fay Hunsberger (FBH)

A-484

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 8/2/2006

| | | | Time qty. | 5.70 |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L400 | Trial Preparation and Trial | | |
| **Task :** | L430 | Written Motions and Submissions | | |
| **Activity:** | A107 | Communicate (other outside counsel) | | |
| **Billable:** | Billable | | | |
| **Narrative:** | | Telecons with counsel for Federal regarding motions in limine to exclude URS experts, depositions of City Council and strategy for trial presentation, telecon with client regarding damages, request for additional information on equipment deterioration and maintenance, request for loan documents, review of draft motions, meeting with M. Flora to review progress on pre-trial order materials | Transferred | |

**Total for Date worked:**    8/2/2006

|  | Billable Time    (100.00%): | 5.70 |
|---|---|---|
|  | Non-Billable Time   ( 0.00%): | 0.00 |
|  | **Total Time:** | 5.70 |

**Date worked:** 8/7/2006

| | | | Time qty. | 9.80 |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L400 | Trial Preparation and Trial | | |
| **Task :** | L430 | Written Motions and Submissions | | |
| **Activity:** | A103 | Draft/revise | | |
| **Billable:** | Billable | | | |
| **Narrative:** | | Revise motions in limine, briefs and proposed orders | Transferred | |

**Total for Date worked:**    8/7/2006

|  | Billable Time    (100.00%): | 9.80 |
|---|---|---|
|  | Non-Billable Time   ( 0.00%): | 0.00 |
|  | **Total Time:** | 9.80 |

A-485

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 8/8/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L430 | Written Motions and Submissions | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Revise proposed stipulation of uncontested facts | | Transferred |

**Total for Date worked:** 8/8/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 3.10 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 3.10 |

**Date worked:** 8/9/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 8.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L430 | Written Motions and Submissions | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Complete revisions to final draft of exhibit list and stipulation of uncontested facts to transmit to City and URS for review and input, telecon with counsel to consent to extension for delivering pretrial order materials | | Transferred |

**Total for Date worked:** 8/9/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 8.10 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 8.10 |

A-486

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked:** 8/10/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L430 | Written Motions and Submissions | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Finalize and mail jury instructions, prepare for Proudy deposition | | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 8/10/2006 | **Billable Time** (100.00%): **9.30** |
| | | **Non-Billable Time** ( 0.00%): **0.00** |
| | | **Total Time:** **9.30** |

**Date worked:** 8/14/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A108 | Communicate (other external) | |
| **Billable:** | Billable | | |
| **Narrative:** | Conference call with Court regarding pretrial submissions, trial date, meeting with PAL regarding pretrial submissions, review of materials from M. Flora, e-mails with counsel for Federal regarding pretrial submissions | | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 8/14/2006 | **Billable Time** (100.00%): **7.30** |
| | | **Non-Billable Time** ( 0.00%): **0.00** |
| | | **Total Time:** **7.30** |

A-487

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 8/15/2006

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L400 | Trial Preparation and Trial | |
| Task : | L430 | Written Motions and Submissions | |
| Activity: | A103 | Draft/revise | |
| Billable: | Billable | | |
| Narrative: | | Revise and transmit jury instructions, voir dire questions, revise trial brief and forward to Federal for review | 8.30 |
| | | | Transferred |

| **Total for Date worked:** | 8/15/2006 | Billable Time | (100.00%): | 8.30 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | 8.30 |

**Date worked:** 8/16/2006

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L400 | Trial Preparation and Trial | |
| Task : | L430 | Written Motions and Submissions | |
| Activity: | A103 | Draft/revise | |
| Billable: | Billable | | |
| Narrative: | | Finalize and e-mail all motions in limine, exhibits, etc. | 9.10 |
| | | | Transferred |

| **Total for Date worked:** | 8/16/2006 | Billable Time | (100.00%): | 9.10 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | 9.10 |

Fay Hunsberger (FBH)

A-488

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 8/17/2006

| | | | Time qty. |
|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. |
| | **Matter:** | 04 | City of Newark Project |
| | **Location :** | KOFP | King of Prussia |
| | **Phase :** | L400 | Trial Preparation and Trial |
| | **Task :** | L430 | Written Motions and Submissions |
| | **Activity:** | A103 | Draft/revise |
| | **Billable:** | Billable | |
| | **Narrative:** | | Finalize and complete draft voir dire, itemized damages, revised jury instructions, verdict sheet | Transferred |
| | | | 9.50 |

| **Total for Date worked:** | 8/17/2006 | | |
|---|---|---|---|
| | | Billable Time  (100.00%): | 9.50 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 9.50 |

