A-501

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 9/21/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 11.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | | Work on motion for sanctions, supporting documents, final assembly of trial exhibits, research on termination for convenience from termination for default | Transferred |

| Total for Date worked: | 9/21/2006 | Billable Time (100.00%): | 11.90 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 11.90 |

**Date worked:** 9/22/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 15.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L430 | Written Motions and Submissions | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | | File motion for sanctions, supplemental brief, revised preliminary jury instructions, review materials copied for trial exhibits | Transferred |

| Total for Date worked: | 9/22/2006 | Billable Time (100.00%): | 15.20 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 15.20 |

     Fay Hunsberger (FBH)

A-502

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | |
|---|---|---|---|

**Date worked:** 9/23/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 16.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Meeting with clients to prepare for witness testimony, assemble trial binders, revisions to witness outlines | Transferred |

| **Total for Date worked:** | 9/23/2006 | Billable Time | (100.00%): | 16.80 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 16.80 |

**Date worked:** 9/24/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 10.70 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Completion of trial binders, review and revise opening statement, revise witness outlines | Transferred |

| **Total for Date worked:** | 9/24/2006 | Billable Time | (100.00%): | 10.70 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 10.70 |

A-503

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
| --- | --- | --- |

**Date worked:  9/25/2006**

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 15.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L400 | Trial Preparation and Trial | |
| **Task** | : L440 | Other Trial Preparation and Support | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Conference call with Court, set up courtroom and conference rooms in Wilmington, revise and file further supplemental brief on motion for sanctions, file response to motion for reconsideration | Transferred |

| **Total for Date worked:** | 9/25/2006 | | |
| --- | --- | --- | --- |
| | | Billable Time      (100.00%): | 15.40 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | **Total Time:** | 15.40 |

**Date worked:  9/26/2006**

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 12.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L400 | Trial Preparation and Trial | |
| **Task** | : L450 | Trial and Hearing Attendance | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | | Attend trial, prepare for following day | Transferred |

| **Total for Date worked:** | 9/26/2006 | | |
| --- | --- | --- | --- |
| | | Billable Time      (100.00%): | 12.00 |
| | | Non-Billable Time  ( 0.00%): | 0.00 |
| | | **Total Time:** | 12.00 |

A-504

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 9/27/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 12.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L400 | Trial Preparation and Trial | |
| **Task** | : L450 | Trial and Hearing Attendance | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Attend trial, prepare for following day | | Transferred |

| **Total for Date worked:** | 9/27/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | **12.00** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | **Total Time:** | **12.00** |

**Date worked:** 9/28/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 12.00 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L400 | Trial Preparation and Trial | |
| **Task** | : L450 | Trial and Hearing Attendance | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Attend trial, prepare for following day | | Transferred |

| **Total for Date worked:** | 9/28/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | **12.00** |
| | Non-Billable Time | ( 0.00%): | **0.00** |
| | | **Total Time:** | **12.00** |

Fay Hunsberger (FBH)

# Powell Trachtman Logan Carrle & Lombardo

A-505

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|

**Date worked:** 9/29/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 10.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L450 | Trial and Hearing Attendance | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Durkin trial | | Transferred |

| **Total for Date worked:** | 9/29/2006 | Billable Time     (100.00%): | 10.60 |
|---|---|---|---|
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | **Total Time:** | **10.60** |

**Date worked:** 9/30/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 9.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Meeting with client in office, legal research on affirmative defenses of City, review and revise client damages | | Transferred |

| **Total for Date worked:** | 9/30/2006 | Billable Time     (100.00%): | 9.20 |
|---|---|---|---|
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | **Total Time:** | **9.20** |

A-506

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 10/1/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 10.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L440 | Other Trial Preparation and Support | |
| **Activity:** | A102 | Research | |
| **Billable:** | Billable | | |
| **Narrative:** | Legal research on 1983 claims, exception to sovereign immunity for conversion, meeting with clients to prepare for testimony tomorrow, modify deposition transcripts for reading as evidence | | Transferred |

| **Total for Date worked:** | 10/1/2006 | Billable Time (100.00%): | 10.10 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | 10.10 |

**Date worked:** 10/2/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 12.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L400 | Trial Preparation and Trial | |
| **Task :** | L450 | Trial and Hearing Attendance | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Attend trial, prepare for hearing next day | | Transferred |

| **Total for Date worked:** | 10/2/2006 | Billable Time (100.00%): | 12.60 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | **Total Time:** | 12.60 |

A-507

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger |
|---|---|---|

**Date worked:** 10/3/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 15.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L400 | Trial Preparation and Trial | |
| **Task** | : L450 | Trial and Hearing Attendance | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Attend trial, prepare and file second motion for sanctions, prepare for trial next day | | Transferred |

|  |  |  |
|---|---|---|
| **Total for Date worked:** | 10/3/2006 | Billable Time (100.00%): **15.50** |
| | | Non-Billable Time ( 0.00%): **0.00** |
| | | Total Time: **15.50** |

**Date worked:** 10/4/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 13.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L400 | Trial Preparation and Trial | |
| **Task** | : L450 | Trial and Hearing Attendance | |
| **Activity:** | A109 | Appear for/attend | |
| **Billable:** | Billable | | |
| **Narrative:** | Attend trial, prepare and file answering brief to motion for directed verdict, work on jury instructions and verdict form, prepare for tomorrow | | Transferred |

|  |  |  |
|---|---|---|
| **Total for Date worked:** | 10/4/2006 | Billable Time (100.00%): **13.80** |
| | | Non-Billable Time ( 0.00%): **0.00** |
| | | Total Time: **13.80** |

