A-526

**CONTRACT ATTORNEY TIME SHEET:**

*MARSHA E. FLORA*

June 6, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 6/6/06 | 3514 | 04 | 5.8 | L400 | L430 | A104 | Review motion for summary judgment and responses thereto regarding judicial admissions made by Defendants; Review Houck's testimony regarding notice under the contract; Trial preparation; Prepare overview of list of exhibits |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-527

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

### June 7, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 6/7/06 | 3514 | 04 | 6.5 | L400 | L430 | A110 | Trial preparation; organize documents and prepare issues and proof analysis; prepare overview of Houck testimony for trial; Review and analyze Karl Kalbacher's deposition testimony; Prepare overview of Kalbacher's testimony for trial |
| | | | | | | | |

A-528

CONTRACT ATTORNEY TIME SHEET:

*MARSHA E. FLORA*

June 8, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|--------------|---------------|-----------|-------|------|----------|-------------|
| 6/8/06 | 3514 | 04 | 8.1 | L400 | L430 | A110 | Trial preparation; Review and analyze documents from City; Prepare list of documents for exhibits; Review and analyze deposition testimony of Michael Durkin |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-529

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

June 19, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|-----------|-------|------|----------|-------------|
| 6/19/06 | 3514 | 04 | 8.3 | L400 | L430 | A104 | Trial preparation; Review and analyze URS documents regarding exhibits; Prepare list of documents for exhibits; Review and analyze V. Funk deposition; prepare overview of Funk deposition for trial; Review Funk deposition for proof issues at trial |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-530

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

June 20, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 6/20/06 | 3514 | 04 | 8.2 | L400 | L430 | A104 | Review and analyze documents produced regarding organization of documents for exhibits; Review and analyze Contract regarding issues to be proved at trial; Trial preparation |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

June 21, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 6/21/06 | 3514 | 04 | 7.8 | L400 | L430 | A104 | Prepare and organize issues to be proved at trial including documentary and testimony support for same; Review pleadings regarding issues to be proved at trial |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-531

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

June 27, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 6/27/06 | 3514 | 04 | 7.6 | L400 | L430 | A110 | Trial preparation; Review and analyze Durkin documents produced regarding exhibits; Prepare detailed list of documents for exhibits; Prepare issue list to be proved at trial |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-532

CONTRACT ATTORNEY TIME SHEET:

*MARSHA E. FLORA*

July 31, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 7/31/06 | 3514 | 04 | 5.9 | L400 | L430 | A103 | Draft Motion for relief from intentional destruction of evidence and Motion for sanctions under Federal Rule 37(b) relating to as built survey; prepare memorandum in support of Motion for relief from intentional destruction of evidence and Motion for sanctions under Federal Rule 37(b) relating to as built survey; prepare proposed order; prepare appendix |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-533

A-534

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 2, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 7/2/06 | 3514 | 04 | 1.8 | L400 | L410 | A104 | Review and analyze Jill Voeller's deposition and exhibits thereto in preparation of trial |
| 7/2/06 | 3514 | 04 | 3.3 | L400 | L440 | A103 | Review of documents produced and prepare detailed chronological list of documents produced in preparation for trial |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 3, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|--------------|---------------|-----------|-------|------|----------|-------------|
| 7/3/06 | 3514 | 04 | 4.5 | L400 | L440 | A102 | Conduct research regarding Section 1983 action; review cases regarding same in preparation for trial and pre trial order |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-535

## CONTRACT ATTORNEY TIME SHEET:

### MARSHA E. FLORA

July 5, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|-----------|-------|------|----------|-------------|
| 7/5/06 | 3514 | 04 | 9.9 | L400 | L440 | A103 | Review of documents produced and prepare detailed chronological list of documents produced in preparation for trial; Review of documents for preparation of exhibit list |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-536

CONTRACT ATTORNEY TIME SHEET:

*MARSHA E. FLORA*

July 6, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 7/6/06 | 3514 | 04 | 6.5 | L400 | L440 | A103 | Review of documents produced and prepare detailed chronological list of documents produced in preparation for trial; Review of documents for preparation of exhibit list |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-537

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 7, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 7/7/06 | 3514 | 04 | 8.1 | L400 | L440 | A104 | Review discovery, pleadings, documents produced and depositions in preparation of statement of uncontested facts as required by the pre trial order |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



A-538

A-539

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 8, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 7/8/06 | 3514 | 04 | 4.2 | L400 | L410 | A104 | Review and analyze Glenn Bowen's deposition and exhibits thereto in preparation of trial and in preparation of statement of uncontested facts |
| 7/8/06 | 3514 | 04 | 3.4 | L400 | L440 | A102 | Conduct research regarding 30(b)(6) admissions by corporate representatives; review cases regarding same; Conduct research regarding damages under EJCDC |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-540

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

July 9, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|------|------|------|------|------|------|------|
| 7/9/06 | 3514 | 04 | 2.3 | L400 | L440 | A103 | Review of documents produced and prepare detailed chronological list of documents produced in preparation for trial; Review of documents for preparation of exhibit list |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



A-541

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 10, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|-----------|-------|------|----------|-------------|
| 7/10/06 | 3514 | 04 | 2.9 | L400 | L440 | A103 | Review of documents produced and prepare detailed chronological list of documents produced in preparation for trial; Review of documents for preparation of exhibit list |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

### July 11, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 7/11/06 | 3514 | 04 | 3.5 | L400 | L440 | A102 | Conduct research regarding standard jury instructions in federal cases; review same in preparation for drafting jury instructions; Conduct research regarding standard jury instructions for Delaware cases; review same in preparation for drafting jury instructions |
| 7/11/06 | 3514 | 04 | 6.0 | L400 | L440 | A104 | Review discovery, pleadings, documents produced and depositions in preparation of statement of uncontested facts as required by the pre trial order |
| 7/11/06 | 3514 | 04 | 2.5 | L400 | L440 | A102 | Conduct research regarding damages for intentional interference with existing contractual relationships; review cases regarding same |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-543

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 12, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 7/12/06 | 3514 | 04 | 8.5 | L400 | L410 | A104 | Review and analyze documents produced by George & Lynch in preparation for trial |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-544

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 13, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 7/13/06 | 3514 | 04 | 9.0 | L400 | L410 | A104 | Review and analyze documents produced by Durkin in preparation for trial |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-545

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 14, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 7/14/06 | 3514 | 04 | 4.0 | L400 | L440 | A103 | Review of documents produced and prepare detailed chronological list of documents produced in preparation for trial; Review of documents for preparation of exhibit list |
| 7/14/06 | 3514 | 04 | 1.7 | L400 | L410 | A104 | Review and analyze deposition of Will Robinson and exhibits thereto in preparation for trial |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONTRACT ATTORNEY TIME SHEET:

*MARSHA E. FLORA*

July 15, 2006

A-546

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|--------------|---------------|-----------|-------|------|----------|-------------|
| 7/15/06 | 3514 | 04 | 1.5 | L400 | L440 | A103 | Review of documents produced and prepare detailed chronological list of documents produced in preparation for trial |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 16, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 7/16/06 | 3514 | 04 | 3.6 | L400 | L440 | A102 | Conduct research regarding bifurcation; review cases regarding same; Conduct research regarding City bidding process |
| 7/16/06 | 3514 | 04 | 1.0 | L400 | L440 | A104 | Review and analyze documents produced by the City in preparation for drafting exhibit list as required by the Pre Trial Order. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-547

A-548

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 17, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|-----------|-------|------|----------|-------------|
| 7/17/06 | 3514 | 04 | 2.8 | L400 | L430 | A103 | Draft detailed statement of uncontested facts with citations as required by the pre trial order |
| 7/17/06 | 3514 | 04 | 1.5 | L400 | L440 | A104 | Review and analyze documents produced by the Durkin |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 18, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 7/18/06 | 3514 | 04 | .5 | L400 | L440 | A101 | Prepare submissions for pre trial order; strategy for trial presentation |
| 7/18/06 | 3514 | 04 | 9.7 | L400 | L430 | A103 | Draft detailed statement of uncontested facts with citations as required by the pre trial order; review file regarding same for detailed support of uncontested facts |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-550

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 19, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 7/19/06 | 3514 | 04 | 6.5 | L400 | L440 | A104 | Review discovery, pleadings, documents produced and depositions in preparation of statement of uncontested facts as required by the pre trial order |
| 7/19/06 | 3514 | 04 | 7.5 | L400 | L430 | A103 | Draft detailed statement of uncontested facts with citations as required by the pre trial order |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |