A-551

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 20, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 7/20/06 | 3514 | 04 | .5 | L400 | L440 | A104 | Review and analyze David Athey deposition and exhibits thereto in preparation of trial |
| 7/20/06 | 3514 | 04 | 5.5 | L400 | L430 | A103 | Draft detailed statement of uncontested facts with citations as required by the pre trial order |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-552

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 21, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|--------------|---------------|-----------|-------|------|----------|-------------|
| 7/21/06 | 3514 | 04 | 1.0 | L400 | L440 | A101 | Prepare submissions for pre trial order; strategy for trial presentation |
| 7/21/06 | 3514 | 04 | 8.3 | L400 | L430 | A103 | Draft detailed statement of uncontested facts with citations as required by the pre trial order |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-553

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

July 22, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 7/22/06 | 3514 | 04 | 12.0 | L400 | L430 | A103 | Draft detailed statement of uncontested facts with citations as required by the pre trial order |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-554

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 23, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 7/23/06 | 3514 | 04 | 11.3 | L400 | L430 | A103 | Draft detailed statement of uncontested facts with citations as required by the pre trial order |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 24, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 7/24/06 | 3514 | 04 | 2.5 | L400 | L420 | A104 | Review and analyze Dr. Marr's May 31, 2006 expert report and attachments; Review and analyze Dr. Richardson's May 31, 2006 expert report and attachments; Review and analyze Dr. Richardson's March 11, 2004 expert report and attachments; Review and analyze Dr. Richardson's January 2004 expert report and attachments; Review and analyze URS' January 30, 2004 expert report and attachments; |
| 7/24/06 | 3514 | 04 | 3.5 | L400 | L440 | A104 | Review file, pleadings, documents produced and depositions regarding Durkin's claims of interference with prospective and existing contractual relationships |
| 7/24/06 | 3514 | 04 | 6.9 | L400 | L440 | A103 | Review of documents produced and prepare detailed chronological list of documents produced in preparation for trial |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-556

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 25, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 7/25/06 | 3514 | 04 | 3.8 | L400 | L440 | A104 | Research file regarding facts in support of spoliation of as builts; review discovery requests and responses regarding as builts; review correspondence regarding requests for as builts; Review depositions regarding as built surveys |
| 7/25/06 | 3514 | 04 | .9 | L400 | L440 | A101 | Prepare submissions for pre trial order; strategy for trial presentation |
| 7/25/06 | 3514 | 04 | 4.1 | L400 | L440 | A103 | Review of documents produced and prepare detailed chronological list of documents produced in preparation for trial |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONTRACT ATTORNEY TIME SHEET:

*MARSHA E. FLORA*

July 26, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 7/26/06 | 3514 | 04 | 3.5 | L400 | L440 | A104 | Review depositions regarding council packets; Review documents produced by the City regarding council packets; review file, correspondence and depositions for exhibits for certification in support of rule 37(b) Motion; review deposition requests for council packets |
| 7/26/06 | 3514 | 04 | 7.5 | L400 | L440 | A104 | Review and analyze documents produced by the City in preparation for drafting exhibit list as required by the Pre Trial Order |
| 7/26/06 | 3514 | 04 | 1.6 | L400 | L440 | A103 | Review of documents produced and prepare detailed chronological list of documents produced in preparation for trial |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 27, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 7/27/06 | 3514 | 04 | 6.3 | L400 | L430 | A103 | Draft Motion for sanctions under Federal Rule of Civil Procedure 37(d) relating to David J. Athey's Production of "Briefing Packets"; Draft Memorandum of Law in support of Motion for sanctions under Federal Rule of Civil Procedure 37(d) relating to David J. Athey's Production of "Briefing Packets"; prepare proposed order; prepare exhibits for appendix for Motion for sanctions under Federal Rule of Civil Procedure 37(d) relating to David J. Athey's Production of "Briefing Packets"; review discovery requests regarding briefing packets; draft certification of counsel in support of Rule 37(b) motion for sanctions |
| 7/27/06 | 3514 | 04 | 2.2 | L400 | L440 | A104 | Review and analyze documents produced by the City in preparation for drafting exhibit list as required by the Pre Trial Order |
| 7/27/06 | 3514 | 04 | 1.8 | L400 | L440 | A103 | Review of documents produced and prepare detailed chronological list of documents produced in preparation for trial |
| 7/27/06 | 3514 | 04 | 2.0 | L400 | L440 | A102 | Conduct research regarding Rule 37(b) sanctions; review cases regarding same |
| | | | | | | | |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 28, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 7/28/06 | 3514 | 04 | 5.5 | L400 | L430 | A103 | Draft Motion to preclude the City from arguing or attempting to present evidence that a date other than November 21, 2003 was the date upon which the City believes that it provided prior notice of its intention to terminate Durkin as required under the Contract; Draft Memorandum of Law in support of Motion to preclude the City form arguing or attempting to present evidence that a date other than November 21, 2003 was the date upon which the City believes that it provided prior notice of its intention to terminate Durkin as required under the Contract; prepare proposed order; prepare exhibits for appendix; review pleadings and prior court submissions regarding same |
| 7/28/06 | 3514 | 04 | 3.5 | L400 | L440 | A104 | Review and analyze documents produced by URS in preparation for drafting exhibit list as required by the Pre Trial Order |
| 7/28/06 | 3514 | 04 | 1.4 | L400 | L440 | A103 | Review of documents produced and prepare detailed chronological list of documents produced in preparation for trial |
| 7/28/06 | 3514 | 04 | 1.5 | L400 | L440 | A102 | Conduct research regarding judicial estoppel; review cases regarding same |
| | | | | | | | |

A-560

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 29, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 7/29/06 | 3514 | 04 | 3.5 | L400 | L440 | A104 | Review and analyze documents produced by City in preparation for drafting exhibit list as required by the Pre Trial Order |
| 7/29/06 | 3514 | 04 | 3.9 | L400 | L440 | A104 | Review and analyze documents produced by Craig Calabria in preparation for drafting exhibit list as required by the Pre Trial Order |
| 7/29/06 | 3514 | 04 | 2.6 | L400 | L440 | A103 | Review of documents produced and prepare detailed chronological list of documents produced in preparation for trial |
| 7/29/06 | 3514 | 04 | 3.5 | L400 | L440 | A102 | Conduct research regarding spoliation; review cases regarding same |
| | | | | | | | |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

July 30, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 7/30/06 | 3514 | 04 | 2.5 | L400 | L440 | A104 | Research file regarding facts for spoliation of URS documents by Glenn Bowen; review discovery requests and responses for URS documents; review correspondence for exhibits for spoliation of URS documents; review depositions for requests for URS documents |
| 7/30/06 | 3514 | 04 | 7.5 | L400 | L430 | A103 | Draft Motion for relief from intentional destruction of "briefing packets" and other information provided to the City Council; Draft Memorandum in support of Motion for relief from intentional destruction of "briefing packets" and other information provided to the City Council; draft proposed order; compile appendix for Motion |
| 7/30/06 | 3514 | 04 | .6 | L400 | L440 | A101 | Prepare submissions for pre trial order; strategy for trial presentation |
| 7/30/06 | 3514 | 04 | 1.3 | L400 | L440 | A104 | Review and analyze exhibits attached to depositions |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 31, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 8/31/06 | 3514 | 04 | 8.9 | L400 | L430 | A101 | Prepare for pre trial conference by reviewing and analyzing joint submissions and motions in limine |
| 8/31/06 | 3514 | 04 | 3.6 | L400 | L430 | A102 | Review and analyze case law in preparation of pre trial conference |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-562

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 1, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|-----------|-------|------|----------|-------------|
| 8/1/06 | 3514 | 04 | 3.8 | L400 | L440 | A104 | Review and analyze documents produced by the City in preparation for submission of Pre Trial Order |
| 8/1/06 | 3514 | 04 | 5.3 | L400 | L430 | A103 | Draft Motion for bifurcation of liability and damages phases of the trial; Draft Memorandum in support of Motion for bifurcation of liability and damages phases of the trial; draft proposed order; compile appendix for Motion |
| 8/1/06 | 3514 | 04 | .7 | L400 | L440 | A101 | Prepare submissions for pre trial order; strategy for trial presentation |
| 8/1/06 | 3514 | 04 | 2.5 | L400 | L430 | A102 | Conduct research regarding Rule 41 and cases in Delaware where bifurcation has been permitted |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-563

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 2, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 8/2/06 | 3514 | 04 | 7.3 | L400 | L430 | A103 | Draft Motion to preclude the City from offering evidence or argument that the method for paying for incomplete work under the contract is a different method than what the Rule 30(b)(6) witness indicated; Draft Memorandum in support of Motion to preclude the City from offering evidence or argument that the method for paying for incomplete work under the contract is a different method than what the Rule 30(b)(6) witness indicated; compile appendix for Motion |
| 8/2/06 | 3514 | 04 | 3.5 | L400 | L430 | A103 | Review and prepare appendices for all Motions in Limine |
| 8/2/06 | 3514 | 04 | 2.9 | L400 | L430 | A102 | Conduct research regarding contractual provisions that indicate incomplete work is to be made on time and materials basis, including review of contract and all submitted pay applications for a determination of incomplete work |
| 8/2/06 | 3514 | 04 | 2.5 | L400 | L440 | A104 | Review and analyze documents produced by Calabria prior to his deposition |
|  |  |  |  |  |  |  |  |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 3, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|-----------|-------|------|----------|-------------|
| 8/3/06 | 3514 | 04 | 6.5 | L400 | L430 | A103 | Draft Motion to preclude the City from asserting a joint defense privilege between the City and URS corporation and Motion for an Order directing the City to immediately produce any documents that are being withheld on the basis of joint defense privilege; Draft Memorandum in support of Motion to preclude the City from asserting a joint defense privilege between the City and URS corporation and Motion for an Order directing the City to immediately produce any documents that are being withheld on the basis of joint defense privilege; compile appendix for Motion |
| 8/3/06 | 3514 | 04 | 1.6 | L400 | L430 | A103 | Review file, pleadings, briefs and responses to motions and depositions regarding claim of joint defense between the City and URS |
| 8/3/06 | 3514 | 04 | 3.8 | L400 | L430 | A102 | Conduct research joint defense privilege; review cases regarding same |
| 8/3/06 | 3514 | 04 | .8 | L400 | L440 | A104 | Prepare submissions for pre trial order; strategy for trial presentation |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 4, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|-----------|-------|------|----------|-------------|
| 8/4/06 | 3514 | 04 | 5.9 | L400 | L430 | A103 | Draft Motion for relief from intentional destruction of official backup field documentation generated by URS Corporation; Draft Memorandum in support of Motion for relief from intentional destruction of official backup field documentation generated by URS Corporation; compile appendix for Motion |
| 8/4/06 | 3514 | 04 | 1.5 | L400 | L430 | A102 | Conduct research regarding punitive damage claims under Section 1983; review of cases regarding same |
| 8/4/06 | 3514 | 04 | 4.6 | L400 | L410 | A104 | Review daily reports from URS and other documents produced by URS |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-566

A-567

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 5, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 8/5/06 | 3514 | 04 | 12.1 | L400 | L430 | A103 | Draft detailed exhibit list as required by the Pre Trial Order |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-568

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 6, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 8/6/06 | 3514 | 04 | 6.3 | L400 | L430 | A103 | Draft Motion to preclude evidence to Durkin's bid on the Reservoir Project; Draft Memorandum in support of Motion to preclude evidence to Durkin's bid on the Reservoir Project; compile appendix for Motion |
| 8/6/06 | 3514 | 04 | 4.8 | L400 | L430 | A102 | Conduct research regarding the need for an estimator expert to discuss the bid; review of cases regarding same; Conduct research regarding need for expert testimony; review cases regarding same; Conduct research regarding Rule 702; review of cases regarding same |
| 8/6/06 | 3514 | 04 | 2.5 | L400 | L430 | A104 | Review of file and deposition testimony regarding Durkin's bid |
| | | | | | | | |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 7, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 8/7/06 | 3514 | 04 | 3.5 | L400 | L430 | A103 | Draft Motion to preclude the City from presenting evidence of trespass including alleged interference with construction activities and evidence of Michael D. Durkin and James W. Durkin being arrested for criminal trespass at the Newark Reservoir; Draft Memorandum in support of Motion to preclude the City from presenting evidence of trespass including alleged interference with construction activities and evidence of Michael D. Durkin and James W. Durkin being arrested for criminal trespass at the Newark Reservoir; compile appendix for Motion; draft proposed order |
| 8/7/06 | 3514 | 04 | 2.2 | L400 | L430 | A102 | Conduct research regarding Rule 403; review cases regarding same |
| 8/7/06 | 3514 | 04 | .4 | L400 | L430 | A104 | Review of file and deposition testimony regarding the arrests of the Durkins for trespass |
| 8/7/06 | 3514 | 04 | 1.5 | L400 | L430 | A104 | Review and analyze protective order filed by the City of Newark regarding trespass; Review and analyze Durkin's response to same; review police report regarding same; Review and analyze certification of James and Michael Durkin regarding same |
| 8/7/06 | 3514 | 04 | 6.2 | L400 | L440 | A103 | Prepare detailed exhibit list; review documents produced regarding same |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 8, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 8/8/06 | 3514 | 04 | 6.0 | L400 | L430 | A103 | Draft Motion to preclude URS from offering any testimony based on scientific, technical or other specialized knowledge within the scope of Rule 702; Draft Memorandum in support of Motion to preclude URS from offering any testimony based on scientific, technical or other specialized knowledge within the scope of Rule 702; compile appendix for Motion; draft proposed order |
| 8/8/06 | 3514 | 04 | 4.5 | L400 | L430 | A102 | Conduct research regarding Rule 702; review cases regarding same; review Delaware recent cases regarding need to produce experts; Conduct research regarding experts who are employees of defendant and requirements to naming such experts |
| 8/8/06 | 3514 | 04 | 5.1 | L400 | L440 | A103 | Prepare detailed exhibit list; review documents produced regarding same |
| 8/8/06 | 3514 | 04 | .7 | L400 | L430 | A104 | Review file, discovery and court submissions regarding submission of experts |
| | | | | | | | |

A-571

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 9, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|--------------|---------------|------------|-------|------|----------|-------------|
| 8/9/06 | 3514 | 04 | 5.5 | L400 | L440 | A103 | Prepare detailed exhibit list; review documents produced regarding same |
| 8/9/06 | 3514 | 04 | 2.2 | L400 | L430 | A103 | Draft jury instructions as required by Pre Trial Order |
| 8/9/06 | 3514 | 04 | 3.0 | L400 | L440 | A104 | Review and analyze documents produced by URS |
| | | | | | | | |
| | | | | | | | |

A-572

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 10, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 8/10/06 | 3514 | 04 | 6.2 | L400 | L440 | A103 | Prepare detailed exhibit list; review documents produced regarding same |
| 8/10/06 | 3514 | 04 | 5.6 | L400 | L430 | A103 | Draft jury instructions as required by Pre Trial Order |
| 8/10/06 | 3514 | 04 | 3.0 | L400 | L430 | A102 | Conduct research regarding jury instructions for Section 1983, conspiracy and defamation |
| | | | | | | | |
| | | | | | | | |

A-573

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 11, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 8/11/06 | 3514 | 04 | 5.5 | L400 | L440 | A103 | Prepare detailed exhibit list; review documents produced regarding same |
| 8/11/06 | 3514 | 04 | 2.5 | L400 | L430 | A103 | Draft jury instructions for: seven day notice under the contract, section 1983 for Council members, section 1983 for City of Newark, spoliation of URS documents, spoliation of "briefing packets", bifurcation |
| 8/11/06 | 3514 | 04 | 1.2 | L400 | L430 | A102 | Conduct research regarding notice under construction contracts; review cases regarding same |
| | | | | | | | |
| | | | | | | | |

A-574

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 12, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 8/12/06 | 3514 | 04 | 2.5 | L400 | L440 | A104 | Review and analyze George and Lunch daily reports |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA F. FLORA*

August 13, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 8/13/06 | 3514 | 04 | 2.8 | L400 | L440 | A104 | Review and analyze expert reports, file, discovery, documents produced regarding contested facts for the trial brief; obtain citations for same |
| 8/13/06 | 3514 | 04 | 4.0 | L400 | L430 | A103 | Draft trial brief |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-575