# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

### August 14, 2006


A-576

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 8/14/06 | 3514 | 04 | 3.5 | L400 | L440 | A104 | Conduct research for points of authority for trial brief |
| 8/14/06 | 3514 | 04 | 8.8 | L400 | L430 | A103 | Draft trial brief |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-577

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 15, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 8/15/06 | 3514 | 04 | 2.0 | L400 | L440 | A103 | Continue drafting jury instructions |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 16, 2006

A-578

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 8/16/06 | 3514 | 04 | 2.5 | L400 | L440 | A102 | Research regarding verdict form and special jury instructions; review Delaware cases regarding same regarding breach of contract, conspiracy, intentional interference with contractual relations, civil rights violations, defamation; review pleadings regarding same |
| 8/16/06 | 3514 | 04 | 3.6 | L400 | L430 | A103 | Draft jury verdict form with special interrogatories |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-579

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

August 17, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 8/17/06 | 3514 | 04 | .6 | L400 | L440 | A102 | Conduct research regarding voir dire in Delaware |
| 8/17/06 | 3514 | 04 | 2.6 | L400 | L440 | A103 | Draft voir dire |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-580

**CONTRACT ATTORNEY TIME SHEET:**

*MARSHA E. FLORA*

August 18, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 8/18/06 | 3514 | 04 | 9.0 | L400 | L430 | A101 | Prepare detailed Pre Trial Order with exhibits for submission; review of file and documents produced regarding same |
| 8/18/06 | 3514 | 04 | 3.0 | L400 | L440 | A104 | Review daily construction reports |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-581

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 19, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 8/19/06 | 3514 | 04 | 10.0 | L400 | L430 | A101 | Prepare detailed Pre Trial Order with exhibits for submission; review of file and documents produced regarding same |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 20, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 8/20/06 | 3514 | 04 | .5 | L400 | L430 | A104 | Review and analyze URS Motion in limine to exclude evidence of safety of the Reservoir; review memorandum in support thereof |
| 8/20/06 | 3514 | 04 | .8 | L400 | L430 | A104 | Draft response to URS Motion in limine to exclude evidence of safety of the Reservoir |
| 8/20/06 | 3514 | 04 | .5 | L400 | L430 | A104 | Review file and expert reports regarding evidence of discussion of safety of the Reservoir prior to Durkin's termination |
| 8/20/06 | 3514 | 04 | .5 | L400 | L430 | A104 | Review and analyze Federal's Motion in Limine and memorandum in support thereof regarding Houck errata sheets; Review and analyze Federal's Motion in Limine and memorandum in support thereof regarding December 9, 2003 meeting; Review and analyze Federal's Motion in Limine and memorandum in support thereof regarding February 4, 2004 Letter; Review and analyze Federal's Motion in Limine and memorandum in support thereof regarding URS' experts |
| 8/20/06 | 3514 | 04 | .5 | L400 | L430 | A104 | Draft no opposition responses to Federal's Motion in Limine regarding Houck errata sheets; Federal's Motion in Limine regarding December 9, 2003 meeting; Federal's Motion in Limine regarding February 4, 2004 Letter; Federal's Motion in Limine regarding URS' experts |
| 8/20/06 | 3514 | 04 | 1.9 | L400 | L430 | A104 | Revise trial brief |
| 8/20/06 | 3514 | 04 | 3.3 | L400 | L430 | A101 | Prepare detailed Pre Trial Order with exhibits for submission; review of file and documents produced regarding same |

A-583

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

August 21, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 8/21/06 | 3514 | 04 | 5.5 | L400 | L430 | A101 | Prepare detailed Pre Trial Order with exhibits for submission; review of file and documents produced regarding same |
| 8/21/06 | 3514 | 04 | 2.6 | L400 | L430 | A103 | Draft motion to strike plaintiff's motion in limine on the basis that they are motions for summary judgment |
| 8/21/06 | 3514 | 04 | 1.9 | L400 | L430 | A103 | Draft response to motion regarding plaintiff's motion in limine regarding Craig Calabria being called to testify at trial |
| 8/21/06 | 3514 | 04 | .5 | L400 | L430 | A102 | Conduct research regarding calling an opposing party's expert as a witness at trial |

A-584

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 22, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|--------------|---------------|------------|-------|------|----------|-------------|
| 8/22/06 | 3514 | 04 | 7.0 | L400 | L430 | A101 | Prepare detailed Pre Trial Order with exhibits for submission; review of file and documents produced regarding same |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 23, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 8/23/06 | 3514 | 04 | .5 | L400 | L440 | A101 | Trial Preparation |
| 8/23/06 | 3514 | 04 | 3.5 | L400 | L440 | A103 | Prepare detailed list of documents regarding chronology of events for timeline |
| 8/23/06 | 3514 | 04 | 2.0 | L400 | L440 | A103 | Prepare exhibits to be used at trial |
| | | | | | | | |
| | | | | | | | |

A-585

**CONTRACT ATTORNEY TIME SHEET:**

*MARSHA E. FLORA*

August 24, 2006

A-586

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 8/24/06 | 3514 | 04 | 1.4 | L400 | L440 | A101 | Trial Preparation |
| 8/24/06 | 3514 | 04 | 3.0 | L400 | L440 | A103 | Prepare detailed list of documents regarding chronology of events for timeline |
| 8/24/06 | 3514 | 04 | 4.5 | L400 | L440 | A103 | Prepare exhibits to be used at trial |
| 8/24/06 | 3514 | 04 | 2.5 | L400 | L440 | A104 | Review and organize photographs for trial |
| 8/24/06 | 3514 | 04 | 1.0 | L400 | L440 | A104 | Review and analyze joint submissions for trial |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 25, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|-----------|-------|------|----------|-------------|
| 8/25/06 | 3514 | 04 | .6 | L400 | L430 | A104 | Review and analyze City's Answer to Motion for relief from intentional destruction of "briefing packets"; |
| 8/25/06 | 3514 | 04 | 1.5 | L400 | L430 | A102 | Review and analyze case law cited by the City; review and analyze case law regarding spoliation |
| 8/25/06 | 3514 | 04 | .4 | L400 | L430 | A104 | Review and analyze Federal's Motion to Compel the City to produce documents based on the waiver of the attorney client privilege and Brief in Support thereof; |
| 8/25/06 | 3514 | 04 | 2.8 | L400 | L430 | A102 | Conduct research regarding waiver of attorney client privilege; review case regarding the case |
| 8/25/06 | 3514 | 04 | 2.8 | L400 | L430 | A103 | Prepare Reply Brief in support of Durkin's Motion for relief from intentional destruction of "briefing packets" |
| 8/25/06 | 3514 | 04 | 3.8 | L400 | L430 | A103 | Prepare Answer to Federal's Motion to Compel the City to produce documents based on the waiver of the attorney client privilege; Prepare exhibits in support of Federal's Motion to Compel the City to produce documents based on the waiver of the attorney client privilege |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 26, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 8/26/06 | 3514 | 04 | .7 | L400 | L430 | A104 | Review and analyze City's Answer to Motion in Limine to exclude evidence of the bid; |
| 8/26/06 | 3514 | 04 | .9 | L400 | L430 | A102 | Review and analyze case law regarding need for expert to testify regarding the bid |
| 8/26/06 | 3514 | 04 | 1.0 | L400 | L440 | A101 | Trial Preparation |
| 8/26/06 | 3514 | 04 | 2.0 | L400 | L430 | A103 | Prepare reply to City's Answer regarding Motion in Limine to exclude evidence of the bid |
| | | | | | | | |

A-588

A-589

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 27, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 8/27/06 | 3514 | 04 | .5 | L400 | L430 | A104 | Review and analyze URS' response to Motion for relief from intentionally destruction of filed documentation; review and analyze City's joinder to URS' answer; |
| 8/27/06 | 3514 | 04 | .4 | L400 | L430 | A102 | Review and analyze case law regarding need for expert to testify regarding the bid; review and analyze case law cited by URS |
| 8/27/06 | 3514 | 04 | 1.3 | L400 | L440 | A101 | Trial Preparation |
| 8/27/06 | 3514 | 04 | .5 | L400 | L430 | A104 | Review and analyze City's Answer to Motion in Limine to preclude the City from asserting a joint defense privilege; |
| 8/27/06 | 3514 | 04 | .8 | L400 | L430 | A104 | Review and analyze case law regarding asserting joint defense privilege |
| 8/27/06 | 3514 | 04 | 2.0 | L400 | L430 | A103 | Prepare reply brief in support of Durkin's motion for relief for intentional destruction of field documentation; prepare exhibits for reply brief in support of Durkin's motion for relief from intentionally destruction of field documentation |
| 8/27/06 | 3514 | 04 | 1.5 | L400 | L430 | A103 | Prepare reply brief in support of Motion in Limine to preclude the City from asserting a joint defense privilege |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

August 28, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 8/28/06 | 3514 | 04 | .5 | L400 | L430 | A104 | Review and analyze City's Answer to Motion in Support of Durkin's Motion to preclude the City from arguing written prior notice of a date other than 11/21/03 based on judicial admission; |
| 8/28/06 | 3514 | 04 | 1.0 | L400 | L430 | A102 | Review and analyze case law cited by City; review and analyze case law regarding judicial admissions and judicial estoppel |
| 8/28/06 | 3514 | 04 | 2.2 | L400 | L430 | A103 | Prepare Reply brief in support of Durkin's Motion to preclude the City from arguing written prior notice of a date other than 11/21/03 based on judicial admission |
| 8/28/06 | 3514 | 04 | 1.0 | L400 | L430 | A104 | Review and analyze City's Answer to Federal's Motion to preclude evidence of the 2/4/04 letter; Review and analyze City's answer to Federal's Motion to preclude evidence of errata sheets for the City's 30(b)(6) witness; Review and analyze City's Answer to Federal's Motion to preclude evidence of 12/9/03 meeting |
| 8/28/06 | 3514 | 04 | 1.5 | L400 | L410 | A108 | Participate in meeting with Archie Filshil regarding facts of case |
| 8/28/06 | 3514 | 04 | 1.5 | L400 | L410 | A108 | Participate in meeting with counsel for Federal regarding trial preparation |
| 8/28/06 | 3514 | 04 | 3.3 | L400 | L440 | A101 | Trial Preparation |
| 8/28/06 | 3514 | 04 | 2.5 | L400 | L440 | A101 | Review and analyze City's response to proposed statement of facts, jury instructions and exhibits |

**CONTRACT ATTORNEY TIME SHEET:**

*MARSHA E. FLORA*

August 29, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 8/29/06 | 3514 | 04 | .3 | L400 | L430 | A104 | Review and Federal's Motion to preclude the City from offering evidence of claims against Federal |
| 8/29/06 | 3514 | 04 | .4 | L400 | L430 | A104 | Review and analyze City's Answer to Durkin' Motion in Limine to Preclude the City from Offering evidence that the Method for payment for incomplete work is other than on a time and materials basis |
| 8/29/06 | 3514 | 04 | 3.5 | L400 | L440 | A101 | Trial Preparation |
| 8/29/06 | 3514 | 04 | .2 | L400 | L430 | A103 | Prepare joinder to preclude the City from offering evidence of claims against Federal |
| 8/29/06 | 3514 | 04 | 2.5 | L400 | L430 | A103 | Prepare Reply Brief regarding Durkin' Motion in Limine to Preclude the City from Offering evidence that the Method for payment for incomplete work is other than on a time and materials basis |
| 8/29/06 | 3514 | 04 | 1.6 | L400 | L430 | A102 | Review and analyze case law regarding deposition errata sheets and 30(b)(6) witnesses |
| 8/29/06 | 3514 | 04 | 1.0 | L400 | L440 | A105 | Trial Preparation meeting with Paul Logan |
| 8/29/06 | 3514 | 04 | 4.2 | L400 | L410 | A104 | Review and analyze Donald Durkin, Jr.'s construction diary and prepare timeline of events to  be included into chorological list |

**CONTRACT ATTORNEY TIME SHEET:**

*MARSHA E. FLORA*

**August 30, 2006**

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 8/30/06 | 3514 | 04 | .3 | L400 | L430 | A104 | Review and analyze URS' answer to Federal's Motion to preclude URS experts |
| 8/30/06 | 3514 | 04 | .3 | L400 | L430 | A104 | Review and analyze City's Response to Federal's Motion to preclude the City from asserting damages Federal |
| 8/30/06 | 3514 | 04 | 2.2 | L400 | L440 | A101 | Trial Preparation |
| 8/30/06 | 3514 | 04 | .3 | L400 | L430 | A104 | Review and analyze City's response to Federal's Motion to preclude the City form asserting claims against Federal |
| 8/30/06 | 3514 | 04 | .5 | L400 | L430 | A104 | Review and analyze City's Answer to Durkin's Motion to Strike the City's Motions as being improper Motions for Summary Judgment |
| 8/30/06 | 3514 | 04 | 3.5 | L400 | L430 | A103 | Prepare Reply Brief regarding Durkin's Motion to Strike the City's Motions as being improper Motions for Summary Judgment |
| 8/30/06 | 3514 | 04 | 2.5 | L400 | L430 | A102 | Review and analyze case law regarding motions in limine versus motions for summary judgment cited by the City; conduct research and review cases regarding proper motions in limine |
| 8/30/06 | 3514 | 04 | 2.5 | L400 | L410 | A104 | Review and analyze Donald Durkin, Jr.'s construction diary and prepare timeline of events to be included into chorological list |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 30, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|-----------|-------|------|----------|-------------|
| 9/30/06 | 3514 | 04 | 3.5 | L400 | L440 | A102 | Trial preparation – conduct research regarding municipality tort claims act; review cases regarding same |
| 9/30/06 | 3514 | 04 | 1.5 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial; review of documents regarding same |
| 9/30/06 | 3514 | 04 | .5 | L400 | L440 | A103 | Trial preparation – prepare exhibits for jury binders |
| 9/30/06 | 3514 | 04 | .5 | L400 | L440 | A104 | Trial preparation – review and analyze depositions in preparation for witness outlines |
| 9/30/06 | 3514 | 04 | 1.0 | L400 | L440 | A101 | Trial preparation – Strategize regarding trial |
| 9/30/06 | 3514 | 04 | 4.5 | L400 | L440 | A102 | Trial preparation – conduct research regarding civil rights and liberty interest regarding employment; review cases regarding same |
| | | | | | | | |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 1, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 9/1/06 | 3514 | 04 | 6.5 | L400 | L430 | A101 | Prepare for pre trial conference by reviewing and analyzing joint submissions and motions in limine |
| 9/1/06 | 3514 | 04 | 3.9 | L400 | L440 | A102 | Review and analyze research for pre trial conference |
| 9/1/06 | 3514 | 04 | 4.0 | L400 | L440 | A104 | Review and analyze Donald Durkin's diary and prepare timeline of events from the diary and incorporate into the chronological list of documents |
| 9/1/06 | 3514 | 04 | 2.1 | L400 | L440 | A103 | Trial preparation – prepare proof analysis |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-595

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 2, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|--------------|---------------|-----------|-------|------|----------|-------------|
| 9/2/06 | 3514 | 04 | 3.4 | L400 | L430 | A101 | Prepare for pre trial conference by reviewing and analyzing joint submissions and motions in limine |
| 9/2/06 | 3514 | 04 | 2.5 | L400 | L440 | A102 | Review and analyze research for pre trial conference |
| 9/2/06 | 3514 | 04 | 6.6 | L400 | L440 | A103 | Trial preparation – prepare proof analysis and review of depositions for witness outlines |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-596

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 3, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 9/3/06 | 3514 | 04 | 1.0 | L400 | L430 | A101 | Prepare for pre trial conference by reviewing and analyzing joint submissions and motions in limine |
| 9/3/06 | 3514 | 04 | 1.5 | L400 | L440 | A102 | Review and analyze research for pre trial conference |
| 9/3/06 | 3514 | 04 | 4.7 | L400 | L440 | A103 | Trial preparation – prepare proof analysis and review of depositions for witness outlines; prepare exhibits |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

CONTRACT ATTORNEY TIME SHEET:

*MARSHA E. FLORA*

September 4, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|--------------|---------------|-----------|-------|------|----------|-------------|
| 9/4/06 | 3514 | 04 | 2.5 | L400 | L430 | A101 | Prepare for pre trial conference by reviewing and analyzing joint submissions and motions in limine |
| 9/4/06 | 3514 | 04 | 1.5 | L400 | L440 | A102 | Review and analyze research for pre trial conference |
| 9/4/06 | 3514 | 04 | 4.5 | L400 | L440 | A103 | Trial preparation – prepare proof analysis and review of depositions for witness outlines; prepare exhibits |
| 9/4/06 | 3514 | 04 | 1.0 | L400 | L440 | A105 | Conference with Paul Logan and David Bolger regarding trial preparation |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 5, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 9/5/06 | 3514 | 04 | 4.5 | L400 | L440 | A103 | Trial preparation – prepare proof analysis and review of depositions for witness outlines; prepare exhibits |
| 9/5/06 | 3514 | 04 | 5.5 | L400 | L440 | A104 | Trial preparation – review and analyze depositions of City Council members |
| 9/5/06 | 3514 | 04 | 2.8 | L400 | L440 | A103 | Trial preparation – prepare chart of all of the information that City Council did not know when they voted to terminate; review documents regarding same |
| 9/5/06 | 3514 | 04 | 1.5 | L400 | L440 | A105 | Conference with Paul Logan and David Bolger regarding trial preparation; Strategize regarding trial preparation |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

## Contract Attorney Time Sheet:

### *MARSHA E. FLORA*

September 6, 2006

| Date | Client Number | Matter Number | Time (Hrs) | Phase | Task | Activity | Description |
|------|--------------|---------------|-----------|-------|------|----------|-------------|
| 9/6/06 | 3514 | 04 | 5.9 | L400 | L440 | A103 | Trial preparation – prepare list of documents to be produced pursuant to waiver of attorney client privilege by the City; review and analyze City privilege log |
| 9/6/06 | 3514 | 04 | 6.3 | L400 | L440 | A104 | Trial preparation – review and analyze URS employee depositions |
| 9/6/06 | 3514 | 04 | 4.6 | L400 | L440 | A104 | Trial preparation – organize and prepare exhibits to be introduced at trial |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-600

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 7, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 9/7/06 | 3514 | 04 | 8.5 | L400 | L440 | A103 | Trial preparation – transcribe Donald Durkin's entire construction diary |
| 9/7/06 | 3514 | 04 | 3.5 | L400 | L440 | A104 | Trial preparation – review and analyze Donald Durkin's diary in preparation of excerpts for the jury binders |
| 9/7/06 | 3514 | 04 | 4.6 | L400 | L440 | A104 | Trial preparation – review and analyze Mike Durkin's diary in preparation of excepts for the jury binder and in support of his trial testimony |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |