# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

September 8, 2006

A-601

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 9/8/06 | 3514 | 04 | 2.8 | L400 | L440 | A103 | Trial preparation – review and edit the transcription of Donald Durkin's entire construction diary |
| 9/8/06 | 3514 | 04 | 7.5 | L400 | L440 | A104 | Trial preparation – prepare proof analysis for trial |
| 9/8/06 | 3514 | 04 | 1.6 | L400 | L440 | A104 | Trial preparation – review and analyze recently produced documents from the City |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-602

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 9, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|-----------|-------|------|----------|-------------|
| 9/9/06 | 3514 | 04 | 1.5 | L400 | L440 | A103 | Trial preparation – prepare exhibits for trial |
| 9/9/06 | 3514 | 04 | 3.9 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial |
| 9/9/06 | 3514 | 04 | 2.5 | L400 | L440 | A104 | Trial preparation – review and revise witness outlines for trial testimony |
| 9/9/06 | 3514 | 04 | 2.5 | L400 | L440 | A103 | Trial preparation – prepare backup for witness outlines for trial testimony |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 10, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 9/10/06 | 3514 | 04 | 1.3 | L400 | L440 | A103 | Trial preparation – prepare exhibits for trial |
| 9/10/06 | 3514 | 04 | 1.0 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial |
| 9/10/06 | 3514 | 04 | 3.9 | L400 | L440 | A104 | Trial preparation – review and revise witness outlines for trial testimony |
| 9/10/06 | 3514 | 04 | 3.5 | L400 | L440 | A103 | Trial preparation – prepare backup for witness outlines for trial testimony |
| 9/10/06 | 3514 | 04 | 2.9 | L400 | L440 | A104 | Trial preparation – review and analyze City Administration depositions in preparation for witness outlines |
| | | | | | | | |
| | | | | | | | |

A-603

A-604

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 11, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 9/11/06 | 3514 | 04 | 1.5 | L400 | L440 | A103 | Trial preparation – prepare exhibits for trial |
| 9/11/06 | 3514 | 04 | 2.5 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial |
| 9/11/06 | 3514 | 04 | 3 | L400 | L440 | A104 | Trial preparation – review and revise witness outlines for trial testimony |
| 9/11/06 | 3514 | 04 | 4.5 | L400 | L440 | A103 | Trial preparation – prepare backup for witness outlines for trial testimony |
| 9/11/06 | 3514 | 04 | 1.3 | L400 | L440 | A104 | Trial preparation – review and analyze depositions in preparation for witness outlines |
| 9/11/06 | 3514 | 04 | 1.0 | L400 | L440 | A105 | Trial preparation – meeting with Paul Logan and David Bolger regarding trial preparation and strategy |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 12, 2006

A-605

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 9/12/06 | 3514 | 04 | 3.5 | L400 | L440 | A103 | Trial preparation – prepare exhibits for trial |
| 9/12/06 | 3514 | 04 | 2.5 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial |
| 9/12/06 | 3514 | 04 | 2.6 | L400 | L440 | A104 | Trial preparation – review and revise witness outlines for trial testimony |
| 9/12/06 | 3514 | 04 | 1.5 | L400 | L440 | A103 | Trial preparation – prepare backup for witness outlines for trial testimony |
| 9/12/06 | 3514 | 04 | 2.9 | L400 | L440 | A104 | Trial preparation – review and analyze depositions in preparation for witness outlines |
| 9/12/06 | 3514 | 04 | 1.5 | L400 | L440 | A101 | Trial preparation – Strategize regarding trial |
| | | | | | | | |
| | | | | | | | |

A-606

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 13, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|-----------|-------|------|----------|-------------|
| 9/13/06 | 3514 | 04 | 1.5 | L400 | L440 | A103 | Trial preparation – prepare exhibits for trial |
| 9/13/06 | 3514 | 04 | 2.8 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial |
| 9/13/06 | 3514 | 04 | 1.5 | L400 | L440 | A104 | Trial preparation – review and revise witness outlines for trial testimony |
| 9/13/06 | 3514 | 04 | 2.7 | L400 | L440 | A103 | Trial preparation – prepare backup for witness outlines for trial testimony |
| 9/13/06 | 3514 | 04 | 5.6 | L400 | L440 | A104 | Trial preparation – review and analyze depositions in preparation for witness outlines |
| 9/13/06 | 3514 | 04 | 1.5 | L400 | L440 | A101 | Trial preparation – Strategize regarding trial |
| | | | | | | | |

A-607

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 14, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 9/14/06 | 3514 | 04 | 3.6 | L400 | L440 | A103 | Trial preparation – prepare exhibits for trial |
| 9/14/06 | 3514 | 04 | 4.9 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial; review of documents regarding same |
| 9/14/06 | 3514 | 04 | 1.5 | L400 | L440 | A104 | Trial preparation – review and revise witness outlines for trial testimony |
| 9/14/06 | 3514 | 04 | 2.0 | L400 | L440 | A103 | Trial preparation – prepare backup for witness outlines for trial testimony |
| 9/14/06 | 3514 | 04 | 1.5 | L400 | L440 | A104 | Trial preparation – review and analyze depositions in preparation for witness outlines |
| 9/14/06 | 3514 | 04 | 2.5 | L400 | L440 | A103 | Trial preparation – Draft preliminary jury instructions |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-608

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 15, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 9/15/06 | 3514 | 04 | 4.2 | L400 | L440 | A103 | Trial preparation – prepare exhibits for trial |
| 9/15/06 | 3514 | 04 | 3.5 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial; review of documents regarding same |
| 9/15/06 | 3514 | 04 | 2.9 | L400 | L440 | A104 | Trial preparation – review and revise witness outlines for trial testimony |
| 9/15/06 | 3514 | 04 | 1.5 | L400 | L440 | A103 | Trial preparation – prepare backup for witness outlines for trial testimony |
| 9/15/06 | 3514 | 04 | 1.2 | L400 | L440 | A104 | Trial preparation – review and analyze depositions in preparation for witness outlines |
| 9/15/06 | 3514 | 04 | 3.5 | L400 | L440 | A106 | Trial preparation – Prepare for and attend conferences with Don, Mike and Jim regarding preparation for trial testimony |
| | | | | | | | |
| | | | | | | | |

A-609

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 16, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 9/16/06 | 3514 | 04 | .5 | L400 | L440 | A103 | Trial preparation – prepare exhibits for trial |
| 9/16/06 | 3514 | 04 | 6.5 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial; review of documents regarding same |
| 9/16/06 | 3514 | 04 | .5 | L400 | L440 | A104 | Trial preparation – review and revise witness outlines for trial testimony |
| 9/16/06 | 3514 | 04 | 1.0 | L400 | L440 | A103 | Trial preparation – prepare backup for witness outlines for trial testimony |
| 9/16/06 | 3514 | 04 | 1.5 | L400 | L440 | A104 | Trial preparation – review and analyze depositions in preparation for witness outlines |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-610

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 17, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 9/17/06 | 3514 | 04 | .9 | L400 | L440 | A103 | Trial preparation – prepare exhibits for trial; prepare exhibits for jury binders |
| 9/17/06 | 3514 | 04 | 3.7 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial; review of documents regarding same |
| 9/17/06 | 3514 | 04 | 3.5 | L400 | L440 | A104 | Trial preparation – review and revise witness outlines for trial testimony |
| 9/17/06 | 3514 | 04 | 2.7 | L400 | L440 | A103 | Trial preparation – prepare backup for witness outlines for trial testimony |
| 9/17/06 | 3514 | 04 | 1.0 | L400 | L440 | A104 | Trial preparation – review and analyze depositions in preparation for witness outlines |
| 9/17/06 | 3514 | 04 | 1.0 | L400 | L440 | A101 | Trial preparation – Strategize regarding trial |
| | | | | | | | |

A-611

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

September 18, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 9/18/06 | 3514 | 04 | .5 | L400 | L440 | A103 | Trial preparation – prepare exhibits for trial; prepare exhibits for jury binders |
| 9/18/06 | 3514 | 04 | 5.5 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial; review of documents regarding same |
| 9/18/06 | 3514 | 04 | .5 | L400 | L440 | A104 | Trial preparation – review and revise witness outlines for trial testimony |
| 9/18/06 | 3514 | 04 | 4.2 | L400 | L440 | A103 | Trial preparation – prepare backup for witness outlines for trial testimony |
| 9/18/06 | 3514 | 04 | 2.9 | L400 | L440 | A104 | Trial preparation – review and analyze depositions in preparation for witness outlines |
| 9/18/06 | 3514 | 04 | 1.8 | L400 | L440 | A101 | Trial preparation – Strategize regarding trial |
|  |  |  |  |  |  |  |  |

A-612

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 19, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 9/19/06 | 3514 | 04 | 1.0 | L400 | L440 | A103 | Trial preparation – prepare exhibits for trial; prepare exhibits for jury binders |
| 9/19/06 | 3514 | 04 | 4.5 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial; review of documents regarding same |
| 9/19/06 | 3514 | 04 | 3.5 | L400 | L440 | A103 | Trial preparation – prepare jury instructions |
| 9/19/06 | 3514 | 04 | .5 | L400 | L440 | A103 | Trial preparation – prepare backup for witness outlines for trial testimony |
| 9/19/06 | 3514 | 04 | 2.5 | L400 | L440 | A104 | Trial preparation – review and analyze depositions in preparation for witness outlines |
| 9/19/06 | 3514 | 04 | 2.0 | L400 | L420 | A108 | Trial preparation – Meeting with Tom Ramsey regarding trial testimony |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |



A-613

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 20, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|------|------|------|------|------|------|------|
| 9/20/06 | 3514 | 04 | 1.5 | L400 | L440 | A103 | Trial preparation – prepare exhibits for trial; prepare exhibits for jury binders |
| 9/20/06 | 3514 | 04 | 7.6 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial; review of documents regarding same |
| 9/20/06 | 3514 | 04 | 2.5 | L400 | L440 | A103 | Trial preparation – prepare backup for witness outlines for trial testimony |
| 9/20/06 | 3514 | 04 | 1.9 | L400 | L440 | A104 | Trial preparation – review and analyze depositions in preparation for witness outlines |
| 9/20/06 | 3514 | 04 | 1.5 | L400 | L440 | A101 | Trial preparation – Strategize regarding trial |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-614

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

September 21, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|-----------|-------|------|----------|-------------|
| 9/21/06 | 3514 | 04 | .5 | L400 | L440 | A103 | Trial preparation – prepare exhibits for trial; prepare exhibits for jury binders |
| 9/21/06 | 3514 | 04 | 4.5 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial; review of documents regarding same |
| 9/21/06 | 3514 | 04 | 2.5 | L400 | L440 | A103 | Trial preparation – prepare backup for witness outlines for trial testimony |
| 9/21/06 | 3514 | 04 | 2.5 | L400 | L410 | A106 | Trial preparation – meeting with Don, Jim and Mike Durkin regarding trial testimony |
| 9/21/06 | 3514 | 04 | 2.5 | L400 | L440 | A101 | Trial preparation – Strategize regarding trial |
| 9/21/06 | 3514 | 04 | 1.5 | L400 | L440 | A103 | Trial preparation – prepare jury instructions |
| 9/21/06 | 3514 | 04 | 1.0 | L400 | L440 | A103 | Trial preparation – jury verdict form |

A-615

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 22, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 9/22/06 | 3514 | 04 | 7.5 | L400 | L440 | A103 | Trial preparation – prepare exhibits for trial; prepare exhibits for jury binders |
| 9/22/06 | 3514 | 04 | 1.0 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial; review of documents regarding same |
| 9/22/06 | 3514 | 04 | 1.5 | L400 | L440 | A101 | Trial preparation – Strategize regarding trial |
| 9/22/06 | 3514 | 04 | 2.0 | L400 | L410 | A106 | Trial preparation – meeting with Don, Jim and Mike Durkin regarding trial testimony |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**CONTRACT ATTORNEY TIME SHEET:**

*MARSHA E. FLORA*

September 23, 2006

A-616

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 9/23/06 | 3514 | 04 | 16.0 | L400 | L440 | A103 | Trial preparation – prepare exhibits for trial; prepare exhibits for jury binders |
| 9/23/06 | 3514 | 04 | 1.5 | L400 | L440 | A101 | Trial preparation – Strategize regarding trial |
| 9/23/06 | 3514 | 04 | 1.5 | L400 | L410 | A106 | Trial preparation – meeting with Don, Jim and Mike Durkin regarding trial testimony |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-617

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 24, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|--------------|--------------|-----------|-------|------|----------|-------------|
| 9/24/06 | 3514 | 04 | 5.5 | L400 | L440 | A103 | Trial preparation – prepare exhibits for trial; prepare exhibits for jury binders |
| 9/24/06 | 3514 | 04 | 1.5 | L400 | L440 | A101 | Trial preparation – Strategize regarding trial |
| 9/24/06 | 3514 | 04 | 1.5 | L400 | L410 | A106 | Trial preparation – meeting with Don, Jim and Mike Durkin regarding trial testimony |
| 9/24/06 | 3514 | 04 | 7.5 | L400 | L440 | A103 | Trial preparation – including proof analysis and review of testimony |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-618

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 25, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 9/25/06 | 3514 | 04 | .8 | L400 | L440 | A103 | Trial preparation – Conference with Judge regarding trial preparation |
| 9/25/06 | 3514 | 04 | 1.5 | L400 | L440 | A101 | Trial preparation – Strategize regarding trial |
| 9/25/06 | 3514 | 04 | 1.5 | L400 | L410 | A106 | Trial preparation – meeting with Don, Jim and Mike Durkin regarding trial testimony |
| 9/25/06 | 3514 | 04 | 3.5 | L400 | L440 | A102 | Trial preparation – conduct research regarding sanctions |
| 9/25/06 | 3514 | 04 | 1.8 | L400 | | A104 | Review recently produced documents from City |
| 9/25/06 | 3514 | 04 | 4.5 | L400 | L430 | A103 | Prepare supplemental brief on sanctions due to the City's failure to comply with discovery rules |
| 9/25/06 | 3514 | 04 | 2.4 | L400 | L430 | A103 | Prepare further supplemental brief on sanctions due to City's failure to comply with discovery rules |
| 9/25/06 | 3514 | 04 | 1.0 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial; review of documents regarding same |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 26, 2006

A-619

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|-----------|-------|------|----------|-------------|
| 9/26/06 | 3514 | 04 | 8.5 | L400 | L440 | A103 | Prepare for and attend trial; conduct further trial preparation |
| 9/26/06 | 3514 | 04 | 1.0 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial; review of documents regarding same |
| 9/26/06 | 3514 | 04 | 2.5 | L400 | L440 | A103 | Trial preparation – prepare backup for witness outlines for trial testimony |
| 9/26/06 | 3514 | 04 | 2.5 | L400 | L440 | A104 | Trial preparation – review and analyze depositions in preparation for witness outlines |
| 9/26/06 | 3514 | 04 | 1.5 | L400 | L440 | A101 | Trial preparation – Strategize regarding trial |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-620

<u>CONTRACT ATTORNEY TIME SHEET:</u>

***MARSHA E. FLORA***

September 27, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 9/27/06 | 3514 | 04 | 8.5 | L400 | L440 | A103 | Prepare for and attend trial; conduct further trial preparation |
| 9/27/06 | 3514 | 04 | 1.5 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial; review of documents regarding same |
| 9/27/06 | 3514 | 04 | 2.5 | L400 | L440 | A103 | Trial preparation – prepare backup for witness outlines for trial testimony |
| 9/27/06 | 3514 | 04 | 1.5 | L400 | L440 | A104 | Trial preparation – review and analyze depositions in preparation for witness outlines |
| 9/27/06 | 3514 | 04 | 2.5 | L400 | L440 | A101 | Trial preparation – Strategize regarding trial |
| | | | | | | | |
| | | | | | | | |

CONTRACT ATTORNEY TIME SHEET:

*MARSHA E. FLORA*

September 28, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|-----------|-------|------|----------|-------------|
| 9/28/06 | 3514 | 04 | 9.5 | L400 | L440 | A103 | Prepare for and attend trial; conduct further trial preparation |
| 9/28/06 | 3514 | 04 | 1.8 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial; review of documents regarding same |
| 9/28/06 | 3514 | 04 | 1.4 | L400 | L440 | A103 | Trial preparation – prepare backup for witness outlines for trial testimony |
| 9/28/06 | 3514 | 04 | .8 | L400 | L440 | A104 | Trial preparation – review and analyze depositions in preparation for witness outlines |
| 9/28/06 | 3514 | 04 | 1.5 | L400 | L440 | A101 | Trial preparation – Strategize regarding trial |
| | | | | | | | |
| | | | | | | | |

A-621

A-622

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

September 29, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 9/29/06 | 3514 | 04 | 8.5 | L400 | L440 | A103 | Prepare for and attend trial; conduct further trial preparation |
| 9/29/06 | 3514 | 04 | 2.5 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial; review of documents regarding same |
| 9/29/06 | 3514 | 04 | 1.0 | L400 | L440 | A103 | Trial preparation – prepare backup for witness outlines for trial testimony |
| 9/29/06 | 3514 | 04 | 1.0 | L400 | L440 | A104 | Trial preparation – review and analyze depositions in preparation for witness outlines |
| 9/29/06 | 3514 | 04 | 1.5 | L400 | L440 | A101 | Trial preparation – Strategize regarding trial |
| | | | | | | | |
| | | | | | | | |

A-623

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

October 5, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 10/5/06 | 3514 | 04 | 11.5 | L400 | L440 | A103 | Prepare for and attend trial; conduct further trial preparation; |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

October 1, 2006

A-624

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/1/06 | 3514 | 04 | 2.0 | L400 | L440 | A102 | Trial preparation – conduct research regarding municipality tort claims act; review cases regarding same |
| 10/1/06 | 3514 | 04 | 2.0 | L400 | L440 | A103 | Trial preparation – prepare proof analysis for trial; review of documents regarding same |
| 10/1/06 | 3514 | 04 | 2.0 | L400 | L440 | A103 | Trial preparation – prepare jury instructions |
| 10/1/06 | 3514 | 04 | .5 | L400 | L440 | A103 | Trial preparation – prepare jury interrogatories |
| 10/1/06 | 3514 | 04 | 2.5 | L400 | L440 | A101 | Trial preparation – Strategize regarding trial and dismissing tort claim and proceeding with civil rights |
| 10/1/06 | 3514 | 04 | 3.5 | L400 | L440 | A102 | Trial preparation – conduct research regarding civil rights and liberty interest regarding employment; review cases regarding same |
| | | | | | | | |
| | | | | | | | |

A-625

CONTRACT ATTORNEY TIME SHEET:

*MARSHA E. FLORA*

October 2, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/2/06 | 3514 | 04 | 9.5 | L400 | L440 | A103 | Prepare for and attend trial; conduct further trial preparation |
| 10/2/06 | 3514 | 04 | 1.5 | L400 | L440 | A104 | Trial preparation – review Cottrell's opening statement; prepare notes for closing |
| 10/2/06 | 3514 | 04 | 1.6 | L400 | L440 | A104 | Trial preparation – review and analyze depositions in preparation for witness cross (Metz, Houck, Luft, Robinson) |
| 10/2/06 | 3514 | 04 | 1.9 | L400 | L440 | A101 | Trial preparation – Strategize regarding trial |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |