# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

October 3, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/3/06 | 3514 | 04 | 9.5 | L400 | L440 | A103 | Prepare for and attend trial; conduct further trial preparation; |
| 10/3/06 | 3514 | 04 | 2.5 | L400 | L440 | A101 | Trial preparation – Strategize regarding trial |
| 10/3/06 | 3514 | 04 | .8 | L400 | L440 | A104 | Trial preparation – review recently produced documents and strategize regarding same |
| 10/3/06 | 3514 | 04 | 1.0 | L400 | L440 | A102 | Trial preparation – conduct research regarding Rule 50 motions; review cases regarding same |
| 10/3/06 | 3514 | 04 | .7 | L400 | L440 | A102 | Trial preparation – conduct research regarding sanctions; review cases regarding same |
| 10/3/06 | 3514 | 04 | .8 | L400 | L430 | A103 | Trial preparation – review and revise third motion for sanctions |
| 10/3/06 | 3514 | 04 | .9 | L400 | L430 | A104 | Trial preparation – review and analyze the City's Motion regarding Rule 50; review and analyze cited cases |
| 10/3/06 | 3514 | 04 | 2.8 | L400 | L430 | A103 | Trial preparation – prepare answering brief regarding City's Rule 50 Motion |

A-627

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

October 4, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 10/4/06 | 3514 | 04 | 9.5 | L400 | L440 | A103 | Prepare for and attend trial; conduct further trial preparation; attend second jury instruction conference |
| 10/4/06 | 3514 | 04 | 1.5 | L400 | L440 | A101 | Trial preparation – Strategize regarding trial and closing |
| 10/4/06 | 3514 | 04 | 3.0 | L400 | L430 | A103 | Trial preparation – review and revise final jury instruction and final verdict form; research third circuit regarding civil rights jury instruction; review cases regarding same |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# Mary J. Pedersen, Esquire

# Timesheets – L100

A-628

A-629

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 049 | Mary J. Pedersen |
| --- | --- | --- |

**Date worked:** 3/22/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A105 | Communicate (in firm) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Meeting with attorneys Bolger and Logan regarding motion for injunction and brief in support and inclusion of civil rights claim | Transferred |

| **Total for Date worked:** | 3/22/2004 | Billable Time | (100.00%): | 1.10 |
| --- | --- | --- | --- | --- |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | **1.10** |

**Date worked:** 3/23/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A102 | Research | |
| **Billable:** | Billable | | |
| **Narrative:** | | Conduct legal research regarding procedural due process violation in failing to honor notice of intention to terminate provision of contract, research regarding Delaware statutory procedure for challenge to contract termination | Transferred |

| **Total for Date worked:** | 3/23/2004 | Billable Time | (100.00%): | 1.30 |
| --- | --- | --- | --- | --- |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | **1.30** |

A-630

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 049 | Mary J. Pedersen | |
|---|---|---|
| **Date worked:** 3/25/2004 | | |
| | | Time qty. |
| Client: 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| Matter: 04 | City of Newark Project | |
| Location : KOFP | King of Prussia | |
| Phase : L100 | Case Assessment, Development and Administration | |
| Task : L120 | Analysis/Strategy | |
| Activity: A102 | Research | |
| Billable: Billable | | |
| Narrative: | Conversation with attorney Ginsberg regarding research on basis for civil rights claim | |

| **Total for Date worked:** 3/25/2004 | Billable Time    (100.00%): | 0.30 |
|---|---|---|
| | Non-Billable Time   ( 0.00%): | 0.00 |
| | Total Time: | 0.30 |
| | Transferred | |

| **Date worked:** 4/2/2004 | | |
|---|---|---|
| | | Time qty. |
| Client: 3514 | Durkin Contracting, Inc., Donald M. | 1.90 |
| Matter: 04 | City of Newark Project | |
| Location : KOFP | King of Prussia | |
| Phase : L100 | Case Assessment, Development and Administration | |
| Task : L120 | Analysis/Strategy | |
| Activity: A102 | Research | |
| Billable: Billable | | |
| Narrative: | Conference with attorney Bolger regarding research on civil rights claim; conduct follow up research on basis for property right in government contract; review brief in support of preliminary injunction | |

| **Total for Date worked:** 4/2/2004 | Billable Time    (100.00%): | 1.90 |
|---|---|---|
| | Non-Billable Time   ( 0.00%): | 0.00 |
| | Total Time: | 1.90 |
| | Transferred | |

*A-631*

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 049 | Mary J. Pedersen |
| --- | --- | --- |

**Date worked:** 6/15/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A102 | Research | |
| **Billable:** | Billable | | |
| **Narrative:** | | Meeting with attorney Logan regarding motion for summary judgment, conduct research on Delaware law regarding contract interpretation and notice /termination provisions of construction contracts | Transferred |

| **Total for Date worked:** | 6/15/2004 | Billable Time | (100.00%): | 1.40 |
| --- | --- | --- | --- | --- |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 1.40 |

**Date worked:** 6/16/2004

| | | | Time qty. |
| --- | --- | --- | --- |
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A102 | Research | |
| **Billable:** | Billable | | |
| **Narrative:** | | Complete research on notice/termination provisions in public contracts, conduct research on Delaware law regarding contract interpretation; discuss research and structure of motion for summary judgment with attorney Logan | Transferred |

| **Total for Date worked:** | 6/16/2004 | Billable Time | (100.00%): | 2.10 |
| --- | --- | --- | --- | --- |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 2.10 |

A-632

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 049 | Mary J. Pedersen | |
|---|---|---|---|

**Date worked:** 8/5/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A102 | Research | |
| **Billable:** | Billable | | |
| **Narrative:** | Conduct legal research on waiver of termination notice | | Transferred |

| Total for Date worked: | 8/5/2004 | Billable Time | (100.00%): | 0.80 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 0.80 |

**Date worked:** 5/30/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L190 | Other Case Assessment, Development and Admin. | |
| **Activity:** | A102 | Research | |
| **Billable:** | Billable | | |
| **Narrative:** | Discussion with attorneys Bolger and Logan regarding civil rights claim, conduct research on liberty and property interests sufficient for civil rights claim and elements of procedural and substantive due process claims, meeting with attorney Bolger to discuss civil rights research | | Transferred |

| Total for Date worked: | 5/30/2006 | Billable Time | (100.00%): | 3.60 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 3.60 |

| Total for Timekeeper: | 049 | Mary J. Pedersen | Billable Time | (100.00%): | 12.50 |
|---|---|---|---|---|---|
| | | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | | 12.50 |

# Mary J. Pedersen, Esquire

# Timesheets – L200

A-633

A-634

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 049 | Mary J. Pedersen |
|---|---|---|

**Date worked:** 3/12/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.30 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L250 | Other Written Motions and Submissions | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | | Discussion with attorney Bolger regarding complaint and preliminary injunction filings; review complaint; meeting with attorney Bolger regarding comments on complaint | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | Billable Time     (100.00%): | 1.30 |
| | Non-Billable Time   ( 0.00%): | 0.00 |
| | Total Time: | 1.30 |

**Date worked:** 3/15/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L250 | Other Written Motions and Submissions | |
| **Activity:** | A105 | Communicate (in firm) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review expert report of Richardson and discuss same with attorney Bolger and discuss revisions to Complaint | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** | Billable Time     (100.00%): | 1.50 |
| | Non-Billable Time   ( 0.00%): | 0.00 |
| | Total Time: | 1.50 |

A-635

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 049 | Mary J. Pedersen |
|---|---|---|

**Date worked:** 3/16/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L200 | Pre-Trial Pleadings and Motions | |
| **Task** | : L250 | Other Written Motions and Submissions | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review motion for preliminary and permanent injunction and meet with attorney Bolger to discuss revisions to same | Transferred |

| Total for Date worked: | 3/16/2004 | Billable Time | (100.00%): | 1.50 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | | **1.50** |

**Date worked:** 3/19/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L200 | Pre-Trial Pleadings and Motions | |
| **Task** | : L220 | Preliminary Injunctions/Provisional Remedies | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | | Discussions with attorneys Logan and Bolger regarding preliminary/permanent injunction motion an brief, review motion and brief in support of preliminary/permanent injunction | Transferred |

| Total for Date worked: | 3/19/2004 | Billable Time | (100.00%): | 1.10 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | | **1.10** |

A-636

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 049 | Mary J. Pedersen | |
|---|---|---|---|

**Date worked:** 4/5/2004

| | | | Time qty. |
|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.70 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location :** | KOFP | King of Prussia | |
| | **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| | **Task :** | L250 | Other Written Motions and Submissions | |
| | **Activity:** | A105 | Communicate (in firm) | |
| | **Billable:** | Billable | | |
| | **Narrative:** | | Conference with attorneys Logan and Bolger regarding civil rights claim and injunctive relief strategy, conduct legal research on termination for cause provision and strict interpretation of same, discuss legal research with attorney Bolger, revise brief in support of preliminary injunction to incorporate research on default terminations | |
| | | | Transferred |

| **Total for Date worked:** | 4/5/2004 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 4.70 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | | 4.70 |

**Date worked:** 4/6/2004

| | | | Time qty. |
|---|---|---|---|
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.70 |
| | **Matter:** | 04 | City of Newark Project | |
| | **Location :** | KOFP | King of Prussia | |
| | **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| | **Task :** | L220 | Preliminary Injunctions/Provisional Remedies | |
| | **Activity:** | A103 | Draft/revise | |
| | **Billable:** | Billable | | |
| | **Narrative:** | | Conduct regarding on duty of good faith in contract; discuss same with attorney Bolger, incorporate research into brief in support of preliminary injunction, discuss brief and motion with attorney Bolger, review and revise brief and motion for preliminary injunction; assemble exhibits for motion and appendix to brief | |
| | | | Transferred |

| **Total for Date worked:** | 4/6/2004 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 2.70 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | | 2.70 |

A-637

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 049 | Mary J. Pedersen | |
|---|---|---|---|

| Date worked: | 4/7/2004 | | |
|---|---|---|---|
| | | | **Time qty.** |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 1.40 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L200 | Pre-Trial Pleadings and Motions | |
| Task : | L220 | Preliminary Injunctions/Provisional Remedies | |
| Activity: | A103 | Draft/revise | |
| Billable: | Billable | | |
| Narrative: | | Review appendix and revise table of contest to reference appendix materials; review, revise and finalize motion for injunction and brief in support | Transferred |

| Total for Date worked: | 4/7/2004 | Billable Time (100.00%): | 1.40 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 1.40 |

| Date worked: | 6/18/2004 | | |
|---|---|---|---|
| | | | **Time qty.** |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 3.80 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L200 | Pre-Trial Pleadings and Motions | |
| Task : | L250 | Other Written Motions and Submissions | |
| Activity: | A103 | Draft/revise | |
| Billable: | Billable | | |
| Narrative: | | Draft brief in support of motion for summary judgment | Transferred |

| Total for Date worked: | 6/18/2004 | Billable Time (100.00%): | 3.80 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 3.80 |

A-638

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 049 | Mary J. Pedersen | | |
|---|---|---|---|---|

**Date worked:** 6/22/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L200 | Pre-Trial Pleadings and Motions | |
| **Task** | : L250 | Other Written Motions and Submissions | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review revised facts section to brief in support of motion for summary judgment and discuss same with attorney Logan | Transferred |

**Total for Date worked:** 6/22/2004

| Billable Time | (100.00%): | 0.80 |
|---|---|---|
| Non-Billable Time | ( 0.00%): | 0.00 |
| | **Total Time:** | 0.80 |

**Date worked:** 6/23/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location** | : KOFP | King of Prussia | |
| **Phase** | : L200 | Pre-Trial Pleadings and Motions | |
| **Task** | : L240 | Dispositive Motions | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | | Discussion with attorney Logan regarding affidavit in support of motion for summary judgment; draft affidavit of Donald Durkin for motion for summary judgment; being assembling appendix for motion for summary judgment | Transferred |

**Total for Date worked:** 6/23/2004

| Billable Time | (100.00%): | 1.40 |
|---|---|---|
| Non-Billable Time | ( 0.00%): | 0.00 |
| | **Total Time:** | 1.40 |

A-639

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 049 | Mary J. Pedersen |
|---|---|---|

**Date worked:** 6/24/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L240 | Dispositive Motions | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | | Revise facts section of brief in support of motion for summary judgment; review documents and assemble appendix for motion and insert citations to exhibits into brief; complete drafting of Affidavit of Durkin; review, revise and finalize same; review complete draft of brief in support of motion for summary judgment and revise same. | Transferred |

| **Total for Date worked:** | 6/24/2004 | | |
|---|---|---|---|
| | | Billable Time (100.00%): | 7.40 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 7.40 |

**Date worked:** 6/25/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L240 | Dispositive Motions | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review and revise brief in support of motion for summary judgment; review file and locate additional exhibits for Appendix; review and finalize Appendix, with table of contents; draft motion for summary judgment; incorporate Appendix citation pages into Motion and Brief; review and revise Motion for summary judgment | Transferred |

| **Total for Date worked:** | 6/25/2004 | | |
|---|---|---|---|
| | | Billable Time (100.00%): | 5.40 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 5.40 |

# K.K. Carton, Jr., Esquire

# Timesheets – L100

A-640

A-641

| Timekeeper: | 101 | Kevin K. Carton | | Time qty. |
|---|---|---|---|---|
| Date worked: | 3/9/2005 | | | |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | | 0.20 |
| Matter: | 04 | City of Newark Project | | |
| Location : | KOFP | King of Prussia | | |
| Phase : | L100 | Case Assessment, Development and Administration | | |
| Task : | L120 | Analysis/Strategy | | |
| Activity: | A105 | Communicate (in firm) | | |
| Billable: | Billable | | | |
| Narrative: | | Conference with Paul A. Logan re: research on measure of damages. | | |
| | | | | Transferred |

Thursday, October 19, 2006                    Page 243                    Fay Hunsberger (FBH)

A-642

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 101 | Kevin K. Carton | | | |
|---|---|---|---|---|---|

**Date worked:** 3/9/2005

| Total for Date worked: | 3/9/2005 | Billable Time | (100.00%): | 0.20 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 0.20 |

**Date worked:** 3/10/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Review of notes re: measure of damages research. | | Transferred |

| Total for Date worked: | 3/10/2005 | Billable Time | (100.00%): | 0.40 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 0.40 |

**Date worked:** 3/11/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Conference with Paul A. Logan re: research and contract terms; review of contract terms and research re: calculation of damages. | | Transferred |

| Total for Date worked: | 3/11/2005 | Billable Time | (100.00%): | 1.80 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 1.80 |

A-643

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 101 | Kevin K. Carton |
|---|---|---|

**Date worked:** 3/12/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 3.90 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review of case law concerning the proper measure of damages in cases where the defendant prevents performance of a contract. | Transferred |

| **Total for Date worked:** | 3/12/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 3.90 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 3.90 |

**Date worked:** 3/14/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L120 | Analysis/Strategy | |
| **Activity:** | A102 | Research | |
| **Billable:** | Billable | | |
| **Narrative:** | | Research re. calculation of damages; review of contract documents. | Transferred |

| **Total for Date worked:** | 3/14/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 4.20 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 4.20 |

A-644

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 101 | Kevin K. Carton |
| --- | --- | --- |

**Date worked:** 3/15/2005

| | | | Time qty. |
| --- | --- | --- | --- |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 0.90 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L120 | Analysis/Strategy | |
| Activity: | A105 | Communicate (in firm) | |
| Billable: | Billable | | |
| Narrative: | | Conference with Paul A. Logan re: research on measure of damages; draft insert for mediation brief concerning measure of damages. | |

| Total for Date worked: | 3/15/2005 | | Transferred |
| --- | --- | --- | --- |
| | | Billable Time (100.00%): | 0.90 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.90 |

**Date worked:** 3/16/2005

| | | | Time qty. |
| --- | --- | --- | --- |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 4.20 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L100 | Case Assessment, Development and Administration | |
| Task : | L160 | Settlement/Non-Binding ADR | |
| Activity: | A103 | Draft/revise | |
| Billable: | Billable | | |
| Narrative: | | Draft supplemental mediation memorandum re: damages recoverable under Delaware law. | |

| Total for Date worked: | 3/16/2005 | | Transferred |
| --- | --- | --- | --- |
| | | Billable Time (100.00%): | 4.20 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 4.20 |

| Total for Timekeeper: | 101 | Kevin K. Carton | |
| --- | --- | --- | --- |
| | | Billable Time (100.00%): | 15.60 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 15.60 |

# J.S. Bainbridge, Esquire

# Timesheets – L100

A-645

A-646

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 097 | James S. Bainbridge | |
|---|---|---|---|

**Date worked:** 9/29/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L100 | Case Assessment, Development and Administration | |
| **Task :** | L190 | Other Case Assessment, Development and Admin. | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Review and analysis of Newark Reservoir Project Geotechnical Data Report prepared by URS Corporation, dated January 22, 2002;  Telephone conference w/ David Burkholder at Stradley Ronon re: Newark Reservoir Project Geotechnical Data Report prepared by URS Corporation, dated January 22, 2002;  Draft correspondence to David Burkholder at Stradley Ronon re: Newark Reservoir Project Geotechnical Data Report prepared by URS Corporation, dated January 22, 2002. | Transferred |

| Total for Date worked: | 9/29/2004 | | |
|---|---|---|---|
| | | Billable Time     (100.00%): | 1.80 |
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 1.80 |

| Total for Timekeeper: | 097 | James S. Bainbridge | |
|---|---|---|---|
| | | Billable Time     (100.00%): | 1.80 |
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 1.80 |

# J.S. Bainbridge, Esquire

# Timesheets – L200

A-647

A-648

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 097 | James S. Bainbridge |
|---|---|---|

**Date worked:** 6/29/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L240 | Dispositive Motions | |
| **Activity:** | A108 | Communicate (other external) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Revised, edited, filed and served Plaintiff's Motion for Summary Judgment, Revised, edited, filed and served Brief in Support of Plaintiff's Motion for Summary Judgment; Revised, edited, filed and served Appendix to Plaintiff's Motion for Summary Judgment; Telephone conference w/ Clerk of Courts for the U.S. District Court for the District of Delaware re: Plaintiff's Motion for Summary Judgment. | Transferred |

| Total for Date worked: | 6/29/2004 | Billable Time | (100.00%): | 4.80 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | | **4.80** |

**Date worked:** 8/27/2004

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L200 | Pre-Trial Pleadings and Motions | |
| **Task :** | L250 | Other Written Motions and Submissions | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | | Receipt, review and analysis of Joint Status Report. | Transferred |

| Total for Date worked: | 8/27/2004 | Billable Time | (100.00%): | 0.40 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | | **0.40** |

# J.S. Bainbridge, Esquire

# Timesheets – L300

**A-649**

A-650

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: 097 | James S. Bainbridge |
|---|---|

**Date worked: 10/20/2005**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 7.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Begin review and analysis of voluminous documents in order to produce same to opposing counsel. | | Transferred |

| **Total for Date worked:** | **10/20/2005** | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 7.10 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 7.10 |

**Date worked: 10/21/2005**

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 6.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Continued review and analysis of voluminous documents in order to produce same to opposing counsel. | | Transferred |

| **Total for Date worked:** | **10/21/2005** | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 6.40 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 6.40 |