A-651

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 097 | James S. Bainbridge | | |
|---|---|---|---|---|

**Date worked:** 10/25/2005

| | | | Time qty. |
|---|---|---|---|
| | | | 5.50 |
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. |
| | **Matter:** | 04 | City of Newark Project |
| | **Location :** | KOFP | King of Prussia |
| | **Phase :** | L300 | Discovery |
| | **Task :** | L320 | Document Production |
| | **Activity:** | A104 | Review/analyze |
| | **Billable:** | Billable | |
| | **Narrative:** | | Continued review and analysis of voluminous documents in order to produce same to opposing counsel. |
| | | | Transferred |

| Total for Date worked: | 10/25/2005 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 5.50 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 5.50 |

**Date worked:** 10/26/2005

| | | | Time qty. |
|---|---|---|---|
| | | | 1.30 |
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. |
| | **Matter:** | 04 | City of Newark Project |
| | **Location :** | KOFP | King of Prussia |
| | **Phase :** | L300 | Discovery |
| | **Task :** | L320 | Document Production |
| | **Activity:** | A104 | Review/analyze |
| | **Billable:** | Billable | |
| | **Narrative:** | | Review and analysis of privileged documents. |
| | | | Transferred |

| Total for Date worked: | 10/26/2005 | | | |
|---|---|---|---|---|
| | | Billable Time | (100.00%): | 1.30 |
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 1.30 |

A-652

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 097 | James S. Bainbridge |
|---|---|---|

**Date worked:** 10/31/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L330 | Depositions | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Draft correspondence to Craig Calabria re: subpoena;  Draft correspondence to Esquire re: service of subpoena upon Craig Calabria;  Complete and forward subpoena for service. | | Transferred |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | Telephone conference w/ Vicki Petrone re: document production;  Telephone conference w/ Sam Arena re: document production;  Telephone conference w/ George Seltz re: document production. | | Transferred |

| **Total for Date worked:** | 10/31/2005 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 1.40 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | **1.40** |

A-653

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 097 | James S. Bainbridge | |
|---|---|---|---|

**Date worked:** 11/1/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A107 | Communicate (other outside counsel) | |
| **Billable:** | Billable | | |
| **Narrative:** | | Telephone conference w/ David Burkholder re: document production; Telephone conference w/ Craig Calabria re: subpoena. | Transferred |

| Total for Date worked: | 11/1/2005 | Billable Time | (100.00%): | 0.60 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | | **0.60** |

**Date worked:** 11/3/2005

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 1.40 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | | Completed and produced Durkin's project documents to the City of Newark and Federal Ins. Co. | Transferred |

| Total for Date worked: | 11/3/2005 | Billable Time | (100.00%): | 1.40 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | | **1.40** |

A-654

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 097 | James S. Bainbridge |
|---|---|---|

**Date worked:** 2/27/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 4.80 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Perform detailed review and analysis of documents bates labeled DUR 001683-002013 in order to identify privileged materials and produce remaining documents to opposing counsel. | | Transferred |

| Total for Date worked: | 2/27/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 4.80 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 4.80 |

**Date worked:** 2/28/2006

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 2.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | L300 | Discovery | |
| **Task :** | L320 | Document Production | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Continued detailed review and analysis of documents bates labeled DUR 001683-002013 in order to identify privileged materials and produce remaining documents to opposing counsel, Perform detailed review and analysis of documents bates labeled DUR 001567-001682 in order to identify privileged materials and produce remaining documents to opposing counsel. | | Transferred |

| Total for Date worked: | 2/28/2006 | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 2.60 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 2.60 |

# Paralegal S.M. Goss

# Timesheets – L200

A-655

A-656

| Timekeeper: | 090 | Susan M. Gross | |
|---|---|---|---|
| **Date worked:** | 8/10/2006 | | |

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 4.20 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L200 | Pre-Trial Pleadings and Motions | |
| Task : | L210 | Pleadings | |
| Activity: | A103 | Draft/revise | |
| Billable: | Billable | | |
| Narrative: | Prepare Tables of Citations for Opening Brief of Plaintiff In Support of Motion in Limine regarding the City of Newark's Judicial Admission Regarding Prior Written Notice of Intent to Terminate the Contract; Opening Brief of Plaintiff in Support of Motion for Relief from Intentional Destruction of Documentation Generated by the Resident Project Representative; Opening Brief of Plaintiff in Support of Motion in Limine to Preclude URS Corporation, Inc., from Offering any Testimony based on Scientific, Technical or other Specialized Knowledge within the Scope of Federal Rule of Evidence 702; Opening Brief of Plaintiff in Support of Motion for Bifurcation of the Liability and Damages Phases of the Trial | | Transferred |

| **Total for Date worked:** | 8/10/2006 | | Billable Time    (100.00%): | 4.20 |
|---|---|---|---|---|
| | | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | | **Total Time:** | 4.20 |

| **Total for Timekeeper:** | 090 | Susan M. Gross | Billable Time    (100.00%): | 4.20 |
|---|---|---|---|---|
| | | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | | **Total Time:** | 4.20 |

# Paralegal D.M. Pierson

# Timesheets – B200

A-657

A-658

| Timekeeper: 111 | Donna R. Pierson | |
|---|---|---|

**Date worked:** 4/16/2004

| | | Time qty. |
|---|---|---|
| Client: 3514 | Durkin Contracting, Inc., Donald M. | 0.20 |
| Matter: 04 | City of Newark Project | |
| Location : KOFP | King of Prussia | |
| Phase : B200 | Business Transactions | |
| Task : B240 | Document Drafting | |
| Activity: A103 | Draft/revise | |
| Billable: Billable | | |
| Narrative: | Fax URS 4/14/04 report and City's response to Complaint to client; letter to client enclosing complete copy of response to Complaint | Transferred |

**Total for Date worked:** 4/16/2004

| | | |
|---|---|---|
| Billable Time | (100.00%): | 0.20 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 0.20 |

Fay Hunsberger (FBH)

Tuesday, October 24, 2006 — Page 1

A-659

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 111 | Donna R. Pierson |
|---|---|---|
| Date worked: | 4/27/2004 | |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | B200 | Business Transactions | |
| **Task :** | B230 | Negotiation | |
| **Activity:** | A108 | Communicate (other external) | |
| **Billable:** | Billable | | |
| **Narrative:** | Calls to/from counsel and service to schedule conference call on April 28, 2004 | | Transferred |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.20 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | B200 | Business Transactions | |
| **Task :** | B240 | Document Drafting | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence (and fax cover sheet) to counsel for City of Newark and Officials confirming conference call scheduled for April 28, 2004 | | Transferred |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | B200 | Business Transactions | |
| **Task :** | B240 | Document Drafting | |
| **Activity:** | A103 | Draft/revise | |
| **Billable:** | Billable | | |
| **Narrative:** | Correspondence to counsel for URS Corporation confirming conference call scheduled for 4/28/04 | | Transferred |

Fay Hunsberger (FBH)

A-660

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 111 | Donna R. Pierson |
|---|---|---|

**Date worked:** 4/27/2004

| Total for Date worked: | 4/27/2004 | Billable Time (100.00%): | 0.50 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.50 |

**Date worked:** 8/12/2004

| | | Time qty. |
|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 1.50 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | B200 | Business Transactions | |
| Task : | B240 | Document Drafting | |
| Activity: | A103 | Draft/revise | |
| Billable: | Billable | | |
| Narrative: | Table of Authorities, Table of Contents for Reply Brief, Cover Sheets and Certificates of Service for Reply Brief and Appendix | Transferred |

| | | Time qty. |
|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | B200 | Business Transactions | |
| Task : | B240 | Document Drafting | |
| Activity: | A103 | Draft/revise | |
| Billable: | Billable | | |
| Narrative: | Correspondence to Clerk and Judge Sleet enclosing Reply Brief and Appendix | Transferred |

| Total for Date worked: | 8/12/2004 | Billable Time (100.00%): | 1.80 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 1.80 |

# Powell Trachtman Logan Carrle & Lombardo

A-661

| Timekeeper: | 111 | Donna R. Pierson |
|---|---|---|

**Date worked:** 9/7/2004

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 0.30 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | B200 | Business Transactions | |
| Task : | B240 | Document Drafting | |
| Activity: | A103 | Draft/revise | |
| Billable: | Billable | | |
| Narrative: | Prepare Motion for Admission Pro Hac Vice of Frank S. Nofer, transmittal letter to the Court sending the Motion for filing | | Transferred |

**Total for Date worked:** 9/7/2004

| Billable Time | (100.00%): | 0.30 |
|---|---|---|
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 0.30 |

**Date worked:** 9/21/2005

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 0.50 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | B200 | Business Transactions | |
| Task : | B240 | Document Drafting | |
| Activity: | A103 | Draft/revise | |
| Billable: | Billable | | |
| Narrative: | Prepare Expert Interrogatories addressed to each Defendant individually, prepare transmittal letter for Expert Interrogatories. | | Transferred |

**Total for Date worked:** 9/21/2005

| Billable Time | (100.00%): | 0.50 |
|---|---|---|
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 0.50 |

**Total for Timekeeper:** 111    Donna R. Pierson

| Billable Time | (100.00%): | 3.30 |
|---|---|---|
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 3.30 |

A-662

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 111 | Donna R. Pierson | |
|---|---|---|---|
| Date worked: | 8/11/2004 | | |

| | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 0.50 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase :** | B100 | Business Planning | |
| **Task :** | B110 | Investigation/Analysis/Research re Issues and Prob | |
| **Activity:** | A102 | Research | |
| **Billable:** | Billable | | |
| **Narrative:** | | Research Delaware Rules regarding filing and service requirements for Reply Brief and Appendix | |

| | | | | | | Transferred |
|---|---|---|---|---|---|---|

| Total for Date worked: | 8/11/2004 | Billable Time | (100.00%): | 0.50 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | | **0.50** |

| Total for Timekeeper: | 111 | Donna R. Pierson | Billable Time | (100.00%): | 0.50 |
|---|---|---|---|---|---|
| | | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | **Total Time:** | | **0.50** |

| Grand Total: | | Billable Time | (100.00%): | 0.50 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | **Total Time:** | | **0.50** |

# Paralegal A.M. Detitto

## Timesheets – L300

A-663

A-664

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 126 | Alaina M. Detitto |
|---|---|---|

| Date worked: | 8/1/2006 | | Time qty. |
|---|---|---|---|
| | | | 3.60 |

| Client: | 3514 | Durkin Contracting, Inc., Donald M. |
|---|---|---|
| Matter: | 04 | City of Newark Project |
| Location : | KOFP | King of Prussia |
| Phase : | L300 | Discovery |
| Task : | L310 | Written Discovery |
| Activity: | A103 | Draft/revise |
| Billable: | Billable | |
| Narrative: | Drafting Table of Contents and Appendix for multiple motions to be filed. | Transferred |

| Total for Date worked: | 8/1/2006 | |
|---|---|---|
| | Billable Time | (100.00%): | 3.60 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 3.60 |

| Date worked: | 8/2/2006 | | Time qty. |
|---|---|---|---|
| | | | 4.20 |

| Client: | 3514 | Durkin Contracting, Inc., Donald M. |
|---|---|---|
| Matter: | 04 | City of Newark Project |
| Location : | KOFP | King of Prussia |
| Phase : | L300 | Discovery |
| Task : | L310 | Written Discovery |
| Activity: | A103 | Draft/revise |
| Billable: | Billable | |
| Narrative: | Drafting Table of Contents and Appendix for multiple motions to be filed. | Transferred |

| Total for Date worked: | 8/2/2006 | |
|---|---|---|
| | Billable Time | (100.00%): | 4.20 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 4.20 |

Fay Hunsberger (FBH)

A-665

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 126 | Alaina M. Detitto | |
|---|---|---|---|
| Date worked: | 8/4/2006 | | |

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | 3.90 |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase : | L300 | Discovery | |
| Task : | L310 | Written Discovery | |
| Activity: | A103 | Draft/revise | |
| Billable: | Billable | | |
| Narrative: | | Printing and gathering documents and Bates Labeling them to be used as exhibits for motions to be filed. Drafting table of contents and appendix for multiple motions. | Transferred |

| Total for Date worked: | 8/4/2006 | | Billable Time | (100.00%): | 3.90 |
|---|---|---|---|---|---|
| | | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | | 3.90 |

| Total for Timekeeper: | 126 | Alaina M. Detitto | Billable Time | (100.00%): | 11.70 |
|---|---|---|---|---|---|
| | | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | | 11.70 |

| Grand Total: | | | Billable Time | (100.00%): | 783.70 |
|---|---|---|---|---|---|
| | | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | | 783.70 |

```
                                durkin.rpt
PROGRAM: GENIRG-2171368               Powell Trachtman Logan Carrle & Lombardo,
P.C.                         PAGE: 1
SESSION: RP-IRG/1057/1                          EXPENSE TYPE REPORT
                             DATE: 10/23/06
REPORT : EXPTYPE-21784       ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006        TIME: 08:50:49
                                          EXPENSE TYPE: E101 Copying
```

| CLIENT ID | CLIENT NAME | | |
|---|---|---|---|
| MATTER ID | MATTER DESCRIPTION | | |
| ORIGINATOR ID | ORIGINATOR NAME | | |
| | EXPENSE DETAIL TEXT | | TRANSACTED |
| CHANGED | RECORDED VALUE | BILLED VALUE | |

===============================================================================
====================================================

| | | | |
|---|---|---|---|
| 3514 | Durkin Contracting, | | |
| 04 | City of Newark Proje | | |
| | CM-EXE/9783/145 | | 07/23/2002 |
| | .30 | .30 | |
| | CM-EXE/11888/46 | | 12/23/2003 |
| | 2.40 | 2.40 | |
| | CM-EXE/12022/51 | | 01/30/2004 |
| | .60 | .60 | |
| | CM-EXE/12094/22 | | 02/06/2004 |
| | 2.10 | 2.10 | |
| | CM-EXE/12061/36 | | 02/11/2004 |
| | 9.00 | 9.00 | |
| | CM-EXE/12136/45 | | 02/29/2004 |
| | 11.40 | 11.40 | |
| | CM-EXE/12191/17 | | 03/18/2004 |
| | 15.90 | 15.90 | |
| | CM-EXE/12200/44 | | 03/19/2004 |
| | .60 | .60 | |
| | CM-EXE/12250/17 | | 03/31/2004 |
| | 27.45 | 27.45 | |
| | CM-EXE/12251/49 | | 03/31/2004 |
| | 63.00 | 63.00 | |
| | CM-EXE/12258/12 | | 03/31/2004 |
| | 3.45 | 3.45 | |
| | CM-EXE/12297/8 | | 04/08/2004 |
| | 84.30 | 84.30 | |
| | CM-EXE/12299/19 | | 04/08/2004 |
| | 48.30 | 48.30 | |
| | CM-EXE/12303/33 | | 04/08/2004 |
| | 179.10 | 179.10 | |
| | CM-EXE/12324/25 | | 04/14/2004 |
| | .45 | .45 | |

Page 1

A-666

durkin.rpt

| | | |
|---|---|---|
| CM-EXE/12328/42 .90 | .90 | 04/15/2004 |
| CM-EXE/12334/24 37.20 | 37.20 | 04/16/2004 |
| CM-EXE/12368/48 25.20 | 25.20 | 04/28/2004 |
| CM-EXE/12371/52 15.45 | 15.45 | 04/28/2004 |
| CM-EXE/12427/47 2.25 | 2.25 | 05/10/2004 |
| CM-EXE/12475/60 6.30 | 6.30 | 05/19/2004 |
| CM-EXE/12540/68 1.35 | 1.35 | 06/03/2004 |
| CM-EXE/12563/28 1.65 | 1.65 | 06/09/2004 |

⬚

```
PROGRAM: GENIRG-2171368                              Powell Trachtman Logan Carrle & Lombardo,
P.C.                              PAGE: 2
SESSION: RP-IRG/1057/1                                         EXPENSE TYPE REPORT
                                  DATE: 10/23/06
REPORT : EXPTYPE-21784            ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006              TIME: 08:50:49
                                                   EXPENSE TYPE: E101 Copying
```

```
CLIENT ID           CLIENT NAME
  MATTER ID         MATTER DESCRIPTION
    ORIGINATOR ID   ORIGINATOR NAME
                    EXPENSE DETAIL TEXT                         TRANSACTED
CHANGED    RECORDED VALUE         BILLED VALUE
==================================================================================
==========================================
 3514 Durkin Contracting, (Continued)
  04 City of Newark Proje (Continued)
```

| | | |
|---|---|---|
| CM-EXE/12601/19 70.35 | 70.35 | 06/21/2004 |
| CM-EXE/12616/115 2.40 | 2.40 | 06/24/2004 |
| CM-EXE/12642/41 54.90 | 54.90 | 06/30/2004 |
| CM-EXE/12642/95 1.50 | 1.50 | 06/30/2004 |
| CM-EXE/12643/10 386.25 | 386.25 | 06/30/2004 |
| CM-EXE/12676/30 1.50 | 1.50 | 07/08/2004 |
| CM-EXE/12763/67 37.65 | 37.65 | 07/30/2004 |

Page 2

durkin.rpt

| | | |
|---|---|---|
| CM-EXE/12793/28 | 6.15 | 08/09/2004 |
| 6.15 | | |
| CM-EXE/12795/83 | 40.05 | 08/09/2004 |
| 40.05 | | |
| CM-EXE/12820/7 | 161.40 | 08/16/2004 |
| 161.40 | | |
| CM-EXE/12888/7 | 25.65 | 08/30/2004 |
| 25.65 | | |
| CM-EXE/12906/76 | 58.20 | 09/02/2004 |
| 58.20 | | |
| CM-EXE/12977/43 | 3.75 | 09/20/2004 |
| 3.75 | | |
| CM-EXE/13046/34 | 30.15 | 10/01/2004 |
| 30.15 | | |
| CM-EXE/13100/32 | 5.25 | 10/18/2004 |
| 5.25 | | |
| CM-EXE/13176/54 | 9.30 | 10/30/2004 |
| 9.30 | | |
| CM-EXE/13273/26 | 1.80 | 11/22/2004 |
| 1.80 | | |
| CM-EXE/13290/28 | 77.25 | 11/23/2004 |
| 77.25 | | |
| CM-EXE/13301/18 | 2.10 | 11/30/2004 |
| 2.10 | | |
| CM-EXE/13303/25 | 349.20 | 11/30/2004 |
| 349.20 | | |
| CM-EXE/13301/19 | 1.80 | 11/30/2004 |
| 12/15/2004  1.80 | | |
| CM-EXE/13301/20 | 4.65 | 11/30/2004 |
| 12/15/2004  4.65 | | |
| CM-EXE/13447/67 | 16.05 | 01/05/2005 |
| 16.05 | | |
| CM-EXE/13447/69 | 4.35 | 01/05/2005 |
| 02/09/2005  4.35 | | |

PROGRAM: GENIRG-2171368                          Powell Trachtman Logan Carrle &
Lombardo, P.C.                                   PAGE: 3
SESSION: RP-IRG/1057/1                                   EXPENSE TYPE REPORT
                                DATE: 10/23/06
REPORT : EXPTYPE-21784          ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006          TIME: 08:50:49
                                           EXPENSE TYPE: E101 Copying


CLIENT ID          CLIENT NAME
   MATTER ID          MATTER DESCRIPTION
      ORIGINATOR ID   ORIGINATOR NAME
                   EXPENSE DETAIL TEXT                          TRANSACTED
CHANGED     RECORDED VALUE        BILLED VALUE
                         Page 3

```
                              durkin.rpt
================================================================================
=========================================
3514 Durkin Contracting, (Continued)
  04 City of Newark Proje (Continued)
              CM-EXE/13516/59                              01/24/2005
                   .90                    .90

              CM-EXE/13564/52                              02/04/2005
                  8.40                   8.40

              CM-EXE/13564/54                              02/04/2005
03/08/2005         .75                    .75

              CM-EXE/13587/18                              02/10/2005
                   .45                    .45

              CM-EXE/13589/24                              02/10/2005
                 10.50                  10.50

              CM-EXE/13771/67                              03/28/2005
                 12.30                  12.30

              CM-EXE/13782/47                              03/29/2005
                121.95                 121.95

              CM-EXE/13796/12                              04/04/2005
                  2.10                   2.10

              CM-EXE/13797/20                              04/04/2005
                   .30                    .30

              CM-EXE/13825/28                              04/11/2005
                  3.45                   3.45

              CM-EXE/13882/24                              04/21/2005
                  1.65                   1.65

              CM-EXE/13883/19                              04/22/2005
                  6.30                   6.30

              CM-EXE/13894/16                              04/26/2005
                   .60                    .60

              CM-EXE/13933/13                              05/05/2005
                  1.05                   1.05

              CM-EXE/13934/42                              05/05/2005
                 12.45                  12.45

              CM-EXE/14057/45                              05/31/2005
                 10.65                  10.65

              CM-EXE/14122/23                              06/15/2005
                  3.90                   3.90

              CM-EXE/14128/30                              06/15/2005
                  1.05                   1.05

              CM-EXE/14130/37                              06/15/2005
                 36.00                  36.00

              CM-EXE/14145/37                              06/28/2005
                  1.65                   1.65
                              Page 4
```

A-669

durkin.rpt

| | | |
|---|---|---|
| CM-EXE/14252/62 | | 07/25/2005 |
| 24.30 | 24.30 | |
| CM-EXE/14270/19 | | 07/29/2005 |
| 20.55 | 20.55 | |
| CM-EXE/14346/12 | | 08/18/2005 |
| 2.55 | 2.55 | |

☐

```
PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrle & Lombardo,
P.C.                          PAGE: 4
SESSION: RP-IRG/1057/1
                         DATE: 10/23/06                    EXPENSE TYPE REPORT
REPORT : EXPTYPE-21784       ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006        TIME: 08:50:49
                                           EXPENSE TYPE: E101 Copying
```

```
CLIENT ID              CLIENT NAME
  MATTER ID            MATTER DESCRIPTION
    ORIGINATOR ID      ORIGINATOR NAME
                       EXPENSE DETAIL TEXT                       TRANSACTED
CHANGED     RECORDED VALUE        BILLED VALUE
================================================================================
=================================================
  3514 Durkin Contracting, (Continued)
   04 City of Newark Proje (Continued)
```

| | | |
|---|---|---|
| CM-EXE/14399/28 | | 08/31/2005 |
| 6.15 | 6.15 | |
| CM-EXE/14400/35 | | 08/31/2005 |
| 119.70 | 119.70 | |
| CM-EXE/14435/30 | | 09/01/2005 |
| 6.30 | 6.30 | |
| CM-EXE/14441/30 | | 09/01/2005 |
| 2.40 | 2.40 | |
| CM-EXE/14462/15 | | 09/16/2005 |
| 46.35 | 46.35 | |
| CM-EXE/14506/32 | | 09/25/2005 |
| 3.30 | 3.30 | |
| CM-EXE/14521/29 | | 09/28/2005 |
| 96.60 | 96.60 | |
| CM-EXE/14591/60 | | 10/19/2005 |
| 11.70 | 11.70 | |
| CM-EXE/14591/61 | | 10/19/2005 |
| 11/14/2005    5.70 | 5.70 | |
| CM-EXE/14591/62 | | 10/19/2005 |
| 11/14/2005    .90 | .90 | |
| CM-EXE/14619/29 | | 10/28/2005 |
| 11.70 | 11.70 | |
| CM-EXE/14659/42 | | 11/10/2005 |
| 32.25 | 32.25 | |

durkin.rpt

| | | |
|---|---|---|
| CM-EXE/14717/26 | | 11/28/2005 |
| 135.30 | 135.30 | |
| CM-EXE/14723/32 | | 11/28/2005 |
| 7.05 | 7.05 | |
| CM-EXE/14748/28 | | 12/07/2005 |
| 6.30 | 6.30 | |
| CM-EXE/14750/28 | | 12/07/2005 |
| 2.25 | 2.25 | |
| CM-EXE/14748/30 | | 12/07/2005 |
| 6.60 | 6.60 | |
| CM-EXE/14812/48 | | 12/27/2005 |
| 4.35 | 4.35 | |
| CM-EXE/14813/31 | | 12/27/2005 |
| .15 | .15 | |
| CM-EXE/14815/34 | | 12/27/2005 |
| 6.00 | 6.00 | |
| CM-EXE/14870/33 | | 01/16/2006 |
| 7.80 | 7.80 | |
| CM-EXE/14881/31 | | 01/16/2006 |
| .30 | .30 | |
| CM-EXE/14882/34 | | 01/16/2006 |
| 33.45 | 33.45 | |
| CM-EXE/14906/30 | | 01/27/2006 |
| .60 | .60 | |

01/12/2006

PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrle &
Lombardo, P.C.
                                           PAGE: 5
SESSION: RP-IRG/1057/1                      EXPENSE TYPE REPORT
                            DATE: 10/23/06
REPORT : EXPTYPE-21784     ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006      TIME: 08:50:49
                                           EXPENSE TYPE: E101 Copying

CLIENT ID          CLIENT NAME
  MATTER ID         MATTER DESCRIPTION
    ORIGINATOR ID   ORIGINATOR NAME
                    EXPENSE DETAIL TEXT                    TRANSACTED
CHANGED    RECORDED VALUE        BILLED VALUE
===========================================================================
==================================================
3514 Durkin Contracting, (Continued)
  04 City of Newark Proje (Continued)

| | | |
|---|---|---|
| CM-EXE/14908/12 | | 01/27/2006 |
| 27.00 | 27.00 | |
| CM-EXE/14954/36 | | 02/10/2006 |
| 212.85 | 212.85 | |
| CM-EXE/14955/36 | | 02/10/2006 |
| 74.10 | 74.10 | |
| CM-EXE/14956/32 | | 02/10/2006 |

Page 6

A-671

durkin.rpt

| | | |
|---|---|---|
| 102.60 | 102.60 | |
| CM-EXE/15000/35 | | 02/23/2006 |
| 1.65 | 1.65 | |
| CM-EXE/15002/34 | | 02/23/2006 |
| 9.30 | 9.30 | |
| CM-EXE/15043/44 | | 03/09/2006 |
| 39.75 | 39.75 | |
| CM-EXE/15045/37 | | 03/09/2006 |
| 9.30 | 9.30 | |
| CM-EXE/15046/42 | | 03/09/2006 |
| 13.50 | 13.50 | |
| CM-EXE/15119/40 | | 03/29/2006 |
| 158.55 | 158.55 | |
| CM-EXE/15122/59 | | 03/29/2006 |
| .60 | .60 | |
| CM-EXE/15126/50 | | 03/29/2006 |
| 51.75 | 51.75 | |
| CM-EXE/15184/39 | | 04/17/2006 |
| 61.05 | 61.05 | |
| CM-EXE/15191/50 | | 04/18/2006 |
| 267.15 | 267.15 | |
| CM-EXE/15195/39 | | 04/18/2006 |
| 66.15 | 66.15 | |
| CM-EXE/15233/25 | | 04/27/2006 |
| 12.60 | 12.60 | |
| CM-EXE/15241/16 | | 04/27/2006 |
| 5.25 | 5.25 | |
| CM-EXE/15293/64 | | 05/19/2006 |
| 3.15 | 3.15 | |
| CM-EXE/15294/41 | | 05/19/2006 |
| 325.50 | 325.50 | |
| CM-EXE/15304/49 | | 05/19/2006 |
| 307.50 | 307.50 | |
| CM-EXE/15324/23 | | 05/31/2006 |
| 88.05 | 88.05 | |
| CM-EXE/15325/21 | | 05/31/2006 |
| 109.20 | 109.20 | |
| CM-EXE/15340/9 | | 05/31/2006 |
| .30 | .30 | |

PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrle & Lombardo,
P.C.                          PAGE: 6
SESSION: RP-IRG/1057/1                          EXPENSE TYPE REPORT
                              Page 7

A-672

```
                            durkin.rpt
                        DATE: 10/23/06
REPORT : EXPTYPE-21784    ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006    TIME: 08:50:49
                                        EXPENSE TYPE: E101 Copying


CLIENT ID           CLIENT NAME
  MATTER ID         MATTER DESCRIPTION
    ORIGINATOR ID   ORIGINATOR NAME
                    EXPENSE DETAIL TEXT                       TRANSACTED
CHANGED    RECORDED VALUE      BILLED VALUE
=================================================================================
=================================================
  3514 Durkin Contracting, (Continued)
    04 City of Newark Proje (Continued)
              CM-EXE/15355/31                              06/08/2006
                9.90                 9.90

              CM-EXE/15358/16                              06/08/2006
               55.50                55.50

              CM-EXE/15367/32                              06/08/2006
              110.85               110.85

              CM-EXE/15431/44                              06/28/2006
               78.30                78.30

              CM-EXE/15436/58                              06/28/2006
               44.55                44.55

              CM-EXE/15437/44                              06/28/2006
              224.55               224.55

              CM-EXE/15473/27                              07/12/2006
               19.50                19.50

              CM-EXE/15482/23                              07/12/2006
               53.85                53.85

              CM-EXE/15569/79                              08/08/2006
              289.20               289.20

              CM-EXE/15573/56                              08/08/2006
              189.30               189.30

              CM-EXE/15574/58                              08/08/2006
              127.50               127.50

              CM-EXE/15617/36                              08/25/2006
               84.45                84.45

              CM-EXE/15618/61                              08/25/2006
              707.25               707.25

              CM-EXE/15628/46                              08/25/2006
              993.90               993.90

              CM-EXE/15660/42                              09/11/2006
               17.25                17.25

              CM-EXE/15663/33                              09/11/2006
              109.50               109.50

              CM-EXE/15664/38                              09/11/2006
                             Page 8
```

```
                                  durkin.rpt
                   483.00              483.00

                   CM-EXE/15663/34                          09/11/2006
10/12/2006           .60                 .60

                   CM-EXE/15664/39                          09/11/2006
10/12/2006           .30                 .30

                   CM-EXE/15736/38                          09/29/2006
                   1,099.80           1,099.80

                   CM-EXE/15737/64                          09/29/2006
                   205.05             205.05

                   CM-EXE/15740/43                          09/29/2006
                   153.75             153.75

                   CM-EXE/15756/18                          10/09/2006
                     4.35               4.35

                   CM-EXE/15757/24                          10/09/2006
                    34.05              34.05
```

PROGRAM: GENIRG-2171368                 Powell Trachtman Logan Carrle & Lombardo,
P.C.                          PAGE: 7
SESSION: RP-IRG/1057/1                           EXPENSE TYPE REPORT
                              DATE: 10/23/06
REPORT : EXPTYPE-21784       ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006       TIME: 08:50:49
                                        EXPENSE TYPE: E101 Copying

CLIENT ID          CLIENT NAME
  MATTER ID          MATTER DESCRIPTION
    ORIGINATOR ID      ORIGINATOR NAME
                       EXPENSE DETAIL TEXT                      TRANSACTED
CHANGED    RECORDED VALUE        BILLED VALUE
=================================================================================
=================================================================================
3514 Durkin Contracting, (Continued)
  04 City of Newark Proje (Continued)

        ----------------   ----------------
    TOTAL FOR ORIGINATOR
                9,770.40           9,770.40

        ----------------   ----------------
    TOTAL FOR MATTER 04 City of Newark Proje
                9,770.40           9,770.40

        ----------------   ----------------
    TOTAL FOR CLIENT 3514 Durkin Contracting,
                9,770.40           9,770.40

        ----------------   ----------------
TOTAL FOR EXPENSE TYPE E101 Copying
                9,770.40           9,770.40

        ================   ================

PROGRAM: GENIRG-2171368                 Powell Trachtman Logan Carrle & Lombardo,
P.C.                          PAGE: 8
SESSION: RP-IRG/1057/1                           EXPENSE TYPE REPORT
                              Page 9

A-674

```
                              durkin.rpt
                          DATE: 10/23/06
REPORT : EXPTYPE-21784    ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006     TIME: 08:50:49
                              EXPENSE TYPE: E102 Outside printing


CLIENT ID          CLIENT NAME
  MATTER ID          MATTER DESCRIPTION
    ORIGINATOR ID      ORIGINATOR NAME
                       EXPENSE DETAIL TEXT                      TRANSACTED
 CHANGED      RECORDED VALUE        BILLED VALUE
=================================================================================
=================================================================
3514               Durkin Contracting,
  04               City of Newark Proje

                   voided check #46234-Digital Legal Services, LLC   02/04/2005
                     335.40             335.40
                   CM-EXE/14923/4


            ------------------   ------------------
   TOTAL FOR ORIGINATOR
                     335.40             335.40
  002               PA Logan
                   Quality Copy CM-EXE/14253/51
                     440.16             440.16                  07/22/2005

                   Liebmann-Gebhard, Inc. CM-EXE/14805/30        12/23/2005
01/04/2006           700.00             700.00

                   Liebmann-Gebhard, Inc. CM-EXE/14805/31        12/23/2005
01/04/2006           505.50             505.50

                   Parcels, Inc. CM-EXE/14888/84                 01/20/2006
                     135.00             135.00

                   Reliable Copy Service, Inc. CM-EXE/15034/9    03/03/2006
                     268.99             268.99

                   Parcels, Inc. CM-EXE/15034/13                 03/03/2006
                      80.05              80.05

                   Parcels, Inc. CM-EXE/15130/15                 03/31/2006
                      57.20              57.20

                   Seitz, Van Ogtrop & Green, P.A. CM-EXE/15314/7 05/26/2006
                      74.80              74.80

                   Seitz, Van Ogtrop & Green, P.A. CM-EXE/15314/8 05/26/2006
                     138.00             138.00

                   TIghe, Cottrell & Logan, P.A. CM-EXE/15596/4  08/18/2006
                      90.00              90.00

                   Potter, Anderson & Carroon, LLP CM-EXE/15596/21 08/18/2006
                      10.70              10.70

                   Reliable Copy Service, Inc. CM-EXE/15769/4    10/13/2006
                       8.48               8.48

                   Seitz, Van Ogtrop & Green, P.A. CM-EXE/15770/4 10/13/2006
                   1,003.51           1,003.51

            ------------------   ------------------
                            Page 10
```

A-675