```
                              durkin.rpt
        TOTAL FOR ORIGINATOR 002 PA Logan
                    3,512.39          3,512.39
        030                 DT Bolger
                    Digital Legal Services LLC CM-EXE/13571/19          02/04/2005
                    335.40            335.40

                    Liebmann-Gebhard, Inc. CM-EXE/14496/37             09/16/2005
                    100.00            100.00

                    Parcels, Inc. CM-EXE/14983/35                      02/17/2006
                    299.72            299.72

                    Parcels, Inc. CM-EXE/15185/28                      04/14/2006
                    408.00            408.00

                    Seitz, Van Ogtrop & Green, P.A. CM-EXE/15449/3     07/07/2006
                    467.18            467.18

                    Seitz, Van Ogtrop & Green, P.A. CM-EXE/15449/4     07/07/2006
                    362.78            362.78

                    Reliable Copy Service, Inc. CM-EXE/15519/14        07/21/2006
                    18.13             18.13
```

 PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrle &
Lombardo, P.C.                              PAGE: 9
SESSION: RP-IRG/1057/1                                    EXPENSE TYPE REPORT
                              DATE: 10/23/06
REPORT : EXPTYPE-21784         ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006       TIME: 08:50:49
                                     EXPENSE TYPE: E102 Outside printing

CLIENT ID          CLIENT NAME
  MATTER ID        MATTER DESCRIPTION
    ORIGINATOR ID  ORIGINATOR NAME
                   EXPENSE DETAIL TEXT                     TRANSACTED
CHANGED    RECORDED VALUE      BILLED VALUE
===============================================================================
==================================================
 3514 Durkin Contracting, (Continued)
  04 City of Newark Proje (Continued)
   030 DT Bolger (Continued)

```
                    Reliable Copy Service, Inc. CM-EXE/15563/4         08/04/2006
                    192.18            192.18

                    Reliable Copy Service, Inc. CM-EXE/15563/5         08/04/2006
                    248.52            248.52

                    Reliable Copy Service, Inc. CM-EXE/15596/6         08/18/2006
                    140.52            140.52

                    Reliable Copy Service, Inc. CM-EXE/15596/9         08/18/2006
                    110.83            110.83

                    Reliable Copy Service, Inc. CM-EXE/15596/10        08/18/2006
                    29.85             29.85

                    Quality Copy CM-EXE/15596/20                       08/18/2006
                    232.53            232.53

                    Reliable Copy Service, Inc. CM-EXE/15642/16        09/01/2006
                    19.46             19.46

                    Reliable Copy Service, Inc. CM-EXE/15642/17        09/01/2006
```

durkin.rpt

| | | | |
|---|---|---|---|
| 14.24 | | 14.24 | |
| Reliable Copy Service, Inc. CM-EXE/15642/18 | | | 09/01/2006 |
| 7.39 | | 7.39 | |
| Reliable Copy Service, Inc. CM-EXE/15642/19 | | | 09/01/2006 |
| 20.36 | | 20.36 | |
| Reliable Copy Service, Inc. CM-EXE/15642/20 | | | 09/01/2006 |
| 18.02 | | 18.02 | |
| Reliable Copy Service, Inc. CM-EXE/15642/21 | | | 09/01/2006 |
| 22.46 | | 22.46 | |
| Reliable Copy Service, Inc. CM-EXE/15642/22 | | | 09/01/2006 |
| 1.52 | | 1.52 | |
| Reliable Copy Service, Inc. CM-EXE/15642/23 | | | 09/01/2006 |
| 4.82 | | 4.82 | |
| Reliable Copy Service, Inc. CM-EXE/15642/24 | | | 09/01/2006 |
| 9.65 | | 9.65 | |
| Reliable Copy Service, Inc. CM-EXE/15683/6 | | | 09/15/2006 |
| 59.53 | | 59.53 | |
| Reliable Copy Service, Inc. CM-EXE/15683/7 | | | 09/15/2006 |
| 215.01 | | 215.01 | |
| Reliable Copy Service, Inc. CM-EXE/15732/11 | | | 09/29/2006 |
| 665.78 | | 665.78 | |
| Reliable Copy Service, Inc. CM-EXE/15768/17 | | | 10/13/2006 |
| 781.90 | | 781.90 | |
| Reliable Copy Service, Inc. CM-EXE/15768/19 | | | 10/13/2006 |
| 12.08 | | 12.08 | |
| Reliable Copy Service, Inc. CM-EXE/15768/20 | | | 10/13/2006 |
| 326.34 | | 326.34 | |
| Reliable Copy Service, Inc. CM-EXE/15769/1 | | | 10/13/2006 |
| 2,221.12 | | 2,221.12 | |
| Reliable Copy Service, Inc. CM-EXE/15769/2 | | | 10/13/2006 |
| 252.81 | | 252.81 | |

PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrle &
Lombardo, P.C.                             PAGE: 10
SESSION: RP-IRG/1057/1                                    EXPENSE TYPE REPORT
                           DATE: 10/23/06
REPORT : EXPTYPE-21784    ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006    TIME: 08:50:49
                                 EXPENSE TYPE: E102 Outside printing

CLIENT ID          CLIENT NAME
  MATTER ID          MATTER DESCRIPTION
    ORIGINATOR ID      ORIGINATOR NAME
                       EXPENSE DETAIL TEXT                          TRANSACTED
CHANGED    RECORDED VALUE        BILLED VALUE
========================================================================
=================================================
  3514 Durkin Contracting, (Continued)
   04 City of Newark Proje (Continued)
                          Page 12

A-677

durkin.rpt

030 DT Bolger (Continued)
```
                    Reliable Copy Service, Inc. CM-EXE/15769/3      10/13/2006
                    129.85              129.85

                    Reliable Copy Service, Inc. CM-EXE/15769/5      10/13/2006
                    82.66               82.66

                    Reliable Copy Service, Inc. CM-EXE/15769/6      10/13/2006
                    158.47              158.47

                    Reliable Copy Service, Inc. CM-EXE/15769/7      10/13/2006
                    192.55              192.55

                    Reliable Copy Service, Inc. CM-EXE/15769/8      10/13/2006
                    42.67               42.67

                    Reliable Copy Service, Inc. CM-EXE/15769/9      10/13/2006
                    77.91               77.91

                    Reliable Copy Service, Inc. CM-EXE/15769/10     10/13/2006
                    21.15               21.15

                    Reliable Copy Service, Inc. CM-EXE/15769/11     10/13/2006
                    482.30              482.30

                    Reliable Copy Service, Inc. CM-EXE/15769/12     10/13/2006
                    128.95              128.95

            ------------------  ------------------
   TOTAL FOR ORIGINATOR 030 DT Bolger
                    8,914.64            8,914.64

            ------------------  ------------------
   TOTAL FOR MATTER 04 City of Newark Proje
                    12,762.43           12,762.43

            ------------------  ------------------
   TOTAL FOR CLIENT 3514 Durkin Contracting,
                    12,762.43           12,762.43

            ------------------  ------------------
 TOTAL FOR EXPENSE TYPE E102 Outside printing
                    12,762.43           12,762.43

            ==================  ==================
```
⬚

PROGRAM: GENIRG-2171368                         Powell Trachtman Logan Carrle & Lombardo,
P.C.                                PAGE: 11
SESSION: RP-IRG/1057/1                                   EXPENSE TYPE REPORT

                                DATE: 10/23/06
REPORT : EXPTYPE-21784          ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006           TIME: 08:50:49
                                        EXPENSE TYPE: E105 Telephone/Long

Distance

CLIENT ID           CLIENT NAME
  MATTER ID         MATTER DESCRIPTION
    ORIGINATOR ID   ORIGINATOR NAME
                    EXPENSE DETAIL TEXT                         TRANSACTED
CHANGED    RECORDED VALUE        BILLED VALUE
========================================================================================
==================================================
                            Page 13

A-678

durkin.rpt

3514                  Durkin Contracting,
  04                  City of Newark Proje

                      CM-EXE/9927/22                              08/17/2002
09/05/2002                 .12                    .12

                      CM-EXE/11925/77                             12/23/2003
                           .10                    .10

                      CM-EXE/11905/81                             12/30/2003
                          1.77                   1.77

                      CM-EXE/11995/72                             01/27/2004
                          1.73                   1.73

                      CM-EXE/12124/83                             02/23/2004
                           .55                    .55

                      CM-EXE/12244/2                              03/29/2004
                           .10                    .10

                      CM-EXE/12245/74                             03/29/2004
                          1.77                   1.77

                      CM-EXE/12374/78                             04/28/2004
                           .16                    .16

                      CM-EXE/12377/3                              04/28/2004
                           .03                    .03

                      CM-EXE/12529/48                             05/25/2004
                          1.19                   1.19

                      CM-EXE/12577/80                             06/11/2004
                          8.40                   8.40

                      CM-EXE/12626/263                            06/28/2004
                           .12                    .12

                      Qwest Communications CM-EXE/12678/151       07/09/2004
                        159.88                 159.88

                      CM-EXE/12759/183                            07/27/2004
                           .46                    .46

                      CM-EXE/12882/67                             08/30/2004
                           .06                    .06

                      CM-EXE/12882/217                            08/30/2004
                           .32                    .32

                      CM-EXE/12972/10                             09/17/2004
                         84.84                  84.84

                      CM-EXE/13021/204                            09/27/2004
                           .03                    .03

                      CM-EXE/13291/52                             11/29/2004
                           .04                    .04

                      CM-EXE/13341/18                             12/10/2004
                         30.66                  30.66

                              Page 14

A-679

```
                        durkin.rpt
          CM-EXE/13408/25                              12/24/2004
             172.44              172.44

          CM-EXE/13425/67                              12/29/2004
               1.65                1.65

          CM-EXE/13537/44                              01/27/2005
                .54                 .54
```

PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrle & Lombardo,
P.C.                          PAGE: 12
SESSION: RP-IRG/1057/1                                EXPENSE TYPE REPORT
                             DATE: 10/23/06
REPORT : EXPTYPE-21784       ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006         TIME: 08:50:49
                                      EXPENSE TYPE: E105 Telephone/Long

Distance

```
CLIENT ID            CLIENT NAME
  MATTER ID          MATTER DESCRIPTION
    ORIGINATOR ID    ORIGINATOR NAME
                     EXPENSE DETAIL TEXT                    TRANSACTED
CHANGED     RECORDED VALUE        BILLED VALUE
==================================================================================
================================================
3514 Durkin Contracting, (Continued)
  04 City of Newark Proje (Continued)
          CM-EXE/13538/51                              01/27/2005
                .75                 .75

          CM-EXE/13552/14                              01/31/2005
               1.52                1.52

          CM-EXE/13735/13                              03/18/2005
             228.90              228.90

          CM-EXE/13735/14                              03/18/2005
              78.54               78.54

          CM-EXE/14030/122                             05/26/2005
                .39                 .39

          CM-EXE/14250/10                              07/25/2005
                .71                 .71

          CM-EXE/14361/97                              08/23/2005
               1.62                1.62

          CM-EXE/14382/15                              08/26/2005
                .22                 .22

          CM-EXE/14508/108                             09/22/2005
                .28                 .28

          CM-EXE/14519/11                              09/26/2005
                .06                 .06

          Lexis/Nexis CM-EXE/14623/28                  10/28/2005
              12.49               12.49

          CM-EXE/14716/99                              11/22/2005
               1.31                1.31
                        Page 15
```

durkin.rpt

| | | |
|---|---|---|
| CM-EXE/14715/11 | | 11/28/2005 |
| 7.08 | 7.08 | |
| CM-EXE/14809/98 | | 12/22/2005 |
| .71 | .71 | |
| CM-EXE/14808/6 | | 12/27/2005 |
| .31 | .31 | |
| CM-EXE/14893/94 | | 01/21/2006 |
| 1.31 | 1.31 | |
| CM-EXE/14983/36 | | 02/17/2006 |
| 46.40 | 46.40 | |
| CM-EXE/15103/119 | | 02/22/2006 |
| .40 | .40 | |
| CM-EXE/15013/9 | | 02/27/2006 |
| 5.25 | 5.25 | |
| CM-EXE/15013/34 | | 02/27/2006 |
| .27 | .27 | |
| CM-EXE/15015/118 | | 02/27/2006 |
| 1.35 | 1.35 | |
| CM-EXE/15111/11 | | 03/28/2006 |
| 4.18 | 4.18 | |
| CM-EXE/15208/122 | | 04/22/2006 |
| .29 | .29 | |
| CM-EXE/15310/108 | | 05/22/2006 |
| .34 | .34 | |

PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrle &
Lombardo, P.C.                             PAGE: 13
SESSION: RP-IRG/1057/1                             EXPENSE TYPE REPORT
                              DATE: 10/23/06
REPORT : EXPTYPE-21784        ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006     TIME: 08:50:49
                                    EXPENSE TYPE: E105 Telephone/Long
Distance

CLIENT ID              CLIENT NAME
  MATTER ID            MATTER DESCRIPTION
    ORIGINATOR ID      ORIGINATOR NAME
                       EXPENSE DETAIL TEXT
                                                        TRANSACTED
CHANGED      RECORDED VALUE        BILLED VALUE
=================================================================================
=================================================================
  3514 Durkin Contracting, (Continued)
   04 City of Newark Proje (Continued)
                       CM-EXE/15309/10                  05/25/2006
                         5.62            5.62

                       CM-EXE/15417/2                   06/22/2006
                         2.31            2.31

                       CM-EXE/15424/7                   06/27/2006
                         5.76            5.76

Page 16

A-681

```
                              durkin.rpt
            CM-EXE/15534/148                        07/22/2006
               .52                      .52

            CM-EXE/15612/135                        08/22/2006
              1.53                     1.53

            CM-EXE/15621/6                          08/25/2006
               .78                      .78

            CM-EXE/15711/148                        09/22/2006
              4.10                     4.10

            CM-EXE/15711/149                        09/22/2006
10/12/2006     .04                      .04

            CM-EXE/15720/2                          09/27/2006
               .74                      .74

            CM-EXE/15768/29                         10/13/2006
             39.92                    39.92

         -----------------    -----------------
   TOTAL FOR ORIGINATOR
              922.96                  922.96

         -----------------    -----------------
   TOTAL FOR MATTER 04 City of Newark Proje
              922.96                  922.96

         -----------------    -----------------
   TOTAL FOR CLIENT 3514 Durkin Contracting,
              922.96                  922.96

         -----------------    -----------------
TOTAL FOR EXPENSE TYPE E105 Telephone/Long Distance
              922.96                  922.96

         =================    =================

 []

PROGRAM: GENIRG-2171368              Powell Trachtman Logan Carrle & Lombardo,
P.C.                           PAGE: 14
SESSION: RP-IRG/1057/1                          EXPENSE TYPE REPORT
                               DATE: 10/23/06
REPORT : EXPTYPE-21784    ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006         TIME: 08:50:49
                                         EXPENSE TYPE: E106 Online research


CLIENT ID           CLIENT NAME
  MATTER ID         MATTER DESCRIPTION
    ORIGINATOR ID   ORIGINATOR NAME
                    EXPENSE DETAIL TEXT                   TRANSACTED
CHANGED    RECORDED VALUE      BILLED VALUE
================================================================================
=================================================
 3514              Durkin Contracting,
  04               City of Newark Proje

            Lexis/Nexis CM-EXE/11709/22             10/31/2003
             35.99                    35.99

            Lexis/Nexis CM-EXE/11996/17             01/23/2004
             65.93                    65.93
                       Page 17
```

A-682

durkin.rpt

| | | |
|---|---|---|
| Lexis/Nexis CM-EXE/12280/21 | | 04/02/2004 |
| 55.44 | 55.44 | |
| Lexis/Nexis CM-EXE/12416/23 | | 04/30/2004 |
| 186.23 | 186.23 | |
| Lexis/Nexis CM-EXE/12517/20 | | 05/28/2004 |
| 67.72 | 67.72 | |
| Lexis/Nexis CM-EXE/12759/36 | | 07/23/2004 |
| 67.18 | 67.18 | |
| PACER Service Center CM-EXE/12805/12 | | 08/06/2004 |
| .07 | .07 | |
| PACER Service Center CM-EXE/12805/16 | | 08/06/2004 |
| .91 | .91 | |
| Lexis/Nexis CM-EXE/12870/29 | | 08/20/2004 |
| 47.63 | 47.63 | |
| Lexis/Nexis CM-EXE/13047/26 | | 09/30/2004 |
| 31.22 | 31.22 | |
| Lexis/Nexis CM-EXE/13305/36 | | 11/26/2004 |
| 6.64 | 6.64 | |
| lexis nexis CM-EXE/13511/22 | | 01/21/2005 |
| 46.06 | 46.06 | |
| Lexis/Nexis CM-EXE/13917/25 | | 04/29/2005 |
| 172.43 | 172.43 | |
| PACER Service Center CM-EXE/14628/18 | | 10/28/2005 |
| 2.08 | 2.08 | |
| Lexis/Nexis CM-EXE/14712/18 | | 11/25/2005 |
| 30.39 | 30.39 | |
| Lexis/Nexis CM-EXE/15030/24 | | 03/03/2006 |
| 38.85 | 38.85 | |
| Lexis/Nexis CM-EXE/15030/23 | | 03/03/2006 |
| 2.22 | 2.22 | |

04/10/2006

| | | |
|---|---|---|
| PACER Service Center CM-EXE/15231/90 | | 04/28/2006 |
| 2.00 | 2.00 | |
| Lexis/Nexis CM-EXE/15406/29 | | 06/23/2006 |
| 11.46 | 11.46 | |
| Lexis/Nexis CM-EXE/15556/23 | | 08/04/2006 |
| 194.53 | 194.53 | |
| Lexis/Nexis CM-EXE/15640/27 | | 09/01/2006 |
| 508.91 | 508.91 | |
| Federal Express CM-EXE/15732/40 | | 09/29/2006 |
| 12.08 | 12.08 | |
| Federal Express CM-EXE/15732/41 | | 09/29/2006 |
| 12.08 | 12.08 | |

Page 18

durkin.rpt

☐

```
PROGRAM: GENIRG-2171368              Powell Trachtman Logan Carrle & Lombardo,
P.C.                            PAGE: 15
SESSION: RP-IRG/1057/1                        EXPENSE TYPE REPORT
                               DATE: 10/23/06
REPORT : EXPTYPE-21784          ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006            TIME: 08:50:49
                                        EXPENSE TYPE: E106 Online research
```

```
CLIENT ID            CLIENT NAME
  MATTER ID            MATTER DESCRIPTION
    ORIGINATOR ID    ORIGINATOR NAME
                     EXPENSE DETAIL TEXT                       TRANSACTED
CHANGED    RECORDED VALUE       BILLED VALUE
=================================================================================
======================================================
  3514 Durkin Contracting, (Continued)
   04 City of Newark Proje (Continued)
                     Lexis/Nexis CM-EXE/15735/25                 09/29/2006
                        470.15              470.15

                  ------------------  ------------------
     TOTAL FOR ORIGINATOR
                     2,068.20            2,068.20

                  ------------------  ------------------
    TOTAL FOR MATTER 04 City of Newark Proje
                     2,068.20            2,068.20

                  ------------------  ------------------
    TOTAL FOR CLIENT 3514 Durkin Contracting,
                     2,068.20            2,068.20

                  ------------------  ------------------
  TOTAL FOR EXPENSE TYPE E106 Online research
                     2,068.20            2,068.20

                  ==================  ==================
```

☐

```
PROGRAM: GENIRG-2171368              Powell Trachtman Logan Carrle & Lombardo,
P.C.                            PAGE: 16
SESSION: RP-IRG/1057/1                        EXPENSE TYPE REPORT
                               DATE: 10/23/06
REPORT : EXPTYPE-21784          ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006            TIME: 08:50:49
                                        EXPENSE TYPE: E107 Delivery services
```

```
CLIENT ID            CLIENT NAME
  MATTER ID            MATTER DESCRIPTION
    ORIGINATOR ID    ORIGINATOR NAME
                     EXPENSE DETAIL TEXT                       TRANSACTED
CHANGED    RECORDED VALUE       BILLED VALUE
=================================================================================
======================================================
  3514                Durkin Contracting,
   04                 City of Newark Proje

                     Federal Express CM-EXE/11940/41             01/09/2004
                        11.94               11.94

                     Federal Express CM-EXE/12278/88             04/02/2004
                            Page 19
```

*A-684*

```
                        durkin.rpt
        15.73                   15.73

        Legal Express Support Service CM-EXE/12346/9      04/16/2004
        47.00                   47.00

        Legal Express Support Service CM-EXE/12404/29     04/30/2004
        200.00                  200.00

        Federal Express CM-EXE/12404/56                   04/30/2004
        10.81                   10.81

        Federal Express CM-EXE/12513/78                   05/28/2004
        15.80                   15.80

        Legal Express Support Service CM-EXE/12577/16     06/11/2004
        47.00                   47.00

        Legal Express Support Service CM-EXE/12741/94     07/23/2004
        200.00                  200.00

        Federal Express CM-EXE/12787/28                   08/06/2004
        10.76                   10.76

        Legal Express Support Service CM-EXE/12787/40     08/06/2004
        50.00                   50.00

        Federal Express CM-EXE/13058/90                   10/01/2004
        17.99                   17.99

        Federal Express CM-EXE/13058/94                   10/01/2004
        17.99                   17.99

        Federal Express CM-EXE/13058/95                   10/01/2004
        17.99                   17.99

        Federal Express CM-EXE/13058/96                   10/01/2004
        17.99                   17.99

        Federal Express CM-EXE/13058/97                   10/01/2004
        17.99                   17.99

        Federal Express CM-EXE/13058/109                  10/01/2004
        10.86                   10.86

        Federal Express CM-EXE/13183/18                   10/29/2004
        11.01                   11.01

        Federal Express CM-EXE/13183/61                   10/29/2004
        11.01                   11.01

        Federal Express CM-EXE/13402/43                   12/24/2004
01/03/2005   13.03                   13.03

        Federal Express CM-EXE/13402/44                   12/24/2004
01/03/2005   13.03                   13.03

        Federal Express CM-EXE/13402/45                   12/24/2004
01/03/2005   13.03                   13.03

        Federal Express CM-EXE/13402/46                   12/24/2004
01/03/2005   13.03                   13.03

        Federal Express CM-EXE/13515/54                   01/21/2005
                        Page 20
```

```
                          durkin.rpt
              11.47              11.47
 ▯

PROGRAM: GENIRG-2171368                  Powell Trachtman Logan Carrle & Lombardo,
P.C.                         PAGE: 17
SESSION: RP-IRG/1057/1                          EXPENSE TYPE REPORT
                         DATE: 10/23/06
REPORT : EXPTYPE-21784          ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006          TIME: 08:50:49
                                   EXPENSE TYPE: E107 Delivery services
```

| CLIENT ID | CLIENT NAME | | |
|---|---|---|---|
| MATTER ID | MATTER DESCRIPTION | | |
| ORIGINATOR ID | ORIGINATOR NAME | | |
| | EXPENSE DETAIL TEXT | | TRANSACTED |
| CHANGED | RECORDED VALUE | BILLED VALUE | |

```
=================================================================================
==========================================
 3514 Durkin Contracting, (Continued)
  04 City of Newark Proje (Continued)
              Federal Express CM-EXE/13975/61              05/13/2005
              11.01              11.01

              Federal Express CM-EXE/14131/78              06/24/2005
              11.32              11.32

              Federal Express CM-EXE/14349/40              08/19/2005
              11.22              11.22

              Federal Express CM-EXE/14349/48              08/19/2005
              11.22              11.22

              Federal Express CM-EXE/14805/36              12/23/2005
01/04/2006       21.72              21.72

              Legal Express Support Service CM-EXE/14983/50      02/17/2006
              150.00             150.00

              Legal Express Support Service CM-EXE/15034/32      03/03/2006
              99.00              99.00

              Legal Express Support Service CM-EXE/15034/35      03/03/2006
              39.00              39.00

              Federal Express CM-EXE/15034/64              03/03/2006
              11.56              11.56

              Legal Express Support Service CM-EXE/15075/38      03/17/2006
              180.00             180.00

              Federal Express CM-EXE/15130/48              03/31/2006
              14.45              14.45

              Federal Express CM-EXE/15231/20              04/28/2006
              11.71              11.71

              Federal Express CM-EXE/15231/21              04/28/2006
              11.71              11.71

              Federal Express CM-EXE/15411/77              06/23/2006
              10.18              10.18

              Federal Express CM-EXE/15411/101             06/23/2006
                          Page 21
```

A-686

```
                          durkin.rpt
            16.50              16.50

            Federal Express CM-EXE/15411/117          06/23/2006
            26.21              26.21

            Federal Express CM-EXE/15411/126          06/23/2006
            12.87              12.87

            Federal Express CM-EXE/15411/127          06/23/2006
            12.87              12.87

            Federal Express CM-EXE/15411/128          06/23/2006
            12.87              12.87

            Federal Express CM-EXE/15519/3            07/21/2006
            22.36              22.36

            Federal Express CM-EXE/15642/64           09/01/2006
            26.58              26.58

            Federal Express CM-EXE/15642/65           09/01/2006
            24.48              24.48

            Federal Express CM-EXE/15732/44           09/29/2006
            12.08              12.08

            Federal Express CM-EXE/15732/45           09/29/2006
            12.08              12.08□
```

```
 PROGRAM: GENIRG-2171368            Powell Trachtman Logan Carrle &
Lombardo, P.C.                      PAGE: 18
SESSION: RP-IRG/1057/1                           EXPENSE TYPE REPORT
                        DATE: 10/23/06
REPORT : EXPTYPE-21784      ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006       TIME: 08:50:49
                              EXPENSE TYPE: E107 Delivery services


CLIENT ID          CLIENT NAME
  MATTER ID        MATTER DESCRIPTION
    ORIGINATOR ID  ORIGINATOR NAME
                   EXPENSE DETAIL TEXT
                                                     TRANSACTED
CHANGED    RECORDED VALUE        BILLED VALUE
================================================================================
===============================================
 3514 Durkin Contracting, (Continued)
  04 City of Newark Proje (Continued)
            Federal Express CM-EXE/15732/65           09/29/2006
            22.36              22.36

            Federal Express CM-EXE/15732/66           09/29/2006
            21.61              21.61

            Federal Express CM-EXE/15732/68           09/29/2006
            21.61              21.61

            Federal Express CM-EXE/15732/81           09/29/2006
            12.08              12.08

            Federal Express CM-EXE/15732/82           09/29/2006
            20.75              20.75

            Federal Express CM-EXE/15732/83           09/29/2006
            12.08              12.08
```

Page 22

A-687

durkin.rpt

Federal Express CM-EXE/15732/84                          09/29/2006
     12.08                  12.08

Federal Express CM-EXE/15732/86                          09/29/2006
     12.08                  12.08

Federal Express CM-EXE/15732/89                          09/29/2006
     18.65                  18.65

Federal Express CM-EXE/15732/90                          09/29/2006
     12.08                  12.08

Federal Express CM-EXE/15732/91                          09/29/2006
     12.08                  12.08

Federal Express CM-EXE/15732/92                          09/29/2006
     12.08                  12.08

Federal Express CM-EXE/15732/108                         09/29/2006
     15.97                  15.97

Federal Express CM-EXE/15769/13                          10/13/2006
     12.18                  12.18

Federal Express CM-EXE/15769/14                          10/13/2006
     12.18                  12.18

              ----------------   ----------------
   TOTAL FOR ORIGINATOR
                  1,798.33            1,798.33

              ----------------   ----------------
   TOTAL FOR MATTER 04 City of Newark Proje
                  1,798.33            1,798.33

              ----------------   ----------------
   TOTAL FOR CLIENT 3514 Durkin Contracting,
                  1,798.33            1,798.33

              ----------------   ----------------
TOTAL FOR EXPENSE TYPE E107 Delivery services
                  1,798.33            1,798.33

              ================   ================


PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrle & Lombardo,
P.C.                            PAGE: 19
SESSION: RP-IRG/1057/1                                EXPENSE TYPE REPORT
                                DATE: 10/23/06
REPORT : EXPTYPE-21784          ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006            TIME: 08:50:49
                                        EXPENSE TYPE: E108 Postage

CLIENT ID          CLIENT NAME
  MATTER ID          MATTER DESCRIPTION
    ORIGINATOR ID      ORIGINATOR NAME
                       EXPENSE DETAIL TEXT                           TRANSACTED
CHANGED      RECORDED VALUE      BILLED VALUE
=================================================================================
==============================================
  3514                Durkin Contracting,
  04                  City of Newark Proje
                              Page 23

A-688

durkin.rpt

| | | | |
|---|---|---|---|
| 09/05/2002 | CM-EXE/9853/128<br>.74 | .74 | 08/05/2002 |
| | CM-EXE/11900/87<br>.37 | .37 | 12/18/2003 |
| | CM-EXE/11900/114<br>.37 | .37 | 12/18/2003 |
| | CM-EXE/11986/47<br>1.11 | 1.11 | 01/13/2004 |
| | CM-EXE/11986/50<br>.37 | .37 | 01/13/2004 |
| | CM-EXE/12112/72<br>1.48 | 1.48 | 02/17/2004 |
| | CM-EXE/12151/43<br>.37 | .37 | 02/23/2004 |
| | CM-EXE/12156/34<br>.60 | .60 | 03/02/2004 |
| | CM-EXE/12294/22<br>1.11 | 1.11 | 04/05/2004 |
| | CM-EXE/12306/13<br>1.11 | 1.11 | 04/06/2004 |
| | CM-EXE/12306/43<br>4.75 | 4.75 | 04/07/2004 |
| | CM-EXE/12306/44<br>5.85 | 5.85 | 04/07/2004 |
| | CM-EXE/12306/46<br>4.75 | 4.75 | 04/07/2004 |
| | CM-EXE/12306/62<br>1.48 | 1.48 | 04/07/2004 |
| | CM-EXE/12320/52<br>.37 | .37 | 04/12/2004 |
| | CM-EXE/12335/15<br>2.81 | 2.81 | 04/15/2004 |
| | CM-EXE/12361/56<br>2.90 | 2.90 | 04/16/2004 |
| | CM-EXE/12361/190<br>1.11 | 1.11 | 04/21/2004 |
| | CM-EXE/12387/37<br>.74 | .74 | 04/22/2004 |
| | CM-EXE/12431/61<br>.60 | .60 | 05/06/2004 |
| | CM-EXE/12431/62<br>1.11 | 1.11 | 05/06/2004 |

A-689

durkin.rpt

| | | |
|---|---|---|
| CM-EXE/12431/72 | | 05/06/2004 |
| 1.48 | 1.48 | |
| CM-EXE/12460/96 | | 05/12/2004 |
| .37 | .37 | |

☐

PROGRAM: GENIRG-2171368                      Powell Trachtman Logan Carrle & Lombardo,
P.C.                                    PAGE: 20
SESSION: RP-IRG/1057/1                                       EXPENSE TYPE REPORT
                                    DATE: 10/23/06
REPORT : EXPTYPE-21784          ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006            TIME: 08:50:49
                                            EXPENSE TYPE: E108 Postage

CLIENT ID          CLIENT NAME
   MATTER ID          MATTER DESCRIPTION
      ORIGINATOR ID   ORIGINATOR NAME
                      EXPENSE DETAIL TEXT                         TRANSACTED
CHANGED      RECORDED VALUE          BILLED VALUE
================================================================================
================================================================
3514 Durkin Contracting, (Continued)
 04 City of Newark Proje (Continued)

| | | |
|---|---|---|
| CM-EXE/12493/136 | | 05/19/2004 |
| 1.48 | 1.48 | |
| CM-EXE/12648/32 | | 07/01/2004 |
| 2.40 | 2.40 | |
| CM-EXE/12654/87 | | 07/02/2004 |
| 22.30 | 22.30 | |
| CM-EXE/12676/98 | | 07/08/2004 |
| .74 | .74 | |
| CM-EXE/12710/97 | | 07/19/2004 |
| 4.32 | 4.32 | |
| CM-EXE/12774/20 | | 08/02/2004 |
| .37 | .37 | |
| CM-EXE/12788/61 | | 08/04/2004 |
| .37 | .37 | |
| CM-EXE/12831/50 | | 08/12/2004 |
| .37 | .37 | |
| CM-EXE/12831/52 | | 08/12/2004 |
| 1.11 | 1.11 | |
| CM-EXE/12837/8 | | 08/12/2004 |
| 7.90 | 7.90 | |
| CM-EXE/12858/8 | | 08/17/2004 |
| .74 | .74 | |
| CM-EXE/12858/14 | | 08/17/2004 |
| .74 | .74 | |
| CM-EXE/12858/19 | | 08/17/2004 |
| 1.80 | 1.80 | |

Page 25

durkin.rpt

| | | |
|---|---|---|
| CM-EXE/12881/26 | | 08/18/2004 |
| 1.52 | 1.52 | |
| CM-EXE/12884/25 | | 08/19/2004 |
| 1.48 | 1.48 | |
| CM-EXE/12898/66 | | 08/23/2004 |
| 1.74 | 1.74 | |
| CM-EXE/12899/85 | | 08/27/2004 |
| 1.48 | 1.48 | |
| CM-EXE/12925/64 | | 09/07/2004 |
| 2.31 | 2.31 | |
| CM-EXE/12934/39 | | 09/09/2004 |
| 1.80 | 1.80 | |
| CM-EXE/12951/46 | | 09/14/2004 |
| .37 | .37 | |
| CM-EXE/13098/20 | | 10/14/2004 |
| 1.48 | 1.48 | |
| CM-EXE/13156/37 | | 10/25/2004 |
| .37 | .37 | |
| CM-EXE/13156/45 | | 10/25/2004 |
| 1.48 | 1.48 | |
| CM-EXE/13173/16 | | 10/27/2004 |
| 2.22 | 2.22 | |

PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrle &
Lombardo, P.C.                             PAGE: 21
SESSION: RP-IRG/1057/1                                EXPENSE TYPE REPORT
                              DATE: 10/23/06
REPORT : EXPTYPE-21784        ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006     TIME: 08:50:49
                                        EXPENSE TYPE: E108 Postage

| CLIENT ID | CLIENT NAME | |
|---|---|---|
| MATTER ID | MATTER DESCRIPTION | |
| ORIGINATOR ID | ORIGINATOR NAME | |
| | EXPENSE DETAIL TEXT | TRANSACTED |
| CHANGED   RECORDED VALUE | BILLED VALUE | |

=====================================================================================================================================

3514 Durkin Contracting, (Continued)
 04 City of Newark Proje (Continued)

| | | |
|---|---|---|
| CM-EXE/13175/38 | | 10/29/2004 |
| 1.98 | 1.98 | |
| CM-EXE/13209/26 | | 11/05/2004 |
| 1.11 | 1.11 | |
| CM-EXE/13264/27 | | 11/17/2004 |
| 1.48 | 1.48 | |
| CM-EXE/13265/21 | | 11/18/2004 |
| 6.80 | 6.80 | |
| CM-EXE/13282/34 | | 11/22/2004 |

Page 26

A-691

```
                              durkin.rpt
                 5.30              5.30

              CM-EXE/13398/20                        12/20/2004
                 .60               .60

              CM-EXE/13395/49                        12/21/2004
                 .37               .37

              CM-EXE/13397/3                         12/21/2004
                1.48              1.48

              CM-EXE/13412/8                         12/22/2004
                1.98              1.98

              CM-EXE/13413/33                        12/23/2004
   01/12/2005   1.11              1.11

              CM-EXE/13434/11                        12/29/2004
                 .60               .60

              CM-EXE/13434/13                        12/29/2004
                1.48              1.48

              CM-EXE/13487/3                         01/10/2005
                 .74               .74

              CM-EXE/13504/10                        01/18/2005
                 .37               .37

              CM-EXE/13555/4                         02/01/2005
   03/08/2005    .74               .74

              CM-EXE/13575/50                        02/07/2005
                 .83               .83

              CM-EXE/13580/1                         02/07/2005
                 .37               .37

              CM-EXE/13580/41                        02/08/2005
                 .37               .37

              CM-EXE/13717/46                        03/10/2005
                 .83               .83

              CM-EXE/13751/18                        03/17/2005
                1.20              1.20

              CM-EXE/13753/48                        03/21/2005
                 .37               .37

              CM-EXE/13770/6                         03/23/2005
                 .37               .37

              CM-EXE/13776/9                         03/28/2005
                5.30              5.30
```

PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrle & Lombardo,
P.C.                              PAGE: 22
SESSION: RP-IRG/1057/1                          EXPENSE TYPE REPORT
                              DATE: 10/23/06
REPORT : EXPTYPE-21784        ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006          TIME: 08:50:49
                                   Page 27

A-692

durkin.rpt

EXPENSE TYPE: E108 Postage

| CLIENT ID | CLIENT NAME | | |
|---|---|---|---|
| MATTER ID | MATTER DESCRIPTION | | |
| ORIGINATOR ID | ORIGINATOR NAME | | |
| | EXPENSE DETAIL TEXT | | TRANSACTED |
| CHANGED | RECORDED VALUE | BILLED VALUE | |

====================================================================================
==========================================

3514 Durkin Contracting, (Continued)
  04 City of Newark Proje (Continued)

| | | | |
|---|---|---|---|
| CM-EXE/13776/30 | | | 03/28/2005 |
| | .74 | .74 | |
| CM-EXE/13785/8 | | | 03/29/2005 |
| | .37 | .37 | |
| CM-EXE/13812/25 | | | 04/05/2005 |
| | .37 | .37 | |
| CM-EXE/13817/41 | | | 04/07/2005 |
| | .60 | .60 | |
| CM-EXE/13855/40 | | | 04/15/2005 |
| | .83 | .83 | |
| CM-EXE/13873/28 | | | 04/19/2005 |
| | 1.48 | 1.48 | |
| CM-EXE/13891/24 | | | 04/22/2005 |
| | .60 | .60 | |
| CM-EXE/13924/28 | | | 04/27/2005 |
| | .37 | .37 | |
| CM-EXE/13924/46 | | | 04/27/2005 |
| | 1.11 | 1.11 | |
| CM-EXE/13916/37 | | | 04/29/2005 |
| | 2.77 | 2.77 | |
| CM-EXE/13916/45 | | | 05/02/2005 |
| | 2.17 | 2.17 | |
| CM-EXE/14010/15 | | | 05/18/2005 |
| | 1.48 | 1.48 | |
| CM-EXE/14028/43 | | | 05/26/2005 |
| | 1.80 | 1.80 | |
| CM-EXE/14062/33 | | | 06/03/2005 |
| | 3.13 | 3.13 | |
| CM-EXE/14062/35 | | | 06/03/2005 |
| | 1.48 | 1.48 | |
| CM-EXE/14127/25 | | | 06/23/2005 |
| | .37 | .37 | |
| CM-EXE/14191/33 | | | 07/11/2005 |
| | .37 | .37 | |
| CM-EXE/14261/38 | | | 07/26/2005 |

Page 28

```
                                durkin.rpt
              1.06                  1.06

              CM-EXE/14338/19                          08/16/2005
              1.48                  1.48

              CM-EXE/14383/16                          08/26/2005
              3.51                  3.51

              CM-EXE/14418/29                          09/06/2005
              1.85                  1.85

              CM-EXE/14440/32                          09/13/2005
              1.20                  1.20

              CM-EXE/14451/21                          09/14/2005
              2.96                  2.96

              CM-EXE/14461/23                          09/15/2005
              7.92                  7.92
```

PROGRAM: GENIRG-2171368                  Powell Trachtman Logan Carrle &
Lombardo, P.C.                     PAGE: 23
SESSION: RP-IRG/1057/1                         EXPENSE TYPE REPORT
                          DATE: 10/23/06
REPORT : EXPTYPE-21784       ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006         TIME: 08:50:49
                                   EXPENSE TYPE: E108 Postage

```
CLIENT ID         CLIENT NAME
  MATTER ID         MATTER DESCRIPTION
    ORIGINATOR ID     ORIGINATOR NAME
                      EXPENSE DETAIL TEXT
                                                        TRANSACTED
CHANGED      RECORDED VALUE        BILLED VALUE
=====================================================================================
=================================================
3514 Durkin Contracting, (Continued)
  04 City of Newark Proje (Continued)
              CM-EXE/14461/24                          09/15/2005
              .37                   .37

              CM-EXE/14467/16                          09/16/2005
              .60                   .60

              CM-EXE/14476/20                          09/19/2005
              3.00                  3.00

              CM-EXE/14476/23                          09/19/2005
              5.26                  5.26

              CM-EXE/14504/6                           09/21/2005
              15.50                 15.50

              CM-EXE/14504/13                          09/21/2005
              1.52                  1.52

              CM-EXE/14542/37                          10/03/2005
11/14/2005    1.48                  1.48

              CM-EXE/14556/22                          10/05/2005
              .37                   .37

              CM-EXE/14606/37                          10/24/2005
              1.80                  1.80
```

Page 29

**A-694**

```
                             durkin.rpt
              CM-EXE/14612/20                              10/25/2005
                  4.65              4.65

              CM-EXE/14612/22                              10/25/2005
                  1.48              1.48

              CM-EXE/14627/22                              10/31/2005
                  2.96              2.96

              CM-EXE/14670/20                              11/14/2005
                  2.59              2.59

              CM-EXE/14704/6                               11/16/2005
                  1.85              1.85

              CM-EXE/14711/33                              11/22/2005
                  1.48              1.48

              CM-EXE/14719/46                              11/28/2005
                  1.48              1.48

              CM-EXE/14731/3                               11/29/2005
                  1.48              1.48

              CM-EXE/14745/17                              12/02/2005
                 11.70             11.70

              CM-EXE/14745/20                              12/02/2005
01/12/2006        .74               .74

              CM-EXE/14745/26                              12/02/2005
01/12/2006        .60               .60

              CM-EXE/14747/1                               12/05/2005
                  1.48              1.48

              CM-EXE/14747/19                              12/06/2005
01/12/2006        .60               .60

              CM-EXE/14796/11                              12/07/2005
                  .74               .74
```

```
PROGRAM: GENIRG-2171368              Powell Trachtman Logan Carrle & Lombardo,
P.C.                          PAGE: 24
SESSION: RP-IRG/1057/1                              EXPENSE TYPE REPORT
                              DATE: 10/23/06
REPORT : EXPTYPE-21784        ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006         TIME: 08:50:49
                                           EXPENSE TYPE: E108 Postage


CLIENT ID          CLIENT NAME
  MATTER ID        MATTER DESCRIPTION
    ORIGINATOR ID  ORIGINATOR NAME
                   EXPENSE DETAIL TEXT                    TRANSACTED
CHANGED     RECORDED VALUE      BILLED VALUE
===============================================================================
=============================================
 3514 Durkin Contracting, (Continued)
   04 City of Newark Proje (Continued)
              CM-EXE/14790/1                               12/12/2005
                  .60               .60
```

Page 30

A-695

durkin.rpt

| | | |
|---|---|---|
| CM-EXE/14800/39<br>.37 | .37 | 12/20/2005 |
| CM-EXE/14823/47<br>1.85 | 1.85 | 12/21/2005 |
| CM-EXE/14831/44<br>2.49 | 2.49 | 01/03/2006 |
| CM-EXE/14831/45<br>1.06 | 1.06 | 01/03/2006 |
| CM-EXE/14848/10<br>1.06 | 1.06 | 01/04/2006 |
| CM-EXE/14848/43<br>2.22 | 2.22 | 01/05/2006 |
| CM-EXE/14853/29<br>.39 | .39 | 01/09/2006 |
| CM-EXE/14853/32<br>3.78 | 3.78 | 01/09/2006 |
| CM-EXE/14880/27<br>.85 | .85 | 01/17/2006 |
| CM-EXE/14880/33<br>3.78 | 3.78 | 01/17/2006 |
| CM-EXE/14878/43<br>1.26 | 1.26 | 01/18/2006 |
| CM-EXE/14902/42<br>.39 | .39 | 01/25/2006 |
| CM-EXE/14903/7<br>1.95 | 1.95 | 01/25/2006 |
| CM-EXE/14903/35<br>.39 | .39 | 01/25/2006 |
| CM-EXE/14910/45<br>.63 | .63 | 01/27/2006 |
| CM-EXE/14924/36<br>.63 | .63 | 01/31/2006 |
| CM-EXE/14938/38<br>.78 | .78 | 02/02/2006 |
| CM-EXE/14939/20<br>.39 | .39 | 02/03/2006 |
| CM-EXE/14939/33<br>2.34 | 2.34 | 02/03/2006 |
| CM-EXE/14942/48<br>3.78 | 3.78 | 02/07/2006 |
| CM-EXE/14962/2<br>.39 | .39 | 02/10/2006 |

A-696

```
                              durkin.rpt
              CM-EXE/14970/19                                02/13/2006
                 3.15                 3.15

              CM-EXE/14992/42                                02/17/2006
                 .39                  .39□
   PROGRAM: GENIRG-2171368             Powell Trachtman Logan Carrle &
   Lombardo, P.C.                      PAGE: 25
   SESSION: RP-IRG/1057/1                        EXPENSE TYPE REPORT
                              DATE: 10/23/06
   REPORT : EXPTYPE-21784       ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
   01/01/1980 TO: 10/23/2006        TIME: 08:50:49
                                         EXPENSE TYPE: E108 Postage
```

| CLIENT ID | CLIENT NAME | |
|---|---|---|
| MATTER ID | MATTER DESCRIPTION | |
| ORIGINATOR ID | ORIGINATOR NAME | |
| | EXPENSE DETAIL TEXT | TRANSACTED |
| CHANGED | RECORDED VALUE | BILLED VALUE |

```
===============================================================================
==================================================
3514 Durkin Contracting, (Continued)
 04 City of Newark Proje (Continued)
              CM-EXE/14994/17                                02/21/2006
                 2.34                 2.34

              CM-EXE/14994/21                                02/21/2006
                 2.34                 2.34

              CM-EXE/14994/45                                02/22/2006
                 .63                  .63

              CM-EXE/15022/8                                 02/27/2006
                 1.95                 1.95

              CM-EXE/15022/18                                02/27/2006
                 5.00                 5.00

              CM-EXE/15023/6                                 02/28/2006
                 .39                  .39

              CM-EXE/15028/32                                03/02/2006
                 1.59                 1.59

              CM-EXE/15070/35                                03/15/2006
                 .39                  .39

              CM-EXE/15071/23                                03/15/2006
                 .63                  .63

              CM-EXE/15071/49                                03/16/2006
                 1.95                 1.95

              CM-EXE/15071/50                                03/16/2006
                 .39                  .39

              CM-EXE/15072/19                                03/17/2006
                 .39                  .39

              CM-EXE/15074/35                                03/20/2006
                 2.34                 2.34

              CM-EXE/15074/41                                03/20/2006
                 4.05                 4.05
                              Page 32
```

**A-697**

durkin.rpt

| | | |
|---|---|---|
| CM-EXE/15110/3 | | 03/24/2006 |
| .39 | .39 | |
| CM-EXE/15125/35 | | 03/29/2006 |
| .39 | .39 | |
| CM-EXE/15160/43 | | 04/10/2006 |
| 1.95 | 1.95 | |
| CM-EXE/15169/44 | | 04/11/2006 |
| .78 | .78 | |
| CM-EXE/15183/6 | | 04/13/2006 |
| 5.34 | 5.34 | |
| CM-EXE/15205/27 | | 04/21/2006 |
| 18.45 | 18.45 | |
| CM-EXE/15223/2 | | 04/26/2006 |
| 1.50 | 1.50 | |
| CM-EXE/15223/19 | | 04/27/2006 |
| 1.56 | 1.56 | |
| CM-EXE/15248/3 | | 05/02/2006 |
| 5.00 | 5.00 | |



PROGRAM: GENIRG-2171368                          Powell Trachtman Logan Carrle & Lombardo,
P.C.                              PAGE: 26
SESSION: RP-IRG/1057/1                                     EXPENSE TYPE REPORT
                                 DATE: 10/23/06
REPORT : EXPTYPE-21784           ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006            TIME: 08:50:49
                                          EXPENSE TYPE: E108 Postage

CLIENT ID            CLIENT NAME
  MATTER ID          MATTER DESCRIPTION
    ORIGINATOR ID    ORIGINATOR NAME
                     EXPENSE DETAIL TEXT                              TRANSACTED
CHANGED     RECORDED VALUE          BILLED VALUE
=============================================================================
================================================
 3514 Durkin Contracting, (Continued)
  04 City of Newark Proje (Continued)

| | | |
|---|---|---|
| CM-EXE/15248/34 | | 05/03/2006 |
| 2.22 | 2.22 | |
| CM-EXE/15307/23 | | 05/24/2006 |
| 1.11 | 1.11 | |
| CM-EXE/15322/4 | | 05/26/2006 |
| 1.56 | 1.56 | |
| CM-EXE/15322/25 | | 05/30/2006 |
| 1.56 | 1.56 | |
| CM-EXE/15322/48 | | 05/30/2006 |
| 1.17 | 1.17 | |
| CM-EXE/15331/19 | | 05/31/2006 |
| 2.34 | 2.34 | |

Page 33

A-698

durkin.rpt

| | | |
|---|---|---|
| CM-EXE/15349/13 | | 06/01/2006 |
| 4.20 | 4.20 | |
| CM-EXE/15349/25 | | 06/01/2006 |
| 1.11 | 1.11 | |
| CM-EXE/15357/5 | | 06/07/2006 |
| 6.15 | 6.15 | |
| CM-EXE/15381/35 | | 06/14/2006 |
| 4.05 | 4.05 | |
| CM-EXE/15470/5 | | 07/10/2006 |
| 3.03 | 3.03 | |
| CM-EXE/15540/2 | | 07/21/2006 |
| 4.20 | 4.20 | |
| CM-EXE/15539/25 | | 07/25/2006 |
| .39 | .39 | |
| CM-EXE/15626/11 | | 08/25/2006 |
| 1.11 | 1.11 | |
| CM-EXE/15654/15 | | 09/06/2006 |
| .39 | .39 | |
| CM-EXE/15706/19 | | 09/20/2006 |
| .63 | .63 | |
| CM-EXE/15714/2 | | 09/21/2006 |
| 1.56 | 1.56 | |
| CM-EXE/15726/26 | | 09/25/2006 |
| 1.17 | 1.17 | |
| CM-EXE/15772/35 | | 10/12/2006 |
| .39 | .39 | |
| CM-EXE/15779/11 | | 10/13/2006 |
| .39 | .39 | |

10/12/2006

```
              -----------------    -----------------
     TOTAL FOR ORIGINATOR
                   369.76               369.76

              -----------------    -----------------
    TOTAL FOR MATTER 04 City of Newark Proje
                   369.76               369.76

              -----------------    -----------------
    TOTAL FOR CLIENT 3514 Durkin Contracting,
                   369.76               369.76
```

PROGRAM: GENIRG-2171368                          Powell Trachtman Logan Carrle & Lombardo,
P.C.                                  PAGE: 27
SESSION: RP-IRG/1057/1                                          EXPENSE TYPE REPORT
                                      DATE: 10/23/06
REPORT : EXPTYPE-21784        ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006        TIME: 08:50:49
                                                       EXPENSE TYPE: E108 Postage
                                   Page 34

A-699

durkin.rpt

```
CLIENT ID          CLIENT NAME
  MATTER ID        MATTER DESCRIPTION
    ORIGINATOR ID  ORIGINATOR NAME
                   EXPENSE DETAIL TEXT                              TRANSACTED
CHANGED    RECORDED VALUE       BILLED VALUE
========================================================================
==================================================
```

```
          ----------------   ----------------
TOTAL FOR EXPENSE TYPE E108 Postage
                369.76                369.76

          ================   ================
```
⬚

```
PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrle & Lombardo,
P.C.                           PAGE: 28
SESSION: RP-IRG/1057/1                              EXPENSE TYPE REPORT
                           DATE: 10/23/06
REPORT : EXPTYPE-21784         ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006          TIME: 08:50:49
                                              EXPENSE TYPE: E109 Travel
```

```
CLIENT ID          CLIENT NAME
  MATTER ID        MATTER DESCRIPTION
    ORIGINATOR ID  ORIGINATOR NAME
                   EXPENSE DETAIL TEXT                              TRANSACTED
CHANGED    RECORDED VALUE       BILLED VALUE
========================================================================
==================================================
   3514             Durkin Contracting,
   04               City of Newark Proje

                    CM-EXE/15563/100                            08/04/2006
                29.00                 29.00

                    CM-EXE/15563/104                            08/04/2006
                12.00                 12.00

                    CM-EXE/15732/125                            09/29/2006
                 4.00                  4.00

                    CM-EXE/15732/126                            09/29/2006
                 8.00                  8.00

          ----------------   ----------------
   TOTAL FOR ORIGINATOR
                53.00                 53.00
   002              PA Logan
                    CM-EXE/11510/22                             09/03/2003
                66.96                   .00

                    CM-EXE/11616/8                              09/26/2003
                67.68                   .00

                    CM-EXE/11880/20                             12/09/2003
                24.48                 24.48

                    CM-EXE/12066/21                             02/07/2004
               129.75                   .00

                    CM-EXE/12122/10                             02/14/2004
```

Page 35

A-700