|  | durkin.rpt |  |  |
|---|---|---|---|
| 70.50 | .00 | | |
| CM-EXE/12481/16 | | | 05/08/2004 |
| 41.63 | 41.63 | | |
| CM-EXE/12649/17 | | | 06/19/2004 |
| 48.38 | .00 | | |
| CM-EXE/12649/22 | | | 06/24/2004 |
| 55.50 | .00 | | |
| CM-EXE/12703/26 | | | 07/12/2004 |
| 16.88 | 16.88 | | |
| CM-EXE/12703/31 | | | 07/15/2004 |
| 51.00 | 51.00 | | |
| CM-EXE/12750/42 | | | 07/17/2004 |
| 20.25 | 20.25 | | |
| CM-EXE/12809/25 | | | 07/31/2004 |
| 21.75 | 21.75 | | |
| CM-EXE/12809/27 | | | 08/03/2004 |
| 33.00 | 33.00 | | |
| CM-EXE/12809/32 | | | 08/10/2004 |
| 20.25 | 20.25 | | |
| CM-EXE/12928/22 | | | 08/29/2004 |
| 20.63 | 20.63 | | |
| CM-EXE/13125/37 | | | 10/08/2004 |
| 96.88 | 96.88 | | |
| CM-EXE/13125/38 | | | 10/09/2004 |
| 95.88 | 95.88 | | |
| CM-EXE/13198/25 | | | 11/01/2004 |
| 70.50 | .00 | | |

```
PROGRAM: GENIRG-2171368                          Powell Trachtman Logan Carrle & Lombardo,
P.C.                            PAGE: 29                                  P.C.
SESSION: RP-IRG/1057/1                                    EXPENSE TYPE REPORT
                                DATE: 10/23/06
REPORT : EXPTYPE-21784          ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006         TIME: 08:50:49
                                                          EXPENSE TYPE: E109 Travel

CLIENT ID         CLIENT NAME
  MATTER ID       MATTER DESCRIPTION
    ORIGINATOR ID ORIGINATOR NAME
                  EXPENSE DETAIL TEXT                                   TRANSACTED
CHANGED    RECORDED VALUE    BILLED VALUE
======================================================================================
 3514 Durkin Contracting, (Continued)
  04 City of Newark Proje (Continued)
   002 PA Logan (Continued)
                  CM-EXE/13259/34                                       11/06/2004
                    36.00             .00
```

durkin.rpt

| ID | Value 1 | Value 2 | Date |
|---|---|---|---|
| CM-EXE/14737/12 | 58.69 | 58.69 | 11/22/2004 |
| CM-EXE/13312/15 | 42.75 | .00 | 11/27/2004 |
| CM-EXE/13312/16 | 66.00 | .00 | 11/29/2004 |
| CM-EXE/13312/18 | 74.25 | .00 | 11/30/2004 |
| CM-EXE/13367/32 | 76.25 | 76.25 | 12/01/2004 |
| CM-EXE/14054/8 | 35.64 | 35.64 | 05/26/2005 |
| CM-EXE/14159/39 | 58.32 | 58.32 | 06/16/2005 |
| CM-EXE/14317/45 | 76.14 | .00 | 08/02/2005 |
| CM-EXE/14368/14 | 35.64 | .00 | 08/17/2005 |
| CM-EXE/14421/34 | 54.69 | 54.69 | 09/08/2005 |
| CM-EXE/14634/16 | 60.63 | 60.63 | 10/27/2005 |
| CM-EXE/14947/8 | 43.61 | 43.61 | 02/05/2006 |
| CM-EXE/14947/9 | 55.05 | 55.05 | 02/06/2006 |
| CM-EXE/14947/13 | 43.17 | 43.17 | 02/08/2006 |
| CM-EXE/15004/14 | 29.82 | 29.82 | 02/09/2006 |
| CM-EXE/15004/15 | 39.48 | 39.48 | 02/10/2006 |
| CM-EXE/15093/31 | 62.06 | 62.06 | 03/22/2006 |
| CM-EXE/15151/24 | 44.06 | 44.06 | 03/26/2006 |
| CM-EXE/15151/25 | 62.06 | 62.06 | 03/28/2006 |
| CM-EXE/15151/27 | 63.06 | 63.06 | 03/29/2006 |
| CM-EXE/15151/28 | 63.06 | 63.06 | 03/30/2006 |

Page 37

A-702

```
                              durkin.rpt
          CM-EXE/15151/29                                        03/31/2006
             44.06                  44.06
```

| | | |
|---|---|---|
| PROGRAM: GENIRG-2171368 | | Powell Trachtman Logan Carrle & Lombardo, P.C. |
| SESSION: RP-IRG/1057/1 | PAGE: 30 | EXPENSE TYPE REPORT |
| | DATE: 10/23/06 | |
| REPORT : EXPTYPE-21784 | ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 10/23/2006 | TIME: 08:50:49 |
| | | EXPENSE TYPE: E109 Travel |

```
CLIENT ID           CLIENT NAME
  MATTER ID         MATTER DESCRIPTION
    ORIGINATOR ID   ORIGINATOR NAME
                    EXPENSE DETAIL TEXT                             TRANSACTED
CHANGED    RECORDED VALUE       BILLED VALUE
=================================================================================
  3514 Durkin Contracting, (Continued)
    04 City of Newark Proje (Continued)
      002 PA Logan (Continued)
                    CM-EXE/15201/40                                 04/11/2006
                       62.61              62.61

                    CM-EXE/15201/42                                 04/13/2006
                       63.06              63.06

                    CM-EXE/15201/43                                 04/14/2006
                       43.61              43.61

                    CM-EXE/15201/44                                 04/17/2006
                       63.06              63.06

                    CM-EXE/15201/46                                 04/18/2006
                       19.00              19.00

                    CM-EXE/15201/47                                 04/19/2006
                       63.06              63.06

                    CM-EXE/15250/21                                 04/24/2006
                       44.06              44.06

                    CM-EXE/15250/23                                 04/25/2006
                       44.06              44.06

                    CM-EXE/15432/7                                  06/16/2006
                       43.61              43.61

                    CM-EXE/15432/11                                 06/20/2006
                       55.61              55.61

                    CM-EXE/15432/13                                 06/21/2006
                       55.61              55.61

                    CM-EXE/15432/14                                 06/22/2006
                       55.61              55.61

                    CM-EXE/15432/15                                 06/23/2006
                       55.61              55.61

                    CM-EXE/15577/13                                 07/30/2006
                       74.76              74.76
```

```
                            durkin.rpt
          CM-EXE/15577/14                                        07/31/2006
               80.53              80.53

          CM-EXE/15609/19                                        08/11/2006
               25.37              25.37

          CM-EXE/15609/28                                        08/18/2006
               24.48              24.48

          CM-EXE/15609/29                                        08/19/2006
               25.37              25.37

          CM-EXE/15656/17                                        09/01/2006
               71.63              71.63

          CM-EXE/15656/18                                        09/03/2006
               19.14              19.14

          CM-EXE/15656/19                                        09/04/2006
               19.58              19.58

          CM-EXE/15656/20                                        09/05/2006
               46.27              46.27

          CM-EXE/15703/80                                        09/09/2006
               19.58              19.58
```

```
PROGRAM: GENIRG-2171368                        Powell Trachtman Logan Carrle & Lombardo,
P.C.                          PAGE: 31
SESSION: RP-IRG/1057/1                                    EXPENSE TYPE REPORT
                              DATE: 10/23/06
REPORT : EXPTYPE-21784        ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006         TIME: 08:50:49
                                                    EXPENSE TYPE: E109 Travel

CLIENT ID          CLIENT NAME
  MATTER ID        MATTER DESCRIPTION
    ORIGINATOR ID  ORIGINATOR NAME
                   EXPENSE DETAIL TEXT                           TRANSACTED
CHANGED   RECORDED VALUE       BILLED VALUE
=================================================================================
=====================================================
 3514 Durkin Contracting, (Continued)
  04 City of Newark Proje (Continued)
    002 PA Logan (Continued)
          CM-EXE/15703/81                                        09/10/2006
               19.58              19.58

          CM-EXE/15703/86                                        09/13/2006
               43.60              43.60

          CM-EXE/15703/88                                        09/16/2006
               19.58              19.58

          CM-EXE/15703/89                                        09/17/2006
               19.58              19.58

          CM-EXE/15748/18                                        09/23/2006
               28.93              28.93

          CM-EXE/15748/19                                        09/24/2006
```

A-704

|  |  |  |  |
|---|---|---|---|
|  | durkin.rpt |  |  |
| 28.93 | 28.93 |  |  |
| CM-EXE/15748/20 |  |  | 09/26/2006 |
| 85.43 | 85.43 |  |  |
| CM-EXE/15748/21 |  |  | 09/27/2006 |
| 85.43 | 85.43 |  |  |
| CM-EXE/15748/22 |  |  | 09/28/2006 |
| 85.43 | 85.43 |  |  |
| CM-EXE/15748/23 |  |  | 09/29/2006 |
| 85.43 | 85.43 |  |  |
| CM-EXE/15748/24 |  |  | 09/30/2006 |
| 24.48 | 24.48 |  |  |
| CM-EXE/15748/25 |  |  | 10/01/2006 |
| 28.93 | 28.93 |  |  |
| CM-EXE/15748/26 |  |  | 10/02/2006 |
| 85.43 | 85.43 |  |  |
| CM-EXE/15748/27 |  |  | 10/03/2006 |
| 85.43 | 85.43 |  |  |
| CM-EXE/15748/28 |  |  | 10/04/2006 |
| 85.43 | 85.43 |  |  |
| CM-EXE/15748/29 |  |  | 10/05/2006 |
| 85.43 | 85.43 |  |  |

```
             ------------------     ------------------
    TOTAL FOR ORIGINATOR 002 PA Logan
            4,148.72               3,308.67

             ------------------     ------------------
    TOTAL FOR MATTER 04 City of Newark Proje
            4,201.72               3,361.67

             ------------------     ------------------
 TOTAL FOR CLIENT 3514 Durkin Contracting,
            4,201.72               3,361.67

             ------------------     ------------------
TOTAL FOR EXPENSE TYPE E109 Travel
            4,201.72               3,361.67

             ==================     ==================
```

PROGRAM: GENIRG-2171368                        Powell Trachtman Logan Carrle & Lombardo,
P.C.                           PAGE: 32
SESSION: RP-IRG/1057/1                                    EXPENSE TYPE REPORT
                               DATE: 10/23/06
REPORT : EXPTYPE-21784         ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006           TIME: 08:50:49
                                                    EXPENSE TYPE: E112 Court fees

CLIENT ID           CLIENT NAME
  MATTER ID         MATTER DESCRIPTION
    ORIGINATOR ID   ORIGINATOR NAME
                    EXPENSE DETAIL TEXT                                    TRANSACTED
                           Page 40

A-705

```
                                    durkin.rpt
CHANGED       RECORDED VALUE      BILLED VALUE
=====================================================================================
=================================================
  3514                   Durkin Contracting,
    04                   City of Newark Proje
      002                PA Logan
                         District Court Clerk CM-EXE/11948/2              01/14/2004
                            150.00              150.00

                         Montgomery County Sheriff CM-EXE/14915/1         01/31/2006
                             43.00               43.00

                         Montgomery County Prothonotary CM-EXE/14915/2    01/31/2006
                            219.50              219.50

                         ------------------  ------------------
    TOTAL FOR ORIGINATOR 002 PA Logan
                            412.50              412.50
      030                DT Bolger
                         City of Newark CM-EXE/15247/2                    05/03/2006
                              5.00                5.00

                         ------------------  ------------------
    TOTAL FOR ORIGINATOR 030 DT Bolger
                              5.00                5.00

                         ------------------  ------------------
   TOTAL FOR MATTER 04 City of Newark Proje
                            417.50              417.50

                         ------------------  ------------------
   TOTAL FOR CLIENT 3514 Durkin Contracting,
                            417.50              417.50

                         ------------------  ------------------
 TOTAL FOR EXPENSE TYPE E112 Court fees
                            417.50              417.50

                         ================  ================
 □

PROGRAM: GENIRG-2171368                          Powell Trachtman Logan Carrle & Lombardo,
P.C.                              PAGE: 33
SESSION: RP-IRG/1057/1                                        EXPENSE TYPE REPORT
                                  DATE: 10/23/06
REPORT : EXPTYPE-21784            ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006              TIME: 08:50:49
                                                         EXPENSE TYPE: E113 Subpoena Fees

CLIENT ID            CLIENT NAME
  MATTER ID          MATTER DESCRIPTION
    ORIGINATOR ID    ORIGINATOR NAME
                     EXPENSE DETAIL TEXT                                  TRANSACTED
CHANGED       RECORDED VALUE      BILLED VALUE
=====================================================================================
=================================================
  3514                   Durkin Contracting,
    04                   City of Newark Proje
      002                PA Logan
                         Talom & Associates CM-EXE/12456/63               05/14/2004
                             53.00               53.00

                         ------------------  ------------------
```

Page 41

```
                                        durkin.rpt
    TOTAL FOR ORIGINATOR 002 PA Logan
                    53.00                  53.00

              ------------------      ------------------
    TOTAL FOR MATTER 04 City of Newark Proje
                    53.00                  53.00

              ------------------      ------------------
    TOTAL FOR CLIENT 3514 Durkin Contracting,
                    53.00                  53.00

              ------------------      ------------------
TOTAL FOR EXPENSE TYPE E113 Subpoena Fees
                    53.00                  53.00

              ==================      ==================
```

```
PROGRAM: GENIRG-2171368                      Powell Trachtman Logan Carrle & Lombardo,
P.C.                          PAGE: 34
SESSION: RP-IRG/1057/1                                      EXPENSE TYPE REPORT
                              DATE: 10/23/06
REPORT : EXPTYPE-21784        ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006         TIME: 08:50:49
                                                         EXPENSE TYPE: E114 Witness fees

CLIENT ID            CLIENT NAME
  MATTER ID          MATTER DESCRIPTION
    ORIGINATOR ID    ORIGINATOR NAME
                     EXPENSE DETAIL TEXT                                TRANSACTED
CHANGED    RECORDED VALUE      BILLED VALUE
==============================================================================
3514                 Durkin Contracting,
  04                 City of Newark Proje

                     voided check #48153-Craig Calabria, PE           02/01/2006
                       -50.00              -50.00
                     CM-EXE/14923/22

              ------------------      ------------------
    TOTAL FOR ORIGINATOR
                    -50.00                 -50.00
  002                PA Logan
                     Craig Calabria, P.E. CM-EXE/14604/3              10/25/2005
                     50.00                50.00

                     George Lynch CM-EXE/14941/1                      02/07/2006
                     100.00               100.00

              ------------------      ------------------
    TOTAL FOR ORIGINATOR 002 PA Logan
                   150.00                 150.00

              ------------------      ------------------
    TOTAL FOR MATTER 04 City of Newark Proje
                   100.00                 100.00

              ------------------      ------------------
    TOTAL FOR CLIENT 3514 Durkin Contracting,
                   100.00                 100.00

              ------------------      ------------------
                                    Page 42
```

A-707

```
                                        durkin.rpt
TOTAL FOR EXPENSE TYPE E114 Witness fees
            100.00            100.00

            ==================  ==================

PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrle & Lombardo,
P.C.                         PAGE: 35
SESSION: RP-IRG/1057/1                          EXPENSE TYPE REPORT
                             DATE: 10/23/06
REPORT : EXPTYPE-21784       ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006         TIME: 08:50:49
                                          EXPENSE TYPE: E115 Deposition
transcript

CLIENT ID           CLIENT NAME
  MATTER ID         MATTER DESCRIPTION
    ORIGINATOR ID   ORIGINATOR NAME
                    EXPENSE DETAIL TEXT                                   TRANSACTED
CHANGED     RECORDED VALUE      BILLED VALUE
=================================================================================
========================================================
  3514              Durkin Contracting,
    04              City of Newark Proje
      002           PA Logan
                    Corbett & Wilcox CM-EXE/15075/48                      03/17/2006
            667.75             667.75

                    Corbett & Wilcox CM-EXE/15130/89                      03/31/2006
            290.45             290.45

                    Corbett & Wilcox CM-EXE/15231/149                     04/28/2006
            470.65             470.65

                    Corbett & Wilcox CM-EXE/15231/150                     04/28/2006
            621.45             621.45

                    Corbett & Wilcox CM-EXE/15271/57                      05/12/2006
            503.70             503.70

                    Corbett & Wilcox CM-EXE/15271/58                      05/12/2006
            636.70             636.70

                    ERSA Court Reporters CM-EXE/15449/45                  07/07/2006
            524.50             524.50

                    First Services, Ltd. CM-EXE/15519/49                  07/21/2006
            751.15             751.15

                    Corbett & Wilcox CM-EXE/15519/130                     07/21/2006
            578.95             578.95

                    Corbett & Wilcox CM-EXE/15519/131                     07/21/2006
            632.15             632.15

                    First Services, Ltd. CM-EXE/15563/84                  08/04/2006
            676.35             676.35

                    First Services, Ltd. CM-EXE/15563/85                  08/04/2006
            854.40             854.40

                    First Services, Ltd. CM-EXE/15563/86                  08/04/2006
            439.00             439.00
                              Page 43
```

A-708

```
                              durkin.rpt
          First Services, Ltd. CM-EXE/15683/43              09/15/2006
            1,033.70              1,033.70

          First Services, Ltd. CM-EXE/15732/29              09/29/2006
            1,324.25              1,324.25

          First Services, Ltd. CM-EXE/15732/30              09/29/2006
            1,111.80              1,111.80

          First Services, Ltd. CM-EXE/15768/61              10/13/2006
              862.35                862.35
          -----------------    -----------------
    TOTAL FOR ORIGINATOR 002 PA Logan
           11,979.30             11,979.30
030        DT Bolger
          Liebmann-Gebhard, Inc. CM-EXE/14349/101           08/19/2005
              600.00                600.00

          Corbett & Wilcox CM-EXE/15231/151                 04/28/2006
              173.70                173.70

          ERSA Court Reporters CM-EXE/15449/46              07/07/2006
              194.80                194.80

          First Services, Ltd. CM-EXE/15519/50              07/21/2006
              161.55                161.55

          First Services, Ltd. CM-EXE/15596/40              08/18/2006
              532.50                532.50
```

```
PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrle & Lombardo,
P.C.                           PAGE: 36
SESSION: RP-IRG/1057/1                                    EXPENSE TYPE REPORT
                               DATE: 10/23/06
REPORT : EXPTYPE-21784         ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006           TIME: 08:50:49
                                             EXPENSE TYPE: E115 Deposition
transcript

CLIENT ID           CLIENT NAME
  MATTER ID         MATTER DESCRIPTION
    ORIGINATOR ID   ORIGINATOR NAME
                    EXPENSE DETAIL TEXT                                 TRANSACTED
CHANGED    RECORDED VALUE       BILLED VALUE
==============================================================================
==================================================
 3514 Durkin Contracting, (Continued)
   04 City of Newark Proje (Continued)
    030 DT Bolger (Continued)

          -----------------    -----------------
    TOTAL FOR ORIGINATOR 030 DT Bolger
            1,662.55              1,662.55

          -----------------    -----------------
  TOTAL FOR MATTER 04 City of Newark Proje
           13,641.85             13,641.85

          -----------------    -----------------
  TOTAL FOR CLIENT 3514 Durkin Contracting,
                                 Page 44
```

A-709

```
                                    durkin.rpt
           13,641.85            13,641.85
           ------------------  ------------------
TOTAL FOR EXPENSE TYPE E115 Deposition transcript
           13,641.85            13,641.85
           ==================  ==================
```

PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrle & Lombardo,
P.C.                          PAGE: 37
SESSION: RP-IRG/1057/1                               EXPENSE TYPE REPORT
                              DATE: 10/23/06
REPORT : EXPTYPE-21784        ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006              TIME: 08:50:49
                                                 EXPENSE TYPE: E116 Trial Transcripts

```
CLIENT ID         CLIENT NAME
  MATTER ID        MATTER DESCRIPTION
   ORIGINATOR ID    ORIGINATOR NAME
                    EXPENSE DETAIL TEXT                                TRANSACTED
CHANGED    RECORDED VALUE       BILLED VALUE
========================================================================================
====================================================
  3514            Durkin Contracting,
    04            City of Newark Proje
     002          PA Logan
                  Brian Jaffigan, Official Court Reporter              10/01/2004
           72.50               72.50
                  CM-EXE/13058/38

           ------------------  ------------------
    TOTAL FOR ORIGINATOR 002 PA Logan
           72.50               72.50
     030          DT Bolger
                  Kevin J. Maurer CM-EXE/15642/39                      09/01/2006
           55.00               55.00

           ------------------  ------------------
    TOTAL FOR ORIGINATOR 030 DT Bolger
           55.00               55.00

           ------------------  ------------------
  TOTAL FOR MATTER 04 City of Newark Proje
           127.50              127.50

           ------------------  ------------------
TOTAL FOR CLIENT 3514 Durkin Contracting,
           127.50              127.50

           ------------------  ------------------
TOTAL FOR EXPENSE TYPE E116 Trial Transcripts
           127.50              127.50

           ==================  ==================
```

PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrle & Lombardo,
P.C.                          PAGE: 38
SESSION: RP-IRG/1057/1                               EXPENSE TYPE REPORT
                              DATE: 10/23/06
REPORT : EXPTYPE-21784        ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006              TIME: 08:50:49
                                  Page 45

```
                                      durkin.rpt
                                                  EXPENSE TYPE: E117 Trial Exhibits

CLIENT ID           CLIENT NAME
  MATTER ID         MATTER DESCRIPTION
    ORIGINATOR ID   ORIGINATOR NAME
                    EXPENSE DETAIL TEXT                               TRANSACTED
CHANGED    RECORDED VALUE      BILLED VALUE
===============================================================================
=================================================
  3514              Durkin Contracting,
    04              City of Newark Proje

                    CM-EXE/15768/4                                    10/13/2006
                       476.62             476.62

                    CM-EXE/15768/5                                    10/13/2006
                       589.57             589.57
                    ----------------    ----------------
       TOTAL FOR ORIGINATOR
                     1,066.19           1,066.19

                    ----------------    ----------------
       TOTAL FOR MATTER 04 City of Newark Proje
                     1,066.19           1,066.19

                    ----------------    ----------------
       TOTAL FOR CLIENT 3514 Durkin Contracting,
                     1,066.19           1,066.19

                    ----------------    ----------------
TOTAL FOR EXPENSE TYPE E117 Trial Exhibits
                     1,066.19           1,066.19

                    ================    ================
☐

PROGRAM: GENIRG-2171368                  Powell Trachtman Logan Carrle & Lombardo,
P.C.                          PAGE: 39                                       
SESSION: RP-IRG/1057/1                          EXPENSE TYPE REPORT
                              DATE: 10/23/06
REPORT : EXPTYPE-21784        ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006           TIME: 08:50:49
                                                  EXPENSE TYPE: E119 Experts

CLIENT ID           CLIENT NAME
  MATTER ID         MATTER DESCRIPTION
    ORIGINATOR ID   ORIGINATOR NAME
                    EXPENSE DETAIL TEXT                               TRANSACTED
CHANGED    RECORDED VALUE      BILLED VALUE
===============================================================================
=================================================
  3514              Durkin Contracting,
    04              City of Newark Proje
      002           PA Logan
                    GeoSystems Consultants, Inc. CM-EXE/15776/1       10/16/2006
                     2,510.00           2,510.00

                    ----------------    ----------------
       TOTAL FOR ORIGINATOR 002 PA Logan
                     2,510.00           2,510.00

                    ----------------    ----------------
```

Page 46

A-711

```
                                    durkin.rpt
   TOTAL FOR MATTER 04 City of Newark Proje
                   2,510.00            2,510.00

              ------------------   ------------------
   TOTAL FOR CLIENT 3514 Durkin Contracting,
                   2,510.00            2,510.00

              ------------------   ------------------
TOTAL FOR EXPENSE TYPE E119 Experts
                   2,510.00            2,510.00

              ==================   ==================
□

PROGRAM: GENIRG-2171368                     Powell Trachtman Logan Carrle & Lombardo,
P.C.                              PAGE: 40
SESSION: RP-IRG/1057/1                                  EXPENSE TYPE REPORT
                                  DATE: 10/23/06
REPORT : EXPTYPE-21784            ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006              TIME: 08:50:49
                                                         EXPENSE TYPE: E121
Arbitrators/Mediators

CLIENT ID            CLIENT NAME
  MATTER ID          MATTER DESCRIPTION
    ORIGINATOR ID    ORIGINATOR NAME
                     EXPENSE DETAIL TEXT                              TRANSACTED
CHANGED    RECORDED VALUE       BILLED VALUE
====================================================================================
====================================================
   3514              Durkin Contracting,
     04              City of Newark Proje
       030           DT Bolger
                     Venzie Phillips & Warshawer CM-EXE/13274/4       11/22/2004
           3,075.00            3,075.00

              ------------------   ------------------
       TOTAL FOR ORIGINATOR 030 DT Bolger
                   3,075.00            3,075.00

              ------------------   ------------------
    TOTAL FOR MATTER 04 City of Newark Proje
                   3,075.00            3,075.00

              ------------------   ------------------
   TOTAL FOR CLIENT 3514 Durkin Contracting,
                   3,075.00            3,075.00

              ------------------   ------------------
TOTAL FOR EXPENSE TYPE E121 Arbitrators/Mediators
                   3,075.00            3,075.00

              ==================   ==================
□

PROGRAM: GENIRG-2171368                     Powell Trachtman Logan Carrle & Lombardo,
P.C.                              PAGE: 41
SESSION: RP-IRG/1057/1                                  EXPENSE TYPE REPORT
                                  DATE: 10/23/06
REPORT : EXPTYPE-21784            ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006              TIME: 08:50:49
                                                      EXPENSE TYPE: E124 Other
```

```
                                       durkin.rpt
CLIENT ID         CLIENT NAME
  MATTER ID        MATTER DESCRIPTION
   ORIGINATOR ID   ORIGINATOR NAME
                   EXPENSE DETAIL TEXT                          TRANSACTED
CHANGED    RECORDED VALUE      BILLED VALUE
=================================================================================
=====================================================
   3514           Durkin Contracting,
     04           City of Newark Proje

                  CM-EXE/9765/4                                 07/26/2002
08/07/2002        30.68              30.68

                  Notary (1) CM-EXE/12624/1                     06/25/2004
                   2.00               2.00

                  Notary (3) CM-EXE/12865/1                     08/11/2004
                   6.00               6.00

                  Notary (2) CM-EXE/14263/2                     07/25/2005
                   4.00               4.00

                  CM-EXE/15449/57                               07/07/2006
                  15.89               15.89
                  -----------------   -----------------
     TOTAL FOR ORIGINATOR
                  58.57               58.57

                  -----------------   -----------------
     TOTAL FOR MATTER 04 City of Newark Proje
                  58.57               58.57

                  -----------------   -----------------
     TOTAL FOR CLIENT 3514 Durkin Contracting,
                  58.57               58.57

                  -----------------   -----------------
     TOTAL FOR EXPENSE TYPE E124 Other
                  58.57               58.57

                  =================   =================


PROGRAM: GENIRG-2171368                 Powell Trachtman Logan Carrle & Lombardo,
P.C.                          PAGE: 42
SESSION: RP-IRG/1057/1                           EXPENSE TYPE REPORT
                              DATE: 10/23/06
REPORT : EXPTYPE-21784        ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM:
01/01/1980 TO: 10/23/2006         TIME: 08:50:49
                                                    ** Grand Totals **

CLIENT ID         CLIENT NAME
  MATTER ID        MATTER DESCRIPTION
   ORIGINATOR ID   ORIGINATOR NAME
                   EXPENSE DETAIL TEXT                          TRANSACTED
CHANGED    RECORDED VALUE      BILLED VALUE
=================================================================================
=====================================================

GRAND TOTALS
                  52,943.41            52,103.36
```

Page 48

```
                                  durkin.rpt
        ================    ==================
** Report Arguments **

Start      End         Date         Date        Report      Expense      Client     Matter
   Originator Report
Date       Date        Mode         Basis       Option      Type ID      ID         ID
   ID         Level
----------  ----------  ----------  ----------  ----------  ----------  ----------
----------  ----------  ----------
01/01/1980 10/23/2006 O            T           BU                       3514       04
           1
** Report Times **

  Started: 08:50:49, Ended: 08:50:50, Elapsed: 00:00:01, Total Rows: 646.
```

Page 49

A-714