IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., ) ) ) Plaintiff ) ) v. ) ) CITY OF NEWARK, et al., ) ) Defendants ) ) and ) ) CITY OF NEWARK, et al., ) ) Third-Party Plaintiff ) ) v. ) ) DONALD M. DURKIN CONTRACTING, ) INC., AND FEDERAL INSURANCE ) COMPANY, ) ) Third-Party Defendants ) ) | C.A. No. 04-163 GMS |

### ORDER

WHEREAS, at the conclusion of trial on October 5, 2006, the court directed the parties to submit a proposed post-trial briefing schedule for the court's approval;

WHEREAS, on October 18, 2006, counsel for Defendant City of Newark (the "City") filed a letter (D.I. 301) with a proposed briefing schedule and specific requests regarding the trial transcript;

WHEREAS, on October 19, 2006, the court issued an oral order DENYING counsel's letter request for the court to indicate the availability of the trial transcript by a minute entry on

the docket and directing the parties to "**file a proposed stipulated briefing schedule** (regarding post-verdict motions) with the Court" *for the court's approval, upon receipt of the full trial transcript*;

WHEREAS, on October 24, 2006, the City filed multiple post-trial motions and briefs (D.I. 302 - 304), followed by the filing of multiple motions and briefs by Plaintiff Durkin M. Contracting, Inc., on October 25, 2006 (D.I. 305 - 309), all in the absence of a briefing schedule approved by the court.

IT IS HEREBY ORDERED that:

1. The court shall strike from the record the parties' post-verdict motions and briefs (D.I. 302 - 309) filed on October 24-25, 2006.

2. The parties shall submit a proposed post-verdict briefing schedule for the court's approval, in compliance with the court's oral order of October 19, 2006.

Dated: October 3̲0̲, 2006           UNITED STATES DISTRICT JUDGE



FILED

OCT 3 1 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE