# Logan & Associates, LLC
ATTORNEYS AT LAW

One Customs House, Suite 100  
704 N. King Street, P.O. Box 89  
Wilmington, Delaware 19899

302-655-8000  
Fax 302-655-8005  
vpetrone@loganllc.com

November 9, 2006

Clerk of the Court  
United States District Court  
District of Delaware  
J. Caleb Boggs Federal Courthouse  
844 N. King Street, Room 4209  
Wilmington, DE 19801

Re: **Donald M. Durkin Contracting, Inc. v. City of Newark, et al.**  
**Civ. A. No. 04-0163 GMS**

Dear Clerk:

I am writing to advise the Court that as of November 1, 2006 I became associated with the firm Logan & Associates, LLC. I ask that my contact information be updated accordingly as set forth on this letterhead.

I am available at the call of the Court should additional information be desired.

Respectfully,

LOGAN & ASSOCIATES, LLC

By: /s/ Victoria K. Petrone  
Victoria K. Petrone, Esquire (DE Id. 4210)

cc: Paul Cottrell, Esquire  
Paul Logan, Esquire  
Patrick R. Kingsley, Esquire  
James S. Green, Esquire