IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Donald M. Durkin Contracting, Inc.** | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 04-0163 GMS |
| vs. | : | |
| | : | |
| **City of Newark, et al.** | : | |
| Defendants. | : | |
| | : | |
| **City of Newark, et al.** | : | |
| Third Party Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| **URS Corporation** | : | |
| Third Party Defendant. | : | |

_____

## NOTICE OF APPEAL

Notice is hereby given that Defendants, City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa, appeal to the United States Court of Appeals for the Third Circuit from the Order entering Judgment in favor of Plaintiff Donald M. Durkin Contracting, Inc. and against City of Newark and from the Judgment in favor of Third-Party Defendant URS Corporation and against the Third Party City of Newark, dated October 11, 2006 and entered on the docket on October 11, 2006.

Counsel for Appellants:

    TCG2727
_____

| | | |
|---|---|---|
| Thomas C. Gallagher, Esq. (Pro Hac Vice) | Paul Cottrell, Esquire | Victoria K. Petrone, Esquire |
| Deasey, Mahoney & Bender, Ltd. | Tighe, Cottrell & Logan, P.A. | Logan & Associates, LLC |
| JFK Blvd., Suite 1300 | 704 N. King Street, Suite 500 | 704 N. King Street, Suite 100 |
| Philadelphia, PA 19103 | P.O. Box 1031 | P.O. Box 89 |
| 215-587-9400 | Wilmington, DE 19899 | Wilmington, DE 19899 |
| | 302-658-6400 | 302-655-8000 |

Counsel for the Appellees:

Paul Logan, Esquire
Powell, Trachtman, Logan,
 Carrle & Lombardo, P.C.
475 Allendale Road
King of Prussia, PA 19406
Counsel for Donald M. Durkin
 Contracting Co.

James Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue
Suite 500
P.O. Box 68
Wilmington, DE 19899
Counsel for URS Corporation

Patrick R. Kingsley, Esquire
Stradley Ronan Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
Counsel for Federal Insurance Company

Date: November 9, 2006