IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Donald M. Durkin Contracting, Inc.** | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 04-0163 GMS |
| vs. | : | |
| | : | |
| **City of Newark, et al.** | : | |
| Defendants. | : | |
| | : | |
| **City of Newark, et al.** | : | |
| Third Party Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| **URS Corporation** | : | |
| Third Party Defendant. | : | |

_____

### NOTICE OF APPEAL

Notice is hereby given that Defendants, City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christina Rewa, appeal to the United States Court of Appeals for the Third Circuit from the Order Striking Defendants' Post-Judgment Motion for New Trial, Motion for Judgment Notwithstanding the Verdict and Motion to Stay the Execution of the Judgment Pending Decision on the Post-Judgment Motions (D.I. 310) dated October 31, 2006 and entered on the docket on October 31, 2006.

Counsel for Appellants:

_____TCG2727_____

| | | |
|---|---|---|
| Thomas C. Gallagher, Esq. (Pro Hac Vice) | Paul Cottrell, Esquire | Victoria K. Petrone, Esquire |
| Deasey, Mahoney & Bender, Ltd. | Tighe, Cottrell & Logan, P.A. | Logan & Associates, LLC |
| JFK Blvd., Suite 1300 | 704 N. King Street, Suite 500 | 704 N. King Street, Suite 100 |
| Philadelphia, PA 19103 | P.O. Box 1031 | P.O. Box 89 |
| 215-587-9400 | Wilmington, DE 19899 | Wilmington, DE 19899 |
| | 302-658-6400 | 302-655-8000 |

Counsel for the Appellees:

| | |
|---|---|
| Paul Logan, Esquire<br>Powell, Trachtman, Logan,<br>  Carrle & Lombardo, P.C.<br>475 Allendale Road<br>King of Prussia, PA 19406<br>Counsel for Donald M. Durkin<br>  Contracting Co. | James Green, Esquire<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue<br>Suite 500<br>P.O. Box 68<br>Wilmington, DE 19899<br>Counsel for URS Corporation |

Patrick R. Kingsley, Esquire
Stradley Ronan Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
Counsel for Federal Insurance Company


Date: November 9, 2006