## CERTIFICATE OF SERVICE

I, Thomas C. Gallagher, Esquire, hereby certify that on this 9th day of November, 2006, a true and correct copy of the foregoing Notice of Appeal from the Order Striking Defendants' Post-Judgment Motions was served upon counsel for Donald M. Durkin Contracting Co., URS Corporation and Federal Insurance Company via U.S. Mail and via electronic filing:

Paul Logan, Esquire
Powell, Trachtman, Logan,
   Carrle & Lombardo, P.C.
475 Allendale Road
King of Prussia, PA 19406
Counsel for Donald M. Durkin
   Contracting Co.

James Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue
Suite 500
P.O. Box 68
Wilmington, DE 19899
Counsel for URS Corporation

Patrick R. Kingsley, Esquire
Stradley Ronan Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
Counsel for Federal Insurance Company

By:    TCG2727
Thomas C. Gallagher, Esquire
Counsel for Defendants City of Newark,
Harold F. Godwin, John H. Farrell, IV,
Jerry Clifton, Karl G. Kalbacher, David J, Athey,
Frank J. Osborne, Jr. and Christina Rewa