## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DONALD M. DURKIN CONTRACTING, INC.   ) Civil Action No.: 04-0163 GMS
                                          )

        Plaintiff,              )

     vs.                )

                           )

CITY OF NEWARK, HAROLD F. GODWIN,   ) JURY TRIAL DEMANDED
JOHN H. FARRELL, IV, JERRY CLIFTON,   )
KARL G. KALBACHER, DAVID J. ATHEY,   )
FRANK J. OSBORNE, JR., CHRISTINA REWA   )
AND URS CORPORATION              )

                           )

        Defendants,           )

                           )

     vs.                )

                           )

FEDERAL INSURANCE COMPANY        )

                           )

        Third Party Defendant.    )

## AFFIDAVIT OF CAROL S. HOUCK

STATE OF DELAWARE        :
                          :    ss
COUNTY OF NEW CASTLE    :

    Carol S. Houck, being duly sworn, does depose and say:

1.    I speak from personal knowledge and am competent to make this Affidavit.

2.    I am employed by the City of Newark ("Newark") as Assistant to the City Manager. I have held this position for nine years.

3.    I spoke to Nadine Eissler of St. Paul Travelers who advised that they could provide Newark with a $5 million bond.

4.    Newark cannot obtain a supersedeas bond for $37 million because it does not have sufficient collateral and the annual premium would cause undue hardship for Newark

5.     I spoke with Jane Cole, Client Manager, and Chris Mulvaney, Vice President, from broker Willis Insurance Company who advised me that they could obtain a bond for $37 million for Newark but that the premium would be approximately $700,000 annually and the bond would need to be fully collateralized because of the size of the judgment and because Newark's tax revenue would not cover the judgment. Ms. Cole and Mr. Mulvaney also advised that the bond would require liquid collateral in the form of cash or irrevocable line of credit.

6.     I spoke to Randy Taylor of Delaware National Bank, which is Newark's bank, regarding obtaining an irrevocable line of credit. Mr. Taylor advised me that it would take 10 days to prepare and that, subject to review, Newark could potentially only take an irrevocable line of credit up to $15 million. The irrevocable line of credit would require that Newark pledge the entire amount of its reserve investments.

7.     Newark's outside bond counsel, Timothy A. Frey, Esquire, has advised me that Newark's City Charter provides no express authority to assume indebtedness through an irrevocable line of credit to commit to reimburse amounts drawn thereunder.

8.     The annual cost alone for a supersedeas bond, which is non-refundable, would cause severe financial hardship on Newark. Newark will be forced to take the money from its self insurance fund, and as a consequence, this fund will be cut in half thereby eliminating coverage for personal injury and property claims not covered by its liability insurance as well as all workers compensation claims. Newark will be forced to repay the self insurance fund by utilizing funds for capital improvements, which, for 2007, includes street repair and resurfacing, construction of new electrical lines and services to meet increased demand, and water quality improvement efforts associated with expanded EPA guidelines.

9.      If execution upon the judgment is permitted by the Court and Durkin attaches City funds,

Newark's payroll will be implicated which would cause immediate and potentially devastating

harm to 30,000 City residents including 19,000 University of Delaware students because City

services will cease.  The City payroll covers police services, trash pickup, operation of the water

and sewer utilities, street maintenance, maintenance of the City fleet, building and fire

inspections, City Aldermans' Court, bill collections, parks and recreation which includes facility

maintenance efforts, tree removal, before- and after-school programs, City preschool and other

soft services.

Carol S. Houck

SWORN TO AND SUBSCRIBED before me this _____ day of November, 2006

_____
Notary Public

JOAN C. BARRETT
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXPIRES 2-25-07