# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. ) | Civil Action No.: 04-0163 GMS |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| CITY OF NEWARK, HAROLD F. GODWIN, ) | JURY TRIAL DEMANDED |
| JOHN H. FARRELL, IV, JERRY CLIFTON, ) | |
| KARL G. KALBACHER, DAVID J. ATHEY, ) | |
| FRANK J. OSBORNE, JR., CHRISTINA REWA ) | |
| AND URS CORPORATION ) | |
| ) | |
| Defendants, ) | |
| ) | |
| vs. ) | |
| ) | |
| FEDERAL INSURANCE COMPANY ) | |
| ) | |
| Third Party Defendant. ) | |

## AFFIDAVIT OF WILMA T. GARRIZ, CPA

STATE OF DELAWARE        :
                         : ss
COUNTY OF NEW CASTLE     :

Wilma T. Garriz, CPA, being duly sworn, does depose and say:

1. I speak from personal knowledge and am competent to make this Affidavit.

2. I am employed by the City of Newark ("Newark") as the Acting Finance Director effective November 8, 2006. From January 2005 to November 7, 2006 I held the position of Assistant Finance Director and was responsible for Newark financial reporting. I am a certified public accountant.

3. Based on the last nine months of operations, Newark's average monthly cash disbursements were $6.3 million which included approximately $1.2 million in payroll

costs. Newark's average monthly cash revenue was $6 million. The monthly deficit averaged $300,000 and was paid from Newark's prior year cash reserve investments, the balance of which was $17.5 million at the end of September 30, 2006.

4. If cash investments are attached through execution on a judgment or taken to secure a bond, there are no funds remaining to adequately fund the City operations and City services will cease.

5. Newark does not have sufficient liquid collateral to secure a supersedeas bond for $37 million.

_____
Wilma T. Garriz, CPA

SWORN TO AND SUBSCRIBED before me this 9th day of November, 2006.

_____
Notary Public

JOAN C. BARRETT
NOTARY PUBLIC
STATE OF DELAWARE
MY COMMISSION EXPIRES 2-25-07