IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) Civil Action No.: 04-0163 GMS |
| Plaintiff, | ) |
| vs. | ) JURY TRIAL DEMANDED |
| CITY OF NEWARK et al. | ) |

### CITY OF NEWARK'S RENEWED MOTION TO
### STAY EXECUTION OF THE JUDGMENT

COMES NOW, Defendant City of Newark, and moves this Honorable Court for an order staying execution of the judgment against Newark which is filed contemporaneously with its Motion for Relief from Supersedeas Bond and in support thereof offers the following, to wit:

1.  Newark filed its F.R.C.P. 50(b) and Rule 59 motions (D.I. 303 and 304) within ten days of the entry of judgment as dictated by those Rules. Newark did not file opening briefs in support of the Motions pursuant to the Court's direction to do so in accordance with a briefing schedule to be approved by the Court after the trial transcript became available.

2.  Newark also filed a Motion to Stay Execution of the Judgment (D.I. 302)

3.  On October 31, 2006 the Court entered an Order striking Newark's three motions (as well as motions and opening briefs filed by Durkin) (D.I. 310). As a result, the docket currently reflects no pending motions, therefore, it has become necessary for Newark to file its appeal within the 30 day post-judgment deadline.

4.  Newark will file notices of appeal of the judgment and the Court's Order striking its Rule 50(b) and Rule 59 motions. Newark requests that judgment be stayed during the pendency of the appeal.

5.  10 Del. C. §568(c) provides that execution may be stayed and F.R.C.P. 62(f)

provides that a stay provided by state law is applicable.

6.     If execution upon the judgment is permitted by the Court and Durkin attaches City funds, Newark's payroll will be implicated which would cause immediate and potentially devastating harm to 30,000 City residents including 19,000 University of Delaware students because City services will cease.  The City payroll covers police services, trash pickup, operation of the water and sewer utilities, street maintenance, maintenance of the City fleet, building and fire inspections, City Aldermans' Court, bill collections, parks and recreation which includes facility maintenance efforts, tree removal, before- and after-school programs, City preschool and other soft services.   See City of Newark's Motion for Relief from Supersedeas Bond, Exhibits A and B thereto.

WHEREFORE, Defendant City of Newark requests that this Honorable Court enter an Order staying execution on the judgment during the pendency of the appeal.

By:  /s/ Thomas C. Gallagher
Thomas C. Gallagher, Esquire (Pro Hac Vice)
Deasey, Mahoney & Bender Ltd.
1800 John F. Kennedy Boulevard, Suite 1300
Philadelphia, PA 19103-2978
P: (215) 587-9400
email: tcgallagher@dmbphila.com


By:  /s/ Victoria K. Petrone
Victoria K. Petrone (Delaware I.D. No. 4210)
Logan & Associates, LLC
704 N. King Street, Suite 100
P.O. Box 89
Wilmington, DE 19899
P:  (302) 655-8000
email:  vpetrone@loganllc.com

and

                                        By:   /s/ Paul Cottrell
                                        Paul Cottrell (Delaware I.D. No. 2391)
                                        Tighe, Cottrell & Logan, P.A.
                                        704 N. King Street, Suite 500
                                        P.O. Box 1031
                                        Wilmington, DE 19899
                                        P: (302) 658-6400
                                        email: p.cottrell@lawtcl.com
                                        *Attorneys for Defendant City of Newark*

Dated: November 9, 2006

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. ) | Civil Action No.: 04-0163 GMS |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| CITY OF NEWARK, HAROLD F. GODWIN, ) | |
| JOHN H. FARRELL, IV, JERRY CLIFTON, ) | |
| KARL G. KALBACHER, DAVID J. ATHEY, ) | |
| FRANK J. OSBORNE, JR., CHRISTINA REWA ) | |
| AND URS CORPORATION, ) | |
| ) | |
| Defendants, ) | |
| ) | |
| vs. ) | |
| ) | |
| FEDERAL INSURANCE COMPANY, ) | |
| ) | |
| Third-Party Defendant. ) | |
| ---------------------------------------------------------------- | |
| CITY OF NEWARK, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| URS CORPORATION, ) | |
| ) | |
| Third-Party Defendant. ) | |

### ORDER

AND NOW, the Court, having considered the request of Defendant City of Newark to stay execution of the judgment, the Court does hereby FIND and ORDER,

Newark's Motion is GRANTED and execution upon the judgment shall be stayed during the pendency of the appeal.

_____
The Honorable Gregory M. Sleet