**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. ) | Civil Action No.: 04-0163 GMS |
| ) | |
| Plaintiff, ) | |
| vs. ) | JURY TRIAL DEMANDED |
| ) | |
| CITY OF NEWARK et al. ) | |

**CITY OF NEWARK DEFENDANTS' OPENING BRIEF
IN SUPPORT OF MOTION TO STAY EXECUTION OF THE JUDGMENT**

By:   /s/ Thomas C. Gallagher
      Thomas C. Gallagher, Esquire (Pro Hac Vice, PA I.D. No. 27156)
      Deasey, Mahoney & Bender Ltd.
      1800 John F. Kennedy Boulevard, Suite 1300
      Philadelphia, PA 19103-2978
      P: (215) 587-9400
      email: tcgallagher@dmbphila.com

By:   /s/ Victoria K. Petrone
      Victoria K. Petrone (Delaware I.D. No. 4210)
      Logan & Associates, LLC
      704 N. King Street, Suite 100
      P.O. Box 89
      Wilmington, DE 19899
      P:  (302) 655-8000
      email:  vpetrone@loganllc.com

By:   /s/ Paul Cottrell
      Paul Cottrell (Delaware I.D. No. 2391)
      Tighe, Cottrell & Logan, P.A.
      704 N. King Street, Suite 500
      P.O. Box 1031
      Wilmington, DE 19899
      P:  (302) 658-6400
      email:  p.cottrell@lawtcl.com
      *Attorneys for Defendant City of Newark*

Dated: November 9, 2006

## **TABLE OF CONTENTS**

TABLE OF AUTHORITIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iii

STATEMENT OF THE NATURE AND STAGE OF THE PROCEEDINGS . . . . . . . . 1

SUMMARY OF ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF FACTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

ARGUMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

CONCLUSION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

## TABLE OF AUTHORITIES

**Case**                                             **Page**

**Other Authority**

FRCP Rule 62(f) ............................................................ 1, 2

10 Del. C. §568(c) ............................................................ 2

## STATEMENT OF NATURE AND STAGE OF PROCEEDINGS

The City of Newark Defendants have filed notices of appeal from the judgment and the Court Order Striking Defendants' Post-Judgment Motion for New Trial, Motion for Judgment Notwithstanding the Verdict and Motion to Stay the Execution of the Judgment Pending Decision on the Post-Judgment Motions (D.I. 310). The City of Newark ("Newark") has also filed a Motion to Stay Execution of the Judgment and a Motion for Relief from the Supersedeas Bond ("Motion"). This is Newark's Opening Brief in support of its Motion to Stay Execution.

## SUMMARY OF ARGUMENT

Execution on the judgment should be stayed because Newark has viable issues for appeal and Delaware state law and F.R.C.P 62(f) provide for a stay of execution during the pendency of an appeal. Further, if Plaintiff is permitted to execution upon the judgment, City services will cease which will cause severe and potentially devastating hardship upon the residents of the City of Newark and University of Delaware students.

## STATEMENT OF FACTS

After the judgment was entered on the jury verdict, Newark filed its F.R.C.P. 50(b) and 59 motions (D.I. 303 and 304) within ten days as dictated by those Rules. Newark did not file opening briefs in support of the Motions pursuant to the Court's direction to do so in accordance with a briefing schedule to be approved by the Court after the trial transcript became available. Newark also filed a Motion to Stay Execution of the Judgment (D.I. 302). On October 31, 2006 the Court entered an Order striking Newark's motions (as well as motions and opening briefs which were filed by Durkin) (D.I. 310). As a result, the docket currently reflects no pending

motions, therefore, Newark was forced to file its notices of appeal within the 30 day post-judgment deadline.

## ARGUMENT

Newark has presented and will present viable issues on appeal and so execution on the judgment should be stayed. Further, 10 Del. C. §568(c) provides that execution may be stayed upon appeal and F.R.C.P. 62(f) provides that a stay provided by state law is applicable.

If execution upon the judgment is permitted by the Court and Durkin attaches City funds, Newark's payroll will be implicated which would cause immediate and potentially devastating harm to 30,000 City residents including 19,000 University of Delaware students because City services will cease. The City payroll covers police services, trash pickup, operation of the water and sewer utilities, street maintenance, maintenance of the City fleet, building and fire inspections, City Aldermans' Court, bill collections, parks and recreation which includes facility maintenance efforts, tree removal, before- and after-school programs, City preschool and other soft services. See City of Newark's Motion for Relief from Supersedeas Bond, Exhibits A and B thereto.

## CONCLUSION

WHEREFORE, Defendant City of Newark requests that this Honorable Court enter an Order staying execution on the judgment during the pendency of the appeal.

> By:  /s/ Thomas C. Gallagher
> Thomas C. Gallagher, Esquire (Pro Hac Vice, PA I.D. No. 27156)
> Deasey, Mahoney & Bender Ltd.
> 1800 John F. Kennedy Boulevard, Suite 1300
> Philadelphia, PA 19103-2978
> P: (215) 587-9400
> email: tcgallagher@dmbphila.com

        By:   /s/ Victoria K. Petrone         
Victoria K. Petrone (Delaware I.D. No. 4210)
Logan & Associates, LLC
704 N. King Street, Suite 100
P.O. Box 89
Wilmington, DE 19899
P: (302) 655-8000
email: vpetrone@loganllc.com

By:   /s/ Paul Cottrell         
Paul Cottrell (Delaware I.D. No. 2391)
Tighe, Cottrell & Logan, P.A.
704 N. King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899
P: (302) 658-6400
email: p.cottrell@lawtcl.com
*Attorneys for Defendant City of Newark*

Dated: November 9, 2006