| | OFFICE OF THE CLERK | |
|---|---|---|
| **MARCIA M. WALDRON** | UNITED STATES COURT OF APPEALS | TELEPHONE |
| **CLERK** | FOR THE THIRD CIRCUIT | 215-299-(4923) |
| | 21400 UNITED STATES COURTHOUSE | |
| | 601 MARKET STREET | |
| | PHILADELPHIA 19106-1790 | |
| | Website: http://www.ca3.uscourts.gov | |

November 14, 2006

# NOTICE OF DOCKETING OF APPEAL

**In Re: Donald M. Durkin, et al. v. Newark, et al.**
**D.C. No.: 04-cv-00163**

**(Honorable Judge Gregory M. Sleet)**

An appeal by   **Newark, et al.**   filed in the above-caption case on 11/9/06, and docketed in this Court on 11/15/06, at No. **06-4761**.

Kindly use the Appeals Docket No. **06-4761** when sending documents in this matter to the Court of Appeals or requesting information regarding this case.

Please notify Case Manager **Charlene Crisden** at Charlene_Crisden@ca3.uscourts.gov of any orders, opinions, etc. filed and scanned after the Notice of Appeal has been forwarded to the Court of Appeals.

**Marcia M. Waldron**
**Clerk**