UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

NO. 06-4761

Donald M Durkin vs. Newark

District Court No. 04-cv-00163

ORDER

It appearing that timely post-decision motions of a type specified by Rule 4[a][4], Fed. R. App. P., are pending in the district court, it is hereby O R D E R E D that the above-entitled appeal(s) is(are) stayed pending disposition of the motions. The parties are directed to file written reports addressing the status of the pending motions on **12/15/06** and every thirty (30) days thereafter until the motions are determined.

This stay does not apply to the obligation to pay filing and docketing fees. These obligations must be fulfilled within the time specified by the Federal Rules of Appellate Procedure and Third Circuit Local Appellate Rules.

For the Court,

MARCIA M. WALDRON
Clerk

Date: 11/15/2006

A True Copy:

Marcia M. Waldron, Clerk

cc:
Thomas C. Gallagher, Esq.
Paul Cottrell, Esq.
Katharine L. Mayer, Esq.
Paul A. Logan, Esq.
William J. Cattie III, Esq.
Victoria K. Petrone, Esq.
James S. Green, Esq.
James W. Semple, Esq.
Sheela P. Dattani, Esq.
Kevin W. Goldstein, Esq.
Honorable Gregory M. Sleet [Information Only]
Mr. Peter T. Dalleo [Information Only]