IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff*<br><br>vs.<br><br>CITY OF NEWARK, et al., *Defendants*<br><br>and<br><br>CITY OF NEWARK, *Third-Party Plaintiff*<br><br>vs.<br><br>DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Intervenor* | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Donald M. Durkin Contracting, Inc. in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from Order Striking Motion to Amend/Correct Judgment to Add Interest Pursuant to Rule 59(e) and Motion for Attorneys Fees Pursuant 42 U.S.C. Section 1988 entered in this action on October 31, 2006 (D.I. 310).

Dated: November 20, 2006

POWELL, TRACHTMAN, LOGAN,
CARRLE & LOMBARDO, P.C.

By: ___/s/ Paul A. Logan_____
Paul A. Logan
Delaware Supreme Court ID #3339
475 Allendale Road, Suite 200
King of Prussia, PA 19406
(T) 610-354-9700; (F) 610-354-9760
*Attorneys for Appellants*

KOP:354872v1 3514-04

**Counsel for Appellees:**

Thomas C. Gallagher, Esquire
Deasey, Mahoney & Bender, Ltd.
JFK Blvd.
Suite 1300
Philadelphia, PA 19103
**Attorneys for City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa**

Paul Cottrell, Esquire
Tighe, Cottrell & Logan, P.A.
704 N. King Street
Suite 500
P.O. Box 1031
Wilmington, DE 19899
**Attorneys for City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa**

Victoria K. Petrone, Esquire
Logan & Associates, LLC
One Customs House
704 King Street
Wilmington, DE 19899
**Attorneys for City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa**

James Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue
Suite 500
P.O. Box 68
Wilmington, DE 19899
**Attorneys for URS Corporation, Inc.**

William Cathie, III, Esquire
Rawle & Henderson
6300 Delaware Avenue
Suite 1130
P.O. Box 588
Wilmington, DE 19899
**Attorneys for Intervenor Plaintiff St. Paul Fire & Marine Insurance Company**

Patrick R. Kingsley, Esquire
Stradley Ronan Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
**Attorneys for Federal Insurance Company**