IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Intervenor* | |

## CERTIFICATE OF SERVICE

I, Paul A. Logan, Esquire, hereby certify that on this 20th day of November, 2006, a true and correct copy of the foregoing Notice of Appeal was served upon the following counsel of record via electronic filing:

Thomas C. Gallagher, Esquire
Deasey, Mahoney & Bender, Ltd.
JFK Blvd.
Suite 1300
Philadelphia, PA 19103
**Attorneys for City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa**

Paul Cottrell, Esquire
Tighe, Cottrell & Logan, P.A.
704 N. King Street
Suite 500
P.O. Box 1031
Wilmington, DE 19899
**Attorneys for City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa**

Victoria K. Petrone, Esquire
Logan & Associates, LLC
One Customs House
704 King Street
Wilmington, DE 19899
**Attorneys for City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa**

William Cathie, III, Esquire
Rawle & Henderson
6300 Delaware Avenue
Suite 1130
P.O. Box 588
Wilmington, DE 19899
**Attorneys for Intervenor Plaintiff St. Paul Fire & Marine Insurance Company**

James Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue
Suite 500
P.O. Box 68
Wilmington, DE 19899
**Attorneys for URS Corporation, Inc.**

Patrick R. Kingsley, Esquire
Stradley Ronan Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
**Attorneys for Federal Insurance Company**

Dated: November 20, 2006

**POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO, P.C.**

By:   /s/ Paul A. Logan
Paul A. Logan
Delaware Supreme Court ID #3339
475 Allendale Road, Suite 200
King of Prussia, PA 19406
(T) 610-354-9700; (F) 610-354-9760
*Attorneys for Appellants*