THOMAS D. WALSH

twalsh@mccarter.com

McCarter & English, LLP
Suite 1800
919 N. Market Street
P.O. Box 111
Wilmington, DE 19899
tel 302.984.6300
fax 302.984.6399
www.mccarter.com



**McCARTER ENGLISH**
ATTORNEYS AT LAW

November 22, 2006

Clerk of the Court
U.S. District Court for the State of Delaware
844 North King Street
Wilmington, DE 19801

Re: Durkin Contracting v. City of Newark, et al.
    Case No.: 1:04-cv-00163 (GMS)

Dear Clerk of the Court:

I write to further clarify our letter of November 22, 2006, to the United States Court of Appeals for the Third Circuit regarding McCarter & English, LLP's ("McCarter") representation as local counsel for Durkin Contracting. McCarter is co-counsel with Powell, Trachtman, Logan, Carrle & Lombardo, P.C. in its representation of Durkin Contracting. McCarter is local counsel in the District Court of Delaware matter as referenced above but will not be participating in the matter before the United States Court of Appeal for the Third Circuit Court, Docket No. 06-4762. The undersigned counsel herein clarifies that McCarter <u>is not withdrawing its appearance</u> in the United States District Court as this time.

Counsel is available at the Court's convenience should there be any questions or concerns regarding this matter.

Respectfully submitted,

THOMAS D. WALSH

TDW:dg
cc:   Paul Logan, Esq. (via email)

| HARTFORD | STAMFORD | NEW YORK CITY | NEWARK | PHILADELPHIA | WILMINGTON | BALTIMORE |
|---|---|---|---|---|---|---|
| 860.275.6700 | 203.324.1800 | 212.609.6800 | 973.622.4444 | 215.979.3800 | 302.984.6300 | 410.659.8500 |