## CERTIFICATE OF SERVICE

    I, Thomas D. Walsh, Esquire, hereby certify that a true and correct copy of my foregoing letter to the Office of the Clerk, United States District Court for the District of Delaware dated November 22, 2006, was caused to be served via email as indicated, upon the parties listed on this 22nd day of November 2006:

Thomas C. Gallagher, Esq.
Deasey, Mahoney & Bender
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA 19103-2978.
Email address: tcgallagher@dmbphila.com

James S. Green, Esq.
Seitz, Van Ogtrop & Green
222 Delaware Avenue
Suite 1500
P. O. Box 68
Wilmington, DE 19899
Email address: jgreen@svglaw.com

Paul Cottrell, Esq.
Tighe, Cottrell & Logan
704 North King Street, Suite 500
P. O. Box 1031
Wilmington, DE 19899
Email address: p.cottrell@lawtcl.com

James W. Semple, Esq.
Morris, James,. Hitchens & Williams
222 Delaware Avenue
P. O. box 2306, 10th Floor
Wilmington, DE 19899
Email address: jsemple@morrisjames.com

Victoria K. Petrone, Esq.
Logan & Associates, LLC
One Customs House
704 King Street
Wilmington, DE 19899
Email address: vpetrone@LoganLLC.com

Sheela P. Dattani, Esq.
Kevin W. Goldstein, Esq.
Stradley, Ronon, Stevens & Young
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
Email address: kgoldstein@stradley.com

William J. Cattie, III
Rawle & Henderson
300 Delaware Avenue, Suite 1130
P. O. Box 588
Wilmington, DE 19899
Email address: wcattie@rawle.com

                              */s/ Thomas D. Walsh*
                        Thomas D. Walsh (DE Bar ID No. 3783)

Dated: 11/22/06