MICHAEL G. TRACHTMAN
PAUL A. LOGAN*°☐
GUNTHER O. CARRLE*
BRUCE D. LOMBARDO
LAWRENCE A. BORDA*
JOSEPH P. TRABUCCO, III°
NEIL P. CLAIN, JR.*
JONATHAN K. HOLLIN
DAVID T. BOLGER
RICHARD J. DAVIES*°
STEVEN G. BARDSLEY*
STEPHEN D. MENARD*
FRANCIS G. LAROCCA
EILEEN C. CLARK*
DENNIS P. HERBERT*
FRANK S. NOFER*
ANTHONY S. POTTER°
GEORGE T. REYNOLDS*
MARY J. PEDERSEN*
FREDERICK M. BREHM*
JENIFER L. SUPLEE*
JAMES S. BAINBRIDGE*
KEVIN K. CARTON, JR.*
DIRK M. SIMPSON, LL.M. (TAXATION)*
CHRISTOPHER S. KOLLER
KELLY E. SOLOMON
GREGORY J. STAR*
JAKE H. WONG*
ALLISON J. STRUPCZEWSKI
JACKLYNN ANN BARRAS, LL.M. (TAXATION)*
ANDREW J. FUGA*

*ALSO ADMITTED IN NJ
°ALSO ADMITTED IN MD
☐ALSO ADMITTED IN DE
°ALSO ADMITTED IN NY

LAW OFFICES

# POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO

A PROFESSIONAL CORPORATION

475 ALLENDALE ROAD
SUITE 200
KING OF PRUSSIA, PA 19406

(610) 354-9700
FACSIMILE (610) 354-9760
PLOGAN@POWELLTRACHTMAN.COM
WWW.POWELLTRACHTMAN.COM

OF COUNSEL
RALPH B. POWELL, JR.
MALCOLM B. JACOBSON
RICHARD T. ABELL
RICHARD L. BUSH
KEITH R. BLACK

114 NORTH SECOND STREET
HARRISBURG, PA 17101
(717) 238-9300
FAX (717) 238-9325

SUITE 304
1814 EAST ROUTE 70
CHERRY HILL, NJ 08003
(856) 663-0021
FAX (856) 663-1590

November 30, 2006

PLEASE REPLY TO:

KING OF PRUSSIA

VIA ELECTRONIC FILING AND REGULAR MAIL

The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Room 4324, Lockbox 19
Wilmington, DE 19801

Re:  *Donald M. Durkin Contracting, Inc. v. City of Newark, et al.*
United States District Court, No. 04-0163-GMS

Dear Judge Sleet:

The parties propose the following briefing schedule for all post-trial motions that have been filed with the Court as of the date of this correspondence:

- Opening Briefs filed by January 5, 2007

- Answering Briefs filed by February 2, 2007

- Reply Briefs filed by February 16, 2007

KOP:355543v1 3514-04

The Honorable Gregory M. Sleet
November 30, 2006
Page 2

        Thank you for your consideration of the proposed schedule.

                                Respectfully,

                                /s/ Paul A. Logan

                                Paul A. Logan

cc:    James S. Green, Esquire
        Paul Cottrell, Esquire
        Thomas C. Gallagher, Esquire
        Victoria K. Petrone, Esquire
        Kevin W. Goldstein, Esquire
        Patrick Kingsley, Esquire
        William J. Cattie, III, Esquire
        Thomas D. Walsh, Esquire

KOP:355543v1 3514-04