IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., | ) |
| | ) |
| | ) C.A. No. 04-0163 GMS |
| Plaintiff, | ) |
| | ) JURY TRIAL DEMANDED |
| v. | ) |
| | ) |
| CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORN, JR., and CHRISTIANA REWA, | ) |
| | ) |
| Defendants/ Third Party Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| FEDERAL INSURANCE COMPANY, | ) |
| | ) |
| Third-Party Defendant. | ) |
| CITY OF NEWARK, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| URS CORPORATION, | ) |
| | ) |
| Third-Party Defendant. | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE**, effective immediately, that Thomas D. Walsh, Esquire of Fox Rothschild LLP, counsel for Donald M. Durkin Contracting, Inc., hereby substitutes his appearance for Katharine L. Mayer, Esquire of McCarter & English, LLP, in the above-captioned proceeding.

1

WM1A 90387v1 12/12/06

| | |
|---|---|
| _/s/ Katharine L. Mayer, Esquire (#3758)_<br>Katharine L. Mayer, Esquire (#3758)<br>McCarter & English, LLP<br>919 North Market Street, Suite 1800<br>P.O. Box 111<br>Wilmington, DE  19899<br>(302) 984-6300 | _/s/ Thomas D. Walsh, Esquire (#3783)_<br>Thomas D. Walsh, Esquire (#3783)<br>Fox Rothschild LLP<br>Citizens Bank Center<br>919 N. Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE  19899-2323<br>(302) 654-7444<br>_Attorney for Donald M. Durkin Contracting, Inc._ |
| **Dated: December 12, 2006** | **Dated: December 12, 2006** |