IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., ) <br> ) <br> ) C.A. No. 04-0163 GMS <br> Plaintiff, ) <br> ) JURY TRIAL DEMANDED <br> v. ) <br> ) <br> CITY OF NEWARK, HAROLD F. GODWIN, ) <br> JOHN H. FARRELL, IV, JERRY CLIFTON, ) <br> KARL G. KALBACHER, DAVID J. ATHEY, ) <br> FRANK J. OSBORN, JR., and ) <br> CHRISTIANA REWA, ) <br> ) <br> Defendants/ ) <br> Third Party Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FEDERAL INSURANCE COMPANY, ) <br> ) <br> Third-Party Defendant. ) | |

---

CITY OF NEWARK,

    Third-Party Plaintiff,

    v.

URS CORPORATION,

    Third-Party Defendant.

## CERTIFICATE OF SERVICE

I, Thomas D. Walsh, Esquire, hereby certify that a true and correct copy of the foregoing *Notice of Substitution of Counsel* was served on this 12th day of December 2006 on counsel of record via the CM-ECF E-file and Serve System.

WM1A 90387v1 12/12/06

2

Katharine L. Mayer, Esquire
McCarter & English, LLP
919 N. Market Street, Suite 1800
P.O. Box 11
Wilmington, DE 19899

Paul A. Logan, Esquire
David T. Bolger
Powell, Trachtman, Logan, Carrle & Lombardo, P.C.
475 Allendale Road, Suite 200
King of Prussia, PA 19406

Paul Cottrell, Esquire
Victoria Petrone, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899

Kevin W. Goldstein, Esquire
Sheela P. Dattani, Esquire
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE 19801

Victoria Petrone, Esquire
Tighe, Cottrell & Logan, P.A.
First Federal Plaza, Suite 500
P.O. Box 1031
Wilmington, DE 19899

James S. Green, Sr., Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

   */s/ Thomas D. Walsh (#3783)*
   Thomas D. Walsh, Esquire