IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. )<br>)<br>Plaintiff, )<br>)<br>)<br>v.  )<br>)<br>CITY OF NEWARK, HAROLD F. GODWIN, )<br>JOHN H. FARRELL, IV, JERRY CLIFTON, )<br>KARL G. KALBACHER, DAVID J. ATHEY, )<br>FRANK J. OSBORNE, JR., and CHRISTINA )<br>REWA, )<br>)<br>Defendants/ )<br>Third Party Plaintiffs, )<br>v. )<br>)<br>FEDERAL INSURANCE COMPANY, )<br>)<br>Third-Party Defendant. )<br>)<br>------------------------------------------------------------<br>)<br>CITY OF NEWARK, )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>URS CORPORATION, )<br>)<br>Third-Party Defendant. ) | No. 04-0163-GMS |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to District of Delaware Local Rule 83.7, Collins J. Seitz, Jr., and Max B. Walton of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, P.O. Box 2207, Wilmington, DE 19899, hereby enter their appearance as counsel for defendants, City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa; and Victoria Kathryn Petrone of Logan & Associates, LLC; and Paul

Cottrell of Tighe & Cottrell, P.A., withdraw their appearance as counsel for defendants, City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa.

| CONNOLLY BOVE LODGE & HUTZ LLP | LOGAN & ASSOCIATES, LLC |
|---|---|
| /s/ Collins J. Seitz, Jr. | /s/ Victoria Kathryn Petrone |
| Collins J. Seitz, Jr. (Bar No. 2237) | Victoria Kathryn Petrone (Bar No. 4210) |
| Max B. Walton (Bar No. 3876) | One Customs House, Suite 100 |
| 1007 North Orange Street | 704 King Street |
| P.O. Box 2207 | P.O. Box 89 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 658-9141 | (302) 655-8000 |
| *Attorneys for Defendant, City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa* | DATED: December 19, 2006 |
| DATED: December 19, 2006 | TIGHE & COTTRELL, P.A. |
| | /s/ Paul Cottrell |
| | Paul Cottrell (Bar No. 2391) |
| | 704 North King Street |
| | Suite 500 |
| | Wilmington, DE 19801 |
| | (302) 658-6400 |
| | DATED: December 19, 2006 |

## CERTIFICATE OF SERVICE

I certify that on December 19, 2006, I electronically served the foregoing Notice of Substitution of Counsel by CM/ECF to counsel of record as follows:

Paul Logan, Esquire
Powell, Trachtman, Logan, Carrle &
   Lombardo, P.C.
475 Allendale Road, Suite 200
King of Prussia, PA 19406

Thomas D. Walsh, Esquire
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899

   *Attorneys for Plaintiff,*
   *Donald M. Durkin Contracting, Inc.*

William J. Cattie, III, Esquire
Rawle & Henderson
300 Delaware Avenue, Suite 1130
P.O. Box 588
Wilmington, DE 19899

   *Attorneys for Intervenor Plaintiff,*
   *St Paul Fire & Marine Insurance*
   *Company*

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

   *Attorneys for URS Corporation, Inc.*

Patrick Kingsley, Esquire
Kevin W. Goldstein, Esquire
Stradley Ronan Stevens & Young, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE 19801

   *Attorneys for Federal Insurance*
   *Company*


          */s/ Collins J. Seitz, Jr.*
          Collins J. Seitz, Jr. (Bar No. 2237)