# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Collins J. Seitz, Jr.
TEL     (302) 888-6278
FAX     (302) 255-4278
EMAIL   cseitz@cblh.com
REPLY TO   Wilmington Office

December 20, 2006

**By Electronic Filing**

Honorable Gregory M. Sleet
United States District Court
844 King Street
Lock Box 19
Wilmington, DE 19801

Re:     *Donald M. Durkin Contracting, Inc. v. City of Newark, et al.*
        C.A. No. 04-0163 GMS

Dear Judge Sleet:

On December 19, 2006, we filed a substitution of counsel whereby my firm will assume representation for the City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa.

Concurrently with this letter, we are filing a proposed amended post-trial motion briefing schedule. As stated in the proposed amended order, because of the substitution of counsel, it will take new counsel some additional time to study the record and to prepare a brief addressing the appropriate post-trial issues. Plaintiff's counsel has graciously consented to the additional time, and we respectfully ask for the Court's permission. We will not ask for any further extensions, mindful of the need to keep these proceedings on track for disposition.

Honorable Gregory M. Sleet
Page 2
December 20, 2006
------------------------------------------

    I want to assure the Court that we have read the pretrial orders and the Court's recent order, and will scrupulously follow the Court's rules and orders as we address the post-trial motions and any other proceedings before this Court.

                                            Respectfully,

                                            Collins J. Seitz, Jr.
                                            (Bar No. 2237)

CJS,Jr./saj
cc:    Paul Logan, Esquire
       Thomas D. Walsh, Esquire
       William J. Cattie, III, Esquire
       James S. Green, Esquire
       Kevin W. Goldstein, Esquire
       (all by Electronic Service)
       (511370)