IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0163-GMS |
| | ) | |
| CITY OF NEWARK, HAROLD F. GODWIN, | ) | |
| JOHN H. FARRELL, IV, JERRY CLIFTON, | ) | |
| KARL G. KALBACHER, DAVID J. ATHEY, | ) | |
| FRANK J. OSBORNE, JR., and CHRISTINA | ) | |
| REWA, | ) | |
| | ) | |
| Defendants/ | ) | |
| Third Party Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| | ) | |

-----------------------------------------------------------

| | |
|---|---|
| | ) |
| CITY OF NEWARK, | ) |
| | ) |
| Third-Party Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| URS CORPORATION, | ) |
| | ) |
| Third-Party Defendant. | ) |

## FIRST PROPOSED AMENDED STIPULATED BRIEFING SCHEDULE

WHEREAS, on November 30, 2006, the parties proposed to the Court a briefing schedule
on all post-trial motions;

WHEREAS, on December 5, 2006, the Court entered an oral Order setting the briefing
schedule proposed by the parties;

WHEREAS, on December 19, 2006, the City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Frank J. Osborne, Jr., and Christina Rewa, in their official capacities, retained new counsel, Connolly Bove Lodge & Hutz LLP ("Connolly Bove"), to represent them in this litigation, and to submit post-trial motions and otherwise represent them in proceedings in this Court;

WHEREAS, Connolly Bove needs additional time to become familiar with the trial record, and additional time to prepare post-trial motions following review of the post-trial record and coordination with other counsel in the litigation; and

WHEREAS, plaintiff's counsel, and other counsel of record consent to the extension of existing briefing schedule due to the substitution of counsel.

It is therefore stipulated by the parties, subject to approval by the Court, that the parties will brief all post-trial motions according to the following schedule:

| | |
|---|---|
| Opening Briefs: | January 26, 2007 |
| Answering Briefs | March 2, 2007 |
| Reply Briefs | March 23, 2007 |

POWELL, TRACHTMAN, LOGAN,
  CARRLE & LOMBARDO, P.C.

SEITZ, VAN OGTROP & GREEN, P.A.


_____*/s/ Paul Logan*_____

Paul Logan (Bar No. 3339)
475 Allendale Road, Suite 200
King of Prussia, PA 19406
(610) 354-9700

_____*/s/ James S. Green*_____

James S. Green (Bar No. 481)
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600

*Attorneys for URS Corporation, Inc.*

2

FOX ROTHSCHILD LLP

STRADLEY RONON STEVENS & YOUNG, LLP


_____*/s/ Thomas D. Walsh*_____
Thomas D. Walsh (Bar No. 3783)
Citizens Bank Center
919 N. Market Street, Suite 1300
P.O. Box 2323
Wilmington, DE 19899
(302) 654-7444

*Attorneys for Plaintiff,*
*Donald M. Durkin Contracting, Inc.*

_____*/s/ Kevin W. Goldstein*_____
Kevin W. Goldstein (Bar No. 2967)
300 Delaware Avenue
Suite 800
Wilmington, DE 19801
(302) 576-5850

*Attorneys for Federal Insurance*
*Company*


CONNOLLY BOVE LODGE & HUTZ LLP


_____*/s/ Collins J. Seitz, Jr.*_____
Collins J. Seitz, Jr. (Bar No. 2237)
Max B. Walton (Bar No. 3876)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

*Attorneys for Defendants, City of*
*Newark, Harold F. Godwin, John H.*
*Farrell, IV, Jerry Clifton, Karl G.*
*Kalbacher, David J. Athey, Frank J.*
*Osborne, Jr., and Christina Rewa*


DATED:  December 20, 2006


IT IS SO ORDERED, this _____ day of December, 2006.


_____
Gregory M. Sleet, U.S.D.J.