IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., ) | |
| ) | C.A. No. 04-0163 GMS |
| Plaintiff, ) | |
| ) | JURY TRIAL DEMANDED |
| v. ) | |
| ) | |
| CITY OF NEWARK, HAROLD F. GODWIN, ) | |
| JOHN H. FARRELL, IV, JERRY CLIFTON, ) | |
| KARL G. KALBACHER, DAVID J. ATHEY, ) | |
| FRANK J. OSBORN, JR., and ) | |
| CHRISTIANA REWA, ) | |
| ) | |
| Defendants/ ) | |
| Third Party Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| FEDERAL INSURANCE COMPANY, ) | |
| ) | |
| Third-Party Defendant. ) | |

-------------------------------------------------------

| | |
|---|---|
| CITY OF NEWARK, ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| URS CORPORATION, ) | |
| ) | |
| Third-Party Defendant. ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**PLEASE TAKE NOTICE** that Fox Rothschild LLP, by and through the undersigned counsel, hereby withdraws its appearance herein and requests removal from any applicable service lists.

FOX ROTHSCHILD LLP

Dated: January 23, 2007

/s/ Thomas D. Walsh
Thomas D. Walsh, Esq. (Del. # 3783)
919 Market Street, Suite 1300
Wilmington, DE 19899
(302) 622-4247; (302) 656-8920 (fax)
Email: TWalsh@foxrothschild.com

1

## CERTIFICATE OF SERVICE

I, Thomas D. Walsh, Esquire, hereby certify on this 23 day of January 2007, that a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE** served via on all counsel of record via the Lexis-Nexis File & Serve system.

/s/ Thomas D. Walsh

Thomas D. Walsh, Esq. (Del. # 3783)

WM1A 92696v1 01/22/07