UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., :<br><br>Plaintiff, :<br><br>v. :<br><br>CITY OF NEWARK, HAROLD F. GODWIN, JOHN H. FARRELL, IV, JERRY CLIFTON, KARL G. KALBACHER, DAVID J. ATHEY, FRANK J. OSBORNE, JR., AND CHRISTINA REWA, :<br><br>Defendants and Third-Party Plaintiffs, :<br><br>v. :<br><br>FEDERAL INSURANCE COMPANY, :<br><br>Third-Party Defendant. : | 04-0163 GMS |

| | |
|---|---|
| CITY OF NEWARK, :<br><br>Third-Party Plaintiff, :<br><br>v. :<br><br>URS CORPORATION, :<br><br>Third-Party Defendant. : | |

## ENTRY OF APPEARANCE

Please enter the appearance of DAVID G. CULLEY, ESQUIRE as local counsel for plaintiff DONALD M. DURKIN CONTRACTING, INC. pursuant to United States District Court Rule 83.5(d)

                            TYBOUT, REDFEARN & PELL

                            /s/ David G. Culley
                            DAVID G. CULLEY, I.D. #2141
                            750 S. Madison Street, Ste. 400
                            P. O. Box 2092
                            Wilmington, DE  19899-2092
                            Dculley@trplaw.com
                            Counsel for Plaintiff
                            Donald M. Durkin Contracting, Inc.

DATED: January 24, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2007, I electronically filed an Entry of Appearance with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Paul Logan, Esquire
David T. Bolger, Esquire
Powell, Trachtman, Logan, Carrie
 & Lombardo, P.C.
475 Allendale Road, Ste 200
King of Prussia, PA  19406
(Attorney for Plaintiff)

William J. Cattie, III, Esquire
Rawle & Henderson
300 Delaware Ave., Ste. 1015
P. O. Box 588
Wilmington, DE  19899-0588
(Attorney for Intervener Plaintiff,
 St. Paul Fire & Marine Ins. Co.)

Collins J. Seitz, Jr., Esquire
Connolly Bove Lodge & Hutz
1007 N. Orange Street
Wilmington, DE  19801
(Attorney for City of Newark,
Harold F. Godwin, John H.
Farrell, IV, Jerry Clifton,
Karl G. Kalbacher, David J.
Athey, Frank J. Osborne, Jr.,
and Christina Rewa)

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Ave., Ste. 1500
P. O. Box 68
Wilmington, DE  19899
(Attorney for URS Corporation, Inc.)

Patrick Kingsley, Esquire
Kevin W. Goldstein, Esquire
Stradley Ronon Stevens & Young
300 Delaware Avenue, Ste. 800
Wilmington, DE 19801
(Attorney for Federal Ins. Co.)

        TYBOUT, REDFEARN & PELL

        /s/ David G. Culley
        DAVID G. CULLEY, I.D. #2141
        750 S. Madison Street, Ste. 400
        P. O. Box 2092
        Wilmington, DE 19899-2092
        dculley@trplaw.com
        Counsel for Plaintiff
        Donald M. Durkin Contracting, Inc.