IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Intervenor* | |

## ORDER

AND NOW, the Court, having heard and considered Plaintiff Donald M. Durkin Contracting, Inc.'s Motion in Support of Attorneys' Fees and Costs and Post-Judgment Interest Pursuant to 42 U.S.C. §1988 and Federal Rule of Civil Procedure 54, does hereby FIND and ORDER:

Plaintiff is entitled to recovery from Defendant City of Newark: (1) attorneys' fees (for work up to and including January 19, 2007 for Paul A. Logan, Esquire and Marsha E. Flora, Esquire and for work up to and including December 20, 2006 for David T. Bolder, Esquire) in the amount of $1,177,975.00 and (2) costs in the amount of $63,147.07 (for costs incurred up until January 22, 2007). Plaintiff is also entitled to an enhancement multiplier for delay of _____. Plaintiff is granted leave to file a supplemental Motion for attorneys' fees and costs for fees and costs incurred after the above stated dates. Plaintiff is also entitled to recover post judgment interest on the attorneys' fees and costs awarded.

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Gregory M. Sleet

KOP:359683v1 3514-04