# Paul A. Logan, Esquire

# Timesheets for
# Post Trial Activities

A-736

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|
| Date worked: | 10/6/2006 | | | Time qty. |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | | |
| Matter: | 04 | City of Newark Project | | |
| Location | : KOFP | King of Prussia | | |
| Phase | : L100 | Case Assessment, Development and Administration | | |
| Task | : L110 | Fact Investigation/Development | | |
| Activity: | A111 | Other | | |
| Billable: | Billable | | | |
| Narrative: | Intra-office conference re: post trial motions and legal research re: appeal issues | | | Transferred 2.10 |

| Total for Date worked: | 10/6/2006 | Billable Time | (100.00%): | 2.10 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 2.10 |

A-737

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | | |
|---|---|---|---|---|---|
| **Date worked:** | **10/14/2006** | | | | |
| | | | | | Time qty. |
| | Client: | 3514 | Durkin Contracting, Inc., Donald M. | | |
| | Matter: | 04 | City of Newark Project | | |
| | Location | : KOFP | King of Prussia | | |
| | Phase | : L100 | Case Assessment, Development and Administration | | |
| | Task | : L120 | Analysis/Strategy | | |
| | Activity: | A111 | Other | | 0.80 |
| | Billable: | Billable | | | |
| | Narrative: | Correspondence to attorney; draft complaint [individual defendants] | | Transferred | |
| **Total for Date worked:** | **10/14/2006** | | Billable Time   (100.00%): | | 0.80 |
| | | | Non-Billable Time ( 0.00%): | | 0.00 |
| | | | Total Time: | | 0.80 |
| **Date worked:** | **10/17/2006** | | | | |
| | | | | | Time qty. |
| | Client: | 3514 | Durkin Contracting, Inc., Donald M. | | |
| | Matter: | 04 | City of Newark Project | | |
| | Location | : KOFP | King of Prussia | | |
| | Phase | : L100 | Case Assessment, Development and Administration | | |
| | Task | : L120 | Analysis/Strategy | | |
| | Activity: | A111 | Other | | 0.80 |
| | Billable: | Billable | | | |
| | Narrative: | Telephone conference with counsel for Federal; intra-office conference re: post-trial motions | | Transferred | |
| **Total for Date worked:** | **10/17/2006** | | Billable Time   (100.00%): | | 0.80 |
| | | | Non-Billable Time ( 0.00%): | | 0.00 |
| | | | Total Time: | | 0.80 |

A-738

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper:** 002  Paul A. Logan

**Date worked:** 10/19/2006

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | |
| Matter: | 04 | City of Newark Project | |
| Location: | KOFP | King of Prussia | |
| Phase | : L100 | Case Assessment, Development and Administration | |
| Task | : L120 | Analysis/Strategy | |
| Activity: | A111 | Other | 1.30 |
| Billable: | Billable | | |
| Narrative: | Analyze appeal issues: damages for loss of reputation | | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** 10/19/2006 | Billable Time (100.00%): | 1.30 |
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 1.30 |

**Date worked:** 10/23/2006

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | |
| Matter: | 04 | City of Newark Project | |
| Location: | KOFP | King of Prussia | |
| Phase | : L100 | Case Assessment, Development and Administration | |
| Task | : L120 | Analysis/Strategy | |
| Activity: | A111 | Other | 1.00 |
| Billable: | Billable | | |
| Narrative: | Intra-office conference re: settlement positions and new causes of action | | Transferred |

| | | |
|---|---|---|
| **Total for Date worked:** 10/23/2006 | Billable Time (100.00%): | 1.00 |
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 1.00 |

A-739

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|
| Date worked: | 10/26/2006 | | | Time qty. |
| | Client: | 3514 | Durkin Contracting, Inc., Donald M. | |
| | Matter: | 04 | City of Newark Project | |
| | Location: | KOFP | King of Prussia | |
| | Phase : | L100 | Case Assessment, Development and Administration | |
| | Task : | L120 | Analysis/Strategy | |
| | Activity: | A111 | Other | |
| | Billable: | Billable | | |
| | Narrative: | Legal research re: City's Post Trial Motions; review documents produced in discovery and answers to interrogatories for responses | | Transferred | 3.30 |

| Total for Date worked: | 10/26/2006 | | |
|---|---|---|---|
| | | Billable Time (100.00%): | 3.30 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 3.30 |

| Date worked: | 10/30/2006 | | | Time qty. |
|---|---|---|---|---|
| | Client: | 3514 | Durkin Contracting, Inc., Donald M. | |
| | Matter: | 04 | City of Newark Project | |
| | Location: | KOFP | King of Prussia | |
| | Phase : | L100 | Case Assessment, Development and Administration | |
| | Task : | L120 | Analysis/Strategy | |
| | Activity: | A111 | Other | |
| | Billable: | Billable | | |
| | Narrative: | Intra-office conference re: Post-trial Motions | | Transferred | 0.90 |

| Total for Date worked: | 10/30/2006 | | |
|---|---|---|---|
| | | Billable Time (100.00%): | 0.90 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.90 |

A-740

# Powell Trachtman Logan Carrie & Lombardo

**Timekeeper:** 002    Paul A. Logan

| Date worked: | 10/31/2006 | | | Time qty. |
|---|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | | 0.70 |
| Matter: | 04 | City of Newark Project | | |
| Location: | KOFP | King of Prussia | | |
| Phase: | L100 | Case Assessment, Development and Administration | | |
| Task: | L110 | Fact Investigation/Development | | |
| Activity: | A111 | Other | | |
| Billable: | Billable | | | |
| Narrative: | Telephone conference with client re: Tally Brothers former employee | | | Transferred |

| Total for Date worked: | 10/31/2006 | Billable Time (100.00%): | 0.70 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.70 |

| Date worked: | 11/2/2006 | | | Time qty. |
|---|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | | 0.50 |
| Matter: | 04 | City of Newark Project | | |
| Location: | KOFP | King of Prussia | | |
| Phase: | L100 | Case Assessment, Development and Administration | | |
| Task: | L120 | Analysis/Strategy | | |
| Activity: | A111 | Other | | |
| Billable: | Billable | | | |
| Narrative: | Telephone conference with Judge Sleet re: oral Orders | | | Transferred |

| | | | | Time qty. |
|---|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | | 0.50 |
| Matter: | 04 | City of Newark Project | | |
| Location: | KOFP | King of Prussia | | |
| Phase: | L100 | Case Assessment, Development and Administration | | |
| Task: | L120 | Analysis/Strategy | | |
| Activity: | A111 | Other | | |
| Billable: | Billable | | | |
| Narrative: | Legal research appeal issue | | | Transferred |

A-741

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper:** 002    Paul A. Logan

**Date worked:** 11/2/2006

| | | |
|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. |
| Matter: | 04 | City of Newark Project |
| Location: | KOFP | King of Prussia |
| Phase | : L100 | Case Assessment, Development and Administration |
| Task | : L120 | Analysis/Strategy |
| Activity: | A111 | Other |
| Billable: | Billable | |
| Narrative: | Intra-office conference re: settlement potential | |

Time qty. 1.30

**Total for Date worked:** 11/2/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 1.30 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 1.30 |

**Date worked:** 11/6/2006

Transferred

**Total for Date worked:** 11/6/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 1.00 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 1.00 |

**Date worked:** 11/7/2006

| | | |
|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. |
| Matter: | 04 | City of Newark Project |
| Location: | KOFP | King of Prussia |
| Phase | : L100 | Case Assessment, Development and Administration |
| Task | : L120 | Analysis/Strategy |
| Activity: | A111 | Other |
| Billable: | Billable | |
| Narrative: | Legal research appeal issues; intra-office conference re: settlement proposals | |

Time qty. 3.30

**Total for Date worked:** 11/7/2006

| | | |
|---|---|---|
| Billable Time | (100.00%): | 3.30 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 3.30 |

A-742

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper:** 002   Paul A. Logan

| Date worked: | 11/10/2006 | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | |
| Matter: | 04 | City of Newark Project | |
| Location | : KOFP | King of Prussia | |
| Phase | : L100 | Case Assessment, Development and Administration | |
| Task | : L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Telephone conference with client re: appeal and settlement issues | | Transferred 0.70 |

**Total for Date worked:** 11/10/2006

| | Billable Time | (100.00%): | 0.70 |
|---|---|---|---|
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | | 0.70 |

| Date worked: | 11/15/2006 | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | |
| Matter: | 04 | City of Newark Project | |
| Location | : KOFP | King of Prussia | |
| Phase | : L100 | Case Assessment, Development and Administration | |
| Task | : L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Telephone conference with counsel for Federal re: settlement; draft correspondence with settlement demand; intra-office conference re: 3rd Circuit issues; legal research Mandamus claim and issues re: stay | | Transferred 3.30 |

**Total for Date worked:** 11/15/2006

| | Billable Time | (100.00%): | 3.30 |
|---|---|---|---|
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | | 3.30 |

A-743

# Powell Trachtman Logan Carrie & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|
| **Date worked:** | 11/18/2006 | | | |
| | Client: | 3514 | Durkin Contracting, Inc., Donald M. | Time qty. |
| | Matter: | 04 | City of Newark Project | |
| | Location : | KOFP | King of Prussia | |
| | Phase | : L200 | Pre-Trial Pleadings and Motions | |
| | Task | : L210 | Pleadings | |
| | Activity: | A111 | Other | |
| | Billable: | Billable | | |
| | Narrative: | Review and legal research Mandamus Action; preparation of response | | 2.40 |
| Total for Date worked: | 11/18/2006 | | Billable Time (100.00%): | 2.40 |
| | | | Non-Billable Time ( 0.00%): | 0.00 |
| | | | Total Time: | 2.40 |
| | | | Transferred | |

| **Date worked:** | 11/20/2006 | | | |
|---|---|---|---|---|
| | Client: | 3514 | Durkin Contracting, Inc., Donald M. | Time qty. |
| | Matter: | 04 | City of Newark Project | |
| | Location : | KOFP | King of Prussia | |
| | Phase | : L500 | Appeal | |
| | Task | : L510 | Appellate Motions and Submissions | |
| | Activity: | A111 | Other | |
| | Billable: | Billable | | |
| | Narrative: | Notice of Appeal; intra-office conference re: response to 3rd Circuit re: Stay and interlocutory nature of appeal; legal research re: legal effect of "striking" Motions; telephone conference with counsel for Federal | | 3.30 |
| | | | Transferred | |
| Total for Date worked: | 11/20/2006 | | Billable Time (100.00%): | 3.30 |
| | | | Non-Billable Time ( 0.00%): | 0.00 |
| | | | Total Time: | 3.30 |

A-744

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper:** 002    Paul A. Logan

| Date worked: | 11/21/2006 | | | Time qty. |
|---|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | | |
| Matter: | 04 | City of Newark Project | | |
| Location : | KOFP | King of Prussia | | |
| Phase | : L100 | Case Assessment, Development and Administration | | |
| Task | : L120 | Analysis/Strategy | | |
| Activity: | A111 | Other | | |
| Billable: | Billable | | Transferred | |
| Narrative: | Legal research; intra-office conference and edit draft response to 3rd Circuit | | | 2.90 |

| Total for Date worked: | 11/21/2006 | Billable Time (100.00%): | 2.90 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 2.90 |

| Date worked: | 11/22/2006 | | | Time qty. |
|---|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | | |
| Matter: | 04 | City of Newark Project | | |
| Location : | KOFP | King of Prussia | | |
| Phase | : L100 | Case Assessment, Development and Administration | | |
| Task | : L120 | Analysis/Strategy | | |
| Activity: | A111 | Other | | |
| Billable: | Billable | | Transferred | |
| Narrative: | Finalize correspondence to 3rd Circuit; intra-office conference; correspondence to client | | | 1.60 |

| Total for Date worked: | 11/22/2006 | Billable Time (100.00%): | 1.60 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 1.60 |

A-745

# Powell Trachtman Logan Carrie & Lombardo

**Timekeeper:** 002    Paul A. Logan

| | | | |
|---|---|---|---|
| **Date worked:** | 11/24/2006 | | Time qty. |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | |
| Matter: | 04 | City of Newark Project | |
| Location | : KOFP | King of Prussia | |
| Phase | : L100 | Case Assessment, Development and Administration | |
| Task | : L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Review City of Newark filing; correspondence to attorney for City re: mediation | Transferred | 1.80 |

| | | |
|---|---|---|
| **Total for Date worked:** 11/24/2006 | Billable Time (100.00%): | 1.80 |
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 1.80 |

| | | | |
|---|---|---|---|
| **Date worked:** | 11/27/2006 | | Time qty. |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | |
| Matter: | 04 | City of Newark Project | |
| Location | : KOFP | King of Prussia | |
| Phase | : L100 | Case Assessment, Development and Administration | |
| Task | : L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Review Order; finalize correspondence to attorney re: mediation; intra-office conference re: briefing schedule | Transferred | 1.90 |

| | | |
|---|---|---|
| **Total for Date worked:** 11/27/2006 | Billable Time (100.00%): | 1.90 |
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 1.90 |

A-746

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|
| Date worked: | 11/28/2006 | | | Time qty. |
| | Client: | 3514 | Durkin Contracting, Inc., Donald M. | |
| | Matter: | 04 | City of Newark Project | |
| | Location : | KOFP | King of Prussia | |
| | Phase : | L100 | Case Assessment, Development and Administration | |
| | Task : | L120 | Analysis/Strategy | |
| | Activity: | A111 | Other | |
| | Billable: | Billable | | |
| | Narrative: | Review and edit memorandum re: City appeal bond | | Transferred 0.70 |

| Total for Date worked: | 11/28/2006 | Billable Time (100.00%): | 0.70 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.70 |

| Date worked: | 11/29/2006 | | | Time qty. |
|---|---|---|---|---|
| | Client: | 3514 | Durkin Contracting, Inc., Donald M. | |
| | Matter: | 04 | City of Newark Project | |
| | Location : | KOFP | King of Prussia | |
| | Phase : | L100 | Case Assessment, Development and Administration | |
| | Task : | L120 | Analysis/Strategy | |
| | Activity: | A111 | Other | |
| | Billable: | Billable | | |
| | Narrative: | Intra-office conference re: Third Circuit Order; settlement issues | | Transferred 2.80 |

| Total for Date worked: | 11/29/2006 | Billable Time (100.00%): | 2.80 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 2.80 |

A-747

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|
| Date worked: | 11/30/2006 | | | Time qty. |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | | 0.30 |
| Matter: | 04 | City of Newark Project | | |
| Location | : KOFP | King of Prussia | | |
| Phase | : L100 | Case Assessment, Development and Administration | | |
| Task | : L110 | Fact Investigation/Development | | |
| Activity: | A111 | Other | | |
| Billable: | Billable | | | |
| Narrative: | Review correspondence; briefing schedule | | Transferred | |

| Total for Date worked: | 11/30/2006 | Billable Time (100.00%): | 0.30 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.30 |

| Date worked: | 12/5/2006 | | | Time qty. |
|---|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | | 0.70 |
| Matter: | 04 | City of Newark Project | | |
| Location | : KOFP | King of Prussia | | |
| Phase | : L100 | Case Assessment, Development and Administration | | |
| Task | : L120 | Analysis/Strategy | | |
| Activity: | A111 | Other | | |
| Billable: | Billable | | | |
| Narrative: | Telephone conference with client; review Court order re: briefs | | Transferred | |

| Total for Date worked: | 12/5/2006 | Billable Time (100.00%): | 0.70 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.70 |

A-748

# Powell Trachtman Logan Carrie & Lombardo

**Timekeeper:** 002    Paul A. Logan

| Date worked: | 12/6/2006 | | | Time qty. |
|---|---|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | | | |
| **Matter:** 04 | City of Newark Project | | | |
| **Location** : KOFP | King of Prussia | | | |
| **Phase** : L100 | Case Assessment, Development and Administration | | | |
| **Task** : L120 | Analysis/Strategy | | | |
| **Activity:** A111 | Other | | | 1.80 |
| **Billable:** Billable | | | | |
| **Narrative:** Telephone conference with client re: settlement and execution issues | | | Transferred | |

| Total for Date worked: | 12/6/2006 | Billable Time (100.00%): | 1.80 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 1.80 |

| Date worked: | 12/7/2006 | | | Time qty. |
|---|---|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | | | |
| **Matter:** 04 | City of Newark Project | | | |
| **Location** : KOFP | King of Prussia | | | |
| **Phase** : L100 | Case Assessment, Development and Administration | | | |
| **Task** : L120 | Analysis/Strategy | | | |
| **Activity:** A111 | Other | | | 2.20 |
| **Billable:** Billable | | | | |
| **Narrative:** Legal research; draft correspondence to Third Circuit per Order re: effect of November 27, 2006, clarifying order of District Court | | | Transferred | |

| Total for Date worked: | 12/7/2006 | Billable Time (100.00%): | 2.20 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 2.20 |

A-749

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 002 | Paul A. Logan | | |
|---|---|---|---|
| Date worked: 12/8/2006 | | | Time qty. |
| Client: 3514 | Durkin Contracting, Inc., Donald M. | | 1.00 |
| Matter: 04 | City of Newark Project | | |
| Location : KOFP | King of Prussia | | |
| Phase : L100 | Case Assessment, Development and Administration | | |
| Task : L120 | Analysis/Strategy | | |
| Activity: A111 | Other | | |
| Billable: Billable | | | |
| Narrative: Legal research re: District Court jurisdiction | | Transferred | |

| Total for Date worked: 12/8/2006 | Billable Time (100.00%): | 1.00 |
|---|---|---|
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 1.00 |

| Date worked: 12/9/2006 | | | Time qty. |
|---|---|---|---|
| Client: 3514 | Durkin Contracting, Inc., Donald M. | | 1.00 |
| Matter: 04 | City of Newark Project | | |
| Location : KOFP | King of Prussia | | |
| Phase : L100 | Case Assessment, Development and Administration | | |
| Task : L120 | Analysis/Strategy | | |
| Activity: A111 | Other | | |
| Billable: Billable | | | |
| Narrative: Finalize correspondence to Third Circuit | | Transferred | |

| Total for Date worked: 12/9/2006 | Billable Time (100.00%): | 1.00 |
|---|---|---|
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 1.00 |

A-750

**Timekeeper:** 002    Paul A. Logan

**Date worked:** 12/11/2006

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | |
| Matter: | 04 | City of Newark Project | |
| Location | : KOFP | King of Prussia | |
| Phase | : L100 | Case Assessment, Development and Administration | |
| Task | : L120 | Analysis/Strategy | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Finalize correspondence to Third Circuit; telephone conference with client re: meeting with City Mayor | | Transferred 1.10 |

**Total for Date worked:** 12/11/2006

    Billable Time    (100.00%):    1.10
    Non-Billable Time    ( 0.00%):    0.00
    Total Time:    1.10

**Date worked:** 12/12/2006

| | | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | |
| Matter: | 04 | City of Newark Project | |
| Location | : KOFP | King of Prussia | |
| Phase | : L100 | Case Assessment, Development and Administration | |
| Task | : L110 | Fact Investigation/Development | |
| Activity: | A111 | Other | |
| Billable: | Billable | | |
| Narrative: | Review correspondence and documents re: new reservoir issues and City's response to Third Circuit | | Transferred 1.10 |

**Total for Date worked:** 12/12/2006

    Billable Time    (100.00%):    1.10
    Non-Billable Time    ( 0.00%):    0.00
    Total Time:    1.10

A-751

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | | |
|---|---|---|---|---|---|
| Date worked: | 12/13/2006 | | | Time qty. | 1.00 |
| | Client: | 3514 | Durkin Contracting, Inc., Donald M. | | |
| | Matter: | 04 | City of Newark Project | | |
| | Location | : | KOFP | King of Prussia | |
| | Phase | : | L100 | Case Assessment, Development and Administration | |
| | Task | : | L120 | Analysis/Strategy | |
| | Activity: | A111 | Other | | |
| | Billable: | Billable | | | |
| | Narrative: | Telephone conference with client re: settlement issues | | Transferred | |

| Total for Date worked: | 12/13/2006 | Billable Time (100.00%): | 1.00 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 1.00 |

| Date worked: | 12/18/2006 | | | Time qty. | 1.10 |
|---|---|---|---|---|---|
| | Client: | 3514 | Durkin Contracting, Inc., Donald M. | | |
| | Matter: | 04 | City of Newark Project | | |
| | Location | : | KOFP | King of Prussia | |
| | Phase | : | L100 | Case Assessment, Development and Administration | |
| | Task | : | L120 | Analysis/Strategy | |
| | Activity: | A111 | Other | | |
| | Billable: | Billable | | | |
| | Narrative: | Telephone conference with new counsel for City, telephone conference with counsel for Surety | | Transferred | |

| Total for Date worked: | 12/18/2006 | Billable Time (100.00%): | 1.10 |
|---|---|---|---|
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 1.10 |

A-752

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 002 | Paul A. Logan | | |
|---|---|---|---|---|
| Date worked: | 12/19/2006 | | | Time qty. |
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | | |
| Matter: | 04 | City of Newark Project | | |
| Location | : KOFP | King of Prussia | | |
| Phase | : L100 | Case Assessment, Development and Administration | | |
| Task | : L120 | Analysis/Strategy | | |
| Activity: | A111 | Other | | |
| Billable: | Billable | | | |
| Narrative: | Telephone conference with Craig Calabria; telephone conference with client; intra-office conference re: Post Trial Motion | | | 1.50 |
| | | | Transferred | |

| Total for Date worked: | 12/19/2006 | | Billable Time (100.00%): | 1.50 |
|---|---|---|---|---|
| | | | Non-Billable Time ( 0.00%): | 0.00 |
| | | | Total Time: | 1.50 |

| Date worked: | 1/2/2007 | | | Time qty. |
|---|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | | |
| Matter: | 04 | City of Newark Project | | |
| Location | : KOFP | King of Prussia | | |
| Phase | : L100 | Case Assessment, Development and Administration | | |
| Task | : L120 | Analysis/Strategy | | |
| Activity: | A111 | Other | | |
| Billable: | Billable | | | |
| Narrative: | Correspondence to attorney for Federal re: Tolling Agreement | | | 0.30 |
| | | | Transferred | |

| Total for Date worked: | 1/2/2007 | | Billable Time (100.00%): | 0.30 |
|---|---|---|---|---|
| | | | Non-Billable Time ( 0.00%): | 0.00 |
| | | | Total Time: | 0.30 |

A-753

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper:** 002    Paul A. Logan

**Date worked:** 1/3/2007

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location:** KOFP | King of Prussia | |
| **Phase:** L100 | Case Assessment, Development and Administration | |
| **Task:** L120 | Analysis/Strategy | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Telephone conference with client re: engineering issues and settlement | Transferred | 0.80 |

| | | | |
|---|---|---|---|
| **Total for Date worked:** 1/3/2007 | | Billable Time (100.00%): | 0.80 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 0.80 |

| | | | |
|---|---|---|---|
| **Total for Timekeeper:** 002    Paul A. Logan | | Billable Time (100.00%): | 120.60 |
| | | Non-Billable Time ( 0.00%): | 0.00 |
| | | Total Time: | 120.60 |

| | | |
|---|---|---|
| **Grand Total:** | Billable Time (100.00%): | 120.60 |
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 120.60 |

A-754