# David T. Bolger, Esquire

## Timesheets for
## Post Trial Activities

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 030 | David T. Bolger | | | | |
|---|---|---|---|---|---|
| Date worked: | 10/6/2006 | | | | Time qty. |
| | Client: 3514 | Durkin Contracting, Inc., Donald M. | | | |
| | Matter: 04 | City of Newark Project | | | |
| | Location : KOFP | King of Prussia | | | |
| | Phase : L500 | Appeal | | | |
| | Task : L510 | Appellate Motions and Submissions | | | |
| | Activity: A106 | Communicate (with client) | | | |
| | Billable: Billable | | | | |
| | Narrative: Telecons with client, e-mails to M. Flora, reorganize materials for post-trial filings | | | | 8.80 |
| Total for Date worked: | 10/6/2006 | | Billable Time (100.00%): | | 8.80 |
| | | | Non-Billable Time ( 0.00%): | | 0.00 |
| | | | Transferred Total Time: | | 8.80 |
| Date worked: | 10/10/2006 | | | | Time qty. |
| | Client: 3514 | Durkin Contracting, Inc., Donald M. | | | |
| | Matter: 04 | City of Newark Project | | | |
| | Location : KOFP | King of Prussia | | | |
| | Phase : L500 | Appeal | | | |
| | Task : L510 | Appellate Motions and Submissions | | | |
| | Activity: A111 | Other | | | |
| | Billable: Billable | | | | |
| | Narrative: Discussions with MGT and PAL regarding error in judgment entered by the Court, draft letter to court regarding same, discussions with M. Flora regarding back-up documentation for post-trial motions, review materials for supporting documentation | | | | 7.20 |
| Total for Date worked: | 10/10/2006 | | Billable Time (100.00%): | | 7.20 |
| | | | Non-Billable Time ( 0.00%): | | 0.00 |
| | | | Transferred Total Time: | | 7.20 |

A-756

Tuesday, January 23, 2007

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: 030 | David T. Bolger | |
|---|---|---|

| Date worked: 10/11/2006 | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase** : L500 | Appeal | |
| **Task** : L510 | Appellate Motions and Submissions | |
| **Activity:** A105 | Communicate (in firm) | |
| **Billable:** Billable | | 6.60 |
| **Narrative:** Discussions with client, T. Ramsey, M. Flora regarding materials for post-trial motions, timing of appeal | | Transferred |

| Total for Date worked: 10/11/2006 | Billable Time (100.00%): | 6.60 |
|---|---|---|
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 6.60 |

| Date worked: 10/12/2006 | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase** : L500 | Appeal | |
| **Task** : L510 | Appellate Motions and Submissions | |
| **Activity:** A105 | Communicate (in firm) | |
| **Billable:** Billable | | 6.70 |
| **Narrative:** Discussions with M. Flora regarding latest order from Court on correcting judgment amount, telecons and e-mails to Federal and consultants regarding requests for information from the media | | Transferred |

| Total for Date worked: 10/12/2006 | Billable Time (100.00%): | 6.70 |
|---|---|---|
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 6.70 |

Fay Hunsberger (FBH)

A-757

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper:  030      David T. Bolger**

| | | Time qty. |
|---|---|---|
| **Date worked:   10/13/2006** | | |
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase** : L500 | Appeal | |
| **Task** : L510 | Appellate Motions and Submissions | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Discussion with counsel for Newark regarding additional error in computation of verdict amount (URS verdict amount) by the Court | Transferred | 1.30 |

| | | | |
|---|---|---|---|
| **Total for Date worked:** | 10/13/2006 | Billable Time    (100.00%): | 1.30 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 1.30 |

| | | Time qty. |
|---|---|---|
| **Date worked:   10/16/2006** | | |
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase** : L500 | Appeal | |
| **Task** : L510 | Appellate Motions and Submissions | |
| **Activity:** A104 | Review/analyze | |
| **Billable:** Billable | | |
| **Narrative:** Research jury verdict form, convert for M. Flora, review contents of post-trial motions with M. Flora | Transferred | 5.90 |

| | | | |
|---|---|---|---|
| **Total for Date worked:** | 10/16/2006 | Billable Time    (100.00%): | 5.90 |
| | | Non-Billable Time    ( 0.00%): | 0.00 |
| | | Total Time: | 5.90 |

A-758

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper: 030     David T. Bolger**

| **Date worked: 10/17/2006** | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.60 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** : | L500 | Appeal | |
| **Task** : | L510 | Appellate Motions and Submissions | |
| **Activity:** | A111 | Other | |
| **Billable:** | Billable | | |
| **Narrative:** | | Accumulate materials for pretrial, review invoices and charges with M. Flora for attorney fee petition | Transferred |

| **Total for Date worked: 10/17/2006** | | | |
|---|---|---|---|
| | | **Billable Time** (100.00%): | 5.60 |
| | | **Non-Billable Time** ( 0.00%): | 0.00 |
| | | **Total Time:** | 5.60 |

| **Date worked: 10/18/2006** | | | Time qty. |
|---|---|---|---|
| **Client:** | 3514 | Durkin Contracting, Inc., Donald M. | 5.10 |
| **Matter:** | 04 | City of Newark Project | |
| **Location :** | KOFP | King of Prussia | |
| **Phase** : | L500 | Appeal | |
| **Task** : | L510 | Appellate Motions and Submissions | |
| **Activity:** | A104 | Review/analyze | |
| **Billable:** | Billable | | |
| **Narrative:** | Review drafts of motions | | Transferred |

| **Total for Date worked: 10/18/2006** | | | |
|---|---|---|---|
| | | **Billable Time** (100.00%): | 5.10 |
| | | **Non-Billable Time** ( 0.00%): | 0.00 |
| | | **Total Time:** | 5.10 |

A-759

# Powell Trachtman Logan Carrle & Lombardo

Timekeeper:  030     David T. Bolger

| Date worked: | 10/19/2006 | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase | : L500 | Appeal | |
| Task | : L510 | Appellate Motions and Submissions | |
| Activity: | A102 | Research | |
| Billable: | Billable | | |
| Narrative: | | Review research on motions for attorney's fees, review drafts of motions, affidavit in support of attorney's fees motion | Transferred | 7.20 |

| Total for Date worked: | 10/19/2006 | Billable Time | (100.00%): | 7.20 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 7.20 |

| Date worked: | 10/20/2006 | | Time qty. |
|---|---|---|---|
| Client: | 3514 | Durkin Contracting, Inc., Donald M. | |
| Matter: | 04 | City of Newark Project | |
| Location : | KOFP | King of Prussia | |
| Phase | : L500 | Appeal | |
| Task | : L510 | Appellate Motions and Submissions | |
| Activity: | A104 | Review/analyze | |
| Billable: | Billable | | |
| Narrative: | | Contact Federal for information on affidavit, telecons with M. Flora regarding content of supporting documentation, review and limitation of invoice categories | Transferred | 7.80 |

| Total for Date worked: | 10/20/2006 | Billable Time | (100.00%): | 7.80 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | | 7.80 |

A-760

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper:  030    David T. Bolger**

**Date worked:    10/23/2006**

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L500 | Appeal | |
| **Task :** L510 | Appellate Motions and Submissions | |
| **Activity:** A103 | Draft/revise | |
| **Billable:** Billable | | |
| **Narrative:** Review and revise briefs; meeting with S. Fallon regarding affidavit for fee petition | | 9.10 |

**Total for Date worked:    10/23/2006**

| | | |
|---|---|---|
| Billable Time | (100.00%): | 9.10 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 9.10 |

Transferred

**Date worked:    10/24/2006**

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L500 | Appeal | |
| **Task :** L510 | Appellate Motions and Submissions | |
| **Activity:** A103 | Draft/revise | |
| **Billable:** Billable | | |
| **Narrative:** Revisions to opening brief and PAL certification | | 4.10 |

**Total for Date worked:    10/24/2006**

| | | |
|---|---|---|
| Billable Time | (100.00%): | 4.10 |
| Non-Billable Time | ( 0.00%): | 0.00 |
| | Total Time: | 4.10 |

Transferred

A-761

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper: 030      David T. Bolger**

## Date worked: 10/25/2006

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase** : L500 | Appeal | |
| **Task** : L510 | Appellate Motions and Submissions | |
| **Activity:** A103 | Draft/revise | |
| **Billable:** Billable | | |
| **Narrative:** Finalize and file post-trial motions, review motions from the City, meeting with PAL and M. Flora regarding same | | Transferred |
| | | 9.30 |

**Total for Date worked:     10/25/2006**

| | |
|---|---|
| Billable Time      (100.00%): | 9.30 |
| Non-Billable Time   ( 0.00%): | 0.00 |
| Total Time: | 9.30 |

## Date worked: 10/26/2006

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase** : L500 | Appeal | |
| **Task** : L510 | Appellate Motions and Submissions | |
| **Activity:** A111 | Other | |
| **Billable:** Billable | | |
| **Narrative:** Coordinate assembly and copying of appendices, send to court for filing | | Transferred |
| | | 6.60 |

**Total for Date worked:     10/26/2006**

| | |
|---|---|
| Billable Time      (100.00%): | 6.60 |
| Non-Billable Time   ( 0.00%): | 0.00 |
| Total Time: | 6.60 |

A-762

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper:  030    David T. Bolger | | Time qty. |
|---|---|---|
| **Date worked:**  10/27/2006 | | |
| Client: 3514 | Durkin Contracting, Inc., Donald M. | |
| Matter: 04 | City of Newark Project | |
| Location : KOFP | King of Prussia | |
| Phase   : L500 | Appeal | |
| Task    : L510 | Appellate Motions and Submissions | |
| Activity: A106 | Communicate (with client) | |
| Billable: Billable | | |
| Narrative: Review motions filed by the City, discuss with M. Flora, discuss and provide to client | | |

| Total for Date worked: | 10/27/2006 | | Billable Time    (100.00%): | 3.10 |
|---|---|---|---|---|
| | | Transferred | Non-Billable Time  ( 0.00%): | 0.00 |
| | | | Total Time: | 3.10 |

| **Date worked:**  10/30/2006 | | Time qty. |
|---|---|---|
| Client: 3514 | Durkin Contracting, Inc., Donald M. | |
| Matter: 04 | City of Newark Project | |
| Location : KOFP | King of Prussia | |
| Phase   : L500 | Appeal | |
| Task    : L510 | Appellate Motions and Submissions | |
| Activity: A111 | Other | |
| Billable: Billable | | |
| Narrative: Review Scott Killen affidavit, discuss with client | | |

| Total for Date worked: | 10/30/2006 | | Billable Time    (100.00%): | 1.50 |
|---|---|---|---|---|
| | | Transferred | Non-Billable Time  ( 0.00%): | 0.00 |
| | | | Total Time: | 1.50 |

A-763

# Powell Trachtman Logan Carrle & Lombardo

| Timekeeper: | 030 | David T. Bolger | | |
|---|---|---|---|---|
| Date worked: | 10/31/2006 | | | Time qty. |
| | Client: 3514 | Durkin Contracting, Inc., Donald M. | | |
| | Matter: 04 | City of Newark Project | | |
| Location : KOFP | | King of Prussia | | |
| Phase : L500 | | Appeal | | |
| Task : L510 | | Appellate Motions and Submissions | | |
| Activity: A105 | | Communicate (in firm) | | |
| Billable: Billable | | | | Transferred |
| Narrative: | Discussions with PAL and M. Flora regarding Judge striking all post-trial motions, discussion of timetable for 3rd Cir. appeal, plan to file 3rd Cir. appeal and research impact of striking post-trial motions. | | | 3.40 |

| Total for Date worked: | 10/31/2006 | Billable Time | (100.00%): | 3.40 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 3.40 |

| Date worked: | 11/1/2006 | | | Time qty. |
|---|---|---|---|---|
| | Client: 3514 | Durkin Contracting, Inc., Donald M. | | |
| | Matter: 04 | City of Newark Project | | |
| Location : KOFP | | King of Prussia | | |
| Phase : L500 | | Appeal | | |
| Task : L510 | | Appellate Motions and Submissions | | |
| Activity: A104 | | Review/analyze | | |
| Billable: Billable | | | | Transferred |
| Narrative: | Review portions of transcript received from Court | | | 4.60 |

| Total for Date worked: | 11/1/2006 | Billable Time | (100.00%): | 4.60 |
|---|---|---|---|---|
| | | Non-Billable Time | ( 0.00%): | 0.00 |
| | | | Total Time: | 4.60 |

A-764

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper:** 030    David T. Bolger

| | | | | Time qty. |
|---|---|---|---|---|

**Date worked:** 11/2/2006

**Client:** 3514    Durkin Contracting, Inc., Donald M.
**Matter:** 04    City of Newark Project
**Location :** KOFP    King of Prussia
**Phase :** L500    Appeal
**Task :** L510    Appellate Motions and Submissions
**Activity:** A102    Research
**Billable:** Billable

**Narrative:** Research on appellate procedures for post-trial appeals, continue review of transcripts    Transferred    5.60

**Total for Date worked:** 11/2/2006

| | Billable Time | (100.00%): | 5.60 |
|---|---|---|---|
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 5.60 |

**Date worked:** 11/6/2006

**Client:** 3514    Durkin Contracting, Inc., Donald M.
**Matter:** 04    City of Newark Project
**Location :** KOFP    King of Prussia
**Phase :** L500    Appeal
**Task :** L510    Appellate Motions and Submissions
**Activity:** A106    Communicate (with client)
**Billable:** Billable

**Narrative:** Telecon with J. Durkin regarding City meeting on decisions with respect to 3rd Circuit appeal, meeting with PAL and F. Nofer regarding options for settlement proposal    Transferred    2.90

**Total for Date worked:** 11/6/2006

| | Billable Time | (100.00%): | 2.90 |
|---|---|---|---|
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 2.90 |

A-765

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper: 030**  David T. Bolger

**Date worked: 11/8/2006**

| | | | Time qty. |
|---|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | | |
| **Matter:** 04 | City of Newark Project | | |
| **Location :** KOFP | King of Prussia | | |
| **Phase :** L500 | Appeal | | |
| **Task :** L510 | Appellate Motions and Submissions | | |
| **Activity:** A104 | Review/analyze | | |
| **Billable:** Billable | | | |
| **Narrative:** Review City's motion and exhibits for relief from supersedeas bond | | | 2.30 |

| | | Transferred |
|---|---|---|
| | Billable Time | (100.00%): | 2.30 |
| **Total for Date worked: 11/8/2006** | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 2.30 |

**Date worked: 11/10/2006**

| | | | Time qty. |
|---|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | | |
| **Matter:** 04 | City of Newark Project | | |
| **Location :** KOFP | King of Prussia | | |
| **Phase :** L500 | Appeal | | |
| **Task :** L510 | Appellate Motions and Submissions | | |
| **Activity:** A104 | Review/analyze | | |
| **Billable:** Billable | | | |
| **Narrative:** Review motion and exhibits of City's motion to stay execution on judgment | | | 2.50 |

| | | Transferred |
|---|---|---|
| | Billable Time | (100.00%): | 2.50 |
| **Total for Date worked: 11/10/2006** | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 2.50 |

A-766

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper:   030        David T. Bolger**

**Date worked:   11/13/2006**

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase    :** L500 | Appeal | |
| **Task     :** L510 | Appellate Motions and Submissions | |
| **Activity:** A105 | Communicate (in firm) | |
| **Billable:** Billable | | 1.20 |

**Narrative:** Discussion with M. Flora and PAL regarding responses to motions filed by the City

| | Transferred | |
|---|---|---|
| **Billable Time** (100.00%): | | 1.20 |
| **Non-Billable Time** ( 0.00%): | | 0.00 |
| **Total for Date worked:   11/13/2006** | **Total Time:** | 1.20 |

**Date worked:   11/14/2006**

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase    :** L500 | Appeal | |
| **Task     :** L510 | Appellate Motions and Submissions | |
| **Activity:** A105 | Communicate (in firm) | |
| **Billable:** Billable | | 3.80 |

**Narrative:** Discussion regarding request from 3rd Circuit for opinion letter on status of appeal, review caselaw on final determinations

| | Transferred | |
|---|---|---|
| **Billable Time** (100.00%): | | 3.80 |
| **Non-Billable Time** ( 0.00%): | | 0.00 |
| **Total for Date worked:   11/14/2006** | **Total Time:** | 3.80 |

A-767

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper: 030    David T. Bolger**

| **Date worked: 11/16/2006** | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L500    2 | Appeal | |
| **Task :** L510 | Appellate Motions and Submissions | |
| **Activity:** A103 | Draft/revise | |
| **Billable:** Billable | | |
| **Narrative:** Review caselaw and draft letter to 3rd Circuit regarding finality of District Court striking post-trial motions | | 3.10 |

| **Total for Date worked:    11/16/2006** | | |
|---|---|---|
| | Billable Time    (100.00%): | 3.10 |
| | Non-Billable Time    ( 0.00%): | 0.00 |
| | Total Time: | 3.10 |

| **Date worked: 11/17/2006** | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L500 | Appeal | |
| **Task :** L510 | Appellate Motions and Submissions | |
| **Activity:** A105 | Communicate (in firm) | |
| **Billable:** Billable | | |
| **Narrative:** Discussions with M. Flora and PAL regarding settlement offers to/from City, post-trial briefs | | 2.20 |

| **Total for Date worked:    11/17/2006** | | |
|---|---|---|
| | Billable Time    (100.00%): | 2.20 |
| | Non-Billable Time    ( 0.00%): | 0.00 |
| | Total Time: | 2.20 |

A-768

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper:   030          David T. Bolger**

**Date worked:   11/20/2006**

| | | | Time qty. |
|---|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | | |
| **Matter:** 04 | City of Newark Project | | |
| **Location :** KOFP | King of Prussia | | |
| **Phase   :** L500 | Appeal | | |
| **Task   :** L510 | Appellate Motions and Submissions | | |
| **Activity:** A103 | Draft/revise | | 1.60 |
| **Billable:** Billable | | | |

**Narrative:** Final revisions and filing of letter to 3rd Circuit

**Total for Date worked:      11/20/2006**

| | | |
|---|---|---|
| | Billable Time        (100.00%): | 1.60 |
| Transferred | Non-Billable Time    ( 0.00%): | 0.00 |
| | Total Time: | 1.60 |

**Date worked:   11/21/2006**

| | | | Time qty. |
|---|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | | |
| **Matter:** 04 | City of Newark Project | | |
| **Location :** KOFP | King of Prussia | | |
| **Phase   :** L500 | Appeal | | |
| **Task   :** L510 | Appellate Motions and Submissions | | |
| **Activity:** A108 | Communicate (other external) | | 1.60 |
| **Billable:** Billable | | | |

**Narrative:** Discussions with counsel for the City and Federal regarding response to 3rd Circuit
request for position on striking of post-trial motions, possibility of settlement

**Total for Date worked:      11/21/2006**

| | | |
|---|---|---|
| | Billable Time        (100.00%): | 1.60 |
| Transferred | Non-Billable Time    ( 0.00%): | 0.00 |
| | Total Time: | 1.60 |

A-769

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper:  030     David T. Bolger**

| | | | Time qty. |
|---|---|---|---|
| **Date worked:** | 11/22/2006 | | |
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. |
| | **Matter:** | 04 | City of Newark Project |
| | **Location :** | KOFP | King of Prussia |
| | **Phase   :** | L500 | Appeal |
| | **Task    :** | L510 | Appellate Motions and Submissions |
| | **Activity:** | A105 | Communicate (in firm) |
| | **Billable:** | Billable | |
| | **Narrative:** | | Discussions with PAL and M. Flora, counsel for Federal and the City regarding the | |
| | | possibility of mediation, use of 3rd Circuit mediation program or District Court magistrate | Transferred |
| | | | 2.30 |

| | | Billable Time   (100.00%): | 2.30 |
|---|---|---|---|
| **Total for Date worked:** | 11/22/2006 | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 2.30 |

| | | | Time qty. |
|---|---|---|---|
| **Date worked:** | 11/27/2006 | | |
| | **Client:** | 3514 | Durkin Contracting, Inc., Donald M. |
| | **Matter:** | 04 | City of Newark Project |
| | **Location :** | KOFP | King of Prussia |
| | **Phase   :** | L500 | Appeal |
| | **Task    :** | L510 | Appellate Motions and Submissions |
| | **Activity:** | A104 | Review/analyze |
| | **Billable:** | Billable | |
| | **Narrative:** | | Review and discussion of District Court's amended order removing language striking | |
| | | post-trial motions, discussion with client regarding same, e-mail to City notifying that | |
| | | DMD is reconsidering position on viability of post-trial motions, discussion regarding | |
| | | amended briefing schedule in District Court on post-trial motions | Transferred |
| | | | 4.60 |

| | | Billable Time   (100.00%): | 4.60 |
|---|---|---|---|
| **Total for Date worked:** | 11/27/2006 | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 4.60 |

A-770

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper:  030    David T. Bolger**

**Date worked:  11/28/2006**

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase** : L500 | Appeal | |
| **Task** : L510 | Appellate Motions and Submissions | |
| **Activity:** A104 | Review/analyze | |
| **Billable:** Billable | | |
| **Narrative:** Review and revisions to response to City's motion for reduction/waiver of the supersedeas bond | Transferred | 7.20 |

**Total for Date worked:    11/28/2006**

| | |
|---|---|
| Billable Time    (100.00%): | 7.20 |
| Non-Billable Time    ( 0.00%): | 0.00 |
| Total Time: | 7.20 |

**Date worked:  11/30/2006**

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase** : L500 | Appeal | |
| **Task** : L510 | Appellate Motions and Submissions | |
| **Activity:** A107 | Communicate (other outside counsel) | |
| **Billable:** Billable | | |
| **Narrative:** Discussion with counsel for City regarding revised briefing schedule, update on settlement discussions with the City | Transferred | 1.10 |

**Total for Date worked:    11/30/2006**

| | |
|---|---|
| Billable Time    (100.00%): | 1.10 |
| Non-Billable Time    ( 0.00%): | 0.00 |
| Total Time: | 1.10 |

A-771

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper:   030**        David T. Bolger

**Date worked:   12/1/2006**

| | | Time qty: |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase   :** L500 | Appeal | |
| **Task   :** L510 | Appellate Motions and Submissions | |
| **Activity:** A104 | Review/analyze | |
| **Billable:** Billable | | |
| **Narrative:** Review and transmit District Court revised order on post-trial motions | | 0.70 |

**Total for Date worked:       12/1/2006**

| | |
|---|---|
| Billable Time      (100.00%): | 0.70 |
| Non-Billable Time   ( 0.00%): | 0.00 |
| Total Time: | 0.70 |

**Date worked:   12/4/2006**

| | | Time qty: |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase   :** L500 | Appeal | |
| **Task   :** L510 | Appellate Motions and Submissions | |
| **Activity:** A105 | Communicate (in firm) | |
| **Billable:** Billable | | |
| **Narrative:** Discussion with M. Flora and P. Logan regarding action in response to District Court's ruling | Transferred | 1.30 |

**Total for Date worked:       12/4/2006**

| | |
|---|---|
| Billable Time      (100.00%): | 1.30 |
| Non-Billable Time   ( 0.00%): | 0.00 |
| Total Time: | 1.30 |

A-772

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper:    030        David T. Bolger**

**Date worked:    12/8/2006**

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase  :** L500 | Appeal | |
| **Task  :** L510 | Appellate Motions and Submissions | |
| **Activity:** A104 | Review/analyze | |
| **Billable:** Billable | | |
| **Narrative:** Review and discuss letter to 3rd Circuit in response to District Court order, review caselaw regarding final order and evaluate options for retaining jurisdiction | | 3.40 |

| | | | |
|---|---|---|---|
| **Total for Date worked:** | 12/8/2006 | Billable Time   (100.00%): | 3.40 |
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 3.40 |

**Date worked:    12/11/2006**

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase  :** L500 | Appeal | |
| **Task  :** L510 | Appellate Motions and Submissions | |
| **Activity:** A105 | Communicate (in firm) | |
| **Billable:** Billable | | |
| **Narrative:** Discussion with M. Flora, revisions to letter to Federal regarding Transferred filing deadline. | 3rd Circuit, e-mail to | 1.60 |

| | | | |
|---|---|---|---|
| **Total for Date worked:** | 12/11/2006 | Billable Time   (100.00%): | 1.60 |
| | | Non-Billable Time   ( 0.00%): | 0.00 |
| | | Total Time: | 1.60 |

A-773

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper:** 030    David T. Bolger

**Date worked:** 12/12/2006

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L500 | Appeal | |
| **Task :** L510 | Appellate Motions and Submissions | |
| **Activity:** A105 | Communicate (in firm) | |
| **Billable:** Billable | | |
| **Narrative:** Telecon and e-mails regarding confirmation from 3rd Circuit for ongoing filing requirements while decision is pending on jurisdiction | | 0.40 |

**Total for Date worked:** 12/12/2006

| | Billable Time (100.00%): | 0.40 |
|---|---|---|
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 0.40 |

**Date worked:** 12/13/2006

| | | Time qty. |
|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | |
| **Matter:** 04 | City of Newark Project | |
| **Location :** KOFP | King of Prussia | |
| **Phase :** L500 | Appeal | |
| **Task :** L510 | Appellate Motions and Submissions | |
| **Activity:** A105 | Communicate (in firm) | |
| **Billable:** Billable | | |
| **Narrative:** Review response letter from counsel for the City, discussions regarding content in concise statement of facts, revise concise statement of facts | | 2.10 |

**Total for Date worked:** 12/13/2006

| | Billable Time (100.00%): | 2.10 |
|---|---|---|
| | Non-Billable Time ( 0.00%): | 0.00 |
| | Total Time: | 2.10 |

A-774

# Powell Trachtman Logan Carrle & Lombardo

**Timekeeper: 030**     David T. Bolger

| Date worked: | 12/20/2006 | | Time qty. |
|---|---|---|---|
| **Client:** 3514 | Durkin Contracting, Inc., Donald M. | | |
| **Matter:** 04 | City of Newark Project | | |
| **Location :** KOFP | King of Prussia | | |
| **Phase** : L500 | Appeal | | |
| **Task** : L510 | Appellate Motions and Submissions | | |
| **Activity:** A104 | Review/analyze | | |
| **Billable:** Billable | | | |
| **Narrative:** Review request for extension of time on answering briefs by new counsel for City of Newark | | | Transferred   0.40 |

**Total for Date worked:** 12/20/2006

| | | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 0.40 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 0.40 |

**Total for Timekeeper:** 030    David T. Bolger

| | | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 219.40 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 219.40 |

**Grand Total:**

| | | | |
|---|---|---|---|
| | Billable Time | (100.00%): | 219.40 |
| | Non-Billable Time | ( 0.00%): | 0.00 |
| | | Total Time: | 219.40 |

A-775