# Marsha E. Flora, Esquire

# Timesheets for
# Post Trial Activities

A-776

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

October 6, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/6/06 | 3514 | 04 | 1.5 | L400 | L460 | A101 | Post trial preparation: strategize regarding appeal issues |
| 10/6/06 | 3514 | 04 | 4.5 | L400 | L460 | A102 | Research regarding damages and jury instructions |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-777

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

October 9, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 10/9/06 | 3514 | 04 | 10 | L400 | L460 | A110 | Post trial preparation: organize all trial files in anticipation of appeal and post trial motions |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-778

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

October 10, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/10/06 | 3514 | 04 | 3.0 | L400 | L460 | A102 | Conduct research regarding interest calculation on contract damages, and review and analyze cases regarding the same |
| 10/10/06 | 3514 | 04 | 1.5 | L400 | L460 | A101 | Strategize regarding argument regarding collection of pre judgment interest |
| 10/10/06 | 3514 | 04 | .5 | L400 | L460 | A106 | Conduct conference with Jim Durkin regarding calculating of interest due |
| 10/10/06 | 3514 | 04 | 1.0 | L400 | L460 | A102 | Conduct research regarding lodestar |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

October 11, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/11/06 | 3514 | 04 | 4.0 | L400 | L460 | A102 | Conduct research regarding interest calculation on contract damages and post termination damages, and review and analyze cases regarding the same |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-780

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

October 12, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/12/06 | 3514 | 04 | .5 | L400 | L460 | A105 | Conference with Paul Logan and David Bolger regarding post trial motions |
| 10/12/06 | 3514 | 04 | 1.0 | L400 | L460 | A103 | Work on complicated interest calculation for prejudgment interest |
| 10/12/06 | 3514 | 04 | 2.3 | L400 | L460 | A102 | Conduct research regarding post trial interest and interest on civil rights verdicts |
| 10/12/06 | 3514 | 04 | 1.0 | L400 | L460 | A106 | Conference with Jim Durkin regarding calculation of interest |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-781

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

October 13, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/13/06 | 3514 | 04 | 2.5 | L400 | L460 | A103 | Work on complicated interest calculation for prejudgment interest and post judgment interest |
| 10/13/06 | 3514 | 04 | 1.0 | L400 | L460 | A102 | Conduct research regarding post trial interest and interest on civil rights verdicts and compounding of interest; review cases regarding same |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-782

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

October 14, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/14/06 | 3514 | 04 | .5 | L400 | L460 | A103 | Work on complicated interest calculation for prejudgment interest and post judgment interest |
| 10/14/06 | 3514 | 04 | 2.0 | L400 | L460 | A102 | Conduct research regarding post trial interest and interest on civil rights verdicts and compounding of interest; review cases regarding same |
| 10/14/06 | 3514 | 04 | 1.0 | L400 | L460 | A106 | Conference with client regarding calculation of the prejudgment and post judgment interest |
| 10/14/06 | 3514 | 04 | 2.0 | L400 | L460 | A102 | Conduct research regarding lodestar; review cases regarding same |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-783

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

October 16, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/16/06 | 3514 | 04 | .6 | L400 | L460 | A103 | Work on complicated interest calculation for prejudgment interest and post judgment interest |
| 10/16/06 | 3514 | 04 | .5 | L400 | L460 | A102 | Conduct research regarding post trial interest and interest on civil rights verdicts; review cases regarding same |
| 10/16/06 | 3514 | 04 | .5 | L400 | L460 | A106 | Conference with client regarding calculation of the prejudgment and post judgment interest |
| 10/16/06 | 3514 | 04 | 3.7 | L400 | L460 | A102 | Conduct research regarding Section 1988; review cases regarding same |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-784

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

October 17, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/17/06 | 3514 | 04 | 1.0 | L400 | L460 | A103 | Work on complicated interest calculation for prejudgment interest and post judgment interest |
| 10/17/06 | 3514 | 04 | 3.5 | L400 | L460 | A102 | Conduct research regarding post trial motions; review cases regarding same |
| 10/17/06 | 3514 | 04 | 1.0 | L400 | L460 | A106 | Conference with client regarding calculation of the prejudgment and post judgment interest |
| 10/17/06 | 3514 | 04 | 2.0 | L400 | L460 | A102 | Conduct research regarding Section 1988; review cases regarding same |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-785

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

October 18, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/18/06 | 3514 | 04 | .5 | L400 | L460 | A103 | Work on complicated interest calculation for prejudgment interest and post judgment interest |
| 10/18/06 | 3514 | 04 | 5.3 | L400 | L460 | A102 | Conduct research regarding post trial motions including Rule 50, Rule 59, Rule 54,, Section 1961, Section 1988; review cases regarding same |
| 10/18/06 | 3514 | 04 | .5 | L400 | L460 | A106 | Conference with client regarding calculation of the prejudgment and post judgment interest |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-786

# CONTRACT ATTORNEY TIME SHEET:

## _MARSHA E. FLORA_

October 19, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/19/06 | 3514 | 04 | 1.0 | L400 | L460 | A101 | Strategize regarding post trial motions |
| 10/19/06 | 3514 | 04 | 5.8 | L400 | L460 | A102 | Conduct research regarding post trial motions including Rule 50, Rule 59, Rule 54, Section 1961, Section 1988, lodestar enhancement; review cases regarding same |
| 10/19/06 | 3514 | 04 | .5 | L400 | L400 | A106 | Conference with client regarding calculation of the prejudgment and post judgment interest |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-787

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

October 20, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/20/06 | 3514 | 04 | .7 | L400 | L460 | A101 | Strategize regarding post trial motions |
| 10/20/06 | 3514 | 04 | 1.0 | L400 | L460 | A102 | Conduct research regarding post trial motions including Rule 50, Rule 59, Rule 54, Section 1961, Section 1988, lodestar enhancement; review cases regarding same |
| 10/20/06 | 3514 | 04 | .3 | L400 | L460 | A106 | Conference with client regarding calculation of the prejudgment and post judgment interest |
| 10/20/06 | 3514 | 04 | .8 | L400 | L460 | A103 | Draft affidavit for third party certification of attorney fee rates |
| 10/20/06 | 3514 | 04 | 6.5 | L400 | L460 | A103 | Draft opening brief in support of post judgment and prejudgment interest |

A-788

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

October 21, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/21/06 | 3514 | 04 | .5 | L400 | L460 | A101 | Strategize regarding post trial motions |
| 10/21/06 | 3514 | 04 | 3.5 | L400 | L460 | A102 | Conduct research regarding post trial motions including Rule 50, Rule 59, Rule 54, Section 1961, Section 1988, lodestar enhancement; review cases regarding same |
| 10/21/06 | 3514 | 04 | .9 | L400 | L460 | A102 | Conduct research regarding bill of costs |
| 10/21/06 | 3514 | 04 | 1.1 | L400 | L460 | A104 | Review, analyze and organize fees and costs for Section 1988 motion |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-789

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

October 22, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/22/06 | 3514 | 04 | 8.5 | L400 | L460 | A103 | Draft opening brief for section 1988 fee petition |
| 10/22/06 | 3514 | 04 | 1.5 | L400 | L460 | A102 | Conduct research regarding Section 1988, lodestar enhancement; review cases regarding same |
| 10/22/06 | 3514 | 04 | 1.2 | L400 | L460 | A104 | Review, analyze and organize fees and costs for Section 1988 motion |
| 10/22/06 | 3514 | 04 | .8 | L400 | L460 | A103 | Draft affidavit for Paul Logan regarding attorney fee petition |

A-790

## CONTRACT ATTORNEY TIME SHEET:

### _MARSHA E. FLORA_

October 23, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/23/06 | 3514 | 04 | 7.5 | L400 | L400 | A103 | Draft opening brief for section 1988 fee petition |
| 10/23/06 | 3514 | 04 | 4.3 | L400 | L460 | A104 | Review, analyze and organize fees and costs for Section 1988 motion |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

October 24, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 10/24/06 | 3514 | 04 | 4.4 | L400 | L460 | A103 | Draft opening brief and affidavit in support thereof for section 1988 fee petition and prepare for filing |
| 10/24/06 | 3514 | 04 | 2.5 | L400 | L460 | A104 | Review, analyze and organize and update fees and costs for Section 1988 motion |
| 10/24/06 | 3514 | 04 | 3.5 | L400 | L460 | A110 | Organize Appendix for brief for section 1988 fee petition with detailed fees and costs backup |
| 10/24/06 | 3514 | 04 | 1.5 | L400 | L460 | A103 | Draft detailed motion for section 1988 fee petition |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-792

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

October 25, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/25/06 | 3514 | 04 | 4 | L400 | L460 | A103 | Draft opening brief and affidavit in support thereof for section 1988 fee petition and prepare for filing |
| 10/25/06 | 3514 | 04 | 1.5 | L400 | L460 | A104 | Review, analyze and organize and update fees and costs for Section 1988 motion |
| 10/25/06 | 3514 | 04 | 2.5 | L400 | L460 | A110 | Organize Appendix for brief for section 1988 fee petition with detailed fees and costs backup |
| 10/25/06 | 3514 | 04 | 2.5 | L400 | L460 | A102 | Conduct research regarding post trial motions |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-793

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

October 27, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 10/27/06 | 3514 | 04 | 2.5 | L400 | L460 | A102 | Conduct research regarding post trial motions |
| 10/27/06 | 3514 | 04 | .5 | L400 | L460 | A104 | Review, analyze and strategize regarding the City's post trial motions |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-794

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

October 29, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/29/06 | 3514 | 04 | 1.5 | L400 | L460 | A102 | Conduct research regarding post trial motions |
| 10/29/06 | 3514 | 04 | 1.0 | L400 | L460 | A104 | Review, analyze and strategize regarding the City's post trial motions |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-795

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

October 30, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|--------------|---------------|-----------|-------|------|----------|-------------|
| 10/30/06 | 3514 | 04 | 2.0 | L400 | L460 | A102 | Conduct research regarding post trial motions |
| 10/30/06 | 3514 | 04 | 2.0 | L400 | L460 | A104 | Review, analyze and strategize regarding the City's post trial motions |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-796

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

October 31, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 10/31/06 | 3514 | 04 | 1.0 | L400 | L460 | A102 | Conduct research regarding post trial motions |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-797

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

November 1, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 11/01/06 | 3514 | 04 | .8 | L400 | L460 | A102 | Conduct research regarding post trial motions |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-798

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

November 2, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 11/2/06 | 4368 | 02 | 2.5 | L200 | L240 | A102 | Conduct research regarding declaratory relief; conduct research regarding interpretation of contract language and incorporation clauses; review cases regarding same |
| 11/2/06 | 4368 | 02 | 1.0 | L200 | L240 | A102 | Review and analyze rules regarding filing motion for summary judgment and Judge Golden's specific rules regarding dispositive motions; review document and notice of removal |
| 11/2/06 | 4368 | 02 | 1.0 | L200 | L240 | A103 | Draft affidavit for Scott Haines in support of motion for partial summary judgment |
| 11/2/06 | 4368 | 02 | 2.5 | L200 | L240 | A103 | Review and analyze file and draft statement of undisputed facts in support of motion for partial summary judgment |
| 11/2/06 | 4368 | 02 | 5.8 | L200 | L240 | A103 | Draft motion for partial summary judgment on declaratory relief (Count 1) |
| | | | | | | | |
| | | | | | | | |

A-799

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

November 3, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 11/03/06 | 3514 | 04 | 2.5 | L400 | L460 | A102 | Conduct research regarding post trial motions; review cases regarding same |
| 11/03/06 | 3514 | 04 | 3.3 | L400 | L460 | A102 | Conduct research regarding appeal and jurisdiction; review cases regarding same |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

November 4, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 11/04/06 | 3514 | 04 | 1.5 | L400 | L460 | A102 | Conduct research regarding post trial motions; review cases regarding same |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-801

**CONTRACT ATTORNEY TIME SHEET:**

*MARSHA E. FLORA*

November 5, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 11/05/06 | 3514 | 04 | 2.2 | L400 | L460 | A102 | Conduct research regarding post trial motions; review cases regarding same |
| 11/05/06 | 3514 | 04 | 1.8 | L400 | L460 | A102 | Conduct research regarding filing time for post trial motions and district court's authority to extend the time, if any; review cases regarding same |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-802

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

November 6, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 11/06/06 | 3514 | 04 | 1.3 | L400 | L460 | A102 | Conduct research regarding post trial motions; review cases regarding same |
| 11/06/06 | 3514 | 04 | 5.6 | L400 | L460 | A102 | Conduct research regarding appeal, stay, tolling of time, motions of attorneys fees on appeal; jurisdiction after an appeal has been taken; review cases regarding same |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-803

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

November 7, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 11/07/06 | 3514 | 04 | .5 | L400 | L460 | A102 | Conduct research regarding appeal; review cases regarding same |
| 11/07/06 | 3514 | 04 | .5 | L400 | L460 | A102 | Meeting with David Bolger and Paul Logan regarding next steps and strategy |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-804

## CONTRACT ATTORNEY TIME SHEET:

### _MARSHA E. FLORA_

November 8, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 11/08/06 | 3514 | 04 | 5.0 | L400 | L460 | A102 | Conduct research regarding appeal, jurisdiction and Rule 50 motions based on Court's 10/31/06 Order; review cases regarding same |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

**CONTRACT ATTORNEY TIME SHEET:**

*MARSHA E. FLORA*

November 9, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 11/09/06 | 3514 | 04 | 2.0 | L400 | L460 | A102 | Conduct research regarding appeal, jurisdiction and Rule 50 motions based on Court's 10/31/06 Order; review cases regarding same |
| 11/09/06 | 3514 | 04 | .3 | L400 | L460 | A105 | Meeting with Paul Logan and David Bolger regarding next steps and strategy |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-806

**CONTRACT ATTORNEY TIME SHEET:**

*MARSHA E. FLORA*

November 10, 2006

| Date | Client Number | Matter Number | Time (hrs) | Phase | Task | Activity | Description |
|---|---|---|---|---|---|---|---|
| 11/10/06 | 3514 | 04 | 6.2 | L400 | L460 | A102 | Conduct research regarding appeal, jurisdiction and Rule 50, 59, 60 motions based on Court's 10/31/06 Order; review cases regarding same |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-807

**CONTRACT ATTORNEY TIME SHEET:**

*MARSHA E. FLORA*

November 14, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 11/14/06 | 3514 | 04 | 5.5 | L400 | L460 | A102 | Conduct research regarding appeal, jurisdiction and Rule 50 motions based on Court's 10/31/06 Order; review cases regarding same |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-808

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

November 18, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 11/18/06 | 3514 | 04 | 7.5 | L400 | L460 | A102 | Conduct research regarding appeal, jurisdiction and Rule 50 motions, post trial motions based on Court's 10/31/06 Order; review cases regarding same |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-809

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

November 20, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 11/20/06 | 3514 | 04 | 6.5 | L400 | L460 | A102 | Conduct research regarding question presented by Third Circuit regarding appeal |
| 11/20/06 | 3514 | 04 | 1.5 | L400 | L460 | A103 | Prepare correspondence to Third Circuit regarding appeal |
| 11/20/06 | 3514 | 04 | 2.5 | L400 | L460 | A101 | Prepare appeal papers on post trial motions |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-810

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

November 21, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 11/21/06 | 3514 | 04 | 7.5 | L400 | L460 | A102 | Conduct research regarding stay, bond, jurisdiction and review cases regarding same |
| 11/21/06 | 3514 | 04 | 1.0 | L400 | L460 | A104 | Analyze Mandamus papers filed by the City |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-811

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

November 22, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 11/22/06 | 3514 | 04 | 4.5 | L400 | L460 | A102 | Conduct research regarding mandamus, stay, bond, jurisdiction and review cases regarding same |
| 11/22/06 | 3514 | 04 | .6 | L400 | L460 | A105 | Strategize regarding next steps; conference with Paul Logan and David Bolger |
| 11/22/06 | 3514 | 04 | 1.0 | L400 | L460 | A103 | Revise letter to Third Circuit and prepare for filing |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

*A-812*

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

November 25, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 11/25/06 | 3514 | 04 | 6.5 | L400 | L460 | A102 | Conduct research regarding post trial motions and review cases regarding same |
| 11/25/06 | 3514 | 04 | 3.5 | L400 | L460 | A104 | Review and analyze audit report and duties and responsibilities of council; review and analyze all council meeting minutes regarding bond |
| 11/25/06 | 3514 | 04 | 2.5 | L400 | L460 | A104 | Review and analyze City's moving papers regarding bond and stay ad supporting documentation |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-813

**CONTRACT ATTORNEY TIME SHEET:**

*MARSHA E. FLORA*

November 27, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 11/27/06 | 3514 | 04 | 4.5 | L400 | L460 | A102 | Conduct research regarding post trial motions; conduct research regarding circumstances of bond waiver; conduct research regarding time for appeal and the lower court's ability to revise/vacate orders and review cases regarding same |
| 11/27/06 | 3514 | 04 | 5.9 | L400 | L460 | A103 | Draft response regarding bond waiver requirement |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-814

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

November 28, 2006

| Date | Client Number | Matter Number | Time (hrs) | Phase | Task | Activity | Description |
|---|---|---|---|---|---|---|---|
| 11/28/06 | 3514 | 04 | 4.5 | L400 | L400 | A102 | Review trial transcripts |
| 11/28/06 | 3514 | 04 | 1.5 | L400 | L460 | A103 | Draft response regarding bond waiver requirement and correspondence to court |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-815

# CONTRACT ATTORNEY TIME SHEET:

## _MARSHA E. FLORA_

November 29, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 11/29/06 | 3514 | 04 | 2.5 | L400 | L460 | A104 | Review trial transcripts |
| 11/29/06 | 3514 | 04 | 1.5 | L400 | L460 | A102 | Conduct research regarding court's 11/27/06 clarification order; review cases regarding same |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-816