# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

December 1, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 12/1/06 | 3514 | 04 | 2.2 | L400 | L460 | A102 | Conduct research regarding stay and bond; review cases regarding same |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-817

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

December 2, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 12/2/06 | 3514 | 04 | 4.0 | L400 | L460 | A102 | Conduct research regarding post trial motions and appeal |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-818

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

December 3, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 12/3/06 | 3514 | 04 | 6.5 | L400 | L460 | A104 | Review trial transcripts; analyze objections |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-819

# CONTRACT ATTORNEY TIME SHEET:

## _MARSHA E. FLORA_

December 4, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 12/4/06 | 3514 | 04 | 5.1 | L400 | L460 | A104 | Review trial transcripts; analyze objections |
| 12/4/06 | 3514 | 04 | .5 | L400 | L460 | A105 | Strategize regarding next steps |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-820

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

December 5, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 12/5/06 | 3514 | 04 | 6.6 | L400 | L460 | A104 | Review trial transcripts |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-821

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

December 6, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 12/6/06 | 3514 | 04 | 4.5 | L400 | L460 | A104 | Review trial transcripts |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-822

# CONTRACT ATTORNEY TIME SHEET:

## _MARSHA E. FLORA_

December 8, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 12/8/06 | 3514 | 04 | 3.5 | L400 | L460 | A104 | Review trial transcripts |
| 12/8/06 | 3514 | 04 | 1.0 | L500 | L530 | A103 | Prepare CIS for Third Circuit |
| 12/8/06 | 3514 | 04 | .4 | L500 | L530 | A107 | Phone calls to Third Circuit regarding status and documents to file; draft correspondence accordingly |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-823

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

December 9, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 12/9/06 | 3514 | 04 | 3.3 | L400 | L460 | A104 | Review trial transcripts |
| 12/9/06 | 3514 | 04 | 4.5 | L400 | L460 | A102 | Work on post trial motions |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-824

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

December 11, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 12/11/06 | 3514 | 04 | 4.2 | L400 | L460 | A104 | Review trial transcripts |
| 12/11/06 | 3514 | 04 | 3.5 | L400 | L460 | A102 | Work on post trial motions |
| 12/11/06 | 3514 | 04 | .7 | L400 | L460 | A103 | Draft letter to Third Circuit regarding appeal issue |
| 12/11/06 | 3514 | 04 | 1.3 | L400 | L460 | A102 | Conduct regarding issues raised by Third Circuit |
| 12/11/06 | 3514 | 04 | 1.5 | L400 | L460 | A105 | Strategize regarding next steps |
| | | | | | | | |
| | | | | | | | |

A-825

# CONTRACT ATTORNEY TIME SHEET:

## _MARSHA E. FLORA_

December 12, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|--------------|---------------|-----------|-------|------|----------|-------------|
| 12/12/06 | 3514 | 04 | 3.2 | L400 | L460 | A104 | Review trial transcripts |
| 12/12/06 | 3514 | 04 | 2.5 | L400 | L460 | A102 | Work on post trial motions |
| 12/12/06 | 3514 | 04 | .5 | L400 | L460 | A105 | Strategize regarding next steps |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-826

# CONTRACT ATTORNEY TIME SHEET:

## _MARSHA E. FLORA_

December 13, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 12/13/06 | 3514 | 04 | 2.0 | L400 | L460 | A104 | Review trial transcripts |
| 12/13/06 | 3514 | 04 | 3.5 | L400 | L460 | A102 | Work on post trial motions |
| 12/13/06 | 3514 | 04 | .5 | L400 | L460 | A105 | Strategize regarding next steps |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-827

# CONTRACT ATTORNEY TIME SHEET:

## _MARSHA E. FLORA_

December 14, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 12/14/06 | 3514 | 04 | 2.2 | L400 | L460 | A104 | Review trial transcripts |
| 12/14/06 | 3514 | 04 | 4.0 | L400 | L460 | A102 | Work on post trial motions and create overview of testimony |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-828

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

December 15, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|------|------|------|------|------|------|------|
| 12/15/06 | 3514 | 04 | 3.5 | L400 | L460 | A104 | Review documents and the record |
| 12/15/06 | 3514 | 04 | .5 | L400 | L460 | A105 | Strategize regarding next steps |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-829

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

December 16, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 12/16/06 | 3514 | 04 | 3.5 | L400 | L460 | A104 | Review trial transcripts and exhibits |
| 12/16/06 | 3514 | 04 | 3.5 | L400 | L460 | A102 | Work on post trial motions |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

December 17, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 12/17/06 | 3514 | 04 | .7 | L400 | L460 | A104 | Review trial transcripts and exhibits |
| 12/17/06 | 3514 | 04 | 1.5 | L400 | L460 | A102 | Work on post trial motions |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-831

# CONTRACT ATTORNEY TIME SHEET:

## _MARSHA E. FLORA_

December 18, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 12/18/06 | 3514 | 04 | 4.5 | L400 | L460 | A102 | Conduct research regarding plain error |
| 12/18/06 | 3514 | 04 | 3 | L400 | L460 | A102 | Work on post trial motions |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-832

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

December 19, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 12/19/06 | 3514 | 04 | .8 | L400 | L460 | A102 | Conduct research regarding plain error |
| 12/19/06 | 3514 | 04 | 2.5 | L400 | L460 | A102 | Work on post trial motions |
| 12/19/06 | 3514 | 04 | .7 | L400 | L460 | A105 | Strategize regarding next steps |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-833

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

December 20, 2006

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 12/20/06 | 3514 | 04 | 2.0 | L400 | L460 | A102 | Conduct research regarding plain error |
| 12/20/06 | 3514 | 04 | 1.0 | L400 | L460 | A105 | Strategize regarding next steps |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-834

# CONTRACT ATTORNEY TIME SHEET:

## MARSHA E. FLORA

January 5, 2007

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|--------------|--------------|-----------|-------|------|----------|-------------|
| 1/5/07 | 3514 | 04 | 3.0 | L400 | L460 | A102 | Work on post trial motions and review and analyze trial transcript |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-835

**CONTRACT ATTORNEY TIME SHEET:**

*MARSHA E. FLORA*

January 7, 2007

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 1/7/07 | 3514 | 04 | 5.5 | L400 | L460 | A102 | Work on post trial motions and review and analyze trial transcript |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

January 8, 2007

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 1/8/07 | 3514 | 04 | 4.5 | L400 | L400 | A102 | Work on post trial motions and review and analyze trial transcript |
| 1/8/07 | 3514 | 04 | .8 | L400 | L460 | A105 | Strategize regarding next steps |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-837

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

January 10, 2007

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 1/10/07 | 3514 | 04 | 7.5 | L400 | L460 | A102 | Work on post trial motions and review and analyze trial transcript |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-838

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

January 11, 2007

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 1/11/07 | 3514 | 04 | 8.5 | L400 | L460 | A102 | Work on post trial motions and review and analyze trial transcript |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-839

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

January 14, 2007

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|------------|-------|------|----------|-------------|
| 1/14/07 | 3514 | 04 | 5.3 | L400 | L460 | A102 | Work on post trial motions and review and analyze trial transcript |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

# CONTRACT ATTORNEY TIME SHEET:

## *MARSHA E. FLORA*

January 15, 2007

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 1/15/07 | 3514 | 04 | 2.0 | L400 | L460 | A102 | Work on post trial motions and review and analyze trial transcript |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-841

# CONTRACT ATTORNEY TIME SHEET:

## MARSHA E. FLORA

January 17, 2007

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|------|---------------|---------------|-----------|-------|------|----------|-------------|
| 1/17/07 | 3514 | 04 | .5 | L400 | L460 | A102 | Work on post trial motions and review and analyze trial transcript |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-842

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

January 18, 2007

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 1/18/07 | 3514 | 04 | 5.1 | L400 | L460 | A102 | Work on post trial motions and review and analyze trial transcript |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-843

CONTRACT ATTORNEY TIME SHEET:

*MARSHA E. FLORA*

January 20, 2007

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 1/20/07 | 3514 | 04 | 4.9 | L400 | L460 | A102 | Work on post trial motions and review and analyze trial transcript |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

A-844

## CONTRACT ATTORNEY TIME SHEET:

### *MARSHA E. FLORA*

January 21, 2007

| DATE | CLIENT NUMBER | MATTER NUMBER | TIME (HRS) | PHASE | TASK | ACTIVITY | DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 1/21/07 | 3514 | 04 | .9 | L400 | L460 | A102 | Work on post trial motions and review and analyze trial transcript |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

A-845