```
PROGRAM: GENIRG-2171368                                      Powell Trachtman Logan Carrle & Lombardo, P.C.                           PAGE: 1
SESSION: RP-IRG/1105/1                                               EXPENSE TYPE REPORT                                              DATE: 01/22/07
REPORT : EXPTYPE-21784              ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007                        TIME: 15:25:49
                                                   EXPENSE TYPE: E101 Copying
```

| CLIENT ID | MATTER ID | ORIGINATOR ID | MATTER DESCRIPTION | ORIGINATOR NAME | EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 3514 | | | | | | | | | |
| 04 | | | | | | | | | |
| | | | Durkin Contracting, | | | | | | |
| | | | City of Newark Proje | | | | | | |
| | CM-EXE/9783/145 | | | | | 07/23/2002 | | .30 | .30 |
| | CM-EXE/11888/46 | | | | | 12/23/2003 | | 2.40 | 2.40 |
| | CM-EXE/12022/51 | | | | | 01/30/2004 | | .60 | .60 |
| | CM-EXE/12094/22 | | | | | 02/06/2004 | | 2.10 | 2.10 |
| | CM-EXE/12061/36 | | | | | 02/11/2004 | | 9.00 | 9.00 |
| | CM-EXE/12136/45 | | | | | 02/29/2004 | | 11.40 | 11.40 |
| | CM-EXE/12191/17 | | | | | 03/18/2004 | | 15.90 | 15.90 |
| | CM-EXE/12200/44 | | | | | 03/19/2004 | | .60 | .60 |
| | CM-EXE/12250/17 | | | | | 03/31/2004 | | 27.45 | 27.45 |
| | CM-EXE/12251/49 | | | | | 03/31/2004 | | 63.00 | 63.00 |
| | CM-EXE/12258/12 | | | | | 03/31/2004 | | 3.45 | 3.45 |
| | CM-EXE/12297/8 | | | | | 04/08/2004 | | 84.30 | 84.30 |
| | CM-EXE/12299/19 | | | | | 04/08/2004 | | 48.30 | 48.30 |
| | CM-EXE/12303/33 | | | | | 04/08/2004 | | 179.10 | 179.10 |
| | CM-EXE/12324/25 | | | | | 04/14/2004 | | .45 | .45 |
| | CM-EXE/12328/42 | | | | | 04/15/2004 | | .90 | .90 |
| | CM-EXE/12334/24 | | | | | 04/16/2004 | | 37.20 | 37.20 |
| | CM-EXE/12368/48 | | | | | 04/28/2004 | | 25.20 | 25.20 |
| | CM-EXE/12371/52 | | | | | 04/28/2004 | | 15.45 | 15.45 |
| | CM-EXE/12427/47 | | | | | 05/10/2004 | | 2.25 | 2.25 |
| | CM-EXE/12475/60 | | | | | 05/19/2004 | | 6.30 | 6.30 |
| | CM-EXE/12540/68 | | | | | 06/03/2004 | | 1.35 | 1.35 |
| | CM-EXE/12563/28 | | | | | 06/09/2004 | | 1.65 | 1.65 |

A-846

```
PROGRAM: GENRG-2171368                    Powell Trachtman Logan Carrle & Lombardo, P.C.                          PAGE: 2
SESSION: RP-IRG/1105/1                                  EXPENSE TYPE REPORT                                       DATE: 01/22/07
REPORT : EXPTYPE-21784     ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007            TIME: 15:25:49
                                            EXPENSE TYPE: E101 Copying
```

| CLIENT ID / MATTER ID / ORIGINATOR ID / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|
| 3514 Durkin Contracting, (Continued) | | | | |
| 04 City of Newark Proje (Continued) | | | | |
| CM-EXE/12601/19 | 06/21/2004 | | 70.35 | 70.35 |
| CM-EXE/12616/115 | 06/24/2004 | | 2.40 | 2.40 |
| CM-EXE/12642/41 | 06/30/2004 | | 54.90 | 54.90 |
| CM-EXE/12642/95 | 06/30/2004 | | 1.50 | 1.50 |
| CM-EXE/12643/10 | 06/30/2004 | | 386.25 | 386.25 |
| CM-EXE/12676/30 | 07/08/2004 | | 1.50 | 1.50 |
| CM-EXE/12763/67 | 07/30/2004 | | 37.65 | 37.65 |
| CM-EXE/12793/28 | 08/09/2004 | | 6.15 | 6.15 |
| CM-EXE/12795/83 | 08/09/2004 | | 40.05 | 40.05 |
| CM-EXE/12820/7 | 08/16/2004 | | 161.40 | 161.40 |
| CM-EXE/12888/7 | 08/30/2004 | | 25.65 | 25.65 |
| CM-EXE/12906/76 | 09/02/2004 | | 58.20 | 58.20 |
| CM-EXE/12977/43 | 09/20/2004 | | 3.75 | 3.75 |
| CM-EXE/13046/34 | 10/01/2004 | | 30.15 | 30.15 |
| CM-EXE/13100/32 | 10/18/2004 | | 5.25 | 5.25 |
| CM-EXE/13176/54 | 10/30/2004 | | 9.30 | 9.30 |
| CM-EXE/13273/26 | 11/22/2004 | | 1.80 | 1.80 |
| CM-EXE/13290/28 | 11/23/2004 | | 77.25 | 77.25 |
| CM-EXE/13301/18 | 11/30/2004 | | 2.10 | 2.10 |
| CM-EXE/13303/25 | 11/30/2004 | | 349.20 | 349.20 |
| CM-EXE/13301/19 | 11/30/2004 | 12/15/2004 | 1.80 | 1.80 |
| CM-EXE/13301/20 | 11/30/2004 | 12/15/2004 | 4.65 | 4.65 |
| CM-EXE/13447/67 | 01/05/2005 | | 16.05 | 16.05 |
| CM-EXE/13447/69 | 01/05/2005 | 02/09/2005 | 4.35 | 4.35 |

```
PROGRAM: GENIRG-2171368                                                    PAGE: 3
SESSION: RP-IRG/1105/1                                                      DATE: 01/22/07
REPORT : EXPTYPE-21784                                                      TIME: 15:25:49
```

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E101 Copying

| CLIENT ID / MATTER ID / ORIGINATOR ID — CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|
| 3514 Durkin Contracting, (Continued) | | | | |
| 04 City of Newark Proje (Continued) | | | | |
| CM-EXE/13516/59 | 01/24/2005 | | .90 | .90 |
| CM-EXE/13564/52 | 02/04/2005 | | 8.40 | 8.40 |
| CM-EXE/13564/54 | 02/04/2005 | 03/08/2005 | .75 | .75 |
| CM-EXE/13587/18 | 02/10/2005 | | .45 | .45 |
| CM-EXE/13589/24 | 02/10/2005 | | 10.50 | 10.50 |
| CM-EXE/13771/67 | 03/28/2005 | | 12.30 | 12.30 |
| CM-EXE/13782/47 | 03/29/2005 | | 121.95 | 121.95 |
| CM-EXE/13796/12 | 04/04/2005 | | 2.10 | 2.10 |
| CM-EXE/13797/20 | 04/04/2005 | | .30 | .30 |
| CM-EXE/13825/28 | 04/11/2005 | | 3.45 | 3.45 |
| CM-EXE/13882/24 | 04/21/2005 | | 1.65 | 1.65 |
| CM-EXE/13883/19 | 04/22/2005 | | 6.30 | 6.30 |
| CM-EXE/13894/16 | 04/26/2005 | | .60 | .60 |
| CM-EXE/13933/13 | 05/05/2005 | | 1.05 | 1.05 |
| CM-EXE/13934/42 | 05/05/2005 | | 12.45 | 12.45 |
| CM-EXE/14057/45 | 05/31/2005 | | 10.65 | 10.65 |
| CM-EXE/14122/23 | 06/15/2005 | | 3.90 | 3.90 |
| CM-EXE/14128/30 | 06/15/2005 | | 1.05 | 1.05 |
| CM-EXE/14130/37 | 06/15/2005 | | 36.00 | 36.00 |
| CM-EXE/14145/37 | 06/28/2005 | | 1.65 | 1.65 |
| CM-EXE/14252/62 | 07/25/2005 | | 24.30 | 24.30 |
| CM-EXE/14270/19 | 07/29/2005 | | 20.55 | 20.55 |
| CM-EXE/14346/12 | 08/18/2005 | | 2.55 | 2.55 |

A-848

```
PROGRAM: GENIRG-2171368               Powell Trachtman Logan Carrle & Lombardo, P.C.                    PAGE: 4
SESSION: RP-IRG/1105/1                              EXPENSE TYPE REPORT                                  DATE: 01/22/07
REPORT : EXPTYPE-21784    ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007    TIME: 15:25:49
                                         EXPENSE TYPE: E101 Copying
```

| CLIENT ID / MATTER ID / ORIGINATOR ID / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|
| **3514 Durkin Contracting, (Continued)** | | | | |
| **04 City of Newark Proje (Continued)** | | | | |
| CM-EXE/14399/28 | 08/31/2005 | | 6.15 | 6.15 |
| CM-EXE/14400/35 | 08/31/2005 | | 119.70 | 119.70 |
| CM-EXE/14435/30 | 09/01/2005 | | 6.30 | 6.30 |
| CM-EXE/14441/30 | 09/01/2005 | | 2.40 | 2.40 |
| CM-EXE/14462/15 | 09/16/2005 | | 46.35 | 46.35 |
| CM-EXE/14506/32 | 09/25/2005 | | 3.30 | 3.30 |
| CM-EXE/14521/29 | 09/28/2005 | | 96.60 | 96.60 |
| CM-EXE/14591/60 | 10/19/2005 | | 11.70 | 11.70 |
| CM-EXE/14591/61 | 10/19/2005 | 11/14/2005 | 5.70 | 5.70 |
| CM-EXE/14591/62 | 10/19/2005 | 11/14/2005 | .90 | .90 |
| CM-EXE/14619/29 | 10/28/2005 | | 11.70 | 11.70 |
| CM-EXE/14659/42 | 11/10/2005 | | 32.25 | 32.25 |
| CM-EXE/14717/26 | 11/28/2005 | | 135.30 | 135.30 |
| CM-EXE/14723/32 | 11/28/2005 | | 7.05 | 7.05 |
| CM-EXE/14748/28 | 12/07/2005 | | 6.30 | 6.30 |
| CM-EXE/14750/28 | 12/07/2005 | | 2.25 | 2.25 |
| CM-EXE/14748/30 | 12/07/2005 | 01/12/2006 | 6.60 | 6.60 |
| CM-EXE/14812/48 | 12/27/2005 | | 4.35 | 4.35 |
| CM-EXE/14813/31 | 12/27/2005 | | .15 | .15 |
| CM-EXE/14815/34 | 12/27/2005 | | 6.00 | 6.00 |
| CM-EXE/14870/33 | 01/16/2006 | | 7.80 | 7.80 |
| CM-EXE/14881/31 | 01/16/2006 | | .30 | .30 |
| CM-EXE/14882/34 | 01/16/2006 | | 33.45 | 33.45 |
| CM-EXE/14906/30 | 01/27/2006 | | .60 | .60 |

A-849

```
PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carlie & Lombardo, P.C.                      PAGE: 5
SESSION: RP-IRG/1105/1                                   EXPENSE TYPE REPORT                                   DATE: 01/22/07
REPORT : EXPTYPE-21784      ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007        TIME: 15:25:49
                                              EXPENSE TYPE: E101 Copying
```

| CLIENT ID<br>MATTER ID<br>ORIGINATOR ID | CLIENT NAME<br>MATTER DESCRIPTION<br>ORIGINATOR NAME<br>EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 Durkin Contracting, (Continued) | | | | | |
| 04 City of Newark Proje (Continued) | | | | | |
| | CM-EXE/14908/12 | 01/27/2006 | | 27.00 | 27.00 |
| | CM-EXE/14954/36 | 02/10/2006 | | 212.85 | 212.85 |
| | CM-EXE/14955/36 | 02/10/2006 | | 74.10 | 74.10 |
| | CM-EXE/14956/32 | 02/10/2006 | | 102.60 | 102.60 |
| | CM-EXE/15000/35 | 02/23/2006 | | 1.65 | 1.65 |
| | CM-EXE/15002/34 | 02/23/2006 | | 9.30 | 9.30 |
| | CM-EXE/15043/44 | 03/09/2006 | | 39.75 | 39.75 |
| | CM-EXE/15045/37 | 03/09/2006 | | 9.30 | 9.30 |
| | CM-EXE/15046/42 | 03/09/2006 | | 13.50 | 13.50 |
| | CM-EXE/15119/40 | 03/29/2006 | | 158.55 | 158.55 |
| | CM-EXE/15122/59 | 03/29/2006 | | .60 | .60 |
| | CM-EXE/15126/50 | 03/29/2006 | | 51.75 | 51.75 |
| | CM-EXE/15184/39 | 04/17/2006 | | 61.05 | 61.05 |
| | CM-EXE/15191/50 | 04/18/2006 | | 267.15 | 267.15 |
| | CM-EXE/15195/39 | 04/18/2006 | | 66.15 | 66.15 |
| | CM-EXE/15233/25 | 04/27/2006 | | 12.60 | 12.60 |
| | CM-EXE/15241/16 | 04/27/2006 | | 5.25 | 5.25 |
| | CM-EXE/15293/64 | 05/19/2006 | | 3.15 | 3.15 |
| | CM-EXE/15294/41 | 05/19/2006 | | 325.50 | 325.50 |
| | CM-EXE/15304/49 | 05/19/2006 | | 307.50 | 307.50 |
| | CM-EXE/15324/23 | 05/31/2006 | | 88.05 | 88.05 |
| | CM-EXE/15325/21 | 05/31/2006 | | 109.20 | 109.20 |
| | CM-EXE/15340/9 | 05/31/2006 | | .30 | .30 |

A-850

```
PROGRAM: GENIRG-2171368                Powell Trachtman Logan Carrle & Lombardo, P.C.            PAGE:  6
SESSION: RF-IRG/1105/1                          EXPENSE TYPE REPORT                              DATE: 01/22/07
REPORT : EXPTYPE-21784    ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007    TIME: 15:25:49
                                        EXPENSE TYPE: E101 Copying
```

| CLIENT ID<br>MATTER ID<br>ORIGINATOR ID | CLIENT NAME<br>MATTER DESCRIPTION<br>ORIGINATOR NAME<br>EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 | Durkin Contracting, (Continued) | | | | |
| 04 | City of Newark Proje (Continued) | | | | |
| | CM-EXE/15355/31 | | | 9.90 | 9.90 |
| | CM-EXE/15358/16 | 06/08/2006 | | 55.50 | 55.50 |
| | CM-EXE/15367/32 | 06/08/2006 | | 110.85 | 110.85 |
| | CM-EXE/15431/44 | 06/08/2006 | | 78.30 | 78.30 |
| | CM-EXE/15436/58 | 06/28/2006 | | 44.55 | 44.55 |
| | CM-EXE/15437/44 | 06/28/2006 | | 224.55 | 224.55 |
| | CM-EXE/15473/27 | 06/28/2006 | | 19.50 | 19.50 |
| | CM-EXE/15482/23 | 07/12/2006 | | 53.85 | 53.85 |
| | CM-EXE/15569/79 | 07/12/2006 | | 289.20 | 289.20 |
| | CM-EXE/15573/56 | 08/08/2006 | | 189.30 | 189.30 |
| | CM-EXE/15574/58 | 08/08/2006 | | 127.50 | 127.50 |
| | CM-EXE/15617/36 | 08/08/2006 | | 84.45 | 84.45 |
| | CM-EXE/15618/61 | 08/25/2006 | | 707.25 | 707.25 |
| | CM-EXE/15628/46 | 08/25/2006 | | 993.90 | 993.90 |
| | CM-EXE/15660/42 | 08/25/2006 | | 17.25 | 17.25 |
| | CM-EXE/15663/33 | 09/11/2006 | | 109.50 | 109.50 |
| | CM-EXE/15664/38 | 09/11/2006 | | 483.00 | 483.00 |
| | CM-EXE/15663/34 | 09/11/2006 | 10/12/2006 | .60 | .60 |
| | CM-EXE/15664/39 | 09/11/2006 | 10/12/2006 | .30 | .30 |
| | CM-EXE/15736/38 | 09/29/2006 | | 1,099.80 | 1,099.80 |
| | CM-EXE/15737/64 | 09/29/2006 | | 205.05 | 205.05 |
| | CM-EXE/15740/43 | 09/29/2006 | | 153.75 | 153.75 |
| | CM-EXE/15756/18 | 10/09/2006 | | 4.35 | 4.35 |
| | CM-EXE/15757/24 | 10/09/2006 | | 34.05 | 34.05 |

A-851

```
PROGRAM: GENIRG-2171368                                                              PAGE: 7
SESSION: RP-IRG/1105/1                    Powell Trachtman Logan Carle & Lombardo, P.C.        DATE: 01/22/07
REPORT : EXPTYPE-21784                              EXPENSE TYPE REPORT                          TIME: 15:25:49
                           ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
                                            EXPENSE TYPE: E101 Copying
```

| CLIENT ID<br>MATTER ID<br>ORIGINATOR ID | CLIENT NAME<br>MATTER DESCRIPTION<br>ORIGINATOR NAME<br>EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 Durkin Contracting, (Continued)<br>04 City of Newark Proje (Continued) | | | | | |
| CM-EXE/15796/24 | | 10/18/2006 | | 14.10 | 14.10 |
| CM-EXE/15794/9 | | 10/19/2006 | | 52.20 | 52.20 |
| CM-EXE/15847/41 | | 11/08/2006 | | 62.85 | 62.85 |
| CM-EXE/15848/28 | | 11/08/2006 | | 91.20 | 91.20 |
| CM-EXE/15890/32 | | 11/27/2006 | | 64.50 | 64.50 |
| CM-EXE/15891/24 | | 11/27/2006 | | 5.25 | 5.25 |
| CM-EXE/15892/52 | | 11/27/2006 | | 192.60 | 192.60 |
| CM-EXE/15946/6 | | 12/07/2006 | | .30 | .30 |
| CM-EXE/15946/35 | | 12/11/2006 | | 3.60 | 3.60 |
| CM-EXE/15948/37 | | 12/13/2006 | | 24.75 | 24.75 |
| CM-EXE/15948/2 | | 12/13/2006 | 01/09/2007 | 19.50 | 19.50 |
| CM-EXE/15995/57 | | 12/29/2006 | | 25.50 | 25.50 |
| CM-EXE/15996/28 | | 12/29/2006 | | .60 | .60 |
| CM-EXE/15996/101 | | 12/29/2006 | | 1.05 | 1.05 |
| CM-EXE/16000/26 | | 12/29/2006 | | .30 | .30 |
| | | | | ---------- | ---------- |
| TOTAL FOR ORIGINATOR | | | | 10,328.70 | 10,328.70 |
| | | | | ---------- | ---------- |
| TOTAL FOR MATTER 04 City of Newark Proje | | | | 10,328.70 | 10,328.70 |
| | | | | ---------- | ---------- |
| TOTAL FOR CLIENT 3514 Durkin Contracting, | | | | 10,328.70 | 10,328.70 |
| | | | | ---------- | ---------- |
| TOTAL FOR EXPENSE TYPE E101 Copying | | | | 10,328.70 | 10,328.70 |

A-852

```
PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrie & Lombardo, P.C.                      PAGE:  8
SESSION: RP-IRG/1105/1                                    EXPENSE TYPE REPORT                                  DATE: 01/22/07
REPORT : EXPTYPE-21784          ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007    TIME: 15:25:49
                                                 EXPENSE TYPE: E102 Outside printing
```

| CLIENT ID CLIENT NAME MATTER ID MATTER DESCRIPTION ORIGINATOR ID ORIGINATOR NAME EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|
| 3514 Durkin Contracting, | | | | |
| 04 City of Newark Proje | | | | |
| voided check #46234-Digital Legal Services, LLC CM-EXE/14923/4 | 02/04/2005 | | 335.40 | 335.40 |
| | | | ---------- | ---------- |
| TOTAL FOR ORIGINATOR | | | 335.40 | 335.40 |
| 002 PA Logan | | | | |
| Quality Copy CM-EXE/14253/51 | 07/22/2005 | | 440.16 | 440.16 |
| Liebmann-Gebhard, Inc. CM-EXE/14805/30 | 12/23/2005 | 01/04/2006 | 700.00 | 700.00 |
| Liebmann-Gebhard, Inc. CM-EXE/14805/31 | 12/23/2005 | 01/04/2006 | 505.50 | 505.50 |
| Parcels, Inc. CM-EXE/14888/84 | 01/20/2006 | | 135.00 | 135.00 |
| Reliable Copy Service, Inc. CM-EXE/15034/9 | 03/03/2006 | | 268.99 | 268.99 |
| Parcels, Inc. CM-EXE/15034/13 | 03/03/2006 | | 80.05 | 80.05 |
| Parcels, Inc. CM-EXE/15130/15 | 03/31/2006 | | 57.20 | 57.20 |
| Seitz, Van Ogtrop & Green, P.A. CM-EXE/15314/7 | 05/26/2006 | | 74.80 | 74.80 |
| Seitz, Van Ogtrop & Green, P.A. CM-EXE/15314/8 | 05/26/2006 | | 138.00 | 138.00 |
| Tighe, Cottrell & Logan, P.A. CM-EXE/15596/4 | 08/18/2006 | | 90.00 | 90.00 |
| Potter, Anderson & Carroon, LLP CM-EXE/15596/21 | 08/18/2006 | | 10.70 | 10.70 |
| Reliable Copy Service, Inc. CM-EXE/15769/4 | 10/13/2006 | | 8.48 | 8.48 |
| Seitz, Van Ogtrop & Green, P.A. CM-EXE/15770/4 | 10/13/2006 | | 1,003.51 | 1,003.51 |
| | | | ---------- | ---------- |
| TOTAL FOR ORIGINATOR 002 PA Logan | | | 3,512.39 | 3,512.39 |
| 030 DT Bolger | | | | |
| Digital Legal Services LLC CM-EXE/13571/19 | 02/04/2005 | | 335.40 | 335.40 |
| Liebmann-Gebhard, Inc. CM-EXE/14496/37 | 09/16/2005 | | 100.00 | 100.00 |
| Parcels, Inc. CM-EXE/14983/35 | 02/17/2006 | | 299.72 | 299.72 |
| Parcels, Inc. CM-EXE/15185/28 | 04/14/2006 | | 408.00 | 408.00 |
| Seitz, Van Ogtrop & Green, P.A. CM-EXE/15449/3 | 07/07/2006 | | 467.18 | 467.18 |
| Seitz, Van Ogtrop & Green, P.A. CM-EXE/15449/4 | 07/07/2006 | | 362.78 | 362.78 |
| Reliable Copy Service, Inc. CM-EXE/15519/14 | 07/21/2006 | | 18.13 | 18.13 |

A-853

```
PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrle & Lombardo, P.C.                    PAGE: 9
SESSION: RP-IRG/1105/1                              EXPENSE TYPE REPORT                                      DATE: 01/22/07
REPORT : EXPTYPE-21784     ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007       TIME: 15:25:49
                                     EXPENSE TYPE: E102 Outside printing
```

| CLIENT ID | | | | | |
|---|---|---|---|---|---|
| MATTER ID | | | | | |
| ORIGINATOR ID | ORIGINATOR NAME | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
| | EXPENSE DETAIL TEXT | | | | |

```
3514 Durkin Contracting, (Continued)
04 City of Newark Proje (Continued)
030 DT Bolger (Continued)
```

| | | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| Reliable Copy Service, Inc. | CM-EXE/15563/4 | 08/04/2006 | | 192.18 | 192.18 |
| Reliable Copy Service, Inc. | CM-EXE/15563/5 | 08/04/2006 | | 248.52 | 248.52 |
| Reliable Copy Service, Inc. | CM-EXE/15596/6 | 08/18/2006 | | 140.52 | 140.52 |
| Reliable Copy Service, Inc. | CM-EXE/15596/9 | 08/18/2006 | | 110.83 | 110.83 |
| Reliable Copy Service, Inc. | CM-EXE/15596/10 | 08/18/2006 | | 29.85 | 29.85 |
| Quality Copy CM-EXE/15596/20 | | 08/18/2006 | | 232.53 | 232.53 |
| Reliable Copy Service, Inc. | CM-EXE/15642/16 | 09/01/2006 | | 19.46 | 19.46 |
| Reliable Copy Service, Inc. | CM-EXE/15642/17 | 09/01/2006 | | 14.24 | 14.24 |
| Reliable Copy Service, Inc. | CM-EXE/15642/18 | 09/01/2006 | | 7.39 | 7.39 |
| Reliable Copy Service, Inc. | CM-EXE/15642/19 | 09/01/2006 | | 20.36 | 20.36 |
| Reliable Copy Service, Inc. | CM-EXE/15642/20 | 09/01/2006 | | 18.02 | 18.02 |
| Reliable Copy Service, Inc. | CM-EXE/15642/21 | 09/01/2006 | | 22.46 | 22.46 |
| Reliable Copy Service, Inc. | CM-EXE/15642/22 | 09/01/2006 | | 1.52 | 1.52 |
| Reliable Copy Service, Inc. | CM-EXE/15642/23 | 09/01/2006 | | 4.82 | 4.82 |
| Reliable Copy Service, Inc. | CM-EXE/15642/24 | 09/01/2006 | | 9.65 | 9.65 |
| Reliable Copy Service, Inc. | CM-EXE/15683/6 | 09/15/2006 | | 59.53 | 59.53 |
| Reliable Copy Service, Inc. | CM-EXE/15683/7 | 09/15/2006 | | 215.01 | 215.01 |
| Reliable Copy Service, Inc. | CM-EXE/15732/11 | 09/29/2006 | | 665.78 | 665.78 |
| Reliable Copy Service, Inc. | CM-EXE/15768/17 | 10/13/2006 | | 781.90 | 781.90 |
| Reliable Copy Service, Inc. | CM-EXE/15768/19 | 10/13/2006 | | 12.08 | 12.08 |
| Reliable Copy Service, Inc. | CM-EXE/15768/20 | 10/13/2006 | | 326.34 | 326.34 |
| Reliable Copy Service, Inc. | CM-EXE/15769/1 | 10/13/2006 | | 2,221.12 | 2,221.12 |
| Reliable Copy Service, Inc. | CM-EXE/15769/2 | 10/13/2006 | | 252.81 | 252.81 |

A-854

```
PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrle & Lombardo, P.C.                    PAGE: 10
SESSION: RP-IRG/1105/1                                    EXPENSE TYPE REPORT                                DATE: 01/22/07
REPORT : EXPTYPE-21784    ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007        TIME: 15:25:49
                                              EXPENSE TYPE: E102 Outside printing
```

| CLIENT ID<br>MATTER ID<br>ORIGINATOR ID | CLIENT NAME<br>MATTER DESCRIPTION<br>ORIGINATOR NAME<br>EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 Durkin Contracting, (Continued) | | | | | |
| 04 City of Newark Proje (Continued) | | | | | |
| 030 DT Bolger (Continued) | | | | | |
| | Reliable Copy Service, Inc. CM-EXE/15769/3 | 10/13/2006 | | 129.85 | 129.85 |
| | Reliable Copy Service, Inc. CM-EXE/15769/5 | 10/13/2006 | | 82.66 | 82.66 |
| | Reliable Copy Service, Inc. CM-EXE/15769/6 | 10/13/2006 | | 158.47 | 158.47 |
| | Reliable Copy Service, Inc. CM-EXE/15769/7 | 10/13/2006 | | 192.55 | 192.55 |
| | Reliable Copy Service, Inc. CM-EXE/15769/8 | 10/13/2006 | | 42.67 | 42.67 |
| | Reliable Copy Service, Inc. CM-EXE/15769/9 | 10/13/2006 | | 77.91 | 77.91 |
| | Reliable Copy Service, Inc. CM-EXE/15769/10 | 10/13/2006 | | 21.15 | 21.15 |
| | Reliable Copy Service, Inc. CM-EXE/15769/11 | 10/13/2006 | | 482.30 | 482.30 |
| | Reliable Copy Service, Inc. CM-EXE/15769/12 | 10/13/2006 | | 128.95 | 128.95 |
| | Reliable Copy Service, Inc. CM-EXE/15914/17 | 11/24/2006 | | 155.37 | 155.37 |
| TOTAL FOR ORIGINATOR 030 DT Bolger | | | | 9,070.01 | 9,070.01 |
| TOTAL FOR MATTER 04 City of Newark Proje | | | | 12,917.80 | 12,917.80 |
| TOTAL FOR CLIENT 3514 Durkin Contracting, | | | | 12,917.80 | 12,917.80 |
| TOTAL FOR EXPENSE TYPE E102 Outside printing | | | | 12,917.80 | 12,917.80 |

A-855

```
PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrie & Lombardo, P.C.                     PAGE: 11
SESSION: RP-IRG/1105/1                                EXPENSE TYPE REPORT                                     DATE: 01/22/07
REPORT : EXPTYPE-21784       ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007      TIME: 15:25:49
                                    EXPENSE TYPE: E105 Telephone/Long Distance
```

| CLIENT ID MATTER ID ORIGINATOR ID | CLIENT NAME MATTER DESCRIPTION ORIGINATOR NAME EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 04 | Durkin Contracting, City of Newark Proje | | | | |
| | CM-EXE/9927/22 | 08/17/2002 | 09/05/2002 | .12 | .12 |
| | CM-EXE/11925/77 | 12/23/2003 | | .10 | .10 |
| | CM-EXE/11905/81 | 12/30/2003 | | 1.77 | 1.77 |
| | CM-EXE/11995/72 | 01/27/2004 | | 1.73 | 1.73 |
| | CM-EXE/12124/83 | 02/23/2004 | | .55 | .55 |
| | CM-EXE/12244/2 | 03/29/2004 | | .10 | .10 |
| | CM-EXE/12245/74 | 03/29/2004 | | 1.77 | 1.77 |
| | CM-EXE/12374/78 | 04/28/2004 | | .16 | .16 |
| | CM-EXE/12377/3 | 04/28/2004 | | .03 | .03 |
| | CM-EXE/12529/48 | 05/25/2004 | | 1.19 | 1.19 |
| | CM-EXE/12577/80 | 06/11/2004 | | 8.40 | 8.40 |
| | CM-EXE/12626/263 | 06/28/2004 | | .12 | .12 |
| | Qwest Communications CM-EXE/12678/151 | 07/09/2004 | | 159.88 | 159.88 |
| | CM-EXE/12759/183 | 07/27/2004 | | .46 | .46 |
| | CM-EXE/12882/67 | 08/30/2004 | | .06 | .06 |
| | CM-EXE/12882/217 | 08/30/2004 | | .32 | .32 |
| | CM-EXE/12972/10 | 09/17/2004 | | 84.84 | 84.84 |
| | CM-EXE/13021/204 | 09/27/2004 | | .03 | .03 |
| | CM-EXE/13291/52 | 11/29/2004 | | .04 | .04 |
| | CM-EXE/13341/18 | 12/10/2004 | | 30.66 | 30.66 |
| | CM-EXE/13408/25 | 12/24/2004 | | 172.44 | 172.44 |
| | CM-EXE/13425/67 | 12/29/2004 | | 1.65 | 1.65 |
| | CM-EXE/13537/44 | 01/27/2005 | | .54 | .54 |

A-856

```
PROGRAM: GENRG-2171368                    Powell Trachtman Logan Carrle & Lombardo, P.C.                    PAGE: 12
SESSION: RP-IRG/1105/1                              EXPENSE TYPE REPORT                                      DATE: 01/22/07
REPORT : EXPTYPE-21784      ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007      TIME: 15:25:49
                                     EXPENSE TYPE: E105 Telephone/Long Distance
```

| CLIENT ID / MATTER ID / ORIGINATOR ID | EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|

3514 Durkin Contracting, (Continued)
04 City of Newark Proje (Continued)

| | | | | | |
|---|---|---|---|---|---|
| CM-EXE/13538/51 | | | | .75 | .75 |
| CM-EXE/13552/14 | | 01/27/2005 | | 1.52 | 1.52 |
| CM-EXE/13735/13 | | 01/31/2005 | | 228.90 | 228.90 |
| CM-EXE/13735/14 | | 03/18/2005 | | 78.54 | 78.54 |
| CM-EXE/14030/122 | | 03/18/2005 | | .39 | .39 |
| CM-EXE/14250/10 | | 05/26/2005 | | .71 | .71 |
| CM-EXE/14361/97 | | 07/25/2005 | | 1.62 | 1.62 |
| CM-EXE/14382/15 | | 08/23/2005 | | .22 | .22 |
| CM-EXE/14508/108 | | 08/26/2005 | | .28 | .28 |
| CM-EXE/14519/11 | | 09/22/2005 | | .06 | .06 |
| Lexis/Nexis CM-EXE/14623/28 | | 09/26/2005 | | 12.49 | 12.49 |
| CM-EXE/14716/99 | | 10/28/2005 | | 1.31 | 1.31 |
| CM-EXE/14715/11 | | 11/22/2005 | | 7.08 | 7.08 |
| CM-EXE/14809/98 | | 11/28/2005 | | .71 | .71 |
| CM-EXE/14808/6 | | 12/22/2005 | | .31 | .31 |
| CM-EXE/14893/94 | | 12/27/2005 | | 1.31 | 1.31 |
| CM-EXE/14983/36 | | 01/21/2006 | | 46.40 | 46.40 |
| CM-EXE/15103/119 | | 02/17/2006 | | .40 | .40 |
| CM-EXE/15013/9 | | 02/22/2006 | | 5.25 | 5.25 |
| CM-EXE/15013/34 | | 02/27/2006 | | .27 | .27 |
| CM-EXE/15015/118 | | 02/27/2006 | | 1.35 | 1.35 |
| CM-EXE/15111/11 | | 03/28/2006 | | 4.18 | 4.18 |
| CM-EXE/15208/122 | | 04/22/2006 | | .29 | .29 |
| CM-EXE/15310/108 | | 05/22/2006 | | .34 | .34 |

A-857

```
PROGRAM: GENIRG-2171368                Powell Trachtman Logan Carrie & Lombardo, P.C.                         PAGE: 13
SESSION: RP-IRG/1105/1                              EXPENSE TYPE REPORT                                        DATE: 01/22/07
REPORT : EXPTYPE-21784    ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007          TIME: 15:25:49
                                     EXPENSE TYPE: E105 Telephone/Long Distance

CLIENT ID        CLIENT NAME
MATTER ID        MATTER DESCRIPTION
  ORIGINATOR ID    ORIGINATOR NAME
                   EXPENSE DETAIL TEXT                           TRANSACTED   CHANGED      RECORDED VALUE      BILLED VALUE

3514 Durkin Contracting, (Continued)
04 City of Newark Proje (Continued)
       CM-EXE/15309/10                                          05/25/2006                      5.62              5.62
       CM-EXE/15417/2                                           06/22/2006                      2.31              2.31
       CM-EXE/15424/7                                           06/27/2006                      5.76              5.76
       CM-EXE/15534/148                                         07/22/2006                       .52               .52
       CM-EXE/15612/135                                         08/22/2006                      1.53              1.53
       CM-EXE/15621/6                                           08/25/2006                       .78               .78
       CM-EXE/15711/148                                         09/22/2006                      4.10              4.10
       CM-EXE/15711/149                                         09/22/2006   10/12/2006          .04               .04
       CM-EXE/15720/2                                           09/27/2006                       .74               .74
       CM-EXE/15768/29                                          10/13/2006                     39.92             39.92
       CM-EXE/15800/128                                         10/22/2006                      3.64              3.64
       CM-EXE/15901/118                                         11/22/2006                       .55               .55
       CM-EXE/15914/34                                          11/24/2006                     40.94             40.94
       CM-EXE/15914/35                                          11/24/2006                    103.42            103.42
       CM-EXE/15992/4                                           12/27/2006                      5.98              5.98
       CM-EXE/15993/130                                         12/27/2006                       .89               .89
                                                                                          ----------        ----------
       TOTAL FOR ORIGINATOR                                                                  1,078.38          1,078.38
                                                                                          ----------        ----------
       TOTAL FOR MATTER 04 City of Newark Proje                                              1,078.38          1,078.38
                                                                                          ----------        ----------
       TOTAL FOR CLIENT 3514 Durkin Contracting,                                            1,078.38          1,078.38
                                                                                          ----------        ----------
       TOTAL FOR EXPENSE TYPE E105 Telephone/Long Distance                                   1,078.38          1,078.38
                                                                                          ----------        ----------
```

A-858

```
PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrle & Lombardo, P.C.                    PAGE: 14
SESSION: RP-IRG/1105/1                                    EXPENSE TYPE REPORT                                 DATE: 01/22/07
REPORT : EXPTYPE-21784            ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007  TIME: 15:25:49
                                            EXPENSE TYPE: E106 Online research
```

| CLIENT ID<br>MATTER ID<br>ORIGINATOR ID | CLIENT NAME<br>MATTER DESCRIPTION<br>ORIGINATOR NAME<br>EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514<br>04 | Durkin Contracting,<br>City of Newark Proje | | | | |
| | Lexis/Nexis CM-EXE/11709/22 | 10/31/2003 | | 35.99 | 35.99 |
| | Lexis/Nexis CM-EXE/11996/17 | 01/23/2004 | | 65.93 | 65.93 |
| | Lexis/Nexis CM-EXE/12280/21 | 04/02/2004 | | 55.44 | 55.44 |
| | Lexis/Nexis CM-EXE/12416/23 | 04/30/2004 | | 186.23 | 186.23 |
| | Lexis/Nexis CM-EXE/12517/20 | 05/28/2004 | | 67.72 | 67.72 |
| | Lexis/Nexis CM-EXE/12759/36 | 07/23/2004 | | 67.18 | 67.18 |
| | PACER Service Center CM-EXE/12805/12 | 08/06/2004 | | .07 | .07 |
| | PACER Service Center CM-EXE/12805/16 | 08/06/2004 | | .91 | .91 |
| | Lexis/Nexis CM-EXE/12870/29 | 08/20/2004 | | 47.63 | 47.63 |
| | Lexis/Nexis CM-EXE/13047/26 | 09/30/2004 | | 31.22 | 31.22 |
| | Lexis/Nexis CM-EXE/13305/36 | 11/26/2004 | | 6.64 | 6.64 |
| | lexis nexis CM-EXE/13511/22 | 01/21/2005 | | 46.06 | 46.06 |
| | Lexis/Nexis CM-EXE/13917/25 | 04/29/2005 | | 172.43 | 172.43 |
| | PACER Service Center CM-EXE/14628/18 | 10/28/2005 | | 2.08 | 2.08 |
| | Lexis/Nexis CM-EXE/14712/18 | 11/25/2005 | | 30.39 | 30.39 |
| | Lexis/Nexis CM-EXE/15030/24 | 03/03/2006 | | 38.85 | 38.85 |
| | Lexis/Nexis CM-EXE/15030/23 | 03/03/2006 | 04/10/2006 | 2.22 | 2.22 |
| | PACER Service Center CM-EXE/15231/90 | 04/28/2006 | | 2.00 | 2.00 |
| | Lexis/Nexis CM-EXE/15406/29 | 06/23/2006 | | 11.46 | 11.46 |
| | Lexis/Nexis CM-EXE/15556/23 | 08/04/2006 | | 194.53 | 194.53 |
| | Lexis/Nexis CM-EXE/15640/27 | 09/01/2006 | | 508.91 | 508.91 |
| | Federal Express CM-EXE/15732/40 | 09/29/2006 | | 12.08 | 12.08 |
| | Federal Express CM-EXE/15732/41 | 09/29/2006 | | 12.08 | 12.08 |

A-859

```
PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrle & Lombardo, P.C.                       PAGE: 15
SESSION: RP-IRG/1105/1                                  EXPENSE TYPE REPORT                                      DATE: 01/22/07
REPORT : EXPTYPE-21784        ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007        TIME: 15:25:49
                                          EXPENSE TYPE: E106 Online research

CLIENT ID        CLIENT NAME
MATTER ID        MATTER DESCRIPTION
  ORIGINATOR ID    ORIGINATOR NAME
                   EXPENSE DETAIL TEXT          TRANSACTED  CHANGED   RECORDED VALUE    BILLED VALUE

3514 Durkin Contracting, (Continued)
04 City of Newark Proje (Continued)
          Lexis/Nexis CM-EXE/15735/25           09/29/2006                 470.15           470.15
          Lexis/Nexis CM-EXE/15818/18           10/27/2006                 240.73           240.73
          PACER Service Center CM-EXE/15820/42  10/27/2006                  95.12            95.12
          Lexis/Nexis CM-EXE/15884/20           11/21/2006               2,790.22         2,790.22
          Lexis/Nexis CM-EXE/15991/13           12/21/2006                 563.94           563.94
          Lexis/Nexis CM-EXE/16061/12           01/19/2007                  93.17            93.17
                                                                       ----------       ----------
    TOTAL FOR ORIGINATOR                                                 5,851.38         5,851.38
                                                                       ----------       ----------
TOTAL FOR MATTER 04 City of Newark Proje                                 5,851.38         5,851.38
                                                                       ----------       ----------
TOTAL FOR CLIENT 3514 Durkin Contracting,                                5,851.38         5,851.38
                                                                       ----------       ----------
TOTAL FOR EXPENSE TYPE E106 Online research                              5,851.38         5,851.38
                                                                       ==========       ==========
```

A-860

```
PROGRAM: GENIRG-2171368                                                                              PAGE: 16
SESSION: RP-IRG/1105/1                          Powell Trachtman Logan Carrle & Lombardo, P.C.        DATE: 01/22/07
REPORT : EXPTYPE-21784                                     EXPENSE TYPE REPORT                        TIME: 15:25:49
                           ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
                                              EXPENSE TYPE: E107 Delivery services
```

| CLIENT NAME | | | |
|---|---|---|---|
| MATTER DESCRIPTION | | | |
| ORIGINATOR NAME | | | |
| ORIGINATOR ID   EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |

| | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|
| 3514 | | | | |
| 04 | | | | |
| Durkin Contracting, | | | | |
| City of Newark Proje | | | | |
| Federal Express CM-EXE/11940/41 | 01/09/2004 | | 11.94 | 11.94 |
| Federal Express CM-EXE/12278/88 | 04/02/2004 | | 15.73 | 15.73 |
| Legal Express Support Service CM-EXE/12346/9 | 04/16/2004 | | 47.00 | 47.00 |
| Legal Express Support Service CM-EXE/12404/29 | 04/30/2004 | | 200.00 | 200.00 |
| Federal Express CM-EXE/12404/56 | 04/30/2004 | | 10.81 | 10.81 |
| Federal Express CM-EXE/12513/78 | 05/28/2004 | | 15.80 | 15.80 |
| Legal Express Support Service CM-EXE/12577/16 | 06/11/2004 | | 47.00 | 47.00 |
| Legal Express Support Service CM-EXE/12741/94 | 07/23/2004 | | 200.00 | 200.00 |
| Federal Express CM-EXE/12787/28 | 08/06/2004 | | 10.76 | 10.76 |
| Legal Express Support Service CM-EXE/12787/40 | 08/06/2004 | | 50.00 | 50.00 |
| Federal Express CM-EXE/13058/90 | 10/01/2004 | | 17.99 | 17.99 |
| Federal Express CM-EXE/13058/94 | 10/01/2004 | | 17.99 | 17.99 |
| Federal Express CM-EXE/13058/95 | 10/01/2004 | | 17.99 | 17.99 |
| Federal Express CM-EXE/13058/96 | 10/01/2004 | | 17.99 | 17.99 |
| Federal Express CM-EXE/13058/97 | 10/01/2004 | | 17.99 | 17.99 |
| Federal Express CM-EXE/13058/109 | 10/01/2004 | | 10.86 | 10.86 |
| Federal Express CM-EXE/13183/18 | 10/29/2004 | | 11.01 | 11.01 |
| Federal Express CM-EXE/13183/61 | 10/29/2004 | | 11.01 | 11.01 |
| Federal Express CM-EXE/13402/43 | 12/24/2004 | 01/03/2005 | 13.03 | 13.03 |
| Federal Express CM-EXE/13402/44 | 12/24/2004 | 01/03/2005 | 13.03 | 13.03 |
| Federal Express CM-EXE/13402/45 | 12/24/2004 | 01/03/2005 | 13.03 | 13.03 |
| Federal Express CM-EXE/13402/46 | 12/24/2004 | 01/03/2005 | 13.03 | 13.03 |
| Federal Express CM-EXE/13515/54 | 01/21/2005 | | 11.47 | 11.47 |

A-861

```
PROGRAM: GENIRG-2171368                                    Powell Trachtman Logan Carrle & Lombardo, P.C.                         PAGE: 17
SESSION: RP-IRG/1105/1                                              EXPENSE TYPE REPORT                                          DATE: 01/22/07
REPORT : EXPTYPE-21784           ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007                     TIME: 15:25:49
                                           EXPENSE TYPE: E107 Delivery services
```

| CLIENT ID<br>MATTER ID<br>ORIGINATOR ID | CLIENT NAME<br>MATTER DESCRIPTION<br>ORIGINATOR NAME<br>EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 Durkin Contracting, (Continued) | | | | | |
| 04 City of Newark Proje (Continued) | | | | | |
| | Federal Express CM-EXE/13975/61 | 05/13/2005 | | 11.01 | 11.01 |
| | Federal Express CM-EXE/14131/78 | 06/24/2005 | | 11.32 | 11.32 |
| | Federal Express CM-EXE/14349/40 | 08/19/2005 | | 11.22 | 11.22 |
| | Federal Express CM-EXE/14349/48 | 08/19/2005 | | 11.22 | 11.22 |
| | Federal Express CM-EXE/14805/36 | 12/23/2005 | 01/04/2006 | 21.72 | 21.72 |
| | Legal Express Support Service CM-EXE/14983/50 | 02/17/2006 | | 150.00 | 150.00 |
| | Legal Express Support Service CM-EXE/15034/32 | 03/03/2006 | | 99.00 | 99.00 |
| | Legal Express Support Service CM-EXE/15034/35 | 03/03/2006 | | 39.00 | 39.00 |
| | Federal Express CM-EXE/15034/64 | 03/03/2006 | | 11.56 | 11.56 |
| | Legal Express Support Service CM-EXE/15075/38 | 03/17/2006 | | 180.00 | 180.00 |
| | Federal Express CM-EXE/15130/48 | 03/31/2006 | | 14.45 | 14.45 |
| | Federal Express CM-EXE/15231/20 | 04/28/2006 | | 11.71 | 11.71 |
| | Federal Express CM-EXE/15231/21 | 04/28/2006 | | 11.71 | 11.71 |
| | Federal Express CM-EXE/15411/77 | 06/23/2006 | | 10.18 | 10.18 |
| | Federal Express CM-EXE/15411/101 | 06/23/2006 | | 16.50 | 16.50 |
| | Federal Express CM-EXE/15411/117 | 06/23/2006 | | 26.21 | 26.21 |
| | Federal Express CM-EXE/15411/126 | 06/23/2006 | | 12.87 | 12.87 |
| | Federal Express CM-EXE/15411/127 | 06/23/2006 | | 12.87 | 12.87 |
| | Federal Express CM-EXE/15411/128 | 06/23/2006 | | 12.87 | 12.87 |
| | Federal Express CM-EXE/15519/3 | 07/21/2006 | | 22.36 | 22.36 |
| | Federal Express CM-EXE/15642/64 | 09/01/2006 | | 26.58 | 26.58 |
| | Federal Express CM-EXE/15642/65 | 09/01/2006 | | 24.48 | 24.48 |
| | Federal Express CM-EXE/15732/44 | 09/29/2006 | | 12.08 | 12.08 |
| | Federal Express CM-EXE/15732/45 | 09/29/2006 | | 12.08 | 12.08 |

A-862

```
PROGRAM: GENIRG-2171368              Powell Trachtman Logan Carle & Lombardo, P.C.                    PAGE: 18
SESSION: RP-IRG/1105/1                         EXPENSE TYPE REPORT                                    DATE: 01/22/07
REPORT : EXPTYPE-21784    ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007 TIME: 15:25:49
                                   EXPENSE TYPE: E107 Delivery services
```

| CLIENT ID<br>MATTER ID<br>ORIGINATOR ID | CLIENT NAME<br>MATTER DESCRIPTION<br>ORIGINATOR NAME<br>EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 Durkin Contracting, (Continued) | | | | | |
| 04 City of Newark Proje (Continued) | | | | | |
| | Federal Express CM-EXE/15732/65 | 09/29/2006 | | 22.36 | 22.36 |
| | Federal Express CM-EXE/15732/66 | 09/29/2006 | | 21.61 | 21.61 |
| | Federal Express CM-EXE/15732/68 | 09/29/2006 | | 21.61 | 21.61 |
| | Federal Express CM-EXE/15732/81 | 09/29/2006 | | 12.08 | 12.08 |
| | Federal Express CM-EXE/15732/82 | 09/29/2006 | | 20.75 | 20.75 |
| | Federal Express CM-EXE/15732/83 | 09/29/2006 | | 12.08 | 12.08 |
| | Federal Express CM-EXE/15732/84 | 09/29/2006 | | 12.08 | 12.08 |
| | Federal Express CM-EXE/15732/86 | 09/29/2006 | | 12.08 | 12.08 |
| | Federal Express CM-EXE/15732/89 | 09/29/2006 | | 18.65 | 18.65 |
| | Federal Express CM-EXE/15732/90 | 09/29/2006 | | 12.08 | 12.08 |
| | Federal Express CM-EXE/15732/91 | 09/29/2006 | | 12.08 | 12.08 |
| | Federal Express CM-EXE/15732/92 | 09/29/2006 | | 12.08 | 12.08 |
| | Federal Express CM-EXE/15732/108 | 09/29/2006 | | 15.97 | 15.97 |
| | Federal Express CM-EXE/15769/13 | 10/13/2006 | | 12.18 | 12.18 |
| | Federal Express CM-EXE/15769/14 | 10/13/2006 | | 12.18 | 12.18 |
| | Omni Courier CM-EXE/15820/74 | 10/27/2006 | | 72.66 | 72.66 |
| | Omni Courier CM-EXE/15820/79 | 10/27/2006 | | 39.60 | 39.60 |
| | Federal Express CM-EXE/15942/79 | 12/08/2006 | | 20.76 | 20.76 |
| | Federal Express CM-EXE/15942/107 | 12/08/2006 | | 18.73 | 18.73 |
| | American Expediting CM-EXE/15979/71 | 12/21/2006 | | 50.14 | 50.14 |
| | American Expediting CM-EXE/15979/72 | 12/21/2006 | | 77.39 | 77.39 |
| | Federal Express CM-EXE/16018/57 | 01/05/2007 | | 11.71 | 11.71 |
| | Federal Express CM-EXE/16018/67 | 01/05/2007 | | 11.71 | 11.71 |

A-863

```
PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carrle & Lombardo, P.C.                    PAGE: 19
SESION: RP-IRG/1105/1                                    EXPENSE TYPE REPORT                                 DATE: 01/22/07
REPORT : EXPTYPE-21784        ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007    TIME: 15:25:49
                                        EXPENSE TYPE: E107 Delivery services

CLIENT ID      CLIENT NAME
MATTER ID      MATTER DESCRIPTION
   ORIGINATOR ID  ORIGINATOR NAME
                  EXPENSE DETAIL TEXT          TRANSACTED  CHANGED   RECORDED VALUE    BILLED VALUE

3514 Durkin Contracting, (Continued)
04 City of Newark Proje (Continued)
       Federal Express CM-EXE/16018/68        01/05/2007              11.71            11.71

       Federal Express CM-EXE/16018/79        01/05/2007              18.09            18.09

       Federal Express CM-EXE/16018/80        01/05/2007              20.05            20.05
                                                                     --------          --------
   TOTAL FOR ORIGINATOR                                              2,150.88          2,150.88
                                                                     --------          --------
TOTAL FOR MATTER 04 City of Newark Proje                             2,150.88          2,150.88
                                                                     --------          --------
TOTAL FOR CLIENT 3514 Durkin Contracting,                            2,150.88          2,150.88
                                                                     --------          --------
TOTAL FOR EXPENSE TYPE E107 Delivery services                        2,150.88          2,150.88
                                                                     ========          ========
```

A-864

```
PROGRAM: GENJRG-2171368                        Powell Trachtman Logan Carrle & Lombardo, P.C.                    PAGE: 20
SESSION: RP-IRG/1105/1                                        EXPENSE TYPE REPORT                                DATE: 01/22/07
REPORT : EXPTYPE-21784    ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007            TIME: 15:25:49
                                              EXPENSE TYPE: E108 Postage

CLIENT ID
MATTER ID   CLIENT NAME
 ORIGINATOR ID  MATTER DESCRIPTION
               ORIGINATOR NAME
               EXPENSE DETAIL TEXT       TRANSACTED   CHANGED      RECORDED VALUE       BILLED VALUE

3514        Durkin Contracting,
04          City of Newark Proje

            CM-EXE/9853/128              08/05/2002   09/05/2002        .74                 .74
            CM-EXE/11900/87              12/18/2003                     .37                 .37
            CM-EXE/11900/114             12/18/2003                     .37                 .37
            CM-EXE/11986/47              01/13/2004                    1.11                1.11
            CM-EXE/11986/50              01/13/2004                     .37                 .37
            CM-EXE/12112/72              02/17/2004                    1.48                1.48
            CM-EXE/12151/43              02/23/2004                     .37                 .37
            CM-EXE/12156/34              03/02/2004                     .60                 .60
            CM-EXE/12294/22              04/05/2004                    1.11                1.11
            CM-EXE/12306/13              04/06/2004                    1.11                1.11
            CM-EXE/12306/43              04/07/2004                    4.75                4.75
            CM-EXE/12306/44              04/07/2004                    5.85                5.85
            CM-EXE/12306/46              04/07/2004                    4.75                4.75
            CM-EXE/12306/62              04/07/2004                    1.48                1.48
            CM-EXE/12320/52              04/12/2004                     .37                 .37
            CM-EXE/12335/15              04/15/2004                    2.81                2.81
            CM-EXE/12361/56              04/16/2004                    2.90                2.90
            CM-EXE/12361/190             04/21/2004                    1.11                1.11
            CM-EXE/12387/37              04/22/2004                     .74                 .74
            CM-EXE/12431/61              05/06/2004                     .60                 .60
            CM-EXE/12431/62              05/06/2004                    1.11                1.11
            CM-EXE/12431/72              05/06/2004                    1.48                1.48
            CM-EXE/12460/96              05/12/2004                     .37                 .37
```

A-865

```
PROGRAM: GENIRG-2171368              Powell Trachtman Logan Carrle & Lombardo, P.C.              PAGE: 21
SESSION: RP-IRG/1105/1                            EXPENSE TYPE REPORT                            DATE: 01/22/07
REPORT : EXPTYPE-21784      ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007   TIME: 15:25:49
                                        EXPENSE TYPE: E108 Postage
```

| CLIENT ID / MATTER ID / ORIGINATOR ID — CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|
| 3514 Durkin Contracting, (Continued) | | | | |
| 04 City of Newark Proje (Continued) | | | | |
| CM-EXE/12493/136 | 05/19/2004 | | 1.48 | 1.48 |
| CM-EXE/12648/32 | 07/01/2004 | | 2.40 | 2.40 |
| CM-EXE/12654/87 | 07/02/2004 | | 22.30 | 22.30 |
| CM-EXE/12676/98 | 07/08/2004 | | .74 | .74 |
| CM-EXE/12710/97 | 07/19/2004 | | 4.32 | 4.32 |
| CM-EXE/12774/20 | 08/02/2004 | | .37 | .37 |
| CM-EXE/12788/61 | 08/04/2004 | | .37 | .37 |
| CM-EXE/12831/50 | 08/12/2004 | | .37 | .37 |
| CM-EXE/12831/52 | 08/12/2004 | | 1.11 | 1.11 |
| CM-EXE/12837/8 | 08/12/2004 | | 7.90 | 7.90 |
| CM-EXE/12858/8 | 08/17/2004 | | .74 | .74 |
| CM-EXE/12858/14 | 08/17/2004 | | .74 | .74 |
| CM-EXE/12858/19 | 08/18/2004 | | 1.80 | 1.80 |
| CM-EXE/12881/26 | 08/18/2004 | | 1.52 | 1.52 |
| CM-EXE/12884/25 | 08/19/2004 | | 1.48 | 1.48 |
| CM-EXE/12898/66 | 08/23/2004 | | 1.74 | 1.74 |
| CM-EXE/12899/85 | 08/27/2004 | | 1.48 | 1.48 |
| CM-EXE/12925/64 | 08/27/2004 | | 2.31 | 2.31 |
| CM-EXE/12934/39 | 09/07/2004 | | 1.80 | 1.80 |
| CM-EXE/12951/46 | 09/09/2004 | | .37 | .37 |
| CM-EXE/13098/20 | 09/14/2004 | | 1.48 | 1.48 |
| CM-EXE/13156/37 | 10/14/2004 | | .37 | .37 |
| CM-EXE/13156/45 | 10/25/2004 | | 1.48 | 1.48 |
| CM-EXE/13173/16 | 10/25/2004 | | 2.22 | 2.22 |
|  | 10/27/2004 | | | |

A-866

```
PROGRAM: GENIRG-2171368                    Powell Trachtman Logan Carile & Lombardo, P.C.                    PAGE: 22
SESSION: RP-IRG/1105/1                                    EXPENSE TYPE REPORT                                 DATE: 01/22/07
REPORT : EXPTYPE-21784         ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007     TIME: 15:25:49
                                              EXPENSE TYPE: E108 Postage
```

| CLIENT ID MATTER ID ORIGINATOR ID | CLIENT NAME MATTER DESCRIPTION ORIGINATOR NAME EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 Durkin Contracting. (Continued) | | | | | |
| 04 City of Newark Proje (Continued) | | | | | |
| | CM-EXE/13175/38 | 10/29/2004 | | 1.98 | 1.98 |
| | CM-EXE/13209/26 | 11/05/2004 | | 1.11 | 1.11 |
| | CM-EXE/13264/27 | 11/17/2004 | | 1.48 | 1.48 |
| | CM-EXE/13265/21 | 11/18/2004 | | 6.80 | 6.80 |
| | CM-EXE/13282/34 | 11/22/2004 | | 5.30 | 5.30 |
| | CM-EXE/13398/20 | 12/20/2004 | | .60 | .60 |
| | CM-EXE/13395/49 | 12/21/2004 | | .37 | .37 |
| | CM-EXE/13397/3 | 12/21/2004 | | 1.48 | 1.48 |
| | CM-EXE/13412/8 | 12/22/2004 | | 1.98 | 1.98 |
| | CM-EXE/13413/33 | 12/23/2004 | 01/12/2005 | 1.11 | 1.11 |
| | CM-EXE/13434/11 | 12/29/2004 | | .60 | .60 |
| | CM-EXE/13434/13 | 12/29/2004 | | 1.48 | 1.48 |
| | CM-EXE/13487/3 | 01/10/2005 | | .74 | .74 |
| | CM-EXE/13504/10 | 01/18/2005 | | .37 | .37 |
| | CM-EXE/13555/4 | 02/01/2005 | 03/08/2005 | .74 | .74 |
| | CM-EXE/13575/50 | 02/07/2005 | | .83 | .83 |
| | CM-EXE/13580/1 | 02/07/2005 | | .37 | .37 |
| | CM-EXE/13580/41 | 02/08/2005 | | .37 | .37 |
| | CM-EXE/13717/46 | 03/10/2005 | | .83 | .83 |
| | CM-EXE/13751/18 | 03/17/2005 | | 1.20 | 1.20 |
| | CM-EXE/13753/48 | 03/21/2005 | | .37 | .37 |
| | CM-EXE/13770/6 | 03/23/2005 | | .37 | .37 |
| | CM-EXE/13776/9 | 03/28/2005 | | 5.30 | 5.30 |

A-867