PROGRAM: GENIRG-2171368
SESSION: RP-IRG/1105/1
REPORT : EXPTYPE-21784

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E108 Postage

PAGE: 23
DATE: 01/22/07
TIME: 15:25:49

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 Durkin Contracting, (Continued) | | | | | |
| 04 City of Newark Proje (Continued) | | | | | |
| | CM-EXE/13776/30 | 03/28/2005 | | .74 | .74 |
| | CM-EXE/13785/8 | 03/29/2005 | | .37 | .37 |
| | CM-EXE/13812/25 | 04/05/2005 | | .37 | .37 |
| | CM-EXE/13817/41 | 04/07/2005 | | .60 | .60 |
| | CM-EXE/13855/40 | 04/15/2005 | | .83 | .83 |
| | CM-EXE/13873/28 | 04/19/2005 | | 1.48 | 1.48 |
| | CM-EXE/13891/24 | 04/22/2005 | | .60 | .60 |
| | CM-EXE/13924/28 | 04/27/2005 | | .37 | .37 |
| | CM-EXE/13924/46 | 04/27/2005 | | 1.11 | 1.11 |
| | CM-EXE/13916/37 | 04/29/2005 | | 2.77 | 2.77 |
| | CM-EXE/13916/45 | 05/02/2005 | | 2.17 | 2.17 |
| | CM-EXE/14010/15 | 05/18/2005 | | 1.48 | 1.48 |
| | CM-EXE/14028/43 | 05/26/2005 | | 1.80 | 1.80 |
| | CM-EXE/14062/33 | 06/03/2005 | | 3.13 | 3.13 |
| | CM-EXE/14062/35 | 06/03/2005 | | 1.48 | 1.48 |
| | CM-EXE/14127/25 | 06/23/2005 | | .37 | .37 |
| | CM-EXE/14191/33 | 07/11/2005 | | .37 | .37 |
| | CM-EXE/14261/38 | 07/26/2005 | | 1.06 | 1.06 |
| | CM-EXE/14338/19 | 08/16/2005 | | 1.48 | 1.48 |
| | CM-EXE/14383/16 | 08/26/2005 | | 3.51 | 3.51 |
| | CM-EXE/14418/29 | 09/06/2005 | | 1.85 | 1.85 |
| | CM-EXE/14440/32 | 09/13/2005 | | 1.20 | 1.20 |
| | CM-EXE/14451/21 | 09/14/2005 | | 2.96 | 2.96 |
| | CM-EXE/14461/23 | 09/15/2005 | | 7.92 | 7.92 |

A-868

PROGRAM: GENIRG-2171368
SESSION: RP-IRG/1105/1
REPORT : EXPTYPE-21784

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E108 Postage

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 | Durkin Contracting, (Continued) | | | | |
| 04 | City of Newark Proje (Continued) | | | | |
| | CM-EXE/14461/24 | 09/15/2005 | | .37 | .37 |
| | CM-EXE/14467/16 | 09/16/2005 | | .60 | .60 |
| | CM-EXE/14476/20 | 09/19/2005 | | 3.00 | 3.00 |
| | CM-EXE/14476/23 | 09/19/2005 | | 5.26 | 5.26 |
| | CM-EXE/14504/6 | 09/21/2005 | | 15.50 | 15.50 |
| | CM-EXE/14504/13 | 09/21/2005 | | 1.52 | 1.52 |
| | CM-EXE/14542/37 | 10/03/2005 | 11/14/2005 | 1.48 | 1.48 |
| | CM-EXE/14556/22 | 10/05/2005 | | .37 | .37 |
| | CM-EXE/14606/37 | 10/24/2005 | | 1.80 | 1.80 |
| | CM-EXE/14612/20 | 10/25/2005 | | 4.65 | 4.65 |
| | CM-EXE/14612/22 | 10/25/2005 | | 1.48 | 1.48 |
| | CM-EXE/14627/22 | 10/31/2005 | | 2.96 | 2.96 |
| | CM-EXE/14670/20 | 11/14/2005 | | 2.59 | 2.59 |
| | CM-EXE/14704/6 | 11/16/2005 | | 1.85 | 1.85 |
| | CM-EXE/14711/33 | 11/22/2005 | | 1.48 | 1.48 |
| | CM-EXE/14719/46 | 11/28/2005 | | 1.48 | 1.48 |
| | CM-EXE/14731/3 | 11/29/2005 | | 1.48 | 1.48 |
| | CM-EXE/14745/17 | 12/02/2005 | | 11.70 | 11.70 |
| | CM-EXE/14745/20 | 12/02/2005 | 01/12/2006 | .74 | .74 |
| | CM-EXE/14745/26 | 12/02/2005 | 01/12/2006 | .60 | .60 |
| | CM-EXE/14747/1 | 12/05/2005 | | 1.48 | 1.48 |
| | CM-EXE/14747/19 | 12/06/2005 | 01/12/2006 | .60 | .60 |
| | CM-EXE/14796/11 | 12/07/2005 | | .74 | .74 |

PROGRAM: GENIRG-2171368
SESSION: RP-IRG/1105/1
REPORT : EXPTYPE-21784

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E108 Postage

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 | Durkin Contracting, (Continued) | | | | |
| 04 | City of Newark Proje (Continued) | | | | |
| | CM-EXE/14790/1 | 12/12/2005 | | .60 | .60 |
| | CM-EXE/14800/39 | 12/20/2005 | | .37 | .37 |
| | CM-EXE/14823/47 | 12/21/2005 | | 1.85 | 1.85 |
| | CM-EXE/14831/44 | 01/03/2006 | | 2.49 | 2.49 |
| | CM-EXE/14831/45 | 01/03/2006 | | 1.06 | 1.06 |
| | CM-EXE/14848/10 | 01/04/2006 | | 1.06 | 1.06 |
| | CM-EXE/14848/43 | 01/05/2006 | | 2.22 | 2.22 |
| | CM-EXE/14853/29 | 01/09/2006 | | .39 | .39 |
| | CM-EXE/14853/32 | 01/09/2006 | | 3.78 | 3.78 |
| | CM-EXE/14880/27 | 01/17/2006 | | .85 | .85 |
| | CM-EXE/14880/33 | 01/17/2006 | | 3.78 | 3.78 |
| | CM-EXE/14878/43 | 01/18/2006 | | 1.26 | 1.26 |
| | CM-EXE/14902/42 | 01/25/2006 | | .39 | .39 |
| | CM-EXE/14903/7 | 01/25/2006 | | 1.95 | 1.95 |
| | CM-EXE/14903/35 | 01/25/2006 | | .39 | .39 |
| | CM-EXE/14910/45 | 01/27/2006 | | .63 | .63 |
| | CM-EXE/14924/36 | 01/31/2006 | | .63 | .63 |
| | CM-EXE/14938/38 | 02/02/2006 | | .78 | .78 |
| | CM-EXE/14939/20 | 02/03/2006 | | .39 | .39 |
| | CM-EXE/14939/33 | 02/03/2006 | | 2.34 | 2.34 |
| | CM-EXE/14942/48 | 02/07/2006 | | 3.78 | 3.78 |
| | CM-EXE/14962/2 | 02/10/2006 | | .39 | .39 |
| | CM-EXE/14970/19 | 02/13/2006 | | 3.15 | 3.15 |
| | CM-EXE/14992/42 | 02/17/2006 | | .39 | .39 |

PROGRAM: GENIRG-2171368
SESSION: RP-IRG/1105/1
REPORT : EXPTYPE-21784

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E108 Postage

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 | Durkin Contracting, (Continued) | | | | |
| 04 | City of Newark Proje (Continued) | | | | |
| | CM-EXE/14994/17 | 02/21/2006 | | 2.34 | 2.34 |
| | CM-EXE/14994/21 | 02/21/2006 | | 2.34 | 2.34 |
| | CM-EXE/14994/45 | 02/22/2006 | | .63 | .63 |
| | CM-EXE/15022/8 | 02/27/2006 | | 1.95 | 1.95 |
| | CM-EXE/15022/18 | 02/27/2006 | | 5.00 | 5.00 |
| | CM-EXE/15023/6 | 02/28/2006 | | .39 | .39 |
| | CM-EXE/15028/32 | 03/02/2006 | | 1.59 | 1.59 |
| | CM-EXE/15070/35 | 03/15/2006 | | .39 | .39 |
| | CM-EXE/15071/23 | 03/15/2006 | | .63 | .63 |
| | CM-EXE/15071/49 | 03/16/2006 | | 1.95 | 1.95 |
| | CM-EXE/15071/50 | 03/16/2006 | | .39 | .39 |
| | CM-EXE/15072/19 | 03/17/2006 | | .39 | .39 |
| | CM-EXE/15074/35 | 03/20/2006 | | 2.34 | 2.34 |
| | CM-EXE/15074/41 | 03/20/2006 | | 4.05 | 4.05 |
| | CM-EXE/15110/3 | 03/24/2006 | | .39 | .39 |
| | CM-EXE/15125/35 | 03/29/2006 | | .39 | .39 |
| | CM-EXE/15160/43 | 04/10/2006 | | 1.95 | 1.95 |
| | CM-EXE/15169/44 | 04/11/2006 | | .78 | .78 |
| | CM-EXE/15183/6 | 04/13/2006 | | 5.34 | 5.34 |
| | CM-EXE/15205/27 | 04/21/2006 | | 18.45 | 18.45 |
| | CM-EXE/15223/2 | 04/26/2006 | | 1.50 | 1.50 |
| | CM-EXE/15223/19 | 04/27/2006 | | 1.56 | 1.56 |
| | CM-EXE/15248/3 | 05/02/2006 | | 5.00 | 5.00 |

PROGRAM: GENIRG-2171368
SESSION: RP-IRG/1105/1
REPORT : EXPTYPE-21784

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E108 Postage

PAGE: 27
DATE: 01/22/07
TIME: 15:25:49

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 Durkin Contracting, (Continued) | | | | | |
| 04 City of Newark Proje (Continued) | | | | | |
| | CM-EXE/15248/34 | 05/03/2006 | | 2.22 | 2.22 |
| | CM-EXE/15307/23 | 05/24/2006 | | 1.11 | 1.11 |
| | CM-EXE/15322/4 | 05/26/2006 | | 1.56 | 1.56 |
| | CM-EXE/15322/25 | 05/30/2006 | | 1.56 | 1.56 |
| | CM-EXE/15322/48 | 05/30/2006 | | 1.17 | 1.17 |
| | CM-EXE/15331/19 | 05/31/2006 | | 2.34 | 2.34 |
| | CM-EXE/15349/13 | 06/01/2006 | | 4.20 | 4.20 |
| | CM-EXE/15349/25 | 06/01/2006 | | 1.11 | 1.11 |
| | CM-EXE/15357/5 | 06/07/2006 | | 6.15 | 6.15 |
| | CM-EXE/15381/35 | 06/14/2006 | | 4.05 | 4.05 |
| | CM-EXE/15470/5 | 07/10/2006 | | 3.03 | 3.03 |
| | CM-EXE/15540/2 | 07/21/2006 | | 4.20 | 4.20 |
| | CM-EXE/15539/25 | 07/25/2006 | | .39 | .39 |
| | CM-EXE/15626/11 | 08/25/2006 | | 1.11 | 1.11 |
| | CM-EXE/15654/15 | 09/06/2006 | 10/12/2006 | .39 | .39 |
| | CM-EXE/15706/19 | 09/20/2006 | | .63 | .63 |
| | CM-EXE/15714/2 | 09/21/2006 | | 1.56 | 1.56 |
| | CM-EXE/15726/26 | 09/25/2006 | | 1.17 | 1.17 |
| | CM-EXE/15772/35 | 10/12/2006 | | .39 | .39 |
| | CM-EXE/15779/11 | 10/13/2006 | | .39 | .39 |
| | CM-EXE/15826/17 | 10/30/2006 | | 4.05 | 4.05 |
| | CM-EXE/15888/30 | 11/22/2006 | | .78 | .78 |
| | CM-EXE/15888/45 | 11/22/2006 | | 12.22 | 12.22 |
| | CM-EXE/15898/27 | 11/27/2006 | | 1.02 | 1.02 |

A-872

PROGRAM: GENIRG-2171368
SESSION: RP-IRG/1105/1
REPORT : EXPTYPE-21784

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E108 Postage

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 Durkin Contracting, (Continued) | | | | | |
| 04 City of Newark Proje (Continued) | | | | | |
| | CM-EXE/15898/29 | 11/27/2006 | | 1.17 | 1.17 |
| | CM-EXE/15898/33 | 11/27/2006 | | .39 | .39 |
| | CM-EXE/15903/51 | 11/28/2006 | | .78 | .78 |
| | CM-EXE/15934/42 | 11/30/2006 | | 1.02 | 1.02 |
| | CM-EXE/15937/23 | 12/06/2006 | | 9.45 | 9.45 |
| | CM-EXE/15938/23 | 12/08/2006 | | 1.56 | 1.56 |
| | CM-EXE/15938/25 | 12/08/2006 | | .39 | .39 |
| | CM-EXE/15967/1 | 12/13/2006 | | 1.11 | 1.11 |
| | CM-EXE/15980/21 | 12/20/2006 | | .39 | .39 |
| | CM-EXE/15989/33 | 12/21/2006 | | .78 | .78 |
| | CM-EXE/16032/20 | 01/10/2007 | | 2.22 | 2.22 |
| TOTAL FOR ORIGINATOR | | | | 407.09 | 407.09 |
| TOTAL FOR MATTER 04 City of Newark Proje | | | | 407.09 | 407.09 |
| TOTAL FOR CLIENT 3514 Durkin Contracting, | | | | 407.09 | 407.09 |
| TOTAL FOR EXPENSE TYPE E108 Postage | | | | 407.09 | 407.09 |

PROGRAM: GENIRG-2171368
SESSION: RP-IRG/1105/1
REPORT : EXPTYPE-21784

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E109 Travel

PAGE: 29
DATE: 01/22/07
TIME: 15:25:49

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 | Durkin Contracting, | | | | |
| 04 | City of Newark Proje | | | | |
| | CM-EXE/15563/100 | 08/04/2006 | | 29.00 | 29.00 |
| | CM-EXE/15563/104 | 08/04/2006 | | 12.00 | 12.00 |
| | CM-EXE/15732/125 | 09/29/2006 | | 4.00 | 4.00 |
| | CM-EXE/15732/126 | 09/29/2006 | | 8.00 | 8.00 |
| | 9/26/06 travel for Marsha Flora CM-EXE/15827/1 | 10/31/2006 | | 43.65 | 43.65 |
| | 9/27/06 travel for Marsha Flora CM-EXE/15827/2 | 10/31/2006 | | 43.65 | 43.65 |
| | 9/28/06 travel for Marsha Flora CM-EXE/15827/3 | 10/31/2006 | | 43.65 | 43.65 |
| | 9/29/06 travel for Marsha Flora CM-EXE/15827/4 | 10/31/2006 | | 43.65 | 43.65 |
| | 10/2/06 travel for Marsha Flora CM-EXE/15827/5 | 10/31/2006 | | 43.65 | 43.65 |
| | 10/3/06 travel for Marsha Flora CM-EXE/15827/6 | 10/31/2006 | | 43.65 | 43.65 |
| | 10/4/06 travel for Marsh Flora CM-EXE/15827/7 | 10/31/2006 | | 43.65 | 43.65 |
| | 10/5/06 travel for Marsha Flora CM-EXE/15827/8 | 10/31/2006 | | 43.65 | 43.65 |
| | CM-EXE/15857/60 | 11/10/2006 | | 28.00 | 28.00 |
| TOTAL FOR ORIGINATOR | | | | 430.20 | 430.20 |
| 002 | PA Logan | | | | |
| | CM-EXE/11510/22 | 09/03/2003 | | 66.96 | .00 |
| | CM-EXE/11616/8 | 09/26/2003 | | 67.68 | .00 |
| | CM-EXE/11880/20 | 12/09/2003 | | 24.48 | 24.48 |
| | CM-EXE/12066/21 | 02/07/2004 | | 129.75 | .00 |
| | CM-EXE/12122/10 | 02/14/2004 | | 70.50 | .00 |
| | CM-EXE/12481/16 | 05/08/2004 | | 41.63 | 41.63 |
| | CM-EXE/12649/17 | 06/19/2004 | | 48.38 | .00 |
| | CM-EXE/12649/22 | 06/24/2004 | | 55.50 | .00 |
| | CM-EXE/12703/26 | 07/12/2004 | | 16.88 | 16.88 |

PROGRAM: GENIRG-2171368
SESSION: RP-IRG/1105/1
REPORT : EXPTYPE-21784

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E109 Travel

PAGE: 30
DATE: 01/22/07
TIME: 15:25:49

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 | Durkin Contracting, (Continued) | | | | |
| 04 | City of Newark Proje (Continued) | | | | |
| 002 | PA Logan (Continued) | | | | |
| | CM-EXE/12703/31 | 07/15/2004 | | 51.00 | 51.00 |
| | CM-EXE/12750/42 | 07/17/2004 | | 20.25 | 20.25 |
| | CM-EXE/12809/25 | 07/31/2004 | | 21.75 | 21.75 |
| | CM-EXE/12809/27 | 08/03/2004 | | 33.00 | 33.00 |
| | CM-EXE/12809/32 | 08/10/2004 | | 20.25 | 20.25 |
| | CM-EXE/12928/22 | 08/29/2004 | | 20.63 | 20.63 |
| | CM-EXE/13125/37 | 10/08/2004 | | 96.88 | 96.88 |
| | CM-EXE/13125/38 | 10/09/2004 | | 95.88 | 95.88 |
| | CM-EXE/13198/25 | 11/01/2004 | | 70.50 | .00 |
| | CM-EXE/13259/34 | 11/06/2004 | | 36.00 | .00 |
| | CM-EXE/14737/12 | 11/22/2004 | | 58.69 | 58.69 |
| | CM-EXE/13312/15 | 11/27/2004 | | 42.75 | .00 |
| | CM-EXE/13312/16 | 11/29/2004 | | 66.00 | .00 |
| | CM-EXE/13312/18 | 11/30/2004 | | 74.25 | .00 |
| | CM-EXE/13367/32 | 12/01/2004 | | 76.25 | 76.25 |
| | CM-EXE/14054/8 | 05/26/2005 | | 35.64 | 35.64 |
| | CM-EXE/14159/39 | 06/16/2005 | | 58.32 | 58.32 |
| | CM-EXE/14317/45 | 08/02/2005 | | 76.14 | .00 |
| | CM-EXE/14368/14 | 08/17/2005 | | 35.64 | .00 |
| | CM-EXE/14421/34 | 09/08/2005 | | 54.69 | 54.69 |
| | CM-EXE/14634/16 | 10/27/2005 | | 60.63 | 60.63 |
| | CM-EXE/14947/8 | 02/05/2006 | | 43.61 | 43.61 |
| | CM-EXE/14947/9 | 02/06/2006 | | 55.05 | 55.05 |

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E109 Travel

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 | Durkin Contracting, (Continued) | | | | |
| 04 | City of Newark Proje (Continued) | | | | |
| 002 | PA Logan (Continued) | | | | |
| | CM-EXE/14947/13 | 02/08/2006 | | 43.17 | 43.17 |
| | CM-EXE/15004/14 | 02/09/2006 | | 29.82 | 29.82 |
| | CM-EXE/15004/15 | 02/10/2006 | | 39.48 | 39.48 |
| | CM-EXE/15093/31 | 03/22/2006 | | 62.06 | 62.06 |
| | CM-EXE/15151/24 | 03/26/2006 | | 44.06 | 44.06 |
| | CM-EXE/15151/25 | 03/28/2006 | | 62.06 | 62.06 |
| | CM-EXE/15151/27 | 03/29/2006 | | 63.06 | 63.06 |
| | CM-EXE/15151/28 | 03/30/2006 | | 63.06 | 63.06 |
| | CM-EXE/15151/29 | 03/31/2006 | | 44.06 | 44.06 |
| | CM-EXE/15201/40 | 04/11/2006 | | 62.61 | 62.61 |
| | CM-EXE/15201/42 | 04/13/2006 | | 63.06 | 63.06 |
| | CM-EXE/15201/43 | 04/14/2006 | | 43.61 | 43.61 |
| | CM-EXE/15201/44 | 04/17/2006 | | 63.06 | 63.06 |
| | CM-EXE/15201/46 | 04/18/2006 | | 19.00 | 19.00 |
| | CM-EXE/15201/47 | 04/19/2006 | | 63.06 | 63.06 |
| | CM-EXE/15250/21 | 04/24/2006 | | 44.06 | 44.06 |
| | CM-EXE/15250/23 | 04/25/2006 | | 44.06 | 44.06 |
| | CM-EXE/15432/7 | 06/16/2006 | | 43.61 | 43.61 |
| | CM-EXE/15432/11 | 06/20/2006 | | 55.61 | 55.61 |
| | CM-EXE/15432/13 | 06/21/2006 | | 55.61 | 55.61 |
| | CM-EXE/15432/14 | 06/22/2006 | | 55.61 | 55.61 |
| | CM-EXE/15432/15 | 06/23/2006 | | 55.61 | 55.61 |
| | CM-EXE/15577/13 | 07/30/2006 | | 74.76 | 74.76 |

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E109 Travel

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 Durkin Contracting, (Continued) | | | | | |
| 04 City of Newark Proje (Continued) | | | | | |
| 002 PA Logan (Continued) | | | | | |
| | CM-EXE/15577/14 | 07/31/2006 | | 80.53 | 80.53 |
| | CM-EXE/15609/19 | 08/11/2006 | | 25.37 | 25.37 |
| | CM-EXE/15609/28 | 08/18/2006 | | 24.48 | 24.48 |
| | CM-EXE/15609/29 | 08/19/2006 | | 25.37 | 25.37 |
| | CM-EXE/15656/17 | 09/01/2006 | | 71.63 | 71.63 |
| | CM-EXE/15656/18 | 09/03/2006 | | 19.14 | 19.14 |
| | CM-EXE/15656/19 | 09/04/2006 | | 19.58 | 19.58 |
| | CM-EXE/15656/20 | 09/05/2006 | | 46.27 | 46.27 |
| | CM-EXE/15703/80 | 09/09/2006 | | 19.58 | 19.58 |
| | CM-EXE/15703/81 | 09/10/2006 | | 19.58 | 19.58 |
| | CM-EXE/15703/86 | 09/13/2006 | | 43.60 | 43.60 |
| | CM-EXE/15703/88 | 09/16/2006 | | 19.58 | 19.58 |
| | CM-EXE/15703/89 | 09/17/2006 | | 19.58 | 19.58 |
| | CM-EXE/15748/18 | 09/23/2006 | | 28.93 | 28.93 |
| | CM-EXE/15748/19 | 09/24/2006 | | 28.93 | 28.93 |
| | CM-EXE/15748/20 | 09/26/2006 | | 85.43 | 85.43 |
| | CM-EXE/15748/21 | 09/27/2006 | | 85.43 | 85.43 |
| | CM-EXE/15748/22 | 09/28/2006 | | 85.43 | 85.43 |
| | CM-EXE/15748/23 | 09/29/2006 | | 85.43 | 85.43 |
| | CM-EXE/15748/24 | 09/30/2006 | | 24.48 | 24.48 |
| | CM-EXE/15748/25 | 10/01/2006 | | 28.93 | 28.93 |
| | CM-EXE/15748/26 | 10/02/2006 | | 85.43 | 85.43 |
| | CM-EXE/15748/27 | 10/03/2006 | | 85.43 | 85.43 |

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E109 Travel

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 Durkin Contracting, (Continued) | | | | | |
| 04 City of Newark Proje (Continued) | | | | | |
| 002 PA Logan (Continued) | | | | | |
| | CM-EXE/15748/28 | 10/04/2006 | | 85.43 | 85.43 |
| | CM-EXE/15748/29 | 10/05/2006 | | 85.43 | 85.43 |
| TOTAL FOR ORIGINATOR 002 PA Logan | | | | 4,148.72 | 3,308.67 |
| TOTAL FOR MATTER 04 City of Newark Proje | | | | 4,578.92 | 3,738.87 |
| TOTAL FOR CLIENT 3514 Durkin Contracting, | | | | 4,578.92 | 3,738.87 |
| TOTAL FOR EXPENSE TYPE E109 Travel | | | | 4,578.92 | 3,738.87 |

PROGRAM: GENIRG-2171368
SESSION: RP-IRG/1105/1
REPORT : EXPTYPE-21784

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E110 Out-of-town travel

PAGE: 34
DATE: 01/22/07
TIME: 15:25:49

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 | Durkin Contracting, | | | | |
| 04 | City of Newark Proje | | | | |
| | CM-EXE/15857/58 | 11/10/2006 | | 949.60 | 949.60 |
| TOTAL FOR ORIGINATOR | | | | 949.60 | 949.60 |
| TOTAL FOR MATTER 04 City of Newark Proje | | | | 949.60 | 949.60 |
| TOTAL FOR CLIENT 3514 Durkin Contracting, | | | | 949.60 | 949.60 |
| TOTAL FOR EXPENSE TYPE E110 Out-of-town travel | | | | 949.60 | 949.60 |

PROGRAM: GENIRG-2171368
SESSION: RP-IRG/1105/1
REPORT : EXPTYPE-21784

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E111 Meals


DATE: 01/22/07
TIME: 15:25:49

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514<br>04 | Durkin Contracting,<br>City of Newark Proje | | | | |
| | CM-EXE/15857/59 | 11/10/2006 | | 65.56 | 65.56 |
| | CM-EXE/15942/131 | 12/08/2006 | | 47.75 | 47.75 |
| TOTAL FOR ORIGINATOR | | | | 113.31 | 113.31 |
| TOTAL FOR MATTER 04 City of Newark Proje | | | | 113.31 | 113.31 |
| TOTAL FOR CLIENT 3514 Durkin Contracting, | | | | 113.31 | 113.31 |
| TOTAL FOR EXPENSE TYPE E111 Meals | | | | 113.31 | 113.31 |

A-880

PROGRAM: GENIRG-2171368
SESSION: RP-IRG/1105/1
REPORT : EXPTYPE-21784

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E112 Court fees

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 | Durkin Contracting, | | | | |
| 04 | City of Newark Proje | | | | |
| 002 | PA Logan | | | | |
| | District Court Clerk CM-EXE/11948/2 | 01/14/2004 | | 150.00 | 150.00 |
| | Montgomery County Sheriff CM-EXE/14915/1 | 01/31/2006 | | 43.00 | 43.00 |
| | Montgomery County Prothonotary CM-EXE/14915/2 | 01/31/2006 | | 219.50 | 219.50 |
| | Supreme Court of Pennsylvania CM-EXE/15885/1 | 11/22/2006 | | 25.00 | 25.00 |
| | Supreme Court of Pennsylvania CM-EXE/15885/2 | 11/22/2006 | | 25.00 | 25.00 |
| | U.S. Court of Appeals Clerk CM-EXE/15886/1 | 11/22/2006 | | 190.00 | 190.00 |
| | U.S. Court of Appeals Clerk CM-EXE/15886/2 | 11/22/2006 | | 190.00 | 190.00 |
| TOTAL FOR ORIGINATOR 002 PA Logan | | | | 842.50 | 842.50 |
| 030 | DT Bolger | | | | |
| | City of Newark CM-EXE/15247/2 | 05/03/2006 | | 5.00 | 5.00 |
| | Clerk, US District Court CM-EXE/15863/2 | 11/13/2006 | | 455.00 | 455.00 |
| TOTAL FOR ORIGINATOR 030 DT Bolger | | | | 460.00 | 460.00 |
| TOTAL FOR MATTER 04 City of Newark Proje | | | | 1,302.50 | 1,302.50 |
| TOTAL FOR CLIENT 3514 Durkin Contracting, | | | | 1,302.50 | 1,302.50 |
| TOTAL FOR EXPENSE TYPE E112 Court fees | | | | 1,302.50 | 1,302.50 |

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E113 Subpoena Fees

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 | Durkin Contracting, | | | | |
| 04 | City of Newark Proje | | | | |
| 002 | PA Logan | | | | |
| | Talom & Associates CM-EXE/12456/63 | 05/14/2004 | | 53.00 | 53.00 |
| TOTAL FOR ORIGINATOR 002 PA Logan | | | | 53.00 | 53.00 |
| TOTAL FOR MATTER 04 City of Newark Proje | | | | 53.00 | 53.00 |
| TOTAL FOR CLIENT 3514 Durkin Contracting, | | | | 53.00 | 53.00 |
| TOTAL FOR EXPENSE TYPE E113 Subpoena Fees | | | | 53.00 | 53.00 |

PROGRAM: GENIRG-2171368
SESSION: RP-IRG/1105/1
REPORT : EXPTYPE-21784

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E114 Witness fees

DATE: 01/22/07
TIME: 15:25:49

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 | Durkin Contracting, | | | | |
| 04 | City of Newark Proje | | | | |
| | voided check #48153-Craig Calabria, PE CM-EXE/14923/22 | 02/01/2006 | | -50.00 | -50.00 |
| TOTAL FOR ORIGINATOR | | | | -50.00 | -50.00 |
| 002 | PA Logan | | | | |
| | Craig Calabria, P.E. CM-EXE/14604/3 | 10/25/2005 | | 50.00 | 50.00 |
| | George Lynch CM-EXE/14941/1 | 02/07/2006 | | 100.00 | 100.00 |
| TOTAL FOR ORIGINATOR 002 PA Logan | | | | 150.00 | 150.00 |
| TOTAL FOR MATTER 04 City of Newark Proje | | | | 100.00 | 100.00 |
| TOTAL FOR CLIENT 3514 Durkin Contracting, | | | | 100.00 | 100.00 |
| TOTAL FOR EXPENSE TYPE E114 Witness fees | | | | 100.00 | 100.00 |

PROGRAM: GENIRG-2171368
SESSION: RP-IRG/1105/1
REPORT : EXPTYPE-21784

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E115 Deposition transcript

PAGE: 39
DATE: 01/22/07
TIME: 15:25:49

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 | Durkin Contracting, | | | | |
| 04 | City of Newark Proje | | | | |
| 002 | PA Logan | | | | |
| | Corbett & Wilcox CM-EXE/15075/48 | 03/17/2006 | | 667.75 | 667.75 |
| | Corbett & Wilcox CM-EXE/15130/89 | 03/31/2006 | | 290.45 | 290.45 |
| | Corbett & Wilcox CM-EXE/15231/149 | 04/28/2006 | | 470.65 | 470.65 |
| | Corbett & Wilcox CM-EXE/15231/150 | 04/28/2006 | | 621.45 | 621.45 |
| | Corbett & Wilcox CM-EXE/15271/57 | 05/12/2006 | | 503.70 | 503.70 |
| | Corbett & Wilcox CM-EXE/15271/58 | 05/12/2006 | | 636.70 | 636.70 |
| | ERSA Court Reporters CM-EXE/15449/45 | 07/07/2006 | | 524.50 | 524.50 |
| | First Services, Ltd. CM-EXE/15519/49 | 07/21/2006 | | 751.15 | 751.15 |
| | Corbett & Wilcox CM-EXE/15519/130 | 07/21/2006 | | 578.95 | 578.95 |
| | Corbett & Wilcox CM-EXE/15519/131 | 07/21/2006 | | 632.15 | 632.15 |
| | First Services, Ltd. CM-EXE/15563/84 | 08/04/2006 | | 676.35 | 676.35 |
| | First Services, Ltd. CM-EXE/15563/85 | 08/04/2006 | | 854.40 | 854.40 |
| | First Services, Ltd. CM-EXE/15563/86 | 08/04/2006 | | 439.00 | 439.00 |
| | First Services, Ltd. CM-EXE/15683/43 | 09/15/2006 | | 1,033.70 | 1,033.70 |
| | First Services, Ltd. CM-EXE/15732/29 | 09/29/2006 | | 1,324.25 | 1,324.25 |
| | First Services, Ltd. CM-EXE/15732/30 | 09/29/2006 | | 1,111.80 | 1,111.80 |
| | First Services, Ltd. CM-EXE/15768/61 | 10/13/2006 | | 862.35 | 862.35 |
| TOTAL FOR ORIGINATOR 002 PA Logan | | | | 11,979.30 | 11,979.30 |
| 030 | DT Bolger | | | | |
| | Liebmann-Gebhard, Inc. CM-EXE/14349/101 | 08/19/2005 | | 600.00 | 600.00 |
| | Corbett & Wilcox CM-EXE/15231/151 | 04/28/2006 | | 173.70 | 173.70 |
| | ERSA Court Reporters CM-EXE/15449/46 | 07/07/2006 | | 194.80 | 194.80 |
| | First Services, Ltd. CM-EXE/15519/50 | 07/21/2006 | | 161.55 | 161.55 |
| | First Services, Ltd. CM-EXE/15596/40 | 08/18/2006 | | 532.50 | 532.50 |

PROGRAM: GENIRG-2171368
SESSION: RP-IRG/1105/1
REPORT : EXPTYPE-21784

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E115 Deposition transcript

DATE: 01/22/07
TIME: 15:25:49

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 Durkin Contracting, (Continued) | | | | | |
| 04 City of Newark Proje (Continued) | | | | | |
| 030 DT Bolger (Continued) | | | | | |
| TOTAL FOR ORIGINATOR 030 DT Bolger | | | | 1,662.55 | 1,662.55 |
| TOTAL FOR MATTER 04 City of Newark Proje | | | | 13,641.85 | 13,641.85 |
| TOTAL FOR CLIENT 3514 Durkin Contracting, | | | | 13,641.85 | 13,641.85 |
| TOTAL FOR EXPENSE TYPE E115 Deposition transcript | | | | 13,641.85 | 13,641.85 |

PROGRAM: GENIRG-2171368
SESSION: RP-IRG/1105/1
REPORT : EXPTYPE-21784

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E116 Trial Transcripts

DATE: 01/22/07
TIME: 15:25:49

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 | Durkin Contracting, | | | | |
| 04 | City of Newark Proje | | | | |
| 002 | PA Logan | | | | |
| | Brian Jaffigan, Official Court Reporter CM-EXE/13058/38 | 10/01/2004 | | 72.50 | 72.50 |
| TOTAL FOR ORIGINATOR 002 PA Logan | | | | 72.50 | 72.50 |
| 030 | DT Bolger | | | | |
| | Kevin J. Maurer CM-EXE/15642/39 | 09/01/2006 | | 55.00 | 55.00 |
| TOTAL FOR ORIGINATOR 030 DT Bolger | | | | 55.00 | 55.00 |
| 101 | KK Carton, Jr. | | | | |
| | Kevin J. Maurer CM-EXE/15979/27 | 12/21/2006 | | 2,706.23 | 2,706.23 |
| TOTAL FOR ORIGINATOR 101 KK Carton, Jr. | | | | 2,706.23 | 2,706.23 |
| TOTAL FOR MATTER 04 City of Newark Proje | | | | 2,833.73 | 2,833.73 |
| TOTAL FOR CLIENT 3514 Durkin Contracting, | | | | 2,833.73 | 2,833.73 |
| TOTAL FOR EXPENSE TYPE E116 Trial Transcripts | | | | 2,833.73 | 2,833.73 |

PROGRAM: GENIRG-2171368
SESSION: RP-IRG/1105/1
REPORT : EXPTYPE-21784

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E117 Trial Exhibits

PAGE: 42
DATE: 01/22/07
TIME: 15:25:49

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 | Durkin Contracting, | | | | |
| 04 | City of Newark Proje | | | | |
| | CM-EXE/15768/4 | 10/13/2006 | | 476.62 | 476.62 |
| | CM-EXE/15768/5 | 10/13/2006 | | 589.57 | 589.57 |
| | CM-EXE/15857/57 | 11/10/2006 | | 130.17 | 130.17 |
| TOTAL FOR ORIGINATOR | | | | 1,196.36 | 1,196.36 |
| TOTAL FOR MATTER 04 City of Newark Proje | | | | 1,196.36 | 1,196.36 |
| TOTAL FOR CLIENT 3514 Durkin Contracting, | | | | 1,196.36 | 1,196.36 |
| TOTAL FOR EXPENSE TYPE E117 Trial Exhibits | | | | 1,196.36 | 1,196.36 |

PROGRAM: GENIRG-2171368
SESSION: RP-IRG/1105/1
REPORT : EXPTYPE-21784

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E119 Experts

PAGE: 43
DATE: 01/22/07
TIME: 15:25:49

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 | Durkin Contracting, | | | | |
| 04 | City of Newark Proje | | | | |
| 002 | PA Logan | | | | |
| | GeoSystems Consultants, Inc. CM-EXE/15776/1 | 10/16/2006 | | 2,510.00 | 2,510.00 |
| TOTAL FOR ORIGINATOR 002 PA Logan | | | | 2,510.00 | 2,510.00 |
| TOTAL FOR MATTER 04 City of Newark Proje | | | | 2,510.00 | 2,510.00 |
| TOTAL FOR CLIENT 3514 Durkin Contracting, | | | | 2,510.00 | 2,510.00 |
| TOTAL FOR EXPENSE TYPE E119 Experts | | | | 2,510.00 | 2,510.00 |

PROGRAM: GENIRG-2171368
SESSION: RP-IRG/1105/1
REPORT : EXPTYPE-21784

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E121 Arbitrators/Mediators

PAGE: 44
DATE: 01/22/07
TIME: 15:25:49

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 | Durkin Contracting, | | | | |
| 04 | City of Newark Proje | | | | |
| 030 | DT Bolger | | | | |
| | Venzie Phillips & Warshawer CM-EXE/13274/4 | 11/22/2004 | | 3,075.00 | 3,075.00 |
| TOTAL FOR ORIGINATOR 030 DT Bolger | | | | 3,075.00 | 3,075.00 |
| TOTAL FOR MATTER 04 City of Newark Proje | | | | 3,075.00 | 3,075.00 |
| TOTAL FOR CLIENT 3514 Durkin Contracting, | | | | 3,075.00 | 3,075.00 |
| TOTAL FOR EXPENSE TYPE E121 Arbitrators/Mediators | | | | 3,075.00 | 3,075.00 |

PROGRAM: GENIRG-2171368
SESSION: RP-IRG/1105/1
REPORT : EXPTYPE-21784

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
EXPENSE TYPE: E124 Other

PAGE: 45
DATE: 01/22/07
TIME: 15:25:49

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| 3514 | Durkin Contracting, | | | | |
| 04 | City of Newark Proje | | | | |
| | CM-EXE/9765/4 | 07/26/2002 | 08/07/2002 | 30.68 | 30.68 |
| | Notary (1) CM-EXE/12624/1 | 06/25/2004 | | 2.00 | 2.00 |
| | Notary (3) CM-EXE/12865/1 | 08/11/2004 | | 6.00 | 6.00 |
| | Notary (2) CM-EXE/14263/2 | 07/25/2005 | | 4.00 | 4.00 |
| | CM-EXE/15449/57 | 07/07/2006 | | 15.89 | 15.89 |
| TOTAL FOR ORIGINATOR | | | | 58.57 | 58.57 |
| TOTAL FOR MATTER 04 City of Newark Proje | | | | 58.57 | 58.57 |
| TOTAL FOR CLIENT 3514 Durkin Contracting, | | | | 58.57 | 58.57 |
| TOTAL FOR EXPENSE TYPE E124 Other | | | | 58.57 | 58.57 |

PROGRAM: GENIRG-2171368
SESSION: RP-IRG/1105/1
REPORT : EXPTYPE-21784

Powell Trachtman Logan Carrle & Lombardo, P.C.
EXPENSE TYPE REPORT
ALL EXPENSES ENTERED OR CHANGED TRANSACTED FROM: 01/01/1980 TO: 01/22/2007
** Grand Totals **

| CLIENT ID / MATTER ID / ORIGINATOR ID | CLIENT NAME / MATTER DESCRIPTION / ORIGINATOR NAME / EXPENSE DETAIL TEXT | TRANSACTED | CHANGED | RECORDED VALUE | BILLED VALUE |
|---|---|---|---|---|---|
| GRAND TOTALS | | | | 63,147.07 | 62,307.02 |

** Report Arguments **

| Start Date | End Date | Date Mode | Date Basis | Report Option | Expense Type ID | Client ID | Matter ID | Originator ID | Report Level |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/1980 | 01/22/2007 | O | T | BU | | 3514 | 04 | | 1 |

** Report Times **

Started: 15:25:49, Ended: 15:25:50, Elapsed: 00:00:01, Total Rows: 718.