IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff*<br><br>vs.<br><br>CITY OF NEWARK, et al., *Defendants*<br><br>and<br><br>CITY OF NEWARK, *Third-Party Plaintiff*<br><br>vs.<br><br>DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Intervenor* | |

**ORDER**

AND NOW, the Court, having heard and considered Plaintiff Donald M. Durkin Contracting, Inc.'s Motion to Amend the Judgment to Add Interest Pursuant to Federal Rule of Civil Procedure Rule 59(e), does hereby FIND and ORDER:

The Judgment for Plaintiff Donald M. Durkin Contracting, Inc. against Defendant City of Newark is hereby amended to include $3,985,547.71 in interest which includes pre-judgment interest and post-judgment interest up to and including January 26, 2007. Thereafter, interest shall accrue at a rate of $4,922.50 per day and shall be compounded annually.

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Gregory M. Sleet

KOP:359685v1 3514-04