## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DONALD M. DURKIN )
CONTRACTING, INC., )
                )
        Plaintiff, )
                )
     v. )     No. 04-0163-GMS
                )
CITY OF NEWARK, HAROLD F. )
GODWIN, JOHN H. FARRELL, IV, )
JERRY CLIFTON, KARL G. )
KALBACHER, DAVID J. ATHEY, )
FRANK J. OSBORNE, JR., and )
CHRISTINA REWA, )
                )
        Defendants/ )
        Third-Party Plaintiffs, )
     v. )
                )
FEDERAL INSURANCE COMPANY, )
                )
        Third-Party Defendant. )
                )
-------------------------------------------------------)
                )
CITY OF NEWARK, )
                )
        Third-Party Plaintiff, )
                )
     v. )
                )
URS CORPORATION, )
                )
        Third-Party Defendant. )

## APPENDIX OF DOCUMENTS IN SUPPORT OF
## CITY OF NEWARK DEFENDANTS' POST-TRIAL BRIEF
## IN SUPPORT OF THEIR MOTION FOR JUDGMENT
## AS A MATTER OF LAW AND FOR A NEW TRIAL OR REMITTITUR

### PART 1

## TABLE OF CONTENTS

Standard General Conditions of the Construction Contract ........................................... A1

Plaintiff's Answers and Objections to The City of Newark's
     First Set of Interrogatories ............................................................................. A49

Excerpts from the Deposition Transcript of Donald M. Durkin .................................. A56

Excerpts from Trial Transcript..................................................................................... A60

Itemized Statement of Damages. (DUR-68) ............................................................... A181

Selected Trial Exhibits From the City of Newark's Jury Notebook ........................... A182

Selected Trial Exhibits of URS Corporation .............................................................. A186

Final Jury Instructions................................................................................................. A192

Jury Verdict Form ....................................................................................................... A231

Affidavit of Ronald Scott Killen................................................................................. A237

This document has important legal consequences; consultation with an attorney is encouraged with respect to its completion or modification.

# STANDARD
# GENERAL CONDITIONS
# OF THE
# CONSTRUCTION CONTRACT

### Prepared by

## Engineers Joint Contract Documents Committee

### and

### Issued and Published Jointly By

   

PROFESSIONAL ENGINEERS IN PRIVATE PRACTICE
*A practice division of the*
NATIONAL SOCIETY OF PROFESSIONAL ENGINEERS

---

AMERICAN CONSULTING ENGINEERS COUNCIL

---

AMERICAN SOCIETY OF CIVIL ENGINEERS

---

CONSTRUCTION SPECIFICATIONS INSTITUTE

---

This document has been approved and endorsed by

The Associated General Contractors of America

These General Conditions have been prepared for use with the Owner-Contractor Agreements (No. 1910-A-1 or 1910-8-A-2) (1990 Editions). Their provisions are interrelated and a change in one may necessitate a change in the others. Comments concerning their usage are contained in the Commentary on Agreements for Engineering Services and Contract Documents (No. 1910-9) (1986 Edition). For guidance in the preparation of Supplementary Conditions, see Guide to the Preparation of Supplementary Conditions (No. 1910-17) (1990 Edition). When bidding is involved, the Standard Form of Instructions to Bidders (No. 1910-12) (1990 Edition) may be used.

EJCDC No. 1910-8 (1990 Edition)

CC1241

© 1990 National Society of Professional Engineers
1420 King Street, Alexandria, VA 22314

American Consulting Engineers Council
1015 15th Street, N.W., Washington, DC 20005

American Society of Civil Engineers
345 East 47th Street, New York, NY 10017

Construction Specifications Institute
601 Madison St., Alexandria, VA 22314

CC1242

TABLE OF CONTENTS OF GENERAL CONDITIONS

| Article or Paragraph Number & Title | | Page Number |
|---|---|---|
| **1. DEFINITIONS** | | 13 |
| 1.1 | Addenda | 13 |
| 1.2 | Agreement | 13 |
| 1.3 | Application for Payment | 13 |
| 1.4 | Asbestos | 13 |
| 1.5 | Bid | 13 |
| 1.6 | Bidding Documents | 13 |
| 1.7 | Bidding Requirements | 13 |
| 1.8 | Bonds | 13 |
| 1.9 | Change Order | 13 |
| 1.10 | Contract Documents | 13 |
| 1.11 | Contract Price | 13 |
| 1.12 | Contract Times | 13 |
| 1.13 | CONTRACTOR | 13 |
| 1.14 | *defective* | 13 |
| 1.15 | Drawings | 13 |
| 1.16 | Effective Date of the Agreement | 13 |
| 1.17 | ENGINEER | 13 |
| 1.18 | ENGINEER's Consultant | 13 |
| 1.19 | Field Order | 13 |
| 1.20 | General Requirements | 14 |
| 1.21 | Hazardous Waste | 14 |
| 1.22 | Laws and Regulations; Laws or Regulations | 14 |
| 1.23 | Liens | 14 |
| 1.24 | Milestone | 14 |
| 1.25 | Notice of Award | 14 |
| 1.26 | Notice to Proceed | 14 |
| 1.27 | OWNER | 14 |
| 1.28 | Partial Utilization | 14 |
| 1.29 | PCBs | 14 |
| 1.30 | Petroleum | 14 |
| 1.31 | Project | 14 |
| 1.32 | Radioactive Material | 14 |
| 1.33 | Resident Project Representative | 14 |
| 1.34 | Samples | 14 |
| 1.35 | Shop Drawings | 14 |
| 1.36 | Specifications | 14 |
| 1.37 | Subcontractor | 14 |
| 1.38 | Substantial Completion | 14 |
| 1.39 | Supplementary Conditions | 14 |
| 1.40 | Supplier | 14 |
| 1.41 | Underground Facilities | 14 |
| 1.42 | Unit Price Work | 14 |
| 1.43 | Work | 15 |
| 1.44 | Work Change Directive | 15 |
| 1.45 | Written Amendment | 15 |
| **2. PRELIMINARY MATTERS** | | 15 |
| 2.1 | Delivery of Bonds | 15 |
| 2.2 | Copies of Documents | 15 |
| 2.3 | Commencement of Contract Times; Notice to Proceed | 15 |
| 2.4 | Starting the Work | 15 |

| Article or Paragraph Number & Title | | Page Number |
|---|---|---|
| 2.5-2.7 | Before Starting Construction; CONTRACTOR's Responsibility to Report: Preliminary Schedules; Delivery of Certificates of Insurance | 15 |
| 2.8 | Preconstruction Conference | 15 |
| 2.9 | Initially Acceptable Schedules | 16 |
| **3. CONTRACT DOCUMENTS: INTENT, AMENDING, REUSE** | | 16 |
| 3.1-3.2 | Intent | 16 |
| 3.3 | Reference to Standards and Specifications of Technical Societies; Reporting and Resolving Discrepancies | 16 |
| 3.4 | Intent of Certain Terms or Adjectives | 17 |
| 3.5 | Amending Contract Documents | 17 |
| 3.6 | Supplementing Contract Documents | 17 |
| 3.7 | Reuse of Documents | 17 |
| **4. AVAILABILITY OF LANDS; SUBSURFACE AND PHYSICAL CONDITIONS; REFERENCE POINTS** | | 17 |
| 4.1 | Availability of Lands | 17 |
| 4.2 | Subsurface and Physical Conditions | 17 |
| 4.2.1 | Reports and Drawings | 17 |
| 4.2.2 | Limited Reliance by CONTRACTOR Authorized; Technical Data | 18 |
| 4.2.3 | Notice of Differing Subsurface or Physical Conditions | 18 |
| 4.2.4 | ENGINEER's Review | 18 |
| 4.2.5 | Possible Contract Documents Change | 18 |
| 4.2.6 | Possible Price and Times Adjustments | 18 |
| 4.3 | Physical Conditions—Underground Facilities | 18 |
| 4.3.1 | Shown or Indicated | 18 |
| 4.3.2 | Not Shown or Indicated | 19 |
| 4.4 | Reference Points | 19 |
| 4.5 | Asbestos, PCBs, Petroleum, Hazardous Waste or Radioactive Material | 19 |
| **5. BONDS AND INSURANCE** | | 20 |
| 5.1-5.2 | Performance, Payment and Other Bonds | 20 |
| 5.3 | Licensed Sureties and Insurers; Certificates of Insurance | 20 |
| 5.4 | CONTRACTOR's Liability Insurance | 20 |
| 5.5 | OWNER's Liability Insurance | 21 |
| 5.6 | Property Insurance | 21 |
| 5.7 | Boiler and Machinery or Additional Property Insurance | 21 |
| 5.8 | Notice of Cancellation Provisions | 21 |
| 5.9 | CONTRACTOR's Responsibility for Deductible Amounts | 22 |
| 5.10 | Other Special Insurance | 22 |
| 5.11 | Waiver of Rights | 22 |

i

CC1243

A3

| Article or Paragraph Number & Title | | Page Number |
|---|---|---|
| 5.12-5.13 | Receipt and Application of Insurance Proceeds | 22 |
| 5.14 | Acceptance of Bonds and Insurance; Option to Replace | 22 |
| 5.15 | Partial Utilization—Property Insurance | 23 |
| **6. CONTRACTOR'S RESPONSIBILITIES** | | **23** |
| 6.1-6.2 | Supervision and Superintendence | 23 |
| 6.3-6.5 | Labor, Materials and Equipment | 23 |
| 6.6 | Progress Schedule | 23 |
| 6.7 | Substitutes and "Or-Equal" Items; CONTRACTOR's Expense; Substitute Construction Methods or Procedures; ENGINEER's Evaluation | 23 |
| 6.8-6.11 | Concerning Subcontractors, Suppliers and Others; Waiver of Rights | 24 |
| 6.12 | Patent Fees and Royalties | 25 |
| 6.13 | Permits | 25 |
| 6.14 | Laws and Regulations | 25 |
| 6.15 | Taxes | 25 |
| 6.16 | Use of Premises | 26 |
| 6.17 | Site Cleanliness | 26 |
| 6.18 | Safe Structural Loading | 26 |
| 6.19 | Record Documents | 26 |
| 6.20 | Safety and Protection | 26 |
| 6.21 | Safety Representative | 26 |
| 6.22 | Hazard Communication Programs | 27 |
| 6.23 | Emergencies | 27 |
| 6.24 | Shop Drawings and Samples | 27 |
| 6.25 | Submittal Procedures; CONTRACTOR's Review Prior to Shop Drawing or Sample Submittal | 27 |
| 6.26 | Shop Drawing & Sample Submittals Review by ENGINEER | 27 |
| 6.27 | Responsibility for Variation From Contract Documents | 27 |
| 6.28 | Related Work Performed Prior to ENGINEER's Review and Approval of Required Submittals | 27 |
| 6.29 | Continuing the Work | 28 |
| 6.30 | CONTRACTOR's General Warranty and Guarantee | 28 |
| 6.31-6.33 | Indemnification | 28 |
| 6.34 | Survival of Obligations | 28 |
| **7. OTHER WORK** | | **29** |
| 7.1-7.3 | Related Work at Site | 29 |
| 7.4 | Coordination | |
| **8. OWNER'S RESPONSIBILITIES** | | **29** |
| 8.1 | Communications to Contractor | 29 |
| 8.2 | Replacement of ENGINEER | 29 |
| 8.3 | Furnish Data and Pay Promptly When Due | 29 |
| 8.4 | Lands and Easements; Reports and Tests | 29 |
| 8.5 | Insurance | 29 |

| Article or Paragraph Number & Title | | Page Number |
|---|---|---|
| 8.6 | Change Orders | 29 |
| 8.7 | Inspections, Tests and Approvals | 29 |
| 8.8 | Stop or Suspend Work; Terminate CONTRACTOR's Services | 29 |
| 8.9 | Limitations on OWNER's Responsibilities | 30 |
| 8.10 | Asbestos, PCBs, Petroleum, Hazardous Waste or Radioactive Material | 30 |
| 8.11 | Evidence of Financial Arrangements | 30 |
| **9. ENGINEER'S STATUS DURING CONSTRUCTION** | | **30** |
| 9.1 | OWNER's Representative | 30 |
| 9.2 | Visits to Site | 30 |
| 9.3 | Project Representative | 30 |
| 9.4 | Clarifications and Interpretations | 30 |
| 9.5 | Authorized Variations in Work | 30 |
| 9.6 | Rejecting Defective Work | 30 |
| 9.7-9.9 | Shop Drawings, Change Orders and Payments | 31 |
| 9.10 | Determinations for Unit Prices | 31 |
| 9.11-9.12 | Decisions on Disputes; ENGINEER as Initial Interpreter | 31 |
| 9.13 | Limitations on ENGINEER's Authority and Responsibilities | 31 |
| **10. CHANGES IN THE WORK** | | **32** |
| 10.1 | OWNER Ordered Change | 32 |
| 10.2 | Claim for Adjustment | 32 |
| 10.3 | Work Not Required by Contract Documents | 32 |
| 10.4 | Change Orders | |
| 10.5 | Notification of Surety | 32 |
| **11. CHANGE OF CONTRACT PRICE** | | **32** |
| 11.1-11.3 | Contract Price; Claim for Adjustment; Value of the Work | 32 |
| 11.4 | Cost of the Work | 33 |
| 11.5 | Exclusions to Cost of the Work | 34 |
| 11.6 | CONTRACTOR's Fee | 34 |
| 11.7 | Cost Records | 34 |
| 11.8 | Cash Allowances | 35 |
| 11.9 | Unit Price Work | 35 |
| **12. CHANGE OF CONTRACT TIMES** | | **35** |
| 12.1 | Claim for Adjustment | 35 |
| 12.2 | Time of the Essence | 35 |
| 12.3 | Delays Beyond CONTRACTOR's Control | 35 |
| 12.4 | Delays Beyond OWNER's and CONTRACTOR's Control | 35 |
| **13. TESTS AND INSPECTIONS; CORRECTION, REMOVAL OR ACCEPTANCE OF DEFECTIVE WORK** | | **36** |
| 13.1 | Notice of Defects | 36 |
| 13.2 | Access to the Work | 36 |
| 13.3 | Tests and Inspections; Contractor's Cooperation | 36 |

2

CC1244

A4

| Article or Paragraph Number & Title | | Page Number |
|---|---|---|
| 13.4 | OWNER's Responsibilities; Independent Testing Laboratory | 36 |
| 13.5 | CONTRACTOR's Responsibilities | 36 |
| 13.6-13.7 | Covering Work Prior to Inspection, Testing or Approval | 36 |
| 13.8-13.9 | Uncovering Work at ENGINEER's Request | 36 |
| 13.10 | OWNER May Stop the Work | 36 |
| 13.11 | Correction or Removal of Defective Work | 37 |
| 13.12 | Correction Period | 37 |
| 13.13 | Acceptance of Defective Work | 37 |
| 13.14 | OWNER May Correct Defective Work | 37 |

| 14. PAYMENTS TO CONTRACTOR AND COMPLETION | | 37 |
|---|---|---|
| 14.1 | Schedule of Values | 37 |
| 14.2 | Application for Progress Payment | 38 |
| 14.3 | CONTRACTOR's Warranty of Title | 38 |
| 14.4-14.7 | Review of Applications for Progress Payments | 38 |
| 14.8-14.9 | Substantial Completion | 39 |
| 14.10 | Partial Utilization | 39 |
| 14.11 | Final Inspection | 39 |

| Article or Paragraph Number & Title | | Page Number |
|---|---|---|
| 14.12 | Final Application for Payment | 40 |
| 14.13-14.14 | Final Payment and Acceptance | 40 |
| 14.15 | Waiver of Claims | 40 |

| 15. SUSPENSION OF WORK AND TERMINATION | | 40 |
|---|---|---|
| 15.1 | OWNER May Suspend Work | 40 |
| 15.2-15.4 | OWNER May Terminate | 40 |
| 15.5 | CONTRACTOR May Stop Work or Terminate | 41 |

| 16. DISPUTE RESOLUTION | | 41 |
|---|---|---|

| 17. MISCELLANEOUS | | 42 |
|---|---|---|
| 17.1 | Giving Notice | 42 |
| 17.2 | Computation of Times | 42 |
| 17.3 | Notice of Claim | 42 |
| 17.4 | Cumulative Remedies | 42 |
| 17.5 | Professional Fees and Court Costs Included | 42 |

| EXHIBIT GC-A (Optional): | | |
|---|---|---|
| Dispute Resolution Agreement (Optional) | | GC-A1 |
| 16.1-16.6 | Arbitration | GC-A1 |
| 16.7 | Mediation | GC-A2 |

3

CC1245

A5

## INDEX TO GENERAL CONDITIONS

*Article or Paragraph Number*

Acceptance of—
Bonds and Insurance .......................................... 5.14
defective Work ........................... 10.4.1, 13.13, 13.15
final payment ................................... 9.12, 14.15
insurance ...................................................... 5.14
other Work, by CONTRACTOR ......................... 7.3
Substitutes and "Or-Equal" Items ................... 6.7.1
Work by OWNER ........................... 2.5, 6.30, 6.34
Access to the—
Lands, OWNER and CONTRACTOR
responsibilities ........................................ 4.1
site, related work ........................................ 7.2
Work, ...................................... 13.2, 13.14, 14.9
Acts or Omissions—, Acts and Omissions—
CONTRACTOR .............................. 6.9.1, 9.13.3
ENGINEER ................................... 6.20, 9.13.3
OWNER ........................................... 6.20, 8.9
Addenda—definition of (also see
definition of Specifications) ............ (1.6, 1.10, 6.19) 1.1
Additional Property Insurances ......................... 5.7
Adjustments
Contract Price or Contract
Times ........... 1.5, 3.5, 4.1, 4.3.2, 4.5.2, 4.5.3, 9.4, 9.5,
10.2-10.4, 11, 12, 14.8, 15.1
progress schedule ......................................... 6.6
Agreement—
definition of ............................................... 1.2
All risk Insurance, policy form ......................... 5.6.2
Allowances, Cash ......................................... 11.8
Amending Contract Documents ......................... 3.5
Amendment, Written—
in general .... 1.10, 1.45, 3.5, 5.10, 5.12, 6.6.2, 6.8.2, 6.19,
10.1, 10.4, 11.2, 12.1, 13.12.2, 14.7.2
Appeal, OWNER or CONTRACTOR
intent to ...................... 9.10, 9.11, 10.4, 16.2, 16.5
Application for Payment—
definition of ............................................... 1.3
ENGINEER's Responsibility .......................... 9.9
final payment .................. 9.13.4, 9.13.5, 14.12-14.15
in general ......................... 2.8, 2.9, 5.6.4, 9.10, 15.5
progress payment .............................. 14.1, 14.7
review of ............................................. 14.4-14.7
Arbitration (Optional) ........................... 16.1-16.6
Asbestos—
claims pursuant thereto ....................... 4.5.2, 4.5.3
CONTRACTOR authorized to stop Work ............. 4.5.2
definition of ............................................... 1.4
OWNER responsibility for ....................... 4.5.1, 8.10
possible price and times change ...................... 4.5.2
Authorized Variations in Work .......... 3.6, 6.25, 6.27, 9.5
Availability of Lands ............................... 4.1, 8.4
Award, Notice of—defined .............................. 1.25
Before Starting Construction ....................... 2.5-2.8
Bid—definition of ........................................ 1.5
(1.1, 1.10, 2.3, 3.3, 4.2.6.4, 6.13, 11.4.3, 11.9.1)

*Article or Paragraph Number*

Bidding Documents—definition of .............. 1.6 (6.8.2)
Bidding Requirements—definitions of ..... 1.7 (1.1, 4.2.6.2)
Bonds—
acceptance of ............................................. 5.14
additional bonds ............................. 10.5, 11.4.5.9
Cost of the Work ....................................... 11.5.4
definition of ............................................... 1.8
delivery of ........................................... 2.1, 5.1
final application for payment ............... 14.12-14.14
general ............. 1.10, 5.1-5.3, 5.13, 9.13, 10.5, 14.7.6
performance, Payment and Other ............... 5.1-5.2
Bonds and Insurance—in general ......................... 5
Builder's risk "all risk" policy form ................. 5.6.2
Cancellation Provisions, Insurance ......... 5.4.11, 5.8, 5.15
Cash Allowances ........................................ 11.8
Certificate of Substantial Completion ....... 1.38, 6.30.2.3,
14.8, 14.10
Certificates of Inspection .......... 9.13.4, 13.5, 14.12
Certificates of Insurance .. 2.7, 5.3, 5.4.11, 5.4.13, 5.6.5, 5.8,
5.14, 9.13.4, 14.12
Change in Contract Price—
Cash Allowances ...................................... 11.8
claim for price adjustment ..... 4.1, 4.2.6, 4.5, 5.15, 6.8.2,
9.4, 9.5, 9.11, 10.2, 10.5, 11.2, 13.9,
13.13, 13.14, 15.1, 15.5
CONTRACTOR's fee .................................. 11.6
Cost of the Work
general ............................................. 11.4-11.7
Exclusions to .......................................... 11.5
Cost Records ........................................... 11.7
in general ............. 1.19, 1.44, 9.11, 10.4.2, 10.4.3, 11
Lump Sum Pricing ................................... 11.3.2
Notification of Surety .............................. 10.5
Scope of ............................................ 10.3-10.4
Testing and Inspection, Uncovering the Work ....... 13.9
Unit Price Work ..................................... 11.9
Value of Work ......................................... 11.3
Change in Contract Times—
Claim for times adjustment .... 4.1, 4.2.6, 4.5, 5.15, 6.8.2,
9.4, 9.5, 9.11, 10.2, 10.5, 12.1, 13.9, 13.13,
13.14, 14.7, 15.1, 15.5
Contractual time limits ................................ 12.2
Delays beyond CONTRACTOR's control ......... 12.3
Delays beyond OWNER's and CONTRACTOR's con-
trol ...................................................... 12.4
Notification of surety ................................ 10.5
Scope of change ................................... 10.3-10.4
Change Orders—
Acceptance of Defective Work ..................... 13.13
Amending Contract Documents ..................... 3.5
Cash Allowances ...................................... 11.8
Change of Contract Price ............................. 11
Change of Contract Times ............................. 12
Changes in the Work ................................... 10
CONTRACTOR's fee .................................. 11.6
Cost of the Work .................................. 11.4-11.7

4

*Article or Paragraph Number*

Cost Records ........................... 11.7
  definition of ........................... 1.9
  emergencies ........................... 6.23
  ENGINEER's responsibility ......... 9.8, 10.4, 11.2, 12.1
  execution of ........................... 10.4
  Indemnification ............... 6.12, 6.16, 6.31, 6.33
  Insurance, Bonds and ........... 5.10, 5.13, 10.5
  OWNER may terminate ........................... 15.2-15.4
  OWNER's Responsibility ........................... 8.6, 10.4
  Physical Conditions—
  Subsurface and, ........................... 4.2
    Underground Facilities ........................... 4.3.2
  Record Documents ........................... 6.19
  Scope of Change ........................... 10.3-10.4
  Substitutes ........................... 6.7.3, 6.8.2
  Unit Price Work ........................... 11.9
  value of Work, covered by ........................... 11.3
Changes in the Work ........................... 10
  Notification of surety ........................... 10.5
  OWNER's and CONTRACTOR's responsibilities .... 10.4
  Right to an adjustment ........................... 10.2
  Scope of change ........................... 10.3-10.4
Claims—
  against CONTRACTOR ........................... 6.16
  against ENGINEER ........................... 6.32
  against OWNER ........................... 6.32
  Change of Contract Price ........................... 9.4, 11.2
  Change of Contract Times ........................... 9.4, 12.1
  CONTRACTOR's 4, 7.1, 9.4, 9.5, 9.11, 10.2, 11.2, 11.9, 12.1, 14.8, 15.1, 15.5, 17.3
  CONTRACTOR's Fee ........................... 11.6
  CONTRACTOR's liability ............... 5.4, 6.12, 6.16, 6.31
  Cost of the Work ........................... 11.4, 11.5
  Decisions on Disputes ........................... 9.11, 9.12
  Dispute Resolution ........................... 16.1
  Dispute Resolution Agreement ........................... 16.1-16.6
  ENGINEER as initial interpreter ........................... 9.11
  Lump Sum Pricing ........................... 11.3.2
  Notice of ........................... 17.3
  OWNER's ........... 9.4, 9.5, 9.11, 10.2, 11.2, 11.9, 12.1, 13.9, 13.13, 13.14, 17.3
  OWNER's liability ........................... 5.5
  OWNER may refuse to make payment ........................... 14.7
  Professional Fees and Court Costs Included ........... 17.5
  request for formal decision on ........................... 9.11
  Substitute Items ........................... 6.7.1.2
  Time Extension ........................... 12.1
  Time requirements ........................... 9.11, 12.1
  Unit Price Work ........................... 11.9.3
  Value of ........................... 11.3
  Waiver of—on Final Payment ........................... 14.14, 14.15
  Work Change Directive ........................... 10.2
  written notice required ........................... 9.11, 11.2, 12.1
Clarifications and Interpretations ........................... 3.6.3, 9.4, 9.11
Clean Site ........................... 6.17
Codes of Technical Society, Organization or
  Association ........................... 3.3.3
Commencement of Contract Times ........................... 2.3
Communications—

*Article or Paragraph Number*

  general ........................... 6.2, 6.9.2, 8.1
  Hazard Communication Programs ........................... 6.22
Completion—
  Final Application for Payment ........................... 14.12
  Final Inspection ........................... 14.11
  Final Payment and Acceptance ........................... 14.13-14.14
  Partial Utilization ........................... 14.10
  Substantial Completion ........................... 1.38, 14.8-14.9
  Waiver of Claims ........................... 14.15
Computation of Times ........................... 17.2.1-17.2.2
Concerning Subcontractors,
  Suppliers and Others ........................... 6.8-6.11
Conferences—
  initially acceptable schedules ........................... 2.9
  preconstruction ........................... 2.8
Conflict, Error, Ambiguity, Discrepancy—
  CONTRACTOR to Report ........................... 2.5, 3.3.2
Construction, before starting by CONTRACTOR .... 2.5-2.7
Construction Machinery, Equipment, etc. ........................... 6.4
Continuing the Work ........................... 6.29, 10.4
Contract Documents—
  Amending ........................... 3.5
  Bonds ........................... 5.1
  Cash Allowances ........................... 11.8
  Change of Contract Price ........................... 11
  Change of Contract Times ........................... 12
  Changes in the Work ........................... 10.4-10.5
  check and verify ........................... 2.5
  Clarifications and Interpretations ......... 3.2, 3.6, 9.4, 9.11
  definition of ........................... 1.10
  ENGINEER as initial interpreter of ........................... 9.11
  ENGINEER as OWNER's representative ........................... 9.1
  general ........................... 3
  Insurance ........................... 5.3
  Intent ........................... 3.1-3.4
  minor variations in the Work ........................... 3.6
  OWNER's responsibility to furnish data ........................... 8.3
  OWNER's responsibility to make
    prompt payment ........................... 8.3, 14.4, 14.13
  precedence ........................... 3.1, 3.3.3
  Record Documents ........................... 6.19
  Reference to Standards and Specifications
    of Technical Societies ........................... 3.3
  Related Work ........................... 7.2
  Reporting and Resolving Discrepancies ........... 2.5, 3.3
  Reuse of ........................... 3.7
  Supplementing ........................... 3.6
  Termination of ENGINEER's Employment ........... 8.2
  Unit Price Work ........................... 11.9
  variations ........................... 3.6, 6.23, 6.27
  Visits to Site, ENGINEER's ........................... 9.2
Contract Price—
  adjustment of ........................... 3.5, 4.1, 9.4, 10.3, 11.2-11.3
  Change of ........................... 11
  Decision on Disputes ........................... 9.11
  definition of ........................... 1.11
Contract Times—
  adjustment of ........................... 3.5, 4.1, 9.4, 10.3, 12
  Change of ........................... 12.1-12.4

CC1247

A7

*Article or Paragraph Number*

Commencement of .................................... 2.3
definition of ...................................... 1.12
CONTRACTOR—
  Acceptance of Insurance ........................... 5.14
  Limited Reliance on Technical Data Authorized ..... 4.2.2
  Communications ............................... 6.2, 6.9.2
  Continue Work ............................... 6.29, 10.4
  coordination and scheduling...................... 6.9.2
  definition of .................................... 1.13
  May Stop Work or Terminate ....................... 15.5
  provide site access to others ............... 7.2, 13.2
  Safety and Protection ...... 4.3.1.2, 6.16, 6.18, 6.21-6.23,
                                                    7.2, 13.2
  Shop Drawing and Sample Review Prior to Submittal . 6.25
  Stop Work requirements ........................... 4.5.2
CONTRACTOR's—
  Compensation ............................... 11.1-11.2
  Continuing Obligation ............................ 14.15
  Defective Work .................... 9.6, 13.10-13.14
  Duty to correct defective Work.................... 13.11
  Duty to Report—
    Changes in the Work caused by
      Emergency .................................. 6.23
    Defects in Work of Others ..................... 7.3
    Differing conditions .......................... 4.2.3
    Discrepancy in Documents ....... 2.5, 3.3.2, 6.14.2
    Underground Facilities not indicated .......... 4.3.2
  Emergencies ..................................... 6.23
  Equipment and Machinery Rental, Cost
    of the Work ............................... 11.4.5.3
  Fee—Cost-Plus ........... 11.4.5.6, 11.5.1, 11.6
  General Warranty and Guarantee ................... 6.30
  Hazard Communication Programs ................... 6.22
  Indemnification ............... 6.12, 6.16, 6.31-6.33
  Inspection of the Work ..................... 7.3, 13.4,
  Labor, Materials and Equipment ............. 6.3-6.5
  Laws and Regulations, Compliance by ............. 6.14.1
  Liability Insurance .............................. 5.4
  Notice of Intent to Appeal ............... 9.10, 10.4
  obligation to perform and complete the Work ...... 6.30
  Patent Fees and Royalties, paid for by .......... 6.12
  Performance and Other Bonds ..................... 5.1
  Permits, obtained and paid for by ............... 6.13
  Progress Schedule ..... 2.6, 2.8, 2.9, 6.6, 6.29, 10.4, 15.2.1
  Request for formal decision on disputes .......... 9.11
  Responsibilities—
    Changes in the Work ........................... 10.1
    Concerning Subcontractors, Suppliers and  Others . 6.8-
    6.11
    Continuing the Work ..................... 6.29, 10.4
    CONTRACTOR's expense ......................... 6.7.1
    CONTRACTOR's General Warranty and  Guaran-
    tee ........................................... 6.30
    CONTRACTOR's review prior to Shop Drawing or  Sam-
    ple submittal ................................. 6.25
  Coordination of Work ............................. 6.9.2
    Emergencies .................................. 6.23
    ENGINEER's evaluation, Substitutes
      or "Or-Equal" Items ........................ 6.7.3

*Article or Paragraph Number*

For Acts and Omissions of Others ..... 6.9.1-6.9.2, 9.13
for deductible amounts, insurance .................. 5.9
general .......................... 6, 7.2, 7.3, 8.9
Hazardous Communication Programs ............... 6.22
Indemnification ........................... 6.31-6.33
Labor, Materials and Equipment ............... 6.3-6.5
Laws and Regulations .............................. 6.14
Liability Insurance ............................... 5.4
Notice of variation from Contract Documents ...... 6.27
Patent Fees and Royalties ......................... 6.12
Permits .......................................... 6.13
Progress Schedule ................................. 6.6
Record Documents ................................. 6.19
related Work performed prior to ENGINEER's
  approval of required submittals .............. 6.28
safe structural loading .......................... 6.18
Safety and Protection .................. 6.20, 7.2, 13.2
Safety Representative ............................. 6.21
Scheduling the Work .............................. 6.9.2
Shop Drawings and Samples ........................ 6.24
Shop Drawings and Samples Review
  by ENGINEER .................................. 6.26
Site Cleanliness ................................. 6.17
Submittal Procedures ............................. 6.25
Substitute Construction Methods and
  Procedures ................................... 6.7.2
Substitutes and "Or-Equal" Items ................ 6.7.1
Superintendence .................................. 6.2
Supervision ...................................... 6.1
Survival of Obligations .......................... 6.34
Taxes ............................................ 6.15
Tests and Inspections ............................ 13.5
To Report ........................................ 2.5
Use of Premises .................. 6.16-6.18, 6.30-2.4
Review Prior to Shop Drawing or Sample Submittal .. 6.25
Right to adjustment for changes in the Work ........ 10.2
right to claim .. 4, 7.1, 9.4, 9.5, 9.11, 10.2, 11.2, 11.9, 12.1,
                               13.9, 14.8, 15.1, 15.5, 17.3
Safety and Protection .................. 6.20-6.22, 7.2, 13.2
Safety Representative ............................. 6.21
Shop Drawings and Samples Submittals ......... 6.24-6.28
Special Consultants .............................. 11.4.4
Substitute Construction Methods and Procedures ..... 6.7
Substitutes and "Or-Equal" Items, Expense .. 6.7.1, 6.7.2
Subcontractors, Suppliers and Others ............ 6.8-6.11
Supervision and Superintendence ............ 6.1, 6.2, 6.21
Taxes, Payment by ................................ 6.15
Use of Premises ............................. 6.16-6.18
Warranties and guarantees ................... 6.30, 6.5
Warranty of Title ................................ 14.3
Written Notice Required—
  CONTRACTOR stop Work or terminate ............ 15.5
  Reports of Differing Subsurface and Physical  Condi-
  tions ......................................... 4.2.3
  Substantial Completion ........................ 14.8
CONTRACTORS—other ................................ 7
Contractual Liability Insurance ................. 5.4.10
Contractual Time Limits .......................... 12.2
Coordination

6

CC1248

A8

| | Article or Paragraph Number |
|---|---|
| CONTRACTOR's responsibility | 6.9.2 |
| Copies of Documents | 2.2 |
| Correction Period | 13.12 |
| Correction, Removal or Acceptance of Defective Work | |
| in general | 10.4.1, 13.10-13.14 |
| Acceptance of Defective Work | 13.13 |
| Correction or Removal of Defective Work | 6.30, 13.11 |
| Correction Period | 13.12 |
| OWNER May Correct Defective Work | 13.14 |
| OWNER May Stop Work | 13.10 |
| Cost— | |
| of Tests and Inspections | 13.4 |
| Records | 11.7 |
| Cost of the Work— | |
| Bonds and insurance, additional | 11.4.5.9 |
| Cash Discounts | 11.4.2 |
| CONTRACTOR's Fee | 11.6 |
| Employee Expenses | 11.4.5.1 |
| Exclusions to | 11.5 |
| General | 11.4-11.5 |
| Home office and overhead expenses | 11.5 |
| Losses and damages | 11.4.5.6 |
| Materials and equipment | 11.4.2 |
| Minor expenses | 11.4.5.8 |
| Payroll costs on changes | 11.4.1 |
| performed by Subcontractors | 11.4.3 |
| Records | 11.7 |
| Rentals of construction equipment and machinery | 11.4.5.3 |
| Royalty payments, permits and license fees | 11.4.5.5 |
| Site office and temporary facilities | 11.4.5.2 |
| Special Consultants, CONTRACTOR's | 11.4.4 |
| Supplemental | 11.4.5 |
| Taxes related to the Work | 11.4.5.4 |
| Tests and Inspection | 13.4 |
| Trade Discounts | 11.4.2 |
| Utilities, fuel and sanitary facilities | 11.4.5.7 |
| Work after regular hours | 11.4.1 |
| Covering Work | 13.6-13.7 |
| Cumulative Remedies | 17.4-17.5 |
| Cutting, fitting and patching | 7.2 |
| Data, to be furnished by OWNER | 8.3 |
| Day—definition of | 17.2.2 |
| Decisions on Disputes | 9.11, 9.12 |
| defective—definition of | 1.14 |
| defective Work— | |
| Acceptance of | 10.4.1, 13.13 |
| Correction or Removal of | 10.4.1, 13.11 |
| Correction Period | 13.12 |
| in general | 13, 14.7, 14.11 |
| Observation by ENGINEER | 9.2 |
| OWNER May Stop Work | 13.10 |
| Prompt Notice of Defects | 13.1 |
| Rejecting | 9.6 |
| Uncovering the Work | 13.8 |
| Definitions | 1 |
| Delays | 4.1, 6.29, 12.3-12.4 |
| Delivery of Bonds | 2.1 |
| Delivery of certificates of insurance | 2.7 |

| | Article or Paragraph Number |
|---|---|
| Determinations for Unit Prices | 9.10 |
| Differing Subsurface or Physical Conditions | |
| Notice of | 4.2.3 |
| ENGINEER's Review | 4.2.4 |
| Possible Contract Documents Change | 4.2.5 |
| Possible Price and Times Adjustments | 4.2.6 |
| Discrepancies-Reporting and Resolving | 2.5, 3.3.2, 6.14.2 |
| Dispute Resolution— | |
| Agreement | 16.1-16.6 |
| Arbitration | 16.1-16.5 |
| general | 16 |
| Mediation | 16.6 |
| Dispute Resolution Agreement | 16.1-16.6 |
| Disputes, Decisions by ENGINEER | 9.11-9.12 |
| Documents— | |
| Copies of | 2.2 |
| Record | 6.19 |
| Reuse of | 3.7 |
| Drawings—definition of | 1.15 |
| Easements | 4.1 |
| Effective date of Agreement—definition of | 1.16 |
| Emergencies | 6.23 |
| ENGINEER— | |
| as initial interpreter on disputes | 9.11-9.12 |
| definition of | 1.17 |
| Limitations on authority and responsibilities | 9.13 |
| Replacement of | 8.2 |
| Resident Project Representative | 9.3 |
| ENGINEER's Consultant—definition of | 1.18 |
| ENGINEER's— | |
| authority and responsibility, limitations on | 9.13 |
| Authorized Variations in the Work | 9.5 |
| Change Orders, responsibility for | 9.7, 10, 11, 12 |
| Clarifications and Interpretations | 3.6.3, 9.4 |
| Decisions on Disputes | 9.11-9.12 |
| defective Work, notice of | 13.1 |
| Evaluation of Substitute Items | 6.7.3 |
| Liability | 6.32, 9.12 |
| Notice Work is Acceptable | 14.13 |
| Observations | 6.30.2, 9.2 |
| OWNER's Representative | 9.1 |
| Payments to the CONTRACTOR, Responsibility for | 9.9, 14 |
| Recommendation of Payment | 14.4, 14.13 |
| Responsibilities— | |
| Limitations on | 9.11-9.13 |
| Review of Reports on Differing Subsurface and Physical Conditions | 4.2.4 |
| Shop Drawings and Samples; review responsibility | 6.26 |
| Status During Construction— | |
| authorized variations in the Work | 9.5 |
| Clarifications and Interpretations | 9.4 |
| Decisions on Disputes | 9.11-9.12 |
| Determinations on Unit Price | 9.10 |
| ENGINEER as Initial Interpreter | 9.11-9.12 |
| ENGINEER's Responsibilities | 9.1-9.12 |

7

CC1249

A9

*Article or Paragraph Number*

Limitations on ENGINEER's Authority and
Responsibilities ................................... 9.13
OWNER's Representative ......................... 9.1
Project Representative .......................... 9.3
Rejecting Defective Work ......................... 9.6
Shop Drawings, Change Orders and
Payments ............................... 9.7-9.9
Visits to Site ................................... 9.2
Unit Price Determinations ...................... 9.10
Visits to Site ................................... 9.2
Written consent required ..................... 7.2, 9.1
Equipment, Labor, Materials and .......... 6.3-6.5
Equipment rental, Cost of the Work .......... 11.4.5.3
Equivalent Materials and Equipment .......... 6.7
Errors or omissions ............................ 6.33
Evidence of Financial Arrangements .......... 8.11
Explorations of physical conditions .......... 4.2.1
Fee, CONTRACTOR's—Costs-Plus .......... 11.6
Field Order—
definition of ................................... 1.19
issued by ENGINEER ..................... 3.6.1, 9.5
Final Application for Payment .................. 14.12
Final Inspection .............................. 14.11
Final Payment—
and Acceptance ....................... 14.13-14.14
Prior to, for cash allowances .............. 11.8
General Provisions ...................... 17.3-17.4
General Requirements—
definition of ................................... 1.20
principal references to .......... 2.6, 6.4, 6.6-6.7, 6.24
Giving Notice ................................ 17.1
Guarantee of Work—by
CONTRACTOR ..................... 6.30, 14.12
Hazard Communication Programs ............ 6.22
Hazardous Waste—
definition of ................................... 1.21
general ......................................... 4.5
OWNER's responsibility for .............. 8.10
Indemnification ............... 6.12, 6.16, 6.31-6.33
Initially Acceptable Schedules ................. 2.9
Inspection—
Certificates of .................... 9.13.4, 13.5, 14.12
Final ......................................... 14.11
Special, required by ENGINEER .............. 9.6
Tests and Approval ............... 8.7, 13.3-13.4
Insurance—
Acceptance of, by OWNER .................. 5.14
Additional, required by changes
in the Work ............................ 11.4.5.9
Before starting the Work ...................... 2.7
Bonds and—in general .......................... 5
Cancellation Provisions ....................... 5.8
Certificates of .. 2.7, 5, 5.3, 5.4.11, 5.4.13, 5.6.5, 5.8, 5.14,
9.13.4, 14.12
completed operations ...................... 5.4.13
CONTRACTOR's Liability .................. 5.4
CONTRACTOR's objection to coverage .......... 5.14
Contractual Liability ..................... 5.4.10

*Article or Paragraph Number*

deductible amounts, CONTRACTOR's
responsibility ................................. 5.9
Final Application for Payment .................. 14.12
Licensed Insurers .............................. 5.3
Notice requirements, material
changes ............................... 5.8, 10.50
Option to Replace ............................ 5.14
other special insurances ...................... 5.10
OWNER as fiduciary for insureds ....... 5.12-5.13
OWNER's Liability ............................ 5.5
OWNER's Responsibility ...................... 8.5
Partial Utilization, Property Insurance .......... 5.15
Property ............................... 5.6-5.10
Receipt and Application of Insurance Proceeds .. 5.12-5.13
Special Insurance ............................ 5.10
Waiver of Rights ............................. 5.11
Intent of Contract Documents ............ 3.1-3.4
Interpretations and Clarifications .......... 3.6.3, 9.4
Investigations of physical conditions .......... 4.2
Labor, Materials and Equipment .......... 6.3-6.5
Lands—
and Easements ................................ 8.4
Availability of ......................... 4.1, 8.4
Reports and Tests ............................ 8.4
Laws and Regulations—Laws or Regulations—
Bonds ................................... 5.1-5.2
Changes in the Work ......................... 10.4
Contract Documents .......................... 3.1
CONTRACTOR's Responsibilities .......... 6.14
Correction Period, defective Work .......... 13.12
Cost of the Work, taxes ................. 11.4.5.4
definition of ................................. 1.22
general ....................................... 6.14
Indemnification ...................... 6.31-6.33
Insurance ...................................... 5.3
Precedence ...................... 3.1, 3.3.3
Reference to ................................. 3.3.1
Safety and Protection ............... 6.20, 13.2
Subcontractors, Suppliers and Others ...... 6.8-6.11
Tests and Inspections ........................ 13.5
Use of Premises .............................. 6.16
Visits to Site ................................. 9.2
Liability Insurance—
CONTRACTOR's ............................. 5.4
OWNER's ..................................... 5.5
Licensed Sureties and Insurers ................ 5.3
Liens—
Application for Progress Payment .......... 14.2
Contractor's Warranty of Title .............. 14.3
Final Application for Payment .............. 14.12
definition of ................................. 1.23
Waiver of Claims .......................... 14.15
Limitations on ENGINEER's authority and
responsibilities ............................... 9.13
Limited Reliance by CONTRACTOR Authorized ...... 4.2.2
Maintenance and Operating Manuals—
Final Application for Payment ............... 14.12
Manuals (of others)—
Precedence .................................. 3.3.3.1

8

|  | Article or Paragraph Number |
|---|---|
| Reference to in Contract Documents | 3.3.1 |
| Materials and equipment— | |
| furnished by CONTRACTOR | 6.3 |
| not incorporated in Work | 14.2 |
| Materials or equipment—equivalent | 6.7 |
| Mediation (Optional) | 16.7 |
| Milestones—definition of | 1.24 |
| Miscellaneous— | |
| Computation of Times | 17.2 |
| Cumulative Remedies | 17.4 |
| Giving Notice | 17.1 |
| Notice of Claim | 17.3 |
| Professional Fees and Court Costs Included | 17.5 |
| Multi-prime contracts | 7 |
| Not Shown or Indicated | 4.3.2 |
| Notice of— | |
| Acceptability of Project | 14.13 |
| Award, definition of | 1.25 |
| Claim | 17.3 |
| Defects, | 13.1 |
| Differing Subsurface or Physical Conditions | 4.2.3 |
| Giving | 17.1 |
| Tests and Inspections | 13.3 |
| Variation, Shop Drawing and Sample | 6.27 |
| Notice to Proceed— | |
| definition of | 1.26 |
| giving of | 2.3 |
| Notification to Surety | 10.5 |
| Observations, by ENGINEER | 6.30, 9.2 |
| Occupancy of the Work | 5.15, 6.30.2.4, 14.10 |
| Omissions or acts by CONTRACTOR | 6.9, 9.13 |
| "Open peril" policy form, Insurance | 5.6.2 |
| Option to Replace | 5.14 |
| "Or Equal" Items | 6.7 |
| Other work | 7 |
| Overtime Work—prohibition of | 6.3 |
| OWNER— | |
| Acceptance of defective Work | 13.13 |
| appoint an ENGINEER | 8.2 |
| as fiduciary | 5.12-5.13 |
| Availability of Lands, responsibility | 4.1 |
| definition of | 1.27 |
| data, furnish | 8.3 |
| May Correct Defective Work | 13.14 |
| May refuse to make payment | 14.7 |
| May Stop the Work | 13.10 |
| may suspend work, | |
| terminate | 8.8, 13.10, 15.1-15.4 |
| Payment, make prompt | 8.3, 14.4, 14.13 |
| performance of other Work | 7.1 |
| permits and licenses, requirements | 6.13 |
| purchased insurance requirements | 5.6.5.10 |
| OWNER's— | |
| Acceptance of the Work | 6.30.2.5 |
| Change Orders, obligation to | |
| execute | 8.6, 10.4 |
| Communications | 8.1 |
| Coordination of the Work | 7.4 |
| Disputes, request for decision | 9.11 |

|  | Article or Paragraph Number |
|---|---|
| Inspections, tests and approvals | 8.7, 13.4 |
| Liability Insurance | 5.5 |
| Notice of Defects | 13.1 |
| Representative—During Construction, | |
| ENGINEER's Status | 9.1 |
| Responsibilities— | |
| Asbestos, PCB's, Petroleum, Hazardous | |
| Waste on Radioactive Material | 8.10 |
| Change Orders | 8.6 |
| Changes in the Work | 10.1 |
| communications | 8.1 |
| CONTRACTOR's responsibilities | 8.9 |
| evidence of financial arrangements | 8.11 |
| inspections, tests and approvals | 8.7 |
| Insurance | 8.5 |
| lands and easements | 8.4 |
| prompt payment by | 8.3 |
| replacement of ENGINEER | 8.2 |
| reports and tests | 8.4 |
| stop or suspend Work | 8.8, 13.10, 15.1 |
| terminate CONTRACTOR's services | 8.8, 15.2 |
| separate representative at site | 9.3 |
| independent testing | 13.4 |
| use or occupancy of the | |
| Work | 5.15, 14.10 |
| written consent or approval | |
| required | 9.1, 6.3, 11.4 |
| written notice | |
| required | 7.1, 9.4, 9.11, 11.2, 11.9, 14.7, 15.4 |
| PCBs— | |
| definition of | 1.29 |
| general | 4.5 |
| OWNER's responsibility for | 8.10 |
| Partial Utilization— | |
| definition of | 1.28 |
| general | 6.30.2.4, 14.10 |
| Property Insurance | 5.15 |
| Patent Fees and Royalties | 6.12 |
| Payment Bonds | 5.1-5.2. |
| Payments, Recommendation of | 14.4-14.7, 14.13 |
| Payments to CONTRACTOR and Completion— | |
| Application for Progress Payments | 14.2 |
| CONTRACTOR's Warranty of Title | 14.3 |
| Final Application for Payment | 14.12 |
| Final Inspection | 14.11 |
| Final Payment and Acceptance | 14.13-14.14 |
| general | 8.3, 14 |
| Partial Utilization | 14.10 |
| Retainage | 14.2 |
| Review of Applications for Progress | |
| Payments | 14.4-14.7 |
| prompt payment | 8.3 |
| Schedule of Values | 14.1 |
| Substantial Completion | 14.8-14.9 |
| Waiver of Claims | 14.15 |
| when payments due | 14.4, 14.13 |
| withholding payment | 14.7 |
| Performance Bonds | 5.1-5.2 |
| Permits | 6.13 |

9

CC1251

A11

|  | Article or Paragraph Number |
|---|---|
| Petroleum— | |
| definition of | 1.30 |
| general | 4.5 |
| OWNER's responsibility for | 8.10 |
| Physical Conditions: | |
| Drawings of, in or relating to | 4.2.1.2 |
| ENGINEER's review | 4.2.4 |
| existing structures | 4.2.2 |
| general | 4.2.1.2 |
| Subsurface and, | 4.2 |
| Underground Facilities | 4.3 |
| Possible Contract Documents Change | 4.2.5 |
| Possible Price and Times Adjustments | 4.2.6 |
| Reports and Drawings | 4.2.1 |
| Notice of Differing Subsurface or, | 4.2.3 |
| Subsurface and | 4.2 |
| Subsurface Conditions | 4.2.1.1 |
| Technical Data, Limited Reliance by CONTRACTOR Authorized | 4.2.2 |
| Underground Facilities— | |
| general | 4.3 |
| Not Shown or Indicated | 4.3.2 |
| Protection of | 4.3, 6.20 |
| Shown or Indicated | 4.3.1 |
| Technical Data | 4.2.2 |
| Preconstruction Conference | 2.8 |
| Preliminary Matters | 2 |
| Preliminary Schedules | 2.6 |
| Premises, Use of | 6.16-6.18 |
| Price, Change of Contract | 11 |
| Price, Contract—definition of | 1.11 |
| Progress Payment, Applications for | 14.2 |
| Progress payment—retainage | 14.2 |
| Progress schedule, CONTRACTOR's | 2.6, 2.8, 2.9, 6.6, 6.29, 10.4, 15.2.1 |
| Project—definition of | 1.31 |
| Project Representative— | |
| ENGINEER's Status During Construction | 9.3 |
| Project Representative, Resident —definition of | 1.33 |
| prompt payment by OWNER | 8.3 |
| Property Insurance | |
| Additional | 5.7 |
| general | 5.6-5.10 |
| Partial Utilization | 5.15, 14.10.2 |
| receipt and application of proceeds | 5.12-5.13 |
| Protection, Safety and | 6.20-6.21, 13.2 |
| Punch list | 14.11 |
| Radioactive Material— | |
| definition | 1.32 |
| general | 4.5 |
| OWNER's responsibility for | 8.10 |
| Recommendation of Payment | 14.4, 14.5, 14.13 |
| Record Documents | 6.19, 14.12 |
| Records, procedures for maintaining | 2.8 |
| Reference Points | 4.4 |
| Reference to Standards and Specifications of Technical Societies | 3.3 |
| Regulations, Laws and (or) | 6.14 |
| Rejecting Defective Work | 9.6 |
| Related Work— | |
| at Site | 7.1-7.3 |
| Performed prior to Shop Drawings and Samples submittals review | 6.28 |
| Remedies, cumulative | 17.4, 17.5 |
| Removal or Correction of Defective Work | 13.11 |
| rental agreements, OWNER approval required | 11.4.5.3 |
| replacement of ENGINEER, by OWNER | 8.2 |
| Reporting and Resolving Discrepancies | 2.5, 3.3.2, 6.14.2 |
| Reports— | |
| and Drawings | 4.2.1 |
| and Tests, OWNER's responsibility | 8.4 |
| Resident Project Representative— | |
| definition of | 1.33 |
| provision for | 9.3 |
| Resident Superintendent, CONTRACTOR's | 6.2 |
| Responsibilities— | |
| CONTRACTOR's-in general | 6 |
| ENGINEER's-in general | 9 |
| Limitations on | 9.13 |
| OWNER's-in general | 8 |
| Retainage | 14.2 |
| Reuse of Documents | 3.7 |
| Review by CONTRACTOR: Shop Drawings and Samples Prior to Submittal | 6.25 |
| Review of Applications for Progress Payments | 14.4-14.7 |
| Right to an adjustment | 10.2 |
| Rights of Way | 4.1 |
| Royalties, Patent Fees and | 6.12 |
| Safe Structural Loading | 6.18 |
| Safety— | |
| and Protection | 4.3.2, 6.16, 6.18, 6.20-6.21, 7.2, 13.2 |
| general | 6.20-6.23 |
| Representative, CONTRACTOR's | 6.21 |
| Samples— | |
| definition of | 1.34 |
| general | 6.24-6.28 |
| Review by CONTRACTOR | 6.25 |
| Review by ENGINEER | 6.26, 6.27 |
| related Work | 6.28 |
| submittal of | 6.24.2 |
| submittal procedures | 6.25 |
| Schedule of progress | 2.6, 2.8-2.9, 6.6, 6.29, 10.4, 15.2.1 |
| Schedule of Shop Drawing and Sample Submittals | 2.6, 2.8-2.9, 6.24-6.28 |
| Schedule of Values | 2.6, 2.8-2.9, 14.1 |
| Schedules— | |
| Adherence to | 15.2.1 |
| Adjusting | 6.6 |
| Change of Contract Times | 10.4 |
| Initially Acceptable | 2.8-2.9 |
| Preliminary | 2.6 |
| Scope of Changes | 10.3-10.4 |
| Subsurface Conditions | 4.2.1.1 |

CC1252

A12

|  | Article or Paragraph Number |
| --- | --- |

Shop Drawings—
and Samples, general ............................ 6.24-6.28
Change Orders & Applications for
  Payments, and .................................. 9.7-9.9
definition of ...................................... 1.35
ENGINEER's approval of .......................... 3.6.2
ENGINEER's responsibility
  for review ................................ 9.7, 6.24-6.28
related Work ..................................... 6.28
review procedures .......................... 2.8, 6.24-6.28
submittal required ............................. 6.24.1
Submittal Procedures ............................ 6.25
use to approve substitutions ..................... 6.7.3
Shown or Indicated ............................... 4.3.1
Site Access .................................. 7.2, 13.2
Site Cleanliness .................................. 6.17
Site, Visits to—
by ENGINEER ............................. 9.2, 13.2
by others ....................................... 13.2
"Special causes of loss" policy form, insurance ....... 5.6.2
Specifications—
definition of .................................... 1.36
of Technical Societies, reference to ............... 3.3.1
precedence ...................................... 3.3.3
Standards and Specifications of Technical
  Societies ...................................... 3.3
Starting Construction, Before ................... 2.5-2.8
Starting the Work ................................. 2.4
Stop or Suspend Work—
by CONTRACTOR .............................. 15.5
by OWNER ..................... 8.8, 13.10, 15.1
Storage of materials and equipment ............ 4.1, 7.2
Structural Loading, Safety ....................... 6.18
Subcontractor—
Concerning, ............................... 6.8-6.11
definition of .................................... 1.37
delays .......................................... 12.3
waiver of rights ................................. 6.11
Subcontractors—in general .................. 6.8-6.11
Subcontracts—required provisions ...... 5.11, 6.11, 11.4.3
Submittals—
Applications for Payment ...................... 14.2
Maintenance and Operation Manuals .......... 14.12
Procedures ...................................... 6.25
Progress Schedules ........................ 2.6, 2.9
Samples ................................. 6.24-6.28
Schedule of Values ........................ 2.6, 14.1
Schedule of Shop Drawings and
  Samples Submissions .............. 2.6, 2.8-2.9
Shop Drawings ........................... 6.24-6.28
Substantial Completion—
certification of ................. 6.30.2.3, 14.8-14.9
definition of .................................... 1.38
Substitute Construction Methods or Procedures ...... 6.7.2
Substitutes and "Or Equal" Items ................. 6.7
CONTRACTOR's Expense ..................... 6.7.1.3
ENGINEER's Evaluation ....................... 6.7.3
"Or-Equal" ..................................... 6.7.1
Substitute Construction Methods or Procedures ..... 6.7.2

|  | Article or Paragraph Number |
| --- | --- |

Substitute Items .............................. 6.7.1.2
Subsurface and Physical Conditions—
Drawings of, in or relating to ............... 4.2.1.2
ENGINEER's Review ........................... 4.2.4
general ......................................... 4.2
Limited Reliance by CONTRACTOR
  Authorized .................................. 4.2.2
Notice of Differing Subsurface or
  Physical Conditions ......................... 4.2.3
Physical Conditions .......................... 4.2.1.2
Possible Contract Documents Change ............ 4.2.5
Possible Price and Times Adjustments ........... 4.2.6
Reports and Drawings ......................... 4.2.1
Subsurface and ................................ 4.2
Subsurface Conditions at the Site ............ 4.2.1.1
Technical Data ................................ 4.2.2
Supervision—
CONTRACTOR's responsibility ................ 6.1
OWNER shall not supervise .................. 8.9
ENGINEER shall not supervise .......... 9.2, 9.13.2
Superintendence ................................. 6.2
Superintendent, CONTRACTOR's resident .......... 6.2
Supplemental costs ............................. 11.4.5
Supplementary Conditions—
definition of .................................... 1.39
principal reference to .... 1.10, 1.18, 2.2, 2.7, 4.2, 4.3, 5.1,
  5.3, 5.4, 5.6-5.9, 5.11, 6.8, 6.13, 7.4, 8.11, 9.3, 9.10
Supplementing Contract Documents ............... 3.6
Supplier—
definition of .................................... 1.40
principal references to ................. 3.7, 6.5, 6.8-6.11,
  6.20, 6.24, 9.13, 14.12
Waiver of Rights .............................. 6.11
Surety—
consent to final payment .............. 14.12, 14.14
ENGINEER has no duty to .................... 9.13
Notification of ................... 10.1, 10.5, 15.2
qualification of ............................. 5.1-5.3
Survival of Obligations .......................... 6.34
Suspend Work, OWNER May .............. 13.10, 15.1
Suspension of Work and Termination— ............. 15
CONTRACTOR May Stop Work or
  Terminate ................................... 15.5
OWNER May Suspend Work ................... 15.1
OWNER May Terminate .................. 15.2-15.4
Taxes-Payment by CONTRACTOR .............. 6.15
Technical Data—
Limited Reliance by CONTRACTOR ........... 4.2.2
Possible Price and Times Adjustments ......... 4.2.6
Reports of Differing Subsurface and
  Physical Conditions ......................... 4.2.3
Temporary construction facilities .................. 4.1
Termination—
by CONTRACTOR ............................. 15.5
by OWNER ......................... 8.8, 15.1-15.4
of ENGINEER's employment .................. 8.2
Suspension of Work-in general ................ 15
Terms and Adjectives ............................ 3.4
Tests and Inspections—

ii

*Article or Paragraph Number*

Access to the Work, by others ........................ 13.2
CONTRACTOR's responsibilities ..................... 13.5
cost of ....................................................... 13.4
covering Work prior to ........................... 13.6-13.7
Laws and Regulations (or) ............................ 13.5
Notice of Defects ......................................... 13.1
OWNER May Stop Work ............................... 13.10
OWNER's independent testing ....................... 13.4
special, required by ENGINEER ..................... 9.6
timely notice required ................................. 13.4
Uncovering the Work, at ENGINEER's
  request ............................................. 13.8-13.9
Times—
  Adjusting ................................................ 6.6
  Change of Contract ..................................... 12
  Adjusting ................................................. 6.6
  Computation of ........................................ 17.2
  Contract Times—definition of ...................... 1.12
  day ..................................................... 17.72
  Milestones ................................................ 12
  Requirements—
    appeals ................................................. 16
    clarifications, claims and
      disputes ..................... 9.11, 11.2, 12
    commencement of contract times .............. 2.3
    preconstruction conference .................... 2.8
    schedules ......................... 2.6, 2.9, 6.6
    starting the Work .............................. 2.4
Title, Warranty of ..................................... 14.3
Uncovering Work ................................. 13.8-13.9
Underground Facilities, Physical Conditions—
  definition of ............................................ 1.41
  Not Shown or Indicated ............................. 4.3.2
  protection of .................................... 4.3, 6.20
  Shown or Indicated ................................. 4.3.1
Unit Price Work—
  claims ................................................. 11.9.3
  definition of ........................................... 1.42
  general ........................... 11.9, 14.1, 14.5
Unit Prices—
  general .................................................. 11.3.1
  Determination for ...................................... 9.10
Use of Premises .......................... 6.16, 6.18, 6.30 2.4
Utility owners ............... 6.13, 6.20, 7.1-7.3, 13.2

*Article or Paragraph Number*

Utilization, Partial ............... 1.28, 5.15, 6.30, 2.4, 14.10
Value of the Work ...................................... 11.3
Values, Schedule of ....................... 2.6, 2.8-2.9, 14.1
Variations in Work—Minor
  Authorized .......................... 6.25, 6.27, 9.5
Visits of Site—by ENGINEER .......................... 9.2
Waiver of Claims on Final
  Payment ............................................... 14.15
Waiver of Rights by insured parties .......... 5.11, 6.11
Warranty and Guarantee, General—by
  CONTRACTOR ....................................... 6.30
Warranty of Title, CONTRACTOR's ................... 14.3
Work—
  Access to ............................................... 13.2
  by others ................................................. 7
  Changes in the ........................................... 10
  Continuing the, ........................................ 6.29
  CONTRACTOR May Stop Work
    or Terminate ..................................... 15.5
  Coordination of ........................................ 7.4
  Cost of the ....................................... 11.4-11.5
  definition of .......................................... 1.43
  neglected by CONTRACTOR ..................... 13.14
  other Work ................................................ 7
  OWNER May Stop Work ............................. 13.10
  OWNER May Suspend Work .............. 13.10, 15.1
  Related, Work at Site ......................... 7.1-7.3
  Starting the ............................................. 2.4
  Stopping by CONTRACTOR ..................... 15.5
  Stopping by OWNER ....................... 15.1-15.4
  Variation and deviation authorized,
    minor ................................................ 3.6
Work Change Directive—
  claims pursuant to ................................... 10.2
  definition of ........................................... 1.44
  principal references to ............... 3.5.3, 10.1-10.2
Written Amendment—
  definition of ........................................... 1.45
  principal references to ... 1.10, 3.5, 5.10, 5.12, 6.6.2, 6.8.2,
    6.19, 10.1, 10.4, 11.2, 12.1, 13.12.2, 14.7.2
Written Clarifications and
  Interpretations ................... 3.6.3, 9.4, 9.11
Written Notice Required—
  by CONTRACTOR ......... 7.1, 9.10-9.11, 10.4, 11.2, 12.1
  by OWNER .............. 9.10-9.11, 10.4, 11.2, 13.14

12

CC1254

A14

# GENERAL CONDITIONS

## ARTICLE 1—DEFINITIONS

Wherever used in these General Conditions or in the other Contract Documents the following terms have the meanings indicated which are applicable to both the singular and plural thereof:

**1.1.** *Addenda*—Written or graphic instruments issued prior to the opening of Bids which clarify, correct or change the Bidding Requirements or the Contract Documents.

**1.2.** *Agreement*—The written contract between OWNER and CONTRACTOR covering the Work to be performed; other Contract Documents are attached to the Agreement and made a part thereof as provided therein.

**1.3.** *Application for Payment*—The form accepted by EN-GINEER which is to be used by CONTRACTOR in requesting progress or final payments and which is to be accompanied by such supporting documentation as is required by the Contract Documents.

**1.4.** *Asbestos*—Any material that contains more than one percent asbestos and is friable or is releasing asbestos fibers into the air above current action levels established by the United States Occupational Safety and Health Administration.

**1.5.** *Bid*—The offer or proposal of the bidder submitted on the prescribed form setting forth the prices for the Work to be performed.

**1.6.** *Bidding Documents*—The advertisement or invitation to Bid, instructions to bidders, the Bid form, and the proposed Contract Documents (including all Addenda issued prior to receipt of Bids).

**1.7.** *Bidding Requirements*—The advertisement or invitation to Bid, instructions to bidders, and the Bid form.

**1.8.** *Bonds*—Performance and Payment bonds and other instruments of security.

**1.9.** *Change Order*—A document recommended by ENGI-NEER, which is signed by CONTRACTOR and OWNER and authorizes an addition, deletion or revision in the Work, or an adjustment in the Contract Price or the Contract Times, issued on or after the Effective Date of the Agreement.

**1.10.** *Contract Documents*—The Agreement, Addenda (which pertain to the Contract Documents), CONTRACTOR's Bid (including documentation accompanying the Bid and any post Bid documentation submitted prior to the Notice of Award) when attached as an exhibit to the Agreement, the Notice to Proceed, the Bonds, these General Conditions, the Supplementary Conditions, the Specifications and the Draw-ings as the same are more specifically identified in the Agree-ment, together with all Written Amendments, Change Orders, Work Change Directives, Field Orders and ENGINEER's written interpretations and clarifications issued pursuant to paragraphs 3.5, 3.6.1, and 3.6.3 on or after the Effective Date of the Agreement. Shop Drawing submittals approved pursu-ant to paragraphs 6.26 and 6.27 and the reports and drawings referred to in paragraphs 4.2.1.1 and 4.2.2.2 are not Contract Documents.

**1.11.** *Contract Price*—The moneys payable by OWNER to CONTRACTOR for completion of the Work in accordance with the Contract Documents as stated in the Agreement (subject to the provisions of paragraph 11.9.1 in the case of Unit Price Work).

**1.12.** *Contract Times*—The numbers of days or the dates stated in the Agreement: (i) to achieve Substantial Completion, and (ii) to complete the Work so that it is ready for final payment as evidenced by ENGINEER's written recommenda-tion of final payment in accordance with paragraph 14.13.

**1.13.** *CONTRACTOR*—The person, firm or corporation with whom OWNER has entered into the Agreement.

**1.14.** *defective*—An adjective which when modifying the word Work refers to Work that is unsatisfactory, faulty or deficient, in that it does not conform to the Contract Docu-ments, or does not meet the requirements of any inspection, reference standard, test or approval referred to in the Contract Documents, or has been damaged prior to ENGI-NEER's recommendation of final payment (unless responsi-bility for the protection thereof has been assumed by OWNER at Substantial Completion in accordance with paragraph 14.8 or 14.10).

**1.15.** *Drawings*—The drawings which show the scope, extent and character of the Work to be furnished and per-formed by CONTRACTOR and which have been prepared or approved by ENGINEER and are referred to in the Contract Documents. Shop drawings are not Drawings as so defined.

**1.16.** *Effective Date of the Agreement*—The date indicated in the Agreement on which it becomes effective, but if no such date is indicated it means the date on which the Agreement is signed and delivered by the last of the two parties to sign and deliver.

**1.17.** *ENGINEER*—The person, firm or corporation named as such in the Agreement.

**1.18.** *ENGINEER's Consultant*—A person, firm or corpo-ration having a contract with ENGINEER to furnish services as ENGINEER's independent professional associate or con-sultant with respect to the Project and who is identified as such in the Supplementary Conditions.

**1.19.** *Field Order*—A written order issued by ENGINEER which orders minor changes in the Work in accordance with paragraph 9.5 but which does not involve a change in the Contract Price or the Contract Times.

13

1.20.  *General Requirements*—Sections of Division 1 of the Specifications.

1.21.  *Hazardous Waste*—The term Hazardous Waste shall have the meaning provided in Section 1004 of the Solid Waste Disposal Act (42 USC Section 6903) as amended from time to time.

1.22.  *Laws and Regulations; Laws or Regulations*—Any and all applicable laws, rules, regulations, ordinances, codes and orders of any and all governmental bodies, agencies, authorities and courts having jurisdiction.

1.23.  *Liens*—Liens, charges, security interests or encumbrances upon real property or personal property.

1.24.  *Milestone*—A principal event specified in the Contract Documents relating to an intermediate completion date or time prior to Substantial Completion of all the Work.

1.25.  *Notice of Award*—The written notice by OWNER to the apparent successful bidder stating that upon compliance by the apparent successful bidder with the conditions precedent enumerated therein, within the time specified, OWNER will sign and deliver the Agreement.

1.26.  *Notice to Proceed*—A written notice given by OWNER to CONTRACTOR (with a copy to ENGINEER) fixing the date on which the Contract Times will commence to run and on which CONTRACTOR shall start to perform CONTRACTOR's obligations under the Contract Documents.

1.27.  *OWNER*—The public body or authority, corporation, association, firm or person with whom CONTRACTOR has entered into the Agreement and for whom the Work is to be provided.

1.28.  *Partial Utilization*—Use by OWNER of a substantially completed part of the Work for the purpose for which it is intended (or a related purpose) prior to Substantial Completion of all the Work.

1.29.  *PCBs*—Polychlorinated biphenyls.

1.30.  *Petroleum*—Petroleum, including crude oil or any fraction thereof which is liquid at standard conditions of temperature and pressure (60 degrees Fahrenheit and 14.7 pounds per square inch absolute), such as oil, petroleum, fuel oil, oil sludge, oil refuse, gasoline, kerosene, and oil mixed with other non-Hazardous Wastes and crude oils.

1.31.  *Project*—The total construction of which the Work to be provided under the Contract Documents may be the whole, or a part as indicated elsewhere in the Contract Documents.

1.32.  *Radioactive Material*—Source, special nuclear, or byproduct material as defined by the Atomic Energy Act of 1954 (42 USC Section 2011 et seq.) as amended from time to time.

1.33.  *Resident Project Representative*— The authorized representative of ENGINEER who may be assigned to the site or any part thereof.

1.34.  *Samples*—Physical examples of materials, equipment, or workmanship that are representative of some portion of the Work and which establish the standards by which such portion of the Work will be judged.

1.35.  *Shop Drawings*—All drawings, diagrams, illustrations, schedules and other data or information which are specifically prepared or assembled by or for CONTRACTOR and submitted by CONTRACTOR to illustrate some portion of the Work.

1.36.  *Specifications*—Those portions of the Contract Documents consisting of written technical descriptions of materials, equipment, construction systems, standards and workmanship as applied to the Work and certain administrative details applicable thereto.

1.37.  *Subcontractor*—An individual, firm or corporation having a direct contract with CONTRACTOR or with any other Subcontractor for the performance of a part of the Work at the site.

1.38.  *Substantial Completion*—The Work (or a specified part thereof) has progressed to the point where, in the opinion of ENGINEER as evidenced by ENGINEER's definitive certificate of Substantial Completion, it is sufficiently complete, in accordance with the Contract Documents, so that the Work (or specified part) can be utilized for the purposes for which it is intended; or if no such certificate is issued, when the Work is complete and ready for final payment as evidenced by ENGINEER's written recommendation of final payment in accordance with paragraph 14.13. The terms "substantially complete" and "substantially completed" as applied to all or part of the Work refer to Substantial Completion thereof.

1.39.  *Supplementary Conditions*—The part of the Contract Documents which amends or supplements these General Conditions.

1.40.  *Supplier*—A manufacturer, fabricator, supplier, distributor, materialman or vendor having a direct contract with CONTRACTOR or with any Subcontractor to furnish materials or equipment to be incorporated in the Work by CONTRACTOR or any Subcontractor.

1.41.  *Underground Facilities*—All pipelines, conduits, ducts, cables, wires, manholes, vaults, tanks, tunnels or other such facilities or attachments, and any encasements containing such facilities which have been installed underground to furnish any of the following services or materials: electricity, gases, steam, liquid petroleum products, telephone or other communications, cable television, sewage and drainage removal, traffic or other control systems or water.

1.42.  *Unit Price Work*—Work to be paid for on the basis of unit prices.

14

CC1256

**1.43.** *Work*—The entire completed construction or the various separately identifiable parts thereof required to be furnished under the Contract Documents. Work includes and is the result of performing or furnishing labor and furnishing and incorporating materials and equipment into the construction, and performing or furnishing services and furnishing documents, all as required by the Contract Documents.

**1.44.** *Work Change Directive*—A written directive to CONTRACTOR, issued on or after the Effective Date of the Agreement and signed by OWNER and recommended by ENGINEER, ordering an addition, deletion or revision in the Work, or responding to differing or unforeseen physical conditions under which the Work is to be performed as provided in paragraph 4.2 or 4.3 or to emergencies under paragraph 6.23. A Work Change Directive will not change the Contract Price or the Contract Times, but is evidence that the parties expect that the change directed or documented by a Work Change Directive will be incorporated in a subsequently issued Change Order following negotiations by the parties as to its effect, if any, on the Contract Price or Contract Times as provided in paragraph 10.2.

**1.45.** *Written Amendment*—A written amendment of the Contract Documents, signed by OWNER and CONTRACTOR on or after the Effective Date of the Agreement and normally dealing with the nonengineering or nontechnical rather than strictly construction-related aspects of the Contract Documents.

## ARTICLE 2—PRELIMINARY MATTERS

### Delivery of Bonds:

**2.1.** When CONTRACTOR delivers the executed Agreements to OWNER, CONTRACTOR shall also deliver to OWNER such Bonds as CONTRACTOR may be required to furnish in accordance with paragraph 5.1.

### Copies of Documents:

**2.2.** OWNER shall furnish to CONTRACTOR up to ten copies (unless otherwise specified in the Supplementary Conditions) of the Contract Documents as are reasonably necessary for the execution of the Work. Additional copies will be furnished, upon request, at the cost of reproduction.

### Commencement of Contract Times; Notice to Proceed:

**2.3.** The Contract Times will commence to run on the thirtieth day after the Effective Date of the Agreement, or, if a Notice to Proceed is given, on the day indicated in the Notice to Proceed. A Notice to Proceed may be given at any time within thirty days after the Effective Date of the Agreement. In no event will the

Contract Times commence to run later than the sixtieth day after the day of Bid opening or the thirtieth day after the Effective Date of the Agreement, whichever date is earlier.

### Starting the Work:

**2.4.** CONTRACTOR shall start to perform the Work on the date when the Contract Times commence to run, but no Work shall be done at the site prior to the date on which the Contract Times commence to run.

### Before Starting Construction:

**2.5.** Before undertaking each part of the Work, CONTRACTOR shall carefully study and compare the Contract Documents and check and verify pertinent figures shown thereon and all applicable field measurements. CONTRACTOR shall promptly report in writing to ENGINEER any conflict, error, ambiguity or discrepancy which CONTRACTOR may discover and shall obtain a written interpretation or clarification from ENGINEER before proceeding with any Work affected thereby; however, CONTRACTOR shall not be liable to OWNER or ENGINEER for failure to report any conflict, error, ambiguity or discrepancy in the Contract Documents, unless CONTRACTOR knew or reasonably should have known thereof.

**2.6.** Within ten days after the Effective Date of the Agreement (unless otherwise specified in the General Requirements), CONTRACTOR shall submit to ENGINEER for review:

**2.6.1.** a preliminary progress schedule indicating the times (numbers of days or dates) for starting and completing the various stages of the Work, including any Milestones specified in the Contract Documents;

**2.6.2.** a preliminary schedule of Shop Drawing and Sample submittals which will list each required submittal and the times for submitting, reviewing and processing such submittal;

**2.6.3.** a preliminary schedule of values for all of the Work which will include quantities and prices of items aggregating the Contract Price and will subdivide the Work into component parts in sufficient detail to serve as the basis for progress payments during construction. Such prices will include an appropriate amount of overhead and profit applicable to each item of Work.

**2.7.** Before any Work at the site is started, CONTRACTOR and OWNER shall each deliver to the other, with copies to each additional insured identified in the Supplementary Conditions, certificates of insurance (and other evidence of insurance which either of them or any additional insured may reasonably request) which CONTRACTOR and OWNER respectively are required to purchase and maintain in accordance with paragraphs 5.4, 5.6 and 5.7.

### Preconstruction Conference:

**2.8.** Within twenty days after the Contract Times start to run, but before any Work at the site is started, a conference

15

attended by CONTRACTOR, ENGINEER and others as appropriate will be held to establish a working understanding among the parties as to the Work and to discuss the schedules referred to in paragraph 2.6, procedures for handling Shop Drawings and other submittals, processing Applications for Payment and maintaining required records.

*Initially Acceptable Schedules:*

2.9. Unless otherwise provided in the Contract Documents, at least ten days before submission of the first Application for Payment a conference attended by CONTRACTOR, ENGINEER and others as appropriate will be held to review for acceptability to ENGINEER as provided below the schedules submitted in accordance with paragraph 2.6. CONTRACTOR shall have an additional ten days to make corrections and adjustments and to complete and resubmit the schedules. No progress payment shall be made to CONTRACTOR until the schedules are submitted to and acceptable to ENGINEER as provided below. The progress schedule will be acceptable to ENGINEER as providing an orderly progression of the Work to completion within any specified Milestones and the Contract Times, but such acceptance will neither impose on ENGINEER responsibility for the sequencing, scheduling or progress of the Work nor interfere with or relieve CONTRACTOR from CONTRACTOR's full responsibility therefor. CONTRACTOR's schedule of Shop Drawing and Sample submissions will be acceptable to ENGINEER as providing a workable arrangement for reviewing and processing the required submittals. CONTRACTOR's schedule of values will be acceptable to ENGINEER as to form and substance.

## ARTICLE 3—CONTRACT DOCUMENTS: INTENT, AMENDING, REUSE

*Intent:*

3.1. The Contract Documents comprise the entire agreement between OWNER and CONTRACTOR concerning the Work. The Contract Documents are complementary; what is called for by one is as binding as if called for by all. The Contract Documents will be construed in accordance with the law of the place of the Project.

3.2. It is the intent of the Contract Documents to describe a functionally complete Project (or part thereof) to be constructed in accordance with the Contract Documents. Any Work, materials or equipment that may reasonably be inferred from the Contract Documents or from prevailing custom or trade usage as being required to produce the intended result will be furnished and performed whether or not specifically called for. When words or phrases which have a well-known technical or construction industry or trade meaning are used to describe Work, materials or equipment, such words or phrases shall be interpreted in accordance with that meaning. Clarifi-

cations and interpretations of the Contract Documents shall be issued by ENGINEER as provided in paragraph 9.4.

*3.3. Reference to Standards and Specifications of Technical Societies; Reporting and Resolving Discrepancies:*

3.3.1. Reference to standards, specifications, manuals or codes of any technical society, organization or association, or to the Laws or Regulations of any governmental authority, whether such reference be specific or by implication, shall mean the latest standard, specification, manual, code or Laws or Regulations in effect at the time of opening of Bids (or, on the Effective Date of the Agreement if there were no Bids), except as may be otherwise specifically stated in the Contract Documents.

3.3.2. If, during the performance of the Work, CONTRACTOR discovers any conflict, error, ambiguity or discrepancy within the Contract Documents or between the Contract Documents and any provision of any such Law or Regulation applicable to the performance of the Work or of any such standard, specification, manual or code or of any instruction of any Supplier referred to in paragraph 6.5, CONTRACTOR shall report it to ENGINEER in writing at once, and, CONTRACTOR shall not proceed with the Work affected thereby (except in an emergency as authorized by paragraph 6.23) until an amendment or supplement to the Contract Documents has been issued by one of the methods indicated in paragraph 3.5 or 3.6; provided, however, that CONTRACTOR shall not be liable to OWNER or ENGINEER for failure to report any such conflict, error, ambiguity or discrepancy unless CONTRACTOR knew or reasonably should have known thereof.

3.3.3. Except as otherwise specifically stated in the Contract Documents or as may be provided by amendment or supplement thereto issued by one of the methods indicated in paragraph 3.5 or 3.6, the provisions of the Contract Documents shall take precedence in resolving any conflict, error, ambiguity or discrepancy between the provisions of the Contract Documents and:

3.3.3.1. the provisions of any such standard, specification, manual, code or instruction (whether or not specifically incorporated by reference in the Contract Documents); or

3.3.3.2. the provisions of any such Laws or Regulations applicable to the performance of the Work (unless such an interpretation of the provisions of the Contract Documents would result in violation of such Law or Regulation).

No provision of any such standard, specification, manual, code or instruction shall be effective to change the duties and responsibilities of OWNER, CONTRACTOR or ENGINEER, or any of their subcontractors, consultants, agents, or employees from those set forth in the Contract Documents, nor shall it be effective to assign to OWNER, ENGINEER or any of ENGINEER's Consultants, agents or employees any duty or authority to supervise or direct the furnishing or

16

CC1258

A18

performance of the Work or any duty or authority to under-
take responsibility inconsistent with the provisions of para-
graph 9.13 or any other provision of the Contract Docu-
ments.

3.4. Whenever in the Contract Documents the terms "as
ordered," "as directed," "as required," "as allowed," "as
approved" or terms of like effect or import are used, or the
adjectives "reasonable," "suitable," "acceptable," "proper"
or "satisfactory" or adjectives of like effect or import are
used to describe a requirement, direction, review or judg-
ment of ENGINEER as to the Work, it is intended that such
requirement, direction, review or judgment will be solely to
evaluate, in general, the completed Work for compliance
with the requirements of and information in the Contract
Documents and conformance with the design concept of the
completed Project as a functioning whole as shown or
indicated in the Contract Documents (unless there is a
specific statement indicating otherwise). The use of any such
term or adjective shall not be effective to assign to ENGI-
NEER any duty or authority to supervise or direct the
furnishing or performance of the Work or any duty or
authority to undertake responsibility contrary to the provi-
sions of paragraph 9.13 or any other provision of the
Contract Documents.

*Amending and Supplementing Contract Documents:*

3.5. The Contract Documents may be amended to provide
for additions, deletions and revisions in the Work or to modify
the terms and conditions thereof in one or more of the following
ways:

3.5.1. a formal Written Amendment,

3.5.2. a Change Order (pursuant to paragraph 10.4), or

3.5.3. a Work Change Directive (pursuant to
paragraph 10.1).

3.6. In addition, the requirements of the Contract Docu-
ments may be supplemented, and minor variations and devia-
tions in the Work may be authorized, in one or more of the
following ways:

3.6.1. a Field Order (pursuant to paragraph 9.5),

3.6.2. ENGINEER's approval of a Shop Drawing or
Sample (pursuant to paragraphs 6.26 and 6.27), or

3.6.3. ENGINEER's written interpretation or clarifica-
tion (pursuant to paragraph 9.4).

*Reuse of Documents:*

3.7. CONTRACTOR, and any Subcontractor or Supplier
or other person or organization performing or furnishing any of
the Work under a direct or indirect contract with OWNER (i)
shall not have or acquire any title to or ownership rights in any

of the Drawings, Specifications or other documents (or copies
of any thereof) prepared by or bearing the seal of ENGINEER
or ENGINEER's Consultant, and (ii) shall not reuse any of
such Drawings, Specifications, other documents or copies on
extensions of the Project or any other project without written
consent of OWNER and ENGINEER and specific written
verification or adaption by ENGINEER.

### ARTICLE 4—AVAILABILITY OF LANDS; SUBSURFACE AND PHYSICAL CONDITIONS; REFERENCE POINTS

*Availability of Lands:*

4.1. OWNER shall furnish, as indicated in the Contract
Documents, the lands upon which the Work is to be performed,
rights-of-way and easements for access thereto, and such other
lands which are designated for the use of CONTRACTOR.
Upon reasonable written request, OWNER shall furnish CON-
TRACTOR with a correct statement of record legal title and
legal description of the lands upon which the Work is to be
performed and OWNER's interest therein as necessary for
giving notice of or filing a mechanic's lien against such lands in
accordance with applicable Laws and Regulations. OWNER
shall identify any encumbrances or restrictions not of general
application but specifically related to use of lands so furnished
with which CONTRACTOR will have to comply in performing
the Work. Easements for permanent structures or permanent
changes in existing facilities will be obtained and paid for by
OWNER, unless otherwise provided in the Contract Docu-
ments. If CONTRACTOR and OWNER are unable to agree on
entitlement to or the amount or extent of any adjustments in the
Contract Price or the Contract Times as a result of any delay in
OWNER's furnishing these lands, rights-of-way or easements,
CONTRACTOR may make a claim therefor as provided in
Articles 11 and 12. CONTRACTOR shall provide for all
additional lands and access thereto that may be required for
temporary construction facilities or storage of materials and
equipment.

4.2. *Subsurface and Physical Conditions:*

4.2.1. *Reports and Drawings:* Reference is made to the
Supplementary Conditions for identification of:

4.2.1.1. *Subsurface Conditions:* Those reports of explo-
rations and tests of subsurface conditions at or contiguous to
the site that have been utilized by ENGINEER in preparing
the Contract Documents; and

4.2.1.2. *Physical Conditions:* Those drawings of physical
conditions in or relating to existing surface or subsurface
structures at or contiguous to the site (except Underground
Facilities) that have been utilized by ENGINEER in prepar-
ing the Contract Documents.

17

CC1259

**4.2.2. Limited Reliance by CONTRACTOR Authorized; Technical Data:** CONTRACTOR may rely upon the general accuracy of the "technical data" contained in such reports and drawings, but such reports and drawings are not Contract Documents. Such "technical data" is identified in the Supplementary Conditions. Except for such reliance on such "technical data," CONTRACTOR may not rely upon or make any claim against OWNER, ENGINEER or any of ENGINEER's Consultants with respect to:

4.2.2.1. the completeness of such reports and drawings for CONTRACTOR's purposes, including, but not limited to, any aspects of the means, methods, techniques, sequences and procedures of construction to be employed by CONTRACTOR and safety precautions and programs incident thereto, or

4.2.2.2. other data, interpretations, opinions and information contained in such reports or shown or indicated in such drawings, or

4.2.2.3. any CONTRACTOR interpretation of or conclusion drawn from any "technical data" or any such data, interpretations, opinions or information.

**4.2.3. Notice of Differing Subsurface or Physical Conditions:** If CONTRACTOR believes that any subsurface or physical condition at or contiguous to the site that is uncovered or revealed either:

4.2.3.1. is of such a nature as to establish that any "technical data" on which CONTRACTOR is entitled to rely as provided in paragraphs 4.2.1 and 4.2.2 is materially inaccurate, or

4.2.3.2. is of such a nature as to require a change in the Contract Documents, or

4.2.3.3. differs materially from that shown or indicated in the Contract Documents, or

4.2.3.4. is of an unusual nature, and differs materially from conditions ordinarily encountered and generally recognized as inherent in work of the character provided for in the Contract Documents; then

CONTRACTOR shall, promptly after becoming aware thereof and before further disturbing conditions affected thereby or performing any Work in connection therewith (except in an emergency as permitted by paragraph 6.23), notify OWNER and ENGINEER in writing about such condition. CONTRACTOR shall not further disturb such conditions or perform any Work in connection therewith (except as aforesaid) until receipt of written order to do so.

**4.2.4. ENGINEER's Review:** ENGINEER will promptly review the pertinent conditions, determine the necessity of OWNER's obtaining additional exploration or tests with respect thereto and advise OWNER in writing (with a copy to CONTRACTOR) of ENGINEER's findings and conclusions.

**4.2.5. Possible Contract Documents Change:** If ENGINEER concludes that a change in the Contract Documents is required as a result of a condition that meets one or more of the categories in paragraph 4.2.3.; a Work Change Directive or a Change Order will be issued as provided in Article 10 to reflect and document the consequences of such change.

**4.2.6. Possible Price and Times Adjustments:** An equitable adjustment in the Contract Price or in the Contract Times, or both, will be allowed to the extent that the existence of such uncovered or revealed condition causes an increase or decrease in CONTRACTOR's cost of, or time required for performance of, the Work; subject, however, to the following:

4.2.6.1. such condition must meet any one or more of the categories described in paragraphs 4.2.3.1 through 4.2.3.4, inclusive;

4.2.6.2. a change in the Contract Documents pursuant to paragraph 4.2.5 will not be an automatic authorization of nor a condition precedent to entitlement to any such adjustment;

4.2.6.3. with respect to Work that is paid for on a Unit Price Basis, any adjustment in Contract Price will be subject to the provisions of paragraphs 9.10 and 11.9; and

4.2.6.4. CONTRACTOR shall not be entitled to any adjustment in the Contract Price or Times if:

4.2.6.4.1. CONTRACTOR knew of the existence of such conditions at the time CONTRACTOR made a final commitment to OWNER in respect of Contract Price and Contract Times by the submission of a bid or becoming bound under a negotiated contract; or

4.2.6.4.2. the existence of such condition could reasonably have been discovered or revealed as a result of any examination, investigation, exploration, test or study of the site and contiguous areas required by the Bidding Requirements or Contract Documents to be conducted by or for CONTRACTOR prior to CONTRACTOR's making such final commitment; or

4.2.6.4.3. CONTRACTOR failed to give the written notice within the time and as required by paragraph 4.2.3.

If OWNER and CONTRACTOR are unable to agree on entitlement to or as to the amount or length of any such equitable adjustment in the Contract Price or Contract Times, a claim may be made therefor as provided in Articles 11 and 12. However, OWNER, ENGINEER and ENGINEER's Consultants shall not be liable to CONTRACTOR for any claims, costs, losses or damages sustained by CONTRACTOR on or in connection with any other project or anticipated project.

*4.3. Physical Conditions—Underground Facilities:*

**4.3.1. Shown or Indicated:** The information and data shown or indicated in the Contract Documents with respect to existing Underground Facilities at or contiguous to the site is based on

18

CC1260

A20

information and data furnished to OWNER or ENGINEER by the owners of such Underground Facilities or by others. Unless it is otherwise expressly provided in the Supplementary Conditions:

4.3.1.1. OWNER and ENGINEER shall not be responsible for the accuracy or completeness of any such information or data; and

4.3.1.2. The cost of all of the following will be included in the Contract Price and CONTRACTOR shall have full responsibility for: (i) reviewing and checking all such information and data, (ii) locating all Underground Facilities shown or indicated in the Contract Documents, (iii) coordination of the Work with the owners of such Underground Facilities during construction, and (iv) the safety and protection of all such Underground Facilities as provided in paragraph 6.20 and repairing any damage thereto resulting from the Work.

4.3.2. *Not Shown or Indicated:* If an Underground Facility is uncovered or revealed at or contiguous to the site which was not shown or indicated in the Contract Documents, CONTRACTOR shall, promptly after becoming aware thereof and before further disturbing conditions affected thereby or performing any Work in connection therewith (except in an emergency as required by paragraph 6.23), identify the owner of such Underground Facility and give written notice to that owner and to OWNER and ENGINEER. ENGINEER will promptly review the Underground Facility and determine the extent, if any, to which a change is required in the Contract Documents to reflect and document the consequences of the existence of the Underground Facility. If ENGINEER concludes that a change in the Contract Documents is required, a Work Change Directive or a Change Order will be issued as provided in Article 10 to reflect and document such consequences. During such time, CONTRACTOR shall be responsible for the safety and protection of such Underground Facility as provided in paragraph 6.20. CONTRACTOR shall be allowed an increase in the Contract Price or an extension of the Contract Times, or both, to the extent that they are attributable to the existence of any Underground Facility that was not shown or indicated in the Contract Documents and that CONTRACTOR did not know of and could not reasonably have been expected to be aware of or to have anticipated. If OWNER and CONTRACTOR are unable to agree on entitlement to or the amount or length of any such adjustment in Contract Price or Contract Times, CONTRACTOR may make a claim therefor as provided in Articles 11 and 12. However, OWNER, ENGINEER and ENGINEER's Consultants shall not be liable to CONTRACTOR for any claims, costs, losses or damages incurred or sustained by CONTRACTOR on or in connection with any other project or anticipated project.

*Reference Points:*

4.4. OWNER shall provide engineering surveys to establish reference points for construction which in ENGINEER's judgment are necessary to enable CONTRACTOR to proceed with the Work. CONTRACTOR shall be responsible for laying out the Work, shall protect and preserve the established reference points and shall make no changes or relocations

without the prior written approval of OWNER. CONTRACTOR shall report to ENGINEER whenever any reference point is lost or destroyed or requires relocation because of necessary changes in grades or locations, and shall be responsible for the accurate replacement or relocation of such reference points by professionally qualified personnel.

4.5. Asbestos, PCBs, Petroleum, Hazardous Waste or Radioactive Material:

4.5.1. OWNER shall be responsible for any Asbestos, PCBs, Petroleum, Hazardous Waste or Radioactive Material uncovered or revealed at the site which was not shown or indicated in Drawings or Specifications or identified in the Contract Documents to be within the scope of the Work and which may present a substantial danger to persons or property exposed thereto in connection with the Work at the site. OWNER shall not be responsible for any such materials brought to the site by CONTRACTOR, Subcontractor, Suppliers or anyone else for whom CONTRACTOR is responsible.

4.5.2. CONTRACTOR shall immediately: (i) stop all Work in connection with such hazardous condition and in any area affected thereby (except in an emergency as required by paragraph 6.23), and (ii) notify OWNER and ENGINEER (and thereafter confirm such notice in writing). OWNER shall promptly consult with ENGINEER concerning the necessity for OWNER to retain a qualified expert to evaluate such hazardous condition or take corrective action, if any. CONTRACTOR shall not be required to resume Work in connection with such hazardous condition or in any such affected area until after OWNER has obtained any required permits related thereto and delivered to CONTRACTOR special written notice: (i) specifying that such condition and any affected area is or has been rendered safe for the resumption of Work, or (ii) specifying any special conditions under which Work may be resumed safely. If OWNER and CONTRACTOR cannot agree as to entitlement to or the amount or extent of an adjustment, if any, in Contract Price or Contract Times as a result of such Work stoppage or such special conditions under which Work is agreed by CONTRACTOR to be resumed, either party may make a claim therefor as provided in Articles 11 and 12.

4.5.3. If after receipt of such special written notice CONTRACTOR does not agree to resume such Work based on a reasonable belief it is unsafe, or does not agree to resume such Work under such special conditions, then OWNER may order such portion of the Work that is in connection with such hazardous condition or in such affected area to be deleted from the Work. If OWNER and CONTRACTOR cannot agree as to entitlement to or the amount or extent of an adjustment, if any, in Contract Price or Contract Times as a result of deleting such portion of the Work, then either party may make a claim therefor, as provided in Articles 11 and 12. OWNER may have such deleted portion of the Work performed by OWNER's own forces or others in accordance with Article 7.

4.5.4. To the fullest extent permitted by Laws and Regulations, OWNER shall indemnify and hold harmless CONTRACTOR, Subcontractors, ENGINEER, ENGINEER's

19

CC1261

Consultants and the officers, directors, employees, agents, other consultants and subcontractors of each and any of them from and against all claims, costs, losses and damages arising out of or resulting from such hazardous condition, provided that: (i) any such claim, cost, loss or damage is attributable to bodily injury, sickness, disease or death, or to injury to or destruction of tangible property (other than the Work itself), including the loss of use resulting therefrom, and (ii) nothing in this subparagraph 4.5.4 shall obligate OWNER to indemnify any person or entity from and against the consequences of that person's or entity's own negligence.

4.5.5.  The provisions of paragraphs 4.2 and 4.3 are not intended to apply to Asbestos, PCBs, Petroleum, Hazardous Waste or Radioactive Material uncovered or revealed at the site.

## ARTICLE 5—BONDS AND INSURANCE

*Performance, Payment and Other Bonds:*

5.1.  CONTRACTOR shall furnish Performance and Payment Bonds, each in an amount at least equal to the Contract Price as security for the faithful performance and payment of all CONTRACTOR's obligations under the Contract Documents. These Bonds shall remain in effect at least until one year after the date when final payment becomes due, except as provided otherwise by Laws or Regulations or by the Contract Documents. CONTRACTOR shall also furnish such other Bonds as are required by the Supplementary Conditions. All Bonds shall be in the form prescribed by the Contract Documents except as provided otherwise by Laws or Regulations, and shall be executed by such sureties as are named in the current list of "Companies Holding Certificates of Authority as Acceptable Sureties on Federal Bonds as Acceptable Reinsuring Companies" as published in Circular 570 (amended) by the Audit Staff, Bureau of Government Financial Operations, U.S. Treasury Department. All Bonds signed by an agent must be accompanied by a certified copy of such agent's authority to act.

5.2.  If the surety on any Bond furnished by CONTRACTOR is declared a bankrupt or becomes insolvent or its right to do business is terminated in any state where any part of the Project is located or it ceases to meet the requirements of paragraph 5.1, CONTRACTOR shall within ten days thereafter substitute another Bond and surety, both of which must be acceptable to OWNER.

*5.3. Licensed Sureties and Insurers; Certificates of Insurance:*

5.3.1.  All Bonds and insurance required by the Contract Documents to be purchased and maintained by OWNER or CONTRACTOR shall be obtained from surety or insurance

companies that are duly licensed or authorized in the jurisdiction in which the Project is located to issue Bonds or insurance policies for the limits and coverages so required. Such surety and insurance companies shall also meet such additional requirements and qualifications as may be provided in the Supplementary Conditions.

5.3.2.  CONTRACTOR shall deliver to OWNER, with copies to each additional insured identified in the Supplementary Conditions, certificates of insurance (and other evidence of insurance requested by OWNER or any other additional insured) which CONTRACTOR is required to purchase and maintain in accordance with paragraph 5.4. OWNER shall deliver to CONTRACTOR, with copies to each additional insured identified in the Supplementary Conditions, certificates of insurance (and other evidence of insurance requested by CONTRACTOR or any other additional insured) which OWNER is required to purchase and maintain in accordance with paragraphs 5.6 and 5.7 hereof.

*CONTRACTOR's Liability Insurance:*

5.4.  CONTRACTOR shall purchase and maintain such liability and other insurance as is appropriate for the Work being performed and furnished and as will provide protection from claims set forth below which may arise out of or result from CONTRACTOR's performance and furnishing of the Work and CONTRACTOR's other obligations under the Contract Documents, whether it is to be performed or furnished by CONTRACTOR, any Subcontractor or Supplier, or by anyone directly or indirectly employed by any of them to perform or furnish any of the Work, or by anyone for whose acts any of them may be liable:

5.4.1.  claims under workers' compensation, disability benefits and other similar employee benefit acts;

5.4.2.  claims for damages because of bodily injury, occupational sickness or disease, or death of CONTRACTOR's employees;

5.4.3.  claims for damages because of bodily injury, sickness or disease, or death of any person other than CONTRACTOR's employees;

5.4.4.  claims for damages insured by customary personal injury liability coverage which are sustained: (i) by any person as a result of an offense directly or indirectly related to the employment of such person by CONTRACTOR, or (ii) by any other person for any other reason;

5.4.5.  claims for damages, other than to the Work itself, because of injury to or destruction of tangible property wherever located, including loss of use resulting therefrom; and

5.4.6.  claims for damages because of bodily injury or death of any person or property damage arising out of the ownership, maintenance or use of any motor vehicle.

20

CC1262

The policies of insurance so required by this paragraph 5.4 to be purchased and maintained shall:

5.4.7.  with respect to insurance required by paragraphs 5.4.3 through 5.4.6 inclusive, include as additional insureds (subject to any customary exclusion in respect of professional liability) OWNER, ENGINEER, ENGINEER's Consultants and any other persons or entities identified in the Supplementary Conditions, all of whom shall be listed as additional insureds, and include coverage for the respective officers and employees of all such additional insureds;

5.4.8.  include the specific coverages and be written for not less than the limits of liability provided in the Supplementary Conditions or required by Laws or Regulations, whichever is greater;

5.4.9.  include completed operations insurance;

5.4.10.  include contractual liability insurance covering CONTRACTOR's indemnity obligations under paragraphs 6.12, 6.16 and 6.31 through 6.33;

5.4.11.  contain a provision or endorsement that the coverage afforded will not be cancelled, materially changed or renewal refused until at least thirty days prior written notice has been given to OWNER and CONTRACTOR and to each other additional insured identified in the Supplementary Conditions to whom a certificate of insurance has been issued (and the certificates of insurance furnished by the CONTRACTOR pursuant to paragraph 5.3.2 will so provide);

5.4.12.  remain in effect at least until final payment and at all times thereafter when CONTRACTOR may be correcting, removing or replacing *defective* Work in accordance with paragraph 13.12; and

5.4.13.  with respect to completed operations insurance, and any insurance coverage written on a claims-made basis, remain in effect for at least two years after final payment (and CONTRACTOR shall furnish OWNER and each other additional insured identified in the Supplementary Conditions to whom a certificate of insurance has been issued evidence satisfactory to OWNER and any such additional insured of continuation of such insurance at final payment and one year thereafter).

*OWNER's Liability Insurance:*

5.5.  In addition to the insurance required to be provided by CONTRACTOR under paragraph 5.4, OWNER, at OWNER's option, may purchase and maintain at OWNER's expense OWNER's own liability insurance as will protect OWNER against claims which may arise from operations under the Contract Documents.

*Property Insurance:*

5.6.  Unless otherwise provided in the Supplementary Conditions, OWNER shall purchase and maintain property insurance upon the Work at the site in the amount of the full replacement cost thereof (subject to such deductible amounts as may be provided in the Supplementary Conditions or required by Laws and Regulations). This insurance shall:

5.6.1.  include the interests of OWNER, CONTRACTOR, Subcontractors, ENGINEER, ENGINEER's Consultants and any other persons or entities identified in the Supplementary Conditions, each of whom is deemed to have an insurable interest and shall be listed as an insured or additional insured;

5.6.2.  be written on a Builder's Risk "all-risk" or open peril or special causes of loss policy form that shall at least include insurance for physical loss or damage to the Work, temporary buildings, falsework and Work in transit and shall insure against at least the following perils fire, lightning, extended coverage, theft, vandalism and malicious mischief, earthquake, collapse, debris removal, demolition occasioned by enforcement of Laws and Regulations, water damage, and such other perils as may be specifically required by the Supplementary Conditions;

5.6.3.  include expenses incurred in the repair or replacement of any insured property (including but not limited to fees and charges of engineers and architects);

5.6.4.  cover materials and equipment stored at the site or at another location that was agreed to in writing by OWNER prior to being incorporated in the Work, provided that such materials and equipment have been included in an Application for Payment recommended by ENGINEER; and

5.6.5.  be maintained in effect until final payment is made unless otherwise agreed to in writing by OWNER, CONTRACTOR and ENGINEER with thirty days written notice to each other additional insured to whom a certificate of insurance has been issued.

5.7.  OWNER shall purchase and maintain such boiler and machinery insurance or additional property insurance as may be required by the Supplementary Conditions or Laws and Regulations which will include the interests of OWNER, CONTRACTOR, Subcontractors, ENGINEER, ENGINEER's Consultants and any other persons or entities identified in the Supplementary Conditions, each of whom is deemed to have an insurable interest and shall be listed as an insured or additional insured.

5.8.  All the policies of insurance (and the certificates or other evidence thereof) required to be purchased and maintained by OWNER in accordance with paragraphs 5.6 and 5.7 will contain a provision or endorsement that the coverage afforded will not be cancelled or materially changed or renewal refused until at least thirty days' prior written notice has been given to OWNER and CONTRACTOR and to each other additional insured to whom a certificate of insurance has been issued and will contain waiver provisions in accordance with paragraph 5.11.

21

CC1263

5.9. OWNER shall not be responsible for purchasing and maintaining any property insurance to protect the interests of CONTRACTOR, Subcontractors or others in the Work to the extent of any deductible amounts that are identified in the Supplementary Conditions. The risk of loss within such identified deductible amount, will be borne by CONTRACTOR, Subcontractor or others suffering any such loss and if any of them wishes property insurance coverage within the limits of such amounts, each may purchase and maintain it at the purchaser's own expense.

5.10. If CONTRACTOR requests in writing that other special insurance be included in the property insurance policies provided under paragraphs 5.6 or 5.7, OWNER shall, if possible, include such insurance, and the cost thereof will be charged to CONTRACTOR by appropriate Change Order or Written Amendment. Prior to commencement of the Work at the site, OWNER shall in writing advise CONTRACTOR whether or not such other insurance has been procured by OWNER.

5.11. *Waiver of Rights:*

5.11.1. OWNER and CONTRACTOR intend that all policies purchased in accordance with paragraphs 5.6 and 5.7 will protect OWNER, CONTRACTOR, Subcontractors, ENGINEER, ENGINEER's Consultants and all other persons or entities identified in the Supplementary Conditions to be listed as insureds or additional insureds in such policies and will provide primary coverage for all losses and damages caused by the perils covered thereby. All such policies shall contain provisions to the effect that in the event of payment of any loss or damage. the insurers will have no rights of recovery against any of the insureds or additional insureds thereunder. OWNER and CONTRACTOR waive all rights against each other and their respective officers, directors, employees and agents for all losses and damages caused by, arising out of or resulting from any of the perils covered by such policies and any other property insurance applicable to the Work; and, in addition, waive all such rights against Subcontractors, ENGINEER, ENGINEER's Consultants and all other persons or entities identified in the Supplementary Conditions to be listed as insureds or additional insureds under such policies for losses and damages so caused. None of the above waivers shall extend to the rights that any party making such waiver may have to the proceeds of insurance held by OWNER as trustee or otherwise payable under any policy so issued.

5.11.2. In addition, OWNER waives all rights against CONTRACTOR, Subcontractors, ENGINEER, ENGINEER's Consultants and the officers, directors, employees and agents of any of them, for:

5.11.2.1. loss due to business interruption, loss of use or other consequential loss extending beyond direct physical loss or damage to OWNER's property or the Work caused by, arising out of or resulting from fire or other peril, whether or not insured by OWNER; and

5.11.2.2. loss or damage to the completed Project or part thereof caused by, arising out of or resulting from fire or other insured peril covered by any property insurance maintained on the completed Project or part thereof by OWNER during partial utilization pursuant to paragraph 14.10, after substantial completion pursuant to paragraph 14.8 or after final payment pursuant to paragraph 14.13.

Any insurance policy maintained by OWNER covering any loss, damage or consequential loss referred to in this paragraph 5.11.2 shall contain provisions to the effect that in the event of payment of any such loss, damage or consequential loss the insurers will have no rights of recovery against any of CONTRACTOR, Subcontractors, ENGINEER, ENGINEER's Consultants and the officers, directors, employees and agents of any of them.

Receipt and Application of Insurance Proceeds

5.12. Any insured loss under the policies of insurance required by paragraphs 5.6 and 5.7 will be adjusted with OWNER and made payable to OWNER as fiduciary for the insureds, as their interests may appear, subject to the requirements of any applicable mortgage clause and of paragraph 5.13. OWNER shall deposit in a separate account any money so received, and shall distribute it in accordance with such agreement as the parties in interest may reach. If no other special agreement is reached the damaged Work shall be repaired or replaced, the moneys so received applied on account thereof and the Work and the cost thereof covered by an appropriate Change Order or Written Amendment.

5.13. OWNER as fiduciary shall have power to adjust and settle any loss with the insurers unless one of the parties in interest shall object in writing within fifteen days after the occurrence of loss to OWNER's exercise of this power. If such objection be made, OWNER as fiduciary shall make settlement with the insurers in accordance with such agreement as the parties in interest may reach. If no such agreement among the parties in interest is reached, OWNER as fiduciary shall adjust and settle the loss with the insurers and, if required in writing by any party in interest, OWNER as fiduciary shall give bond for the proper performance of such duties.

Acceptance of Bonds and Insurance; Option to Replace:

5.14. If either party (OWNER or CONTRACTOR) has any objection to the coverage afforded by or other provisions of the Bonds or insurance required to be purchased and maintained by the other party in accordance with Article 5 on the basis of non-conformance with the Contract Documents, the objecting party shall so notify the other party in writing within ten days after receipt of the certificates (or other evidence requested) required by paragraph 2.7. OWNER and CONTRACTOR shall each provide to the other such additional information in respect of insurance provided as the other may reasonably request. If either party does not purchase or maintain all of the Bonds and insurance required of such party by the Contract Documents, such party shall notify the other party in writing of such failure to purchase prior to the start of the Work, or of such failure to maintain prior to any change in the required coverage. Without prejudice to any other right or remedy, the other party may elect to obtain equivalent Bonds or insurance to protect such other party's interests at the expense of the party who was

22

CC1264

A24

required to provide such coverage, and a Change Order shall be issued to adjust the Contract Price accordingly.

*Partial Utilization—Property Insurance:*

5.15.  If OWNER finds it necessary to occupy or use a portion or portions of the Work prior to Substantial Completion of all the Work, such use or occupancy may be accomplished in accordance with paragraph 14.10; provided that no such use or occupancy shall commence before the insurers providing the property insurance have acknowledged notice thereof and in writing effected any changes in coverage necessitated thereby. The insurers providing the property insurance shall consent by endorsement on the policy or policies, but the property insurance shall not be cancelled or permitted to lapse on account of any such partial use or occupancy.

ARTICLE 6—CONTRACTOR'S RESPONSIBILITIES

*Supervision and Superintendence:*

6.1.  CONTRACTOR shall supervise, inspect and direct the Work competently and efficiently, devoting such attention thereto and applying such skills and expertise as may be necessary to perform the Work in accordance with the Contract Documents. CONTRACTOR shall be solely responsible for the means, methods, techniques, sequences and procedures of construction, but CONTRACTOR shall not be responsible for the negligence of others in the design or specification of a specific means, method, technique, sequence or procedure of construction which is shown or indicated in and expressly required by the Contract Documents. CONTRACTOR shall be responsible to see that the completed Work complies accurately with the Contract Documents.

6.2.  CONTRACTOR shall keep on the Work at all times during its progress a competent resident superintendent, who shall not be replaced without written notice to OWNER and ENGINEER except under extraordinary circumstances. The superintendent will be CONTRACTOR's representative at the site and shall have authority to act on behalf of CONTRACTOR. All communications to the superintendent shall be as binding as if given to CONTRACTOR.

*Labor, Materials and Equipment:*

6.3.  CONTRACTOR shall provide competent, suitably qualified personnel to survey, lay out and construct the Work as required by the Contract Documents. CONTRACTOR shall at all times maintain good discipline and order at the site. Except as otherwise required for the safety or protection of persons or the Work or property at the site or adjacent thereto, and except as otherwise indicated in the Contract Documents, all Work at the site shall be performed during regular working hours and

CONTRACTOR will not permit overtime work or the performance of Work on Saturday, Sunday or any legal holiday without OWNER's written consent given after prior written notice to ENGINEER.

6.4.  Unless otherwise specified in the General Requirements, CONTRACTOR shall furnish and assume full responsibility for all materials, equipment, labor, transportation, construction equipment and machinery, tools, appliances, fuel, power, light, heat, telephone, water, sanitary facilities, temporary facilities and all other facilities and incidentals necessary for the furnishing, performance, testing, start-up and completion of the Work.

6.5.  All materials and equipment shall be of good quality and new, except as otherwise provided in the Contract Documents. All warranties and guarantees specifically called for by the Specifications shall expressly run to the benefit of OWNER. If required by ENGINEER, CONTRACTOR shall furnish satisfactory evidence (including reports of required tests) as to the kind and quality of materials and equipment. All materials and equipment shall be applied, installed, connected, erected, used, cleaned and conditioned in accordance with instructions of the applicable Supplier, except as otherwise provided in the Contract Documents.

*Progress Schedule:*

6.6.  CONTRACTOR shall adhere to the progress schedule established in accordance with paragraph 2.9 as it may be adjusted from time to time as provided below:

6.6.1.  CONTRACTOR shall submit to ENGINEER for acceptance (to the extent indicated in paragraph 2.9) proposed adjustments in the progress schedule that will not change the Contract Times (or Milestones). Such adjustments will conform generally to the progress schedule then in effect and additionally will comply with any provisions of the General Requirements applicable thereto.

6.6.2.  Proposed adjustments in the progress schedule that will change the Contract Times (or Milestones) shall be submitted in accordance with the requirements of paragraph 12.1. Such adjustments may only be made by a Change Order or Written Amendment in accordance with Article 12.

6.7.  *Substitutes and "Or-Equal" Items:*

6.7.1.  Whenever an item of material or equipment is specified or described in the Contract Documents by using the name of a proprietary item or the name of a particular Supplier, the specification or description is intended to establish the type, function and quality required. Unless the specification or description contains or is followed by words reading that no like, equivalent or "or-equal" item or no substitution is permitted, other items of material or equipment or material or equipment of other Suppliers may be accepted by ENGINEER under the following circumstances:

23

CC1265

A25

**6.7.1.1.** *"Or-Equal":* If in ENGINEER's sole discretion an item of material or equipment proposed by CONTRACTOR is functionally equal to that named and sufficiently similar so that no change in related Work will be required, it may be considered ·by ENGINEER as an "or-equal" item, in which case review and approval of the proposed item may, in ENGINEER's sole discretion, be accomplished without compliance with some or all of the requirements for acceptance of proposed substitute items.

**6.7.1.2.** *Substitute Items:* If in ENGINEER's sole discretion an item of material or equipment proposed by CONTRACTOR does not qualify as an "or-equal" item under subparagraph 6.7.1.1, it will be considered a proposed substitute item. CONTRACTOR shall submit sufficient information as provided below to allow ENGINEER to determine· that the item of material or equipment proposed is essentially equivalent to that named and an acceptable substitute therefor. The procedure for review by the ENGINEER will include the following as supplemented in the General Requirements and as ENGINEER may decide is appropriate under the circumstances. Requests for review of proposed substitute items of material or equipment will not be accepted by ENGINEER from anyone other than CONTRACTOR. If CONTRACTOR wishes to furnish or use a substitute item of material or equipment, CONTRACTOR shall first make written application to ENGINEER for acceptance thereof, certifying that the proposed substitute will perform adequately the functions and achieve the results called for by the general design, be similar in substance to·that specified and be suited to the same use as that specified. The application will state the extent, if any, to which the evaluation and acceptance of the proposed substitute will prejudice CONTRACTOR's achievement of Substantial Completion on time, whether or not acceptance of the substitute for use in the Work will require a change in any of the Contract Documents (or in the provisions of any other direct contract with OWNER for·work on the Project) to adapt the design to the proposed substitute and whether or not incorporation or use of the substitute in connection with the Work is subject to payment of any license fee or royalty. All variations of the proposed substitute from that specified will be identified in the application and available maintenance, repair and replacement service will be indicated. The application will also contain an itemized estimate of all costs or credits that will result directly or indirectly from acceptance of such substitute, including costs of redesign and claims of other contractors affected by the resulting change, all of which will be considered by ENGINEER in evaluating the proposed substitute. ENGINEER may require CONTRACTOR to furnish additional data about the proposed substitute.

**6.7.1.3.** *CONTRACTOR's Expense:* All data to be provided by CONTRACTOR in support of any proposed "or-equal" or substitute item will be at CONTRACTOR's expense.

**6.7.2.** *Substitute Construction Methods or Procedures:* If a specific means, method, technique, sequence or procedure of construction is shown or indicated in and expressly required by the Contract Documents, CONTRACTOR may furnish or utilize a substitute means, method, technique, sequence or procedure of construction acceptable to ENGINEER. CONTRACTOR shall submit sufficient information to allow ENGINEER, in ENGINEER's sole discretion, to determine that the substitute proposed is equivalent to that expressly called for by the Contract Documents. The procedure for review by ENGINEER will be similar to that provided in subparagraph 6.7.1.2.

**6.7.3.** *Engineer's Evaluation:* ENGINEER will be allowed a reasonable time within which to evaluate each proposal or submittal made pursuant to paragraphs 6.7.1.2 and 6.7.2. ENGINEER will be the sole judge of·acceptability. No "or-equal" or substitute will be ordered, installed or utilized without ENGINEER's prior written acceptance which will be evidenced by either a Change Order or an approved Shop Drawing. OWNER may require CONTRACTOR to furnish at CONTRACTOR's expense a special performance guarantee or other surety with respect to any "or-equal" or substitute. ENGINEER will record time required by ENGINEER and ENGINEER's Consultants in evaluating substitutes proposed or submitted by CONTRACTOR pursuant to paragraphs 6.7.1.2 and 6.7.2 and in making changes in the Contract Documents (or in the provisions of any other direct contract with OWNER for work on the Project) occasioned thereby. Whether or not ENGINEER accepts a substitute item so proposed or submitted by CONTRACTOR, CONTRACTOR ·shall reimburse OWNER for.the charges of ENGINEER and ENGINEER's Consultants for evaluating each such proposed substitute item.

*Concerning Subcontractors, Suppliers and Others:*

**6.8.1.** CONTRACTOR shall not employ any Subcontractor, Supplier or other person or organization (including those acceptable to.OWNER and ENGINEER as indicated in paragraph 6.8.2), whether· initially or as a substitute, against whom OWNER or ENGINEER may have reasonable objection. CONTRACTOR shall not be required to employ any Subcontractor, Supplier or other person or organization to furnish or perform any of the Work against whom CONTRACTOR has reasonable objection. ·

**6.8.2.** If the Supplementary Conditions require the identity of certain Subcontractors, Suppliers or other persons or organizations (including those who are to furnish the principal items of materials ·or· equipment) to be submitted to OWNER in advance of the· specified date prior to the Effective Date of the Agreement for acceptance by OWNER and ENGINEER, and if CONTRACTOR has submitted a list.thereof in accordance with the Supplementary Conditions, OWNER's or ENGINEER's acceptance (either in writing or by failing to make written objection thereto by the date indicated for acceptance or objection in the bidding documents or the Contract Documents) of any such Subcontractor, Supplier or other person or organization so identified may be revoked on the basis of reasonable objection after due investigation, in which case CONTRACTOR shall submit an acceptable ·substitute, the Contract Price will be adjusted by the difference in the cost occasioned by such

24