# CONNOLLY BOVE LODGE & HUTZ LLP
ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Collins J. Seitz, Jr.
TEL    (302) 888-6278
FAX    (302) 255-4278
EMAIL    cseitz@cblh.com
REPLY TO    Wilmington Office

February 8, 2007

**By Electronic Filing**

Honorable Gregory M. Sleet
United States District Court
844 King Street
Lock Box 19
Wilmington, DE 19801

Re:   *Donald M. Durkin Contracting, Inc. v. City of Newark, et al.*
      C.A. No. 04-0163 GMS

Dear Judge Sleet:

      I represent the defendants and write with respect to plaintiff Donald M. Durkin Contracting, Inc.'s ("Durkin") two post-trial motions requesting an award of attorneys' fees and amendment of the judgment to permit pre- and post-judgment interest.

      As recognized in Durkin's motion regarding attorneys' fees (page 1), there is an overlap between the request for attorneys' fees and expenses presented in Durkin's post-trial motion and the jury's damage award. There is also the practical consideration of the City's pending post-trial motions, which could impact the final judgment.

      Counsel for the parties have conferred, and respectfully propose the enclosed stipulation. The stipulation would stay briefing on Durkin's post-trial motions until the Court has ruled on the defendants' post-trial motions. Counsel believe that the proposed stipulation would benefit the Court's consideration of post-trial motions as follows: (1) the Court could conserve its limited time by first deciding the defendants' motions; (2) following decision on defendants' motions, counsel for the parties could meet and confer, and reduce or eliminate where possible issues in Durkin's motions impacted by the Court's decision on defendants' post-trial motions; and (3) to the extent issues cannot be resolved by counsel, the narrower remaining issues could be presented to the Court in an efficient fashion.

Honorable Gregory M. Sleet
Page 2
February 8, 2007
-------------------------------------------

    The parties are prepared to comply with the existing briefing schedule, but propose the enclosed stipulation in the hope that it would assist the Court in deciding only what needs to be decided following a ruling on the defendants' post-trial motions. If the Court has any questions, counsel are available to respond promptly.

                                            Respectfully,

                                            Collins J. Seitz, Jr.
                                            (Bar No. 2237)

CJS,Jr./saj
Enclosure
cc:    Paul Logan, Esquire
        Thomas D. Walsh, Esquire
        William J. Cattie, III, Esquire
        James S. Green, Esquire
        Kevin W. Goldstein, Esquire
        (all by Electronic Service, w/enc.)
        (520633)