IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC. )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>CITY OF NEWARK, HAROLD F. GODWIN, )<br>JOHN H. FARRELL, IV, JERRY CLIFTON, )<br>KARL G. KALBACHER, DAVID J. ATHEY, )<br>FRANK J. OSBORNE, JR., and CHRISTINA )<br>REWA, )<br>)<br>Defendants/ )<br>Third Party Plaintiffs, )<br>v. )<br>)<br>FEDERAL INSURANCE COMPANY, )<br>)<br>Third-Party Defendant. )<br>)<br>---------------------------------------------------------)<br>)<br>CITY OF NEWARK, )<br>)<br>Third-Party Plaintiff, )<br>)<br>v. )<br>)<br>URS CORPORATION, )<br>)<br>Third-Party Defendant. ) | No. 04-0163-GMS |

### [PROPOSED] STIPULATION FOR PARTIAL STAY OF BRIEFING

WHEREAS, on December 20, 2006, the Court entered a stipulated briefing schedule on all post-trial motions;

WHEREAS, on January 26, 2007, the parties filed post-trial briefs on their respective post-trial motions;

WHEREAS, plaintiff's post-trial motions may be substantially affected by the Court's rulings on defendants' post-trial motions, and the parties desire to conserve the Court's judicial resources by deferring further briefing on plaintiff's post-trial motions until after the Court has ruled on defendants' post-trial motions; and

WHEREAS, deferring briefing on plaintiff's post-trial motions will allow the parties time to meet and confer after the Court's ruling on defendants' post-trial motions, and to simplify and to narrow any remaining issues presented by plaintiff's post-trial motions.

It is therefore stipulated by the parties, subject to approval by the Court, that briefing on plaintiff's post-trial motions is stayed pending the Court's rulings on defendants' post-trial motions. Following the Court's ruling on defendants' motions, the parties shall meet and confer to consider the Court's ruling and its impact on plaintiff's post-trial motions. Counsel shall thereafter propose a schedule to resolve any unresolved issues in plaintiff's post-trial motions.

| POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO, P.C. | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| /s/ Paul Logan<br>Paul Logan (Bar No. 3339)<br>475 Allendale Road, Suite 200<br>King of Prussia, PA 19406<br>(610) 354-9700 | /s/ Collins J. Seitz, Jr.<br>Collins J. Seitz, Jr. (Bar No. 2237)<br>Max B. Walton (Bar No. 3876)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 |
| TYBOUT REDFEARN & PELL | *Attorneys for Defendants, City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa* |
| /s/ David G. Culley<br>David G. Culley (Bar No. 2141)<br>750 South Madison Street, Suite 400<br>Wilmington, DE 19899<br>(302) 658-6901<br>*Attorneys for Plaintiff,*<br>*Donald M. Durkin Contracting, Inc.* | DATED: February 8, 2007 |

IT IS SO ORDERED, this _____ day of February, 2007.

_____
Gregory M. Sleet, U.S.D.J.