# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

Collins J. Seitz, Jr.
TEL    (302) 888-6278
FAX    (302) 255-4278
EMAIL  cseitz@cblh.com
REPLY TO  Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

February 12, 2007

**By Electronic Filing**

Honorable Gregory M. Sleet
United States District Court
844 King Street
Lock Box 19
Wilmington, DE 19801

Re:   *Donald M. Durkin Contracting, Inc. v. City of Newark, et al.*
      C.A. No. 04-0163 GMS

Dear Judge Sleet:

Enclosed is a revised proposed Stipulation for Partial Stay of Briefing incorporating the language requested by the Court's Courtroom Deputy, April S. Walker. If the Court has any questions, counsel are available to respond promptly.

Respectfully,

Collins J. Seitz, Jr.
(Bar No. 2237)

CJS,Jr./saj
Enclosure
cc:   Paul Logan, Esquire
      Thomas D. Walsh, Esquire
      William J. Cattie, III, Esquire
      James S. Green, Esquire
      Kevin W. Goldstein, Esquire
      (all by Electronic Service, w/enc.)
      (521088)