IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0163-GMS |
| | ) | |
| CITY OF NEWARK, HAROLD F. GODWIN, | ) | |
| JOHN H. FARRELL, IV, JERRY CLIFTON, | ) | |
| KARL G. KALBACHER, DAVID J. ATHEY, | ) | |
| FRANK J. OSBORNE, JR., and CHRISTINA | ) | |
| REWA, | ) | |
| | ) | |
| Defendants/ | ) | |
| Third Party Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |
| | ) | |
| ------------------------------------------------- | | |
| | ) | |
| CITY OF NEWARK, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| URS CORPORATION, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

### [PROPOSED] STIPULATION FOR PARTIAL STAY OF BRIEFING

WHEREAS, on December 20, 2006, the Court entered a stipulated briefing schedule on all post-trial motions;

WHEREAS, on January 26, 2007, the parties filed post-trial briefs on their respective post-trial motions;

WHEREAS, plaintiff's post-trial motions may be substantially affected by the Court's rulings on defendants' post-trial motions, and the parties desire to conserve the Court's judicial resources by deferring further briefing on plaintiff's post-trial motions until after the Court has ruled on defendants' post-trial motions; and

WHEREAS, deferring briefing on plaintiff's post-trial motions will allow the parties time to meet and confer after the Court's ruling on defendants' post-trial motions, and to simplify and to narrow any remaining issues presented by plaintiff's post-trial motions.

It is therefore stipulated by the parties, subject to approval by the Court, that briefing on plaintiff's post-trial motions is stayed pending the Court's rulings on defendants' post-trial motions. Following the Court's ruling on defendants' motions, the parties shall, within 10 days of the Court's ruling, meet and confer to consider the Court's ruling and its impact on plaintiff's post-trial motions. Within 5 days thereafter, the parties shall submit for the Court's approval a briefing schedule to resolve any unresolved issues in plaintiff's post-trial motions.

| POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO, P.C. | CONNOLLY BOVE LODGE & HUTZ LLP |
|---|---|
| _/s/ Paul Logan_<br>Paul Logan (Bar No. 3339)<br>475 Allendale Road, Suite 200<br>King of Prussia, PA 19406<br>(610) 354-9700 | _/s/ Collins J. Seitz, Jr._<br>Collins J. Seitz, Jr. (Bar No. 2237)<br>Max B. Walton (Bar No. 3876)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 |
| TYBOUT REDFEARN & PELL | *Attorneys for Defendants, City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa* |
| _/s/ David G. Culley_<br>David G. Culley (Bar No. 2141)<br>750 South Madison Street, Suite 400<br>Wilmington, DE 19899<br>(302) 658-6901<br>*Attorneys for Plaintiff, Donald M. Durkin Contracting, Inc.* | DATED: February 12, 2007 |

IT IS SO ORDERED, this _____ day of February, 2007.

_____
Gregory M. Sleet, U.S.D.J.