IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Intervenor* | |

## ORDER

AND NOW, _____, day of _____, 2007, the Court, having heard and considered City of Newark Defendants' Motion for Judgment as a Matter of Law and for a New Trial or Remittitur and Plaintiff Donald M. Durkin Contracting, Inc.'s response thereto, does hereby FIND and ORDER:

City of Newark Defendants' Motion for Judgment as a Matter of Law and for a New Trial or Remittitur is DENIED.

SO ORDERED this _____ day of _____, 2007.

_____
The Honorable Gregory M. Sleet