IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Intervenor* | |

APPENDIX OF DOCUMENTS IN SUPPORT OF
ANSWERING BRIEF OF PLAINTIFF
IN OPPOSITION TO CITY OF NEWARK DEFENDANTS'
MOTION FOR JUDGMENT AS A MATTER OF LAW AND FOR NEW TRIAL
OR REMITTITUR

Part 4

POWELL, TRACHTMAN, LOGAN,
CARRLE & LOMBARDO, P.C.
Paul A. Logan
Delaware Supreme Court ID #3339
475 Allendale Road, Suite 200
King of Prussia, PA 19406
Telephone: 610-354-9700
Telefacsimile: 610-354-9760
*Attorneys for Plaintiff and Third Party Defendant Donald M. Durkin Contracting*

Dated: March 2, 2007

# TABLE OF CONTENTS

**Document** **Page**

Selected Portions of the Trial Transcript…………………………………………………..A1

Selected Jury Instructions Discussed on October 4, 2006…..……………………..A177

Selected Final Jury Instructions……………………………………………………...A182

Jury Verdict Form……………………………………………………………….A193

Chart of City's Arguments Regarding Contract Damages in Its Rule 50a, Rule 50b
And Rule 59 Motions………………………………………………………………..A199

Judge Sleet's Final Pre-Trial Form Order ……………………………………..…...A202

Trial Brief of the City of Newark Defendants…………………………………..A207

Court Order dated September 22, 2006……………………………………………A217

Chart of City's Arguments Regarding Contract Damage Calculation During Trial….A237

Application and Certificate for Payment No. 23 (DUR9)…………………………A240

Selected Portions of the Contract (DUR60)……………………………………..A242

Selected Portions of the Complaint……………………………………………...A250

Chart of City's Cases Cited in Support of the Doctrine of
Constructive Termination……………………………………………………….A254

Itemized Statement of Damages (DUR68)…………………………………….....A255

Memorandum dated May 27, 2004 from
Solicitor Akin to Mayor and Council (DUR37)………………………..……...…..A256

Affidavit of Ronald Scott Killen………………………………………………....A259

Affidavit of Donald M. Durkin, Jr…………………………………………….....A261

Affidavit of Michael D. Durkin…………………………………………………A267

Affidavit of James W. Durkin…………………………………………………...A273

Selected Delaware Pattern Jury Instructions (2000)……………………………A279

City's Communications with Durkin's Subcontractors (DUR13, DUR14, DUR 15, DUR16, DUR17, DUR18, DUR19)..........................................................................A281

Chart of What Council Did Not Know When it Voted to Terminate Durkin............A318

Prospective Bidder Memorandum dated July 30, 2004 (DUR10).......................A320

Memorandum from Mayor Funk to City Manager Luft (DUR20).......................A321

Executive Session Meeting Minutes dated February 2, 2004 (DUR34).................A322

Selected Third Circuit Model Jury Instructions............................................A325

1  there anything that would have changed your mind about
2  terminating Durkin?
3          "Answer:  Probably so, but -- you know, at this
4  point, I don't know what to say.  Yes, if we could have
5  proceeded without terminating, that would have been the
6  ideal.  But at the time, it did not seem that that was
7  possible.
8          "Question:  So if you learned on February 2,
9  2004, before you took the vote, that there was an alternate
10 design, that Durkin was willing to do it immediately, there
11 would have been a haggle over prices, to be sure, but you
12 would not have voted to terminate Durkin?
13         "Answer:  I would have wanted to see the design
14 and I would have wanted to know more about it, but I cannot
15 say how that would have influenced my vote ultimately, if I
16 would have changed my mind or not.
17         "Question:  If I represented to you that design
18 of the test strip was prepared by URS, would that have
19 encouraged you towards the design?
20         "Answer:  I suppose so, yes.
21         "Question:  And did you read Dr. Richardson's
22 report prior -- the January reports prior to voting to
23 terminate on February 2, 2004?
24         "Answer:  I did not read them myself.  I
25 believe I got a summary of them.  I knew about them, but I

1    didn't read them.

2    "Question: Well, those strong indications came
3    from Mr. Luft. Correct?

4    "Answer: The city was the source of my
5    information, yes.

6    "Question: So Mr. Luft gave you the strong
7    indications that the project would not be completed by
8    Durkin, and that's what you relied on in voting to terminate
9    them. Right?

10   "Answer: Yes.

11   "Question: What else would there have been
12   that you would have needed to be certain, not potentially,
13   to be certain that you would have looked to postpone the
14   vote? What else?

15   "Answer: I have got to think about that.

16   "Question: Okay. Well, would the cost impact
17   have been important for you to have known?

18   "Answer: Yes.

19   "Question: And is it correct, Ms. Rewa, that,
20   in fact, the City Council members did not have a cost
21   projection the night that they voted to terminate Durkin as
22   to what it would cost to finish the job?

23   "Answer: I don't recall one, no.

24   "Question: So you would have liked to have had
25   that, at least in order for you to fairly, competently and

1  professionally evaluate whether or not to terminate Durkin.
2  Right?

3          "Answer:  Yes.

4          "Question:  And you didn't have that.  Right?

5          "Answer:  To the best of my recollection.

6          "Question:  Then can you tell me why you voted
7  to terminate Durkin anyway?

8          "Answer:  We voted to terminate Durkin because
9  we really wanted the project to go ahead.  And our feeling
10 in council at that moment was that there were roadblocks to
11 the progress that were being raised and that we just felt
12 were not really necessary.

13         "Question:  And what roadblocks they were are
14 the ones that were described to you by Mr. Luft.  Right?

15         "Answer:  Yes.  I relied on the city for
16 information.  I was not at the site in question.

17         "Question:  Now, Ms. Rewa, I'm asking you
18 again.  You indicated just a moment ago that it was
19 important for you to know what the cost would be.  You
20 indicated you did not have the cost and that you would not
21 have voted to terminate -- well, let me ask you.  Did I
22 paraphrase your testimony correctly?

23         "Answer:  I did not say that I would not have
24 voted, no.  I said that had I known some of the things that
25 you're raising now might have asked me to -- might have led

1  procedure.

2      "Question: It certainly would. Do you know
3  that it didn't happen?

4      "Answer: I was unaware of that.

5      "Question: Did you know that URS's response
6  was issued the Friday before the Monday that you voted to
7  terminate Durkin?

8      "Answer: No, I wasn't aware of that.

9      "Question: Were you aware that Durkin was not
10 even provided a copy of URS's response until after they were
11 terminated?

12      "Answer: No, I wasn't aware of that.

13      "Question: Would that have been an important
14 thing for you to know when you voted to terminate Durkin?

15      "Answer: Yes.

16      "Question: And you didn't know that until I
17 just told you. Right?

18      "Answer: No. Or I was unaware of it.

19      "Question: So you didn't know or were unaware
20 of it, but it would have been important for you to know
21 prior to term -- voting to terminate Durkin. Right?

22      "Answer: Yes.

23      "Question: Can you tell me, Ms. Rewa, did you
24 have an opinion, you personally, as to whether or not you
25 thought URS could be fair and unbiased in reviewing its own

1              "Question: With whom did you have a discussion
2    about whether or not Durkin should be terminated as the
3    contractor?
4              "Answer: Well, the only ones we were allowed
5    to have discussions with were ourselves, City Council and
6    the staff.
7              "Question: So you spoke with other City
8    Council members prior to --
9              "Answer: Let's put it this way --
10             "Question: Sir, let me just jump in here for
11   an instruction. I need to ask the question, and then you
12   can answer it. I'm not trying to be rude --
13             "Answer: Nor am I. I'm just trying to move it
14   along. If I anticipate the question, I can give you the
15   answer, go right ahead.
16             "Question: With whom did you have
17   conversations about whether or not Durkin should or should
18   not be terminated as the contractor?
19             "Answer: The only discussions I would have had
20   with any city -- about any city business, whether this or
21   any city business, would be city staff, the person I was the
22   boss of, Sue Lamblack, Carol Houck, Joe Dombrowski, and
23   members of City Council.
24   Q.   Do you recall having any specific conversations with
25   other members of City Council prior to February 2, 2004

1  someone on city staff recommended to you that Durkin be
2  terminated?
3            "Answer: Yes, because we -- when presented
4  with problems, suggestions, any manner of business -- let me
5  back up. Most of our work on council was done originally
6  with recommendations from staff. We proposed our own
7  resolutions. We proposed our own ordinances, but that was a
8  much smaller percentage. The largest percentage of what we
9  did was based upon recommendations from senior staff.
10           "Question: Would it be accurate, sir, that all
11  of the information you received regarding Durkin and
12  Durkin's performance on the reservoir came from senior
13  staff?
14           "Answer: Yes.
15           "Question: Did you personally ever make an
16  independent investigation of what was happening, what the
17  issues were, what was going on in the reservoir?
18           "Answer: We -- we -- I generally ask questions
19  any time I had information in front of me that I wasn't
20  completely either one hundred percent either familiar with
21  or wanted more information on. I would ask those questions.
22  Did I go outside in my own independent investigation, no,
23  I'm not an engineer.
24           "Question: Sir, do you recall asking either
25  specific, or if you have a general recollection, questions

1  of staff as to what Durkin was doing, saying, or how they
2  were performing the work?
3          "Answer: Generally, I would answer yes. And
4  because up until the last couple of council meetings, I was
5  always one to ask a specific question on any particular
6  topic. And those minutes will show that, over the years, on
7  any topic, I always had some sort of a question or a comment
8  about what was in front of me because I wanted to be
9  absolutely sure that what I was enacting or voting on I was
10 comfortable with.
11         "Question: Now, sir, there was an assemblage
12 of documents that were kept in the Mayor's office which were
13 available to all City Council members, and it has been
14 agreed upon by counsel that no City Council member ever went
15 to the Mayor's office to review the documents. Is that your
16 recollection as well?
17         "Answer: For me, yes, because there were
18 always documents in the Mayor's office. There were also
19 documents in the city secretary's office from either staff
20 or Roger -- actually, specifically Roger Akin that we could
21 review. But I never did because, if I had any questions, I
22 asked them out on the floor. I didn't have to go back in
23 and re-read something I had already questioned.
24         "Question: Sir, let me ask you, as of February
25 2, 2004, did you have any belief that URS had recommended

1   that before the project started.
2           "Question: So were the occasions when Durkin
3   wasn't there at all days when they shouldn't have been
4   working there at all working?
5           "Answer: No. My recollection is that the work
6   slowdown had nothing to do with the weather.
7           "Question: And --
8           "Answer: Because it would not have been an
9   issue.
10          "Question: Sir, my question is, how do you
11  know that the work slowdown was not related to weather?
12          "Answer: Because it would not have been brought
13  to our attention if it had been weather-related because that
14  was a factor that was known up front.
15          "Question: Again, I don't mean to be
16  argumentative with you, sir, but I'm trying to find out what
17  you knew and how you knew it. Someone from city staff had
18  told you that Durkin had slowed down essentially to a stop?
19          "Answer: Pretty much. Yes, although I went up
20  there on occasion to observe what was going on, it was more
21  of a -- an observation, a community observation than an
22  engineering observation.
23          "Question: Understood, sir. When did you
24  personally go there to look?
25          "Answer: I don't know.

1     "Answer: No, I didn't know that was the
2  process. I was the guy out knocking on doors trying to get
3  residents of my district to vote yes for many millions of
4  dollars towards a project that I felt very strongly about.
5  When it came down to paying the bills, that was for the
6  staff. I didn't become involved with that process nor did I
7  want to be.
8     "Question: Sir, did you know that, as of
9  December 2003, staff had withheld payment from Durkin for
10 work that it did that URS certified was done and done in
11 accordance with specification?
12    "Answer: The first part of your question is,
13 was I aware that they were withholding payment. If I was,
14 that would be reflected in the minutes. Personally, I don't
15 recall that. And the second part of your question is that
16 they had actually performed work, I don't know that for a
17 fact at all.
18    "Question: My statement, sir, was --
19    "Answer: It was two questions. Break it down
20 for me, and I'll try to help you out.
21    "Question: I will do that.
22    "Did you know, at any time prior to Durkin
23 being terminated, that staff had withheld payments from
24 Durkin?
25    "Answer: No. If I did, it would be reflected

1   in the minutes.  When you ask me that question, sitting here
2   today, I don't have that recollection.
3           "Question:  Did you, or do you, have a
4   recollection of City Council authorizing staff to withhold
5   payments from Durkin?
6           "Answer:  No, I don't.
7           "Question:  Do you know whether or not City
8   Council had the obligation to approve payments to Durkin?
9           "Answer:  No, because I don't know what
10  timeline payments were to be made.  And I don't know what
11  the contract called for.  I know that somebody was going to
12  get paid money to complete a project.  When those payments
13  were due, I have no idea.  Not only don't I have a
14  recollection, probably at the time, I had no idea when those
15  payments were supposed to be made.
16          "That was -- we would approve moneys, but those
17  moneys would already have been preapproved in some contract
18  that was to be done.  So, no, I don't know.  It doesn't make
19  any difference if we were buying sand for Public Works for a
20  concrete project.  I wouldn't have known that until a bill
21  came up in front of us, and we were to approve it that
22  evening.  And that would have been at the recommendation of
23  city staff.  So, no, I don't know.
24  Q.      Is it correct, sir, that as it relates to the payments
25  for the City of Newark reservoir project, City Council had

1   delegated to city staff the right to withhold money from the
2   contractor?
3         "Answer: In general terms, we delegated almost
4   everything to city staff. City staff asked for ultimate
5   approval on anything they needed approval on, but we
6   delegated all of the -- because you're talking about here is
7   an operational portion of the program.
8         "Question: Let me see if I can focus in on a
9   few things, sir. Would it be accurate that, as it relates
10  to decisions of whether or not to pay Durkin, those
11  decisions were, on the first level, left to city staff to
12  make recommendations to City Council?
13        "Answer: Yes.
14        "Question: Would you agree, sir, that if the
15  city had a contractual obligation to make payment to Durkin
16  for work done, and it didn't, the city would have breached
17  its contract with Durkin?
18        "Answer: If everyone followed the contract,
19  sure, those payments should be made. Whether the city
20  followed the contract or Durkin followed the contract, I
21  don't know. It's possible that Durkin didn't follow the
22  contract. So I don't know that.
23        "Question: Sir, I'm not asking about that.
24  I'm asking if the city had an obligation to process and pay
25  payment requisitions and didn't do so because city staff

1   decided to hold them, that would have been a breach of the
2   contract with Durkin. Correct?
3           "Answer: No, because you're asking --
4           "Question: Why not?
5           "Answer: All right. Now you let me answer.
6           "No, I don't know that because you're asking
7   me, do they have a legal obligation. I don't know how many
8   people here are lawyers, no disrespect to everyone in a
9   collared shirt, but the lawyers would be the ones able to
10  answer a legal question. I'm not in a position to answer
11  that, I don't know.
12          "Question: Sir, you're a part of City Council?
13          "Answer: Was.
14          "Question: And you oversaw the expenditure of
15  dollars for the city. Correct?
16          "Answer: The ultimate expenditure of dollars,
17  that's correct.
18          "Question: And you oversaw whether city staff
19  was doing their job right or wrong. Right?
20          "Answer: Yes.
21          "Question: And is it your testimony that you
22  never bothered to look to see whether or not city staff was
23  following the contract?
24          "Answer: Yes. Yes. I would tell you that I
25  didn't bother to look over their shoulder to make sure that

1   they were following the contract because not only is that

2   their professional job, but it's Roger's professional

3   oversight from a legal aspect.  So none of that would be my

4   area of expertise.

5           "Question:  And nobody told you that, in fact,

6   the city was withholding money through to the month of

7   December 2003.  Correct, sir?

8           "Answer:  I don't recall.  I don't recall

9   someone telling me that they were withholding payments.  I

10  don't recall that.  Whether they did or whether they didn't,

11  I don't recall that.

12          "Question:  It's not in the meeting minutes

13  which is where you say we should always look.

14          "Answer:  Well, the reason for that and the

15  reason I say that -- and I probably should have said this up

16  front -- I found a report about trash dumpsters in the trunk

17  of my car the other day, and it's the only city documents I

18  had left.  And the reason I didn't save any of my notes or

19  minutes was because, if I wanted to see them, I'd go down to

20  Sue Lamblack and read anything I wanted so I didn't clutter

21  up my space with all these notes.

22          "Now, had I known that we would come here today

23  and do this sort of thing, I probably could have come back

24  with some extremely good information.  Unfortunately, sir, I

25  can't.  And I don't mean to be argumentative.  If I don't

Farrell - depo.

1    project.  We didn't want the project to slow down.  We

2    certainly didn't want the project to stop.

3            "Question:  Do you know why it slowed down in

4    September of 2003?

5            "Answer:  No, sir, I do not.

6            "Question:  Did you become aware that there was

7    a meeting among city staff at the end of September of 2003

8    where issues were raised about the construction and

9    constructibility of the reservoir?

10           "Answer:  No.

11           "Question:  Did you know that in October of

12   2003 URS issued a memo to the city staff indicating that

13   there was a maintenance problem that could be avoided by

14   making a design change?

15           "Answer:  I don't recall.

16           "Question:  Did you know that in October of

17   2003 there were a number of alternatives that were asked of

18   Durkin to price, to change the design?

19           "Answer:  I don't recall.

20           "Question:  Do you recall, sir, that Durkin, in

21   fact, priced each and every one of the alternative possible

22   designs as requested by the city and URS?

23           "Answer:  No, sir, I do not.

24           "Question:  Am I telling you things that you

25   didn't know before today?

Farrell - depo.

1              "Answer:  Now, wait a minute now.
2              "Question:  I am just asking you, did you
3     know --
4              "Answer:  My answer is, I don't recall.  It's
5     quite possible that, at the time, I was in step with all of
6     this, but right now, no, I don't recall.
7              "Question:  Do you recall, sir, whether or not
8     Durkin was advised that there was to be a change to an area
9     of the design, the Zone IV area, placing dirt on the side
10    slopes?
11             "Answer:  The only design change I ever
12    remember was a vote on our part to increase the size of the
13    reservoir because the Army Corps of Engineers had earlier
14    suggested there was an area that they couldn't build on, and
15    at the last minute, they said we could.  So we were able to
16    increase the size of the reservoir.  That's the only design
17    change I specifically remember.
18             "Question:  Sir, do you recall ever being
19    advised by city staff that Durkin had given alternative
20    prices and proposals to the city and told the city that it
21    would begin to work immediately upon receiving word from the
22    city?
23             "Answer:  I don't recall.
24             "Question:  Were you ever advised that URS
25    Corporation was going to recommend to the city a change

1  order to pay for impacts to Durkin's work caused by the
2  weather and other phenomena that had impacted the work?
3              "Answer: No, I don't recall.
4              "Question: Do you recall ever being advised
5  that URS had, in fact, concluded that Donald M. Durkin
6  Contracting was entitled to a time extension, longer period
7  of time to finish the work?
8              "Answer: I have a recollection that we were
9  told that their construction dates were moved back. And
10 although Susan is very good at noting all of the comments,
11 not all quips are put in there. And I remember saying
12 something to the effect that I've never had any project,
13 whether it was changing out the toilet in my bathroom, to
14 the largest project in the history of the city where I had
15 any confidence it would be completed on time.
16             "So the answer is, I knew or I remember
17 commenting that I never felt that everything was going to be
18 on time anyway, and there was definitely going to be a time
19 extension. You're asking about how that time extension came
20 about, you know, who said it can be extended or who asked it
21 to be extended, I don't recall that. But I do recall word
22 that it wasn't going to be completed on time.
23             "Question: Sir, did you make any investigation
24 as to what the cost impact would be to the city as a result
25 of its termination of Durkin?

Farrell - depo.

1    "Answer: No.

2    "Question: You have never done that, sir, even
3  through today. Is that right?

4    "Answer: No, because my recollection is we
5  wanted Roger to handle that, and we authorized -- I'm sorry.
6  We wanted Roger Akin to handle that, and if Roger Akin felt
7  that he needed additional resources, meaning another
8  attorney or another law firm, to assist in that, that we
9  were behind that, but not specifically dollars, no.

10    "Question: Sir, when did you leave City
11  Council?

12    "Answer: Would have been the April before
13  last, Roger? It wasn't last April, I think April before
14  last. This is Mr. Pomeroy's second -- he's into his second
15  year. Right?

16    "I left the end of the term on my own accord.
17  I didn't leave in the middle of a term.

18    "Question: Sir, did you ever read any reports
19  prepared by Dr. Greg Richardson?

20    "Answer: The name is familiar. I don't know
21  that I read those reports or I received a report about those
22  reports. I don't know that I read them. I'm sure if they
23  were available, they were given to us, but I may have gotten
24  the Reader's Digest version from staff. I don't
25  specifically remember reading the documents."