**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* | |
| vs. | |
| CITY OF NEWARK, et al., *Defendants* | CASE NO. 04-0163-GMS |
| and | |
| CITY OF NEWARK, *Third-Party Plaintiff* | |
| vs. | |
| DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Intervenor* | |

**APPENDIX OF DOCUMENTS IN SUPPORT OF
ANSWERING BRIEF OF PLAINTIFF
IN OPPOSITION TO CITY OF NEWARK DEFENDANTS'
MOTION FOR JUDGMENT AS A MATTER OF LAW AND FOR NEW TRIAL
OR REMITTITUR**

<u>Part 5</u>

POWELL, TRACHTMAN, LOGAN,
CARRLE & LOMBARDO, P.C.
Paul A. Logan
Delaware Supreme Court ID #3339
475 Allendale Road, Suite 200
King of Prussia, PA 19406
Telephone: 610-354-9700
Telefacsimile: 610-354-9760
*Attorneys for Plaintiff and Third Party
Defendant Donald M. Durkin
Contracting*

Dated: March 2, 2007

## TABLE OF CONTENTS

**Document**                                                                              **Page**

Selected Portions of the Trial Transcript………………………………………..A1

Selected Jury Instructions Discussed on October 4, 2006….……………………A177

Selected Final Jury Instructions…………………………………………....A182

Jury Verdict Form…………………………………………………………A193

Chart of City's Arguments Regarding Contract Damages in Its Rule 50a, Rule 50b
And Rule 59 Motions………………………………………………………A199

Judge Sleet's Final Pre-Trial Form Order …………………………………....A202

Trial Brief of the City of Newark Defendants………………………………...A207

Court Order dated September 22, 2006……………………………………….A217

Chart of City's Arguments Regarding Contract Damage Calculation During Trial….A237

Application and Certificate for Payment No. 23 (DUR9)……………………….A240

Selected Portions of the Contract (DUR60)…………………………………..A242

Selected Portions of the Complaint…………………………………………..A250

Chart of City's Cases Cited in Support of the Doctrine of
Constructive Termination……………………………………………………A254

Itemized Statement of Damages (DUR68)…………………………………...A255

Memorandum dated May 27, 2004 from
Solicitor Akin to Mayor and Council (DUR37)………………………….……..A256

Affidavit of Ronald Scott Killen………………………………………….…...A259

Affidavit of Donald M. Durkin, Jr.……………………………………….…...A261

Affidavit of Michael D. Durkin……………………………………………….A267

Affidavit of James W. Durkin…………………………………………….…...A273

Selected Delaware Pattern Jury Instructions (2000)……………………………A279

City's Communications with Durkin's Subcontractors (DUR13, DUR14, DUR 15, DUR16, DUR17, DUR18, DUR19)..............................................................A281

Chart of What Council Did Not Know When it Voted to Terminate Durkin............A318

Prospective Bidder Memorandum dated July 30, 2004 (DUR10)........................A320

Memorandum from Mayor Funk to City Manager Luft (DUR20)........................A321

Executive Session Meeting Minutes dated February 2, 2004 (DUR34)...............A322

Selected Third Circuit Model Jury Instructions..........................................A325

Farrell - depo.

1    there was a report or reports from an engineer other than a

2    URS engineer evaluating and making certain statements about

3    the URS design?

4             "Answer:  Yes.

5             "Question:  And you were aware that URS

6    responded to those reports?

7             "Answer:  I can say yes only because I assume

8    that they would not have been mute.

9             "Question:  Do you likewise assume, or do you

10   know for a fact, that those URS reports were given to Durkin

11   and Federal prior to Durkin's termination?

12            "Answer:  No, I don't know that.

13            "Question:  Following the termination February

14   2nd, 2004, you mentioned earlier that you were the type to

15   ask questions at City Council meetings.  Do you recall

16   asking any questions at subsequent meetings to clarify any

17   issues you might have learned as to why Durkin was

18   terminated or issues you saw in the reports as to questions

19   you had?

20            "Answer:  Specifically, no, sir.

21            "Question:  Do you ever recall asking City

22   Manager Carl Luft or anyone else from the city that the city

23   should retain an independent engineer other than URS to

24   evaluate some of the reports that were circulating around?

25            "Answer:  I'm sorry, the first part?  Who would

Farrell - depo.

1    have asked?

2              "Question:  Did you ask Mr. Luft --

3              "Answer:  No, I don't recall that.

4              "Question:  I'm going to hand you a report

5    that's an October 20th, 2004 report.  It's another report

6    not only authored by Mr. Richardson, it contains other

7    reports in there.  I'm going to ask you questions about

8    that.  You don't have to read it in depth.

9              "Answer:  This gets down into the actual

10   construction.  So I will assume that I was given this

11   report.

12             "Question:  That was my question.  Do you

13   recall, in and around October-November 2004, receiving a

14   copy of that report from someone through the city staff?

15             "Answer:  To answer your question, no, I don't

16   recall, but because it actually gets down into things that

17   non-engineers can read, I'm assuming that I would have

18   received that.  I don't know specifically that I did, but it

19   looks like something we would routinely receive from staff.

20             "Question:  Do you recall receiving a report

21   from city staff as to what Dr. Richardson and the other

22   experts contained in that report were saying about the URS

23   design?

24             "Answer:  No.

25             "Question:  It's safe to say by October 20th,

715

Farrell - depo.

1            "Answer:  All right.  Now, you seem to pose

2    that -- put emphasis on the word engineer.  My idea is that

3    Durkin is a contractor, and he was working to a set of

4    specifications.  At some point in time, he said he couldn't

5    meet those specifications, but he wouldn't have the

6    background to qualify that, so he brought in an expert.

7            "Now, if that expert was an engineer or a guru,

8    or whatever term you want to throw at him, he brought

9    somebody else in to back up his claim that I can't continue

10   to build this the way the specifications read, even though

11   he agreed to the original specifications and said it was

12   buildable.

13           "Question:  Sir, I need to break that down into

14   two pieces.  Is it your understanding that Durkin said that

15   it could not -- Durkin could not place the Zone IV material,

16   which is what we've all been talking about, on the side

17   slopes in accordance with the specifications?

18           "Answer:  I don't know specifically why he

19   backed out.  I don't know specifically what portion of the

20   program he said was not buildable.

21           "Question:  Well, did you understand ever that

22   what Durkin was saying was, if you build it in accordance

23   with the specifications and it rains, it will get washed

24   down the slopes?

25           "Answer:  Again, I don't know what his angst

716

Farrell - depo.

1    was about the constructibility of the project specifically,

2    but that he just wanted to stop.

3              "Question:  Well, why do you say he wanted to

4    stop?

5              "Answer:  Because he did.

6              "Question:  Well, did you understand --

7              "Answer:  We didn't tell him to stop.  He just

8    stopped.

9              "Question:  Well, sir, did you ever read the

10   contract?

11             "Answer:  Did I read the contract?

12             "Question:  Yes, sir.

13             "Answer:  Probably not.

14             "Question:  So if there was a provision of --

15   in the contract and Durkin was required to follow the

16   contract, you would agree that Durkin had the obligation to

17   stop and raise engineering issues until it was resolved.

18   Correct, sir?

19             "Answer:  I wouldn't agree to that statement at

20   all.

21             "Question:  Why not?

22             "Answer:  Because I didn't read the contract,

23   and I don't know what the contract said.

24             "Question:  I want you to assume it's in there,

25   and that's a requirement on Durkin's part.

1    session on February 2, 2004 that you can say are inaccurate?

2              "Answer:  No.  Again, I just don't remember

3    enough of the minutiae of the executive session to make a

4    determination one way or the other.

5              "Question:  Okay.  Sir, prior to February 2,

6    2004, how many occasions had you personally taken to visit

7    the reservoir construction site?

8              "Answer:  I can't give you an accurate number,

9    but I have visited the site.

10             "Question:  And, again, my timetable is prior

11   to February 2, 2004.  Is your answer the same, that you

12   visited the site prior to voting to terminate Durkin?

13             "Answer:  Yes.

14             "Question:  Now, sir, I believe it has been

15   stipulated by counsel -- and if I am wrong, I am sure Mr.

16   Cottrell will indicate as such -- that there were assembled

17   and available at City Hall essentially four binders and a

18   manila envelope with regard to the construction project.

19             "And it has been stipulated, but I would just

20   like to hear it from you, that you personally never visited

21   City Hall and reviewed any of the documents that are or were

22   contained in four white binders and a manila envelope.  And,

23   for the record, it was Durkin Deposition Exhibit No. 1 from

24   long ago and far away for counsel's purposes.

25             "Answer:  I know there are binders down there,

Clifton - depo.

1    whether it was four or not, I can't say for sure for that

2    same reason.  I don't recall going down there to review the

3    details of this.

4                "Question:  Now, I am going to ask you, what is

5    your best recollection of -- and I'm going to just lead

6    into -- I am going to go through a number of things of what

7    you knew and understand as of February 2, 2004.  Okay?  I am

8    going to ask you some very specific questions, and you can

9    tell me yes, no, or try to explain.

10               "Answer:  Are you saying going into the meeting

11   in executive session or after the executive session, during

12   the executive session in this case?

13               "Question:  Prior to February 2, 2004.  And

14   then we are going to talk about the executive session,

15   walking into the City Council meeting that evening.  Okay?

16               "Answer:  Okay.  Going into the City Council

17   meeting that night, my recollection is that there were some

18   issues with the reservoir and Durkin Construction Company as

19   far as being able to complete the reservoir.

20               "Question:  And prior to February 2, 2004, had

21   you ever participated in any discussion where the

22   termination of Durkin as the contractor for the City of

23   Newark was a topic?

24               "Answer:  Not that I recall.

25               "Question:  Do you recall, prior to February 2,

728

Clifton - depo.

1    answer, sir, and you can tell me if it is incorrect.

2             "Answer:  Okay.

3             "Question:  As of February 2, 2004, you had not

4    committed to memory a lot of the details or circumstances

5    regarding the construction of the reservoir because you did

6    not know until that evening that you may become engage in

7    litigation with Durkin over termination?

8             "Answer:  I do not remember the dates that I

9    became aware of some of the issues surrounding the

10   reservoir.

11            "Question:  Sir, as of February 2, 2004, did

12   you have an understanding of whether or not URS had

13   recommended to the city to terminate Durkin as the

14   contractor for the City of Newark?

15            "Answer:  I was not aware of that.

16            "Question:  Well, have you ever heard that --

17   let me give you names.  Do you know who John Volk is?

18            "Answer:  No.

19            "Question:  Do you know who Mark -- Joe Kula,

20   do you know who he is?

21            "Answer:  I believe I do.

22            "Question:  Well, who do you believe that Mr.

23   Kula is?

24            "Answer:  I think he works for URS.  I don't

25   know how I know that name, but I know, in fact, I am aware

Clifton - depo.

1    2004, ever being told by anyone that Donald M. Durkin

2    Contracting was refusing to perform work at the reservoir?

3                  "Answer:  Not that I recall.

4                  "Question:  Were you ever told by anyone that

5    the City of Newark, as of February 2, 2004, was withholding

6    payments from Durkin?

7                  "Answer:  No, I was not.

8                  "Question:  And are you now aware -- post

9    February 2, 2004, have you become aware that as of February

10   2, 2004, the city had indeed withheld payments from Durkin?

11   Have you learned that since?

12                 "Answer:  I believe I have, yes.

13                 "Question:  As of February 2, 2004, were you

14   aware of a maintenance issue that had been discussed between

15   URS and the City of Newark?

16                 "Answer:  Prior to that date?

17                 "Question:  Prior to that date.  Again, I'm

18   talking about what you knew when you decided to vote to

19   terminate Durkin prior to that date.

20                 "Answer:  I can't say for absolute surety.  The

21   timeline to me is a fuzzy timeline.  And it's a fuzzy

22   timeline not knowing that, obviously, that we were going to

23   get into a litigious situation, and it's just not something

24   I committed to memory.

25                 "Question:  Let me see if I understand your

728

Clifton - depo.

1    answer, sir, and you can tell me if it is incorrect.

2              "Answer:  Okay.

3              "Question:  As of February 2, 2004, you had not

4    committed to memory a lot of the details or circumstances

5    regarding the construction of the reservoir because you did

6    not know until that evening that you may become engage in

7    litigation with Durkin over termination?

8              "Answer:  I do not remember the dates that I

9    became aware of some of the issues surrounding the

10   reservoir.

11             "Question:  Sir, as of February 2, 2004, did

12   you have an understanding of whether or not URS had

13   recommended to the city to terminate Durkin as the

14   contractor for the City of Newark?

15             "Answer:  I was not aware of that.

16             "Question:  Well, have you ever heard that --

17   let me give you names.  Do you know who John Volk is?

18             "Answer:  No.

19             "Question:  Do you know who Mark -- Joe Kula,

20   do you know who he is?

21             "Answer:  I believe I do.

22             "Question:  Well, who do you believe that Mr.

23   Kula is?

24             "Answer:  I think he works for URS.  I don't

25   know how I know that name, but I know, in fact, I am aware

A76a

731

Clifton - depo.

1          "Question:  So it was at some point in time

2    prior to February 2, 2004, Mark Prouty, in your presence,

3    recommended that the city terminate Durkin as the

4    contractor?

5          "Answer:  I believe that to be true, yes.

6          "Question:  Sir, I want you to tell me the

7    reason why you voted to terminate Durkin.

8          "Answer:  It was based on the -- our city

9    manager's recommendation.  We hired a professional city

10   manager who has a staff that is competent and qualified to

11   review these matters and report to council.  And he is, as a

12   part-time legislator, who I have to rely heavily on what the

13   manager and his staff present to us.

14         "Question:  Is it your recollection, sir, that

15   Mr. Luft, who is the city manager, recommended to the City

16   Council that Durkin be terminated as the contractor?

17         "Answer:  Yes.

18         "Question:  And is it your recollection, also,

19   that that evening the resolution that was eventually adopted

20   had been written out in advance and was later read and voted

21   on?

22         "Answer:  I don't -- I don't know.  I don't

23   know if it was written out in advance or not.

24         "Question:  Well, do you remember what the

25   resolution was?

Clifton - depo.

1              "Answer:  In detail, no, I don't.

2              "Question:  Well -- let me step back.

3              "Answer:  Okay.

4              "Question:  Other than Mr. Luft recommending to

5      City Council that Durkin be terminated, are you aware of

6      anyone else ever recommending to City Council that Durkin be

7      terminated?

8              "Answer:  I don't -- again, I believe that Mr.

9      Prouty, in fact, did, based on the executive session.  I

10     don't know whether anyone else did or not.  I don't really

11     have any recollection of that and, effectively, I base my

12     decisions on what our hired professional manager reports to

13     us.

14             "Question:  Let me go back for a moment.  Mr.

15     Luft recommended to City Council on the evening of February

16     2, 2004 that Durkin be terminated.  Correct?

17             "Answer:  He recommended it at some point.  I

18     am going to assume it was that evening.

19             "Question:  Do you have any recollection of Mr.

20     Luft recommending the termination of Durkin prior to

21     February 2, 2004?

22             "Answer:  No, I don't.

23             "Question:  Did Mr. Luft ever explain to you

24     why it was important or necessary to terminate Durkin on

25     February 2, 2004?

Clifton - depo.

1           "Answer:  To the best of my recollection, it

2    was a matter of the reservoir.  In fact, was -- there was

3    questions as to Durkin Contracting moving forward and

4    building the reservoir as it was designed.  And the

5    reservoir -- that the reservoir, as far as the design of the

6    reservoir, there was questions, I believe on the Durkin's

7    part that the reservoir could not be built as designed and,

8    in fact, counsel and our professional engineering firm

9    believed otherwise, in fact, and has been.

10          "Question:  We'll get to the quote, has been,

11   unquote, in just a moment.  It's your recollection that

12   counsel, Mr. Cottrell, to your right --

13          "Answer:  That's correct.

14          "Question: -- said the reservoir could be built

15   as designed.  Is that correct?

16          "Answer:  That's correct.

17          "Question:  And Mr. Luft said the reservoir

18   could be built as designed.  Correct?

19          "Answer:  That's correct.

20          "Question:  And based upon Durkin's

21   disagreement with that, you voted to terminate them based on

22   the recommendation of counsel and Mr. Luft.  Is that

23   correct?

24          "Answer:  On the recommendation of Mr. Luft,

25   yes.

734

Clifton - depo.

1              "Question:  What investigation did you take to

2    determine whether or not there were other issues being

3    raised by Durkin at the time of the termination?

4              "Answer:  Meaning?

5              "Question:  Well, is it your understanding that

6    Durkin only said this reservoir cannot be built as designed,

7    and that was the issue?  That was the only issue?

8              "Answer:  That and the refusal to do it, yes.

9              "Question:  You were not aware of any other

10   issues then pending for determination by URS or the city and

11   any response that was due to Durkin?  You weren't aware of

12   anything else?

13             "Answer:  I don't recall.

14             "Question:  Sir, did you personally take any

15   steps to investigate whether or not the recommendation by

16   Mr. Luft was well-taken?

17             "Answer:  I recall reading, you know, some

18   engineering reports and so forth that, in fact -- I can't

19   tell you which ones or the dates or any of the details of

20   that because, in fact, I don't remember, and I am not an

21   engineer.  So, therefore, the -- what's stated in the

22   reports, you know, as again going back to the fact that, you

23   know, we're part-time legislators, and we're a council/

24   manager form of government, the review of that was that it

25   substantiated Mr. Luft's position in this, and I was quite

735

Clifton - depo.

1    comfortable with that.

2              "Or it seemed to me, being a layman in that

3    arena, that at least it substantiated -- again, I am not a

4    PE.  I don't understand the details of engineering reports,

5    and that's why I need to rely, you know, on the manager and

6    staff to guide us through this wilderness.

7              "Question:  Sir, did you have any understanding

8    of what Durkin meant when it said building the reservoir as

9    designed was not feasible or do-able?  Do you understand

10   what they were asking or saying?

11             "Answer:  From an engineering standpoint?

12             "Question:  From a layman's standpoint, what

13   did you understand Durkin to be saying?

14             "Answer:  My opinion of that is, as URS

15   designed the reservoir, that they could not proceed forward

16   because, in their mind, there were issues with the design,

17   which was qualified as, in my opinion, not being correct by

18   what I had read at some point based on the city manager's

19   review.

20             "Question:  You didn't understand any of the

21   details of what Durkin was saying, is that a fair statement,

22   only what Mr. Luft told you that he understood Durkin to be

23   saying.  Is that right?

24             "Answer:  That's the person I rely on, yes.

25             "Question:  So if Mr. Luft was misinformed as

Clifton - depo.

1    to what Durkin was saying, he would have, in turn, given you

2    misinformation.  Would that be a fair way to say it?

3              "Answer:  I don't know whether I would say it

4    that way, no.  No.

5              "Question:  I'm sorry?

6              "Answer:  I was just going to say that, again,

7    we have to rely on him.  I suspect that what you're saying

8    in an abstract way is correct, but I just don't -- I don't

9    find -- I don't find Luft to be off base.

10             "Question:  Okay.  So you placed -- and I'm

11   going to use very clear words -- abject trust in what Mr.

12   Luft told you as being both accurate and complete in relying

13   on him in voting to terminate Durkin.  Is that right?

14             "Answer:  That is correct.

15             "Question:  And you did nothing to personally

16   verify whether or not Mr. Luft was right.  Is that correct?

17             "Answer:  That is not correct.

18             "Question:  You did do something to test

19   whether or not Mr. Luft was right.  Correct?

20             "Answer:  I, in fact, read the reports that --

21   whatever reports at that point were provided to me.

22             "Question:  So that would have been the reports

23   of Dr. Greg Richardson.  Correct?

24             "Answer:  Um-hum.

25             "Question:  And that would have been provided

738
Clifton - depo.

1    Greg Richardson on behalf of Federal Insurance issued a

2    report questioning the design by URS.

3              "Answer:  Right.  Okay.

4              "Question:  And the Friday before the Monday,

5    which is the date of February 2, 2004, or thereabouts, URS

6    issued a response memoranda saying they disagreed with Dr.

7    Richardson.  So it's your recollection you had both of those

8    reports -- had both of those reports the evening of February

9    2, 2004?

10              "Answer:  I believe so, yes.

11              "Question:  And how is it that you, not being a

12   PE, as you just said --

13              "Answer:  Um-hum.

14              "Question: -- knew which of the two was right?

15              "Answer:  Again, I rely on the city manager and

16   his staff to guide us through this, as is his job.  That's

17   correct.  I am not a PE, but, yet, you know, they are our

18   professional staff, and they are the ones, that, in fact, we

19   hired to advise us and lead us through these matters.

20              "Question:  Sir, you know that Mr. Luft is not

21   a PE.  Correct?

22              "Answer:  That's correct.

23              "Question:  So how did you know that he was

24   right in saying, quote, I believe URS, not Dr. Richardson,

25   unquote?  How did you know he was right?

A83

740

Clifton - depo.

1          "Answer:  No, I did not.

2          "Question:  Did you ask him, Sir, have you

3  consulted with an independent engineer to see whether or not

4  one or the other were correct?

5          "Answer:  You're asking that as a specific

6  question?

7          "Question:  Yes.

8          "Answer:  No, I did not.

9          "Question:  I'm asking you about how did you

10 know Mr. Luft was right in his evaluation of Dr.

11 Richardson's wrong, URS is right?  How did you know that?

12         "Answer:  Again, it's the fact that we hired a

13 professional city manager that, if I did not have faith in

14 him, he wouldn't be there.

15         "Question:  Okay.  So let me just take a couple

16 steps back in a different direction.

17         "You're a part-time legislator.  Is that what

18 you've indicated you are?

19         "Answer:  Um-hum.

20         "Question:  Would it be fair to say that you

21 didn't have the time or you're not afforded the time to do

22 your own investigation of whether or not to terminate a

23 contractor with the City of Newark?

24         "Answer:  No.  There's not a matter of

25 affording the time.  I -- you know, I have the time to do

A84