## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* | |
| vs. | |
| CITY OF NEWARK, et al., *Defendants* | CASE NO. 04-0163-GMS |
| and | |
| CITY OF NEWARK, *Third-Party Plaintiff* | |
| vs. | |
| DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | |

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Intervenor* | |

### APPENDIX OF DOCUMENTS IN SUPPORT OF
### ANSWERING BRIEF OF PLAINTIFF
### IN OPPOSITION TO CITY OF NEWARK DEFENDANTS'
### MOTION FOR JUDGMENT AS A MATTER OF LAW AND FOR NEW TRIAL
### OR REMITTITUR

### <u>Part 17</u>

POWELL, TRACHTMAN, LOGAN,
CARRLE & LOMBARDO, P.C.
Paul A. Logan
Delaware Supreme Court ID #3339
475 Allendale Road, Suite 200
King of Prussia, PA 19406
Telephone: 610-354-9700
Telefacsimile: 610-354-9760
*Attorneys for Plaintiff and Third Party*
*Defendant Donald M. Durkin*
*Contracting*

Dated: March 2, 2007

## TABLE OF CONTENTS

**Document**                                                                          **Page**

Selected Portions of the Trial Transcript…..……………..………………………..A1

Selected Jury Instructions Discussed on October 4, 2006…..…………………….A177

Selected Final Jury Instructions………………………………………………......A182

Jury Verdict Form……………………………………………………………….A193

Chart of City's Arguments Regarding Contract Damages in Its Rule 50a, Rule 50b
And Rule 59 Motions………………………………………………………….…A199

Judge Sleet's Final Pre-Trial Form Order ……………………………………......A202

Trial Brief of the City of Newark Defendants……………………………………..A207

Court Order dated September 22, 2006……………………………………………A217

Chart of City's Arguments Regarding Contract Damage Calculation During Trial….A237

Application and Certificate for Payment No. 23 (DUR9)……………………………A240

Selected Portions of the Contract (DUR60)………………………………………..A242

Selected Portions of the Complaint……………………………………………….A250

Chart of City's Cases Cited in Support of the Doctrine of
Constructive Termination……………………………………………………….A254

Itemized Statement of Damages (DUR68)………………………………………...A255

Memorandum dated May 27, 2004 from
Solicitor Akin to Mayor and Council (DUR37)……………………………..……..A256

Affidavit of Ronald Scott Killen……………………………………………….....A259

Affidavit of Donald M. Durkin, Jr.……………………………………………......A261

Affidavit of Michael D. Durkin…………………………………………………...A267

Affidavit of James W. Durkin……………………………………………………..A273

Selected Delaware Pattern Jury Instructions (2000)………………………………..A279

City's Communications with Durkin's Subcontractors (DUR13, DUR14, DUR 15, DUR16, DUR17, DUR18, DUR19).........................................................A281

Chart of What Council Did Not Know When it Voted to Terminate Durkin............A318

Prospective Bidder Memorandum dated July 30, 2004 (DUR10).......................A320

Memorandum from Mayor Funk to City Manager Luft (DUR20).......................A321

Executive Session Meeting Minutes dated February 2, 2004 (DUR34)...............A322

Selected Third Circuit Model Jury Instructions...........................................A325

As to all answers:

    The foregoing Answers to Interrogatories are true and correct to the best of my knowledge, information and belief.

                                                    _____
                                                    James W. Durkin

Sworn to and subscribed before me
this 19ᵗʰ day of _____
2005.

_____
Notary Public

```
┌─────────────────────────────────────────┐
│            NOTARIAL SEAL                  │
│ OLIVER P. HAZARD III, Notary Public       │
│   Southampton Twp., Bucks County          │
│ My Commission Expires May 13, 2008        │
└─────────────────────────────────────────┘
```

KOP:304777v1 3514-04

A272

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* | |
| vs. | |
| CITY OF NEWARK, et al., *Defendants* | CASE NO. 04-0163-GMS |
| and | |
| CITY OF NEWARK, *Third-Party Plaintiff* | |
| vs. | |
| DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | |

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Intervenor* | |

## <u>AFFIDAVIT OF JAMES W. DURKIN</u>

STATE OF PENNSYLVANIA       )
                                       )   ss.
COUNTY OF MONTOGOMERY     )

James W. Durkin, being duly sworn, deposes and states as follows:

     1. I am of legal age and competent to make this Affidavit in support of Plaintiff's Answering Brief in Opposition to City of Newark Defendants' Motion for Judgment As a Matter of Law and for New Trial or Remittitur.

     2. All statements made in this Affidavit are made on the basis of my personal knowledge.

3. I am the Corporate Secretary of Plaintiff, Donald M. Durkin Contracting, Inc. ("Durkin").

4. If Durkin was approached about bidding on a job, the job would have been discussed with me or my brother, Donald M. Durkin, Jr.

5. I never spoke with Ronald Scott Killen about Durkin bidding on a project at the Delaware Solid Waste Authority.

6. I never spoke to anyone about Durkin bidding on a project at the Delaware Solid Waste Authority in or around April 2004.

7. Moreover, I have never, at any time, ever spoken to Ronald Scott Killen.

8. I have never told anyone that Durkin would not be bidding any work until after the litigation with the City of Newark was completed. In fact, Durkin has bid on projects while this litigation was pending.

9. In answers to interrogatories Durkin listed every project it bid on since February 2, 2004 (the date of termination) up to and including April 22, 2005. Response to Interrogatory No. 25 listing the projects Durkin bid on is attached hereto as Exhibit "A".

I state under penalty of perjury that the facts in the foregoing Affidavit are true and correct to the best of my knowledge, information and belief.

Date: 2/27/07

_____
James W. Durkin

SWORN TO AND SUBSCRIBED
Before me this  2 7  day of
February, 2007.

_____
Notary Public

NOTARIAL SEAL
OLIVER P HAZARD III
Notary Public
PHILADELPHIA CITY, PHILADELPHIA COUNTY
My Commission Expires Jun 18, 2010

A274

**EXHIBIT "A"**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DONALD M. DURKIN CONTRACTING,
INC., *Plaintiff*
    vs.
CITY OF NEWARK, et al., *Defendants*
    and
CITY OF NEWARK, *Third-Party Plaintiff*
    vs.
DONALD M. DURKIN CONTRACTING
and FEDERAL INSURANCE COMPANY,
*Third-Party Defendants*

CASE NO. 04-0163-GMS

## PLAINTIFF'S ANSWERS AND OBJECTIONS TO
## THE CITY OF NEWARK'S FIRST SET OF INTERROGATORIES

### GENERAL OBJECTIONS

Plaintiff generally objects to each Interrogatory on the grounds that the same purport to extend the scope and nature of the duty to provide the answers beyond that required by the applicable rules of procedure. Plaintiff refuses to provide such answers and shall limit its responses hereto as provided by the applicable rules of procedure. Without limitation, Plaintiff does not accept any condition that the Interrogatories are continuing and undertakes no duty to supplement the answers hereto other than provided by the applicable rules of procedure.

Plaintiff generally objects to each Interrogatory on the grounds that the definitions and instructions incorporated in same rendered the Interrogatories overbroad, unreasonable, burdensome, and in some cases incomprehensible. Plaintiff shall interpret the Interrogatories without reference to the definitions and instructions, in accordance with the common meaning of the words therein and applicable rules of procedure.

Plaintiff generally objects to each of the Interrogatories to the extent same seek the

KOP:304777v1 3514-04

| Idle eq fleet 2/04-9/05 $228400/month | $4,568,000 |
| Lost equip equity due to turn-back | $570,000 |
| Surety reimbursement obligations | $600,000 + |
| Loss of pre-qualifications | To be determined |
| Damage to reputation | To be determined |

25.    Identify every project for which Durkin has submitted a bid since February 2, 2004. Identify the documents which support your answer.

### Project/ Bid Date

- Solanco Fields 2-12-04
- Great Wolf Lodge & Resort 3-5-04
- St. Simon, St. Jude Hospital 3-25-04
- St Joe Medical 3-17-04
- Redeemer Retreat 4-9-04
- BJ's @ Warrington 5-4-04
- US Cold Storage 6-25-04
- Valley Square 7-27-04
- New Morgan Landfill 9-1-04
- Olympus 10-12-04
- Opus Dhl 10-22-04
- Carlisle Crossing 10-27-04
- Winchester Estates 2-19-04
- Buttonwood, City of Reading 4-22-04
- The Hills at Whitemarsh 4-23-04
- Walmart Distribution Center 6-14-04
- Hanson – Better Materials 7-16-04
- TriCounty Mall 10-12-04
- Chester County Juvenile 11-17-04
- Lot 2d @ Boulder 2-1-05
- Boulder Lot 2 3-30-05
- Bear Creek Wind Farm 4-22-05

The documents which support the bids are proprietary and reveal confidential business information and planning. If requested, records will be made available upon the execution of a confidentiality agreement.

26.    Identify every project which you contend Durkin would have been awarded after February 2, 2004 had Durkin's Contract not been terminated. Identify the documents which support your answer.

**ANSWER:**    Based on Durkin's experience and qualifications, Durkin believes that it would have been successful on all bids. The pre-qualification documents for PaDOT are available for inspection and copying and detail Durkin's qualifications but contain

KOP:304777v1 3514-04

A277

As to all answers:

The foregoing Answers to Interrogatories are true and correct to the best of my knowledge, information and belief.

_____
James W. Durkin

Sworn to and subscribed before me
this 19 day of _____
2005.

_____
Notary Public

NOTARIAL SEAL
OLIVER P. HAZARD III, Notary Public
Southampton Twp., Bucks County
My Commission Expires May 13, 2006

KOP:304777v1 3514-04

# PATTERN JURY INSTRUCTIONS

## for CIVIL PRACTICE

## in the SUPERIOR COURT of the STATE of DELAWARE

**2000 EDITION**

**Revised in part 8/1/2003**

**[Cite as:  DEL. P.J.I. CIV. § xx.xx (2000).]**

**Disclaimer**:  The following civil jury instructions were compiled as a reference guide for the benefit of practitioners in Superior Court.  The instructions are merely advisory and the practitioner should not use these instructions without also reviewing the applicable statutes, court rules, and case law.  While the Review Committee has made every effort to conform these instructions to the prevailing law, they are always subject to review by the Supreme Court.

A279

*2000 Edition*

22. DAMAGES

- Measure of Damages - Breach of Contract . . . . . . . . . . . . . . . . . . . . . . . . . . . . § 22.24

## DAMAGES -- BREACH OF CONTRACT -- GENERAL

If you find that one party committed a breach of contract, the other party is entitled to compensation in an amount that will place it in the same position it would have been if the contract had been properly performed. The measure of damages is the loss actually sustained as a result of the breach of the contract.

## DAMAGES -- BREACH OF CONTRACT -- GENERAL/NOMINAL

A party who is harmed by a breach of contract is entitled to damages in an amount calculated to compensate it for the harm caused by the breach. The compensation should place the injured party in the same position it would have been in if the contract had been performed.

If you find that [*plaintiff's name*] is entitled to a verdict in accordance with these instructions, but do not find that [*plaintiff's name*] has sustained actual damages, then you may return a verdict for [*plaintiff's name*] in some nominal sum such as one dollar. Nominal damages are not given as an equivalent for the wrong but rather merely in recognition of a technical injury and by way of declaring the rights of [*plaintiff's name*].

Source:

*Oliver B. Cannon & Son, Inc. v. Dorr-Oliver, Inc.*, Del. Supr., 394 A.2d 1160, 1163-64 (1978)(loss of profits); *American General Corp. v. Continental Airlines*, Del. Ch., 622 A.2d 1, 11, *aff'd*, Del. Supr., 620 A.2d 856 (1992); *Farny v. Bestfield Builders, Inc.*, Del. Super., 391 A.2d 212, 214 (1978); *Gutheridge v. Pen-Mod, Inc.*, Del. Super., 239 A.2d 709, 714 (1967)(nominal damages); *J.J. White, Inc. v. Metropolitan Merchandise Mart*, Del. Super., 107 A.2d 892, 894 (1954).



**NEWARK**
DELAWARE

220 Elkton Road / P.O. Box 390 / Newark, Delaware 19715-0390 / Direct Dial 366- _7026_

DATE: _4/8/04_

TO: _Gene Pidwell_

COMPANY: _Construction Tech._

FAX NUMBER: _216-267-930_

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

FROM: _Carol Houck_        FAX NUMBER:  (302) 366-7160

DEPARTMENT: _Admin_

# OF PAGES: _5_
(including cover sheet)

COMMENTS: _Sending the info. to follow_
_(Construction Payment Bond for Contract_
_02-02 - Reservoir Construction). This_
_is in response to your inquiry_
_related to outstanding invoices_
_that Donald M. Durkin Contracting_
_has not pd. your company._

_Thank you -_
_(Carol Houck)_

A281

NEW03854

A Council-Manager City
Committed to Service Excellence

Plaintiff's Exhibit
DUR - 13



**NEWARK**
DELAWARE

220 Elkton Road / P.O. Box 390 / Newark, Delaware 19715-0390 / Direct Dial 366-_702_

DATE: _4/8/04_

TO: _____

COMPANY: _Tricon Delaware_

FAX NUMBER: _717-236-7049_

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

FROM: _Carol Houck_        FAX NUMBER: _(302) 366-7160_

DEPARTMENT: _Admin_

# OF PAGES: _5_
(including cover sheet)

COMMENTS: _Sending the info. to follow
(Construction Payment Bond for Contract
02-02 - Reservoir Construction). This
is in response to your inquiry
related to outstanding invoices
that Donald M. Durkin Contracting
has not pd. your company._

_Thank you -
(Carol Houck)_

A282

A Council-Manager City
Committed to Service Excellence

**NEW03852**
Plaintiff's Exhibit
DUR - 14



**NEWARK**
DELAWARE

220 Elkton Road / P.O. Box 390 / Newark, Delaware 19715-0390 / Direct Dial 366-_702_

DATE: _7/5/04_

TO: _Sally_

COMPANY: _Valley Crest_

FAX NUMBER: _703-421-0764_

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

FROM: _Carol Houck_    FAX NUMBER: _(302) 366-7160_

DEPARTMENT: _Admin_

# OF PAGES: _5_
(including cover sheet)

COMMENTS: _Sending the info. to follow (Construction Payment Bond for Contract 02-02 - Reservoir Construction). This is in respence to your inquiry related to outstanding invoices that Donald M. Durkin Contracting has not pd. your company._

_Thank you –_
_(Carol Houck)_

A283

NEW03856

Plaintiff's Exhibit
DUR - 15



## NEWARK
DELAWARE

220 Elkton Road / P.O. Box 390 / Newark, Delaware 19715-0390 / Direct Dial 366-_7020_

DATE: _7/20/04_

TO: _Rich Menton_

COMPANY: _MPI_

FAX NUMBER: _737-8412_

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FROM: _Carol_

FAX NUMBER: _(302) 366-7160_

DEPARTMENT: _Admin_

# OF PAGES: _5_
(including cover sheet)

COMMENTS: ~~As~~ As Discussed.
April 5th letter from Durkins Attorney
and
April 6th letter from our Attorney
back regarding payment to
Sub-contractors

_Carol_

A Council-Manager City
Committed to Service Excellence

A284

NFW06065
Plaintiff's Exhibit
DUR - 16

LAW OFFICES

# POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO

A PROFESSIONAL CORPORATION

475 ALLENDALE ROAD
SUITE 200
KING OF PRUSSIA, PA 19406

(610) 354-9700
FACSIMILE (610) 354-9760
PLOGAN@POWELLTRACHTMAN.COM
WWW.POWELLTRACHTMAN.COM

April 5, 2004

MICHAEL O. TRACHTMAN
PAUL A. LOGAN**°
GUNTHER O. CARRLE*
BRUCE D. LOMBARDO
JONATHAN K. HOLLIN
LAWRENCE A. BORDA*
NEIL F. CLARK, JR.*
DAVID T. KOLCER
RICHARD J. DAVIES*
DAVID W. FRANCIS°
ELWIN B. WATSON
STEVEN G. BALDELAY**
ANTHONY S. POTTER
GEORGE T. REYNOLDS*
MARY J. ANDERSEN*
SEAN O. DUFFY*
FREDERICK M. BREN**
JAMES S. BAINBRIDGE*
CRAIG R. O'NEILL
KELLY M. DECKER*
KEVIN K. CARTON, JR.*
DIRK M. SIMPSON, LL.M. (TAXATION)*
JOHN J. MORGAN
EFIM L. GINZBURG
CHRISTINE N. DANTONIO

*ALSO ADMITTED IN NJ
^ALSO ADMITTED IN MD
°ALSO ADMITTED IN DB

OF COUNSEL
RALPH B. POWELL, JR.
MALCOLM B. JACOBSON
RICHARD L. BUSH
EILMOK C. CLARK

114 NORTH SECOND STREET
HARRISBURG, PA 17101
(717) 238-9500
FAX (717) 238-9825

SUITE 213
1765 ROUTE 70 EAST
CHERRY HILL, NJ 08003
(856) 663-0021
FAX (856) 663-1590

PLEASE REPLY TO:

KING OF PRUSSIA

<u>Via Facsimile 302-658-9836 / Ordinary Mail</u>

Paul Cottrell, Esquire
Victoria K. Petrone, Esquire
TIGHE, COTTRELL & LOGAN, P.A.
First Federal Plaza
Suite 500
P. O. Box 1031
Wilmington, DE 19899

      Re:  <u>Donald M. Durkin Contracting, Inc. v. City of Newark, et al.</u>

Dear Counsel:

      Recent correspondence from your office has suggested that the City of Newark intends to act unilaterally to "directly" pay suppliers, and perhaps subcontractors, who worked for Donald M. Durkin Contracting, Inc. There are serious legal and indeed factual issues associated with the City's proposed conduct, and artificial deadlines such as that in Ms. Petrone's March 26, 2004, letter only exacerbate the problem.

      It is apparent that the actions by the City persist in ignoring public contracting laws and the rights of Donald M. Durkin Contracting, Inc., choosing instead to interfere with Durkin's existing and prospective contractual relationships with its subcontractors, supplies and even its surety. Of course, the City can do whatever it chooses, as it has in the recent past, but it does so without our acquiescence or waiver of all rights against all responsible parties.

KOP:281191v1 3514-04

A285

NEW06066

Paul Cottrell, Esquire
Victoria K. Pettrone, Esquire
April 5, 2004
Page 2

    Be advised that any disbursement of City funds will not be considered as a credit against the
liability owed by the City to Durkin and that the City is acting at its own peril.

                                       Very truly yours,

                                       Paul A. Logan

PAL:drp
cc:    Samuel J. Arena, Jr., Esquire
       Donald M. Durkin Contracting

A286

NEW06067

APR-06-2004  14:56                                                                 P.05/08

# TIGHE, COTTRELL & LOGAN, P.A.

**Attorneys at Law**
FIRST FEDERAL PLAZA
P.O. BOX 1031
WILMINGTON, DELAWARE 19899
Telephone Number: (302) 658-6400
Telecopier Number: (302) 658-9836
email: p.cottrell@lawtcl.com

BRANCH OFFICES:
19 WEST AVENUE
P.O. BOX 303
WOODSTOWN, NJ 08098
856-769-0211

1220-C EAST JOPPA ROAD
SUITE 550
TOWSON, MD 21286
410-539-7341

2017 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3804
215-564-0101

April 6, 2004

VIA FACSIMILE and REGULAR MAIL

Paul A. Logan, Esquire
Powell, Trachtman, Logan, Carrle,
    Bowman & Lombardo
475 Allendale Road, Suite 200
King of Prussia, PA 19406

Re: Donald M. Durkin Contracting, Inc. v. City of Newark, et al.
Our File No. 6606

Dear Paul:

We are in receipt of your April 5, 2004 letter warning the City of Newark against paying Talley Brothers directly for work which has been completed on the reservoir project. Durkin's failure to perform has grossly delayed completion of the reservoir and damages to the City accrue daily. In paying the subcontractors for work performed, the City of Newark was attempting to mitigate damages. Durkin continues to damage the City by its failure to complete the project and by its insistence that the City not pay subcontractors for work completed. Be advised that Durkin is liable for any damages which result from nonpayment to subcontractors.

You mention "legal and ... factual issues" concerning subcontractor payment. If our arithmetic is incorrect, please advise us. Otherwise, what possible objection does Durkin have against paying its subcontractor for work completed?

Since Durkin has, in effect, forbidden the City from paying the subcontractors directly, we will forward Durkin's bond information to the subcontractors for use as each sees fit.

A287

**NEW06068**

APR-06-2004  14:56                                              P.06/06

Mr. Paul A. Logan, Esquire
April 5, 2004
Page Two

                              Very truly yours,

                              TIGHE, COTTRELL & LOGAN, P.A.


                              By: _____
                                      Paul Cottrell


cc:   Samuel J. Arena, Jr., Esquire
      John H. Newcomber, Jr., Esquire
      City of Newark
      Roger Akin, Esquire
      Victoria K. Petrone, Esquire


A288

NEW06069



## NEWARK
### DELAWARE

220 Elkton Road / P.O. Box 390 / Newark, Delaware 19715-0390 / Direct Dial 366—7020

DATE: 8/24/04

TO: Rich Menton

COMPANY: MPI

FAX NUMBER: 737-8412

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

FROM: Carol Houck

FAX NUMBER: (302) 366-7160

DEPARTMENT: Admin

# OF PAGES: 11
(including cover sheet)

COMMENTS: As requested, I've pulled out portions of the document that pertained to MPI. I didn't include your invoices as you have them.

Carol

A Council-Manager City
Committed to Service Excellence

A289

NEW06070
Plaintiff's Exhibit
DUR - 17