IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff*<br><br>vs.<br><br>CITY OF NEWARK, et al., *Defendants*<br><br>and<br><br>CITY OF NEWARK, *Third-Party Plaintiff*<br><br>vs.<br><br>DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Intervenor* | |

APPENDIX OF DOCUMENTS IN SUPPORT OF
ANSWERING BRIEF OF PLAINTIFF
IN OPPOSITION TO CITY OF NEWARK DEFENDANTS'
MOTION FOR JUDGMENT AS A MATTER OF LAW AND FOR NEW TRIAL
OR REMITTITUR

Part 18

> POWELL, TRACHTMAN, LOGAN,
> CARRLE & LOMBARDO, P.C.
> Paul A. Logan
> Delaware Supreme Court ID #3339
> 475 Allendale Road, Suite 200
> King of Prussia, PA 19406
> Telephone: 610-354-9700
> Telefacsimile: 610-354-9760
> *Attorneys for Plaintiff and Third Party Defendant Donald M. Durkin Contracting*

Dated: March 2, 2007

## TABLE OF CONTENTS

**Document**                                                                                             **Page**

Selected Portions of the Trial Transcript……………………………………………………..A1

Selected Jury Instructions Discussed on October 4, 2006…..………………………….A177

Selected Final Jury Instructions……………………………………………………...….A182

Jury Verdict Form……………………………………………………………………….A193

Chart of City's Arguments Regarding Contract Damages in Its Rule 50a, Rule 50b
And Rule 59 Motions……………………………………………………………………A199

Judge Sleet's Final Pre-Trial Form Order ……………………………………………....A202

Trial Brief of the City of Newark Defendants…………………………………………..A207

Court Order dated September 22, 2006………………………………………………….A217

Chart of City's Arguments Regarding Contract Damage Calculation During Trial….A237

Application and Certificate for Payment No. 23 (DUR9)…………………………….A240

Selected Portions of the Contract (DUR60)…………………………………………..A242

Selected Portions of the Complaint…………………………………………………...A250

Chart of City's Cases Cited in Support of the Doctrine of
Constructive Termination……………………………………………………………..A254

Itemized Statement of Damages (DUR68)…………………………………………...A255

Memorandum dated May 27, 2004 from
Solicitor Akin to Mayor and Council (DUR37)………………………………..……..A256

Affidavit of Ronald Scott Killen……………………………………………………...A259

Affidavit of Donald M. Durkin, Jr.…………………………………………………...A261

Affidavit of Michael D. Durkin……………………………………………………….A267

Affidavit of James W. Durkin………………………………………………………...A273

Selected Delaware Pattern Jury Instructions (2000)………………………………….A279

City's Communications with Durkin's Subcontractors (DUR13, DUR14, DUR 15, DUR16, DUR17, DUR18, DUR19)......................................................................A281

Chart of What Council Did Not Know When it Voted to Terminate Durkin............A318

Prospective Bidder Memorandum dated July 30, 2004 (DUR10).......................A320

Memorandum from Mayor Funk to City Manager Luft (DUR20).......................A321

Executive Session Meeting Minutes dated February 2, 2004 (DUR34)................A322

Selected Third Circuit Model Jury Instructions............................................A325

**URS**

July 14, 2004

                                       **DRAFT**

Ms. Carol Houck
Assistant Administrator
City of Newark
Municipal Building
220 Elkton Road
Newark, Delaware 19715

Re:    **Newark Reservoir – Payment to Subcontractors**

Dear Ms. Houck:

This letter report is in response to the City of Newark's request dated June 25, 2004 that URS provide our understanding of what payment the subcontractors have and have not received from the original contractor Donald M. Durkin (DMD) for work completed at the time DMD's contract was terminated. This report was generated using the best information available from the subcontractors, although not all requested information was received nor could all subcontractors be contacted for questions. This report was also generated using the best assumptions possible on how DMD divided the Work to the subcontractor's based on DMD's schedule of values that DMD used to generate the payment applications.

In all, DMD submitted 23 pay applications to the City. The City has paid DMD for the first 17 pay applications, but has withheld payment on pay applications 18 through 23 due to the termination of DMD and current litigation. We have reviewed the 23 pay applications invoices and payment information received from the subcontractors and our records to evaluate:

- The status of subcontractor work items
- The amounts that the subcontractors invoiced DMD
- The amounts that DMD invoiced the City for Subcontractor work
- The amounts for Subcontractor work for which the City has already paid DMD (pay applications 1 throuugh 17)
- Retainage for Subcontractor work held by the City
- Retainage will be that amount computed for pay application 17
- Payment for Subcontractor work satisfactorily conducted and invoiced und pay application 18 through 23
- Payment for Subcontractor work satisfactorily conducted but not invoiced by DMD to the City
- Payment for materials and equipment in satisfactory condition and currently assumed to be stored and protected

In this letter report, URS offers information to assist the City in making judgments about payments that might be made to subcontractors, but offers no opinion about the legal obligations of the City, DMD, or any other party to make any particular payment. We understand that certain of those issues may be addressed through ongoing litigation. In addition, The City of Newark might want to consider inspection of the off site and on site materials for condition before making any payments to the subcontractors.

This draft version of the letter report does not contain payment information for Furness Electric as that information is not complete at this time. The Furness information will be included in the final report.

URS Corporation
1200 Philadelphia Pike
Wilmington, DE 19809
Tel: 302.791.0700
Fax: 302.791.0708

                                                                                                          A290

K:\Newark\2004\071304.doc

**NEW06071**

**RS**                                                                                          Page 2

Under separate letterhead, the payment information for DMD's Subcontractor, Vibratech will be addressed as we currently do not have enough information to make an assessment.

## PROJECT SUBCONTRACTORS

The primary subcontractors retained by DMD on the reservoir project are: InterGeo, MPI Mechanical, Furness Electric, Stancills Quarry, Hallaton, Talley Brothers and Valley Crest. DMD also retained Vibratech during the course of the project to monitor vibrations during blasting.

Appendix 1 to this report includes the final payment application no. 17 from DMD, which was the last invoice that was paid to DMD by the City of Newark. Appendix 2 to this report includes the final payment application no. 23 from DMD, which was the last invoice certified for payment by URS, but not paid to DMD. Appendix 3 contains a spreadsheet on payment information between payment application no. 17 and payment application no. 23 that relates to work that the subcontractor's accomplished. The spreadsheet in Appendix 3 was used for comparison purposes to review the work completed by each of the subcontractors.

The table on the following pages itemizes work by the subcontractors based on DMD's schedule of values used to generate payment applications statue of construction and status of remaining work.

1 - Pay App #17    2 - Pay App #23    3 - Total Summary    4 - Intergeo

A291

NEW06072

K:\Newark\2004\071304.doc

**URS**                                                                                           Page 7

## ITEMS REQUIRING COMPENSATION TO THE SUBCONTRACTORS

### InterGeo – Items 14 and 45

Appendix 4 contains backup information on the work accomplished by InterGeo. For the work that was accomplished to place block on the spillway, we recommend payment of the Retainage since the Work completed has been satisfactorily completed. For the remaining payment for the last third of the FabriForm that was delivered to the City's warehouse, we believe the City should hold payment. Instead, the City could retain the money budgeted to pay the new contractor time and materials to repair or replace the material before it is installed. Any budget remaining for the time and materials work could be reimbursed to InterGeo for material that was useable in construction. *URS believes InterGeo is due payment of $6,169.95 for Retainage for the work completed to date for the concrete block mattress for the emergency spillway.*



### MPI Mechanical – Items 17, 19, 21A, 22, 23, CO 3, CO 10 and CO 12

Appendix 5 contains backup information on the work accomplished by MPI Mechanical. DMD was paid $576,035.59 for MPI Mechanical's Work that they invoiced. However, MPI Mechanical was only paid $503,800.20 for this approved work leaving a deficit of $72,235.39. In addition, MPI Mechanical was not paid for their last invoice no. 13 which included installing stainless steel angle brackets, installing the intake louver and exhaust fan in the control building and the fabrication and storage of the 16 " aluminum gate pipes and butterfly valves stored off site totaling $14,455.74. *MPI Mechanical has the power actuator to operate the valves which is located in MPI Mechanical's shop. MPI Mechanical*  *typo* *has stated that the City of Newark has been paid for the actuator and it can be obtained at any time. URS believes MPI Mechanical is due payment of $55,422.91 to MPI Mechanical for payment of work completed to date including Retainage. This amount does not include what the City has already paid to DMD for work completed by MPI Mechanical that DMD did not pay MPI Mechanical.*

### Furness Electric – Items 25, 26, 38, 39, 40, and CO 11

Appendix 6 will contain information on payment on work accomplished by Furness Electric in the Final Report.

### Stancills – Item 51

Appendix 7 contains backup information on the work accomplished by Stancills. As shown on the spreadsheet in Appendix 7, all materials stored on site have been paid for less the Retainage. *URS believes that no payment be made to Stancills at this time since two other suppliers are involved with providing additional materials, more materials need to be stored, the sand / limestone / iron filings will need to be mixed and the mixture will need to be delivered to the site. In addition, based on a conversation with the City of Newark and Stancills Quarry, they may soon start charging a "minimal" storage fee for the materials that are stored at the Quarry since they have been there such a long time.*

### Hallaton – Items 43, 43A and 49A

Appendix 8 contains backup information on the work accomplished by Hallaton. The spreadsheet in the appendix contains the information of what is owed to Hallaton and the current value of the Work. Approximately 42% of the liner and geotextile has been installed (16 acres). Based on field observation in November 2003, Hallaton did not properly ballast the liner on the

A292

**URS**

side slopes. At that time and subsequently, the liner has continued to slide down the side slopes. However, because of the poor protection of the liner, 5.6 acres of the liner and upper geotextile on the slopes will have to be removed, hauled away and replaced. *Hallaton may have been owed $153,481.63 for compensation for remaining work, storage of materials and retainage. However, the engineer's opinion of cost estimates that the liner and geotextile removal and replacement will cost approximately $277,000.00. In accordance with the spreadsheet in Appendix 8, URS believes that the City is owed $123,518.37.*

<u>Talley Brothers – Items 14, 16, 19, 20, 21, 24, 25, 26, 31, 33, 34, 35, CO 1, CO 7, CO 14, and CO 17</u>

Appendix 9 contains backup information on the work accomplished by Talley Brothers. The back up information also includes a previous submission on the payment for Work for Talley Brothers. *URS believes Talley Brothers is due payment for work billed by DMD but not paid by the City, Retainage, and the additional items that DMD did not invoice for as listed on the spreadsheet in Appendix 9. Based on a previous submission, DMD was paid for the bridge pipe supports but did not pay Talley Brothers even though Talley Brothers invoiced DMD. URS believes Talley Brothers is due payment of $165,214.14 as itemized on the spreadsheet in Appendix 9 (not including the Work completed by Talley Brothers, Invoiced to DMD, and City Paid DMD but did not pay Talley Brothers).*

<u>Valley Crest – Item 29</u>

Appendix 10 contains backup information on the work accomplished by Valley Crest. According to the payment applications from DMD, they have been paid for half of their budget, which is accurate with the amount of seeding and mulching that has been accomplished on the site. However, the documentation from Valley Crest indicates that only two of the 4 invoices have been paid by DMD, which totals $50,130.63. The amount owed to Valley Crest, in their estimation is $85,510.05 which includes the two invoices that DMD did not pay to them, stored materials on the site, storage units, travel time, lost profit and interest due. The second invoice is for Retainage on all work that has been accomplished.

Payment to Valley Crest, as shown on the spreadsheet in Appendix 10, could include the remaining Retainage, payment of invoice 1177366, stored materials, storage units and travel time which totals $50,903.39 less lost profit and interest due. However, the letter from Valley Crest to DMD (dated June 9, 2004) states that Valley Crest has submitted a claim to DMD for reimbursement of services completed including Retainage. *Since Valley Crest has submitted a claim for reimbursement from DMD, we do not believe Valley Crest is owed payment. Additionally, while half of the site has been seeded, it was not performed or protected well. There is erosion that will have to be repaired should not have occurred. Depending on the outcome of the claim to DMD from Valley Crest, the remaining due to them could be reserved for payment at a later date.*

A293

K:\Newark\2004\071304.doc

NEW06074

**URS**

## SUMMARY

URS has reviewed all the payment information provided from the subcontractor's and compared it with the DMD payment history. Based on the criteria previously discussed, URS believes the following compensation for the subcontractors is due.

| | |
|---|---|
| InterGeo | $ 6,169.95 |
| ✱ MPI Mechanical | $ 55,422.91 |
| Furness Electric | (provided in Final report) |
| Stancills Quarry | $ 0.00 |
| Hallaton | $ (123,518.37) |
| Talley Brothers | $ 165,214.14 |
| Valley Crest | $ 0.00 |

Please feel free to contact our office with any comments or questions on this report.

Sincerely,

URS Corporation

*Jill Voeller*
Jill A. Voeller
Assistant Project Manager

Atch

cc:   Joe Dombrowski, City of Newark
      Matt Lintner, Morris, James, Hitchens & Williams LLP
      Vicky Petrone, Tighe, Cottrell and Logan
      Joe Kula, URS Corporation

A294

K:\Newark\2004\071304.doc

NEW06075

Newark Reservoir
File: subcontractors expenses  Tab: MPI

### Payment Application No. 17 (Last Paid by City of Newark)

| DMD Item | Description | Subcontractor | Scheduled Value | Previous | This Period | Materials Presently Stored | Completed & Stored to Date | Balance to Finish | Retention |
|---|---|---|---|---|---|---|---|---|---|
| 17 | 24" DIP | MPI Mechanical | $ 50,160.00 | $ 48,660.00 | | | $ 48,660.00 | $ 1,500.00 | $ 3,892.80 |
| 19 | 8"/36" DIP | MPI Mechanical | $ 188,892.00 | $ 188,892.00 | | | $ 188,892.00 | | $ 15,111.36 |
| 21A | I/O Mechanical | MPI Mechanical | $ 260,502.00 | $ 256,190.00 | | | $ 256,190.00 | $ 4,312.00 | $ 20,343.98 |
| 22 | 12" aluminum pipe | MPI Mechanical | $ 142,098.00 | | | $ 58,770.00 | $ 58,770.00 | $ 83,328.00 | $ 235.08 |
| 23 | 12" DIP | MPI Mechanical | $ 15,860.00 | | | $ 6,419.00 | $ 6,419.00 | $ 9,441.00 | $ 25.68 |
| CO 3 | 8" DIP | MPI Mechanical | $ 3,964.00 | $ 3,964.00 | | | $ 3,964.00 | | $ 314.80 |
| CO 10 | Staff Guage | MPI Mechanical | $ 4,287.59 | $ 4,287.59 | | | $ 4,287.59 | | $ 340.48 |
| CO 12 | Bridge Expansion Joints | MPI Mechanical | $ 8,853.00 | $ 8,853.00 | | | $ 8,853.00 | | $ 703.01 |
| | | | $ 674,614.59 | | | | $ 576,035.59 | | $ 40,967.17 |

### Payment Application No. 23 (Last Payment Application Certified by URS)

| DMD Item | Description | Subcontractor | Scheduled Value | Previous | This Period | Materials Presently Stored | Completed & Stored to Date | Balance to Finish | Retention |
|---|---|---|---|---|---|---|---|---|---|
| 17 | 24" DIP | MPI Mechanical | $ 50,160.00 | $ 48,660.00 | | | $ 48,660.00 | $ 1,500.00 | $ 3,746.82 |
| 19 | 8"/36" DIP | MPI Mechanical | $ 188,892.00 | $ 188,892.00 | | | $ 188,892.00 | | $ 14,544.88 |
| 21A | I/O Mechanical | MPI Mechanical | $ 260,502.00 | $ 256,190.00 | | | $ 256,190.00 | $ 4,312.00 | $ 19,757.03 |
| 22 | 12" aluminum pipe | MPI Mechanical | $ 142,098.00 | | | $ 58,770.00 | $ 58,770.00 | $ 83,328.00 | $ 1,063.57 |
| 23 | 12" DIP | MPI Mechanical | $ 15,860.00 | | | $ 6,419.00 | $ 6,419.00 | $ 9,441.00 | $ 116.17 |
| CO 3 | 8" DIP | MPI Mechanical | $ 3,964.00 | $ 3,964.00 | | | $ 3,964.00 | | $ 305.71 |
| CO 10 | Staff Guage | MPI Mechanical | $ 4,287.59 | $ 4,287.59 | | | $ 4,287.59 | | $ 330.65 |
| CO 12 | Bridge Expansion Joints | MPI Mechanical | $ 8,853.00 | $ 8,853.00 | | | $ 8,853.00 | | $ 682.72 |
| | | | | | | | $ 576,035.59 | | $ 40,547.35 |

| | |
|---|---|
| Payment Due from Pay Apps 18 - 23 | $ 40,967.17 |
| Payment Due from Retainage (Pay App 17) | $ 10,955.74 |
| Payment Due for Installing stainless steel angle brackets at the spillway (DMD did not bill) | $ 1,860.00 |
| Payment Due for Intake Louver (DMD did not bill) | $ 850.00 |
| Payment Due for Exhaust Fan (DMD did not bill) | $ 690.00 |
| Payment Due for 16" aluminum gate pipe and butterfly valves stored off site (DMD did not bill) | |
| **TOTAL** | **$ 55,422.91** |

| | |
|---|---|
| MPI Mechanical underpaid for first 12 Invoices that DMD was paid | $ 72,236.39 ($576,035.59 paid to DMD minus $503,800.20 actually paid to MPI Mechanical) |
| | $ 127,658 |

7/13/04

NEW06076

A295

Apendix 3

NEWARK RESERVOIR
FILE: subcontractors expenses

| DMD Item | Description | Subcontractor | Scheduled Value | Previous | This Period | Materials Presently Stored | Completed & Stored to Date | Balance to Finish | Retention |
|---|---|---|---|---|---|---|---|---|---|
| 31 | Swing Gate | Talley Brothers | $ 1,700.00 | $ - | $ - | $ - | $ - | $ 1,700.00 | $ - |
| 33 | Park Benches | Talley Brothers | $ 9,455.00 | $ 3,120.00 | $ - | $ - | $ 3,120.00 | $ 6,335.00 | $ 240.61 |
| 34 | Signs | Talley Brothers | $ 11,272.00 | $ - | $ - | $ - | $ - | $ 11,272.00 | $ - |
| 35 | Upper Overlook | Talley Brothers | $ 34,390.00 | $ - | $ - | $ - | $ - | $ 34,390.00 | $ - |
| 38 | Piezometer | Furness Electric | $ 86,270.00 | $ - | $ - | $ 35,416.00 | $ 35,416.00 | $ 50,854.00 | $ 640.93 |
| 39 | Piezometer / Trench | Furness Electric | $ 19,390.00 | $ - | $ - | $ 7,603.00 | $ 7,603.00 | $ 36,404.00 | $ 585.43 |
|  |  | DMD* | $ 24,617.00 |  |  |  | $ - | $ 24,617.00 | $ - |
|  |  |  | $ 44,007.00 |  |  |  |  |  |  |
| 40 | Electric | Furness Electric | $ 28,120.00 | $ - | $ - | $ 7,603.00 | $ 7,603.00 | $ 20,517.00 | $ 585.43 |
| 43 | LLDPE | Hallaton | $ 555,392.00 | $ 273,230.00 | $ - | $ 61,553.00 | $ 334,783.00 | $ 220,609.00 | $ 22,185.06 |
| 43A | 16 oz Geotextile | Hallaton | $ 467,000.00 | $ 203,296.00 | $ - | $ 141,071.00 | $ 344,367.00 | $ 122,633.00 | $ 18,230.90 |
| 45 | FabriForm | Intergeo | $ 745,555.00 | $ - | $ - | $ 177,664.00 | $ 177,664.00 | $ 567,891.00 | $ 3,215.21 |
| 49A | 8 oz Geotextile | Hallaton | $ 10,877.00 | $ - | $ - | $ 7,020.00 | $ 7,020.00 | $ 3,857.00 | $ 127.04 |
| 51 | Sand Filter | Stancills Quarry | $ 395,482.00 | $ 4,838.00 | $ - | $ 175,545.00 | $ 180,383.00 | $ 215,099.00 | $ 3,549.96 |
| CO 1 | Foundation Anchors | Talley Brothers | $ 15,011.00 | $ 15,011.00 | $ - | $ - | $ 15,011.00 | $ - | $ 1,157.63 |
| CO 3 | 8" DIP | MPI Mechanical | $ 3,964.00 | $ 3,964.00 | $ - | $ - | $ 3,964.00 | $ - | $ 305.71 |
| CO 7 | Add'l Rebar I/O | Talley Brothers | $ 694.30 | $ 694.30 | $ - | $ - | $ 694.30 | $ - | $ 53.64 |
| CO 10 | Staff Guage | MPI Mechanical | $ 4,287.59 | $ 4,287.59 | $ - | $ - | $ 4,287.59 | $ - | $ 330.65 |
| CO 11 | Electric Upgrade | Furness Electric | $ 575.00 | $ - | $ - | $ - | $ - | $ 575.00 | $ - |
| CO 12 | Bridge Expansion Joints | MPI Mechanical | $ 8,853.00 | $ 8,853.00 | $ - | $ - | $ 8,853.00 | $ - | $ 682.72 |
| CO 14 | Bridge Pipe Supports | Talley Brothers | $ 2,089.00 | $ 2,089.00 | $ - | $ - | $ 2,089.00 | $ - | $ 161.08 |
| CO 17 | Upgrade CMU Bldg | Talley Brothers | $ 3,018.00 | $ - | $ - | $ - | $ - | $ 3,018.75 | $ - |

NOTE: * DENOTES REMAINDER OF BUDGET FOR DMD (ASSUMED)

NEW06077

7/7/04

A296

NEWARK RESERVOIR
FILE: subcontractors expenses

| DMD Item | Description | Subcontractor | Scheduled Value | Previous | This Period | Materials Presently Stored | Completed & Stored to Date | Balance to Finish | Retention |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Payment Application No. 23 (Last Payment Application Certified by URS) | | | | | |
| 14 | Spillway | Intergeo | $ 94,355.00 | $ 86,285.00 | $ - | $ - | $ 86,285.00 | $ 8,070.00 | $ 5,670.21 |
| | | Talley Brothers | $ 43,012.00 | $ 43,012.00 | | | $ 43,012.00 | $ - | $ 4,301.00 |
| | | | $ 137,367.00 | | | | $ 129,297.00 | | $ 9,971.21 |
| 16 | Seepage Monitoring Stn | Furness | $ 11,800.00 | | | | $ - | $ 11,800.00 | $ - |
| | | Talley Brothers | $ 12,000.00 | $ 12,000.00 | | | $ 12,000.00 | $ - | $ 924.00 |
| | | DMD* | $ 12,651.00 | $ 12,651.00 | | | $ 12,651.00 | $ - | $ 974.13 |
| | | | $ 24,651.00 | $ 24,651.00 | | | $ 24,651.00 | | $ 1,898.13 |
| | | | $ 36,451.00 | | | | | | |
| 17 | 24" DIP | DMD* | $ 14,122.00 | $ 11,122.26 | $ - | $ - | $ 11,122.26 | $ 2,999.74 | $ 856.41 |
| | | MPI Mechanical | $ 50,160.00 | $ 48,660.00 | | | $ 48,660.00 | $ 1,500.00 | $ 3,746.82 |
| | | | $ 64,282.00 | $ 59,782.26 | | | $ 59,782.26 | | $ 4,603.23 |
| 19 | 8"/36" DIP | MPI Mechanical | x $ 188,892.00 | $ 188,892.00 | | | $ 188,892.00 | $ - | $ 14,544.68 |
| | | Talley Brothers | $ 150,000.00 | $ 150,000.00 | | | $ 150,000.00 | $ - | $ 11,550.00 |
| | | | $ 338,892.00 | $ 338,892.00 | | | $ 338,892.00 | | $ 26,094.68 |
| 20 | Foundation Anchors | Talley Brothers | $ 23,534.00 | $ 23,534.00 | | | $ 23,534.00 | $ - | $ 1,814.91 |
| 21 | I/O Structure | Talley Brothers | $ 447,844.00 | $ 447,844.00 | | | $ 447,844.00 | $ - | $ 34,537.13 |
| 21A | I/O Mechanical | MPI Mechanical | $ 260,502.00 | $ 256,190.00 | | | $ 256,190.00 | $ 4,312.00 | $ 19,757.03 |
| 22 | 12" aluminum pipe | MPI Mechanical | $ 142,096.00 | | | $ 68,770.00 | $ 68,770.00 | $ 83,326.00 | $ 1,063.57 |
| 23 | 12" DIP | MPI Mechanical | $ 15,860.00 | | | $ 6,419.00 | $ 6,419.00 | $ 9,441.00 | $ 116.17 |
| 24 | Bridge Abutment | DMD* | $ 17,040.00 | $ 17,040.00 | | | $ 17,040.00 | $ - | $ 1,312.08 |
| | | Talley Brothers | $ 5,800.00 | $ 5,800.00 | | | $ 5,800.00 | $ - | $ 446.60 |
| | | | $ 22,840.00 | $ 22,840.00 | | | | | $ 1,758.68 |
| 25 | Bridge | Talley Brothers | $ 155,400.00 | $ 155,400.00 | | | $ 155,400.00 | $ - | $ 11,965.80 |
| | | Furness Electric | $ 13,900.00 | $ 11,815.00 | | | $ 11,815.00 | $ 2,085.00 | $ 909.76 |
| | | DMD* | $ 22,840.00 | $ 24,925.00 | | | $ 24,925.00 | $ - | $ 1,919.23 |
| | | | $ 192,140.00 | $ 192,140.00 | | | $ 192,140.00 | | $ 14,794.78 |
| 26 | Control Building | Talley Brothers | $ 117,000.00 | $ 111,143.00 | | | $ 111,143.00 | $ 5,857.00 | $ 8,558.01 |
| | | Furness Electric | $ 64,515.00 | $ 4,430.00 | | | $ 4,430.00 | $ 60,085.00 | $ 341.11 |
| | | DMD* | $ 2,803.00 | $ - | | | $ 115,573.00 | $ 2,803.00 | $ 8,899.12 |
| | | | $ 184,318.00 | | | | | | |
| 29 | Seed and Mulch | Valley Crest | $ 147,072.00 | $ 70,870.00 | $ - | $ - | $ 70,870.00 | $ 76,202.00 | $ 5,465.40 |

7/17/04

NEW06078

A297

NEWARK RESERVOIR
FILE: subcontractors expenses

| DMD Item | Description | Subcontractor | Scheduled Value | Previous | This Period | Materials Presently Stored | Completed & Stored to Date | Balance to Finish | Retention |
|---|---|---|---|---|---|---|---|---|---|
| 31 | Swing Gate | Talley Brothers | $ 1,700.00 | $ - | $ - | $ - | $ - | $ 1,700.00 | $ - |
| 33 | Park Benches | Talley Brothers | $ 9,455.00 | $ 3,120.00 | $ - | $ - | $ 3,120.00 | $ 6,335.00 | $ 247.76 |
| 34 | Signs | Talley Brothers | $ 11,272.00 | $ - | $ - | $ - | $ - | $ 11,272.00 | $ - |
| 35 | Upper Overlook | Talley Brothers | $ 34,390.00 | $ - | $ - | $ - | $ - | $ 34,390.00 | $ - |
| 38 | Piezometer | Furness Electric | $ 86,270.00 | $ - | $ - | $ 35,416.00 | $ 35,416.00 | $ 50,854.00 | $ 141.66 |
| 39 | Piezometer / Trench | Furness Electric | $ 19,390.00 | $ - | $ - | $ 7,603.00 | $ 7,603.00 | $ 36,404.00 | $ 30.41 |
|  |  | DMD* | $ 24,617.00 |  |  |  |  | $ 24,617.00 |  |
|  |  |  | $ 44,007.00 |  |  |  |  |  |  |
| 40 | Electric | Furness Electric | $ 28,120.00 | $ - | $ - | $ 7,603.00 | $ 7,603.00 | $ 20,517.00 | $ 30.41 |
| 43 | LLDPE | Hallaton | $ 555,392.00 | $ 178,919.00 | $ 65,745.00 | $ 50,200.00 | $ 294,864.00 | $ 260,528.00 | $ 19,629.00 |
| 43A | 16 oz Geotextile | Hallaton | $ 467,000.00 | $ 116,154.00 | $ 46,433.00 | $ 101,162.00 | $ 263,749.00 | $ 203,251.00 | $ 13,315.63 |
| 45 | FabriForm | Intergeo | $ 745,555.00 | $ - | $ - | $ 124,936.00 | $ 124,936.00 | $ 620,619.00 | $ 499.74 |
| 49A | 8 oz Geotextile | Hallaton | $ 10,877.00 | $ - | $ - | $ 7,020.00 | $ 7,020.00 | $ 3,857.00 | $ 28.08 |
| 51 | Sand Filler | Stancills Quarry | $ 395,482.00 | $ 4,838.00 | $ - | $ 175,545.00 | $ 180,383.00 | $ 215,099.00 | $ 1,086.36 |
| CO 1 | Foundation Anchors | Talley Brothers | $ 15,011.00 | $ 15,011.00 | $ - | $ - | $ 15,011.00 | $ - | $ 1,192.02 |
| CO 3 | 8" DIP | MPI Mechanical | $ 3,964.00 | $ 3,964.00 | $ - | $ - | $ 3,964.00 | $ - | $ 314.80 |
| CO 7 | Add'l Rebar I/O | Talley Brothers | $ 694.30 | $ 694.30 | $ - | $ - | $ 694.30 | $ - | $ 55.13 |
| CO 10 | Staff Guage | MPI Mechanical | $ 4,287.59 | $ 4,287.59 | $ - | $ - | $ 4,287.59 | $ - | $ 340.48 |
| CO 11 | Electric Upgrade | Furness Electric | $ 575.00 | $ - | $ - | $ - | $ - | $ 575.00 | $ - |
| CO 12 | Bridge Expansion Joints | MPI Mechanical | $ 8,853.00 | $ 8,853.00 | $ - | $ - | $ 8,853.00 | $ - | $ 703.01 |
| CO 14 | Bridge Pipe Supports | Talley Brothers | $ 2,089.00 | $ 2,089.00 | $ - | $ - | $ 2,089.00 | $ - | $ 165.86 |
| CO 17 | Upgrade CMU Bldg | Talley Brothers | $ 3,018.00 | $ - | $ - | $ - | $ - | $ 3,018.75 | $ - |

NOTE: * DENOTES REMAINDER OF BUDGET FOR DMD (ASSUMED)

7/7/04

NEW06079

A298

NEWARK RESERVOIR
FILE: subcontractors expenses

| DMD Item | Description | Subcontractor | Scheduled Value | Payment Application No. 17 (Last Paid by City of Newark) | | Materials Presently Stored | Completed & Stored to Date | Balance to Finish | Retention |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Previous | This Period | | | | |
| 14 | Spillway | Intergeo | $ 94,355.00 | $ 86,285.00 | $ - | $ - | $ 86,285.00 | $ 8,070.00 | $ 5,670.21 |
| | | Talley Brothers | $ 43,012.00 | $ 43,012.00 | | | $ 43,012.00 | $ - | $ 4,301.00 |
| | | | $ 137,367.00 | | | | $ 129,297.00 | | $ 9,971.21 |
| 16 | Seepage Monitoring Stn | Furness | $ 11,800.00 | $ - | $ - | $ - | $ - | $ 11,800.00 | |
| | | Talley Brothers | $ 12,000.00 | $ 12,000.00 | | | $ 12,000.00 | $ - | $ 960.00 |
| | | DMD* | $ 12,651.00 | | | | $ 12,651.00 | | $ 1,012.08 |
| | | | $ 36,451.00 | | | | | | $ 1,972.08 |
| 17 | 24" DIP | DMD* | $ 14,122.00 | $ 11,122.26 | $ - | $ - | $ 11,122.26 | $ 2,999.74 | $ 889.78 |
| | | MPI Mechanical | $ 50,160.00 | $ 48,660.00 | | | $ 48,660.00 | $ 1,500.00 | $ 3,892.80 |
| | | | $ 64,282.00 | | | | $ 59,782.26 | | $ 4,782.58 |
| 19 | 8"/36" DIP | MPI Mechanical | $ 188,892.00 | $ 188,892.00 | $ - | $ - | $ 188,892.00 | $ - | $ 15,111.35 |
| | | Talley Brothers | $ 150,000.00 | $ 150,000.00 | | | $ 150,000.00 | $ - | $ 12,000.00 |
| | | | $ 338,892.00 | | | | $ 338,892.00 | | $ 27,111.36 |
| 20 | Foundation Anchors | Talley Brothers | $ 23,534.00 | $ 23,534.00 | $ - | $ - | $ 23,534.00 | $ - | $ 1,868.83 |
| 21 | I/O Structure | Talley Brothers | $ 447,844.00 | $ 447,844.00 | $ - | $ - | $ 447,844.00 | $ - | $ 35,563.14 |
| 21A | I/O Mechanical | MPI Mechanical | $ 260,502.00 | $ 256,190.00 | $ - | $ - | $ 256,190.00 | $ 4,312.00 | $ 20,343.96 |
| 22 | 12" aluminum pipe | MPI Mechanical | $ 142,098.00 | $ - | $ - | $ 58,770.00 | $ 58,770.00 | $ 83,328.00 | $ 235.08 |
| 23 | 12" DIP | MPI Mechanical | $ 15,860.00 | $ - | $ - | $ 6,419.00 | $ 6,419.00 | $ 9,441.00 | $ 25.68 |
| 24 | Bridge Abutment | DMD* | $ 17,040.00 | $ 17,040.00 | $ - | $ - | $ 17,040.00 | $ - | $ 1,363.20 |
| | | Talley Brothers | $ 5,800.00 | $ 5,800.00 | | | $ 5,800.00 | $ - | $ 464.00 |
| | | | $ 22,840.00 | $ 22,840.00 | | | | | $ 1,827.20 |
| 25 | Bridge | Talley Brothers | $ 155,400.00 | $ 155,400.00 | $ - | $ - | $ 155,400.00 | $ - | $ 12,432.00 |
| | | Furness Electric | $ 13,900.00 | $ 11,815.00 | | | $ 11,815.00 | $ 2,085.00 | $ 945.20 |
| | | DMD* | $ 22,840.00 | $ 24,925.00 | | | $ 24,925.00 | | $ 1,994.00 |
| | | | $ 192,140.00 | $ 192,140.00 | | | $ 192,140.00 | | $ 15,371.20 |
| | ol Building | Talley Brothers | $ 117,000.00 | $ 36,000.00 | $ - | $ 1,080.00 | $ 37,080.00 | $ 79,920.00 | $ 2,966.40 |
| | | Furness Electric | $ 64,515.00 | | | | | $ 64,515.00 | |
| | | DMD* | $ 2,803.00 | $ - | $ - | $ - | $ - | $ 2,803.00 | |
| | | | $ 184,318.00 | | | | $ 37,080.00 | | $ 2,966.40 |
| | | Valley Crest | $ 147,072.00 | $ 70,870.00 | $ - | $ - | $ 70,870.00 | $ 76,202.00 | $ 5,627.76 |

NEW06080

7/7/04

A299



# Newark
## DELAWARE

220 Elkton Road / P.O. Box 390 / Newark, Delaware 19715-0390 / Direct Dial 366-7020

DATE: 8/27/04

TO: Todd Harmon
COMPANY: Hilliston
FAX NUMBER: 410-583-7720

FROM: Carol Houck     FAX NUMBER: (302) 366-7160
DEPARTMENT: Admin
# OF PAGES: 11
(including cover sheet)

COMMENTS: As requested.

Carol

A300

Plaintiff's Exhibit
DUR - 18

A Council-Manager City
Committed to Service Excellence

NEW06054

**URS**

July 14, 2004

**DRAFT**

Ms. Carol Houck
Assistant Administrator
City of Newark
Municipal Building
220 Elkton Road
Newark, Delaware 19715

Re:   Newark Reservoir – **Payment to Subcontractors**

Dear Ms. Houck:

This letter report is in response to the City of Newark's request dated June 25, 2004 that URS provide our understanding of what payment the subcontractors have and have not received from the original contractor Donald M. Durkin (DMD) for work completed at the time DMD's contract was terminated. This report was generated using the best information available from the subcontractors, although not all requested information was received nor could all subcontractors be contacted for questions. This report was also generated using the best assumptions possible on how DMD divided the Work to the subcontractor's based on DMD's schedule of values that DMD used to generate the payment applications.

In all, DMD submitted 23 pay applications to the City. The City has paid DMD for the first 17 pay applications, but has withheld payment on pay applications 18 through 23 due to the termination of DMD and current litigation. We have reviewed the 23 pay applications invoices and payment information received from the subcontractors and our records to evaluate:

- The status of subcontractor work items
- The amounts that the subcontractors invoiced DMD
- The amounts that DMD invoiced the City for Subcontractor work
- The amounts for Subcontractor work for which the City has already paid DMD (pay applications 1 throuugh 17)
- Retainage for Subcontractor work held by the City
- Retainage will be that amount computed for pay application 17
- Payment for Subcontractor work satisfactorily conducted and invoiced und pay application 18 through 23
- Payment for Subcontractor work satisfactorily conducted but not invoiced by DMD to the City
- Payment for materials and equipment in satisfactory condition and currently assumed to be stored and protected

In this letter report, URS offers information to assist the City in making judgments about payments that might be made to subcontractors, but offers no opinion about the legal obligations of the City, DMD, or any other party to make any particular payment. We understand that certain of those issues may be addressed through ongoing litigation. In addition, The City of Newark might want to consider inspection of the off site and on site materials for condition before making any payments to the subcontractors.

This draft version of the letter report does not contain payment information for Furness Electric as that information is not complete at this time. The Furness information will be included in the final report.

URS Corporation
1200 Philadelphia Pike
Wilmington, DE 19809
Tel: 302.791.0700
Fax: 302.791.0708

A301

K:\Newark\2004\071304.doc

NEW06055

**URS**  
Page 2

Under separate letterhead, the payment information for DMD's Subcontractor, Vibratech will be addressed as we currently do not have enough information to make an assessment.

**PROJECT SUBCONTRACTORS**

The primary subcontractors retained by DMD on the reservoir project are: InterGeo, MPI Mechanical, Furness Electric, Stancills Quarry, Hallaton, Talley Brothers and Valley Crest. DMD also retained Vibratech during the course of the project to monitor vibrations during blasting.

Appendix 1 to this report includes the final payment application no. 17 from DMD, which was the last invoice that was paid to DMD by the City of Newark. Appendix 2 to this report includes the final payment application no. 23 from DMD, which was the last invoice certified for payment by URS, but not paid to DMD. Appendix 3 contains a spreadsheet on payment information between payment application no. 17 and payment application no. 23 that relates to work that the subcontractor's accomplished. The spreadsheet in Appendix 3 was used for comparison purposes to review the work completed by each of the subcontractors.

The table on the following pages itemizes work by the subcontractors based on DMD's schedule of values used to generate payment applications statue of construction and status of remaining work.

A302

K:\Newark\2004\071304.doc

NEW06056

**URS**

Page 7

## ITEMS REQUIRING COMPENSATION TO THE SUBCONTRACTORS

### InterGeo – Items 14 and 45

Appendix 4 contains backup information on the work accomplished by InterGeo. For the work that was accomplished to place block on the spillway, we recommend payment of the Retainage since the Work completed has been satisfactorily completed. For the remaining payment for the last third of the FabriForm that was delivered to the City's warehouse, we believe the City should hold payment. Instead, the City could retain the money budgeted to pay the new contractor time and materials to repair or replace the material before it is installed. Any budget remaining for the time and materials work could be reimbursed to InterGeo for material that was useable in construction. *URS believes InterGeo is due payment of $6,169.95 for Retainage for the work completed to date for the concrete block mattress for the emergency spillway.*

### MPI Mechanical – Items 17, 19, 21A, 22, 23, CO 3, CO 10 and CO 12

Appendix 5 contains backup information on the work accomplished by MPI Mechanical. DMD was paid $576,035.59 for MPI Mechanical's Work that they invoiced. However, MPI Mechanical was only paid $503,800.20 for this approved work leaving a deficit of $72,235.39. In addition, MPI Mechanical was not paid for their last invoice no. 13 which included installing stainless steel angle brackets, installing the intake louver and exhaust fan in the control building and the fabrication and storage of the 16" aluminum gate pipes and butterfly valves stored off site totaling $14,455.74. *MPI Mechanical has the power actuator to operate the valves which is located in MPI Mechanical's shop. MPI Mechanical has stated that the City of Newark has been paid for the actuator and it can be obtained at any time.*  *URS believes MPI Mechanical is due payment of $55,422.91* to MPI Mechanical *for payment of work completed to date including Retainage. This amount does not include what the City has already paid to DMD for work completed by MPI Mechanical that DMD did not pay MPI Mechanical.*

### Furness Electric – Items 25, 26, 38, 39, 40, and CO 11

Appendix 6 will contain information on payment on work accomplished by Furness Electric in the Final Report.

### Stancills – Item 51

Appendix 7 contains backup information on the work accomplished by Stancills. As shown on the spreadsheet in Appendix 7, all materials stored on site have been paid for less the Retainage. *URS believes that no payment be made to Stancills at this time since two other suppliers are involved with providing additional materials, more materials need to be stored, the sand / limestone / iron filings will need to be mixed and the mixture will need to be delivered to the site. In addition, based on a conversation with the City of Newark and Stancills Quarry, they may soon start charging a "minimal" storage fee for the materials that are stored at the Quarry since they have been there such a long time.*



### Hallaton – Items 43, 43A and 49A

Appendix 8 contains backup information on the work accomplished by Hallaton. The spreadsheet in the appendix contains the information of what is owed to Hallaton and the current value of the Work. Approximately 42% of the liner and geotextile has been installed (16 acres). Based on field observation in November 2003, Hallaton did not properly ballast the liner on the

A303

K:\Newark\2004\0713\...

NEW06057

**URS**
<span style="float:right">Page 8</span>

side slopes. At that time and subsequently, the liner has continued to slide down the side slopes. However, because of the poor protection of the liner, 5.6 acres of the liner and upper geotextile on the slopes will have to be removed, hauled away and replaced. *Hallaton may have been owed $153,481.63 for compensation for remaining work, storage of materials and retainage. However, the engineer's opinion of cost estimates that the liner and geotextile removal and replacement will cost approximately $277,000.00. In accordance with the spreadsheet in Appendix 8, URS believes that the City is owed $123,518.37.*

<u>Talley Brothers – Items 14, 16, 19, 20, 21, 24, 25, 26, 31, 33, 34, 35, CO 1, CO 7, CO 14, and CO 17</u>

Appendix 9 contains backup information on the work accomplished by Talley Brothers. The back up information also includes a previous submission on the payment for Work for Talley Brothers. *URS believes Talley Brothers is due payment for work billed by DMD but not paid by the City, Retainage, and the additional items that DMD did not invoice for as listed on the spreadsheet in Appendix 9. Based on a previous submission, DMD was paid for the bridge pipe supports but did not pay Talley Brothers even though Talley Brothers invoiced DMD. URS believes Talley Brothers is due payment of $165,214.14 as itemized on the spreadsheet in Appendix 9 (not including the Work completed by Talley Brothers, Invoiced to DMD, and City Paid DMD but did not pay Talley Brothers).*

<u>Valley Crest – Item 29</u>

Appendix 10 contains backup information on the work accomplished by Valley Crest. According to the payment applications from DMD, they have been paid for half of their budget, which is accurate with the amount of seeding and mulching that has been accomplished on the site. However, the documentation from Valley Crest indicates that only two of the 4 invoices have been paid by DMD, which totals $50,130.63. The amount owed to Valley Crest, in their estimation is $85,510.05 which includes the two invoices that DMD did not pay to them, stored materials on the site, storage units, travel time, lost profit and interest due. The second invoice is for Retainage on all work that has been accomplished.

Payment to Valley Crest, as shown on the spreadsheet in Appendix 10, could include the remaining Retainage, payment of invoice 1177366, stored materials, storage units and travel time which totals $50,903.39 less lost profit and interest due. However, the letter from Valley Crest to DMD (dated June 9, 2004) states that Valley Crest has submitted a claim to DMD for reimbursement of services completed including Retainage. *Since Valley Crest has submitted a claim for reimbursement from DMD, we do not believe Valley Crest is owed payment. Additionally, while half of the site has been seeded, it was not performed or protected well. There is erosion that will have to be repaired should not have occurred. Depending on the outcome of the claim to DMD from Valley Crest, the remaining due to them could be reserved for payment at a later date.*

A304

K:\Newark\2004\071304.doc

NEW06058

**URS**

Page 9

## SUMMARY

URS has reviewed all the payment information provided from the subcontractor's and compared it with the DMD payment history. Based on the criteria previously discussed, URS believes the following compensation for the subcontractors is due.

| | |
|---|---|
| InterGeo | $ 6,169.95 |
| MPI Mechanical | $ 55,422.91 |
| Furness Electric | (provided in Final report) |
| Stancills Quarry | $ 0.00 |
| Hallaton | $ (123,518.37) |
| Talley Brothers | $ 165,214.14 |
| Valley Crest | $ 0.00 |

Please feel free to contact our office with any comments or questions on this report.

Sincerely,

URS Corporation

*Jill Voeller*

Jill A. Voeller
Assistant Project Manager

Atch

cc:  Joe Dombrowski, City of Newark
     Matt Lintner, Morris, James, Hitchens & Williams LLP
     Vicky Petrone, Tighe, Cottrell and Logan
     Joe Kula, URS Corporation

A305

K:\Newark\2004\071304.doc

NEW06059

Newark Reservoir
File: subcontractors expenses Tab: Hallaton

| DMD Item | Description | Subcontractor | Scheduled Value | Payment Application No. 17 (Last Paid by City of Newark) | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Previous | This Period | Materials Presently Stored | Completed & Stored to Date | Balance to Finish | Retention |
| 43 | LLDPE | Hallaton | $ 555,392 | $ 178,919 | $ 65,745 | $ 50,200 | $ 294,864 | $ 260,528 | $ 19,629.00 |
| 43A | 16 oz Geotextile | Hallaton | $ 467,000 | $ 116,154 | $ 46,433 | $ 101,162 | $ 263,749 | $ 203,251 | $ 13,315.63 |
| 49A | 8 oz Geotextile | Hallaton | $ 10,877 | $ - | $ - | $ 7,020 | $ 7,020 | $ 3,857 | $ 28.08 |
| | | | | | | | $ 565,633 | | $ 32,944.63 |

| DMD Item | Description | Subcontractor | Scheduled Value | Payment Application No. 23 (Last Payment Application Certified by URS) | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Previous | This Period | Materials Presently Stored | Completed & Stored to Date | Balance to Finish | Retention |
| 43 | LLDPE | Hallaton | $ 555,392 | $ 273,230 | $ - | $ 61,553 | $ 334,783 | $ 220,609 | $ 22,185.06 |
| 43A | 16 oz Geotextile | Hallaton | $ 467,000 | $ 203,296 | $ - | $ 141,071 | $ 344,367 | $ 122,633 | $ 18,230.90 |
| 49A | 8 oz Geotextile | Hallaton | $ 10,877 | $ - | $ - | $ 7,020 | $ 7,020 | $ 3,857 | $ 127.04 |
| | Payment Due to Hallaton | | | | | | $ 686,170 | | $ 40,543.00 |

| | | |
|---|---|---|
| Payment Due from Pay Apps 18 - 23 | $ 120,537.00 | |
| Payment Due from Retainage (Pay App 17) | $ 32,944.63 | |
| Liner Removal and Replacement (5.6 acres) | $ (277,000.00) | from engineers opinion of cost |
| TOTAL | $ (123,518.37) | |

7/14/04

NEW06060

A306