# EXHIBIT B

Date: 10/04/2006                    **Tabs3 Client Ledger Report**                  Page: 1
Seitz, VanOgtrop & Green, P.A.

Primary Timekeeper: 3 James S. Green
From 10/27/2005 Thru 10/04/2006

| Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 00230.001M URS Corp. Balance Forward: | | | | | | | | | | 14881.32 |
| RE: URS/Durkin V. | | | | | | | | | | |
| 10/27/2005 | 21 | 14205 | 8190.00 | 25.20 | 40.95 | | | | 8230.95 | 23112.27 |
| 11/07/2005 | 22 | 14428 | | | | | 10803.27R | | | 12309.00 |
| 11/21/2005 | 23 | 14428 | 7440.00 | 47.50 | 13.14 | | | | 7453.14 | 19762.14 |
| 12/02/2005 | 24 | 14477 | | | | | 5416.96R | | | 14345.18 |
| 12/27/2005 | 25 | 14477 | 6883.00 | 38.70 | 83.50 | 25.92 | | | 6992.42 | 21337.60 |
| 01/03/2006 | 26 | 14616 | | | | | 8230.95R | | | 13106.65 |
| 01/19/2006 | 27 | 14616 | 7684.25 | 35.85 | 549.67 | 362.60 | | | 8596.52 | 21703.17 |
| 01/20/2006 | 28 | 14797 | | | | | 7453.14R | | | 14250.03 |
| 02/10/2006 | 29 | 14797 | | | | | 6992.42R | 14477 | | 7257.61 |
| 02/27/2006 | 30 | 14797 | 2578.75 | 8.65 | 198.72 | | | | 2777.47 | 10035.08 |
| 03/28/2006 | 31 | 15125 | 5410.00 | 16.70 | 63.62 | 58.61 | | | 5532.23 | 15567.31 |
| 04/07/2006 | 32 | 15326 | | | | | 8596.52R | | | 6970.79 |
| 05/02/2006 | 33 | 15326 | | | | | 2777.47R | 14797 | | 4193.32 |
| 05/04/2006 | 34 | 15326 | 12337.75 | 40.95 | 81.19 | 4155.91 | | | 16574.85 | 20768.17 |
| 05/10/2006 | 35 | 15630 | | | | | 138.00R | | | 20630.17 |
| 05/10/2006 | 36 | 15630 | | | | | 74.80R | | | 20555.37 |
| 05/11/2006 | 37 | 15630 | | | | | 522.79R | | | 20032.58 |
| 05/11/2006 | 38 | 15630 | | | | | 1910.85R | | | 18121.73 |
| 05/12/2006 | 39 | 15630 | | | | | 5532.26R | 15125 | | 12589.47 |
| 06/06/2006 | 40 | 15630 | | | | | 117.57A | | | 12471.90 |
| 06/06/2006 | 41 | 15630 | | | | | 1456.48A | | | 11015.42 |
| 06/13/2006 | 42 | 15630 | 51287.50 | 204.55 | 17.39 | 13486.04 | | | 64790.93 | 75806.35 |
| 06/15/2006 | 43 | 15839 | | | | | 212.80A | | | 75593.55 |
| 06/15/2006 | 44 | 15839 | | | | | 362.78A | | | 75230.77 |
| 06/15/2006 | 45 | 15839 | | | | | 467.18R | | | 74763.59 |
| 06/28/2006 | 46 | 15839 | | | | | 16574.85R | | | 58188.74 |
| 07/07/2006 | 47 | 15839 | | | | | 947.53A | | | 57241.21 |
| 07/10/2006 | 48 | 15839 | | | | | 829.96R | | | 56411.25 |
| 07/25/2006 | 49 | 15839 | 22009.50 | 77.25 | 9.36 | 4065.03 | | | 26083.89 | 82495.14 |
| 08/10/2006 | 50 | 16101 | | | | | 55038.18R | 15630 | | 27456.96 |
| 08/22/2006 | 51 | 16101 | 8105.00 | 25.20 | 404.26 | 6291.38 | | | 14800.64 | 42257.60 |
| 09/18/2006 | 52 | 16218 | 37579.25 | 128.45 | 8.10 | 3216.36 | | | 40803.71 | 83061.31 |
| 10/03/2006 | 53 | 16290 | 77886.25 | 307.50 | | 2864.87 | | | 80751.12 | 163812.43 |
| Subtotal | | | 247391.25 | 956.50 | 1469.90 | 34526.72 | 134456.76 | | 283387.87 | 163812.43 |

Total for Primary Timekeeper 3   Balance Forward:                                                        14881.32
                                                                247391.25   956.50     1469.90     34526.72     134456.76          283387.87    163812.43

Date: 09/15/2006

Tabs3 Client Ledger Report
Seitz, VanOgtrop & Green, P.A.

Page: 1

Primary Timekeeper: 3 James S. Green
From 09/01/2005 Thru 09/15/2006

| Date | Ref # | Stmt # | Fee Amount | Hours | Expense Amount | Advance Amount | Payment Amount | Apply to Stmt # | Bill Total | Balance Due |
|---|---|---|---|---|---|---|---|---|---|---|
| 30230.001M URS Corp | | Balance Forward: | | | | | | | | 10467.87 |
| RE: URS/Durkin v. | | | | | | | | | | |
| 09/08/2005 | 19 | 14111 | | | | | 1003.51R | | | 9464.36 |
| 09/28/2005 | 20 | 14111 | 5108.75 | 19.70 | 308.21 | | | | 5416.96 | 14881.32 |
| 10/27/2005 | 21 | 14205 | 8190.00 | 25.20 | 40.95 | | | | 8230.95 | 23112.27 |
| 11/07/2005 | 22 | 14428 | | | | | 10803.27R | | | 12309.00 |
| 11/21/2005 | 23 | 14428 | 7440.00 | 47.50 | 13.14 | | | | 7453.14 | 19762.14 |
| 12/02/2005 | 24 | 14477 | | | | | 5416.96R | | | 14345.18 |
| 12/27/2005 | 25 | 14477 | 6883.00 | 38.70 | 83.50 | 25.92 | | | 6992.42 | 21337.60 |
| 01/03/2006 | 26 | 14616 | | | | | 8230.95R | | | 13106.65 |
| 01/19/2006 | 27 | 14616 | 7684.25 | 35.85 | 549.67 | 362.60 | | | 8596.52 | 21703.17 |
| 01/20/2006 | 28 | 14797 | | | | | 7453.14R | | | 14250.03 |
| 02/10/2006 | 29 | 14797 | | | | | 6992.42R | 14477 | | 7257.61 |
| 02/27/2006 | 30 | 14797 | 2578.75 | 8.65 | 198.72 | | | | 2777.47 | 10035.08 |
| 03/28/2006 | 31 | 15125 | 5410.00 | 16.70 | 63.62 | 58.61 | | | 5532.23 | 15567.31 |
| 04/07/2006 | 32 | 15326 | | | | | 8596.52R | | | 6970.79 |
| 05/02/2006 | 33 | 15326 | | | | | 2777.47R | 14797 | | 4193.32 |
| 05/04/2006 | 34 | 15326 | 12337.75 | 40.95 | 81.19 | 4155.91 | | | 16574.85 | 20768.17 |
| 05/10/2006 | 35 | 15630 | | | | | 138.00R | | | 20630.17 |
| 05/10/2006 | 36 | 15630 | | | | | 74.80R | | | 20555.37 |
| 05/11/2006 | 37 | 15630 | | | | | 522.79R | | | 20032.58 |
| 05/11/2006 | 38 | 15630 | | | | | 1910.85R | | | 18121.73 |
| 05/12/2006 | 39 | 15630 | | | | | 5532.26R | 15125 | | 12589.47 |
| 06/06/2006 | 40 | 15630 | | | | | 117.57A | | | 12471.90 |
| 06/06/2006 | 41 | 15630 | | | | | 1456.48A | | | 11015.42 |
| 06/13/2006 | 42 | 15630 | 51287.50 | 204.55 | 17.39 | 13486.04 | | | 64790.93 | 75806.35 |
| 06/15/2006 | 43 | 15839 | | | | | 212.80A | | | 75593.55 |
| 06/15/2006 | 44 | 15839 | | | | | 362.78A | | | 75230.77 |
| 06/15/2006 | 45 | 15839 | | | | | 467.18R | | | 74763.59 |
| 06/28/2006 | 46 | 15839 | | | | | 16574.85R | | | 58188.74 |
| 07/07/2006 | 47 | 15839 | | | | | 947.53A | | | 57241.21 |
| 07/10/2006 | 48 | 15839 | | | | | 829.96A | | | 56411.25 |
| 07/25/2006 | 49 | 15839 | 22009.50 | 77.25 | 9.36 | 4065.03 | | | 26083.89 | 82495.14 |
| 08/10/2006 | 50 | 16101 | | | | | 55038.18R | 15630 | | 27456.96 |
| 08/22/2006 | 51 | 16101 | 8105.00 | 25.20 | 404.26 | 6291.38 | | | 14800.64 | 42257.60 |
| Subtotal | | | 137034.50 | 540.25 | 1770.01 | 28445.49 | 135460.27 | | 167250.00 | 42257.60 |

Total for Primary Timekeeper 3 Balance Forward:                                                                                10467.87
                                    137034.50   540.25    1770.01    28445.49   135460.27               167250.00    42257.60