**CERTIFICATE OF SERVICE**

I, certify that on this 2nd day of March, 2007, I electronically served through CM/ECF *URS CORPORATION'S ANSWERING BRIEF IN OPPOSITION TO THE CITY OF NEWARK DEFENDANTS' OPENING BRIEF IN SUPPORT OF THEIR MOTION FOR NEW TRIAL* on the following counsel of record:

Paul Logan, Esquire
Powell, Trachtman, Logan, Carrle &
    Lombardo, P.C.
475 Allendale Road, Suite 200
King of Prussia, PA  19406

David G. Culley, Esquire
Tybout Redfearn & Pell
750 South Madison Street
Suite 400
P.O. Box 2092
Wilmington, DE  19899

*Attorneys for Plaintiff,*
*Donald M. Durkin Contracting, Inc.*

William J. Cattie, III, Esquire
Rawle & Henderson
300 Delaware Avenue, Suite 1130
P.O. Box 588
Wilmington, DE  19899

*Attorneys for Intervener Plaintiff,*
*St. Paul Fire & Marine Insurance*
*Company*

Patrick Kingsley, Esquire
Kevin W. Goldstein, Esquire
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue
Suite 800
Wilmington, DE  19801

*Attorneys for Federal Insurance Company*

Collins J. Seitz, Jr.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899

*Attorneys for City of Newark Defendants*

                                               */s/ R. Karl Hill*_____
                                               R. Karl Hill, Esq. (No.2747)

58193 v1