# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

Collins J. Seitz, Jr.
TEL       (302) 888-6278
FAX       (302) 255-4278
EMAIL     cseitz@cblh.com
REPLY TO  Wilmington Office

March 23, 2007

**By Electronic Filing**

Honorable Gregory M. Sleet
United States District Court
844 King Street
Lock Box 19
Wilmington, DE 19801

Re:   *Donald M. Durkin Contracting, Inc. v. City of Newark, et al.*
      C.A. No. 04-0163 GMS

Dear Judge Sleet:

The City of Newark Defendants have filed their reply brief in support of their post-trial motions. Pursuant to District of Delaware Local Rule 7.1.4, if the Court believes it would be of assistance, the City of Newark Defendants respectfully request oral argument on their motions.

Respectfully,

Collins J. Seitz, Jr.
(Bar No. 2237)

CJS,Jr./saj
cc:   Paul Logan, Esquire
      Thomas D. Walsh, Esquire
      William J. Cattie, III, Esquire
      James S. Green, Esquire
      Kevin W. Goldstein, Esquire
      (all by Electronic Service, w/enc.)
      (528482)