

# CONNOLLY BOVE LODGE & HUTZ LLP
## ATTORNEYS AT LAW

**Collins J. Seitz, Jr.**
TEL      (302) 888-6278
FAX      (302) 255-4278
EMAIL    cseitz@cblh.com
REPLY TO Wilmington Office

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

May 29, 2007

**By Electronic Filing**

Honorable Gregory M. Sleet
United States District Court
844 King Street
Lock Box 19
Wilmington, DE 19801

Re:   *Donald M. Durkin Contracting, Inc. v. City of Newark, et al.*
      C.A. No. 04-0163 GMS

Dear Judge Sleet:

I write to inform the Court that the City of Newark defendants and URS have entered into a settlement agreement that has resolved URS's claim relating to unpaid invoices for URS's engineering work on the City of Newark reservoir. The legal issue regarding URS's claim to attorneys' fees has not been resolved by the parties.

If the Court has any questions, counsel are available to respond.

Respectfully,

Collins J. Seitz, Jr.
(Bar No. 2237)

CJS,Jr./saj
cc:   Paul Logan, Esquire
      David G. Culley, Esquire
      Thomas D. Walsh, Esquire
      William J. Cattie, III, Esquire
      James S. Green, Esquire
      Kevin W. Goldstein, Esquire
      (all by Electronic Service, w/enc.)
      (541634)