IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DONALD M. DURKIN CONTRACTING, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-0163-GMS |
| | ) | |
| CITY OF NEWARK, HAROLD F. GODWIN, | ) | |
| JOHN H. FARRELL, IV, JERRY CLIFTON, | ) | |
| KARL G. KALBACHER, DAVID J. ATHEY, | ) | |
| FRANK J. OSBORNE, JR., and CHRISTINA | ) | |
| REWA, | ) | |
| | ) | |
| Defendants/ | ) | |
| Third Party Plaintiffs, | ) | |
| v. | ) | |
| | ) | |
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

---

| | | |
|---|---|---|
| CITY OF NEWARK, | ) | |
| | ) | |
| Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| URS CORPORATION, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

## [PROPOSED] STIPULATED BRIEFING SCHEDULE ON DONALD M. DURKIN CONTRACTING, INC.'S POST-TRIAL MOTIONS

WHEREAS, on December 20, 2006, the Court entered a stipulated briefing schedule on all post-trial motions;

WHEREAS, on January 26, 2007, the parties filed post-trial briefs on their respective post-trial motions;

WHEREAS, on February 8, 2007, the parties filed a stipulation deferring briefing on Donald M. Durkin, Inc.'s ("Durkin") post-trial motions until after the Court has ruled on the City of Newark's ("City") post-trial motions; and

WHEREAS, the stipulation requires the parties to meet and confer to consider the impact of the Court's ruling on the City's motion and requires the parties thereafter to submit for the Court's approval a briefing schedule to resolve any unresolved issues in Durkin's post-trial motions; and

WHEREAS, the Court decided the constitutional portion of the City's post-trial motions on September 17, 2007, and requested further briefing on the appropriate measure of damages for breach of contract; and

WHEREAS, the parties have met and conferred, and agree that Durkin's post-trial motions will be unaffected by a further ruling by the Court on the appropriate measure of damages on Durkin's breach of contract claim; and

WHEREAS, Durkin desires to supplement its January 26, 2007 motion for attorneys' fees under 42 U.S.C. § 1988, and the City does not oppose Durkin's request to supplement, subject to its right to oppose the motion.

It is therefore stipulated by the parties, subject to approval by the Court, that briefing on Durkin's post-trial motions shall proceed as follows:

| | |
|---|---|
| Durkin's supplemented opening submission: | October 12, 2007 |
| City's answering brief: | November 14, 2007 |
| Durkin's reply brief: | December 3, 2007 |

| | |
|---|---|
| POWELL, TRACHTMAN, LOGAN, CARRLE & LOMBARDO, P.C. | CONNOLLY BOVE LODGE & HUTZ LLP |
| /s/ Paul Logan | /s/ Collins J. Seitz, Jr. |
| Paul Logan (Bar No. 3339)<br>475 Allendale Road, Suite 200<br>King of Prussia, PA 19406<br>(610) 354-9700 | Collins J. Seitz, Jr. (Bar No. 2237)<br>Max B. Walton (Bar No. 3876)<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 |
| TYBOUT REDFEARN & PELL | *Attorneys for Defendants, City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa* |
| /s/ David G. Culley | |
| David G. Culley (Bar No. 2141)<br>750 South Madison Street, Suite 400<br>P.O. Box 2092<br>Wilmington, DE 19899<br>(302) 658-6901 | |
| *Attorneys for Plaintiff,*<br>*Donald M. Durkin Contracting, Inc.* | |

DATED: October 3, 2007

IT IS SO ORDERED, this _____ day of October, 2007.

_____
Gregory M. Sleet, U.S.D.J.