# CERTIFICATE OF SERVICE

I, Paul A. Logan, Esquire certify that on October 5, 2007, I electronically served the Court Ordered Reply Brief of Plaintiff in Support of the Breach of Contract Damage Award by CM/ECF to counsel of record as follows:

James S. Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE  19899
*Attorney for Third-Party Defendant*
*URS Corporation, Inc.*

David G. Culley, Esquire
Tybout, Redfearn & Pell
750 S. Madison Street, Suite 400
P.O. Box 2092
Wilmington, DE  19899-2092
*Attorney for Plaintiff and Third-Party*
*Defendants Donald M. Durkin Contracting*

Patrick Kingsley, Esquire
Kevin W. Goldstein, Esquire
Stradley Ronon Stevens & Young, LLP
300 Delaware Avenue, Suite 800
Wilmington, DE  19801
*Attorneys for Federal Insurance Company*

William J. Cattie, III, Esquire
Rawle & Henderson
300 Delaware Avenue, Suite 1130
P.O. Box 588
Wilmington, DE  19899
*Attorneys for Intervener Plaintiff*
*St. Paul Fire & Marine Insurance Company*

Collins J. Seitz, Jr.
Connolly Bove Lodge & Hutz, LLP
1007 North Orange Street
Wilmington, DE  19899
*Attorneys for Defendant and Third-Party*
*Plaintiff City of Newark*

By:   /s/ Paul A. Logan
          Paul A. Logan

#600387v2 3514-04