IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |

## MOTION OF ST. PAUL FIRE & MARINE INSURANCE COMPANY TO WITHDRAW AS INTERVENOR

1. On September 13, 2006, St. Paul Fire & Marine Insurance Company ("St. Paul") filed its Motion to Intervene (D.I. #242).

2. As set forth in the Motion, St. Paul did not seek to intervene to participate in the trial, but only to intervene to the extent necessary to participate in the preparation of the Jury Verdict Form.

3. By Order dated September 18, 2006, this Court granted the Motion to Intervene "solely for the purpose of submitting request to be including in the Jury Verdict Form and participate in any conference related thereto" (D.I. 243).

4. As a result of changes in the strategies of the parties in the litigation, St. Paul was not called to participate in the Jury Instruction conferences in order to submit the Jury Instructions which it deemed necessary to "request an allocation of damages that will allow the parties to more readily address the coverage issues after the trial."

1390551 v.1

5. Extensive post-trial briefing has been undertaken by the parties, this Court has entered an Order addressing many of the issues in the post-trial motions and has requested further post-trial briefing on limited areas.

6. None of the post-trial motions, post-trial briefs nor the Order of this Court have considered, or even touched upon the issues which led St. Paul to file its Motion to Intervene.

7. St. Paul has not participated in any of the post-trial proceedings before this Court and wishes to withdraw as an Intervenor.

WHEREFORE, St. Paul Fire & Marine Insurance Company respectfully requests that it be permitted to withdraw as an Intervenor in this matter.

Respectfully submitted,

RAWLE & HENDERSON, LLP

/s/ William J. Cattie, III  #953
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200