

# CONNOLLY BOVE LODGE & HUTZ LLP

### ATTORNEYS AT LAW

**WILMINGTON, DE**

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Collins J. Seitz, Jr.**
**TEL**      (302) 888-6278
**FAX**      (302) 255-4278
**EMAIL**    cseitz@cblh.com
**REPLY TO**  Wilmington Office

November 13, 2007

**By Electronic Filing**

Honorable Gregory M. Sleet
United States District Court
844 King Street
Lock Box 19
Wilmington, DE 19801

**Re:**    ***Donald M. Durkin Contracting, Inc. v. City of Newark, et al.***
          **C.A. No. 04-0163 GMS**

Dear Judge Sleet:

    I write to inform the Court that the City of Newark defendants do not oppose St. Paul Fire & Marine Insurance Company's Motion to Withdraw as an Intervenor.  D.I. 366.

    If the Court has any questions, counsel are available to respond.

Respectfully,

Collins J. Seitz, Jr.
(Bar No. 2237)

CJS,Jr./kah
cc:    Paul Logan, Esquire
       David G. Culley, Esquire
       Thomas D. Walsh, Esquire
       William J. Cattie, III, Esquire
       James S. Green, Esquire
       Kevin W. Goldstein, Esquire
       (all by Electronic Service)
       (575909)