## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

File No. 04-0163-GMS

DONALD M. DURKIN )
CONTRACTING, INC., )
                                )
        Plaintiff, )
                                )     C.A. No. 04-0163-GMS
      v. )     Amended Notice of Appeal
                                )
CITY OF NEWARK, HAROLD F. )
GODWIN, JOHN H. FARRELL, IV, )
JERRY CLIFTON, KARL G. )
KALBACHER, DAVID J. ATHEY, )
FRANK J. OSBORNE, JR., and )
CHRISTOPHER REWA, )
                                )
        Defendants/ )
        Third-Party Plaintiffs, )
      v. )
                                  )
FEDERAL INSURANCE COMPANY, )
                                  )
        Third-Party Defendant. )
                                  )
----------------------------------------------- )
CITY OF NEWARK, )
                                )
        Third-Party Plaintiff, )
                                )
      v. )
                                  )
URS CORPORATION, )
                                )
        Third-Party Defendant. )

## AMENDED NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(a)(4)(B), notice is hereby

given that Defendants, City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry

Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr. and Christopher Rewa

(collectively "the Newark Defendants") amend their notice of appeal to the United States

Court of Appeals for the Third Circuit (D.I. 313), filed on November 9, 2006, which

appealed from the Order entering Judgment in favor of Plaintiff Donald M. Durkin

Contracting, Inc. and against the City of Newark and from the Judgment in favor of

Third-Party Defendant URS Corporation and against the City of Newark, entered in this

action on October 11, 2006 and entered on the docket on October 11, 2006 (D.I. 298).[1]

In addition to appealing from the Judgment entered on October 11, 2006, the

Newark Defendants amend their notice of appeal filed on November 9, 2006 to appeal

from the following amendments to judgments and related Orders of the District Court: (1)

Amended Judgment and Orders entered by the District Court's Memorandum Opinion

and Order entered on September 17, 2007 and docketed on the September 17, 2007 (D.I.

357); (2) Memorandum Opinion and Amended Judgment entered in favor of Plaintiff

Donald M. Durkin Contracting, Inc. and against the City of Newark on April 9, 2008 and

entered on the docket on April 9, 2008 (D.I. Nos. 372, 373).

CONNOLLY BOVE LODGE & HUTZ LLP

Collins J. Seitz, Jr. (Bar No. 2237)
The Nemours Building
1007 North Orange Street, Suite 878
P.O. Box 2007
Wilmington, DE 19899
Tel: 302-658-9141
Fax: 302-255-4278
*Counsel for the Newark Defendants*

Dated:  April 23, 2008

---

[1]      The Third Circuit Court of Appeals docket numbers for the prior appeals in this
case are: 06-4761, 06-4762 and 06-4850.

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April 2008, I caused a copy of the Newark Defendants Amended Notice of Appeal to be served as follows:

**By CM/ECF and First Class Mail**
Paul Logan, Esquire
Powell, Trachtman, Logan, Carrle & Lombardo, P.C.
475 Allendale Road, Suite 200
King of Prussia, PA 19406
**Attorneys for Donald M. Durkin Contracting, Inc.**

**By CM/ECF and First Class Mail**
James S. Green, Esquire
Seitz, Van Ogtrop & Green
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington, DE 19899
**Attorneys for URS Corporation**

**By First Class Mail**
Sheela P. Dattani, Esquire
The Flowers Counsel Group, LLC
818 North Market Street,
Suite 200
Wilmington, DE 19801
**Attorneys for Federal Ins. Co.**

**By First Class Mail**
Thomas C. Gallagher, Esq.
Deasey, Mahoney & Bender
103 Chesley Drive
Suite 101
Media, PA 19063
**Attorneys for City of Newark**

**By First Class Mail**
Samuel J. Arena Jr., Esq.
Patrick R. Kingsley, Esq.
Stradley, Ronon, Stevens & Young
2600 One Commerce Square
Philadelphia, PA 19103
**Attorneys for Federal Ins. Co.**

**By First Class Mail**
David M. Burkholder, Esq.
Kevin W. Golstein, Esq.
Stradely, Ronon, Stevens & Young
30 Valley Stream Parkway
Great Valley Corporate Center
Malvern, PA 19355
**Attorneys for Federal Ins. Co.**

**By First Class Mail**
Victoria K. Petrone, Esq.
Logan & Associates, LLC
One Corporate Commons
100 W. Commons Blvd, Suite 300
New Castle, DE 19720
**Attorneys for City of Newark**

**By First Class Mail**
William J. Cattie III, Esq.
Rawle & Henderson
300 Delaware Avenue, Suite 1130
P.O. Box 588
Wilmington, DE 19899
**Attorneys for St. Paul Fire and
Marine Insurance Company**

**By First Class Mail**
Paul Cottrell, Esq.
Tighe, Cottrell & Logan
704 North King Street, Suite 500
P.O. Box 1031
Wilmington, DE 19899
**Attorneys for City of Newark**

**By First Class Mail**
James W. Semple, Esq.
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899

_____
Collins J. Seitz, Jr. (Bar No. 2237)