# AMENDED JUDGMENT DATED APRIL 9, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., <br><br>  Plaintiff, <br><br> v. <br><br> CITY OF NEWARK, et al., <br><br>  Defendants, <br><br> and <br><br> CITY OF NEWARK, et al., <br><br>  Third-Party Plaintiff, <br><br> v. <br><br> DONALD M. DURKIN CONTRACTING, INC., AND FEDERAL INSURANCE COMPANY, <br><br>  Third-Party Defendants. | C.A. No. 04-163 GMS |

## AMENDED JUDGMENT

On October 11, 2006, judgment was entered in this action in favor of the Plaintiff, Donald M. Durkin Contracting, Inc. ("Durkin"), against the Defendant, City of Newark (the "City"), in certain amounts for compensatory damages and post-termination incurred expenses on the breach of contract claim, for civil rights damages, and for conversion damages. (D.I. 298.) By Memorandum Opinion and Order of the same date of this amended judgment, the court granted the City's motion for judgment as a matter of law as to the amount of compensatory

damages and post-termination incurred expenses to be awarded on Durkin's breach of contract claim. Pursuant to that Memorandum Opinion and Order,

IT IS HEREBY ORDERED that the judgment entered on October 11, 2006 (D.I. 298) is amended with respect to the amount of compensatory damages and post-termination incurred expenses on the breach of contract claim in favor of Durkin and against the City as follows:

Judgment in favor of the Plaintiff, Durkin M. Durkin Contracting, Inc., and against the Defendant, City of Newark, for compensatory damages and post-termination incurred expenses on the breach of contract claim in the amount of SIX HUNDRED THIRTY THOUSAND EIGHT HUNDRED NINETEEN DOLLARS AND FORTY CENTS ($630,819.40).

Dated: April 9, 2008

CHIEF, UNITED STATES DISTRICT JUDGE

FILED
APR - 9 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE