IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff*<br><br>vs.<br><br>CITY OF NEWARK, et al., *Defendants*<br><br>and<br><br>CITY OF NEWARK, *Third-Party Plaintiff*<br><br>vs.<br><br>DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Intervenor* | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Donald M. Durkin Contracting, Inc. in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from Order entered by the District Court's Memorandum Opinion and Order entered on April 9, 2008 and filed on April 9, 2008 (D.I. 372) and the Amended Judgment entered in favor of Plaintiff Donald M. Durkin Contracting, Inc. and against the City of Newark (D.I. 373).

                                          POWELL, TRACHTMAN, LOGAN,
                                          CARRLE & LOMBARDO, P.C.

                                          By: ___/s/ Paul A. Logan___
                                          Paul A. Logan
                                          Delaware Supreme Court ID #3339
                                          475 Allendale Road, Suite 200
                                          King of Prussia, PA 19406
                                          (T) 610-354-9700; (F) 610-354-9760
                                          *Attorneys for Appellants*

Dated: May 1, 2008

#666975v1 3514-04

**Counsel for Appellees:**

Collins J. Seitz, Jr., Esquire
The Nemours Building
1007 North Orange Street
P.O. Box 2007
Wilmington, DE 19899
**Attorneys for City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa**

Thomas C. Gallagher, Esquire
Deasey, Mahoney & Bender, Ltd.
JFK Blvd.
Suite 1300
Philadelphia, PA 19103
**Attorneys for City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa**

| | |
|---|---|
| DONALD M. DURKIN CONTRACTING, INC., *Plaintiff* <br><br> vs. <br><br> CITY OF NEWARK, et al., *Defendants* <br><br> and <br><br> CITY OF NEWARK, *Third-Party Plaintiff* <br><br> vs. <br><br> DONALD M. DURKIN CONTRACTING, FEDERAL INSURANCE COMPANY and URS CORPORATION, *Third-Party Defendants* | CASE NO. 04-0163-GMS |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, *Intervenor* | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May 2008, I caused a copy of Plaintiff Donald M. Durkin Contracting, Inc.'s Notice of Appeal to be served as follows:

**By CM/ECF and First Class Mail**
Collins J. Seitz, Jr., Esquire
The Nemours Building
1007 North Orange Street
P.O. Box 2007
Wilmington, DE 19899
**Attorneys for City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa**

**By First Class Mail**
Thomas C. Gallagher, Esquire
Deasey, Mahoney & Bender, Ltd.
JFK Blvd.
Suite 1300
Philadelphia, PA 19103
**Attorneys for City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa**

#666975v1 3514-04

**By First Class Mail**
Paul Cottrell, Esquire
Tighe, Cottrell & Logan, P.A.
704 N. King Street
Suite 500
P.O. Box 1031
Wilmington, DE 19899
**Attorneys for City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa**

**By First Class Mail**
Victoria K. Petrone, Esquire
Logan & Associates, LLC
One Customs House
704 King Street
Wilmington, DE 19899
**Attorneys for City of Newark, Harold F. Godwin, John H. Farrell, IV, Jerry Clifton, Karl G. Kalbacher, David J. Athey, Frank J. Osborne, Jr., and Christina Rewa**

**By CM/ECF and First Class Mail**
James Green, Esquire
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue
Suite 500
P.O. Box 68
Wilmington, DE 19899
**Attorneys for URS Corporation, Inc.**

**By First Class Mail**
William Cathie, III, Esquire
Rawle & Henderson
6300 Delaware Avenue
Suite 1130
P.O. Box 588
Wilmington, DE 19899
**Attorneys for Intervenor Plaintiff St. Paul Fire & Marine Insurance Company**

**By CM/ECF and First Class Mail**
Patrick R. Kingsley, Esquire
Stradley Ronan Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103
**Attorneys for Federal Insurance Company**

- 4 -

#666975v1 3514-04

**POWELL, TRACHTMAN, LOGAN, CARRLE,
& LOMBARDO, P.C.**


BY:  /s/ Paul A. Logan
Paul A. Logan
Delaware Supreme Court ID #3339
475 Allendale Road, Suite 200
King of Prussia, PA 19406
(T) 610-354-9700; (F) 610-354-9760
*Attorneys for Appellants*