## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. Nos. 06-4761, 06-4762, 06-4850 and 08-2382

Donald M Durkin, et al v. Newark, et al

04-cv-00163

### O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), with each party to bear their own costs. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk

Dated: July 28, 2008

Samuel J. Arena Jr., Esq.
David M. Burkholder, Esq.
William J. Cattie III, Esq.
Paul Cottrell, Esq.
Sheela P. Dattani, Esq.
Thomas C. Gallagher, Esq.
Kevin W. Goldstein, Esq.
James S. Green, Esq.
Patrick R. Kingsley, Esq.
Paul A. Logan, Esq.
Victoria K. Petrone, Esq.
Collins J. Seitz Jr., Esq.
Max B Walton, Esq.



A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron, Clerk