**Date worked:** 8/18/2006

| | | | Time qty. |
|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. |
| | **Matter:** | 04 | City of Newark Project |
| | **Location :** | KOFP | King of Prussia |
| | **Phase :** | L400 | Trial Preparation and Trial |
| | **Task :** | L430 | Written Motions and Submissions |
| | **Activity:** | A103 | Draft/revise |
| | **Billable:** | Billable | |
| | **Narrative:** | | Finalize and circulate pretrial order form, with all exhibits | Transferred |
| | | | 9.20 |

| **Total for Date worked:** | 8/18/2006 | | |
|---|---|---|---|
| | | Billable Time  (100.00%): | 9.20 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | Total Time: | 9.20 |

A-489

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 8/19/2006

| | | Time qty. |
|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L430 | Written Motions and Submissions | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Finalize sections of pretrial order | | Transferred |

| **Total for Date worked:** | 8/19/2006 | | |
|---|---|---|---|
| | **Billable Time** | **(100.00%):** | 7.70 |
| | **Non-Billable Time** | **( 0.00%):** | 0.00 |
| | | **Total Time:** | 7.70 |

**Date worked:** 8/20/2006

| | | Time qty. |
|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L430 | Written Motions and Submissions | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Review City's submissions to include in pretrial order, e-mails with Federal counsel, PAL, M. Flora regarding proposed responses | | Transferred |

| **Total for Date worked:** | 8/20/2006 | | |
|---|---|---|---|
| | **Billable Time** | **(100.00%):** | 5.40 |
| | **Non-Billable Time** | **( 0.00%):** | 0.00 |
| | | **Total Time:** | 5.40 |

A-490

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 8/21/2006

| | | | Time qty. | 10.80 |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L400 | Trial Preparation and Trial | | |
| **Task :** | L430 | Written Motions and Submissions | | |
| **Activity:** | A103 | Draft/revise | | |
| **Billable:** | Billable | | | |
| **Narrative:** | | Draft responses to City motions in limine, assemble pretrial package and deliver to be filed | | Transferred |

| **Total for Date worked:** | 8/21/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | **10.80** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | **Total Time:** | **10.80** |

**Date worked:** 8/22/2006

| | | | Time qty. | 9.60 |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L400 | Trial Preparation and Trial | | |
| **Task :** | L430 | Written Motions and Submissions | | |
| **Activity:** | A103 | Draft/revise | | |
| **Billable:** | Billable | | | |
| **Narrative:** | | Revisions to pretrial order materials to coincide with Court's order, reassemble and file Durkin submissions | | Transferred |

| **Total for Date worked:** | 8/22/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | **9.60** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | **Total Time:** | **9.60** |

A-491

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 8/23/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L400 | Trial Preparation and Trial | |
| **Task** : | L440 | Other Trial Preparation and Support | |
| **Activity:** | A105 | Communicate (in firm) | |
| **Billable:** | Billable | | |
| **Narrative:** | Meeting with M. Flora to begin preparations for pretrial conference, exhibits for trial | | Transferred |

| **Total for Date worked:** | 8/23/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | **6.10** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | **6.10** |

**Date worked:** 8/24/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** : | KOFP | King of Prussia | |
| **Phase** : | L400 | Trial Preparation and Trial | |
| **Task** : | L430 | Written Motions and Submissions | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Answering Briefs to motions in limine | | Transferred |

| **Total for Date worked:** | 8/24/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | **7.80** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | Total Time: | **7.80** |

A-492

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked:** 8/25/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L430 | Written Motions and Submissions | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Answering briefs to Federal motion to compel privileged materials | | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 8/25/2006 | |
| | Billable Time    (100.00%): | **9.10** |
| | Non-Billable Time ( 0.00%): | **0.00** |
| | Total Time: | **9.10** |

**Date worked:** 8/28/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Meeting with Archie Filshill, review items for trial exhibits | | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 8/28/2006 | |
| | Billable  Time    (100.00%): | **9.80** |
| | Non-Billable Time ( 0.00%): | **0.00** |
| | Total Time: | **9.80** |

A-493

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked:** 8/30/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A108 | Communicate (other external) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Teleconference with Judge regarding filing procedures, review and draft responses to motions filed by City | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 8/30/2006 | |
| | Billable Time (100.00%): | 9.20 |
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 9.20 |

**Date worked:** 8/31/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L430 | Written Motions and Submissions | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | | Finalize and file reply briefs on motions in limine, prepare for Dov Lechinsky deposition | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | 8/31/2006 | |
| | Billable Time (100.00%): | 9.70 |
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 9.70 |

A-494

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 9/4/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | | Meeting with P. Logan and M. Flora regarding preparation for pretrial conference tomorrow, review materials for conference. | Transferred |

| Total for Date worked: | 9/4/2006 | | |
|---|---|---|---|
| | | Billable Time (100.00%): | 5.50 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | 5.50 |

**Date worked:** 9/5/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 11.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L450 | Trial and Hearing Attendance | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | | Attend pretrial conference, follow on meeting in office with M. Flora to review outcome and pretrial tasks to complete | Transferred |

| Total for Date worked: | 9/5/2006 | | |
|---|---|---|---|
| | | Billable Time (100.00%): | 11.20 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | 11.20 |

A-495

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 030 | David T. Bolger | |
|---|---|---|

**Date worked: 9/6/2006**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 8.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A106 | Communicate (with client) | |
| **Billable:** | Billable | | |
| **Narrative:** | Meeting with client to review tasks for photo assembly and damages preparation, discussion with M. Flora regarding production of privileged material, e-mail to counsel for City regarding scope and timing of privilege production | | Transferred |

| Total for Date worked: | 9/6/2006 | Billable Time | (100.00%): | **8.40** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | **Total Time:** | **8.40** |

**Date worked: 9/7/2006**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | E-mails and telecons regarding scope of privilege waiver by City, meeting with PAL regarding witnesses to be called on direct, work with M. Flora on deposition and diary excerpts for trial preparation | | Transferred |

| Total for Date worked: | 9/7/2006 | Billable Time | (100.00%): | **4.40** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | **Total Time:** | **4.40** |

# Powell Trachtman Logan Carrle & Lombardo

A-496

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked:** 9/8/2006

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 5.10 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L400 | Trial Preparation and Trial | | |
| **Task :** | L440 | Other Trial Preparation and Support | | |
| **Activity:** | A103 | Draft/revise | | |
| **Billable:** | Billable | | | |
| **Narrative:** | E-mails concerning requesting Court to clarify ruling on motion to compel, work on witness outlines | | Transferred | |

| **Total for Date worked:** | 9/8/2006 | | Billable Time | (100.00%): | **5.10** |
|---|---|---|---|---|---|
| | | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | | Total Time: | **5.10** |

**Date worked:** 9/11/2006

| | | | | Time qty. |
|---|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | | 9.70 |
| **Matter:** | 04 | City of Newark Project | | |
| **Location :** | KOFP | King of Prussia | | |
| **Phase :** | L400 | Trial Preparation and Trial | | |
| **Task :** | L440 | Other Trial Preparation and Support | | |
| **Activity:** | A105 | Communicate (in firm) | | |
| **Billable:** | Billable | | | |
| **Narrative:** | Meeting with PAL to review witness testimony and ordering, exhibits required, meeting with M. Flora regarding same, e-mails with counsel regarding privileged materials | | Transferred | |

| **Total for Date worked:** | 9/11/2006 | | Billable Time | (100.00%): | **9.70** |
|---|---|---|---|---|---|
| | | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | | Total Time: | **9.70** |

A-497

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 9/12/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | | E-mails to counsel regarding payment for expert of URS, order from court regarding privileged materials, discussion with M. Flora regarding jury instructions | Transferred |

**Total for Date worked:** 9/12/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 2.30 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | **Total Time:** | 2.30 |

**Date worked:** 9/13/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 10.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review proposed jury instructions, attend meeting with J. Green, P. Logan, P. Kingsley in Wilmington to discuss URS witnesses, strategy for case presentation, e-mails to T. Ramsey, C. Calabria, A. Fitshill regarding trial testimony | Transferred |

**Total for Date worked:** 9/13/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 10.80 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | **Total Time:** | 10.80 |

A-498

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 9/14/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | | Work on pretrial submissions, review draft witness outlines, e-mails to Ramsey and Filshill regarding testimony outlines | Transferred |

| **Total for Date worked:** | 9/14/2006 | Billable Time | (100.00%): | **9.20** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | **Total Time:** | **9.20** |

**Date worked:** 9/15/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review and revise witness outlines, assembly of materials for trial | Transferred |

| **Total for Date worked:** | 9/15/2006 | Billable Time | (100.00%): | **9.80** |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | **0.00** |
| | | | **Total Time:** | **9.80** |

A-499

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked:** 9/17/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Review and revise witness outlines, opening statements | | Transferred |

| Total for Date worked: | 9/17/2006 | Billable Time | (100.00%): | 5.60 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 5.60 |

**Date worked:** 9/18/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 12.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Review and revise preliminary jury instructions, outlines for Ramsey and Filshill testimony, work on witness outlines and supporting documentation for testimony | | Transferred |

| Total for Date worked: | 9/18/2006 | Billable Time | (100.00%): | 12.50 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 12.50 |

A-500

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:  9/19/2006**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 12.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Discussions with counsel for Valley Crest regarding payment and tolling agreement, conference call with Court regarding granting motion for partial summary judgment, revision of outlines, preparation of documents for trial | Transferred |

| Total for Date worked: | 9/19/2006 | Billable Time | (100.00%): | 12.40 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 12.40 |

**Date worked:  9/20/2006**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 11.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L430 | Written Motions and Submissions | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | | Revised preliminary jury instructions, review and revise witness outlines, meeting with clients, discussions with counsel regarding witness availability, review of recently produced documents from City | Transferred |

| Total for Date worked: | 9/20/2006 | Billable Time | (100.00%): | 11.60 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 11.60 |