A-508

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|
| Date worked: | 10/5/2006 | | | |

| | | | | Time qty. |
|---|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | | 11.60 |
| Matter: | 04 | City of Newark Project | | |
| Location : | KOFP | King of Prussia | | |
| Phase : | L400 | Trial Preparation and Trial | | |
| Task : | L450 | Trial and Hearing Attendance | | |
| Activity: | A109 | Appear for/attend | | |
| Billable: | Billable | | | |
| Narrative: | | Attend trial, assemble materials after close of case for shipment | | Transferred |

| Total for Date worked: | 10/5/2006 | Billable Time | (100.00%): | 11.60 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 11.60 |

| Total for Timekeeper: | 030 | David T. Bolger | Billable Time | (100.00%): | 479.00 |
|---|---|---|---|---|---|
| | | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | | 479.00 |

| Grand Total: | | Billable Time | (100.00%): | 789.90 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 789.90 |

# Marsha E. Flora, Esquire

# Timesheets – L100

A-509

A-511

## CONTRACT ATTORNEY TIME SHEET:

### _MARSHA E. FLORA_

May 23, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|--------------|--------------|-----------|-------|------|----------|-------------|
| 5/23/06 | 3514 | 04 | 3.0 | L100 | L120 | A105 | Meeting with D. Bolger regarding facts of case and trial preparation; review of documentation regarding facts of case |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# CONTRACT ATTORNEY TIME SHEET:

## MARSHA E. FLORA

### May 24, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 5/24/06 | 3514 | 04 | 4.4 | L100 | L110 | A104 | Review and analyze key correspondence and documents regarding facts of case |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-512

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

May 25, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 5/25/06 | 3514 | 04 | 1.7 | L100 | L110 | A104 | Review and analyze key correspondence and documents regarding facts of the case |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONTRACT ATTORNEY TIME SHEET:

*MARSHA E. FLORA*

May 30, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 5/30/06 | 3514 | 04 | 8.5 | L100 | L120 | A105 | Meeting with D. Bolger regarding facts of case and trial preparation; review and analyze expert reports for Dr. Richardson, Dr. Marr and T. Ramsey; review case law regarding 1983 action; participate in conferences with T. Ramsey, Dr. Richardson and Dr. Marr; conduct conferences regarding 1983 action and case law; trial preparation and review of deposition testimony |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-514

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

June 9, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 6/9/06 | 3514 | 04 | 6.3 | L100 | L110 | A102 | Conduct research regarding EJCDC contract interpretation; Review cases regarding interpretation of EJCDC contracts regarding damages; Review articles regarding interpretation of contract; Trial preparation |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

June 12, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 6/12/06 | 3514 | 04 | 7.6 | L100 | L110 | A102 | Research regarding testimony of 30(b)(6) witness and binding effect of testimony; review and analyze Kula deposition testimony; Prepare overview of Kula testimony for trial; Trial preparation |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

June 13, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 6/13/06 | 3514 | 04 | 6.5 | L100 | L120 | A102 | Conduct research regarding Section 1983 action and damages and proof analysis; review cases regarding same; Trial preparation |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-517

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

June 22, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|-----------|-------|------|----------|-------------|
| 6/22/06 | 3514 | 04 | 4.5 | L100 | L110 | A102 | Conduct research regarding spoliation; Trial preparation |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# Marsha E. Flora, Esquire

# Timesheets – L300

A-519

## CONTRACT ATTORNEY TIME SHEET:

### _MARSHA E. FLORA_

June 5, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|--------------|---------------|-----------|-------|------|----------|-------------|
| 6/5/06 | 3514 | 04 | 7.5 | L300 | L330 | A104 | Review and analyze Carol Houck's testimony and conduct analysis of 30(b)(6) testimony (4 volumes of testimony); Trial preparation; prepare overview of 30(b)(6) testimony |

A-520

CONTRACT ATTORNEY TIME SHEET:

*MARSHA E. FLORA*

June 1, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 6/1/06 | 3514 | 04 | 6.7 | L300 | L330 | A104 | Review and analyze Carol Houck's testimony and conduct analysis of 30(b)(6) testimony (4 volumes of testimony); Trial preparation; prepare overview of Houck's testimony |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

June 14, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 6/14/06 | 3514 | 04 | 5.5 | L300 | L330 | A104 | Conference with D. Bolger regarding City Council depositions; Prepare for Council depositions; Review and analyze City Charter; Review testimony of prior Council members; Prepare exhibits for depositions; Review and analyze City document production; Trial preparation |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-522

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

June 15, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|------|------|------|------|------|------|------|
| 6/15/06 | 3514 | 04 | 8.0 | L300 | L330 | A104 | Review and analyze George & Lynch document production (approximately 4 banker's boxes); Prepare exhibits for George & Lynch depositions; Trial preparation |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-523

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

June 16, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|-----------|-------|------|----------|-------------|
| 6/16/06 | 3514 | 04 | 8.4 | L300 | L330 | A104 | Review and analyze Jill Voeller's deposition testimony for trial; Prepare overview of Voeller testimony for trial; Trial preparation; Review Voeller testimony for proof analysis for issues to prove at trial; Prepare detailed list of exhibits |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# Marsha E. Flora, Esquire

# Timesheets – L400

CONTRACT ATTORNEY TIME SHEET:

*MARSHA E. FLORA*

June 2, 2006

A-525

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 6/2/06 | 3514 | 04 | 7.7 | L400 | 440 | A104 | Trial preparation; review and analysis of documents; prepare detailed list of documents for exhibits; Review and analyze deposition of James Durkin; Trail preparation and organize proof analysis for trial |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |